AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Diomed, Inc.

V.

AngioDynamics, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10019 RGS

TO: (Name and address of Defendant)

AngioDynamics, Inc.
603 Queensbury Avenue
Queensbury, New York 12804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JAN - 6 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  1-9-04 |
| NAME OF SERVER (PRINT)  ERNEST ALL | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ G Served personally upon the third-party defendant. Place where served: _____

☐ G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G Returned unexecuted: _____

☒ G Other (specify): __SERVICE WAS MADE ON ANGIODYNAMICS, INC BY LEAVING WITH__
JENNIFER DUNN __A PERSON AUTHORIZED TO ACCEPT SERVICE ON THE COMPANY'S BEHALF__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-9-04__  _____
              Date          Signature of Server

MALTA N.Y.
Address of Server

Nancy L. Gordon
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.