.UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.:  04-10019-RGS |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Defendants. | ) JANUARY 28, 2004 |

**<u>DEFENDANT ANGIODYNAMICS, INC.'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD</u>**

Defendant AngioDynamics, Inc. ("AngioDynamics") hereby moves this Court, with the assent of Plaintiff Diomed, Inc. ("Diomed"), to extend by thirty (30) days the time to answer or otherwise plead to Diomed's Complaint and Demand for Jury Trial ("Complaint") [Dkt. #1].  Such extension is in the interest of justice and is not believed to prejudice Diomed.

1. The Complaint was served on AngioDynamics on January 9, 2004.

2. AngioDynamic's response to the Complaint is currently due on January 29, 2004.

3. Diomed's counsel, Michael Albert, has consented to AngioDynamics' request to extend by thirty (30) days the deadline to respond to the Complaint.

-2-

4.  It is respectfully submitted that the additional time is necessary for AndioDynamics to further investigate the issues underlying the Complaint and to address same prior to filing an answer or otherwise pleading in response.

WHEREFORE, Defendant AngioDynamics, Inc. respectfully requests that this Court grant its request for an additional thirty (30) days, up to and including February 28, 2004, to file an answer or otherwise plead to Plaintiff Diomed, Inc.'s Complaint and Demand for Jury Trial.

Dated:  January 28, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By _____/RSD/_____
RODNEY S. DOWELL
BBO # 620916
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(617) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by mail on January 28, 2004.**

_____/RSD/_____
**Rodney S. Dowell**

HARTFORD: 607471.01