.UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 04-10019-RGS |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Defendants. | ) JANUARY 28, 2004 |

## NOTICE OF APPEARANCE

Please enter the appearance of Rodney S. Dowell, Berman & Dowell, 210 Commercial Street, Boston, Massachusetts 02109, on behalf of Defendant AngioDynamics, Inc. in the above-captioned case.

Dated: January 28, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEY

By _____
RODNEY S. DOWELL
BBO # 620916
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(617) 723-9911
(617) 723-6688
rdowell@bermandowell.com

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by mail on January 28, 2004.**

_____
**Rodney S. Dowell**

-2-

HARTFORD: 607475.01