UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| AND | ) CIVIL ACTION NO.: 04-10019-RGS |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| | ) |
| DIOMED, INC. and ENDOLASER ASSOCIATES, LLC, | ) ) |
| | ) |
| Counterclaim-Defendants. | ) March 1, 2004 |

**MOTION TO JOIN ENDOLASER ASSOCIATES, LLC AS NECESSARY PARTY**

Pursuant to Rule 19 (a) of the Federal Rules of Civil Procedure,

-2-

Defendant/Counterclaim-Plaintiff, AngioDynamics, Inc. ("AngioDynamics") respectfully moves this Court for an order joining Endolaser Associates, LLC ("Endolaser") as a counterclaim-defendant in this action.  Joinder is necessary as Endolaser is an owner of U.S. Patent No. 6,398,777 and, therefore, Endolaser's absence may leave AngioDynamics to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reason of the claimed interest in said patent.

Endolaser is a limited liability company of Delaware, having a place of business at 327 East 65th Street, New York, New York, and is subject to the jurisdiction of this Court as to both service of process and venue and can be made a party plaintiff without depriving this court of jurisdiction over the subject matter of this action.

WHEREFORE, AngioDynamics respectfully requests that the Court grant this motion under Rule 19 (a).

DEFENDANT/
COUNTERCLAIM-PLAINTIFF
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS


By____RSD_____
RODNEY S. DOWELL
BBO # 620916
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(617) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by mail on March 1, 2004.**

_____RSD_____
**Rodney S. Dowell**