USPTO Assignments on the Web

Page 1 of 1



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**
  **Patent #:** 6398777        **Issue Dt:** 06/04/2002     **Application #:** 09374280       **Filing Dt:** 08/13/1999
  **Inventors:** LUIS NAVARRO, NESTOR NAVARRO, CARLOS BONE SALAT, JOAQUINA FRUCTUOSO GOMEZ et al
       **Title:** ENDOVASCULAR LASER DEVICE AND TREATMENT OF VARICOSE VEINS
**Assignment: 1**
    **Reel/Frame:** 013221/0802          **Recorded:** 08/28/2002            **Pages:** 4
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
     **Assignors:** NAVARRO, LUIS                              **Exec Dt:** 11/25/2000
                BONE SALAT, CARLOS                             **Exec Dt:** 11/29/2000
                NAVARRO, NESTER                                **Exec Dt:** 11/27/2000
                FRUCTOSO, JOAQUINA                             **Exec Dt:** 11/29/2000
      **Assignee:** ENDOLASER ASSOCIATES, LLC
                327 EAST 65TH STREET
                NEW YORK, NEW YORK 10021
**Correspondent:** STEINBERG & RASKIN, P.C.
                PAUL J. HIGGINS, ESQ.
                1140 AVENUE OF THE AMERICAS
                15TH FLOOR
                NEW YORK, NY 10036-5803

Search Results as of: 02/27/2004 03:10 PM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

NOV-11-2002  12:16                  IOL   EC                                          413 525 0611    P.05/08

FORM PTO-1595                                                                          U.S. DEPARTMENT OF COMMERCE
(Rev. 6-93)                                                                            Patent and Trademark Office
OMB No. 0651-0011 (exp. 4/94)           RECORDATION FORM COVER SHEET

# PATENTS ONLY

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Luis NAVARRO<br>Carlos BONE SALAT<br>Nestor NAVARRO<br>Joaquina FRUCTOSO<br><br>Additional name(s) of conveying party(ies) attached?<br>[ ] Yes   [X] No | Name: Endoleser Associates, LLC<br><br>Address: 327 East 65th Street<br><br>New York, NY 10021<br><br>Additional name(s) & address(es) attached? [X] Yes [ ] No |

3. Nature of conveyance:
   [X] Assignment            [ ] Merger
   [ ] Security Agreement    [ ] Change of Name
   [ ] Other: _____

   Execution Dates: November 25, 2000; November 29, 2000;
                   November 27, 2000; November 29, 2000

4. Application number(s) or patent number(s):
   If this document is being filed together with a new application, the execution date of the application is:

   A. Patent Application No(s).:           B. Patent No(s).: 6,398,777

   Additional numbers attached? [ ] Yes [X] No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: [1] |
|---|---|
| Name: Steinberg & Raskin, P.C.<br>Address: 1140 Avenue of the Americas, 15th Floor<br>City: New York  State: NY  Zip: 10036-5803<br><br>Our Ref.: 578.1001 | 7. Total fee (37 CFR 3.41).....$ 40.00<br>[X] Enclosed<br>[ ] Authorized to be charged to deposit account<br><br>8. Deposit account number:<br>500516<br>[ ] Authorized to charge additional fees to deposit account |

DO NOT USE THIS SPACE

9. Statement and signature.
   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

   Paul J. Higgins, Esq.        [signature]              August 21, 2002
   Name of Person Signing        Signature                Date

   Total number of pages including cover sheet, attachments, and document: [4]

   Mail documents to be recorded with required cover sheet information to:
   Commissioner of Patents & Trademarks, Box Assignments
   Washington, D.C. 20231

## Patent Application Assignment

In consideration of One Dollar ($1.00), and other good and valuable considerations, the receipt of which is hereby acknowledged, we, the undersigned, hereby sell, assign and transfer to Endolaser Associates, LLC a limited liability company of Delaware, having a place of business at 327 East 66th Street, New York, New York 10021, its successors, assigns and legal representatives, the entire right, title and interest for all countries, in and to any and all inventions which are disclosed and claimed, and as possessed by the undersigned, any and all inventions which are disclosed but not claimed, in the application for United States Patent, which has previously been executed by the undersigned and is entitled "Endovascular Laser Treatment of Varicose Veins", and in and to said application and all divisional, continuing, substitute, renewal, reissue, and all other applications for U.S. Letters Patent or other related property rights in any and all foreign countries which have been or shall be filed on any of said inventions disclosed in said application; and in and to all original and reissued patents or related foreign documents which have been or shall be issued on said inventions;

Authorize and request the Commissioner of Patents of the United States to issue to said Assignee, the limited liability company above named, its successors, assigns and legal representatives, in accordance with this assignment, any and all United States Letters Patent on said inventions or any of them disclosed in said application;

