IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>   Defendant. | Civil Action No. 1:04-CV-10019 (RGS) |

## **DIOMED'S REPLY TO ANGIODYNAMICS' COUNTERCLAIMS**

Plaintiff Diomed, Inc. ("Plaintiff" or "Diomed"), hereby replies to the Counterclaims filed by Defendant AngioDynamics, Inc. ("Defendant" or "AngioDynamics").

1.  Admits.

2.  Admits, except notes that the zip code for Diomed's place of business in Andover, Massachusetts is 01810 (not 10810).

3.  Diomed is without knowledge or information sufficient to form a belief as to the allegations of this paragraph.

4.  Admits as to Diomed only. There can be no declaratory judgment jurisdiction with respect to Endolaser Associates, LLC ("Endolaser"), because Endolaser conveyed all of its substantial rights in the '777 patent to Diomed, including the right to sue for infringement of the same. Moreover, Endolaser is not alleged to have threatened AngioDynamics with respect to the '777 patent.

5.  Admitted as to Diomed only. See Paragraph 4.

6.  Admitted as to Diomed only. See Paragraph 4.

**Reply to AngioDynamics' First Counterclaim**

7. Diomed repeats the paragraphs above as though fully set forth herein.

8. Admits.

9. Admits only that Endolaser is a nominal owner of the '777 patent, and denies that Endolaser is a necessary party to this action. In fact, Endolaser conveyed all of its substantial rights in the '777 patent to Diomed, such that Diomed has standing to sue in its own name for infringement of the '777 patent.

10. Admits.

11. Admits as to Diomed only. See paragraphs 4 and 9.

12. Denies.

**Reply to AngioDynamics' Second Counterclaim**

13. Diomed repeats the paragraphs above as though fully set forth herein.

14. Denies.

DIOMED, INC.,

By its attorneys,

Dated: March 22, 2004          /s/Michael A. Albert
                               Michael A. Albert (BBO #558566)
                               malbert@wolfgreenfield.com
                               James J. Foster (BBO #553285)
                               jfoster@wolfgreenfield.com
                               Michael N. Rader (BBO #646990)
                               mrader@wolfgreenfield.com
                               WOLF, GREENFIELD & SACKS, P.C.
                               600 Atlantic Avenue
                               Boston, MA 02210
                               (617) 720-3500