UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIOMED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 04-10019 -RGS |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| DIOMED, INC. AND ENDOLASER, LLC, | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | MARCH 24, 2004 |

DEFENDANT ANGIODYNAMICS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule (D. Mass) 7.3, Defendant AngioDynamics, Inc. is a wholly-owned subsidiary of E-Z-EM, Inc., a publicly-traded company.

Dated: March 24, 2004                              DEFENDANT
                                                   ANGIODYNAMICS, INC.
                                                   BY ITS ATTORNEYS


                                                   By   /S/ Rodney S. Dowell
**I hereby certify that a true copy**                   RODNEY S. DOWELL (BBO # 620916)
**of the above document was served**                    Berman & Dowell
**upon the attorney of record for the**                 210 Commercial Street
**Plaintiff by mail on March 24, 2004.**                Boston, MA  02109
                                                        (617) 723-9911
                                                        (617) 723-6688 (fax)
    **/S/ Rodney S. Dowell**                            rdowell@bermandowell.com
**Rodney S. Dowell**

                                                                -and-

-2-

                                            MARK D. GIARRATANA  
                                            McCarter & English LLO  
                                            185 Asylum Street  
                                            Hartford, CT  06103  
                                            (860) 275-6700  
                                            (860) 7243397 (fax)  
                                            mgiarratana@mccarter.com

HARTFORD: 611551.01