IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>          Defendant. | Civil Action No. 1:04-CV-10019 (RGS) |

**STIPULATED MOTION TO RESCHEDULE RULE 16 CONFERENCE**

In an order dated March 11, 2004, the Court set an initial scheduling conference in this case for April 22, 2004.

Due to an unavoidable scheduling conflict, Plaintiff Diomed respectfully requests that the Court reschedule the initial scheduling conference for the week of May 10, 2004. As grounds for the motion, Plaintiff states:

1.      The Court's March 11, 2004 Order states: "The court considers attendance of the senior lawyers ultimately responsible for the case … to be of the utmost importance." Michael A. Albert, the senior lawyer for the Plaintiff, will be out of the country the week of April 22, and therefore will be unable to attend the conference as originally scheduled.

2.      Plaintiff's counsel conferred with Defendant's counsel, who stipulates to a rescheduling of the conference. Together, Plaintiff's counsel and Defendant's counsel have determined that the week of May 10, 2004 would be mutually convenient.

- 2 -

3.  Accordingly, Plaintiff respectfully requests that the Court reschedule the initial scheduling conference for the week of May 10, 2004.

## RULE 7.1 CERTIFICATION

The undersigned certifies that Plaintiff's counsel conferred with Defendant's counsel, and that Defendant's counsel stipulates to the rescheduling of the initial scheduling conference.

Respectfully submitted,

DIOMED, INC.,

By its attorneys,

Dated: March 31, 2004

/s/Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500