STATE OF MASSACHUSETTS   UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS
DOCUMENTS SERVED WITH INDEX#: 04-10019-RGI   AND FILED ON

ANGIODYNAMICS, INC.                                                        Plaintiff(s)/Petitioner(s)

                                      Vs.

ENDOLASER, LLC, ET AL                                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  3/26/04  at  11:31AM , deponent did serve the within process as follows:

Process Served:   SUMMONS, MOTION FOR JOINDER AND COUNTERCLAIMS

Party Served:   ENDOLASER, LLC                          (herein called recipient) therein named.

At Location:   327 EAST 65TH STREET
               NEW YORK NY 10021

By delivering to and leaving with  MEBRULIN FRANCISCO  and that deponent knew the person so served to be the  MANAGING AGENT  of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin TAN   Color of Hair BLACK
Age 26   Height 5'6"
Weight 130   Other Features

Sworn to before me on  3/30/04

[signature] Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4985852
Qualified in Westchester County
Commission Expires September 30, [illegible]

Eric Averbach
Server's License#: 918927