IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 1:04-CV-10019 (RGS) |
| ANGIODYNAMICS, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>ENDOLASER ASSOCIATES, LLC,<br><br>    Counterclaim Defendant. | |

**ASSENTED-TO MOTION TO EXTEND TIME FOR
COUNTERCLAIM DEFENDANT ENDOLASER TO ANSWER
OR OTHERWISE RESPOND TO DEFENDANT'S CLAIMS**

Endolaser Associates, LLC ("Endolaser") respectfully requests a 30-day extension of time to plead, move or otherwise respond to AngioDynamics, Inc.'s ("AngioDynamics") "counterclaims." The original response deadline was April 15, 2004; accordingly the extended deadline will be May 17, 2004.[1]

Counsel for AngioDynamics has assented to this request.

---

[1] May 15 is a Saturday.

- 2 -

## RULE 7.1 CERTIFICATION

The undersigned certifies that Endolaser's counsel conferred with AngioDynamics' counsel, and that AngioDynamics' counsel stipulates to the requested extension of time.

Respectfully submitted,

ENDOLASER ASSOCIATES, LLC,

By its attorneys,

| | |
|---|---|
| Dated: April 15, 2004 | /s/ Michael A. Albert |
| | Michael A. Albert (BBO #558566) |
| | malbert@wolfgreenfield.com |
| | James J. Foster (BBO #553285) |
| | jfoster@wolfgreenfield.com |
| | John L. Strand  (BBO #654985) |
| | jstrand@wolfgreenfield.com |
| | WOLF, GREENFIELD & SACKS, P.C. |
| | 600 Atlantic Avenue |
| | Boston, MA 02210 |
| | (617) 646-8000 |