IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>       Defendant. | Civil Action No. 1:04-CV-10019 (RGS) |

ANGIODYNAMICS, INC.,

       Counterclaim Plaintiff,

v.

ENDOLASER ASSOCIATES, LLC,

       Counterclaim Defendant.

## LOCAL RULE 16.1 JOINT STATEMENT

Pursuant to Local Rule 16.1(B), counsel for the parties have conferred regarding an agenda of matters to be discussed at the upcoming Rule 16 conference, a proposed pretrial schedule for the case that includes a plan for discovery, and consideration of mediation and consent to trial by a magistrate judge.

Counsel have prepared this Joint Statement pursuant to Local Rule 16.1.

## I.    DISCOVERY

AngioDynamics has made its Fed. R. Civ. P. 26(a)(1) initial disclosures. Diomed and Endolaser shall make their initial disclosures by <u>May 3, 2004</u>.

All discovery (including document production, interrogatories, requests for admission, depositions and expert reports) shall be completed by February 15, 2005.

The parties shall each be permitted to serve fifty (50) interrogatories on each party. Document requests and requests for admission shall not be limited.  Each party shall be permitted a total of fifteen (15) depositions, including expert depositions, unless otherwise agreed upon by the parties and/or authorized by the Court.

## II.    EXPERT DISCOVERY AND CLAIM CONSTRUCTION

- Plaintiff will identify to Defendant the claims that it asserts to be infringed no later than June 1, 2004.

- The parties will exchange their interpretations of the asserted claims on September 1, 2004, and will agree by September 15, 2004 on which limitations are in dispute.

- Each party will file no later than October 1, 2004 a memorandum in support of its claim construction.

- Oppositions to the claim construction memoranda may be filed within twenty-one (21) days after the filing of the corresponding main memorandum.

- Each party shall designate its expert witnesses, and provide expert reports with regard to issues on which it bears the burden of proof, by December 15, 2004 or within one month of the Court's ruling on claim construction, whichever is later.

- Each party shall provide rebuttal expert reports within one month of service of the other party's corresponding report.

## III.    SUMMARY JUDGMENT

Summary judgment motions shall be filed within thirty (30) days of the close of discovery or the Court's ruling on claim construction, whichever is later.

Oppositions to summary judgment motions shall be filed within twenty-one (21) days after summary judgment motions have been filed.

Reply briefs in support of summary judgment motions shall be filed within fourteen (14) days after oppositions to summary judgment have been filed.

## IV.    JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS

The parties should be allowed until June 1, 2004 to file motions to join additional parties and/or amend the pleadings.

## V.    CONFIDENTIAL INFORMATION

Counsel have agreed upon a Protective Order pursuant to Fed. R. Civ. P. 26(c)(7), which they will submit to the Court for approval prior to the exchange of any confidential documents.

## VI.    TRIAL BY MAGISTRATE JUDGE

The parties are not prepared to consent to trial by a magistrate judge.

## VII.    LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The certifications required by Local Rule 16.1(D)(3) will be filed at or prior to the Scheduling Conference.

## VIII.    SCHEDULE MODIFICATIONS

All dates and other terms set forth herein may be modified by the Court in its discretion,

or by written agreement between the parties as approved by the Court, or upon motion to the

Court for good cause shown.

Respectfully submitted,

Michael A. Albért (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500
(617) 720-2441 (fax)

COUNSEL FOR DIOMED, INC. AND
ENDOLASER ASSOCIATES, LLC

Mark D. Giarratana
MCCARTER & ENGLISH, LLP
CityPlace I
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com
Rodney S. Dowell (BBO #620916)
BERMAN & DOWELL
210 Commercial St., 5th Floor
Boston, MA 02109
(617) 723-9911
(617) 720-3500 (fax)
rdowell@bermandowell.com

COUNSEL FOR ANGIODYNAMICS, INC.

Dated: May 3, 2004

HARTFORD: 614116.01