IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>      Defendant. | Civil Action No. 1:04-CV-10019 (RGS) |

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Diomed moves the Court to enter the attached Protective Order.  Entry of the Protective Order will facilitate discovery.

## RULE 7.1 CERTIFICATION

The undersigned certifies that counsel for the parties conferred, and agree that the attached Protective Order should be entered to facilitate discovery in this case.

                                                Respectfully submitted,
                                                DIOMED, INC.,

                                                By its attorneys,

Dated: May 6, 2004                             /s/Michael A. Albert
                                                Michael A. Albert (BBO #558566)
                                                malbert@wolfgreenfield.com
                                                James J. Foster (BBO #553285)
                                                jfoster@wolfgreenfield.com
                                                Michael N. Rader (BBO #646990)
                                                mrader@wolfgreenfield.com
                                                WOLF, GREENFIELD & SACKS, P.C.
                                                600 Atlantic Avenue
                                                Boston, MA 02210
                                                (617) 720-3500