UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIOMED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| AND | ) | CIVIL ACTION NO.: 04-10019-RGS |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DIOMED, INC. AND ENDOLASER, LLC, | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | MAY 7, 2004 |

**CERTIFICATION OF COUNSEL FOR DEFENDANT ANGIODYNAMICS, INC. PURSUANT TO LOCAL RULE (D. MASS.) 16.1(D)(3)**

Pursuant to Local Rule (D. Mass.) 16.1(D)(3), undersigned counsel for Defendant AngioDynamics, Inc., certify as follows:

(a)  They have conferred with a view toward establishing a budget for the litigation (including a "full course" of litigation as well as alternatives); and

(b)  They have considered resolution of the litigation through the use of alternative dispute resolution mechanisms such as those outlined in Local Rule 16.4.

Dated: May 7, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants by regular mail on May 7, 2004

*/s/ Mark D. Giarratana*
Mark D. Giarratana

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By */s/ Mark D. Giarratana*
MARK D. GIARRATANA
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com
    -and-
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

HARTFORD: 614011.01