IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

     Plaintiff,

v.

ANGIODYNAMICS, INC,

     Defendant.

Civil Action No. 1:04-CV-10019 (RGS)

ANGIODYNAMICS, INC.,

     Counterclaim Plaintiff,

v.

ENDOLASER ASSOCIATES, LLC,

     Counterclaim Defendant.

## ENDOLASER'S MOTION TO DISMISS ANGIODYNAMICS' COUNTERCLAIMS

Endolaser hereby moves to dismiss the counterclaims filed against it by AngioDynamics in this action. The grounds for this motion are set forth in the accompanying declaration and memorandum of law.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Endolaser provided counsel for AngioDynamics with a copy of the Agreement establishing that Endolaser transferred all of its substantial rights in the '777 patent to Diomed. Nevertheless, counsel for AngioDynamics did not stipulate to this motion.

## LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT

Endolaser respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

ENDOLASER ASSOCIATES, LLC,

By its attorneys,

Dated: May 17, 2004

Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500