UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) CIVIL ACTION NO.: 04-10019-RGS |
| | ) |
| Defendant. | ) |
| | ) |
| AND | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| | ) |
| DIOMED, INC. AND ENDOLASER, LLC, | ) |
| | ) |
| Counterclaim-Defendants. | ) MAY 20, 2004 |

## NOTICE OF APPEARANCE OF MARK D. GIARRATANA

Please enter the appearance of Mark D. Giarratana, of McCarter & English LLP,

CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103, on behalf of Defendant

AngioDynamics, Inc. in the above-captioned case.  Judge Stearns granted Attorney Giarratana's

Motion for *Pro Hac Vice* Admission on March 24, 2004.

Dated:  May 20, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By _____
MARK D. GIARRATANA
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com

I hereby certify that a true copy
of the above document was served
upon the attorney of record for
the Plaintiff and Counterclaim-
Defendants by regular mail on
May 20, 2004

_____
Mark D. Giarratana

-and-
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

HARTFORD: 615354.01