UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) CIVIL ACTION NO.: 04-10019-RGS |
| | ) |
| Defendant. | ) |
| | ) |
| AND | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| | ) |
| DIOMED, INC. AND ENDOLASER, LLC, | ) |
| | ) |
| Counterclaim-Defendants. | ) JUNE 1, 2004 |

## ANGIODYNAMICS, INC.'S MOTION TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15 and the Joint Scheduling Order in this case, AngioDynamics, Inc. ("AngioDynamics") hereby submits this Motion to Amend its Answer, Affirmative Defenses, and Counterclaims against Diomed, Inc. ("Diomed") and Endolaser, LLC ("Endolaser"). Under the Joint Scheduling Order entered by the Court on May 10, 2004, the parties may amend their pleadings and/or join additional parties at any time up to and including June 1, 2004.

As evident in the First Amended Answer, Affirmative Defenses, and Counterclaims attached hereto, AngioDynamics hereby amends its affirmative defenses and counterclaims to include patent misuse, violation of the antitrust laws of the United States, and violation of Mass. Gen. L. ch. 93A. AngioDynamics makes this submission based on newly discovered information. Further, as the Joint Scheduling Order was entered less than a month ago and discovery, which is scheduled to close on February 15, 2005, has just begun in this case, neither Diomed nor Endolaser will be prejudice by the entry of AngioDynamics' First Amended Answer, Affirmative Defenses, and Counterclaims at this early stage in the litigation.

WHEREFORE, AngioDynamics respectfully requests that the Court grant its Motion to Amend and enter AngioDynamics First Amended Answer, Affirmative Defenses, and Counterclaims, attached hereto.

### Local Rule 7.1(a)(2) Certification

Counsel for AngioDynamics provided counsel for Diomed and Endolaser with a draft copy of AngioDynamics' First Amended Answer, Affirmative Defenses, and Counterclaims on May 28, 2004. Counsel for AngioDynamics has not yet received a response from counsel for Diomed and Endolaser.

Dated: June 1, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants by regular mail on June 1, 2004

*/s/ Mark D. Giarratana*

Mark D. Giarratana

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By */s/ Mark D. Giarratana*

MARK D. GIARRATANA
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com
   -and-
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA 02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

SO ORDERED:

_____
Date

_____
U.S.D.C. Judge

HARTFORD: 616048.01

3