UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
|         Plaintiff, | ) |
| v. | ) |
| ANGIODYNAMICS, INC., | ) CIVIL ACTION NO.: 04-10019-RGS |
|         Defendant. | ) |
| AND | ) |
| ANGIODYNAMICS, INC., | ) |
|         Counterclaim-Plaintiff, | ) |
| v. | ) |
| DIOMED, INC. AND ENDOLASER, LLC, | ) |
|         Counterclaim-Defendants. | ) JUNE 18, 2004 |

### ANGIODYNAMICS, INC.'S REQUEST TO FILE SURREPLY MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO ENDOLASER'S MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), AngioDynamics, Inc. ("AngioDynamics") respectfully requests permission from this Court to file the accompanying Surreply Memorandum in Opposition to Endolaser, LLC's Motion to Dismiss [Dkt. # 20]. The attached Surreply Memorandum is submitted to address new issues and arguments raised by Endolaser in its Reply Memorandum dated June 4, 2004 in order to fully and fairly address all issues before the Court concerning Endolaser's Motion to Dismiss.

WHEREFORE, AngioDynamics respectfully requests that the Court grant its Request to File a Surreply Memorandum, attached hereto.



Dated: June 18, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants by regular mail on June 18, 2004

*/s/ Rodney S. Dowell*

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By: */s/*
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA 02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com
   -and-
MARK D. GIARRATANA
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
   MACROBUTTON HtmlResAnchor mgiarratana@mccarter.com

SO ORDERED:

_____
Date

_____
U.S.D.C. Judge

HARTFORD: 617297.01

2