UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 30 P 5: 43

| | |
|---|---|
| DIOMED, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ANGIODYNAMICS, INC., | ) CIVIL ACTION NO.: 04-10019-RGS |
| Defendant. | ) |
| AND | ) |
| ANGIODYNAMICS, INC., | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| DIOMED, INC. AND ENDOLASER, LLC, | ) |
| Counterclaim-Defendants. | ) JUNE 30, 2004 |

### ANGIODYNAMICS, INC.'S CONSENTED TO MOTION TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS

Pursuant to Local Rule 7.1(b)(3), AngioDynamics, Inc. ("AngioDynamics") respectfully requests permission from this Court to file the accompanying Reply Memorandum in further support of AngioDynamics' Motion for Leave to Amend its Answer, Affirmative Defenses and Counterclaims ("Motion to Amend") [Dkt. # 24]. The attached Reply Memorandum is submitted to address new issues and arguments raised by Endolaser in its Opposition Memorandum dated June 15, 2004 ("Opposition") [Dkt. # 26] in order to fully and fairly address all issues before the Court concerning AngioDynamics' Motion to Amend.

Endolaser's counsel, Michael Rader, has consented to AngioDynamics' request to file the attached Reply Memorandum.

WHEREFORE, AngioDynamics respectfully requests that the Court grant its Consented to Motion to File the Reply Memorandum attached hereto.

Dated: June 30, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By _____
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA 02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com
    -and-
MARK D. GIARRATANA
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
    MACROBUTTON HtmlResAnchor
mgiarratana@mccarter.com

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants by regular mail on June 30, 2004**

_____
Rodney S. Dowell

SO ORDERED:

_____              _____
Date                                  U.S.D.C. Judge

HARTFORD: 617864.01

2