IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>         Defendant. | Civil Action No. 1:04-CV-10019 (RGS) |
| ANGIODYNAMICS, INC.,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>ENDOLASER ASSOCIATES, LLC,<br><br>         Counterclaim Defendant. | |

**ASSENTED-TO MOTION FOR LEAVE BY DIOMED AND ENDOLASER
TO FILE A COMBINED SUR-REPLY TO ANGIODYNAMICS' REPLY BRIEFS
SUPPORTING ITS MOTION TO AMEND ITS COUNTERCLAIMS**

Diomed and Endolaser respectfully request leave to file the accompanying Sur-Reply To AngioDynamics' Reply Briefs Supporting Its Motion To Amend Its Counterclaims.

This motion for leave is filed with the assent of AngioDynamics. The accompanying Sur-Reply is submitted for the limited purpose of responding to new issues raised by AngioDynamics in its Reply Briefs.

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned certifies that counsel for Diomed and Endolaser conferred with counsel for AngioDynamics, who assented to the filing of this motion and the accompanying Sur-Reply Brief.

- 2 -

Respectfully submitted,

DIOMED, INC., and
ENDOLASER ASSOCIATES, LLC

By their attorneys,

Dated: July 9, 2004            /s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500