UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DIOMED, INC.

    V.                                CIVIL ACTION NO. 04-10019-RGS

ANGIODYNAMICS, INC., ET AL

# NOTICE OF HEARING

STEARNS, DJ.                                                  JULY 15, 2004

      A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

**FRIDAY, OCTOBER 29, 2004 AT 2:30 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

      SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

              BY:

                                            /s/ Mary H. Johnson
                                              Deputy Clerk

*TO BE HEARD:    Endolaser's Motion to Dismiss Angiodynamics' Counterclaims (#20).