UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) CIVIL ACTION NO.: 04-10019-RGS |
| | ) |
| Defendant. | ) |
| | ) |
| AND | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIOMED, INC. AND ENDOLASER, LLC, | ) |
| | ) |
| Counterclaim-Defendants. | ) JULY 21, 2004 |

## NOTICE OF APPEARANCE OF SETH M. WILSON

Please enter the appearance of Seth M. Wilson, of McCarter & English LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103, on behalf of Defendant AngioDynamics, Inc. in the above-captioned case.

Dated: July 21, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By /s/ Seth M. Wilson
SETH M. WILSON (BBO #640270)
McCarter & English, LLP
CityPlace 1
185 Asylum Street
Hartford, CT 06103
(860) 275-7008
(860) 724-3397 (fax)
smwilson@mccarter.com
-and-

I hereby certify that a true copy of the Notice of Appearance of Seth M. Wilson was served upon the attorney of record for the Plaintiff and Counterclaim Defendants by regular mail on July 21, 2004

/s/ Seth M. Wilson
Seth M. Wilson

RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

HARTFORD: 618898.01