UNITED STATES DISTRICT COURT

7/30/04

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 04-10019-RGS |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| AND | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| | ) |
| DIOMED, INC. AND ENDOLASER, LLC, | ) |
| | ) |
| Counterclaim-Defendants. | ) JULY 28, 2004 |

## MOTION FOR ADMISSION OF ALEXANDRA B. STEVENS PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned attorney moves for the admission Pro Hac Vice of the following attorney:

> Alexandra B. Stevens
> McCarter & English, LLP
> Four Stamford Plaza
> 107 Elm Street
> Stamford, Connecticut 06902
> Tel: (203) 965-0823
> Fax: (203) 323-6513
> Email: astevens@mccarter.com

FILING FEE PAID:
RECEIPT # 57656
AMOUNT $ 50.00
BY DPTY CLK ____
DATE 07-30-04

This Motion is accompanied by a supporting Affidavit from Ms. Stevens which establishes that Ms. Stevens is a member in good standing of the bars of the States of Connecticut and New York and that there are no disciplinary proceedings pending against her.

Pursuant to Local Rule 7.1(A)(2), counsel AngioDynamics, Inc., has conferred with Plaintiff's counsel, Michael Rader, and Plaintiff consents to this Motion.

Favorable consideration is respectfully requested.

Dated: July 28, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By _____
MARK D. GIARRATANA
SETH M. WILSON (BBO # 640270)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
swilson@mccarter.com
　　　-and-
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

**I hereby certify that a true copy of the above document was served upon the attorneys of record for the Plaintiff and Counterclaim-Defendants by regular mail on July 28, 2004**

_____
Seth M. Wilson

HARTFORD: 618909.01