UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. <br><br> AND <br><br> ANGIODYNAMICS, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> DIOMED, INC. AND ENDOLASER, LLC, <br><br> Counterclaim-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 04-10019-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) AUGUST 16, 2004 |

### NOTICE OF APPEARANCE OF ALEXANDRA B. STEVENS

Please enter the appearance of Alexandra B. Stevens, of McCarter & English LLP, Four Stamford Plaza, 107 Elm Street, Stamford, Connecticut 06902, on behalf of Defendant AngioDynamics, Inc. in the above-captioned case. Judge Stearns granted Attorney Stevens' Motion for Leave to Appear *Pro Hac Vice* on August 13, 2004 [Dkt. # 35].

Dated: August 16, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By /s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS
McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants by regular mail on August 16, 2004.

/s/ Alexandra B. Stevens
Alexandra B. Stevens

>-and-
>RODNEY S. DOWELL (BBO # 620916)
>Berman & Dowell
>210 Commercial Street
>Boston, MA  02109
>(671) 723-9911
>(617) 723-6688 (fax)
>rdowell@bermandowell.com

HARTFORD: 621117.01