UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIOMED, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANGIODYNAMICS, INC., | ) | CIVIL ACTION NO.: 04-10019-RGS |
| | ) | |
| Defendant. | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DIOMED, INC. AND ENDOLASER, LLC, | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | OCTOBER 1, 2004 |

**DEFENDANT ANGIODYNAMICS, INC.'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

Due to the number of claims asserted by Plaintiffs in this patent infringement case and the necessity to properly interpret each of these claims, Defendant AngioDynamics, Inc. respectfully moves this Court to allow it to file its Memorandum of Law In Support of its Motion For Construction of Claims 1, 9-11, 16-19, and 21 of U.S. Patent No. 6,398,777, which exceeds by 21 pages the 20 page limit set by Local Rule 7.1(B)(4). Counsel for Diomed has stated that Diomed does not oppose the granting of this motion.

Dated: October 1, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By _____
MARK D. GIARRATANA
ALEXANDRA B. STEVENS
SETH M. WILSON
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
astevens@mccarter.com
       -and-
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(617) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant AngioDynamics, Inc.'s Unopposed Motion to Exceed Page Limit was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants by regular mail on October 1, 2004.

Michael A. Albert, Esq.
Michael N. Rader, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

_/s/ Seth M. Wilson_
Seth M. Wilson

HARTFORD: 624135.01

97353-00062