

**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Michael A. Albert**
malbert@wolfgreenfield.com
direct dial 617.573.7840

June 2, 2004

<u>By Electronic Mail</u>

Mark D. Giarrantana, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103

    Re:    <u>Diomed, Inc. v. AngioDynamics, Inc.</u>
             <u>Civil Action No.: 04-CV-10019-RGS</u>
             <u>Our File No.:  D0610.60001US00</u>

Dear Mark:

      Pursuant to the Court's Scheduling Order, I am writing to inform you that Diomed will assert infringement by AngioDynamics of claims 9-14, 16-19 and 21 of U.S. Patent No. 6,398,777.

      This letter is being transmitted to you electronically.  I have not heard back from you regarding my suggestion of May 20 that the parties agree to service only on primary counsel, and further more that service be carried out in parallel by electronic mail (except in the case of voluminous document production).  Please let me know if that proposal is acceptable.

                        Sincerely yours,

                        WOLF, GREENFIELD & SACKS, P.C.

                        Michael A. Albert

MAA/MNR