Seth M. Wilson
Associate
860.275.7008
Fax 860.724.3397
smwilson@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
tel 860.275.6700
fax 860.724.3397
www.mccarter.com



September 21, 2004

**VIA REGULAR MAIL & FAX**

**1-617-720-2441**

Michael Albert
Michael Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re:   Diomed, Inc. v. AngioDynamics, Inc., et al.
        Civil Action No. 1:04-CV-10019 (RGS)
        Our Ref. 97353.00062

Dear Gentlemen:

In light of some ambiguities we perceived in the proposed claim interpretation you sent us on September 1, 2004 and our telephone conference to agree on disputed construction issues yesterday, where it became apparent that you intend to rely on these ambiguities to prove infringement, we have undertaken to clarify and specify our position on these terms so that all parties understand and can address the proper issues in their briefs. Accordingly, as promised yesterday, please find attached a revised claim chart that includes these clarifications. As also discussed in our teleconference, in exchange we anticipate receiving today your understanding of the "plain meaning" of the terms that you chose not to define in your initial interpretation chart, or at the very least a statement of where your understanding of the "plain meaning" of the terms differs from our initial proposed interpretation.

Please contact me at your earliest convenience to set up another teleconference to establish any agreement that may be achieved by these revisions.

Very truly yours,

*Seth M. Wilson*

Seth M. Wilson

SMW/nlt
Attachment

HARTFORD: 623416.01

HARTFORD         STAMFORD         NEW YORK CITY      NEWARK           PHILADELPHIA       WILMINGTON       BALTIMORE
860.275.6700     203.324.1800     212.609.6800       973.622.4444     215.979.3800       302.984.6300     410.659.8500

| Claim 1 | Construction |
|---|---|
| A blood vessel treatment device comprising: | A device for treatment of an artery, capillary or vein comprising: |
| (a) means adapted for insertion into a blood vessel; and | A structure which performs the function of introducing the device into the space within an artery, capillary or vein.<br><br>Because the specification fails to identify a structure on the device which performs the claimed insertion function, the claim is indefinite and invalid under 35 U.S.C. § 112. |
| (b) means adapted for intraluminal contact with a wall of said blood vessel, for emitting laser energy to cause a decrease in the diameter of said blood vessel. | A single structure which performs the functions of both 1) achieving physical contact between itself and the interior surface of the artery, capillary or vein, and 2) emitting amplified monochromatic light or other electromagnetic radiation into the interior surface of the artery, capillary or vein.<br><br>Because the specification fails to clearly identify one structure that performs both of the claimed functions, the claim is indefinite and invalid under 35 U.S.C. § 112. |

1

| Claim 9 | Construction |
| --- | --- |
| A method of treating a blood vessel using laser energy, comprising the steps of | A method of treating an artery, capillary or vein using amplified monochromatic light or other electromagnetic radiation comprising the steps of |
| (a) inserting means for emitting laser energy into the blood vessel at a puncture site, wherein said emitting means has a laser emitting section; | introducing through a small hole into the space within the artery, capillary or vein a fiber optic line having an uncoated rounded tip or equivalent structure for emitting through the uncoated tip of the fiber optic line the amplified monochromatic light or other electromagnetic radiation; |
| (b) placing said laser emitting section of said emitting means into intraluminal contact with the blood vessel at a treatment site; and | deliberately and systematically putting the uncoated tip of the fiber optic line in physical contact with the interior surface of the artery, capillary or vein at a treatment site; this requires drainage of blood and compression of the vein; |
| (c) emitting said laser energy into the blood vessel through said laser emitting section of said emitting means, thereby decreasing the diameter of the blood vessel. | emitting the amplified monochromatic light or other electromagnetic radiation into the interior surface of the artery, capillary or vein through the uncoated tip of the fiber optic line while maintaining the tip-interior surface physical contact to decrease the diameter of the artery, capillary or vein. |

| Claim 10 | Construction |
| --- | --- |
| The method of claim 9, further comprising | The method of claim 9, further comprising |
| (a) emptying the blood vessel prior to emitting said laser energy. | making the interior space of the artery, capillary or vein empty before emitting the amplified monochromatic light or other electromagnetic radiation into the interior surface of the artery, capillary or vein. |

