UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., </br>                 Plaintiff, </br> v. </br> ANGIODYNAMICS, INC., </br>                 Defendant. </br> AND </br> ANGIODYNAMICS, INC., </br>                 Counterclaim-Plaintiff, </br> v. </br> DIOMED, INC. AND ENDOLASER, LLC, </br>                 Counterclaim-Defendants. | CIVIL ACTION NO.: 04-10019-RGS </br></br></br></br></br></br></br></br></br></br></br>NOVEMBER 9, 2004 |

## DEFENDANT ANGIODYNAMICS, INC.'S UNOPPOSED MOTION TO FILE REPLY BRIEF

Defendant AngioDynamics, Inc. respectfully requests this Court to allow it to file the accompanying Reply Memorandum in Support of its Motion For Construction of Claims 1, 9-11, 16-19, and 21 of U.S. Patent No. 6,398,777. Counsel for Diomed has stated that Diomed does not oppose the granting of this motion, but has reserved the right to respond.

Dated: November 9, 2004

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By /s/ *signature*

MARK D. GIARRATANA
ALEXANDRA B. STEVENS
SETH M. WILSON (BBO #640270)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
astevens@mccarter.com
smwilson@mccarter.com
          -and-
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(617) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant AngioDynamics, Inc.'s Unopposed Motion to File Reply Brief was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants by regular mail on November 9, 2004.

Michael A. Albert, Esq.
Michael N. Rader, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

_____
Seth M. Wilson

HARTFORD: 626400.01

97353-00062