UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DIOMED, INC.**

    V.                                    CIVIL ACTION NO. 04-10019-RGS

**ANGIODYNAMICS, INC.**

# NOTICE OF HEARING

**STEARNS, DJ.**                                      **JANUARY 14, 2005**

A "MARKMAN HEARING" IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>**THURSDAY, MARCH 17, 2005 AT 11:00 A.M.**</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                            **RICHARD G. STEARNS**
                                                            **UNITED STATES DISTRICT JUDGE**

          BY:

                                                            /s/ **Mary H. Johnson**
                                                               **Deputy Clerk**