UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
**DIOMED, INC.,**                  )
                                   )
    Plaintiff,             )   CIVIL ACTION NO. 04-10444-RGS
                                   )
v.                                 )   (Consolidated For Discovery Under
                                   )   Civil Action No. 04-10019-RGS)
**VASCULAR SOLUTIONS, INC.,**      )
                                   )
    Defendant.             )
_____)

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
ERIC R. BARBER-MINGO ON BEHALF OF VASCULAR SOLUTIONS, INC.**

I, Eric R. Barber-Mingo, hereby provide notice of my withdrawal as counsel on behalf of Defendant Vascular Solutions, Inc. on the grounds that, effective February 11, 2005, I am no longer associated with the firm of Ruberto, Israel & Weiner, P.C.  J. Thomas Vitt and Todd R. Trumpold, both of the Dorsey & Whitney, LLP, and Steven L. Feldman of Ruberto, Israel & Weiner, P.C., will continue to represent the Defendant.

    Respectfully Submitted,

    VASCULAR SOLUTIONS, INC.

    By its Attorney,

    /s/  Eric R. Barber-Mingo
    Eric R. Barber-Mingo (BBO #564031)
    104 Dunstable Road
    Westford, MA 01886-1054
    (978) 392-9501

Dated: February 22, 2005