UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, Defendant in Counterclaim, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. <br><br> Defendant, Plaintiff in Counterclaim. | Civil Action No.: 04-10444-RGS |
| DIOMED, INC. <br><br> Plaintiff, Defendant in Counterclaim, <br><br> v. <br><br> ANGIODYNAMICS, INC. <br><br> Defendant, Plaintiff in Counterclaim. | Civil Action No.: 04-10019-RGS |

## MOTION OF DEFENDANT VASCULAR SOLUTIONS, INC TO BIFURCATE PURSUANT TO FED. R. CIV. P. 42(b)

Defendant Vascular Solutions, Inc. ("VSI") hereby moves pursuant to Fed. R. Civ. P. 42(b) to bifurcate the issue of liability from issues of willfulness and damages in this patent dispute. VSI brings this Motion in the interest of expedition and economy, and to avoid prejudice that would likely be caused to VSI by the disclosure of its privileged opinion of counsel. In the alternative, VSI requests that the Court stay discovery on VSI's opinion of counsel through the discovery period and until after resolution of dispositive motions.

The grounds for this Motion are set forth more fully in the accompanying Memorandum In Support of Defendant Vascular Solutions, Inc.'s Motion to Bifurcate.

WHEREFORE, VSI respectfully requests that its Motion to Bifurcate Pursuant to Fed. R. Civ. P. 42(b) be ALLOWED.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

VSI's counsel herein certifies that it has met the requirements of Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts by conferring with opposing counsel, Michael Albert, through numerous e-mails, in person on April 18, 2005, and by telephone on May 6, 2005, in a good faith attempt to resolve or narrow the issues presented in this Motion.

Respectfully submitted,

VASCULAR SOLUTIONS, INC.

By its counsel,

Steven L. Feldman, Esq. (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

~and~

J. Thomas Vitt, Esq., MN #183817
Heather D. Redmond, Esq., MN #313233
Todd R. Trumpold, Esq., MN #313890
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Dated: May 9, 2005

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\VSIMotionToBifurcate.doc