UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC. | Civil File No. 104-CV-10444-(RGS) |
| Plaintiff, | |
| v. | |
| VASCULAR SOLUTIONS, INC. | |
| Defendant. | |
| **and** | |
| DIOMED, INC., | Civil Action No. 04-CV-10019 (RGS) |
| Plaintiff, | |
| v. | |
| ANGIODYNAMICS, INC., | |
| Defendant. | |

### DECLARATION OF HEATHER D. REDMOND IN SUPPORT OF VASCULAR SOLUTION, INC.'S MOTION TO BIFURCATE

I, Heather Redmond, declare:

1.      I am an attorney at Dorsey & Whitney LLP, in Minneapolis, Minnesota, and one of the attorneys for the defendant, Vascular Solutions, Inc. ("VSI") in this action. I offer this declaration in support of VSI's Motion to Bifurcate.

2.      Attached as Exhibit A are true and correct copies of excerpts from a March 31, 2005, letter from Michael Albert to J. Thomas Vitt.

    3.    Attached as Exhibit B is a true and correct copy of an April 19, 2004, email from J. Thomas Vitt to Michael Albert.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Dated: May 6, 2005.                                                s/Heather D. Redmond
                                                                                     Heather D. Redmond