EXHIBIT A

TO DECLARATION OF
HEATHER D. REDMOND IN SUPPORT OF
VASCULAR SOLUTION, INC.'S
MOTION TO BIFURCATE



## Wolf Greenfield
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Michael A. Albert**
malbert@wolfgreenfield.com
direct dial 617.646.8240

**John Strand**
jstrand@wolfgreenfield.com
direct dial 617.646.8229

March 31, 2005

**BY FEDEX**

Tom Vitt, Esq.
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

  Re: Diomed, Inc. v. Vascular Solutions, Inc., No. 04-10444 (consolidated with
     Diomed, Inc. v. AngioDynamics, Inc., No. 04-10019)
     Our File: D0610.60001US00

Dear Tom:

This letter addresses certain discovery issues that still remain between the parties.

### Diomed's and Inventors' Discovery Responses

Please find enclosed with this letter the following items to supplement Diomed's discovery responses:

- Diomed's Supplemental Responses to AngioDynamics' First Set of Interrogatories (a copy signed by our client will follow).

- Diomed's Schedule of Withheld Documents.

- Paper documents with production numbers D028221-D029977 (note that production numbers D028933-D08934, D028942-D028943, D029366-D029367, D029373, and D029845 were not used). These documents are from a variety of sources within Diomed, so they are not being produced as they were kept in the ordinary course of business. As such, Diomed specifically responds that,
    - o Documents labeled D02866-D028671 are responsive to at least VSI document request no. 1 (and AngioDynamics' document request no. 1);

882201.1

Wolf, Greenfield & Sacks, P.C. | 600 Atlantic Avenue | Boston, Massachusetts 02210-2206
617.720.3500 | fax 617.720.2441 | www.wolfgreenfield.com



Tom Vitt, Esq.
March 31, 2005
Page 3

- CD-ROMs labeled with production numbers D029978-D029986, ENL-NAV00385 - ENL-NAV00387, and ENL-NAV00560 containing materials responsive to at least VSI's document request no. 15 & 24 (and AngioDynamics' document request nos. 11, 12 and 19).

- Videotapes labeled with production numbers D029987-D029989 and ENL-NAV00558 containing videos responsive to at least VSI's document request no. 15 & 24 (and AngioDynamics' document request no. 11, 12, and 19).

- A videotape labeled with production number ENL-NAV00559 containing a video responsive to at least VSI's document request no. 1 (and AngioDynamics' document request no. 1).

**VSI's Discovery Responses**

There are certain deficiencies in VSI's discovery responses that we request be promptly remedied:

- *Opinion* – VSI stated in response to Diomed's interrogatory no. 1 that "VSI obtained an opinion of counsel concerning the '777 Patent before the introduction of its Vari-Lase product." In the documents your client has produced to date, no such opinion of counsel was included. As you are aware, the deadline for discovery is quickly approaching. If VSI intends to rely upon its opinion of counsel in defense of Diomed's willfulness allegations, please produce the opinion (and other related or contradictory documents) by April 14, 2005. If Diomed does not receive the requested documents by this date, Diomed will assume that VSI will not be relying upon the opinion. In addition, Diomed will request an order from the Court precluding VSI's reliance upon the opinion.

- *Privilege Log* – On a matter related to VSI's opinion, VSI has not produced a privilege log pursuant to Rule 26(b)(5). Please provide Diomed with a log of documents that VSI contends are protected by the attorney client privilege, the work product doctrine, or otherwise protected.

- *Supplementation of Production of Documents* – It has been some time since VSI responded to Diomed's original discovery requests. Please supplement VSI's production

# EXHIBIT B

# TO DECLARATION OF
# HEATHER D. REDMOND IN SUPPORT OF
# VASCULAR SOLUTION, INC.'S
# MOTION TO BIFURCATE

**FILE COPY**

**Vitt, Thomas**

| | |
|---|---|
| **From:** | Vitt, Thomas |
| **Sent:** | Tuesday, April 19, 2005 3:38 PM |
| **To:** | 'malbert@wolfgreenfield.com' |
| **Cc:** | 'mgiarratana@mccarter.com'; 'smwilson@mccarter.com' |
| **Subject:** | Diomed v. VSI (patent case) |

Dear Michael:

I write in response to your letter of March 31 and to follow up on our conversation of April 18.

1) Depositions. My understanding is that Dr. Navarro will be produced for deposition on May 12 and Dr. Min will be produced on May 13. As we have discussed previously, we will hold the depositions open for a second day at a later time, if that proves necessary. I also understand that Jim Foster and Ilan Barzilay are coordinating my deposition of Mike Irvine on the trade secret case to take place on the same trip.

Howard Root and Tony Jakubowski are available for depositions on May 16-18. Mr. Jakubowski is available in Chicago. Again, we expect you to coordinate with Ilan to take Mr. Jakubowski's deposition in the trade secret case in this same time period.

2) Opinion of counsel. It is our view that Diomed has no legitimate claim for willful infringement, particularly given the Court's acceptance of our claim construction position. We urge you to withdraw Diomed's willfulness allegation. If you do not agree, we plan to move to bifurcate the willfulness issue.

3) Interrogatory Answers. Diomed has failed to answer VSI interrogatories 1, 2, 5, 6, 8, 9, and 10. We propose that the parties agree to supplement their interrogatory answers on or before May 6, in advance of the depositions. We expect Diomed to fully answer each subpart of each interrogatory, and to comply with Local Rule 26.5.

4) Documents. You have previously agreed to confirm, in writing, that Diomed has gathered and produced all responsive documents in the possession of all five inventors. You have not provided that written confirmation, and we have almost nothing that appears to be from the inventors' files. Please provide that written confirmation, and supplement your production to produce all documents responsive to our requests, including but not limited to documents responsive to document requests 1-3, 9, and 10.

With respect to VSI's production, we will be making a supplemental production of financial and marketing materials shortly.

5) Privilege log. Our privilege log will be sent to you under separate cover.

Tom Vitt
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Phone: (612) 340-5675
Fax: (612) 340-8856
e-mail: vitt.thomas@dorsey.com

1