THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties in the above-captioned action respectfully move the Court for an Order under Rule 16 of the Federal Rules of Civil Procedure to Amend the Scheduling Order. After the Court released its claim construction order on April 12, 2005, the parties attempted to coordinate times for depositions, but have found it difficult to find mutually agreeable times due to a number of conflicting commitments for parties, witnesses, and counsel.

For these reasons, the parties now agree that the scheduling order should be modified in order to allow the parties adequate time to address the issues raised by this case, including any expert testimony the parties may require. The proposed schedule would adjust expert disclosures by one month and fact discovery by three months.

Accordingly, the parties jointly request that the following revised deadlines be ordered:

- Each party shall designate any expert witnesses it intends to call, and provide expert reports with regard to issues on which it bears the burden of proof, on June 17, 2005,;

- Each party shall provide any rebuttal expert reports on July 18, 2005;

- All discovery shall be completed by September 15, 2005;

## CONCLUSION

The parties move that the Court amend the current scheduling order to reflect the schedule set forth above.

Respectfully submitted,

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000  (617) 720-2441 (fax)

COUNSEL FOR DIOMED, INC.

/s/ Steven L. Feldman
Tom Vitt, Esq. (admitted pro hac vice)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402-1498
(612) 340-5675  (612) 340-8856 (fax)

Steven L. Feldman, Esq. (BBO #162290)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA  02114
(617) 742-4200  (617) 742-2355 (fax)

COUNSEL FOR VASCULAR SOLUTIONS, INC.

/s/ Mark D. Giarratana
Rodney S. Dowell (BBO #620916)
BERMAN & DOWELL
210 Commercial St., 5th Floor
Boston, MA 02109
(617) 723-9911  (617) 720-3500 (fax)

Mark D. Giarratana
Seth M. Wilson (BBO #640270)
MCCARTER & ENGLISH, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700  (860) 724-3397 (fax)

COUNSEL FOR ANGIODYNAMICS, INC.