UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | )<br>)<br>) |
|     Plaintiff, Defendant in Counterclaim, | )<br>) |
| v. | )    Civil Action No.:  04-10444-RGS |
| VASCULAR SOLUTIONS, INC. | )<br>)<br>) |
|     Defendant, Plaintiff in Counterclaim. | )<br>) |
| DIOMED, INC. | )<br>)<br>) |
|     Plaintiff, Defendant in Counterclaim, | )<br>) |
| v. | )    Civil Action No.: 04-10019-RGS |
| ANGIODYNAMICS, INC. | )<br>)<br>) |
|     Defendant, Plaintiff in Counterclaim. | )<br>) |

**APPLICATION FOR ADMISSION OF COUNSEL *PRO HAC VICE*
ON BEHALF OF DEFENDANT VASCULAR SOLUTIONS, INC.**

Steven L. Feldman ("Feldman") herein moves, pursuant to Local Rule 83.5.3, on behalf of the defendant, Vascular Solutions, Inc. ("VSI"), for the admission of attorney Heather Redmond ("Redmond") *pro hac vice* in this action. In support of this Application, Feldman states as follows:

    1.    Feldman, a shareholder in the Boston firm of Ruberto, Israel & Weiner, P.C. ("RIW"), is a member in good standing of the Bar of the Commonwealth of Massachusetts and of this Court. Feldman has filed an appearance on behalf of VSI in this matter.

    2.    VSI also is represented by Attorney Redmond of Dorsey & Whitney LLP, 220 South Sixth Street, Pillsbury Center South, Minneapolis, Minnesota.

3.     As set forth in the Certificate of Heather Redmond, attached hereto as Exhibit 1: (1) Redmond is a member in good standing in every jurisdiction in which she has been admitted to practice, (2) there are no disciplinary proceedings pending against Redmond as a member of the bar in any jurisdiction, and (3) Redmond is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorney Redmond be admitted *pro hac vice* in this action.

> Respectfully Submitted,
>
> VASCULAR SOLUTIONS, INC.
>
> By its Attorney,
>
> /s/ Steven L. Feldman
> Steven L. Feldman (BBO #162290)
> Ruberto, Israel & Weiner, P.C.
> 100 North Washington Street
> Boston, Massachusetts 02114-2128
> (617) 742-4200

Dated: May 27, 2005

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\RedmondProHacViceMotion.doc