UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIOMED, INC.,** ) | |
| ) | |
|     **Plaintiff, Defendant in Counterclaim,** ) | |
| ) | |
| v. ) | Civil Action No.: 04-10444-RGS |
| ) | |
| **VASCULAR SOLUTIONS, INC.** ) | |
| ) | |
| **Defendant, Plaintiff in Counterclaim.** ) | |
| ) | |
| **DIOMED, INC.** ) | |
| ) | |
|     **Plaintiff, Defendant in Counterclaim,** ) | |
| ) | |
| v. ) | Civil Action No.: 04-10019-RGS |
| ) | |
| **ANGIODYNAMICS, INC.** ) | |
| ) | |
| **Defendant, Plaintiff in Counterclaim.** ) | |

**CERTIFICATE OF HEATHER D. REDMOND, ESQ.
IN SUPPORT OF APPLICATION FOR ADMISSION _PRO HAC VICE_**

I, Heather D. Redmond, state and depose as follows:

1.    I submit this Certificate in support of Steven L. Feldman's Application for Admission of Counsel _Pro Hac Vice_ on Behalf of Defendant, Plaintiff in Counterclaim, Vascular Solutions, Inc. ("VSI").

2.    I am an attorney with the law firm of Dorsey & Whitney LLP in Minneapolis, Minnesota, which is counsel to VSI.

3.    I have been admitted to practice in the State Bar of Minnesota, the United States District Court for the District of Minnesota, and the United States Court of Appeals for the 11th

Circuit. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

    4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF MAY, 2005

s/Heather D. Redmond  
Heather D. Redmond  
Dorsey & Whitney LLP  
50 South Sixth Street, Suite 1500  
Minneapolis, Minnesota 55402-1498  
Telephone: 612-340-2600  
Facsimile: 612-340-2868  
redmond.heather@dorsey.com