THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>      Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>      Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER 04-10019 RGS)** |

**JOINT MOTION TO ENTER STIPULATION
AND ORDER REGARDING EXPERT DISCOVERY**

      The plaintiff and defendants in this litigation anticipate that a number of experts will be preparing reports and testifying and therefore, in order to efficiently manage the expert discovery, the parties move to enter the attached Stipulation and Order Regarding Expert Discovery.

**904412.1**

Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Albert<br>Michael A. Albert (BBO #558566)<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 646-8000  (617) 720-2441 (fax)<br><br>COUNSEL FOR DIOMED, INC.<br><br>/s/ Tom Vitt<br>Tom Vitt, Esq. (admitted pro hac vice)<br>DORSEY & WHITNEY LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN  55402-1498<br>(612) 340-5675  (612) 340-8856 (fax)<br><br>Steven L. Feldman, Esq. (BBO #162290)<br>RUBERTO, ISRAEL & WEINER, P.C.<br>100 North Washington Street<br>Boston, MA  02114<br>(617) 742-4200  (617) 742-2355 (fax)<br><br>COUNSEL FOR VASCULAR SOLUTIONS, INC. | /s/ Mark D. Giarratana<br>Rodney S. Dowell (BBO #620916)<br>BERMAN & DOWELL<br>210 Commercial St., 5th Floor<br>Boston, MA 02109<br>(617) 723-9911  (617) 720-3500 (fax)<br><br>Mark D. Giarratana<br>Seth M. Wilson (BBO #640270)<br>MCCARTER & ENGLISH, LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 275-6700  (860) 724-3397 (fax)<br><br>COUNSEL FOR ANGIODYNAMICS, INC. |

## **ORDER**

IT IS SO ORDERED this _____ day of _____, _____.

_____