THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>　　　　Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

**STIPULATION AND ORDER
REGARDING EXPERT DISCOVERY**

The plaintiff and defendants in this litigation anticipate that a number of experts will be preparing reports and testifying and therefore, in order to efficiently manage the expert discovery, the parties agree as follows:

　　1.　　No drafts of expert reports need be produced.

　　2.　　Reasonably in advance of each expert's deposition, the expert will be required to produce to the opposing side copies of all documents and information that were used or relied upon in preparing the expert's final report. Documents not used or relied upon by the expert need not be produced.

　　3.　　Experts will be required to provide to the opposing side their hourly rate, their support staff's hourly rate, the total number of hours worked by the expert and each member of

904409.1

Respectfully submitted,

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000  (617) 720-2441 (fax)

COUNSEL FOR DIOMED, INC.

/s/ Tom Vitt
Tom Vitt, Esq. (admitted pro hac vice)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-5675  (612) 340-8856 (fax)

Steven L. Feldman, Esq. (BBO #162290)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200  (617) 742-2355 (fax)

COUNSEL FOR VASCULAR SOLUTIONS, INC.

/s/ Mark D. Giarratana
Rodney S. Dowell (BBO #620916)
BERMAN & DOWELL
210 Commercial St., 5th Floor
Boston, MA 02109
(617) 723-9911  (617) 720-3500 (fax)

Mark D. Giarratana
Seth M. Wilson (BBO #640270)
MCCARTER & ENGLISH, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700  (860) 724-3397 (fax)

COUNSEL FOR ANGIODYNAMICS, INC.

## ORDER

IT IS SO ORDERED this 9th day of June, 2005.

/s/ Richard G. Stearns