UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIOMED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ANGIODYNAMICS, INC., | ) | CIVIL ACTION NO.: 04-10019-RGS |
| | ) | (Consolidated with Diomed, Inc. v. |
| | ) | Vascular Solutions, Inc. Civ. No. 04- |
| | ) | 10444-RGS) |
| Defendant. | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DIOMED, INC. AND ENDOLASER, LLC, | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | JUNE 30, 2005 |

### ANGIODYNAMICS, INC.'S CONSENTED TO MOTION TO AMEND ITS FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15 and the Joint Scheduling Order in this case, AngioDynamics, Inc. ("AngioDynamics") hereby submits this Motion to Amend its First Amended Answer, Affirmative Defenses, and Counterclaims against Diomed, Inc. ("Diomed") and Endolaser, LLC ("Endolaser"). Plaintiff Diomed has consented to this motion.

As evident in the Second Amended Answer, Affirmative Defenses, and Counterclaims attached hereto as Exhibit A, AngioDynamics hereby moves to amend its

affirmative defenses and counterclaims to supplement the assertions of its Third Counterclaim.[1]
AngioDynamics makes this submission based on newly discovered information obtained through discovery.  Further, as discovery is scheduled to close on September 15, 2005, and this amendment is simply to conform the claims to evidence turned up in to course of depositions and document discovery, and is based upon the knowledge of the plaintiff and those under its contractual control, including the inventors of the patent at issue, neither Diomed nor Endolaser will be prejudiced by the entry of AngioDynamics' Second Amended Answer, Affirmative Defenses, and Counterclaims at this early stage in the litigation.[2]

## II.   ARGUMENT

### A.   The Standard Governing AngioDynamics' Consented to Motion For Leave To Amend its First Amended Answer, Affirmative Defenses and Counterclaims Dictates Entry of AngioDynamics' Second Amended Answer, Affirmative Defenses and Counterclaims.

Federal Rule of Civil Procedure 15(a) states that a party may amend its pleading "only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."  The standard which federal courts use to rule on a Fed. R. Civ. P.

---

[1] AngioDynamics also makes specific textual revisions to simply conform the text with the Court's Memorandum and Order on Endolaser's Motion to Dismiss the Counterclaims and AngioDynamics' Motion to Amend the Counterclaims, dated November 12, 2004 so as to avoid any potential future confusion.  These textual revisions consist of: making the First and Second Counterclaims, relating to invalidity and non-infringement, specific to Diomed; pleading patent misuse as an affirmative defense instead of a counterclaim; and removing the phrase "including without limitation" from the inequitable conduct claim.

[2] AngioDynamics notes for the record that since discovery in this matter has been bifurcated, AngioDynamics has had no opportunity to conduct any discovery into the Antitrust issues in this case and expressly reserves the right to amend any such claims as such information may come to light in that stage of discovery.

2

15(a) Motion to Amend was established by the Supreme Court in <u>Foman v. Davis</u>, 371 U.S. 178, 83 S.Ct. 227 (1962). Leave to amend the pleadings should be "freely given" in the

> absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiency by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. . . .

<u>Foman</u>, 371 U.S. at 182.

**B.    AngioDynamics' Consented to Motion For Leave To Amend Should Be Granted.**

There is no undue delay in this case, as AngioDynamics is amending its First Amended Answer, Affirmative Defenses and Counterclaims to conform with evidence and connections between documents recently unearthed in the depositions of Doctors Min and Navarro last month and to add additional information gleaned through discovery. For the same reason there is no bad faith or dilatory motive. Moreover, since almost three months still remain before the close of discovery Plaintiff will not be prejudiced by the granting of this motion. Nor is amendment futile as the amendments contained in the Second Amended Answer, Affirmative Defenses and Counterclaims advance detailed allegations directly relevant to AngioDynamics' Third Counterclaim.

WHEREFORE, AngioDynamics respectfully requests that the Court grant its Consented to Motion to Amend and enter AngioDynamics Second Amended Answer, Affirmative Defenses, and Counterclaims, attached hereto.

### Local Rule 7.1(a)(2) Certification

On June 29, 2005 counsel for AngioDynamics conferred regarding the substance of the amendments to the First Amended Answer, Affirmative Defenses and Counterclaims with counsel for Diomed and Endolaser, who consented to the filing of the Second Amended Answer, Affirmative Defenses and Counterclaims.

Dated: June 30, 2005

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendants and Counsel of record in the consolidated case of Diomed, Inc. v. Vascular Solutions Inc. Civ. No. 04-10444 (RGS) by email and regular mail on June 30, 2005

By __/s/ Seth M. Wilson_____
MARK D. GIARRATANA
SETH M. WILSON (BBO# 640270)
ALEXANDRA STEVENS
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com
smwilson@mccarter.com
astevens@mccarter.com
-and-
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(671) 723-9911
(617) 723-6688(fax)
rdowell@bermandowell.com

__/s/ Seth M. Wilson____
Seth M. Wilson

SO ORDERED:

_____
Date

_____
U.S.D.C. Judge

HARTFORD: 642526.01

5