UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>                              Plaintiff,<br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>                              Defendant.<br><br>AND<br><br>ANGIODYNAMICS, INC.,<br><br>                 Counterclaim-Plaintiff,<br>v.<br><br>DIOMED, INC. AND ENDOLASER, LLC,<br><br>               Counterclaim-Defendants. | CIVIL ACTION NO.: 04-10019-RGS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 6, 2005 |

## MOTION FOR ADMISSION OF WILLIAM H. BRIGHT, JR. PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned attorney moves for the admission Pro Hac Vice of the following attorney:

      William H. Bright, Jr.
      McCarter & English, LLP
      CityPlace I
      185 Asylum Street
      Hartford, Connecticut 06103
      Tel: (860) 275-6719
      Fax: (860) 724-3397
      Email: Wbright@mccarter.com

This Motion is accompanied by a supporting Affidavit from Mr. Bright which establishes that Mr. Bright is a member in good standing of the bar of the State of Connecticut and that there are no disciplinary proceedings pending against him.

Pursuant to Local Rule 7.1(A)(2), counsel AngioDynamics, Inc., has conferred with Plaintiff's counsel, Michael A. Albert, and Plaintiff consents to this Motion.

Favorable consideration is respectfully requested.

Dated: July 6, 2005

I hereby certify that a true copy
of the Motion for Admission of William H.
Bright, Jr. Pro Hac Vice was served
upon the attorneys of record for
the Plaintiff and Counterclaim-
Defendants and the attorneys of record in the
consolidated matter by email and regular mail
on July 6, 2005.

_____
Rodney S. Dowell

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By _____
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA 02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com
-and-
MARK D. GIARRATANA
SETH M. WILSON (BBO # 640270)
ALEXANDRA STEVENS
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
smwilson@mccarter.com
mgiarratana@mccarter.com
astevens@mccarter.com

HARTFORD: 643188.01

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 04-10019-RGS |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| AND | ) |
| | ) |
| ANGIODYNAMICS, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| | ) |
| DIOMED, INC. AND ENDOLASER, LLC, | ) |
| | ) |
| Counterclaim-Defendants. | ) JULY __, 2005 |

## CERTIFICATE OF WILLIAM H. BRIGHT, JR.

NOW COMES William H. Bright, Jr., who is being duly sworn, states as follows:

1. I am an attorney who is a member of the bar of the State of Connecticut and who is admitted to practice before the highest court of such jurisdiction. I am a member of the bar of the United States District Courts for the District of Connecticut, and the Southern and Eastern Districts of New York and the Court of Appeals for the Federal, First and Second Circuits. I have been previously admitted to practice pro hac vice in the United States District

-2-

Courts for the District of Rhode Island, the Northern District of Illinois, the Western District of North Carolina and the District of Minnesota.

2. I am a member in good standing of the bar of the State of Connecticut and every other jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

By /s/ WILLIAM H. BRIGHT, JR.
WILLIAM H. BRIGHT, JR.

STATE OF CONNECTICUT   )
                       )   ss:   Hartford
COUNTY OF HARTFORD     )

Sworn to and subscribed before me this 1st day of July, 2005.

_____
Notary Public

My commission expires: 12/31/07

HARTFORD: 643190.01