THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER 04-10019 RGS)** |

### NOTICE OF APPEARANCE OF JOHN L. STRAND

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, Diomed, Inc., in the above-identified action.

Respectfully submitted,

Dated:  July 7, 2004

/s/ John L. Strand
John L. Strand (BBO # 654985)
jstrand@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
(617) 646-8000