THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>　　　　Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER 04-10019 RGS)** |

### DIOMED'S REPLY TO VSI'S SECOND AMENDED COUNTERCLAIM

　　　　Plaintiff Diomed, Inc. ("Plaintiff" or "Diomed") hereby replies to the Amended Counterclaim filed by Defendant Vascular Solutions, Inc. ("Defendant" or "VSI").

　　　　1.　　Admits.

　　　　2.　　Admits.

　　　　3.　　Admits.

- 2 -

4. Admits, except notes that the entity from which Diomed acquired an exclusive license is Endolaser Associates, LLC (not Endolaser, LLC).

5. Admits that Diomed alleges that VSI is infringing the '777 patent as set forth in Diomed's Complaint, which document speaks for itself.

6. Admits only that there is an actual justiciable controversy over whether VSI is infringing the asserted claims of the '777 patent and over whether the asserted claims of the '777 patent are valid.

7. Denies.

8. Denies.

9. Admits.

10. Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

11. Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

12. Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

13. Denies.

14. Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

15. Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

16.     Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

17.     Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

18.     Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

19.     Diomed is without information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and thus denies the same.

20.     Admits only that Dr. Carlos Boné Salat is a named inventor of the `777 patent and published a paper entitled "Endoluminal Treatment Of Varicose Veins With Diode Laser: Preliminary Study" and the paper speaks for itself.  Diomed is without information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in this paragraph and thus denies the same.

21.     Denies.

22.     Admits.

23.     Admits.

24.     Diomed admits that what is referred to in VSI's counterclaims as the "O'Reilly Paper" was not listed by the inventors in the Information Disclosure Statements.  Diomed denies the remaining allegations of this paragraph.

25. Diomed admits that what is referred to in VSI's counterclaims as the "Puglisi Paper" was not listed by the inventors in the Information Disclosure Statements. Diomed denies the remaining allegations of this paragraph.

26. Diomed admits that what is referred to in VSI's counterclaims as the "Biegeleisen Paper" was not listed by the inventors in the Information Disclosure Statements. Diomed denies the remaining allegations of this paragraph.

27. Denied.

28. Denied.

29. Denied.

                                  DIOMED, INC.,

                                  By its attorneys,

Dated: August 12, 2005            /s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO # 654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000