THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 RGS <br> **(CONSOLIDATED UNDER 04-10019 RGS)** |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties in the above-captioned action respectfully move the Court for an Order under Rule 16 of the Federal Rules of Civil Procedure to Amend the Scheduling Order. The parties have attempted to coordinate times for depositions, but have found it difficult to find mutually agreeable times due to a number of conflicting commitments. These scheduling difficulties have been exacerbated by the end of the summer season and the resultant vacations taken by parties, witnesses, and counsel.

For these reasons, the parties now agree that the scheduling order should be modified in order to allow the parties adequate time to address the issues raised by this case, including any expert testimony the parties may require. The proposed schedule would adjust discovery by a

- 2 -

single month.

Accordingly, the parties jointly request that the following revised deadline be ordered:

- All discovery shall be served or noticed by October 15, 2005, though discovery arising out of that served or noticed discovery may occur after October 15, 2005 (e.g., documents that are identified at a deposition but not previously discovered may be requested);

- Any summary judgment motions shall be filed by December 21, 2005;

- Oppositions to summary judgment motions shall be filed by January 23, 2006; and,

- Reply briefs in support of summary judgment motions shall be filed by February 6, 2006.

## **CONCLUSION**

The parties move that the Court amend the current scheduling order to reflect the schedule set forth above.

- 3 -

Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Albert | /s/ William Bright |
| Michael A. Albert (BBO #558566) | Rodney S. Dowell (BBO #620916) |
| WOLF, GREENFIELD & SACKS, P.C. | BERMAN & DOWELL |
| 600 Atlantic Avenue | 210 Commercial St., 5th Floor |
| Boston, MA 02210 | Boston, MA 02109 |
| (617) 646-8000  (617) 720-2441 (fax) | (617) 723-9911  (617) 720-3500 (fax) |
| | |
| COUNSEL FOR DIOMED, INC. | Mark D. Giarratana |
| | Seth M. Wilson (BBO #640270) |
| /s/ Tom Vitt | William Bright |
| Tom Vitt (admitted pro hac vice) | MCCARTER & ENGLISH, LLP |
| DORSEY & WHITNEY LLP | City Place I |
| Suite 1500 | 185 Asylum Street |
| 50 South Sixth Street | Hartford, CT 06103 |
| Minneapolis, MN  55402-1498 | (860) 275-6700  (860) 724-3397 (fax) |
| (612) 340-5675  (612) 340-8856 (fax) | |
| | COUNSEL FOR ANGIODYNAMICS, INC. |
| Steven L. Feldman, Esq. (BBO #162290) | |
| RUBERTO, ISRAEL & WEINER, P.C. | |
| 100 North Washington Street | |
| Boston, MA  02114 | |
| (617) 742-4200  (617) 742-2355 (fax) | |

COUNSEL FOR VASCULAR SOLUTIONS, INC.

Date:   September 13, 2005