UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGIODYNAMICS, INC., )<br>)<br>Defendant. )<br>)<br>AND )<br>)<br>ANGIODYNAMICS, INC., )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>DIOMED, INC. AND ENDOLASER, LLC, )<br>)<br>Counterclaim-Defendants. ) | CIVIL ACTION NO.: 04-10019-RGS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 4, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 83.52 (c) of the Local Rules of Civil Procedure, Seth M. Wilson, hereby moves to withdraw his appearance filed on behalf of Defendant, Angiodynamics, Inc. ("Defendant"), in the above-captioned matter. Effective as of the close of business on Friday, November 4, 2005, the undersigned will be separating from McCarter & English, LLP, which law firm will continue to represent Defendant, through Attorney Mark D. Giarratana, a principal of that firm, William H. Bright, a principal of the firm and Alexandra B. Stevens, an associate of that firm who have entered appearances in this matter. As indicated in the attached certification, the undersigned has sent a copy of this motion to Defendant.

WHEREFORE, the undersigned moves that his Appearance be withdrawn.

ANGIODYNAMICS, INC
By its counsel,

_____
Seth M. Wilson (BBO 640270)
Mark D. Giarratana (CT 4610410)
William H. Bright, Jr. (CT 02494)
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: 860.275.6700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was mailed, postage prepaid, this 4th day of November 2005 to:

Michael A. Albert, Esq.
Michael N. Rader, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

J. Thomas Vitt, Esq.
Heather D. Redmond
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Steven L. Feldman, Esq.
Ruberto, Israel & Weiner, P.C.
100 N. Washington Street
Boston, MA 02114

_____
Seth M. Wilson