UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., )<br>)<br>    Plaintiff, Defendant in Counterclaim, )<br>)<br>v. )<br>)<br>VASCULAR SOLUTIONS, INC. )<br>)<br>Defendant, Plaintiff in Counterclaim. )<br>) | Civil Action No.: 04-10444-RGS |
| DIOMED, INC. )<br>)<br>    Plaintiff, Defendant in Counterclaim, )<br>)<br>v. )<br>)<br>ANGIODYNAMICS, INC. )<br>)<br>Defendant, Plaintiff in Counterclaim. )<br>) | Civil Action No.: 04-10019-RGS |

## [PROPOSED] ORDER

This matter came before the Court on the motion of defendants Vascular Solutions, Inc. and AngioDynamics, Inc. to exclude untimely expert testing, analyses, and opinions relied upon by plaintiff Diomed, Inc. ("Diomed"). Pursuant to Fed. R. Civ. P. 37(c) and 16(f), and based on the written submissions and arguments of the parties, defendants' motion to exclude is GRANTED. Specifically, it is ORDERED that Diomed shall not be allowed to rely on at trial or in connection with summary judgment motions in the case:

    1.   Any evidence, testimony, analyses, or opinions of its expert Philip Green not disclosed prior to the June 22, 2005 date for Diomed's expert disclosures, including any opinions relating to a lost profits theory of damages; or

2

      2.      Any evidence, testimony, analyses, opinions of Dr. Luis Navarro not disclosed prior to the June 22, 2005 date for Diomed's expert disclosures, including any opinions based upon the testing and experiments subsequent to that date.

Dated:  _____                               _____
                                                               The Honorable Richard G. Stearns
                                                               United States District Court Judge

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\VSI-Angio Proposed Order- Motion to Exclude.doc