UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
|     Plaintiff/Defendant in Counterclaim, | ) |
|     v. | ) Civil Action No.: 04-10444-RGS |
| VASCULAR SOLUTIONS, INC. | ) |
|     Defendant/Plaintiff in Counterclaim. | ) |
| DIOMED, INC. | ) |
|     Plaintiff/Defendant in Counterclaim, | ) |
|     v. | ) Civil Action No.: 04-10019-RGS |
| ANGIODYNAMICS, INC. | ) |
|     Defendant/Plaintiff in Counterclaim. | ) |

## DEFENDANT VSI'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant Vascular Solutions, Inc. ("VSI") respectfully moves the Court to enter a summary judgment of non-infringement in its favor. As more fully set forth in the attached memorandum, VSI is entitled to a judgment of non-infringement as a matter of law because the undisputed facts show that it does not induce others to practice key limitations of the claims at issue and there is no evidence of any direct infringement of the claims at issue. VSI also moves for dismissal of Diomed's damages claims.

In support of its motion, VSI relies upon VSI's Memorandum in Support of Motion for Summary Judgment; VSI's Local Rule 56.1 Statement; Declaration of Heather D. Redmond, with attached exhibits A-R; Declaration of Howard Root, with attached exhibits 1-5; Declaration of Russell Samson, with attached exhibits A and B; Declaration of Thomas Proebstle, with

attached exhibits A and B (filed in connection with AngioDynamics' motion for summary judgment); and the Local Rule 56.1 Statement of AngioDynamics, Inc. and its supporting materials.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel certifies that the parties have conferred and have attempted in good faith to narrow or resolve the issues presented in this motion. Those efforts have proven to be unsuccessful.

## REQUEST FOR ORAL ARGUMENT

VSI requests oral argument with respect to the present Motion as it believes oral argument will assist the Court in determining the issues presented.

Respectfully submitted,

VASCULAR SOLUTIONS, INC.

By its counsel,

/s/ Steven L. Feldman
Steven L. Feldman, Esq. (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

~and~

J. Thomas Vitt, Esq., MN #183817
Heather D. Redmond, Esq., MN #313233
Todd R. Trumpold, Esq., MN #313890
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Dated: December 21, 2005