UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC. | Civil File No. 104-CV-10444-(RGS) |
| Plaintiff, | |
| v. | |
| VASCULAR SOLUTIONS, INC. | |
| Defendant. | |

**and**

| | |
|---|---|
| DIOMED, INC., | Civil Action No. 04-CV-10019 (RGS) |
| Plaintiff, | |
| v. | |
| ANGIODYNAMICS, INC., | |
| Defendant. | |

### DECLARATION OF HOWARD ROOT
### IN SUPPORT OF VASCULAR SOLUTIONS, INC.'S
### MOTION FOR SUMMARY JUDGMENT

I, Howard Root, declare:

1. I am the President and Chief Executive Officer of Defendant Vascular Solutions, Inc. I offer this declaration in support of VSI's motion for summary judgment. I make the statements in this declaration based on my own personal knowledge.

2. VSI sells products for use in endovenous laser therapy under the trademark VariLase.

3. VSI's VariLase products include a laser fiber. The VSI laser fiber is an end-firing

laser fiber that is 600 microns in diameter. The "laser emitting section" of the VSI laser fiber is the flat face at the very end of the laser fiber.

4. The endovenous laser procedure is used to treat diseased or varicose veins, typically the great saphenous vein.

5. During the procedure, the laser fiber is inserted into the great saphenous vein inside an introducer sheath. The external diameter of the VSI introducer sheath is 2.4 millimeters.

6. I have attached as Exhibit 1 a copy of Rev. J of VSI's instructions for use. I have attached as Exhibit 2 a copy of VSI's current version of its instructions for use. The instructions for use are provided with the VariLase procedure kit sold by VSI, and generally describe the procedure as recommended by VSI.

7. As stated in the instructions for use, the laser fiber tip extends out approximately 2.5 centimeters from the introducer sheath during the procedure. See Ex. 1, p. 4 and Ex. 2, p. 5.

8. The laser energy is emitted while the laser fiber and introducer sheath are being pulled back inside the vein. See Ex. 1, p. 4 and Ex. 2, p. 5.

9. The language in Rev J of the VSI instructions for use concerning the application of local anesthesia, and the recommendation of use of the Trendelenberg position, has been in VSI's instructions for use during most of the time that VSI has been selling the VariLase products.

10. Rev. J of VSI's instructions for use provides:

> Deliver local anesthetic (between 100-200 ml, depending on the
> treatment area) perivenously throughout the entire treatment area
> to provide analgesia and protection of surrounding tissue from
> thermal damage.

11. We modified the instructions for use on these points for our current version, attached as Exhibit 2, which VSI began using in November, 2005. The recommendation to use

the Trendelenberg position has been eliminated. The recommendation concerning delivery of local anesthetic now states:

> [D]eliver local anesthetic perivenously throughout the entire treatment area to provide analgesia and protection of surrounding tissue from thermal damage. Deliver a sufficient volume of anesthetic agent to achieve a separation between the vein wall and the fascial sheath.

12. VSI never recommends placing the laser emitting section of the laser fiber into contact with the vessel wall during the procedure. See Exs. 1 and 2.

13. I attach as Exhibit 3 a copy of chapter 4 of VSI's VariLase Clinical Instruction Book, which contains a section titled "VariLase Endovenous Laser Procedure Guide: Step-by-Step."

14. On page 8 of the Step-by-Step Guide, VSI instructs as follows:

> **IMPORTANT**: Originally, physicians compressed the vein while pulling back the fiber to have the fiber contact the vessel wall. This is NOT the manner we recommend. Contact of the fiber to the vessel wall is not required for closure of the vein to occur. Therefore, we instruct that no pressure be held over the site while the laser is firing, and that there is no contact of the fiber to the vessel wall.

15. VSI offers a training seminar to physicians called Vein Care Essentials. I attach as Exhibit 4 a copy of the current version of the Vein Care Essentials Power Point presentation. I attach as Exhibit 5 the relevant excerpts from an earlier version of the Vein Care Essentials presentation.

16. The earlier version of the Vein Care Essentials materials has a section titled "Endovenous Laser Procedure: 7 Basic Steps." Step 6, "Activate laser and withdraw," instructs physicians "Do NOT compress on vein wall!" See Ex. 5.

17. The current version of the Vein Care Essentials program provides as follows

3

concerning the delivery of anesthetic:

> Administer local anesthetic using the AutoFill syringe with a 20-25 g needle along the entire length of the vein to be treated to create a space between the vein wall and the fascial plane. Ultrasound guidance is helpful for placement. The fluid both acts as a local anesthetic as well as an insulating barrier within the fascial space for the laser energy.

See Ex. 4, at slide 106, p. VSI 032402. .

18.     A few slides later, the materials recommend to doctors to "Look for separation around vein, NOT collapse!" See Ex. 4, at slide 111, VSI 032403.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 20, 2005.

_____
Howard Root

4