# EXHIBIT 1

**to the Declaration of Howard Root**

**in Support of VSI's Motion for Summary Judgment**

42-0397 J Vari-Lase IFU USA.qxd  1/5/04  2:41 PM  Page 1



# Vari✸Lase™
*Endovenous Laser Procedure Kit*

# Instructions for Use



Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, Minnesota 55369 USA

USA Customer Service: (888) 240-6001

P/N 42-0397 Rev. J 01/04

VSI 021179



## Vari-Lase Endovenous Laser Procedure Kit Instructions For Use

**CAUTION**
Federal (USA) law restricts this device to sale by or on the order of a physician.

**CAUTION**
Models 7000, 7030, 7031, 7032, 7040 contain natural rubber latex which may cause allergic reactions.

**DEVICE DESCRIPTION**
The Vari-Lase Endovenous Laser Procedure Kit (VARI-LASE) is a kit of disposable components used in conjunction with a solid state diode laser console operating at wavelengths of 810nm, 940nm or 980nm and a maximum power of 15W.

Each package contains:

- 600µ core laser fiber, 3.5 m

and may contain one or more of the following components:

- 5F introducer sheath, with dilator
- .035" / 0.89mm guide wire
- 19 Gauge percutaneous entry needle
- Micro-Introducer Kit

The laser fiber is contained either within the fiber spool that can be affixed to the sterile drape with two attached double-sided tape strips or a dispensing coil. The introducer sheath contained in certain kits has white markings at 1cm intervals and black markings at 10cm intervals to assist in the placement and location of the laser fiber.

**INDICATIONS**
The VARI-LASE procedure kit is indicated for the treatment of varicose veins and varicosities associated with superficial reflux of the Great Saphenous Vein.

**CONTRAINDICATIONS**
The VARI-LASE procedure is contraindicated in patients with an aneurysmal section in the vein segment to be treated.

The VARI-LASE procedure is contraindicated in patients with severe peripheral vascular disease, as evidenced by an ankle-brachial index of < 0.5.

The VARI-LASE procedure is contraindicated in patients with thrombus in the vein segment to be treated.

**WARNINGS**
The VARI-LASE is supplied sterile for single use only. Do not resterilize and/or reuse the device.

Treatment of a vein located close to the skin surface may result in a skin burn.

Paresthesia may occur from thermal damage to adjacent sensory nerves.

The distal tip of the introducer sheath must not be positioned closer than 2 cm distal to the saphenofemoral junction as verified by ultrasound visualization to protect from venous thrombus embolization.

Appropriate eye protection must be worn by the patient and all operating personnel to protect from damage by direct or reflected laser energy.

The marks on the introducer sheath and laser fiber have been calibrated to the VARI-LASE procedure kit. Do not use alternative introducer sheaths or fibers, or incorrect positioning and vessel damage may occur.

**COMPLICATIONS**
As with all medical procedures, complications may occur. For this procedure, these may include:

- vessel perforation
- thrombosis
- pulmonary embolism
- phlebitis
- hematoma
- infection
- paresthesia
- skin burns

**PRECAUTIONS**
The VARI-LASE procedure should be performed by physicians thoroughly trained in percutaneous endovenous techniques and procedures.

Do not use the VARI-LASE product if the packaging has been damaged.

Inspect the laser fiber and introducer sheath prior to use for any bends, kinks or breaks. Do not use a damaged fiber or introducer sheath because vessel damage and/or inability to advance or withdraw the laser fiber may occur.

· 2

42-0397 J Vari-Lase IFU USA.qxd    1/5/04    2:41 PM    Page 3 

Exercise care in handling of the laser fiber during a procedure to reduce the possibility of accidental breakage, bending or kinking.

Connect the laser fiber to the laser console immediately after the protective cap is removed to prevent contamination of the fiber optic surface.

When the laser fiber is in the body, it should be manipulated only under ultrasound visualization. Do not attempt to move the laser fiber without observing the resultant tip response.

Never advance or withdraw an endovascular device against resistance until the cause of the resistance is determined. Movement of the laser fiber against resistance may result in damage to the laser fiber or vessel perforation.

## CLINICAL PROCEDURE

The following instructions provide technical direction but do not obviate the necessity of formal training in the use of the VARI-LASE. The techniques and procedures described do not represent ALL medically acceptable protocols, nor are they intended as a substitute for the physician's experience and judgement in treating any specific patient.

Each VARI-LASE Endovenous Laser Procedure will require the following components:

- 600μ core fiber
- 5F introducer sheath, with dilator
- .035"/ 0.89mm
- 19 Gauge percutaneous entry needle or micro-introducer kit

Other materials required but not provided are:

- Solid state diode laser console operating at a wavelength of 810nm, 940nm or 980 nm and a power of 15W
- Safety goggles for patient and all operating personnel
- Duplex ultrasound console and transducer for mapping and guidance
- 0.3% - 0.5% lidocaine (minimum of 30 ml)
- 10 ml syringe with attached needle for lidocaine delivery
- Sterile saline (for sheath flushing)
- Sterile drape for the limb and sterile cover for the ultrasound transducer

