# EXHIBIT 2

**to the Declaration of Howard Root**

**in Support of VSI's Motion for Summary Judgment**

# Vari☒Lase®

## Endovenous Laser Procedure Kit and Components

English/Instructions for Use ............................................................. 4



**Vascular SOLUTIONS**



Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, MN 55369 USA
Tel: +1 763-656-4300
Fax: +1 763-656-4250
www.vascularsolutions.com

VSI 032306

Case 1:04-cv-10019-NMG   Document 81-3   Filed 12/21/2005   Page 3 of 7

International Symbols Glossary

| International Symbols Glossary | Contents of package | Latex Free | Keep Dry |
|---|---|---|---|
| | CONT | Latex (crossed out) | Umbrella with rain |

**Vari-Lase Endovenous Laser Procedure Kit and Components**

Instructions For Use

**USA CAUTION**

Federal (USA) law restricts this device to sale by or on the order of a physician.

**CAUTION**

The Vari-Lase procedure should be used by physicians with adequate training in the use of the device.

**DEVICE DESCRIPTION**

The Vari-Lase endovenous laser procedure kit and components (VARI-LASE) are disposable items used in conjunction with a solid state diode laser console operating at wavelengths of 810nm, 940nm or 980nm and a maximum power of 15W.

Each package contains one or more of the following components:

- 600μm core laser fiber, 3.5m, with or without markings
- Fiber lock
- Introducer sheath (multiple lengths)
- Vari-Lase Flex™ catheter
- 0.035" / 0.89mm guidewire
- 19 Gauge percutaneous entry needle
- Micro-introducer kit or micro-introducer components consisting of:
    - 21 Gauge percutaneous entry needle
    - Micro-access introducer with dilator
    - 0.018" / 0.45mm guidewire

The laser fiber is contained within a dispensing coil. The Vari-Lase Flex catheter contains a radiopaque marker located at the distal tip. The introducer sheaths are available with or without distance indicator markings to assist in the placement and location of the laser fiber.

**INDICATIONS**

The VARI-LASE kit is indicated for the treatment of varicose veins and varicosities associated with superficial reflux of the Great Saphenous Vein and for treatment of incompetence and reflux of superficial veins in the lower extremity.

**CONTRAINDICATIONS**

The VARI-LASE procedure is contraindicated in patients with an aneurysmal section in the vein segment to be treated.

The VARI-LASE procedure is contraindicated in patients with severe peripheral vascular disease, as evidenced by an ankle-brachial index of < 0.5.

The VARI-LASE procedure is contraindicated in patients with thrombus in the vein segment to be treated.

**WARNINGS**

The VARI-LASE components are supplied sterile for single use only. Do not resterilize and/or reuse the device.

Treatment of a vein located close to the skin surface may result in a skin burn.

Paresthesia may occur from thermal damage to adjacent sensory nerves.

When treating the Great Saphenous Vein, the distal tip of the fiber must not be positioned closer than 2cm distal to the saphenofemoral junction as verified by ultrasound visualization or fluoroscopy to protect from venous thrombus embolization.

Appropriate eye protection must be worn by the patient and all operating personnel to protect from damage by direct or reflected laser energy.

The marks on the introducer sheath, catheter and laser fiber have been calibrated to the VARI-LASE components. Do not use alternative introducer sheaths or fibers, or incorrect positioning and vessel damage may occur.

**COMPLICATIONS**

As with all medical procedures, complications may occur. For this procedure, these may include:

- vessel perforation
- thrombosis
- pulmonary embolism
- phlebitis
- hematoma
- infection
- paresthesia
- skin burns

**PRECAUTIONS**

The VARI-LASE procedure should be performed by physicians thoroughly trained in percutaneous endovenous techniques and procedures.

Do not use the VARI-LASE product if the packaging has been damaged.

Inspect the laser fiber and introducer sheath prior to use for any bends, kinks or breaks. Do not use a damaged fiber or introducer sheath because vessel damage and/or inability to advance or withdraw the laser fiber may occur.

Exercise care in handling of the laser fiber during a procedure to reduce the possibility of accidental breakage, bending or kinking.

Connect the laser fiber to the laser console immediately after the protective cap is removed to prevent contamination of the fiber optic surface.

When the laser fiber is in the body, it should be manipulated only under ultrasound visualization. Do not attempt to move the laser fiber without observing the resultant tip response.

Never advance or withdraw an endovascular device against resistance until the cause of the resistance is determined. Movement of the laser fiber against resistance may result in damage to the laser fiber or vessel perforation.

The VARI-LASE Flex™ catheter is not rated for injection of fluid at more than 200psi.

**CLINICAL PROCEDURE**

The following instructions provide technical direction but do not obviate the necessity of formal training in the use of the VARI-LASE procedure. The techniques and procedures described do not represent ALL medically acceptable protocols, nor are they intended as a substitute for the physician's experience and judgment in treating any specific patient.

**Preparations for Use**

1. Prepare the laser console in accordance with its operating instructions. Verify that the connection of the fiber to the console is appropriate.
2. Map the vessel treatment area using duplex ultrasound, being careful to mark the vessel location on the patient's skin for a guide in treatment.
3. Prep and drape the limb in sterile fashion and wrap the ultrasound transducer with a sterile cover.
4. Using sterile technique, open the VARI-LASE pouches and transfer the components into the sterile field.
5. Remove the components from the packaging and inspect for any defects or missing components.

