THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 RGS <br> **(CONSOLIDATED UNDER 04-10019 RGS)** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the documents listed below were served on December 20, 2005 via USPS Express Mail upon the following counsel:

1. Diomed's Motion for Summary Judgment on Patent Infringement;

2. Memorandum of Law in Support of Diomed's Motion for Summary Judgment on Patent Infringement **(FILED UNDER SEAL)**;

3. Statement of Undisputed Material Facts in Support of Diomed's Motion for Summary Judgment on Patent Infringement **(FILED UNDER SEAL)**;

4. Diomed's Motion for Summary Judgment on Validity and Enforceability of U.S. Patent No. 6,398,777 ;

5. Memorandum of Law in Support of Diomed's Motion for Summary Judgment on Validity and Enforceability of U.S. Patent No. 6,398,777;

970338.1

6. Statement of Undisputed Material Facts in Support of Diomed's Motion for Summary Judgment on Validity and Enforceability of U.S. Patent No. 6,398,777;

7. Declaration of Michael N. Rader, Esq. with Attached Exhibits;

8. Declaration of Dr. Chieh-Min Fan with Attached Exhibits;

9. Declaration of Dr. Luis Navarro with Attached Exhibits;

10. Declaration of Dr. Robert Min with Attached Exhibits;

11. Declaration of Dr. R. Rox Anderson with Attached Exhibits;

12. Declaration of Eugene Rzucidlo, Esq. with Attached Exhibits; and

13. Diomed's Motion for Leave to File Summary Judgment in Excess of Twenty Pages.

The following exhibits to the Declaration of Michael N. Rader were also filed under seal: 4, 7, 11, 12, 15, 18, 19, 21, 22, 23, 24, 25, 26, 27, 30, 33, 35, 37, 38, 39, 40, 42, 43, 44, 45, 46, 47, 48, 50, 52, 56, 57, and 58.

Tom Vitt, Esq
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402-1498

Bill Bright, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103

_/s/ John L. Strand_

970338.1