# EXHIBIT 3

**to the Declaration of Howard Root**

**in Support of VSI's Motion for Summary Judgment**

# *Vari*✖*Lase*™

# Clinical Instruction Book



**Vascular** SOLUTIONS

VSI 012903

Chapter Four

# Endovenous Laser Therapy and Laser Operations



VSI 012961

Case 1:04-cv-10019-NMG   Document 83   Filed 12/21/2005   Page 4 of 12

# *Vari*✪*Lase*™
## Endovenous Laser Procedure Guide: Step-by-Step

The Endovenous Laser Procedure begins with an ultrasound examination of the leg. The patient is asked to describe the symptoms and rate the intensity on a scale of 1-10. If the patient is anxious, a Xanax 0.5-1.0 mg PO may be given 1 hour prior to the procedure.





16mm diameter Great Saphenous Vein

Next, transverse measurements of the Great Saphenous Vein (GSV) are made 2-3 centimeters below the Saphenofemoral Junction (SFJ) and along the course of the GSV.





This is a hard copy of the ultrasound measuring diameters and reflux. (It is sometimes helpful for the physician to examine the patient while standing). Doppler ultrasound confirms retro grade flow in the SFJ.

Above, the location of the GSV is recorded and an outline of its course is made on the leg with a marking pen. The "X" marks the desired insertion site for the catheter. This location can vary and is sometimes below the knee. An additional mark is made in the groin at the SFJ (not shown).

Vascular Solutions, Inc. ML 1251 Rev. A

VSI 012962



Here is an ultrasound image of a very large GSV (16 mm in diameter). The ultrasound probe is positioned in the transverse view on the patient's mid thigh.



This is an ultrasound image of the SFJ, with the ultrasound probe positioned on an angle high in the groin with a transverse image of the Common Femoral Vein and a longitudinal image of the GSV. Color Doppler imaging depicts reflux of the SFJ. Red indicates blood flow toward the ultrasound transducer. Blue indicates blood flow away from the ultrasound transducer.



In preparation of the procedure, the leg is prepped and draped in sterile fashion. The ultrasound transducer is wrapped in sterile cover.

  

Tip of 18 gauge needle pushing into the GSV

Needle compressing the GSV upon entry.

Using the Seldinger technique, under ultrasound guidance in a transverse image, the physician cannulates the GSV using the 19-gauge needle. This is confirmed by the presence of non-pulsatile venous flow through the needle. If there is no venous flow the needle is not in the vein.



The physician inserts a .038 J tip guidewire into the GSV, advancing it up past the SFJ, and removes the needle over the wire. The position of the wire can be confirmed with ultrasound.



A 5F introducer sheath is then inserted over the guidewire and advanced to the SFJ. The sheath is positioned at the proximal edge of the treatment area, usually 2-3 cm distal to the SFJ. Typically a 45 cm sheath is used, although some physicians use a 25 cm sheath. The position of the sheath is also confirmed by the ultrasound.

**WARNING:** The distal tip of the introducer sheath must be positioned not closer than 1 cm distal to the SFJ as this will place the fiber tip into the common femoral vein.



Patient's Knee

Distal head of Sheath

The internal sheath dilator and wire are removed. The sheath is flushed with saline, using standard technique, to allow free passage of the laser fiber. Next, the laser console is prepared according to its operating instructions. Outside of the sterile field, the cover from the laser fiber connector is removed and then connected to the laser console for activation of the red aiming beam.



Proximal tip of Sheath

5F Sheath

SFJ

Tip of Laser Fiber being advanced.

The VARI-LASE™ laser fiber is inserted into the introducer sheath and is advanced until the holder snaps into the hub of the introducer sheath. At this point the laser fiber will be exposed by approximately 1.5 cm from the distal tip of the introducer sheath.

Tip of Sheath

Tip of Laser Fiber



The position of the fiber and introducer sheath is confirmed using ultrasound. To protect the deep venous system, the laser fiber must be exposed from the introducer sheath and located at least 2 cm distal to the SFJ. In the darkened room the red aiming beam should be visible through the skin.



Using a 7" spinal needle and under ultrasound guidance, local Peri-venous or Tumescent anesthesia, .01% Lidocaine, is administered around the GSV along the entire length of the vein to be treated. Between 60 ml and 150 ml of fluid is usually delivered. The fluid both acts as a local anesthetic as well as an insulating barrier within the facial space for the laser energy.



Facial Space



Laser Fiber in GSV

Needle Tip



Expanded Facial Space

**WARNING:** for the remainder of the procedure, the patient and all operating personnel must wear laser safety glasses.

The laser aiming beam is turned on and can be visualized through the skin. The position of the fiber is confirmed against the previous marking of the SFJ on the skin. Overhead lights, if not already dimmed, are turned down. The laser console is in the "Ready" mode, and the settings are adjusted according to the operating instructions of the console.



The introducer sheath is held by the hub. Power is set at 14 watts, continuous mode, and is activated by depressing the footswitch. **IMPORTANT:** Originally, physicians compressed the vein while pulling back the fiber to have the fiber contact the vessel wall. This is NOT the manner we recommend. Contact of the fiber to the vessel wall is not required for closure of the vein to occur. Therefore, we instruct that no pressure be held over the site while the laser is firing, and that there is no contact of the fiber to the vessel wall.

As the laser fires, the fiber and sheath are withdrawn together at the rate of 2mm per second. The introducer sheath has 2mm white marks located at spacings of 1 cm to aid in measurement during removal. The white marks end 5 cm proximal to the distal tip of the introducer sheath. After completing the procedure along the entire length of the treatment site, the laser is turned off.



Once the laser and introducer sheath are removed from the vessel, the insertion site is dressed with a gauze bandage and an Ace wrap/compression bandage. The leg is then placed into a class II (40mmHg) compression stocking. The patient will generally be instructed to wear the bandage for 48 hours and the compression stocking for ten days, removing it only to shower. Walking immediately post procedure is recommended in order to reduce the opportunity for clot formation.



Before



After

Post operatively the patient may have bruising, soreness and a tight feeling in the treated limb, which is to be expected. The physician may prescribe an anti-inflammatory medication to be taken during the first ten days.

After ten days the compression stocking will be removed and the unsightly varicose veins should be barely visible. Simple sclerotherapy injections to destroy any remaining branches may be needed as follow up to the laser procedure. Follow up exams are recommended at intervals determined by the healthcare provider; typically two weeks, three months, six months and one year. Yearly ultrasound exams are encouraged to follow the progress and treat any recurrences.