# EXHIBIT 4

**to the Declaration of Howard Root
in Support of VSI's Motion for Summary Judgment**



# Vascular
## S O L U T I O N S

*Witness: Tony Jakubowski*
*Plaintiff Diomed Depo. Ex. 33*

*Diomed v. AngioDynamics*
*Civil Action No: 04-10019*

# Tumescent Anesthesia



# Three Main Objectives

- Patient comfort, the patient should feel nothing

- Compression, spasm and or reduction of the vein size

- Heat sink



# Using Tumescent Anesthesia

- Tumescent means swelling or distention

- Was developed as a protocol for localized anesthetic for liposuction

- Involves very low dose, high volume of local anesthetic

- Upon administration with dilute liquid anesthetic, the tissues become distended

- Particularly useful for filling fascial plane

- Some physicians include epinephrine to control bleeding





Vascular
SOLUTIONS

# *Using Tumescent Anesthesia*

- Use a dilute mixture of lidocaine

- Place the mixture using ultrasound guidance

- Large amounts of fluid compress the vein and assist in venous spasms around the catheter. This allows for the treatment of very large veins.

- Heat sink to lower collateral damage

- Push the vein and nerve away from skin

- From an *SIR* study:
  - At the most, use .25% diluted lidocaine per volume
  - Some physicians include epinephrine
  - Some physicians exchange ringers for saline
  - Ringers has a neutral pH balance



Vascular

# Nurse's Quick Formula

- Take a 500ml bag of saline and remove 50ml, discard.

- Replace those 50ml with 50ml of 1% Lidocaine with or with out Epi.

- This constitutes a 0.1% mixture.



# REFERENCE TABLES FOR TUMESCENT ANESTHESIA

## DILUTIONS

If using premixed 25 Lidocaine with epinephrine

| Preferred Lidocaine Dilution | 100cc Add: | 250cc Add: | 500cc Add: |
|---|---|---|---|
| 0.10% | 5cc Lidocaine w/ epi .5cc sodium bicarb | 13cc Lidocaine w/ epi 1.3cc sodium bicarb | 28cc Lidocaine w/ epi 2.8cc sodium bicarb |
| 0.20% | 11cc Lidocaine w/ epi 1cc sodium bicarb | 29cc Lidocaine w/ epi 3cc sodium bicarb | 56cc Lidocaine w/ epi 5.6cc sodium bicarb |
| 0.25% | 14cc Lidocaine w/ epi 1.4cc sodium bicarb | 36cc Lidocaine w/ epi 3.6cc sodium bicarb | 71cc Lidocaine w/ epi 7cc sodium bicarb |
| 0.50% | 33cc Lidocaine w/ epi 3.3cc sodium bicarb | 83cc Lidocaine w/ epi 8.3cc sodium bicarb | 167cc Lidocaine w/ epi 16.7cc sodium bicarb |

## Lidocaine Maximum Dosage for Tumescent Anesthesia (based on max dosage of 7mg/kg body wt or 500mg)

| Body Wt Kg/Lbs | Max Dosage Lidocaine (mg) | Less 5cc 1% Lidocaine w/o epi at access site | Total Tumescent Fluid Volume (cc) | | | |
|---|---|---|---|---|---|---|
| | | | 0.1% | 0.2% | 0.25% | 0.5% |
| 54.5/120 | 382 mg | 332 mg | 332cc | 166cc | 133cc | 66cc |
| 59.1/130 | 414 mg | 364 mg | 364cc | 182cc | 147cc | 73cc |
| 63.6/140 | 445 mg | 395 mg | 395cc | 198cc | 158cc | 79cc |
| 68.2/150 | 477 mg | 427 mg | 427cc | 214cc | 171cc | 85cc |
| 72.7/160 | 500 mg | 450 mg | 450cc | 225cc | 180cc | 90cc |
| 77.3/170 | 500 mg | 450 mg | 450cc | 225cc | 180cc | 90cc |
| 81.8/180 | 500 mg | 450 mg | 450cc | 225cc | 180cc | 90cc |
| 86.4/190 | 500 mg | 450 mg | 450cc | 225cc | 180cc | 90cc |
| 90.9/200 | 500 mg | 450 mg | 450cc | 225cc | 180cc | 90cc |

Note: You must count the 1% or 2% Lidocaine injected at the access site towards the total dosage. Lidocaine/Xylocaine product labeling limits the maximum dose to 7mg of Lidocaine per Kg of body weight, not to exceed 500mg total. Please refer to the drug package insert prior to use for important warnings, prescribing and risk information

# Using Tumescent Anesthesia



## Vascular Solutions' Auto-Fill™ Syringe

- Used to deliver > 10ml anesthetic using a 10cc syringe

- Components:
  - 10cc control syringe
  - IV tubing with spike, dual check valve, and roller clamp



# Tumescent Anesthesia

Using the Auto Fill with a 20-25g needle and under ultrasound guidance, local peri-venous or tumescent anesthesia, Lidocaine is administered around the GSV along the entire length of the vein to be treated. A minimum of 150 ml of fluid is delivered. The fluid both acts as a local anesthetic as well as an insulating barrier within the fascial space for the laser energy.





Vascular
SOLUTIONS



*Transverse  View*





**Needle Placement**



# Tumescent Anesthesia
## Filling the Facial Space



Facial
Space



Vascular
SOLUTIONS



*Administer Anesthesia*



# Tumescent Anesthesia
## Filling the Fascial Space



Needle Tip

# Needle Placement



# Tumescent Anesthesia
## Filling the Fascial Space





# Tumescent Anesthesia
## Filling the Fascial Space



Surrounded
Vein

Intra-facial
Lidocaine
0.1%



Vascular
SOLUTIONS

# *Tumescent Anesthesia*
## *Extra Fascial Fluid*





Extra-facial
"Lidocaine
0.1%



# Endovenous Laser Procedure

## 7 Basic Steps



Vascular
SOLUTIONS



# Step 1. Ultrasound/Doppler
## Confirmation of Reflux



Vascular





# Step 2. Marking Entry Point and Mapping Great Saphenous Vein



# Step 3. Percuteneous Entry and Introduction of Guidewire and Sheath



# Step 4. Insert Laser Fiber into Vein





Ultrasound Image

Tip of Laser Fiber



*Step 5. Tumescent Anesthesia*





# *Step 6. Activate laser and withdraw*

Vascular SOLUTIONS

**Do NOT compress on vein wall!**

**Step 7. Bandage & Compression Stocking**

