# EXHIBIT 5
# (part 1 of 2)

**to the Declaration of Howard Root**

**in Support of VSI's Motion for Summary Judgment**



*Vein Care Essentials*

*A Seminar on the Practical, Clinical, and Business Issues of Endovenous Laser Therapy*

*Presented by Vascular Solutions*

---

*Welcome!*

---

### Introductions

**Dr. Ed Mackay**
The Center for Vein Treatment and Laser Therapy
Palm Harbor, FL

**Deborah Neymark**
Vascular Solutions
VP of Regulatory, Clinical, and Quality Systems

**Kevin Dahlgren**
Vascular Solutions
Field Clinical Specialist

**Lisa Rathbun**
Vascular Solutions
Vari-Lase Product Manager

---

### Agenda - Day One

**Discussion of Venous Disease Diagnoses and Treatments Plus Clinical Observation**

| | |
|---|---|
| 7:50-8:00 | Welcome and Introductions |
| 8:00-8:20 | History of Vein Care |
| 8:20-9:00 | Overview of Venous Physiology and Pathophysiology |
| 9:00-9:30 | Patient Selection and Screening |
| 9:30-10:00 | Duplex Ultrasound in the Detection of Venous Disease |
| 10:00-10:15 | Break |
| 10:15-10:50 | Overview of Endovenous Laser Treatment Using Vari-Lase |
| 10:50-11:10 | Anesthesia |
| 11:10-11:30 | Adjunctive Care - Ambulatory Phlebectomy and Sclerotherapy |
| 11:30-11:45 | Endovenous Laser Post-Procedures |
| 11:45-12:00 | Q&A |
| 12:00-1:00 | Lunch |
| 1:00-5:30 | Clinical Case Observation |
| 7:30-10:00 | Dinner |

---

### Agenda - Day Two

**How to Operate a Successful Vein Practice**

| | |
|---|---|
| 8:00-8:15 | Who are the Patients? The Market for Varicose Vein Treatment |
| 8:15-9:00 | Considerations for Starting a Practice in a Hospital or Private Setting |
| 9:00-10:15 | Marketing Basics: Techniques for Your Practice |
| 10:15-10:30 | Break |
| 10:30-11:30 | Reimbursement |
| 11:30-12:00 | Q&A |
| 12:00 | Adjourn |

---

CONFIDENTIAL
ATTORNEYS' EYES ONLY

## History of Vein Care

---

## History of Vein Care



- Hippocrates observed varicose veins more than 2000 years ago
- To combat varicose veins, people made offerings to the gods
- Bloodletting was the treatment of choice for varicose veins into the Middle Ages
- Hippocrates in the 4th century BC treated varicose veins by traumatizing them with a "slender instrument of iron" to cause thrombosis

---

## History of Vein Care

| Stripping and cauterization of varicose veins | Galen recommended tearing veins out with a hook | Paulus performed ligation and stripping of superficial | William Harvey taught that circulation was venous than vein | Modern procedures introduced | Surgical vein stripping became common |
|---|---|---|---|---|---|

---

## History of Vein Care - Stripping

- "Standard" treatment is surgical stripping/ligation
- The reported rate of recurrent GSV reflux after ligation and stripping is 18-29%, and 45-71% after high ligation alone, with 73.0% of limbs destined for recurrences at 5 years*

---

## Surgical Vein Stripping



---

## Beyond Vein Stripping

## A New Way to Treat Varicose Veins

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032386

### History of Vein Care - RF



- Radiofrequency procedure developed by VNUS Medical Technologies
- Received FDA clearance in 1999
- Using BiPolar Electro-cautery or radiofrequency (RF) energy, a catheter is inserted into the vein. The Closure® procedure occludes veins, with high heat conducted through the endothelium, thereby eliminating reflux

---

### History of Vein Care - RF

    

| Catheter inserted in refluxing vein | Catheter positioned, electrodes deployed | RF energy heats and contracts vein wall | Catheter slowly withdrawn, closing vein | Denuded vein is physically narrowed |

---

### The Next Evolution in Treating Varicose Veins

---

### Vein Care History
### Endovenous Laser Therapy



- Laser procedure started to be performed in the late 1990s and offered many clinical advantages

