# EXHIBIT 5
# (part 2 of 2)

**to the Declaration of Howard Root**

**in Support of VSI's Motion for Summary Judgment**

## *Vein Care Essentials*

### *How to Operate a Successful Vein Practice*

151
ML1395RevL 151

## *Agenda - Day Two*

**How to Operate a Successful Vein Practice**

| | |
|---|---|
| 7:30-8:00 | Continental Breakfast |
| 8:00-8:15 | Who are the Patients? The Market for Varicose Vein Treatment |
| 8:15-9:00 | Considerations for Starting a Practice in a Hospital or Private Setting |
| 9:00-10:15 | Marketing Basics: Techniques for Your Practice |
| 10:15-10:30 | Break |
| 10:30-11:30 | Reimbursement |
| 11:30-12:00 | Q&A |
| 12:00 | Adjourn |

152
ML1395RevL 152



## *Who Are the Patients?*

153
ML1395RevL 153

## *The Market for Venous Insufficiency Treatment*

According to the *American College of Phlebology* and the *Society of Interventional Radiologists:*

- Approximately 40% of the U.S. population has venous disease
- Varicose veins affect 20-50 million people in the U.S.
- More common in women than men (20-25% women, 10-15% men)
- 1 ½ million seek treatment each year
- Over 150,000 surgical vein strippings annually

154
ML1395RevL 154

## *The Market for Varicose Vein Treatment*

According to the *National Women's Health Information Center:*

- 50% of women have abnormal leg veins by their 50s
- 60% of all Americans suffer from some form of vein disorder
- Approximately 12 million people in the U.S. have venous insufficiency

*Source: National Women's Health Information Center*

155
ML1395RevL 155

## *Who Seeks Treatment?*

- Patients who are so self conscious of their varicose veins that they avoid clothing that exposes the leg
- Some patients have physical complaints such as fatigue, heaviness, aching, throbbing, itching, swelling, burning, stinging and restlessness of the legs
- Sometimes complications from untreated venous disease can occur, such as phlebitis, swelling, skin discoloration, or ulcers
- Patients are likely to be between the ages of 35-65 and female

156
ML1395RevL 156

CONFIDENTIAL
ATTORNEYS' EYES ONLY

## Your Potential Patients

- Current patients
- Past patients
- Patients' friends and families
- Your family and friends
- Referrals from OB/GYN practices, dermatologists, family practice physicians, podiatrists

157
ML 1395 Rev L 157

## Starting a Practice

158
ML 1395 Rev L 158

## Considerations: Office vs. Hospital Based Practice

OFFICE SETTING

- You are able to control your own schedule
- You are not tied to OR availability
- You can build your own practice and make the decisions for the practice
- Great Reimbursement January 1, 2005
- Don't forget to consider the overhead costs (staff, marketing, office supplies)

159
ML 1395 Rev L 159

## Considerations: Office vs. Hospital Based Practice

HOSPITAL SETTING

- Access to hospital supplies
- Larger referral opportunity (doctor-to-doctor, Grand Rounds)
- Hospital handles patient billing
- Potentially more hospital "red tape" – Subject to someone else's control
- Reimbursement is significantly lower vs office/outpatient facility

160
ML 1395 Rev L 160

## Starting a Practice - Questions

- Where will you find space to begin your practice?
- How will you find qualified staff members?
- What will you name your practice? Consider using the word "Laser" in your practice name. Varicose veins and lasers are in the lexicon of our society and high technology advances.
  - What kind of equipment will you need for your practice? Example of capital expenses include: bed, laser, ultrasound, and vein light
  - Example of disposable expenses include: sterile drapes, betadine prep, laser fibers

161
ML 1395 Rev L 161

## How to Set Up Your Office - Considerations

- Office lobby and treatment rooms
  - A relaxed atmosphere
  - Pleasing and calming aesthetics (i.e. music, fish tank)
  - Open offices, open windows
- Have a patient educational video about the procedure available
- Have brochures and written educational materials for patients
- Wall displays

162
ML 1395 Rev L 162

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032411

## *How to Schedule Patients*

- If your practice is not exclusively vein care, consider scheduling your patients at different time blocks
- The first patient visit generally consists of an evaluation and work-up to rule out venous reflux and scheduling of necessary treatment
- Patient should be given information that outlines the procedure and pre- and post- procedure instructions
- Some physicians only do screenings in the morning and then treatments in the afternoon.

