12/20/2005 16:37 IFAX fax1.center → Fax Central ☐001/005
From: SAMSON SHOWALTER LEFGRE 9419777751 12/20/2005 18:38 #713 P.001/005
Case 1:04-cv-10019-NMG   Document 85   Filed 12/21/2005   Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DIOMED, INC.

      Plaintiff,

v.

VASCULAR SOLUTIONS, INC.

      Defendant.

---

**and**

---

DIOMED, INC.,

      Plaintiff,

v.

ANGIODYNAMICS, INC.,

      Defendant.

---

Civil File No. 104-CV-10444-(RGS)

Civil Action No. 04-CV-10019 (RGS)

### DECLARATION OF RUSSELL H. SAMSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Russell H. Samson, M.D., FACS, RVT, declare:

1.    I have been retained in this matter by defendants Vascular Solutions, Inc. ("VSI") and AngioDynamics, Inc. ("AngioDynamics") to consider whether the methods of endovenous laser treatment taught by VSI and AngioDynamics infringe the asserted claims of United States Patent No. 6,398,777 ("the '777 patent"). I offer this declaration in support of Defendants' Motion for Summary Judgment.

12/20/2005 16:37 IFAX fax1.center → Fax Central ☐002/005
From: SAMSON SHOWALTER LEPORE 9419777751 12/20/2005 18:36 #715 P.002/005
Case 1:04-cv-10019-NMG Document 85 Filed 12/21/2005 Page 2 of 5

2. I am a vascular surgeon at Samson Showalter Lepore – Vascular Specialists, in Sarasota, Florida. We have performed hundreds of endovenous laser treatment procedures in connection with our practice. My qualifications and a list of the publications I have authored are set forth in Exhibit A to this Declaration.

3. I have performed many procedures using the AngioDynamics laser and kits, and have also performed procedures using the VSI laser and kit. A DVD containing ultrasound videos of procedures I performed using VSI's and AngioDynamics' products is attached as Exhibit B to this Declaration. During the procedures performed using VSI's products shown in Exhibit B, I followed VSI's instructions for use. During procedures performed using AngioDynamics products, I followed AngioDynamics' instructions for use. Listed below are some points of reference in the ultrasound video attached as Exhibit B:

- :00 - :15           Picture of the vein in cross section.
- 24:12 - 24:34       Long view of a vein
- 1:32 - 1:45         Needle is being inserted in long section
- 1:52 - 1:57         Fine introducer wire in cross section
- 3:57 - 4:05         Catheter in vein with guide wire being extruded
- 13:26 - 13:35       Fiber coming out of the sheath
- 30:41 -30:50        Fiber coming out of catheter; shows lumen
- 10:02 - 10:16       Laser firing in vein pushing vein aside; lumen clearly visible
- 17:12 -18:18        Tumescence being injected; shows vein shrinking then expanding again and becoming doughnut shaped (17:30); and then round again (17:34); and then in long section (18:29)
- 18:37               Clearly shows lumen around sheath after tumescence
- 19:28 – 19:34       Blood flow around sheath after tumescence is shown by color flow
- 21:10 – 21:31       During pull back while firing the laser; fiber in the center
- 21:57 – 22:00       Fiber in center of vein lumen during firing

4. In this lawsuit, Diomed has asserted that the use of tumescent anesthesia, in the amounts recommended by VSI and AngioDynamics, will result in the complete collapse of the vein and the obliteration of the vessel lumen (space) at and in front of the fiber tip, resulting in

2

12/20/2005 16:37 IFAX fax1.center → Fax Central ☒003/005
From: SAMSON SHUWALTER LEFGRE 6418777751 12/20/2005 18:38 #713 P.003/005
Case 1:04-cv-10019-NMG  Document 85  Filed 12/21/2005  Page 3 of 5

the vessel wall collapsing down on and covering the laser emitting section of the fiber such that the entire wall of the vein at that point is in contact with the fiber tip. As is explained more fully below, Diomed's theory is not accurate.

