# EXHIBIT A
# (part 1 of 2)

to the Declaration of Russell H. Samson

in Support of VSI's Motion for Summary Judgment

# CURRICULUM VITAE
## Russell H. Samson, M.D., R.V.T., F.A.C.S.

**NAME:** Russell Howard Samson

**OFFICE:** Samson Showalter Lepore – Vascular Specialists
5741 Bee Ridge Road, Suite 400
Sarasota, Florida 34233
Telephone: (941) 371-6565
Facsimile: (941) 377-7731
eMail: rsamson@veinsandarteries.com

**DATE OF BIRTH:** March 15, 1950

**PLACE OF BIRTH:** Johannesburg, South Africa

**CITIZENSHIP:** U.S.A.

**MARITAL STATUS:** Married with two children
Wife: Susan

**MEDICAL SCHOOL:** University of the Witwatersrand,
Johannesburg, South Africa, 1967-1972

**INTERNSHIP:** Medicine: Professor Zwi's Unit, January 1973 to June 1973, Johannesburg General Hospital

Surgery: Professor D.J. du Plessis's Professorial Unit, July 1973 to December 1973, Johannesburg General Hospital

**LOCUM TENENS:** London - January to June 1974

**RESIDENCY:** Albert Einstein College of Medicine
Bronx, New York 1974-1979 - Surgery

**CHIEF RESIDENCY:** Albert Einstein College of Medicine,
Bronx, New York 1978-1979 - Surgery

**MILITARY SERVICE:** Not applicable

**FELLOWSHIP:** Clinical Fellow in Vascular Surgery: 1979-1980
Montefiore Medical Center, Bronx, N.Y.

Albert Einstein College of Medicine,
Bronx, New York

| | |
|---|---|
| **LICENSES:** | Registered Vascular Technician, 1997 |
| | Florida, #0049137, August 4, 1986 |
| | New York State, #130115, February 25, 1977 |
| | South African Medical & Dental Council, #153561856, December 19, 1973 |
| | Educational Council for Foreign Medical Graduates, #1852896, July 26, 1972 |
| **BOARD CERTIFICATION:** | Diplomate of the American Academy of Wound Management, Certified Wound Specialist, April 2002 |
| | Certificate of Special Competency in Vascular Surgery, issued by the American Board of Surgery, #314, November 18, 1983; Recertified January 1994; Recertified October 2003 |
| | Diplomate of the American Board of Surgery, #26124, 8-24-80; Recertified October 21, 1988. |
| **AWARDS & HONORS:** | Distinguished Fellow of the Society for Vascular Surgery |
| | President – Florida Vascular Society, 2001-2002 |
| | Co-Chairman Lower Extremity Ischemia I – 24th World Congress of the ISCVS, September 23, 1999 – Melbourne, Australia |
| | Physician's Recognition Award – American Medical Association- *Physicians dedicated to the health of America* June 1, 1999 – June 1, 2002 |
| | President, Mote Vascular Foundation, 1998 – |
| | Co-Chairman Carotid Artery Surgery Section - 23rd World Congress of the ISCVS, September 22, 1997 – London, England |
| | Secretary/Treasurer - Florida Vascular Society, 1997-2000 |
| | Founding Member - Florida Vascular Society, 1988 |

Guest Speaker, 76th Congress on Medical Education, Chicago, 1977

Delegate to the Resident Section of the AMA, 1975-1977

Representative to the Educational Council for Foreign Medical Graduates (ECFMG), joint appointment by the AMA & PNHA, 1975-1977

Vice-President for Foreign Medical Graduates, Physicians National Housestaff Association (PNHA), 1975-1977

Delegate - Committee of Interns & Residents, 1974-1976

Cottrell Memorial Prize for academic excellence and contribution to student affairs, 1972

Vice-President for Africa, International Federation of Medical Student Associations, 1971

President - Association of Medical Students of South Africa, 1970-1971

Treasurer - Students Medical Council, 1969

**EDITORIAL POSITIONS:**

Editorial Board – Vascular Specialist

Editorial Board – Vascular News

Editorial Board – Optimal Aging Report

Editorial Board – Vascular

Assistant Editor – Vascular Surgery, 6th Edition in Press, Edited by Robert B. Rutherford – W.B. Saunders Company, Publishers