Agree that said Assignee may apply for and receive foreign Letters Patent or rights of any other kind for said inventions, or any of them; and may claim, in applications for said foreign Letters Patent or other rights, the priority of the aforesaid United States patent application under the provisions of the International Convention of 1883 and later modifications thereof, under the Patent Cooperation Treaty, under the European Patent Convention or under any other available international agreement; and that, when requested, without charge to, but at the expense of, said Assignee, its successors, assigns and legal representatives, to carry out in good faith the intent and purpose of this assignment, the undersigned or the undersigned's executors or administrators will, for the United States and all foreign countries, execute all divisional, continuing, substitute, renewal, reissue, and all other patent applications or other documents on any and all said inventions; execute all rightful oaths, assignments, powers of attorney and other papers; communicate to said Assignee, its successors, assigns and representatives, all facts known and documents available to the undersigned relating to said inventions and the history thereof; testify in all legal proceedings; and generally do everything possible which said Assignee, its successors, assigns or representatives shall consider desirable for aiding in securing, maintaining and enforcing proper patent protection for said inventions and for vesting title to said inventions and all applications for patents or related foreign rights and all patents on said inventions, in said Assignee, its successors, assigns and legal representatives; and

Covenant with said Assignee, its successors, assigns and legal representatives that no assignment, grant, mortgage, license or other agreement affecting the rights and property herein conveyed has been made

-2002  12:17        BIOLITEC                                413 525 0611       P.07/08

In consideration of One Dollar ($1.00) and other good and valuable considerations, the receipt of which is hereby acknowledged, we, the undersigned, hereby sell, assign and transfer to Endolaser Associates, LLC, a limited liability company of Delaware, having a place of business at 327 East 69th Street, New York, New York 10021, its successors, assigns and legal representatives, the entire right, title and interest for all countries, in and to any and all inventions which are disclosed and claimed, and as possessed by the undersigned, any and all inventions which are disclosed but not claimed, in the application for United States Patent, which has previously been executed by the undersigned and is entitled "Endovascular Laser Treatment of Varicose Veins", and in and to said application and all divisional, continuing, substitute, renewal, reissue, and all other applications for U.S. Letters Patent or other related property rights in any and all foreign countries which have been or shall be filed on any of said inventions disclosed in said application; and in and to all original and reissued patents or related foreign documents which have been or shall be issued on said inventions;

Authorize and request the Commissioner of Patents of the United States to issue to said Assignee, the limited liability company above named, its successors, assigns and legal representatives, in accordance with this assignment, any and all United States Letters Patent on said inventions or any of them disclosed in said applications;

Agree that said Assignee may apply for and receive foreign Letters Patent or rights of any other kind for said inventions, or any of them; and may claim, in applications for said foreign Letters Patent or other rights, the priority of the aforesaid United States patent application under the provisions of the International Convention of 1883 and later modifications thereof, under the Patent Cooperation Treaty, under the European Patent Convention or under any other available international agreement; and that, when requested, without charge to, but at the expense of, said Assignee, its successors, assigns and legal representatives, to carry out in good faith the intent and purpose of this assignment, the undersigned or the undersigned's executors or administrators will, for the United States and all foreign countries, execute all divisional, continuing, substitute, renewal, reissue, and all other patent applications or other documents on any and all said inventions; execute all rightful oaths, assignments, powers of attorney and other papers; communicate to said Assignee, its successors, assigns and representatives, all facts known and documents available to the undersigned relating to said inventions and the history thereof; testify in all legal proceedings; and generally do everything possible which said Assignee, its successors, assigns or representatives shall consider desirable for aiding in securing, maintaining and enforcing proper patent protection for said inventions and for vesting title to said inventions and all applications for patents or related foreign rights and all patents on said inventions, in said Assignee, its successors, assigns and legal representatives; and

Covenant with said Assignee, its successors, assigns and legal representatives that no assignment, grant, mortgage, license or other agreement affecting the rights and property herein conveyed has been made

2002  12:18        BIOLITEC                              413 525 0611       P.08/08

to others by the undersigned, and that full right to convey the same as
herein expressed is possessed by the undersigned.

Date: _____                          _____[L.S.]
Witness: _____                        Robert Min
                                                _____ _____[L.S.]
                                                Luis Navarro

Date: November 25, 2000                         _____
Witness: [signature]                            [signature]
                                                _____[L.S.]
                                                Carlos Bone Salat

Date: 09/11/00                                  
Witness: [signature]                            [signature]
                                                _____[L.S.]
Date: 27/11/2000                                Nestor Navarro
Witness: Moride Iriget Nogués

                                                [signature]
DATE: 25.11.00                                  _____
WITNESS: [signature]                            JOAQUINA FRUCTUOSO (L.S.)

2