| Claim 11 | Construction |
|---|---|
| The method of claim 9, | The method of claim 9, |
| (a) wherein said emitting means is inserted into the blood vessel through the use of an angiocatheter. | wherein the fiber optic line or equivalent structure is introduced into the space within the artery, capillary or vein through a tubular instrument used for introducing objects into the interior space of an artery, capillary or vein. |

| Claim 12 | Construction |
|---|---|
| The method of claim 9, | The method of claim 9, |
| (a) wherein said emitting means is about 200 microns to about 600 microns in diameter. | wherein the fiber optic line or equivalent structure is about 200 microns to about 600 microns in diameter. |

| Claim 13 | Construction |
|---|---|
| The method of claim 9, | The method of claim 9, |
| (a) wherein said emitting means is a fiber optic line. | wherein the structure for emitting the amplified monochromatic light or other electromagnetic radiation is the fiber optic line as described above (and not any equivalent structure). |

3

| Claim 14 | Construction |
|---|---|
| The method of claim 9, | The method of claim 9, |
| (a) wherein said laser emitting section of said emitting means is located at a tip of said emitting means. | wherein the uncoated portion of the fiber optic line or equivalent structure is located at an extremity of the fiber optic line. |

| Claim 16 | Construction |
|---|---|
| The method of claim 14, | The method of claim 14, |
| (a) wherein said tip of said emitting means is located at the treatment site through the use of a guidance means. | wherein the uncoated extremity of the fiber optic line or equivalent structure is directed to the treatment site through use of ultrasound imagery or visual observation of visible spectrum light emitted within the artery, capillary or vein. |

| Claim 17 | Construction |
|---|---|
| The method of claim 9, further comprising | The method of claim 9, further comprising |
| (a) applying compression externally to the blood vessel prior to applying said laser energy, thereby ensuring contact of said tip of said emitting means with the blood vessel. | applying pressure to the external surface of the artery, capillary or vein, before emitting the amplified monochromatic light or other electromagnetic radiation through the uncoated tip of the fiber optic line, to assure physical contact between the interior surface of the artery, capillary or vein and the uncoated tip of the fiber optic line or equivalent structure. |

| Claim 18 | Construction |
|---|---|
| The method of claim 9, | The method of claim 9, |
| (a) wherein said laser energy is applied in the range of about 500 nanometers to about 1100 nanometers. | wherein the amplified monochromatic light or other electromagnetic radiation enters the interior surface of the artery, capillary or vein in the range of about 500 nanometers to about 1100 nanometers. |

| Claim 19 | Construction |
|---|---|
| The method of claim 9, | The method of claim 9, |
| (a) wherein said laser energy is delivered in bursts. | wherein the amplified monochromatic light or other electromagnetic radiation is emitted in timed intervals. |

| Claim 21 | Construction |
|---|---|
| A method of treating a blood vessel using laser energy, comprising the steps of: | A method of treating an artery, capillary or vein using amplified monochromatic light or other electromagnetic radiation comprising the steps of: |
| (a) inserting means for emitting laser energy into the blood vessel at a puncture site, wherein said emitting means has a laser emitting section; | introducing through a small hole into the space within the artery, capillary or vein a fiber optic line having an uncoated rounded tip or equivalent structure for emitting through the uncoated tip of the fiber optic line the amplified monochromatic light or other electromagnetic radiation; |
| (b) placing said laser emitting section of said emitting means into intraluminal contact with the blood vessel at a treatment site; | deliberately and systematically putting the uncoated tip of the fiber optic line in physical contact with the interior surface of the artery, capillary or vein at a treatment site; this requires drainage of blood and compression of the vein; |
| (c) emptying the blood vessel; and | making the interior space of the artery, capillary or vein empty; |
| (d) emitting said laser energy into the blood vessel through said laser emitting section of said emitting means, thereby decreasing the diameter of the blood vessel. | emitting the amplified monochromatic light or other electromagnetic radiation into the interior surface of the artery, capillary or vein through the uncoated tip of the fiber optic line while maintaining the tip-interior surface physical contact to decrease the diameter of the artery, capillary or vein. |