### Preparations for Use

1. Place the patient in the reverse Trendelenberg position (head up) to distend the Great Saphenous Vein.
2. Prepare the laser console in accordance with its operating instructions.
3. Map the vessel treatment area using duplex ultrasound, being careful to mark the vessel location on the patient's skin for a guide in treatment.
4. Prep and drape the limb in sterile fashion and wrap the ultrasound transducer with a sterile cover.
5. Using sterile technique, open the VARI-LASE pouch and transfer the tray into the sterile field.
6. Remove the fiber spool, needle, guide wire and introducer sheath from the tray and inspect for any defects or missing components.
7. Pick up the fiber spool and pull the connector end of the fiber to unwind the fiber from the spool. Pass the connector end outside of the sterile field.
8. If desired, tape the fiber spool to the sterile drape within 25 cm of the planned vessel puncture site, using the attached tape strips.
9. Uncoil the distal end of the fiber from the fiber spool or remove the fiber from the dispensing coil. If the fiber is supplied with a fiber lock, check that the fiber lock is tight and positioned at the distal edge of the proximal black mark on the fiber.

### Deployment Procedure

1. Cannulate the Great Saphenous Vein using the 19 gauge needle. Insert the .035" guide wire into the vessel, and remove the needle over the wire. Insert the 5Fr introducer sheath and dilator over the wire and into the vessel.
2. Position the introducer sheath at the proximal edge of the treatment area of the Great Saphenous Vein.

**WARNING:** The distal tip of the introducer sheath must be positioned not closer than 2 cm distal to the saphenofemoral junction as verified by ultrasound visualization.

3. Remove the dilator and flush the introducer sheath using standard technique.

**WARNING:** For the remainder of the procedure, laser safety glasses must be worn by the patient and all operating personnel.

3



VSI 021181

42-0397 J Vari-Lase IFU USA.qxd  1/5/04  2:41 PM  Page 4



4. Outside of the sterile field, remove the cover from the laser fiber connector and connect the laser fiber to the laser console.

5. If the fiber is supplied with a fiber lock, insert the fiber into the introducer sheath and pull back the sheath to the first black mark on the fiber. This indicates that the fiber tip is at the end of the sheath. Continue to pull back on the sheath and snap the fiber lock into the hub of the introducer sheath. Approximately 2.5cm of the laser fiber tip will be exposed beyond the tip of the sheath.

6. If the fiber is supplied without a fiber lock, insert the fiber into the introducer sheath and advance until approximately 1cm of the laser fiber is exposed beyond the distal tip of the introducer sheath. Secure the fiber in place with surgical tape.

7. Confirm the position of the fiber and introducer sheath using ultrasound. The fiber should be exposed from the introducer sheath and located at least 2cm distal to the saphenofemoral junction.

8. Deliver local anesthetic (between 100 and 200 ml, depending on the treatment area) perivenously throughout the entire treatment area to provide analgesia and protection of surrounding tissue from thermal damage.

9. Place the patient in the Trendelenberg position (head down).

10. Place the laser console in the "Ready" mode. Activate the aiming beam and observe the location of the red aiming beam in relation to the markings on the leg.

11. Place the laser console in the "Fire" mode, with the settings recommended in the operating instructions of the laser console.

12. Turn down the overhead lights and check that the patient and all personnel are wearing laser safety glasses.

13. Hold the introducer sheath by the hub. Fire the laser and simultaneously withdraw the introducer sheath at the rate of 2 mm per second.

NOTE: Marked introducer sheaths have 2mm white marks located at spacings of 1 cm to aid in measurement during removal. The white marks end 5cm proximal to the distal tip of the introducer sheath.

14. After completing the procedure along the entire treatment length, turn off the laser, remove the introducer sheath and fiber from the vessel and hold compression until bleeding stops.

## POST-PROCEDURE CARE

Apply a hemostatic bandage over the percutaneous treatment site. Apply a compression stocking along the entire treatment site.

The patient may ambulate immediately after hemostasis is achieved. Evaluate the patient after ambulation for pain, bleeding or swelling. Discharge with post-procedure care instructions.

Follow-up exams are recommended at intervals determined by the health care provider.

## PACKAGING & STORAGE

VARI-LASE has been sterilized with ethylene oxide.

Store in a cool, dry place.

## LIMITED WARRANTY

Vascular Solutions, Inc. warrants that the VARI-LASE endovenous laser procedure kit is free from defects in workmanship and materials prior to the stated expiration date. Liability under this warranty is limited to refund or replacement of any product which has been found by Vascular Solutions, Inc. to be defective in workmanship or materials. Vascular Solutions, Inc. shall not be liable for any incidental, special, or consequential damages arising from the use of the VARI-LASE endovenous laser procedure kit. Damage to the product through misuse, alteration, improper storage, or improper handling shall void this limited warranty.

No employee, agent, or distributor of Vascular Solutions, Inc. has any authority to alter or amend this limited warranty in any respect. Any purported alteration or amendment shall not be enforceable against Vascular Solutions, Inc.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER OBLIGATION OF VASCULAR SOLUTIONS, INC.

## PATENTS AND TRADEMARKS

International and U.S. patents pending.

Vari-Lase™ is a trademark of Vascular Solutions, Inc.

VSI 021182