**Access Procedure**

1. Cannulate the vein using the 19 Gauge or 21 Gauge access needle.
2. Insert the corresponding guidewire into the vessel, and remove the needle over the wire. Insert the introducer sheath and dilator over the wire and into the vessel.
3. Position the introducer sheath at the desired treatment site.

VSI 032308

NOTE: Marked introducer sheaths or catheters have marks located at spacings of 1cm to aid in location during placement and removal.

4. Remove the wire and dilator and flush the introducer sheath or catheter using standard technique.

**Treatment Procedure**

**WARNING: For the remainder of the procedure, laser safety glasses must be worn by the patient and all operating personnel.**

1. If using a fiber with a fiber lock, advance the fiber lock to the position corresponding to the size of introducer sheath used. Pass the connector end of the fiber outside of the sterile field.
2. Outside of the sterile field, remove the cap from the laser fiber connector and connect the laser fiber to the laser console.
3. Insert the fiber following one of the three following procedures:
    - If using the VARI-LASE Flex catheter, insert the fiber into the catheter until the first black mark is flush with the proximal end of the hemostasis valve. This indicates that the fiber tip is at the end of the catheter. Holding the fiber stationary, pull back on the catheter to the second black mark. This indicates that the fiber tip is exposed approximately 2.5cm from the catheter tip. Tighten the hemostasis valve to the fiber.
    - If the fiber is supplied without a fiber lock, insert the fiber into the introducer sheath and advance until approximately 2.5cm of the laser fiber is exposed beyond the distal tip of the introducer sheath, using ultrasound for guidance.
    - If using other sheaths with multiple markings, tighten the fiber lock at the mark designated for the size of sheath used, advance the fiber and snap the fiber lock into the end of the sheath. The fiber tip will be exposed approximately 2.5cm from the end of the sheath.

**WARNING: When treating the Great Saphenous Vein, the distal tip of the fiber must be positioned not closer than 2cm distal to the saphenofemoral junction as verified by ultrasound visualization.**

4. Confirm the position of the fiber using ultrasound or fluoroscopy, if appropriate. If treating the Great Saphenous Vein, the fiber should be exposed from the introducer sheath and located at least 2cm distal to the saphenofemoral junction. The fiber should be exposed from the catheter ~2.5cm, and the red aiming beam should be visible through the skin.
5. Deliver local anesthetic perivenously throughout the entire treatment area to provide analgesia and protection of surrounding tissue from thermal damage. Deliver a sufficient volume of anesthetic agent to achieve a separation between the vein wall and the fascial sheath.
6. Place the laser console in the "Ready" mode.
7. Set power level of the console to the settings recommended in the operating instructions of the laser console.
8. Turn down the overhead lights and check that the patient and all personnel are wearing laser safety glasses.
9. Hold the introducer sheath or catheter by the hub. Press down the foot pedal to fire the laser and simultaneously withdraw the introducer sheath and fiber while delivering approximately 50-70 joules/cm.
10. After completing the procedure along the entire treatment length, turn the laser to standby, remove the introducer sheath and fiber from the vessel and hold compression until bleeding stops.

**Post-Procedure Care**

1. Apply a hemostatic bandage over the percutaneous treatment site.
2. Apply a compression stocking along the entire treatment site.
3. The patient may ambulate immediately after hemostasis is achieved. Evaluate the patient after ambulation for pain, bleeding or swelling.
4. Discharge with post-procedure care instructions.
5. Follow-up exams are recommended at intervals determined by the health care provider.

**PACKAGING & STORAGE**

All VARI-LASE kit and components have been sterilized with ethylene oxide.

Store in a cool, dry place.

**LIMITED WARRANTY**

Vascular Solutions, Inc. warrants that the VARI-LASE endovenous laser components are free from defects in workmanship and materials prior to the stated expiration date. Liability under this warranty is limited to refund or replacement of any product which has been found by Vascular Solutions, Inc. to be defective in workmanship or materials. Vascular Solutions, Inc. shall not be liable for any incidental, special, or consequential damages arising from the use of the VARI-LASE endovenous laser components. Damage to the product through misuse, alteration, improper storage, or improper handling shall void this limited warranty.

No employee, agent, or distributor of Vascular Solutions, Inc. has any authority to alter or amend this limited warranty in any respect. Any purported alteration or amendment shall not be enforceable against Vascular Solutions, Inc.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER OBLIGATION OF VASCULAR SOLUTIONS, INC.

**PATENTS AND TRADEMARKS**

International and U.S. patents pending.

Vari-Lase® is a registered trademark of Vascular Solutions, Inc.

Vari-Lase Flex™ is a trademark of Vascular Solutions, Inc.

See the International Symbols Glossary on page 3.

VSI 032309





Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, Minnesota 55369 USA
Tel: +1 763-656-4300
Fax: +1 763-656-4250
www.vascularsolutions.com

© 2005 Vascular Solutions, Inc.

42-0453-01 Rev B 11/05

VSI 032310