- Laser procedure first received FDA clearance January 2002

---

### Vein Care History
### Endovenous Laser Therapy



- Minimally invasive
- Local anesthesia
- Primarily office-based
- High patient satisfaction
- Highly safe and efficacious

---

### Overview of Venous Physiology and Pathophysiology

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032387

### Overview of Venous Physiology and Pathophysiology



- **The Deep Venous System**
- Common Femoral Vein
- Femoral Vein

- **Superficial Venous System**
- Great saphenous vein
- Small saphenous vein

### Deep veins of the calf



- Anterior tibial vein (ATV)
- Posterior tibial vein (PTV)
- Peroneal veins

### Deep veins of the thigh



- **Common femoral vein**

Major pathway for the return of the blood to the heart from the lower leg

### Superficial Venous System

- Great saphenous vein (GSV)
- Originates on the medial foot
- Saphenofemoral junction (SFJ) is the termination point of the GSV



### Superficial Venous System



- Small saphenous vein
- Begins at the lateral aspect of the foot
- Termination highly variable
- Most commonly terminates at popliteal fosa

### Vein Walls and Valves

*Vein Walls:*

- **Intima** - a layer of endothelial cells and fenestrated basement membrane
- **Media** - three layers of smooth muscle bundles
- **Adventitia** - thick layer of interlacing fibers of collagen

*Vein Valves:*

- Thin sheets of collagen and smooth muscle covered by endothelium

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032388

4

### Vein Anatomy - Perforators and Reticular Veins



### Vein Anatomy Saphenofemoral Junction (SFJ)



### Major Perforator Veins



### Reversal of Valvular Incompetence in Superficial Veins of the Leg

*Professor George Fegan, M.D.*

### VIDEO



### Causes of Venous Insufficiency

- **Failure of calf muscle pump**
  - Muscle wasting
  - Neuromuscular disease
  - Prolonged standing
- **Failure of valves**
  - Venous distension
  - Valve deformation
- **Deep obstruction**

- **Deep incompetence**
  - Primary agenesis
  - Prior valve damage
  - Direct trauma
  - Dilation with secondary valve failure
- **Perforator incompetence**
- **Superficial incompetence**
  - Gravitational hydrostatic pressure

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032389

*Types of Vein Disease*

*Vein Disease*

- Reflux of great saphenous vein
- Perforator varicosities
- Reticular veins
- Spider veins (telangiectasia)



*Vein Disease – Spider Veins*

 

*Varicose Veins*

 

Varicose Veins
(SFJ reflux)

*Clinical Effects of Varicose Veins*

- Twisted & swollen veins
- Swelling, throbbing, or cramping at night
- Difficulty ambulating
- Itching & burning
- Venous ulcers



*Causes of Varicose Veins*

- Heredity - 70% of patients with varicose veins have parents with varicose veins

- Gender - more females develop than males

- Pregnancy - 80% of women develop varicose veins in the first trimester of pregnancy

- Obesity - strains vein valves

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032390

*Patient Selection and Screening*

## General History

- Gender, age, weight, height
- Medical history to include hypertension, allergy, diabetes
- Surgical history
- History of vascular disease
- Current symptoms



## Physical Examination Equipment

- Ultrasound/Doppler equipment
- Examination platform
- Lighting
- Examination table



## Venous Reflux Findings/Indicators

- Asymmetry of limbs
- Size, length, ankle diameter
- Scars
- Previous venous surgery
- Previous venous ulcers
- Cutaneous signs of chronic venous insufficiency
- Superficial vascular malformations such as port wine stains
- Muscular tone and development
- Hypertrophy of veins and thickening of vein walls

## Classification of Varicose Veins

- **CEAP Classification**
  – Clinical Condition
  – Etiology
  – Anatomic
  – Pathophysiology

- **Clinical Condition (rated on a 0 – 6 scale)**
  – C0 = no visible venous disease
  – C1 = telangiectatic or reticular veins
  – C2 = varicose veins
  – C3 = edema
  – C4 = skin changes without ulceration
  – C5 = skin changes with healed ulceration
  – C6 = skin changes with active ulceration

## Forms to Use for Patient Screening

- Varicose Vein Office Examination Questionnaire
- Endovenous Laser Therapy Pre-Treatment Form
- Endovenous Laser Therapy Treatment Form
- Endovenous Laser Therapy Informed Consent Form
- Patient Pre-Procedure Instructions
- Patient Post-Procedure Instructions