163

## *Marketing Your Practice*

164

## *What is Marketing?*

165

## *What is Marketing?*

Marketing is the process of identifying and reaching specific segments of a population for the purposes of selling them a product or service.



166

## *Why Market Your Practice?*

- To build your business
- Referrals
- Builds credibility and expertise, i.e. your "brand"
- Ensure long-term success

167

## *Marketing is More than Advertising*

Advertising is just ***one*** way to inform people about your practice. You can use it to:

- Communicate what your service is and how it will fill a need or enhance a patient's life
- Explain the costs of the procedure and where the patient can receive the treatment
- Differentiate yourself from other vein care practitioners

168

CONFIDENTIAL
ATTORNEYS' EYES ONLY

## Developing a Marketing Plan

169
ML 1395 Rev L 169

## First Things First Have a Plan

- The first step to any successful marketing effort is the MARKETING PLAN
- A marketing plan helps you establish, direct and coordinate your marketing efforts

170
ML 1395 Rev L 170

## A Marketing Plan Contains

- Information about your practice, marketing objectives and strategies, as well as how you will measure the success of your marketing activities
- It describes all the marketing activities you'll perform during a specified time period (i.e. one year)
- Includes any background information you used to select your marketing activities
- Documents the costs associated with your planned marketing activities as well as the measurements you'll use to determine your success

171
ML 1395 Rev L 171

## Typical Components of a Marketing Plan

- Mission statement
- Competitor analysis
- Marketing objectives
- Marketing strategy
- Budget
- Measurements




172
ML 1395 Rev L 172

## Advertising

173
ML 1395 Rev L 173

## What is Advertising?

Paid, nonpersonal communication from an identified sponsor using mass media to persuade or influence an audience.

174
ML 1395 Rev L 174

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032413

*Components of a Marketing Plan*

## *Advertising and Promotional Tactics*

- TV
- Radio
- Newspaper
- Magazines
- Direct mail
- Word of mouth
- Internet
- Promotions
- Open houses
- Yellow Pages

175 ML1395 Rev L 175

## *Advertising - Television*

- Most wide reaching medium, reaching 90% of adults daily
- 57% of consumers are most likely to learn about new products via TV
- 48% of consumers believe TV to be "most authoritative" versus 26% for newspapers




176 ML1395 Rev L

## *Why Advertise on TV?*

- Great impact
- Wide, broad reach
- Repetition
- Flexibility
- Prestige
- Can visually demonstrate product or service

177 ML1395 Rev L 177

## *Considerations for TV Advertising*

- Fleeting messages - messages come and go quickly
- Can be very expensive
- Lack of selectivity - may be difficult to reach your intended demographic

178 ML1395 Rev L 178

## *Advertising - Newspaper*

- 55% (98.9 million) of adults read a newspaper daily
- 63% of consumers say newspapers are their primary source for advertising or shopping info

179 ML1395 Rev L 179

## *Advantages of Newspaper Advertising*

- Can target specific demographic groups based on newspaper circulation and section of the paper
- Consistency of message, can place ads to run on consecutive days or weeks
- Can place promotional items/coupons in ad to gauge interest

180 ML1395 Rev L 180

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032414

## *Limitations of Newspaper Advertising*

- Short life - impact beyond the day of publication is low
- Message might be missed if the ad is not in the section of the paper where your customers are looking
- Fewer people are reading newspapers today

## *Advertising - Radio*

- 75% listen to radio daily
- The average person spends 20 hours a week listening to radio
- 86% of women age 35-64 listen to the radio between 6-10 am each week

## *Advantages of Radio Advertising*

- Immediacy
- Flexible
- Mobile and portable
- Audience selection - easier to target
- Generally less expensive than TV

## *Limitations of Radio Advertising*

- Fragmentation - lots of stations to choose from
- Transient quality - message is not readily available for reference

## *Advertising - Magazines*

- 94% of adults read a magazine during the average month
- Each reader spends an average of 61 minutes reading a magazine
- Magazine reading is heaviest among college-educated people with incomes of >$50K










## *Advertising - Magazines*

- Easily target audiences
- Market selectivity
- Long life of magazine
- Inherent prestige

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032415

## *Limitations of Magazine Advertising*

- Not as flexible as newspapers due to publishing deadlines
- Very selective market
- Generally more expensive than newspaper

## *Advertising - Direct Mail*

- Sales letter
- Postcard
- Brochure
- Circular



## *Advantages of Direct Mail*

- Extreme selectivity of audience, can be very targeted
- Can be timely/seasonal
- Flexible formats
- Can be individualized