5. In the procedures shown in Exhibit B, I administered tumescent anesthesia within the ranges suggested by defendants or in amounts greater than that range. I reviewed the patient charts to verify the exact amounts of tumescent anesthesia used in each of the six procedures, and those amounts were as follows: 133 ccs, 230 ccs, 183 ccs, 178 ccs, 160 ccs, 258 ccs. I also placed the patients in a slight Trendelenberg position. As can be readily observed on Exhibit B, the use of tumescent anesthesia as instructed by VSI and AngioDynamics does not result in a complete collapse of the blood vessel around the tip of the laser fiber. In each procedure, at the point after tumescent anesthesia has been administered, but before laser firing begins, one can observe on ultrasound that there is a lumen in front of and at the laser emitting section of the fiber (*see, e.g.*, Ex. B at 18:37), and using duplex ultrasound techniques as in Exhibit B, one can observe that there is blood present at and around the laser fiber tip (*see, e.g.*, Ex. B at 19:28 – 19:34).

6. As can be readily observed in each of the procedures shown on Exhibit B, the laser emitting section of the laser fiber is firing into blood and is not in physical contact with the vessel wall throughout the procedures. Although there may be rare moments of incidental contact, I did not see any definitive moments of contact on the ultrasound videos of the cases I performed following defendants' instructions for use. In each procedure, one can observe that there is a lumen present where the tip is located, that there is blood in the lumen, that the tip is in the lumen, and that the laser energy is being fired into the blood without contact with the vessel wall. When the laser is being fired, one can also readily observe the formation of a cone of steam bubbles in the lumen, at and extending beyond the laser fiber tip and down the lumen

3

12/20/2005 16:37 IFAX fax1.center → Fax Central ☐ 004/005
From: SAMSON SHOWALTER LEPORE 5416777761 12/20/2005 18:36 #713 P.004/005
Case 1:04-cv-10019-NMG Document 85 Filed 12/21/2005 Page 4 of 5

away from the tip. Those steam bubbles show that there is a lumen present and that the laser emitting section of the fiber is not in contact with the vein wall. This cone of heated blood and steam also serves to push the vein wall away from the fiber tip.

7. Two clear illustrations of the occurrences described above can be seen in Exhibit B, at 21:10 – 21:31 (showing the laser fiber being pulled back; the laser firing; and the laser fiber tip in or near the center of the vein and not in contact with the vein wall) and at 21:57 – 22:00 (showing laser fiber tip in the center of the vein lumen during the firing of the laser).

8. The geometry of the sheath and fiber assembly will also tend to prevent contact of the laser emitting section of the fiber with the vessel wall during the procedure. The fiber tip is only 600 microns in diameter, while the external diameter of the sheath is significantly larger than that. As the laser is being fired during the procedure, the physician is pulling back the sheath and fiber assembly. The relatively large diameter of the sheath would tend to create space for the relatively rigid fiber as it travels through the vessel. The sheath will also tend to maintain the fiber centered in the vessel lumen away from the vein wall.

9. I do not use tumescent anesthesia to try to obtain the "complete collapse" of the vessel wall onto the laser emitting section of the fiber tip, as posited by Diomed. Although I administer tumescent anesthesia under ultrasound, I do not try to achieve complete collapse of the vessel wall as described by Drs. Min, Fan, and Navarro. It is well known that contact is a likely source of perforations and bruising, and is therefore a negative and unwanted outcome.

10. I do not believe that it is possible that "complete collapse" of the vessel wall so that it covers and makes contact with the laser emitting surface of the laser fiber could ever be created by tumescent anesthesia – particularly the amount of tumescent anesthesia recommended in VSI and AngioDynamics' instructions for use. Even if the use of tumescent anesthesia could cause such an effect in some cases, physicians would have to deliberately attempt to create that

effect, by watching on ultrasound and adding additional amounts of fluid until a complete collapse is observed.

11. When I have performed procedures using VSI's products and following VSI's instructions for use, I have observed that the procedures do not result in the maintaining of contact between the laser emitting section of the fiber and the vessel wall while laser energy is being emitted.

12. When I have performed procedures using AngioDynamics' products and following AngioDynamics' instructions for use, I have observed that the procedures do not result in the maintaining of contact between the laser emitting section of the fiber and the vessel wall while laser energy is being emitted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 20, 2005.

Russell H. Samson

5