Editorial Board – Vascular & Endovascular Surgery, 2002-

Reviewer – Journal of Vascular Surgery, 2000 –

Editorial Board, Dermatologic Surgery, 1996 to present

Editorial Board, Vascular Laboratory Review, 1984

Consultant Editor "Journal of International Physicians", 1977

**HOSPITAL & TEACHING APPOINTMENTS:**

|  |  |
|---|---|
| **ACTIVE** | Staff Member<br>Doctors Hospital of Sarasota<br>Sarasota, Florida<br>September 1986 to present |
|  | Staff Member<br>Sarasota Memorial Hospital<br>Sarasota, Florida<br>September 1986 to present |
| **PAST** | Chief of Surgery Section<br>Sarasota Memorial Hospital<br>November 1994 to November 1995 |
|  | Associate Professor of Surgery<br>Albert Einstein College of Medicine<br>June 1986 to September 1986 |
|  | Vascular Surgeon-in-Charge<br>Bronx Municipal Hospital Center<br>August 1982 to September 1986 |
|  | Clinical Instructor in Surgery<br>Albert Einstein College of Medicine<br>July 1980 to November 1980 |
|  | Assistant Professor of Surgery<br>Albert Einstein College of Medicine<br>November 1980 to June 1986 |
|  | Attending Surgeon<br>Bronx Municipal Hospital Center<br>1980 to September 1986 |
|  | Director - Vascular Laboratories<br>Montefiore Medical Center-<br>Albert Einstein College of Medicine<br>1980 to September 1986 |

|  |  |
|---|---|
|  | Attending Surgeon<br>Montefiore Medical Center<br>1980 to September 1986 |
|  | Attending Surgeon<br>Hospital of the Albert Einstein<br>College of Medicine<br>1980 to September 1986 |
|  | Attending Surgeon<br>North Central Bronx Hospital<br>1980 to September 1986 |
| **HOSPITAL,<br>UNIVERSITY &<br>SOCIETY<br>COMMITTEES:** | Director, Non-Invasive Lab<br>Sarasota Memorial Hospital, 2002 -<br><br>Chairman, Outcome Committee, American<br>Association for Vascular Surgery<br><br>Executive Member<br>Heart & Vascular Center of Florida, Sarasota, 2000 to June 2001<br><br>Medical Executive<br>Sarasota Memorial Hospital, 1998 to present<br><br>Chairman, Surgical Evaluation Committee<br>Sarasota Memorial Hospital, 1995 - 1997<br><br>Surgical Suite Committee<br>Sarasota Memorial Hospital, 1995 – 1996<br>Medical Director<br>Wound Care Center at Doctor's Hospital of Sarasota,<br>1994 – 2002<br><br>Medical Advisory Board<br>Heartland Wound Care Center, 1994 - 1998<br><br>Board of Directors<br>Temple Beth Shalom, 1994 - 1996 |

        Chairman, Department of Surgery
Sarasota Memorial Hospital, 1994 - 1995

Chairman, Surgical Privileges Committee
Sarasota Memorial Hospital, 1994 - 1995

Surgical Suite Committee
Sarasota Memorial Hospital, 1993-Present

Medical Executive Committee
Sarasota Memorial Hospital, 1993-1994, 1998-

Board of Trustees
Doctors Hospital, 1989

Surgical Audit Committee
Doctors Hospital, 1988

Surgical Quality Assurance Committee
Sarasota Memorial Hospital, 1988

Credentials Committee,
Doctors Hospital, 1988

Blood Usage Committee
Sarasota Memorial Hospital, 1987

Member, Patent Committee, Albert Einstein College of Medicine, 1984 to September 1986