(all forms can be found in Appendix)

CONFIDENTIAL
ATTORNEYS' EYES ONLY

### Screening Tools Available from Vascular Solutions

- Patient Guide
- Patient Video
- Web site - www.Veins.nu
- Exam Room Poster



---

### Duplex Ultrasound in the Detection of Venous Disease

---

### Duplex Ultrasound in the Detection of Venous Disease

- Duplex ultrasound is used in detecting reflux and impediment to venous outflow
- Duplex ultrasound is considered the "gold standard" in venous imaging
- Duplex ultrasound is utilized during the patient screening process, prior to the endovenous laser procedure, and after the procedure to determine reflux

---

### Duplex Ultrasound and Testing for Reflux

- Reflux is diagnosed by placing the transducer over the vessel in either a transverse or a longitudinal plane
- The Doppler signal in the vessels is observed while the distal leg is compressed and released
- Retrograde flow of greater than 1/2 second is considered pathologic reflux

---

### Presenting Patient



---

### Ultrasound/Doppler Confirmation of Reflux



CONFIDENTIAL
ATTORNEYS' EYES ONLY

### *Patient Selection and Screening Duplex Ultra Sound Confirmation*

Transverse View and/or
Short Axis

Longitudinal View and/or
Long Axis

### *Ultrasound in Groin*



Ultrasound image of the SFJ, with the ultrasound probe positioned on an angle high in the groin with a transverse image of the Common Femoral Vein and a longitudinal image of the GSV. Color Doppler imaging depicts reflux of the SFJ. **Red** indicates blood flow toward the ultrasound transducer. **Blue** indicates blood flow away from the ultrasound transducer.

### *Duplex Ultrasound Scan of Reflux (Reflux Present)*





### *Screening Other Veins is Similar*

*   Anterior Lateral
*   Perforators
*   Small Saphenous
*   Vein of Giacomini



### *The Role of Duplex Ultrasound During Endovenous Laser Therapy*

### *Before Prepping*



The procedure begins with an ultrasound examination of the leg. The patient may be given a sedative such as Xanax or Valium prior to the procedure.

CONFIDENTIAL
ATTORNEYS' EYES ONLY

### Ultrasound of GSV



16 mm diameter Great Saphenous Vein

Anterior & Posterior Fascial Planes

An ultrasound image of a very large GSV (16 mm in diameter). The ultrasound probe is positioned in the transverse view on the patient's mid thigh.

### SFJ Reflux



### Outline GSV



The location of the GSV is recorded and an outline of its course is made on the leg with a marking pen. The "X" marks the desired insertion site for the catheter. This location can vary and is sometimes below the knee. An additional mark is made in the groin at the SFJ (not shown).

### Cannulation of the GSV



### Cannulation of the GSV



Tip of 19 gauge needle pushing into the GSV

Needle compressing the GSV upon entry

Using the Seldinger technique, under ultrasound guidance in a transverse image, the physician cannulates the GSV using the 19-gauge needle. This is confirmed by the presence of non-pulsatile venous flow through the needle. If there is no venous flow the needle is not in the vein.

### Advancing the Guidewire



Long axis view of the GSV

J Tip Guide Wire

A .038 double ended J tip/floppy tip guidewire is inserted into the GSV, advancing it up past the SFJ, and removes the needle over the wire. The position of the wire can be confirmed with ultrasound.

CONFIDENTIAL
ATTORNEYS' EYES ONLY

### Introducer Sheath

Sheath Intra-luminal GSV



An introducer sheath is then inserted over the guidewire and advanced to the SFJ. The sheath is positioned at the proximal edge of the treatment area, usually 2-3 cm distal to the SFJ. The position of the sheath is also confirmed by the ultrasound.

SFJ

### Fiber Insertion

Proximal tip of sheath

Sheath



SFJ

Tip of laser fiber being advanced

The VARI-LASE® laser fiber is inserted into the introducer sheath and is advanced until the holder snaps into the hub of the introducer sheath. At this point the laser fiber will be exposed by approximately 2.5 cm from the distal tip of the introducer sheath.