## *Limitations of Direct Mail*

- Mailing list - must be good!
- Can be expensive - Helps to work with a postal consultant to get the best rates (www.usps.com)
- Generally lower percentage response

## *The Internet*

- 127 million active users in the U.S.
- For those that visit company web sites, 90% are looking for company or product information
- A great deal are looking for health information



## *Advantages of Having a Web Site*

- Introduces your practice and provides valuable information, including how to contact you
- A nicely designed site lends credibility to your practice, tells a "story" and puts a face to you
- Provides a place to learn about the procedure



www.veins.nu

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032416

## *Limitations of Having a Web Site*

- Initial expense of having a site designed
- Cost to host site and maintain
- Somebody must be designated to update content when necessary

193
ML1395 Rev L
193

## *Other Promotional Ideas*

194
ML1395 Rev L
194

## *Other Promotional Ideas*

- Open houses or patient education seminars - Good leads, people that really want to learn about your practice. A non-threatening way to obtain information about the procedure.
- Yellow Pages - still a top source for people searching for information
- Partner with neighboring businesses - is there a way to combine services?

195
ML1395 Rev L
195

## *Other Promotional Ideas*

- Press releases sent to local newspapers
- Local cable stations - often will produce free programming on your business
- Contact local news networks
- Health fairs/seminars at health clubs/talks to active groups (i.e. running/triathlon clubs; hiking clubs)

196
ML1395 Rev L
196

## *Other Promotional Ideas*

- Develop physician referrals (i.e. OB-GYN, GP, Podiatrists)
- Look for ways to collaborate with other physicians

197
ML1395 Rev L
197

# *BREAK*

*15 minutes*

198
ML1395 Rev L
198

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032417

*Reimbursement Primer*
*and*
*Practical Considerations*

## Topics

- Reimbursement Primer
- Analysis of Endovenous Laser Treatment
- Analysis of Sclerotherapy and Ambulatory Phlebectomy

200

## Disclaimer Slide

*The information presented in this talk is general reimbursement information. It is not legal advice, nor is it advice about how to code, complete or submit any particular claim for payment. Although Vascular Solutions supplies this information to the best of our current knowledge, it is always the provider's responsibility to determine and submit appropriate codes, charges, modifiers and bills for the services that were rendered.*

*CPT Codes discussed during this session are copyrighted by the AMA.*

201

## Key Elements of Reimbursement

- Coverage
  *The language of medical necessity* – defines procedures and services as investigational, cosmetic or medically necessary
- Coding
  *The language of reimbursement* – defines patient clinical condition, procedures performed and services provided
- Relative Value
  *The language of payment* – defines the complexity of the procedure and service and determines payments received

202

## CPT Coding Principles

- Use the code that accurately defines the service provided
- Upcoding and downcoding must be avoided
- Use unlisted codes "XXX99" if specific code does not exist
- Codes chosen must be consistent with medical record

203

## Patient Diagnosis ICD-9-CM Codes (Varicose Veins)

**Diseases of the Circulatory System (390-459)**

- **Diseases of veins and lymphatics, and other diseases of circulatory system (451-459)**

*454* *Varicose veins of lower extremities*
(Excludes: that complicating pregnancy, childbirth, or the puerperium (671.0))
- 454.0 With ulcer
- 454.1 With inflammation
- 454.2 With ulcer and inflammation
- 454.8 With other complications
- *454.9 Asymptomatic varicose veins*

204

CONFIDENTIAL
ATTORNEYS' EYES ONLY

## *Patient Diagnosis ICD-9-CM Codes (Varicose Veins)*

454 Varicose Veins of Lower Extremities

454.8 With Other Complications

*Edema*

*Pain*

*Swelling*

454.9 Asymtomatic Varicose Veins

*Phlebectasia of lower extremity (spider veins)*

205 ML1395RevL 205

## *Patient Diagnosis ICD-9-CM Codes*

### *Important Caveats*

- Medical records must support diagnosis chosen
- Claims reviewers may request documentation of the nature and extent of "other complications"; thus, the medical record should include proper documentation.
- Medical policies of certain insurers may limit coverage to one or more underlying diagnosis.