Senator
Albert Einstein College of Medicine,
1983 to September 1986

**PROFESSIONAL SOCIETIES:**

Founding Member – International Society for Vascular Surgery, 2004

American Venous Forum, February 2001

President, The Florida Vascular Society, 2001-2002

Member Society for Vascular Surgery, 1999

Secretary-Treasurer, The Florida Vascular Society, 1997 to 2000

European Society for Vascular Surgery, 1996

North American Society of Phlebology, 1995

Charter Member - International Society for Endovascular Surgery, 1993

Southern Association for Vascular Surgery, 1989 to present

Founding Member-Florida Vascular Society, 1988

Society for Clinical Vascular Surgery, 1987 to present

International Society for Cardiovascular Surgery, 1985 to present

American Association for Vascular Surgery, 1985 to present

Fellow of the American College of Surgeons, 1983 to present

New York Regional Vascular Society, 1983 to 1988

New York Surgical Society, 1983 to 1988

Vascular Society of New Jersey, 1982 to 1988

Society of Non-Invasive Vascular Technology, 1981 to present

Association for Academic Surgery, 1981 to present

New York Society for Cardiovascular Surgery, 1981 to 1988

**CONSULTANT APPOINTMENTS:**

Consultant – Jobst, 1988 to present

Consultant - Ultrasonics, 1985 - 1986

Consultant - Multigon Industries, 1985 – 1986

The Society for South African Surgeons and Gynecologists

of North American, Secretary, 1980 to present

**RESEARCH GRANTS:**   Jobst Foundation: Investigation of venous pathophysiology.

Reed Lignin: Investigation of blood coagulation.

**WORK HISTORY:**   1986 to present: Vascular Surgeon, Sarasota Florida

1980-1986: Vascular Surgeon, Bronx New York


**PUBLICATIONS:**

**I.   PRINTED**

1. Braun, S.A., Samson, R.H., Norton, L., and Eiseman, B.: Bile reflux in experimental stress ulcer, Surgery 73:521-524, April 1973.

2. Samson, R.H.: Residency training and service, New England Journal of Medicine 294:1190, May 1976.

3. Samson, R.H. and Altman, S.F.: Antibiotic prophylaxis for minor lacerations. Controlled Clinical Trial, N. Y. State Journal Medicine 77(11): 1728-1730, September 1977.

4. Pasternak, B.M., Samson, R.H., and Karp, M.D.: Fungal infection of a vascular prosthesis, Surgery 85:586-588,   May 1979.

5. Samson, R.H. and Pasternak, B.M.: Current status of surgery of the omentum, Surg Gynecol Obstet 149:437-444, September 1979.

6. Samson, R.H. and Pasternak, B.M.: Traumatic arterial spasm-rarity or non-entity, J Trauma 20:607, July 1980.

7. Samson, R.H., Gupta, S.K., and Veith, F.J.: Preoperative localization of the greater saphenous vein: Use of the portable doppler ultrasound flow detector, Arch Surg 115:1402, November, 1980.

8. Carnevale, N., Samson, R.H., and Bennett, B.P.: Multiple parathyroid adenomas, the surgical approach, JAMA 246:1332-1334, 1981.

Case 1:04-cv-10019-NMG    Document 85-2    Filed 12/21/2005    Page 10 of 17

9. Veith, F.J., Gupta, S.K., Samson, R.H., et al: Progress in limb salvage by reconstructive arterial surgery combined with new or improved adjunctive procedures, Ann Surg 194:386-401, 1981.

10. Gupta, S.K., Samson, R.H., and Veith, F.J.: Embolectomy of the distal part of the popliteal artery, Surg Gynecol Obstet 153:254-256, 1981.

11. Veith, F.J., Gupta, S.K., Samson, R.H., Flores, S. and Scher, L.A.: Superficial femoral and popliteal arteries as inflow sites for distal bypasses, Surgery 90:980-990, 1981.

12. Gupta, S.K., Veith, F.J., Sprayregen, S. and Samson, R.H.:Spontaneous resolution of popliteal artery thrombosis, Arch Surg 116:480-481, April 1981.

13. Samson, R.H., Rhodes, B.A., Grossman, D.S., Sprayregen, S., and Veith, F.J.: Evaluation of the effects of percutaneous transluminal angioplasty using the Life Sciences Pulse Volume Recorder, Bruit 6:25-29, June 1982.

14. Samson, R.H., Gupta, S.K., Scher, L.A., and Veith, F.J.: Treatment of limb-threatening ischemia despite a palpable popliteal pulse, J Surg Res 32:535-539, 1982.