### Positioning with Ultrasound

Tip of sheath



Tip of laser fiber

The position of the fiber and introducer sheath is confirmed using ultrasound. To protect the deep venous system, the laser fiber must be exposed from the introducer sheath and located at least 2 cm distal to the SFJ. In the darkened room the red aiming beam should be visible through the skin.

### Local Anesthesia

Using a spinal needle (with Auto-Fill™ Syringe) and under ultrasound guidance, local anesthesia (Lidocaine) is administered along the entire length of the vein to be treated and creates a space between the vein wall and the fascial plane. The amount of fluid will vary depending on segment length. The fluid both provides local anesthesia and an insulating barrier for the laser energy.



More on this in a few minutes

### Local Anesthesia
### Creating a Fascial Space



Fascial Space

### Overview of Endovenous Laser Therapy



CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032395

### Endovenous Laser Therapy

- Percutaneous puncture
- Insert wire and sheath over guidewire
- Insert probe/fiber to SFJ
- Deliver local anesthesia
- Activate energy source and pull back
- Thermal destruction of endothelium and closure

---

### Endovenous Laser Therapy

**Clinical protocol evolutions**

- Early protocols were cautionary and dictated multiple single pulses to control expending thermal destruction

- Later, the procedure evolved into continuous pullback which supports a more uniform delivery of energy

---

### Equipment Required for Endovenous Laser Therapy



– Solid state diode laser console
  * Power (10-14 watts)
  * Wavelength (810 nanometers)
– Ultrasound
– Disposable kit and accessories

---

### Endovenous Laser Clinical Results*
*completed using various techniques*

- Min, *JVIR* 14: 991-996 (2003)
  – 499 veins treated
  – 98.0% complete occlusion at 1 month
  – 93.4% complete occlusion at 24 months
  – Results maintained at 36 months
  – No major complications

- Navarro, *Am. Coll. Phlebology* (2002)
  – 200 veins treated
  – 97.5% complete occlusion (mean FU 23.6 months)
  – 1% superficial phlebitis

  *Using a Variety of lower settings and methods

---

### Additional Clinical Results

*K. Todd, Southeast Vein and Laser Center; E. Mackay; H Frenak; M Isaacs*

- 291 or 100% of GSVs closed following treatment

- Low reflux recurrence rate at 12-months of 3.78%

- All reflux recurrences occurred ≤ 9 months
  – Inadequate treatment ?
  – Ablation procedure variance ?

- No adverse events observed

- All patients reported satisfaction with the procedure with improved appearance and quality of life at 1 month post procedure

---

### Endovenous Laser Therapy Potential Complications

- Thrombosis
- Pulmonary embolism
- Superficial thrombophlebitis
- Ecchymosis
- Infection
- Paresthesia
- Skin burns

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032396

### Patient Selection and Contraindications

Endovenous laser therapy with Vari-Lase is indicated for the treatment of varicose veins and varicosities associated with superficial reflux of the Great Saphenous Vein

**Contraindications:**

* Patients with an aneurysmal section in the vein section to be treated
* Patients with severe peripheral disease, as evidenced by an ankle-brachial index of <0.5
* Patients with thrombus in the vein segment to be treated

### Endovenous Laser Therapy Setting Up for the Procedure

Get all supplies necessary for procedure – add items for ambulatory phlebectomy or spider vein injection as needed



### Endovenous Laser Therapy Equipment List

* Exam table – mechanical table preferred
* Stainless steel table
* Mayo stand
* Procedure light – either overhead or portable
* Utility table – to set laser machine on
* Surgical wash sink
* Laser machine
* Ultrasound machine
* Laser protective eyewear
* Small autoclave – optional

### Endovenous Laser Therapy Supply List

Comprehensive list located in the Appendix

### Endovenous Laser Therapy Setting Up for the Procedure

* Mix and prepare the fluids needed for scheduled procedures and local anesthesia

 

### Endovenous Laser Therapy Setting Up for the Procedure

* Open supplies in a sterile manner



CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032397

### Endovenous Laser Therapy
### Setting Up for the Procedure

- Set up supplies on mayo stand and back table in a sterile manner

 

### Endovenous Laser Therapy
### Setting Up for the Procedure

- Prepare a comfortable table



### Endovenous Laser Therapy
### Setting Up for the Procedure

- Review patient chart and answer any patient questions

- Take special note of allergies, prior surgeries, current medications (especially blood thinners), verify procedure and site with patient and chart