206 ML1395RevL 206

## *Patient Diagnosis ICD-9-CM Codes*

**The following may provide questionable support of medical necessity:**

| | | |
|---|---|---|
| 454.9 | Asymptomatic varicose veins | Cosmetic(?) |
| 459.81 | Venous (peripheral) insufficiency, unspecified | Cosmetic(?) |
| 671 | Venous complications in pregnancy, varicose veins of legs | Temporary(?) |

207 ML1395RevL 207

## *Patient Diagnosis CPT Coding*

- Qualify Presence of Reflux
- Quantify Extent of Reflux
- Duplex Ultrasound Studies (most common)
- Doppler Waveform Analysis (in certain cases)

208 ML1395RevL 208

## *Diagnosis of Reflux*

| *CPT Code* | *Description* |
|---|---|
| 93970 | Duplex scan of extremity veins including responses to compression and other maneuvers; complete bilateral study |
| 93971 | Duplex scan of extremity veins including responses to compression and other maneuvers; unilateral or limited study |
| *In some cases, other non-invasive physiologic studies may be appropriate and 93965 may be used to describe those studies* | |
| 93965 | Non-invasive physiologic studies of extremity veins, complete bilateral study (e.g., Doppler waveform analysis with responses to compression and other maneuvers, phleborheopgraphy, impedance plethysmography) |

209 ML1395RevL 209

## *Patient Diagnosis CPT Coding*

### *Important Notes*

These codes describe specific diagnostic studies and must include:

- Hard copy of study output
- Analysis of all data generated, including bidirectional vascular flow or imaging

Ultrasound examinations using hand held devices with no hard copy output, cannot be used for these studies

210 ML1395RevL 210

CONFIDENTIAL
ATTORNEYS' EYES ONLY

## *Patient Treatment Procedure Specific CPT Codes*

- Two codes issued effective January 1, 2005
  - 36478 Endovenous ablation therapy of incompetent vein, extremity, inclusive of all imaging guidance and monitoring, percutaneous, laser; first vein treated
  - 36479 Second and subsequent veins treated in a single extremity, each through separate access sites
- Use for services provided on or after 1/1/05

211 ML1395Rev L 211

## *New Code Definitions*

- Codes presume diagnosis and documentation of reflux in the venous system
- Both codes assigned a global day period of '0'
- 36479 is defined as an add-on code
- Modifier -50- allowed for bilateral cases
- Simultaneous billing of the following procedures is precluded

212 ML1395Rev L 212

## *Mutually Exclusive Codes to 36478 and 36479*

| CPT Code | Description |
|---|---|
| 36000 | Introduction of needle or intracatheter, vein |
| 36002 & 36005 | Injection procedures |
| 36410 & 36425 | Venipuncture procedures |
| 37204 & 75894 | Transcatheter occlusion or embolization |
| 76000, 76001 & 76003 | Fluoroscopy guidance |
| 76937 & 76942 | Ultrasound guidance |
| 93970 & 93971 | Duplex scan of extremity veins |

213 ML1395Rev L 213

## *Coding Examples*

| Type of Service | Codes | Description |
|---|---|---|
| Diagnosis | 93970 —or— 93971 | Duplex ultrasound scans (Bilateral or Unilateral) |
| Procedure | 36478<br>36479 | Treatment of 1st vein<br>Treatment of 2nd vein same leg |
| Follow-up | 93970 —or— 93971 | Duplex ultrasound scans (Bilateral or Unilateral) |

214 ML1395Rev L 214

## *Patient Treatment CPT Codes Sclerotherapy and Ambulatory Phlebectomy*

| | |
|---|---|
| 36468 | Single or multiple injections of sclerosing solutions, spider veins, limb or trunk |
| 36470 | Injection of sclerosing solution; single vein |
| 36471 | Injection of sclerosing solution; multiple veins, same leg |
| 37765 | Stab phlebectomy of varicose veins, one extremity; 10-20 stab incisions |
| 37766 | More than 20 incisions |
| 37799 | Less than 10 incision |

215 ML1395Rev L 215

## *Payment Issues*

- Codes are "Valued" through RUC Process
  - Concurrent with CPT coding process
  - Establishes RVUs of a procedure through surveys of practicing physicians
  - Captures practice expenses, professional time, malpractice expenses of each procedures
- Drives the Medicare Physicians Fee Schedule
- PFS is updated annually, published in the Federal Register in November

216 ML1395Rev L 216

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032420

## *Coding RVU Components*

- Physician Work
  - Time
  - Effort
- Practice Expense (Facility/Non-Facility)
  - Overhead
  - Supplies
- Malpractice Expenses