15. Samson, R.H., Gupta, S.K., and Veith, F.J.: Level of amputation after failure of limb salvage procedures, Surg Gynecol Obstet 154:56-58, January 1982.

16. Samson, R.H., Gupta, S.K., Scher, L.A., and Veith, F.J.:Arterial spasm complicating distal vascular bypass procedures, Arch Surg 117:973-975, July 1982.

17. Samson, R.H., Gupta, S.K., Scher, L.A., and Veith, F.J.: Fallibility of intra-operative gram stain in the diagnosis of vascular infections, Angiology 33:680-684, 1982.

18. Scher, L.A., Samson, R.H., Goldstein, R.D., Gupta, S.K., and Veith, F.J.: Accelerated atherosclerosis in a tortuous iliac artery following femorofemoral bypass, Vas Surg 16:296-301, 1982.

19. Bergan, J.J., Veith, F.J., Bernhard, V.M., Yao, J.S.T., Flinn, W.R., Gupta, S.K., Scher, L.A., Samson, R.H. and Towne, J.B.: Randomization of autogenous veinand polytetra-fluoroethylene (PTFE) grafts in femoro-distal reconstruction, Surgery 92:921-930, 1982.

20. Samson, R.H., Rhodes, B., Grossman, D. and Veith, F.J.: Evaluation of graft patency utilizing a transcutaneous $PO_2$ sensor. Bruit 7:27-29, 1983.

21. Samson, I.D., and Samson, R.H.: Technical aid for the obstinate embolectomy. Arch Surg 118:770-771, 1983.

22. <u>Samson</u>, R.H., Gupta, S.K., Scher, L.A., and Veith, F.J. Limb-threatening vascular disease in patients with coincidental malignancy - An approach to management. Cancer 52:1126-1128, 1983.

23. <u>Samson</u>, R.H., Scher, L.A., Gupta, S.K. and Veith, F.J.: Absence of a Venous Cause for Erection: A plethysmographic study, Surgical Forum 34:666-667, October 1983.

24. <u>Samson</u>, R.H., Sprayregen, S., Veith, F.J., Scher, L.A., Gupta, S.K. and Ascer, E.: Management of angioplasty complications, unsuccessful procedures and early and late failures, Ann Surg 199:234-240, February 1984.

25. <u>Samson</u>, R.H., Sprayregen, S., Veith, F.J., Gupta, S.K., and Scher, L.A.: Inadequacy of the hemodynamic evaluation of percutaneous transluminal angioplasty, Am J Surg 147:212-215, February 1984.

26. <u>Samson</u>, R.H., Gonzalez, E., Rhodes, B., Grossman, D., Veith, F.J., Scher, L.A., Gupta, S.K., and Ascer, E. Photoplethysmographic evaluation of external compressive therapy for chronic venous ulceration, Bruit 8:23-25, March 1984.

27. <u>Samson</u>, R.H., Gupta, S.K., Veith, F.J., Scher, L.A. and Ascer, E.: Evaluation of graft patency utilizing ankle brachial pressure index and ankle pulse volume recording amplitude, Am J Surg 147:786-787, June 1984.

28. Scher, L.A., Veith, F.J., Haimovici, H., <u>Samson</u>, R.H., Ascer, E., Gupta, S.K. and Sprayregen, S.: Staging of arterial complications cervical rib: Guidelines for surgical management, Surgery 95:644-649, June 1984.

29. Rhodes, B., Grossman, D., Gupta, S.K., Weiser, R.K., Veith, F.J., and <u>Samson</u>, R.H.: Improved technique for the diagnosis of vasculogenic impotence, Bruit 8:171-173, June 1984.

30. <u>Samson</u>, R.H., Rhodes, B., Grossman, D., and Gonzalez, E.: Evaluation of graft patency utilizing ankle brachial pressure index and pulse volume recording amplitude, Bruit 8:179-180, June 1984.

31. Gupta, S.K., Veith, F.J., White-Flores, S.A., <u>Samson</u>, R.H., Scher, L.A., Weiser, R.K. and Ascer, E.: A system for widespread application of microcomputers to vascular surgery, J Vasc Surgery 1:601-604, July 1984.