- Bring patient into procedure room

### Endovenous Laser Therapy
### Setting Up for the Procedure

- Prep the leg in a sterile fashion

 

### Endovenous Laser Therapy
### Setting Up for the Procedure

- Apply sterile draping

- Put sterile ultrasound probe cover onto probe

- Begin the procedure with ultrasound to determine the entry point

### Endovenous Laser Procedure

### 7 Basic Steps

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032398

*Step 1. Ultrasound/Doppler Confirmation of Reflux*



*Step 2. Marking Entry Point and Mapping Great Saphenous Vein*

 

*Step 3. Percutaneous Entry and Introduction of Guidewire and Sheath*



**Step 4. Insert Laser Fiber into Vein**

Ultrasound Image

 

Tip of Laser Fiber

*Step 5. Provide Local Anesthesia*



*Achieve fascial separation, not collapse of vein!*

*Step 6. Activate laser and withdraw*



Do NOT compress on vein wall!

CONFIDENTIAL
ATTORNEYS' EYES ONLY

### Step 7. Bandage & Compression Stocking



### Completion of Procedure

After laser is used to treat entire length of GSV, Duplex ultrasound is used to confirm complete occlusion of the GSV



### Results of Endovenous Laser Therapy



### Results of Endovenous Laser Therapy



### Results of Endovenous Laser Therapy



### Results of Endovenous Laser Therapy



CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032400

### Endovenous Laser Benefits over Surgery

- Clinical results are established
  - Two and three year follow up at 90%
  - Complications are mild and rare
- One hour treatment time
- Performed in physician's office
- Local anesthesia
- Immediate ambulation
- Established reimbursement

---

# BREAK

# 15 minutes

---

### Anesthesia for Endovenous Procedures

---

### Anesthetic Objectives

- Patient comfort, the patient should feel nothing
- Heat sink

---

### Anesthesia for Endovenous Procedures

- Utilizes a very low dose, high volume of local anesthetic
- Fills fascial plane and creates a space between the fascial plane and the vein wall
- Protects the surrounding tissues from thermal damage
- Some physicians include epinephrine to control bleeding



---

### Anesthesia for Endovenous Procedures

- Use a dilute mixture of lidocaine
- Place the mixture using ultrasound guidance
- Heat sink to lower collateral damage
- Push the vein and nerve away from skin
- From an *SIR* study:
  - At the most, use 0.25% diluted lidocaine per volume
  - Some physicians include epinephrine
  - Some physicians exchange ringers for saline
  - Ringers has a neutral pH balance

CONFIDENTIAL
ATTORNEYS' EYES ONLY

## Nurse's Quick Formula

- Take a 500ml bag of saline and remove 50ml, discard
- Replace those 50ml with 50ml of 1% lidocaine with or without epi
- This constitutes a 0.1% mixture

---

REFERENCE TABLES FOR ANESTHESIA

DILUTIONS

| If using premixed 2% Lidocaine with epinephrine | | | |
|---|---|---|---|
| Preferred Lidocaine Dilution | 100cc Add: | 250cc Add: | 500cc Add: |
| 0.10% | 6cc Lidocaine w/ epi 0.5cc sodium bicarb | 15cc Lidocaine w/ epi 1.5cc sodium bicarb | 25cc Lidocaine w/ epi 2.5cc sodium bicarb |
| 0.20% | 11cc Lidocaine w/ epi 1cc sodium bicarb | 28cc Lidocaine w/ epi 3cc sodium bicarb | 56cc Lidocaine w/ epi 5.6cc sodium bicarb |
| 0.35% | 14cc Lidocaine w/ epi 1.4cc sodium bicarb | 35cc Lidocaine w/ epi 3.5cc sodium bicarb | 71cc Lidocaine w/ epi 7cc sodium bicarb |
| 0.50% | 33cc Lidocaine w/ epi 3.3cc sodium bicarb | 83cc Lidocaine w/ epi 8.3cc sodium bicarb | 167cc Lidocaine w/ epi 16.7cc sodium bicarb |