217
ML 1395 Rev L 217

## *Coding RVU Components*

**Facility RVU Total =**
Work + Facility Practice Expense + Malpractice

**Non-Facility RVU Total =**
Work + Non-Facility Practice Expense + Malpractice

**National Average Fee** = RVU x Multiplier

218
ML 1395 Rev L 218

## *RVU Assignments*
### *2006 Medicare Physician's Fee Schedule*

| CPT Code | Physician Work | Non-Facility Practice Expense | Facility Practice Expense | Malpractice Expense | Non-Facility Total | Facility Total |
|---|---|---|---|---|---|---|
| *Endovenous Laser Ablation* | | | | | | |
| 36478 | 6.72 | 46.91 | 2.54 | 0.37 | 54.00 | 9.63 |
| 36479 | 3.38 | 8.01 | 1.14 | 0.18 | 11.7 | 4.70 |
| *Ambulatory Phlebectomy* | | | | | | |
| 37765 | 7.34 | N/A | 4.63 | 0.48 | N/A | 12.45 |
| 37766 | 9.29 | N/A | 5.34 | 0.48 | N/A | 15.11 |
| *Sclerotherapy* | | | | | | |
| 36470 | 1.09 | 2.69 | 0.73 | 0.12 | 3.90 | 1.94 |
| 36471 | 1.57 | 3.08 | 0.96 | 0.12 | 4.84 | 2.72 |

219
ML 1395 Rev L 219

## *Valuation of Applicable Codes*
*(National Averages from Physicians Fee Schedule published on 11/15/04)*

| CPT Code | Non-Facility Fee (Office) | Facility Fee (Outpatient) |
|---|---|---|
| *Laser Ablation* | | |
| 36478 | 1954 | 348 |
| 36479 | 418 | 170 |
| *Ambulatory Phlebectomy* | | |
| 37765 | 450 | |
| 37766 | 547 | |
| *Sclerotherapy* | | |
| 36470 | 141 | 70 |
| 36471 | 175 | 98 |

NOTE: THE PAYMENT AMOUNTS INDICATED ARE BASED UPON DATA ELEMENTS DERIVED FROM CMS DOCUMENTS THAT ARE CURRENT AS OF 11/15/04. CMS MAY MAKE ADJUSTMENTS TO ANY OR ALL OF THE DATA INPUTS FROM TIME TO TIME.

ML 1395 Rev L 220

## *APC Derived Payments to Hospital*
*(National Averages based on HOPPS Schedule)*

| CPT Code | APC Grouping | Payment to Hospital |
|---|---|---|
| *Laser Ablation* | | |
| 36478 | 0092—Level II vascular ligation | $1718 |
| 36479 | 0092—Level II vascular ligation | $859 |
| *Ambulatory Phlebectomy* | | |
| 37765 | 0091—Level II vascular ligation | 1718 |
| 37766 | 0091—Level II vascular ligation | 1718 |
| *Sclerotherapy* | | |
| 36470 | 0098—Injection of Sclerosing Solution | 68 |
| 36471 | 0098—Injection of Sclerosing Solution | 68 |

NOTE: THE PAYMENT AMOUNTS INDICATED ARE BASED UPON DATA ELEMENTS DERIVED FROM CMS DOCUMENTS THAT ARE CURRENT AS OF 11/15/04. CMS MAY MAKE ADJUSTMENTS TO ANY OR ALL OF THE DATA INPUTS FROM TIME TO TIME.

ML 1395 Rev L 221

## Other Sites of Service

- Ambulatory Surgical Center
  - Endovenous Laser Ablation (and Radiofrequency Ablation) are not currently on the list of procedure for the ASC setting
  - Proposed addition for 2006, but final rule is not published
- Independent Diagnostic Test Facility
  - Cannot be done in an IDTF
  - Diagnostic tests (duplex ultrasound) can be done in an IDTF

222
ML 1395 Rev L 222

CONFIDENTIAL
ATTORNEYS' EYES ONLY

## *Payment Determinations*

- Facility vs. Non-Facility
- Site of Service (ASC, hospital, office)
- Equipment Ownership
- Support Services
  - Ultrasound Technician
- Geographic Adjustments
- Contractual Agreements

223
ML 1395 Rev L
223

## *Payment Expectations Private Insurance*

- Payments from private insurance
  - Derived from the Physician's Fee Schedule, e.g., 115% of Fee Schedule
  - Is a negotiated amount
  - Affected by physician's contract with payor

224
ML 1395 Rev L
224

## *What is Coverage? It's not just about data…*

- The decision to pay, or not to pay, for an item or service on behalf of a beneficiary based on "Medical Necessity"
- Coverage may be favorable, unfavorable or limited in nature
- It may be formalized in policy or determined informally on a case-by-case basis
- CPT Codes do not guarantee payment

225
ML 1395 Rev L
225

## *Coverage Factor Influences The Payor's Perspective*

- Does the data support the effectiveness of the procedure?
- Is this procedure considered standard of care?
- How is payment for "cosmetic" treatments prevented?
- How do I know which patients are appropriate?