32. Ascer, E., Krasowski, G., Veith, F.J., Gliedman, M.L., Scher, L.A., <u>Samson</u>, R.H. and Gupta, S.K.: Are composite PTFE/vein bypass grafts superior to those of PTFE alone? Surgical Forum 35:425-427, 1984.

33. Ascer, E., Veith, F.J., Morin, L., White-Flores, S.A., Samson, R.H., Scher, L.A., Rivers, S.P. and Gupta, S.K.: Components of outflow resistance and their correlation with graft patency in lower extremity arterial reconstructions. J. Vasc Surg 1:817-828, November 1984.

34. Ascer, E., Veith, F.J., Morin, L., White-Flores, S.A., Scher, L.A., Samson, R.H., Weiser, R.K., Rivers, S., and Gupta, S.K.: Quantitative assessment of outflow resistance in lower extremity arterial reconstructions. J. Surg Res 37:8-15, 1984.

35. Veith, F.J., Weiser, R.K., Gupta, S.K., Scher, L.A., Samson, R.H., Ascer, E., White-Flores, S.A. and Sprayregen, S.: Diagnosis and management of failing lower extremity arterial reconstructions prior to graft occlusion, J. Cardiovasc Surg 25:381-384, 1984.

36. Ascer, E., Veith, F.J., Gupta, S.K., Scher, L.A., Samson, R.H., White-Flores, S.A. and Sprayregen, S.: Comparison of axillounifemoral and axillobifemoral bypass operations. Surgery 97:169-175, 1985.

37. Samson, R.H., Gupta, S.K., Veith, F.J., Ascer, E. and Scher, L.A.: Perioperative Noninvasive Hemodynamic Parameters As Predictors of Infrainguinal Graft Patency. J. Vasc Surg 2:307-311, March 1985.

38. Samson, R.H., Scher, L.A. and Veith, F.J.: Combined segment arterial disease, Collective Review Section, Surgery 97:385-397, April 1985.

39. Veith, F.J., Ascer, E., Gupta, S.K., White-Flores, S., Sprayregen, S., Scher, L.A. and Samson, R.H.: Tibiotibial vein bypass grafts: a new operation for limb salvage. J Vasc Surg 2:552-557, July 1985.

40. Ascer, E., Veith, F.J., Gupta, S.K., Samson, R.H., Scher, L.A., White-Flores, S.A., Sprayregen, S. and Fell, S.C.: Six year experience with 867 expanded polytetrafluoro-ethylene arterial grafts for limb salvage. J Cardiovasc Surg 26:468-472, 1985.

41. Ascer, E., Veith, F.J., Samson, R.H., Gupta, S.K., Scher, L.A., Stein, T.L. and White-Flores, S.A.: Collateral back pressure (CBP): Is it a valid predictor of infrainguinal bypass graft patency? J. Surg Res 38:453-460, 1985.

42. Scher, L.A., Veith, F.J., Samson, R.H., Ascer, E., Gupta, S.K.: Vascular complications of thoracic outlet syndrome. J Vasc Surg 3:565-568, 1986.

43. Samson, R.H., Scher, L.A., Gupta, S.K., Ascer, E. and Veith, F.J.: Photoplethysmographic evaluation of external compressive therapy for chronic venous ulceration. J Cardiovasc Surg 27:24-26, 1986.

44. Scher, L.A., <u>Samson</u>, R.H., Ketosugbo, A., Gupta,S.K., Ascer, E.,Veith, F.J.: Prevention and management of ischemic complications of vein harvest incisions in cardiac surgery, Angiology 37:119-123, 1986.

45. Veith, F.J., Gupta, S.K., Ascer, E., White-Flores, S.A., <u>Samson</u>, R.H., Scher, L.A., Towne, J.B., Bernhard, V.,Bonner, P., Flinn, W.R., Astelford, P.M., Yao, J.S.T., Bergan, J.J.: Six-year prospective multicenter randomized comparison of autologous saphenous polytetrafluoro-ethylene grafts in infrainguinal arterial reconstruction, J Vasc Surg 3:104-114, 1986.