| Lidocaine Maximum Dosage (based on max. dosage of 7mg/kg body wt or 500mg) | | | | | | |
|---|---|---|---|---|---|---|
| Body Wt Kg/Lbs | Max dosage Lidocaine (mg) | Less for 1% Lidocaine mls vol at correct site | Total Fluid Volume (cc) | | | |
| | | | 0.1% | 0.2% | 0.35% | 0.5% |
| 34.5/100 | 342 mg | 332 mg | 332 cc | 166 cc | 133 cc | 66 cc |
| 50.1/130 | 414 mg | 384 mg | 384 cc | 192 cc | 147 cc | 73 cc |
| 65.0/140 | 448 mg | 385 mg | 385 cc | 196 cc | 158 cc | 78 cc |
| 66.2/150 | 417 mg | 427 mg | 427 cc | 214 cc | 171 cc | 85 cc |
| 72.6/160 | 500 mg | 450 mg | 450 cc | 225 cc | 180 cc | 90 cc |
| 77.3/170 | 500 mg | 450 mg | 450 cc | 225 cc | 180 cc | 90 cc |
| 81.6/180 | 500 mg | 450 mg | 450 cc | 225 cc | 180 cc | 90 cc |
| 86.4/190 | 500 mg | 450 mg | 450 cc | 225 cc | 180 cc | 90 cc |
| 90.9/200 | 500 mg | 450 mg | 450 cc | 225 cc | 180 cc | 90 cc |

---

## Delivering Anesthetic Solution



Vascular Solutions' Auto-Fill™ Syringe
- Used to deliver > 10ml anesthetic using a 10cc syringe
- Components:
  - 10cc control syringe
  - IV tubing with spike, dual check valve, and roller clamp

---

## Delivery of Anesthetic Solution

Administer local anesthetic using the Auto Fill with a 20-25g needle along the entire length of the vein to be treated to create a space between the vein wall and the fascial plane. Ultrasound guidance is helpful for placement. The fluid both acts as a local anesthetic as well as an insulating barrier within the fascial space for the laser energy.



---

## Transverse View



---

## Needle Placement



---

CONFIDENTIAL
ATTORNEYS' EYES ONLY



*Expanding the Fascial Space*

Fascial Space



*Administer Anesthesia*



*Expanding the Fascial Space*

Needle Tip

**Look for separation around vein, NOT collapse!**



*Needle Placement*



*Expanding the Fascial Space*



*Expanding the Fascial Space*

Intra-fascial Lidocaine 0.1%

Surrounded Vein

**Look for separation around vein, NOT collapse!**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

### Extra Fascial Fluid



Extra-fascial Lidocaine 0.1%

---

## Adjunctive Care

---

### Adjunctive Care

- Some endovenous laser therapy procedures may require adjunctive care
- Can be done immediately after the procedure or during a follow-up visit
- Most common adjunctive care therapies are:
- sclerotherapy
- ambulatory phlebectomy
- compression stocking therapy

---

## Sclerotherapy

---

### Adjunctive Care - Sclerotherapy

#### What is sclerotherapy?

- Developed in the 1920s
- May be used in conjunction with endovenous laser treatment to treat varicose or spider veins (telangiectasias)



---

### Diagram of Sclerotherapy

The solution displaces the blood within the vein, causing it to blanch or turn white. The solution then causes the vessel to become irritated and swell shut, prohibiting the blood from reentering the vein. When the needle is withdrawn, pressure is immediately applied to the area.

 

---

CONFIDENTIAL
ATTORNEYS' EYES ONLY

### Adjunctive Care - Common Sclerosing Agents

**Hyperosmolar solutions**
- Hypertonic saline
- Hypertonic saline + dextrose

**Detergent solutions**
- Polidocanol (foam)
- Sodium tetradecyl sulfate (foam)
- Ethanolamine oleate

**Chemical irritants**
- Chromated glycerin
- Polyiodide iodine
- Sodium salicylate

---

### Possible Side Effects and Complications of Sclerotherapy

- Arterial injection
- Anaphylactic shock
- Deep vein thrombosis
- Cutaneous necrosis
- Postsclerotherapy hyperpigmentation
- Temporary swelling
- Telangiectatic matting
- Localized urticaria
- Allergic reactions
- Superficial thrombophlebitis

---

### Frullini A, Cavezzi A, Derm Surg 2002 Jan

- 453 patients
- 3 ml limit
- Polidocanol or Sotrdecol foamed
- 88% (Monfreux) and 93.3% (Tessari's) immediate success rate
- 8.5% and 7.1% complications respectively

---

### Phlebectomy VS Sclerotherapy

- de ROOS KP, et al DERM SURG 2003 MAR;29(3);221-6
- Randomized controlled study between SCLERO and A.P.
- Statistically decreased recurrences (2.1%) with A.P. vs SCLERO (37.5%)
- No major complications with either technique and increased minor complications with A.P.