226
ML 1395 Rev L
226







CONFIDENTIAL
ATTORNEYS' EYES ONLY

## *Other National Insurers*

- Positive Coverage Policies
  - Aetna
  - Humana
  - United Health Care (9/27/04)
  - Cigna (11/15/04)

229
ML1395Rev1
229

## *Coverage Policy Analysis*

Most medical policies for endovenous laser ablation limit coverage based on:

- Diagnosis
  - 454 Varicose veins of lower extremities
- Medical History
  - Significant hemorrhage from varicosity or
  - Pain
- Past Treatments Tried and Failed
  - At least three months of conservative management (compression stockings)

230
ML1395Rev1
230

## *Varicose Vein Diagnosis Codes*

(ICD-9 Codes)

*359-459 Diseases of the Circulatory System*

451-459 Diseases of veins and lymphatics, and other diseases of the circulatory system

454 Varicose veins of lower extremities

| | |
|---|---|
| 454.0 | With ulcer |
| 454.1 | With inflammation |
| 454.2 | With ulcer and inflammation |
| 454.9 | With other complications |
| 459.81 | Venous (Peripheral) Insufficiency Unspecified |
| **454.9** | **Without ulcer or inflammation (Viewed as non-symptomatic)** |

231
ML1395Rev1
231

## *What Defines Medical Necessity? An Example from Cahaba*[1]

- A 3 - 6 month trial of failed conservative therapy;
- Duplex studies of the venous system that defines ... the greater and lesser saphenous vein, superficial venous segments and perforators...must demonstrate both:
  - Absence of deep venous thrombosis, AND
  - Greater saphenous vein valvular incompetence/reflux that correlates with the patient's symptoms; and

[1]Cahaba is the Medicare Part B carrier for Georgia

232
ML1395Rev1
232

## *Medical Necessity, Continued*

- The patient is symptomatic and the varicosities result in any one or more of the following in spite of conservative therapy:
  - Persistent symptoms interfering with activities of daily living
  - Significant, recurrent superficial phlebitis
  - Hemorrhage from a ruptured varix
  - Non-healing skin ulceration of the leg
  - Symptomatic incompetence of the greater or lesser saphenous veins along with the symptoms listed in item "a" above

233
ML1395Rev1
233

## *Finally,*

***After ALL THE ABOVE initial criteria are achieved, the following conditions must be met for individual procedure to be covered:***

- Patient's anatomy is amenable to ERFA/endovenous laser therapy.
- Non-aneurismal saphenous vein(s)
- Maximum saphenous vein diameter is 12 millimeters (only for ERFA)
- Absence of vein tortuosity that would impair catheter advancement
- Absence of concomitant peripheral artery disease

234
ML1395Rev1
234

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032423

*Coverage Policies*
*Sclerotherapy and Ambulatory Phlebectomy*

Sclerotherapy Policy Limits:
- Failed conservative measures
- Incompetent perforators
- Lifetime number of injections
- Tributaries and perforators
- Few limits on simultaneous treatments

Ambulatory Phlebectomy Policy Limits
- Symptomatic veins
- Failed conservative therapies

235

*Understanding Payor Expectations*

- Medical policies are not consistent:
  - BCBS of Illinois is different than BCBS of Arkansas
- Medical policies define an acceptable claim
- They may list specific documentation requirements
- Vascular Solutions has all known policies and can help you determine if specific requirements exist

236

*What should I do with a claim that is denied?*

*Vascular Solutions is prepared to help…*
- Analyze the EOB and the documentation supporting the claim
- Prepare documentation to assist in appeals and policy development

237

*Conclusions*

- CPT Codes are available
- National average payments expected:
  - $1953 (Office-based setting)
  - $348 (Outpatient Hospital)
- Positive coverage policies exist for the majority of major payors and Medicare Carriers
- Policies and Local Coverage Determinations have variable requirements

238

*Questions*

*and*

*Answers*

239

Vascular
SOLUTIONS
*Thank you for coming!*

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VSI 032424