46. Scher, L.A., Veith, F.J., White, R.A., Ascer, E., Gupta, S.K., <u>Samson</u>, R.H. and Sprayregen, S.: Limb salvage in octogenarians and nonagenarians, Surg 99:160, 1986.

47. White, R.A., Scher, L.A., and <u>Samson</u>, R.H.: Peripheral Vascular injuries associated with falls from heights. J. Trauma 27:411-414, 1987

48. <u>Samson</u>, Russell H., Veith, Frank J., Janko, Gary S., Ascer, Enrico, Gupta, Sushil K., and Scher, Larry A.: A Modified Classification and new approach to the management of infections involving peripheral arterial prosthetic grafts (PAPG). J Vasc Surg 8:147-153, 1988

49. <u>Samson</u>, Russell H., Willis, Paul A.: Popliteal artery occlusion due to cystic adventitial disease; successful treatment by urokinase followed by non-resectional cystotomy. J Vas Surg 591-593, 1990

50. Friedell, M., <u>Samson</u>, R.H., Cohen, Michael J., Simmons, Gregory T., Rollins, David L., Mawyer, Laura and Semrow, Carolyn M.: High ligation of the greater saphenous vein for treatment of lower extremity varicosities: The fate of the vein and therapeutic results. Ann Vasc Surg 6: 1, 5-8, 1992

51. <u>Samson</u>, R.H.: A prospective, randomized trail of Unna's boot versus Duoderm CGF hydroactive dressing plus compression in the management of venous leg ulcers. To the Editors: J Vas Surg; 16:500-501, 1992

52. <u>Samson</u>, R.H.: Compression stockings and non-continuous use of polyurethane foam dressings for the treatment of venous ulceration. - A Pilot Study. J Dermatol Sur Oncol; 19:68-72, 1993

53. <u>Samson</u>, R.H.: Compression stockings and non-continuous use of polyurethane foam dressings for the treatment of venous ulceration. Dermatol Dig, June 1994

54. <u>Samson</u>, R.H., Showalter, D. P, Stockings and the Prevention of Recurrent Venous Ulcers. DermatolSurg; 22:373-376, 1996

55. <u>Samson</u>, R.H., Yunis, J. P., Showalter, D.P., Is Thigh Saphenectomy a necessary adjunct to high ligation and stab avulsion phlebectomy? American Journal of Surgery; 176:168-171, 1998

56. <u>Samson</u>, R. H., Showalter, D. P., Yunis, J. P., Routine Carotid Endarterectomy without a shunt even in the presence of a contralateral occlusion. Cardiovasc Surg; 6:475-484, 1998

57. <u>Samson</u>, R. H., Showalter, D. P., Yunis, J. P., Isolated femoro-popliteal bypass graft for limb salvage after failed tibial reconstruction: A viable alternative to amputation. J Vasc Surg; 29:409-412, 1999

58. <u>Samson</u>, R. H., Showalter, D. P., Yunis, J. P., Buselli, K., and Perna, T., Color flow scan diagnosis of carotid string sign may prevent unnecessary surgery. Cardiovasc Surg; 7:236-241, 1999

59. <u>Samson</u>, R.H., Showalter, D.P., Yunis, J.P., Dorsay, D. A., Kulman, H.I., Silverman, S.R., Hemodynamically significant early recurrent carotid stenosis: an often self-limiting and reversing condition. J Vasc. Surg; 30: 445-447, 1999

60. <u>Samson</u>, R.H., Bandyk, D.F., Showalter, D.P., Yunis, J.P., Carotid endarterectomy based on duplex ultrasonography: A safe approach associated with long-term stroke prevention. Vasc. Surg; 34: 125- 136, 2000

61. <u>Samson</u>, R.H., Showalter, D.P., Regarding "Popliteal entrapment: more common than previously recognized." Letters to the Editors, J Vasc Surg; 31: 1077-1078, 2000

62. <u>Samson</u>, R.H., Spindel, J., Gil, K., Perna, T., Barngrover, J., Showalter, D.P., Yunis, J.P., Silverman, S., Dorsay, D., Kulman, H.L., Risk factor analysis increases efficacy of duplex screening programs for carotid plaque. Journal of Vascular Technology, 24(2):113-116, 2000