---

### Ambulatory Phlebectomy

---

### How Ambulatory Phlebectomy is Used with Endovenous Laser Therapy

- Used to treat small veins and veins other than the Greater Saphenous.

- Can be done immediately post endovenous laser therapy procedure, or later as an outpatient procedure

CONFIDENTIAL
ATTORNEYS' EYES ONLY

### Ambulatory Phlebectomy

1) A hook is inserted into a micro-incision in the leg

2) A section of the vein is hooked

3) The vein is removed through the incision



### Adjunctive Care - Ambulatory Phlebectomy

**What is ambulatory phlebectomy?**

- **1545** Earliest phlebectomy books were described in the *Textbook of Surgery* by W. H. Ryff
- **1956** Dr. Robert Muller, a Swiss dermatologist in private practice in Switzerland, rediscovered the technique
- Ambulatory phlebectomy permits removal of nearly any incompetent vein below the saphenofemoral and saphenopopliteal junctions
- Veins that can be removed using this method include major tributaries; perforators; and reticular veins, including small reticular veins associated with telangiectasias

### Equipping an Office for Minor Surgery

- Adjustable OR table
- Lighting
- Emergency equipment
- Minor surgery trays
- Autoclave
- Local anesthesia

### Pre-op Marking

- Mark patient standing
- Ultrasound
- Transillumination



### Local Anesthesia

- Dilute lidocaine with epinerephene 0.1% (50cc of 1% lido with epi in 450cc of lactated ringers)
- Syringes, pressure bags, or Kline infusion pump

CONFIDENTIAL
ATTORNEYS' EYES ONLY

 

 

### Stab Incision

- 2-3 mm incisions with eleven blade or 18 gauge needle
- Crochet hooks vs phlebectomy hooks
- Hemostats



CONFIDENTIAL
ATTORNEYS' EYES ONLY







### Endovenous Laser Therapy
### Post-Procedures

### Post Treatment Procedures

1) After the laser is withdrawn the site is cleaned.

2) Then, a 1/4" 3M Steri-Strip™ is applied.



3) If ambulatory phlebectomy is performed, Steri-Strips and bandages might be applied to each site.

4) Apply Kerlix roll or cast padding from ankle to thigh.

### Post Treatment Procedures

5) Apply Coban firmly, creating a tourniquet from ankle to thigh



CONFIDENTIAL
ATTORNEYS' EYES ONLY

### *Post Treatment Procedures*

6) Apply thigh-high Class 2 compression stocking.



### *Post Treatment Procedures*

7) STOCKINGS and Coban are to be worn for no less than 48 hours and then the stocking alone, during the day, for an additional 10 days.

8) POST-OPERATIVELY the patient may have bruising, soreness and a tight feeling in the treated limb, which is to be expected.

9) An ANTI-INFLAMMATORY medication (Advil) can be taken during the first two weeks.

10) POST-OPERATIVELY the patient may have bruising, soreness and a tight feeling in the treated limb, which is to be expected.

11) IF SEDATIVE IS ADMINISTERED have somebody drive you home

### *For the Patient: Post-Procedure Care*

- **SHOWERING** is not permitted in the first 48 hours after the procedure

- **NORMAL ACTIVITIES** may be resumed the same day with regular 20 minute walks every 2-3 hours. Exercising can be resumed in 3 days

- **AFTER 10 DAYS** the compression stocking will be removed and the varicose veins should be barely visible

- **FOLLOW UP** exams are recommended at intervals determined by the healthcare provider; typically 2 weeks, 3 months, 6 months and 1 year

- Yearly **ULTRASOUND** exams are encouraged to follow the progress and treat any recurrences

### Questions

### and

### Answers

# *Lunch*

## *12:00-1:00*



CONFIDENTIAL
ATTORNEYS' EYES ONLY

25