63. <u>Samson</u>, R.H., Consensus Statement on the Investigation of Chronic Venous Insufficiency. On-line Publication in Circulation. 11/14/2000

64. <u>Samson</u>, R.H., Femoropopliteal bypass is not a generic procedure. A survey of the practice patterns of The Florida Vascular Society. Ann Vasc Surg, 2001; 15: 544-547

65. <u>Samson</u>, R.H., Showalter, D.P., A selective approach to heparin use during elective abdominal aortic aneurysm resection: Techniques, precautions and advantages. Ann Vasc Surg, 2002; 16:279-285

66. <u>Samson</u>, R.H., Nonoperative Management of Patients With Vascular Conditions, Overview, Seminars In Vascular Surgery, December 2002, Robert B. Rutherford, M.D., Editor, Kenneth Ouriel, M.D., Associate Editor, W.B. Saunders Company, Publishers

67. <u>Samson</u>, R.H., Nonoperative Management of Patients With Vascular Conditions, Pharmaceutical Initiatives to Combat Atherosclerosis – What To Do With the Good, the Bad, and the Ugly Lipoproteins, Seminars In Vascular Surgery, December 2002, Robert B. Rutherford, M.D., Editor, Kenneth Ouriel, M.D., Associate Editor, W.B. Saunders Company, Publishers

68. Stanley, James C, <u>Samson</u>, R.H., Nonoperative Management of Patients With Vascular Conditions, Treatment of Hypertension From Volume to Vasoconstriction: The ACE Up Your Sleeve, Seminars In Vascular Surgery, December 2002, Robert B. Rutherford, M.D., Editor, Kenneth Ouriel, M.D., Associate Editor, W.B. Saunders Company, Publishers

69. <u>Samson</u>, R.H., Nonoperative Management of Patients With Vascular Conditions, Miscellaneous Medications for the Management of Atherosclerosis: Mayhem or Miracle?, Seminars In Vascular Surgery, December 2002, Robert B. Rutherford, M.D., Editor, Kenneth Ouriel, M.D., Associate Editor, W.B. Saunders Company, Publishers

70. <u>Samson</u>, R.H., Introduction to a New Vascular Medicine Section, Vascular and Endovascular Surgery, March-April 2004, Volume 38, Number 2:101-102

71. <u>Samson</u>, R.H., Hypertension and the Vascular Patient, Vascular and Endovascular Surgery, March-April 2004, Volume 38, Number 2:103-119

72. <u>Samson</u>, R.H., Showalter, D.P., Persistent Sciatic Artery as Collateral for an Occluded Iliofemoral System, Journal of Vascular Surgery, July 2004, Volume 40, Number 1:183

73. <u>Samson</u>, R.H., Yungst, Z, Showalter, D.P., Homocysteine, a risk factor for carotid atherosclerosis, is not a risk factor for early recurrent carotid stenosis following carotid endarterectomy, Vascular and Endovascular Surgery, July/August 2004, Volume 38, Number 4:345-348

74. <u>Samson</u>, R.H., Periprocedural Hypertension: Current Concepts in Management for the Vascular Surgeon, Vascular and Endovascular Surgery, July/August 2004, Volume 38, Number 4:361-366

II. **BOOKS AND PERIODICALS**

1. Guest Editor for Seminars in Vascular Surgery, December 2002, Robert B. Rutherford, M.D., Editor, Kenneth Ouriel, M.D., Associate Editor, W.B. Saunders Company, Publishers

    2. Assistant Editor – Vascular Surgery, 6th Edition in Press, Edited by Robert B. Rutherford, W.B. Saunders Company, Publishers

III.  **IN PRESS**

IV.  **SUBMITTED FOR PUBLICATION**

1. Samson, R.H., Showalter, D.P., Yunis, J.P., Dorsay, D.A., Kulman, H.I., Silverman, S.R., Luminal characteristics dictate long-term patency of Polytetrafluoroethylene above-knee prosthetic femoropopliteal bypass grafts.

2. Samson, R.H., A Comparison of Polidocanol Sclerotherapy and Photoderm® Light Ablation for the Eradication of Spider Telangiectasia

V.  **SUBMITTED FOR PRESENTATION**

VI.  **ACCEPTED FOR PRESENTATION**

VII.  **CHAPTERS**

1. Veith, F.J., Gupta, S.K., Samson, R.H., Ascer, E., Scher, L.A. and Sprayregen, S.: Femoro-popliteal-tibial occlusive disease. In Review in Vascular Surgery Ed., by Wesley S. Moore, Published by Grune & Stratten, 1983, pp.389-414.

2. Samson, R.H., Gupta, S.K., Goldstein,R., Scher, L.A., and Veith, F.J.: Evaluation of peripheral arterial disease using a transcutaneous oxygen tension sensor. In Proceedings of the 2nd International Symposium on Continuous Transcutaneous Blood Gas Monitoring, Ed. by Renate Huch and Albert Huch, Published by Marcel Dekker, 1983, Vol.5:689-695.

3. Veith, F.J., Gupta, S.K., Weiser, R.K., Flores, S.W., Samson, R.H., Scher, L.A. and Ascer, E.: Short veins grafts in limb salvage arterial reconstruction. In Evaluation and Treatment of Upper and Lower Extremity Circulatory Disorders, by J.J. Bergan and J.S.T. Yao, Published by Grune & Stratton, New York, 1984, P.309.

4. <u>Samson</u>, R.H., Scher, L.A. and Veith, F.J.: Combined segment disease. In Butterworths International Medical Review in Vascular Surgery, Ed. by Peter Bell and Nicholas Tilney, Published by Butterworth & Co., London, 1984, Vol. 4:53-77.

5. <u>Samson</u>, R.H.: Thrombophlebitis. In Surgery of the Adolescent, Ed. by Scott J. Boley and Michael I Cohen, Published by Grune & Stratton, New York, 1986, pp.83-88.

6. Scher, L.A., <u>Samson</u>, R.H. and Veith, F.J.: Aortofemoral and femoropopliteal disease. In Vascular Surgery: Principles and Practice, Eds. Wilson, S., Veith, F.J., Hobson, R., Williams, R., Published by McGraw-Hill, New York.

7. Scher, L.A. and <u>Samson</u>, R.H.: Peripheral arterial disease. General Surgery Board Review, Ed. Scher, L.A. and Weinberg, G. Published by Raven Press, New York, 1986, pp.59-68.

8. <u>Samson</u>, R.H. and Scher, L.A.: Venous and lymphatic disease. General Surgery Board Review. Published by Raven Press, New York, 1986, pp. 69-74.

9. <u>Samson</u>, R.H.: Pedicled omental flap for cover of exposed artery and other vessels. In Encyclopedia of Flaps. Ed. by Strauch, Bishop, et.al. Published by Little Brown Co., Boston, 1990, Vol. 3:1404-1407.

10. Scher, L.A., Dietzek, A.M. and <u>Samson</u>, R.H.: Peripheral arterial disease. 2nd Edition General Surgery Board Review, Ed. Gold, M.S., Scher, L.A. and Weinberg, G. Published by Raven Press, New York, 1993, pp. 79-93

11. <u>Samson</u>, R.H. and Scher, L.A.: Venous and lymphatic disease. 2nd Edition General Surgery Board Review. Published by Raven Press, New York, 1993, pp. 95-101.

12. <u>Samson</u>, R.H. and Scher, L.A. Venous and lymphatic disease. 3rd Edition General Surgery Board Review. Published by Raven Press, New York, 1998.

13. <u>Samson</u>, R.H., Pedicled omental flap for cover of exposed artery and other vessels. Encyclopedia of Flaps. Ed. By Strauch, Bishop, et.al. Published by Little Brown Co., Boston, Vol. 4. 1998

14. <u>Samson</u>, R.H., Scher, L.A. & Friedman, S. Peripheral arterial disease. 3rd Edition General Surgery Board Review, Published by Raven Press, New York, 1998

15. <u>Samson</u>, R.H., How to Establish and Maintain a Database, Mansour & Labropoulos: Vascular Diagnosis, Published by W.B. Saunders Company, 2002