# EXHIBIT A
# (part 2 of 2)

**to the Declaration of Russell H. Samson**

**in Support of VSI's Motion for Summary Judgment**

## VIII.   ABSTRACTS AND INVITED CONTRIBUTIONS

1.   <u>Samson</u>, R.H., and Deutsch, H.: "A manual for foreign medical graduates", Publ., PNHA and Roche Pharmaceutical, 1977.

2.   <u>Samson</u>, R.H. and Altman, S.F.: Antibiotics shouldn't be used routinely in minor lacerations, Family Practice News 8(5):34, March 1978.

3.   Veith, F.J., Gupta, S.K., <u>Samson</u>, R.H., Daly, V., Fell, S.C., Estrin, I., Underwood, P, Weiss, P. and Sprayregen,S.: When to stop - The limits of limb salvage. Proceedings of The Eight Annual UCLA Symposium on Vascular Surgery, Palm Springs, California, March 19-23, 1980, p.179 (Abstract).

4.   Scher, L.A., Gupta, S.K., <u>Samson</u>, R.H. and Veith, F.J.: Vascular reconstructive surgery and recent myocardial infarction. In: Proceedings of the International Vascular Symposium, MacMillan Publ. Ltd., London and Basingstoke, 1981 (Abstract).

5.   Veith, F.J., Gupta, S.K., Scher, L.A., Janko, G.S. and <u>Samson</u>, R.H.: Four-year experience with expanded polytetra-fluoroethylene (PTFE) grafts in arterial reconstructions for limb salvage.  In: Proceedings of the International Vascular Symposium, MacMillan Publ. Ltd., London and Basingstoke, 1981 (Abstract).

6.   <u>Samson</u>, R.H., Scher, L.A., Gupta, S.K. and Veith, F.J.: Level of amputation after failure of limb salvage procedures.  In: Proceedings of the International Vascular Symposium, MacMillan Publ.  Ltd., London and Basingstoke, 1981 (Abstract).

7.   Gupta, S.K., Veith, F.J., <u>Samson</u>, R.H. and Scher, L.A.: Femoropopliteal bypass to the isolated popliteal segment: Is polytetrafluoroethylene (PTFE) graft acceptable: In: Proceedings of the International Vascular Symposium, MacMillan Publ. Ltd., London and Basingstoke, 1981 (Abstract).

8.   <u>Samson</u>, R.H., Scher, L.A., Gupta, S.K. and Veith, F.J.: Level of amputation after failure of limb salvage procedures.  In:  Proceedings of the International Vascular Symposium, MacMillan Publ. Ltd., London and Basingstoke, 1981 (Abstract).

9.   <u>Samson</u>, R.H., Scher, L.A., Gupta, S.K. and Veith, F.J.: Treatment of limb-threatening ischemia despite a palpable Popliteal Pulse. J Cardiovasc Surg 22:461, 1981 (Abstract)

10.  <u>Samson</u>, R.H., Cohen, M. and Silverman, R.: Peripheral embolism, In Case Studies In Cardiac Emergencies, Vol.2, No.7, November 1981.

11.  Scher, L.A., Veith, F.J., Haimovici, H., <u>Samson</u>, R.H. and Gupta, S.K.: Staging of arterial complications of cervical Rib: Guidelines for Surgical Management. J Cardiovasc Surg 22:476, 1981 (Abstract).

12.  <u>Samson</u>, R.H., Gupta, S.K., Scher, L.A., Goldstein, R andVeith, F.J.: Evaluation of graft patency using a transcutaneous PO2 sensor.  Proceedings of the Annual Meeting of the Association for Academic Surgery, Chicago, Illinois, November 8-11, 1981.

13.  Veith, F.J., Gupta, S.K., <u>Samson</u>, R.H., Flores, S.W., Janko, G.S. and Scher, L.A.: The superficial femoral and popliteal arteries as inflow sites for distal bypasses. J Cardiovasc Surg 22:603, 1981 (Abstract).

14.  Veith, F.J., Gupta,S.K., Fell, S.C., <u>Samson</u>, R.H. and Scher,L.A.: Expanded polytetrafluoroethylene grafts in arterial surgery, N.Y. State J Med, 82:333, 1982 (Abstract).

15.  <u>Samson</u>, R.H., Gupta, S.K., Scher, L.A. and Veith, F.J.:Perioperative noninvasive hemodynamic indices as predictors of infrainguinal graft patency.  Proceedings of the San Diego Symposium on Noninvasive Diagnostic Techniques in Vascular Surgery, 1982 (Abstract).

16.  Ascer, E., Gupta, S.K., Veith, F.J., <u>Samson</u>, R.H., Scher, L.A., and White-Flores, S.A.: Equivalent results with axillo-unifemoral (AUF) and axillo-bifemoral (ABF) bypasses.  Circulation, 11:9, 1982 (Abstract).

17.  <u>Samson</u>, R.H.: Book review of noninvasive diagnostic techniques in vascular disease, 2nd Ed., Edited by Bernstein, E.F., Publ. by C.V. Mosby Co., St. Louis, Mo. PACE 5:621, July 1982.

18.  <u>Samson</u>, R.H.: Level of amputation after failure of limb salvage procedures. Orthopedic Digest, Pg.15, Oct. 1982.

19.  Gupta, S.K., Veith, F.J., <u>Samson</u>, R.H., Scher, L.A., Ascer,E. Weiser, R. and White-Flores, S.A.: Cost analysis of operations for infrainguinal arteriosclerosis (IA).Circulation, 11:9, 1982 (Abstract).

20.  <u>Samson</u>, R.H.: Discussion of transluminal dilation: an alternative: by Johnston et al in Arch Surg 117:1604-1610, 1982.

21.  Gupta, S.K., Veith, F.J., <u>Samson</u>, R.H., Scher, L.A., Ascer, with 867 expanded polytetrafluoroethylene grafts in arterial reconstructions for limb salvage. J Cardiovasc Surg 24:361,1983 (Abstract).

22.  Ascer, E., Gupta, S.K., Veith, F.J., Fell, S.C., <u>Samson</u>, R.H., Scher, L.A., White-Flores, S.A. and Sprayregen, S.: Five year experience with axillo-popliteal bypasses for limb salvage. J Cardiovasc Surg 24:382, 1983 (Abstract).

23.  Scher, L.A., Veith, F.J., <u>Samson</u>, R.H., Gupta, S.K., White-Flores, S.A., Sprayregen, S. and Ascer, E.: Predictive factors in success or failure of infrapopliteal arterial reconstruction.  J Cardiovasc Surg 24:402, 1983 (Abstract).

24.  Veith, F.J., Weiser, R.K., Gupta, S.K., Scher, L.A., <u>Samson</u>, R.H., Ascer, E., White-Flores, S.A. and Sprayregen, S.: Diagnosis and management of failing lower extremity arterial reconstructions prior to graft occlusion.  Cardiovasc Surg 24:403, 1983 (Abstract).

25.  <u>Samson</u>, R.H., Scher, L.A., Gupta, S.K., Ascer, E. and Veith, F.J.: Photoplethysmographic evaluation of external compressive therapy for chronic venous ulceration.  J Cardiovasc Surg 24:420, 1983 (Abstract).

26.  Veith, F.J., Gupta, S.K., <u>Samson</u>, R.H., Flores, S.W., Janko, G. and Scher, L.A.: Superficial femoral and popliteal arteries as inflow sites for distal bypasses.  In 1983 Year Book of Surgery, S.I. Schwartz, Ed., Yearbook Medical Publishers, Inc., Chicago, pp. 310-312, 1983.

27.  Ascer, E., Veith, F.J., Gupta, S.K., White-Flores, S.A., Scher, L.A., <u>Samson</u>, R.H., Weiser, R.K. and Morin, L.: Quantitative assessment of outflow resistance in lower extremity arterial reconstructions. Association for Academic Surgery, p. 45, November 1983 (Abstract).

28.  <u>Samson</u>, R.H.: Discussion on transcutaneous oxygen tension measurements. J Vasc Surg 1:370-371, March 1984.

29.  <u>Samson</u>, R.H.: Protocol for the management of unsuccessful percutaneous transluminal angioplasties. Surgical Practice News 5:14, June 1984.

30.  <u>Samson</u>, R.H.: Impact of cost containment legislation and DRG's on the future of the vascular laboratory-participant.  Vascular Laboratory Review - Special DRG issue 5-39, October 1984.

31.  <u>Samson</u>, R.H.: Letter to the Editor on Transcutaneous PTCO2.  Ann Surg 202:130, July 1985.

32. Weiner, S.N., Scher, L.A., Samson, R.H. and Veith, F.J.: Radiologic evaluation and surgical correction of angioaccess complications.  J Cardiovasc Surg 26:27, September/October 1985 (Abstract).

33. Gupta, S.K., Scher, L.A., Veith, F.J., White-Flores, S.A., Rivers, S. Sprayregen, S., Samson, R.H. and Ascer, E.:Limb loss with patent infrainguinal arterial reconstructions: A partially unresolved problem in limb salvage surgery. J. Cardiovasc Surg 26:29, September/October 1985 (Abstract).

34. Veith, F.J., Samson, R.H., Ascer, E., Gupta, S.K., White-Flores, S.A., Sprayregen, S., Collier, P. and Scher, L.A.: Tibiotibial vein bypass grafts: A new operation for limb salvage. J. Cardiovasc Surg 26:29-30, September/ October 1985 (Abstract).

35. Gupta, S.K., Veith,F.J., Ascer, E., Gliedman, M.L., Samson, R.H., Scher, L.A. and White-Flores, S.A.: Cost factors in limb-threatening ischemia due to infrainguinal arterio-sclerosis: Is limb salvage worth the expense? J Cardiovasc Surg 26:32, September/October 1985 (Abstract).

36. Samson, R.H., Veith, F.J., Ascer, E., Janko, G.S., Scher, L.A. and Gupta, S.K.: Improved management of infections involving extra-cavitary prosthetic arterial grafts (EPAG).  J Cardiovasc Surg 26:83, September/October 1985 (Abstract).

37. Ascer, E., Veith, F.J., Lesser, M.L., Morin, L., Gupta, S.K., Scher, L.A., Samson, R.H. and White-Flores, S.A.: Intraoperative outflow resistance as a predictor of mid-term patency of infrainguinal arterial reconstructions. J Cardiovasc Surg 26:101-102, September/October 1985 (Abstract).

38. Samson, R.H., Scher, L.A., Veith, F.J., Ascer, E and Gupta, S.K.: Compression stocking therapy for patients with chronic venous insufficiency (CVI).  J Cardiovasc Surg 26:110, September/October 1985 (Abstract).

39. White, R.A., Scher, L.A., Samson, R.H. and Veith, F.J.: Peripheral vascular injuries associated with falls from heights. 1988 Year Book of Vascular Surgery, Publ. Year Book Medical Publishers, Chicago, 1988, p. 219.

40. Walsh J.C., Bergan, J.J., Beeman S., Comer T.P.: Femoral venous reflux abolished by greater saphenous vein stripping.  Ann Vasc Surg 1994; 8:566-570.  Abstract written by Samson, R.H.  Venous Digest, 2:6:1-2, June 1995.

41. Samson, R.H. Compression stockings in non-continuous use of polyurethane foam dressings for the treatment of venous ulceration. PCC Pharmaceutical Communications Company CD on Phlebology in press

42.  Samson, R.H. and Showalter, D.; Stockings in the prevention of recurrent venous ulcers. PCC Pharmaceutical Communications Company CD on Phlebology in press

43.  Samson, R.H. CD Rom: Reference in Phlebology & Lymphology. Beirsdorf AG

44.  Samson, R. H., Showalter, D.P., Yunis, J.P., Dorsay, D. A., Kulman, H.I., Silverman, S.R., Luminal characteristics dictate long-term patency of Polytetrafluoroethylene above-knee prosthetic femoropopliteal bypass grafts. Cardiovasc. Surg; 12.6: 49-50, ISCVS Abstracts. September 1999

45.  Samson, R. H., Sarasota, FL, USA, Femoropopliteal bypass is not a generic procedure: technical variations and practice patterns for femoropopliteal bypasses performed by members of the Florida Vascular Society. - Cardiovasc. Surg; 12.12: 51-52, ISCVS Abstracts. September 1999

46.  Letters to the Editor, Sarasota Herald-Tribune, January 13, 2001

47.  Letters to the Editor, Sarasota Herald-Tribune, July 13, 2001


**IX.    COMMENTARIES**
1.  Perspectives in Vascular Surgery and Endovascular Therapy, Volume 17, Number 1, March 2005. Additive Benefits of Pravastatin and Aspirin to Decrease Risks of Cardiovascular Disease: Randomized and Observational Comparisons of Secondary Prevention Trials and Their Meta-analyses. Hennekens CH, Sacks, FM, Tonkin A, et al. Arch Intern Med 2004;164:40-44


**INTERNATIONAL PRESENTATIONS**

1.  Level of amputation following failed infrainguinal bypass performed for limb salvage. XV World Congress of the International Society for Cardiovascular Surgery. Athens, Greece, August 1981.

2.  Treatment of limb threatening ischemia despite a palpable popliteal pulse. XV World Congress of the International Society for Cardiovascular Surgery. Athens, Greece, August 1981

3.  Four-year experience with expanded polytetrafluoroethylene (PFTE) grafts in arterial reconstructions for limb salvage. International Vascular Symposium, London, England, September 1981

4.  Level of amputation after failure of limb salvage procedures. International Vascular Symposium. London, England, September 1981.

5.  Femoropopliteal bypass to the isolated popliteal segment: Is polytetrafluoroethylene (PFTE) graft acceptable. International Vascular Symposium, London, England, September 1981

6.  Changing concepts in extraanatomic bypass. International Vascular Symposium, London, England, September 1981

7.  Percutaneous transluminal angioplasty (PTA): Inadequacy of noninvasive hemodynamic evaluation.  First International Congress - Transluminal Angioplasty, Toulouse, France, January 1983.

8.  Visiting Lecturer, Grand Rounds, University of Witwatersrand Medical School, Johannesburg, South Africa, April 9, 1983.

9.  Six-year experience with 920 expanded polytetrafluoroethylene grafts in arterial reconstructions for limb salvage. XVI World Congress of the International Society for Cardiovascular Surgery. Rio de Janeiro, Brazil, September 1983

10. Predictive factors in success or failure of infrapopliteal arterial reconstruction.  XVI World Congress of the International Society for Cardiovascular Surgery, Rio de Janeiro, Brazil, September 1983

11. Photoplethysmographic evaluation of external compressive therapy for chronic venous ulceration.  XVI World Congress of the International Society for Cardiovascular Surgery, Rio De Janeiro, Brazil, September 1983.

12. Percutaneous PAO$^2$ evaluation of vascular reconstructions.  Second International Meeting on Percutaneous Oxygen Tension Measurements.  Zurich, Switzerland, 1984

13. Routine Carotid Endarterectomy Without A Shunt Even In The Presence Of A Contralateral Occlusion, XXI World Congress of the International Society for Cardiovascular Surgery.  Lisbon, Portugal.  September 12-15, 1993

14. Duplex Scan Diagnosis of Carotid Artery String Sign May Prevent Unnecessary Surgery - 23rd World Congress of the ISCVS - September 22, 1997, London, England

15. Routine Carotid Endarterectomy Without a Shunt Even in the Presence of a Contralateral Occlusion - 23rd World Congress of the ISCVS - September 22, 1997, London England

16. Non-Invasive Diagnosis and Management of the Carotid Artery String - Vascular Society of Southern Africa Annual Congress - October 5, 1997 - Cape Town, South

Africa - <u>Invited Speaker</u>

17.     Vascular Registries – The Industrial Aspects – European Society for Vascular Surgery, XIII Annual Meeting - September 3, 1999 –Copenhagen, Demark – <u>Invited Speaker</u>

18.     Luminal characteristics dictate long-term patency of Polytetrafluoroethylene above knee prosthetic femoropopliteal bypass grafts. - International Society for Cardiovascular Surgery, September 23, 1999 - Melbourne, Australia, 1999

19.     Femoropopliteal bypass is not a generic procedure.  A survey of the practice patterns of The Florida Vascular Society - International Society for Cardiovascular Surgery, September 23, 1999 - Melbourne, Australia, 1999


# NATIONAL PRESENTATIONS

1.     Hemodynamics and evaluation of percutaneous transluminal angioplasty.  Society for Noninvasive Technology, Dallas, Texas, June 1981.

2.     Treatment of limb-threatening ischemia despite a palpable popliteal pulse. Association of Academic Surgeons, Chicago, November 1981

3.     Evaluation of graft patency using a transcutaneous $PO_2$ sensor. Association of Academic Surgeons, Chicago 1981

4.     Discussant - Hemodynamic evaluation of angioplasty.  Thirteenth Annual Meeting of the North American chapter of the International Society of Cardiovascular Surgery, Boston, Massachusetts, June 1982

5.     Lecturer - Vascular Surgery Annual Albert Einstein College of Medicine Surgical Board Review Course, New York, N.Y., September 1982.

6.     Percutaneous transluminal angioplasty (PTA): Inadequacy of noninvasive hemodynamic evaluation and management of PTA failures.  San Diego Symposium on Noninvasive Diagnostic Techniques in Vascular Disease, San Diego, California, October 1982.

7.     Perioperative noninvasive hemodynamic ankle indices as predictors of infrainguinal graft patency.  San Diego Symposium on Noninvasive Diagnostic Techniques in Vascular Disease, San Diego, CA., October 1982.

8.    Management of angioplasty complications, unsuccessful procedures and early and late failures.  Ninth Annual Symposium on Current Critical Problems in Vascular Surgery, New York, N.Y., November 1982.

9.    Percutaneous transluminal angioplasty: hemodynamic evaluation and management of complications. First International Congress - Transluminal Angioplasty, Toulouse, France, January 1983.

10.    Panelist - Lower extremity studies.  Annual Meeting of the Combined New York Regional and New York Cardiovascular Society, New York, N.Y., May 1983.

11.    Evaluation of graft patency utilizing ankle brachial pressure index and ankle pulse volume recording amplitude.  Society for Noninvasive Technology, San Francisco, California, June 1983.

12.    Improved technique for diagnosis of vasculogenic impotence.  Society for Noninvasive Technology.  San Francisco, California, June 1983.

13.    Photoplethysmographic evaluation of external compressive therapy for chronic venous ulceration.  Society for Noninvasive Technology, June 1983

14.    Noninvasive evaluation of peripheral vascular disease - New office and hospital techniques.  Guest Lecturer, Vascular Disease Symposium sponsored by Methodist Hospital and Research Foundation, Park Nicollet Medical Center, Minneapolis, Minnesota, September 30 - October 1, 1983. Invited Speaker

15.    Plethysmographic evaluation of the venous component of human erection.  Presented at Surgical Forum, American College of Surgeons, 69th Annual Clinical Congress, Atlanta, Georgia, October 1983

16.    Use of the computer in vascular surgery, exhibit. American College of Surgeons, 69th Annual meeting, Atlanta, Georgia, 1983.

17.    Lecturer - Vascular Surgery, Annual Albert Einstein College of Medicine Surgical Board Review Course, New York, NY, November 1983.

18.    Does the noninvasive vascular laboratory help in the surgeon in arterial extremity disease?  Montefiore Medical Center - Tenth Annual Symposium on Current Critical Problems in Vascular Surgery, New York, N.Y., November 1983.

19.    Ischemic complications of proximal forearm arterial venous fistulas and grafts. New Jersey Vascular Society Annual Meeting, NJ, March 1984.

20. Noninvasive hemodynamic evaluation of vascular disease. Spring Conference of the American Academy of Medical Preventics in New Orleans, May 1984. <u>Invited Speaker</u>

21. Impotence - Noninvasive Screening Algorithm. St. Joseph's Hospital and Medical Center Symposium, New Jersey, May 1984. <u>Invited Speaker</u>

22. Venous Valvular Incompetence: Primary, Secondary and Stasis Ulceration, St. Joseph's Hospital and Medical Center Symposium, New Jersey, May 1984. <u>Invited Speaker</u>

23. Diagnosis of DVT Using The Life Sciences PVR - New Diagnostic Criteria. Society for Noninvasive Technology Annual Meeting, Atlanta, Georgia, June 1984.

24. Database for Personal Bibliography. Microcomputers in Surgical Practice - A Hands-On Experience. Waldorf-Astoria Hotel, New York City, September 14-16, 1984. <u>Invited Speaker</u>

25. Grand Rounds, The Brookdale Hospital Medical Center, Brooklyn, New York, September 20, 1984. <u>Invited Speaker</u>

26. Vascular Surgery Annual Albert Einstein College of Medicine Surgical Board Review Course, New York, NY, September 21, 1984. <u>Invited Speaker</u>

27. Lecturer - Vascular Surgery, Annual Albert Einstein College of Medicine Surgical Board Review Course, New York, NY, October 1, 1984.

28. Venographic comparison of venous volume plethysmography and doppler ultrasound in the diagnosis of deep venous thrombo-phlebitis (DVT). The New York Society for Cardiovascular Surgery, Scientific Program, New York, October 1984.

29. A new classification and management of extracavitory prosthetic arterial graft infection. Montefiore Medical Center - Eleventh Annual Symposium on Critical Problems in Vascular Surgery, Grand Hyatt, New York, November 1984.

30. Presentation, Gortex Vascular Symposium, Tampa, Florida, November 1989

31. American Venous Forum, Ft. Lauderdale, February 1991 <u>Invited Speaker</u>

32. Dancing With Your CPT'S: Third Party Problems, Seventh National Noninvasive Diagnosis of Vascular Disease Symposium, St. Louis, April 1991 <u>Invited Speaker</u>

33. South Florida Noninvasive Vascular Society, - Vascular Lab Reimbursement. Ft. Lauderdale, Florida, June 20, 1992. <u>Invited Speaker</u>

34.    Compression Stockings and Non-Continuous Use of Polyurethane Foam Dressings for the Treatment of Venous Ulceration - A Pilot Study, North American Society of Phlebology.  Lake Buena Vista, Florida.  February 24, 1993.

35.    <u>Samson</u> R.H., Showalter D.P.: Routine Carotid Endarterectomy Without A Shunt Even In The Presence Of A Contralateral Occlusion, Florida Vascular Society 1993 Annual Meeting.  Amelia Island, Florida.  April 29 - May 2, 1993

36.    <u>Samson</u> R.H., Showalter <u>D.P.</u>; Routine Carotid Endarterectomy Without a Shunt Even in the Presence of a Contralateral Occlusion,  XXI World Congress of the International Society for Cardiovascular Surgery.  Lisbon, Portugal.  September 12-15, 1993

37.    Compression Stockings & Polyurethane Foam Dressings for Treatment of Venous Ulceration.  Advances in Wound Healing and Wound Management.  Wailea, Maui, Hawaii.  February 23, 1994.

38.    Compression Stockings & Non-Continuous Use of Polyurethane Foam Dressings for the Treatment of Venous Ulceration - Long Term Results.  Eighth Annual Congress of North American Society of Phlebology.  Fort Lauderdale, Florida.  February 25-28, 1995.

39.    Carotid Endarterectomy Without a Shunt.  St. Anthony's Hospital, St. Petersburg, Florida, July 19, 1995. <u>Invited Speaker</u>

40.    Micro-Surgical Technique vs. Standard Vein Stripping vs. Injection Therapy.  17th Annual Meeting of the American Association for Medical Transcription, Orlando, Florida, July 27-30, 1995. <u>Invited Speaker</u>

41.    Vascular Surgery in the Age of the Computer, 9th Annual Meeting, Florida Vascular Society, April 12-14, 1996.

42.    Standards of Treatment of Venous Disease - New York Medical Group - New York, NY, November 1996

43.    Stockings and the Prevention of Recurrent Venous Ulcers.  The Art & Science of Wound Management Meeting, Tucson, AZ, November 1996

44.    Selected Topics Hemo Dialysis at the Twenty Third Annual Symposium on Current Critical Problems, New Horizons and Techniques in Vascular and Endovascular Surgery, New York City, NY, November 1996. <u>Invited Speaker</u>

45.   Duplex Diagnosis of Carotid String Sign.  Tenth Symposium for the Noninvasive Diagnosis of Vascular Disease, St John's Mercy Medical Center, St Louis MO, March 12, 1997. <u>Invited Speaker</u>

46.   Computerization for the Vascular Laboratory.  Tenth Symposium for the Noninvasive Diagnosis of Vascular Disease, St John's Mercy Medical Center, St Louis, MO, March 14, 1997. <u>Invited Speaker</u>

47.   Establishing & Maintaining a Vascular Laboratory Patient Data Registry -Florida Vascular Society Meeting, St Petersburg FL, April 10, 1997. <u>Invited Speaker</u>

48.   Routine Carotid Endarterectomy Without a Shunt Even in the Presence of a Contralateral Occlusion - Florida Vascular Society Meeting, St Petersburg, FL, April 11, 1997

49.   Medical Treatment of Chronic Venous Disease and Complications - Seventh Annual Vascular Conference – Pittsburgh, PA. April 16, 1997. <u>Invited Speaker</u>

50.   Carotid Endarterectomy Without a Shunt Even in the Presence of a Contralateral Occlusion - Society for Vascular Surgery, Boston, Mass, June 1, 1997 – Poster

51.   Can CEA Be Routinely Performed Without A Shunt Even In The Presence Of A Contralateral ICA Occlusion - 24th Annual Symposium on Current Critical Problems, New Horizons, and Techniques in Vascular and Endovascular Surgery, November 23, 1997, New York, NY.  <u>Invited Speaker</u>

52.   Rational Use of Compression in the treatment of Venous disease and Lymphedema - Art and Science of Wound Management Symposium - December 5, 1997, Orlando, FL. <u>Invited Speaker</u>

53.   Medical and Compressive Therapy for Chronic Venous Disease and its Complications Dermatology Grand Rounds - University of Florida Division of Dermatology and Cutaneous Surgery - January 29, 1998, Gainesville, FL. <u>Invited Speaker</u>

54.   Is Thigh Saphenectomy a Necessary Adjunct to High Ligation and Stab Avulsion Phlebectomy – Society for Clinical Vascular Surgery – San Diego, CA, April 4, 1998

54.   Medical and Compressive Therapy for Chronic Venus Ulcerations and Its Complications – Wound Management: Current Techniques and Hyperbaric Medicine – Biltmore Hotel, Coral Gables, FL, April 25, 1998. <u>Invited Speaker</u>

55.	The use of Computers in Hemodialysis. The Second Northeastern Conference on vascular Access for hemodialysis, Grand Hyatt Hotel, New York, New York May 16 1998. <u>Invited Speaker</u>

56.	Carotid endarterectomy without arteriography – a safe approach associated with long-term stroke prevention. Poster session ISCVS/SVS Annual meeting, San Diego, California, June 7-10, 1998.

57.	Computers in the Vascular Laboratory.  The Value of a Database – The Non-Invasive Vascular Laboratory: Principles and Practices, Hanover Marriott, Whippany, New Jersey, September 26, 1998. <u>Invited Speaker</u>

58.	Jobst ulcer care in the management of venous disease, Curative Health  Services, Orlando, Florida, October 4, 1998. <u>Invited Speaker</u>

59.	The use of a Computerized Database for Angioaccess Surgery.  2nd Hemoaccess Symposium - The Waldorf-Astoria, New York City, New York, November 19, 1998. <u>Invited Speaker</u>

60.	Injection Therapy versus Laser Therapy for Spider Telangiectasia:  Techniques and Indications for Both Methods. 25th Symposium on critical problems in vascular surgery - The Waldorf-Astoria, New York City, New York, November 20, 1998. <u>Invited Speaker</u>

61.	Computers in the Vascular Lab. 9th Symposium on Non-Invasive Vascular Lab Diagnosis – The Waldorf-Astoria, New York City, New York, November 20, 1998. <u>Invited Speaker</u>

62.	Patient data management; a necessity for current clinical practice.  How I do it. Progress in Angioscopy 1998: Minimally Invasive and Endovascular Surgery - Ritz-Carlton Hotel, Boston, Massachusetts, December 7, 1998. <u>Invited Speaker</u>

63.	<u>Samson</u>, R.H., Showalter, D.P.: Hemodynamically significant early recurrent carotid stenosis: an often self-reversing condition - Southern Association for Vascular Surgery, Naples, Florida, January, 28,1999

64.	Proper interpretation of carotid, venous, and peripheral arterial studies – Noninvasive Diagnosis of Vascular Disease – Hyatt Regency Hotel, St. Louis, Missouri, March 23, 1999. <u>Invited Speaker</u>

65.	String sign vs. total occlusion; How do we manage in the vascular lab?  – Noninvasive Diagnosis of Vascular Disease – Hyatt Regency Hotel, St. Louis, Missouri, March 24, 1999, <u>Invited Speaker</u>

66.     Developing a computerized vascular registry; Beyond the hardware and software is a system – Noninvasive Diagnosis of Vascular Disease – Hyatt Regency Hotel,  St. Louis, Missouri, March 25, 1999, <u>Invited Speaker</u>

67.     Data entry and report generation using a computerized vascular laboratory registry – Florida Vascular Society 12th Annual Meeting – Loews Hotel, Miami Beach, Florida, May 20, 1999, <u>Invited Speaker</u>

68.     Risk factor analysis increases efficacy of duplex screening programs for carotid plaque - Florida Vascular Society 12th Annual Meeting – Loews Hotel, Miami Beach, Florida, May 21, 1999

69.     Femoropopliteal bypass is not a generic procedure - Florida Vascular Society 12th Annual Meeting – Loews Hotel, Miami Beach, Florida, May 22, 1999

70.     Use of stockings for Obstetrics and Gynecological patients – St. John's Hospital, Atlanta, Georgia, June 9, 1999. <u>Invited Speaker</u>

71.     The Impact of a Vascular Laboratory Registry on Clinical Practice and Laboratory Productivity: A Surgeon's Perspective –The Tenth Anniversary Symposium – Advances in Vascular Diagnosis and Vascular Laboratory Management– Sponsored by Montefiore Medical Center & Albert Einstein College of Medicine, The Waldorf-Astoria – New York City, November 19,1999. <u>Invited Speaker</u>

72.     Spontaneous Regression of Hemodynamically Significant Early Recurrent Carotid Stenosis (HERS): When Is Invasive Treatment Required – Twenty-Sixth Annual Symposium on Critical Problems, New Horizons and Techniques in Vascular and Endovascular Surgery – Sponsored by Montefiore Medical Center, The Waldorf-Astoria – New York City, November 21,1999. <u>Invited Speaker</u>

73.     The Natural History of the Contralateral Carotid Artery after Ipsilateral Carotid Endarterectomy-Southern Association For Vascular Surgery, <u>Discussant</u>, Tucson, Arizona, January 20, 2000

74.     A Comparison of Polidocanol Sclerotherapy and Photoderm® Light Ablation for the Eradication of Spider Telangiectasia-American Venous Forum, Phoenix, Arizona, February 5, 2000

75.     Selective non-heparinization decreases blood loss, or time and need for transfusions in elective aortic aneurysm surgery: a new standard against which endografts should be compared, Amelia Island, Florida, 13th Annual Florida Vascular Society Meeting, Amelia Island, April 6 – 9, 2000

76. The results of the Florida Vascular Society's Study of *Carotid Endarterectomy,* Amelia Island, Florida, April 8, 2000, 13th Annual Florida Vascular Society Meeting, Amelia Island, April 6 – 9, 2000

77. Wound Care in the New Millennium, Sponsored by Regranex Speakers' Bureau Program, Donaldsonville & New Orleans, Louisiana, June 22 & 23, 2000, Invited Speaker

78. Screening for Carotid Stenosis:  Justification Based on Risk Factor Analysis.  11th Symposium and Workshop on Management & Clinical Issues.  Sponsored by Montefiore Medical Center.  Marriott Marquis, New York City, November 17, 2000.  Invited Speaker

79. Utilizing Your Computer Registry for Research and Quality Improvement/ Assurance.  11th Symposium and Workshop on Management & Clinical Issues.  Sponsored by Montefiore Medical Center.  Marriott Marquis, New York City, November 18, 2000.  Invited Speaker

80. How to Heparinize Selectively for Open AAA Repair:  Techniques, Precautions, and Advantages.  27th Global Vascular Endovascular Issues Techniques Horizons.  Sponsored by Montefiore Medical Center.  Marriott Marquis, New York City, November 19, 2000.  Invited Speaker

81. The Physiologic Approach in Evaluating Lower Extremity Peripheral Vascular Disease.  12th National Noninvasive Diagnosis of Vascular Disease Symposium.  Sponsored by St. John's Mercy Medical Center, St. Louis, Missouri, March 7, 2001.  Invited Speaker

82. Carotid Screening Programs:  Are They Worthwhile? 12th National Noninvasive Diagnosis of Vascular Disease Symposium.  Sponsored by St. John's Mercy Medical Center, St. Louis, Missouri, March 7, 2001.  Invited Speaker

83. Management of Carotid Occlusion Diagnoses by Duplex Ultrasound.  12th National Noninvasive Diagnosis of Vascular Disease Symposium.  Sponsored by St. John's Mercy Medical Center, St. Louis, Missouri, March 8, 2001.  Invited Speaker

84. The Place of Sclerotherapy in Treatment of Varicose Veins and Telangiectasis.  29th Annual Symposium on Vascular Surgery.  Sponsored by Society for Clinical Vascular Surgery, Boca Raton, Florida, April 4 – 7, 2001.  Invited Speaker

85. Improvement in Walking Ability, Ankle Pressure Indices & Quality of Life in Vascular Claudication Using Intermittent Pneumatic Foot & Calf Compression:  A Prospective Randomized Trial with 1 Year Follow-up.  29th Annual Symposium

on Vascular Surgery.  Sponsored by Society for Clinical Vascular Surgery, Boca Raton, Florida, April 4 – 7, 2001.  <u>Discussant</u>

86.    AV Access Symposium – Vascular Access for Hemodialysis, 29th Annual Symposium on Vascular Surgery.  Sponsored by Society for Clinical Vascular Surgery, Boca Raton, Florida, April 4 – 7, 2001.  <u>Invited Speaker</u>

87.    Screening for Carotid Stenosis – Justification based on Risk Factor Analysis. 14th Annual Florida Vascular Society Meeting.  Sponsored by the Mayo Foundation, Orlando, Florida, April 19 – 22, 2001.  <u>Invited Speaker</u>

88.    Carotid Endarterectomy Without A Shunt in the Presence of an Occluded Contralateral Artery: Short and Long-Term Results.  14th Annual Florida Vascular Society Meeting.  Sponsored by the Mayo Foundation, Orlando, Florida, April 19 – 22, 2001.  <u>Invited Speaker</u>

89.    The Place of Sclerotherapy in the Treatment of Varicose Veins and Telangiectasis.  14th Annual Florida Vascular Society Meeting. Sponsored by the Mayo Foundation, Orlando, Florida, April 19 – 22, 2001.  <u>Invited Speaker</u>

90.    Rationale For, How To Do It Efficiently and Benefits Accrued:  One Center's Experience.  28th Global Vascular Endovascular Issues Techniques Horizons. Sponsored by Montefiore Medical Center.  Marriott Marquis, New York City, November 16, 2001.  <u>Invited Speaker</u>

91.    Strategies for Managing The "Duplex Scan" Diagnosis of ICA.  28th Global Vascular Endovascular Issues Techniques Horizons.  Sponsored by Montefiore Medical Center.  Marriott Marquis, New York City, November 16, 2001.  <u>Invited Speaker</u>

92.    The Complimentary Roles of Physiologic Testing and Direct Imaging Studies: How to Make It Work.  28th Global Vascular Endovascular Issues Techniques Horizons.  Sponsored by Montefiore Medical Center.  Marriott Marquis, New York City, November 16, 2001.  <u>Invited Speaker</u>

93.    What's New That The Vascular Surgeon Should Know About Lipid Metabolism? 28th Global Vascular Endovascular Issues Techniques Horizons.  Sponsored by Montefiore Medical Center.  Marriott Marquis, New York City, November 18, 2001.  <u>Invited Speaker</u>

94.    Homocysteine May Be a Risk Factor for the Development of Carotid Artery Restenosis Following Carotid Endarterectomy. 15th Florida Vascular Society Annual Meeting.  The Breakers, Palm Beach, Florida, May 2-5, 2002.  <u>Presenter</u>

95.    Evolving Concepts in Duplex Surveillance of Femoropopliteal Prosthetic Bypass Grafts. 13 Annual Advances in Vascular Diagnostics. Sponsored by Albert Einstein College of Medicine. Sheraton New York Hotel and Towers, New York City, November 22, 2002. <u>Invited Speaker</u>

96.    The Vascular Lab Medical Director: Who is Best Suited and Why? Sponsored by Albert Einstein College of Medicine. Sheraton New York Hotel and Towers, New York City, November 23, 2002. <u>Moderator</u>

97.    Interventional Management of Varicose Veins, 27th Annual Meeting, The Southern Association for Vascular Surgery 27th, Loews Ventana Canyon Resort, Tucson, Arizona, January 15-18, 2003. <u>Invited Speaker</u>

98.    Complementary Roles of Physiologic Testing and Direct Imaging Studies, 13th National Symposium - Noninvasive Diagnosis of Vascular Disease, Sponsored by Blood Flow Laboratory and Division of Vascular Surgery, St. Louis, Missouri, March 5, 2003. <u>Invited Speaker</u>

99.    Duplex Surveillance for PTFE Grafts – Is It Relevant?, 13th National Symposium - Noninvasive Diagnosis of Vascular Disease, Sponsored by Blood Flow Laboratory and Division of Vascular Surgery, St. Louis, Missouri, March 5, 2003. <u>Invited Speaker</u>

100.    New Interventions for the Treatment of Varicose Veins, 31st Annual Symposium on Vascular Surgery, Society for Clinical Vascular Surgery, Miami Florida, March 7, 2003.

101.    Duplex Ultrasound Before, During and After Varicose Vein Treatment, Florida Vascular Society & Suncoast Society of Vascular Technology 2003 Scientific Session, Bonita Springs, Florida, May 1, 2003. <u>Invited Speaker</u>

102.    Proven Methods to Expand a Vascular Surgery Practice (Integrating Noninvasive Vascular Testing), Florida Vascular Society & Suncoast Society of Vascular Technology 2003 Scientific Session, Bonita Springs, Florida, May 4, 2003. <u>Invited Speaker</u>

103.    Integrating the Vascular Laboratory to Expand and Enhance Your Practice, 14th Annual Advances in Vascular Imaging and Diagnosis, Sponsored by Albert Einstein College of Medicine, New York, NY, November 21-22, 2003. <u>Invited Speaker</u>

104.    Duplex Ultrasound Before, During and After Varicose Vein Treatment, 30th Annual Vascular and Endovascular Issues, Techniques and Horizons, Sponsored by Albert Einstein College of Medicine, New York, NY, November 20-23, 2003. <u>Invited Speaker</u>

105.   AAA Endovascular Graft Training Course, Orlando, Florida, January 8, 2004

106.   Ideal Protocols for the Vascular Laboratory:  What's Missing and What's Unnecessary?  32nd Annual Symposium on Vascular Surgery.  Sponsored by the Society for Clinical Vascular Surgery, Rancho Mirage, CA, March 10-14, 2004. Invited Speaker

107.   Advanced Endovascular Training course, Houston, Texas, April 1-2, 2004

108.   17th Annual Meeting of the Florida Vascular Society and Endovascular Symposium, Sarasota, Florida, April 22-25, 2004.  Invited Speaker

109.   Sclerotherapy Techniques for Spider Veins and Reticular Veins:  Cutaneous Laser has a Limited Role.  International Vein Congress:  In-Office Techniques, Key Biscayne, Florida, April 30 – May 1, 2004.  Invited Speaker

110.   Pathophysiology of Compression Stockings.  International Vein Congress:  In-Office Techniques, Key Biscayne, Florida, April 30 – May 1, 2004.  Invited Speaker

111.   Cryo-Balloon Angioplasty.  South Florida Society for Vascular Surgery, Key Largo, Florida, October 29-31, 2004.  Invited Speaker

112.   Venous Hemodynamics:  Effects of Pressure Changes, Incompetence and Obstruction in the Upper and Lower Extremities.  15th Symposium, Advances in Vascular Imaging and Diagnosis, New York, New York. November 19-20, 2004. Invited Speaker

113.   Customized Venous Exams for Patients Undergoing Saphenous Vein Ablation Therapy:  What the Surgeon Must Know, 15th Symposium, Advances in Vascular Imaging and Diagnosis, New York, New York.  November 19-20, 2004.  Invited Speaker

114.   Management of Untreated Hypertension in the Vascular Patient – What the Vascular Surgeon Needs to Do About It, 31st Global Veith Symposium, New York, New York.  November 18-21, 2004.  Invited Speaker

115.   Advances in the Pharmacologic Treatment of Arteriosclerosis:  What Does the Future Hold?  31st Global Veith Symposium, New York, New York.  November 18-21, 2004.  Invited Speaker

116.   Unusual Diseases of the Arteries:  What Should I Know About Them?  Vascular Disease Symposium, Jacksonville, Florida.  December 4, 2004.  Invited Speaker

117.  Updates on Antihypertensives and Lipid Lowering Agents, 29th Annual Meeting Southern Association for Vascular Surgery, Marco Island, Florida. January 19-22, 2005.  Invited Speaker

118.  Noninvasive Evaluation of Upper Extremity Arterial Syndromes, 14th National Symposium Noninvasive Diagnosis of Vascular Disease, St. John's Mercy Medical Center, St. Louis, Missouri, March 4, 2005.  Invited Speaker

119.  Review of Venous Hemodynamics, 14th National Symposium Noninvasive Diagnosis of Vascular Disease, St. John's Mercy Medical Center, St. Louis, Missouri, March 4, 2005.  Invited Speaker

120.  The Morbidity in our Midst:  A Mandate for Aggressive Medical Management of PAD, Florida Vascular Society Nursing Forum, Orlando, Florida, April 7, 2005. Invited Speaker

121.  Vascular Laboratory Assessment of Upper Extremity Arterial Disorders – Common, Uncommon, & Rare, Florida Vascular Society 18th Annual Scientific Sessions, Orlando, Florida, April 7-10, 2005.  Invited Speaker

122.  Sclerotherapy is the Gold Standard, Cutaneous Laser Has a Limited Role, Third International Vein Congress:  In-Office Techniques, Miami, Florida, April 14-16, 2005.  Invited Speaker

123.  Why Do Compression Hoses Work?, Third International Vein Congress:  In-Office Techniques, Miami, Florida, April 14-16, 2005.  Invited Speaker

124.  Compression Alone Will Close Ulcers, But Will It Prevent Recurrences?, Third International Vein Congress:  In-Office Techniques, Miami, Florida, April 14-16, 2005.  Invited Speaker

125.  Endovenous Saphenous Ablation for Treatment of Varicose Veins – Is It Better and Does It Avoid Surgery?, 33rd Annual Spring Meeting of the American College of Surgeons, Hollywood, Florida, April 18, 2005.  Invited Speaker

126.  Endovascular and Surgical Alternatives for SFA and Popliteal Disease, Boston Scientific's Regional Symposium, Baton Rouge, Louisiana, May 26, 2005. Invited Speaker

127.  Pathophysiology of Venous Hemodynamics, Society for Vascular Ultrasound's 28th Annual Conference & Exhibition, Chicago, Illinois, June 18, 2005. Invited Speaker

128.    Role of the Vascular Lab in Radiofrequency and Laser Closure Procedures, Society for Vascular Ultrasound's 28th Annual Conference & Exhibition, Chicago, Illinois, June 18, 2005. Invited Speaker

## LOCAL PRESENTATIONS

1.    Lecturer - Vascular Surgery Seminar, HCA Doctors Hospital, Sarasota, Florida, August 19890

2.    The Latest Trends in Vascular Surgery.  What's New in Vascular Surgery. Med-Surg. Workshop.  Sarasota Memorial Hospital, November 1991

3.    Trends in Surgical Nursing.  Topics for the 90's.  Sarasota Memorial Hospital, February 1992.

4.    Update on Vein Disorders, Sarasota Memorial Hospital, 1993.

5.    Venous Disease.  Sarasota Memorial Hospital Wound Care Symposium.  Sarasota, Florida, January 8, 1994.

6.    Color Ultrasound Evaluation of the Male Urogenital System.  Suncoast Society of Vascular Technology.  Sarasota, Florida, April 12, 1994.

7.    Types of Venous Disease/Treatment.  Sarasota Memorial Hospital Vascular Symposium, Sarasota, Florida, January 13, 1996.

8.    Carotid Endarterectomy Without a Shunt.  Senior Friendship Center, Sarasota, Florida, March 15, 1996

9.    Presentation on Wound Care, Manatee Memorial Hospital, Bradenton, Florida, July 30, 1996.

10.    New Advances in Treatment of Varicose Veins and Venus Insufficiency. Grand Rounds, Sarasota Memorial Hospital, Sarasota, Florida, August 30, 1996

11.    Speaker - State of the Arts Management of Wounds.  Symposia '96 - innovations in Senior Care, Selby Botanical Gardens, Sarasota, FL, September 27, 1996.

12.    Diabetes and the Vascular System.  Sarasota Memorial Hospital Diabetes Center, Sarasota, Memorial Hospital, October 7, 1996.

13.  What's New in Circulation Treatment & Disorders, Senior Friends Medical Center, Sarasota FL, February 1997.

14.  Computers in the Vascular Lab, Suncoast Society of Vascular Technology, Hyatt Regency, Sarasota, FL, May 17, 1997.

15.  Non-invasive Diagnosis of Carotid String Sign, Suncoast Society of Vascular Technology, Hyatt Regency, Sarasota FL, May 17, 1997.

16.  Non-Surgical Management of Chronic Venous Disorders and Their    Complications - Innovations in Senior Care Symposia - Sarasota, FL, September 26, 1997.

17.  Chronic Venous Disease - Complications of Diabetes, Wounds and Peripheral Vascular Disease Symposia – Bradenton, FL, November 17, 1997.

18.  Varicose Veins, Spider Veins & Treatments -- Speaker, Board of Nursing, Advanced Medical Seminars, Inc., Sarasota, FL, November 9, 1999.

19.  Taking Healing Into the Next Century (THINC) Ortho-McNeil - "Integrating Innovative Approaches To Treatment of Chronic Non-Healing Ulcers With Regranex Gel" – Invited Speaker, Medical Directors, Directors of Nursing, Assistant DON's and ET Nurses for Manatee County Long Term Care Facilities; Anna Maria Island, Florida, December 2, 1999.

20.  Wound Healing – Manasota Podiatry Association, Longboat Key, Florida, March 14, 2000.

21.  Diabetes & The Vascular System, Sarasota Memorial Hospital – Diabetes Treatment Services, Sarasota, Florida, March 27, 2000.

22.  Wound Care in the New Millennium, Venice, Florida, May 18, 2000.

23.  Wound Care in the New Millennium, Doctors Hospital, Sarasota, Florida, May 31, 2000.

24.  Wound Care in the New Millennium, Bradenton, Florida, June 19, 2000.

25.  Advances in Wound Healing, Wound Care Center, Sarasota, Florida, October 10, 2000.

26.  Advances in Wound Healing, Regranex, St. Petersburg, Florida, December 5, 2000

27.  Abdominal Aortic Aneurysms, Heart and Vascular Center of Florida, Sarasota, Florida, February 16, 2001

28. ASAP (Varicose Vein Treatment), Heart & Vascular Center of Florida, Sarasota, Florida, April 13, 2001

29. New Methods of Treatment of Abdominal Aortic Aneurysms, Senior Friendship Centers, Sarasota, Florida, May 18, 2001

30. PVD Screening – Justification Based on Risk Factor Analysis, Suncoast Society of Vascular Technology 4th Regional Educational Conference, Sarasota, Florida, October 20, 2001

31. Physiologic Approach in Evaluating Lower Extremity PVD, Suncoast Society of Vascular Technology 4th Regional Educational Conference, Sarasota, Florida, October 20, 2001

32. An Overview of Use of Stents, Stent Grafts and Endovascular Aneurysm Surgery for Arterial Diseases, Health Care Symposium 2002, Sarasota Memorial Health Care System, Sarasota, Florida, July 19, 2002

33. An Overview of Use of Stents, Stent Grafts and Endovascular Aneurysm Surgery for Arterial Diseases, Health Care Symposium 2002, Sarasota Memorial Health Care System, Sarasota, Florida, November 13, 2002

34. Risk Factor Modification for Patients with Peripheral Vascular Disease, Senior Friendship Centers, Sarasota, Florida, December 13, 2002

35. Management of Abdominal Aortic Aneurysm Patients in the Postoperative Period, Sarasota Memorial Health Care System, Sarasota, Florida, February 10, 2003

36. Arterial Disease, Boston Scientific, Mediterraneo's, Sarasota, Florida, February 18, 2003

37. Diabetes and Your Vascular System, Sarasota Memorial Health Care System, February 24, 2003

38. CryoPlasty Procedure – A Single Center Experience, Boston Scientific, Tio Pepe Restaurant, Clearwater, Florida, August 18, 2004

39. PAD – An Overview, Florida Academy of Physician Assistants' Third West Central Region Quarterly Meeting, Radisson Lido Beach Resort, Sarasota, FL, October 2, 2004

40. Pain in the Legs: Vascular Disease or Overwork?, Heart & Vascular Institute, Sarasota, Florida, December 14, 2004

- Media Interview on Blab TV – September 8, 2003, Doctors Rounds, Legs for Life Screening for Doctors Hospital.

## PATENTS

Lignosulfonate Based Pharmacologic Agent with Anti-coagulant and Anti-thrombotic Activity.
Inventors:  Russell H. Samson, M.D. and John W. Hollis, Jr., M.D.
Patent #4,988,799.

## MEDICAL PRODUCTS

- UlcerCare® Jobst
- Atrium Registry® - Computer Software
- Atrium VasLab® - Computer Software
- Atrium Everpoint® - Computer Software
- FAST FICS® - Scanlon Industries

## RESEARCH

- Collagen Vascular Sealant Randomized Trial – Surgical Sealants, Inc. – 2000

- A Phase II, Double-Blind, Multicenter, Randomized Clinical Trial of Antrin (motexafin lutetium) Injection, and Far-Red Light Activation for the Prevention of Restenosis and Primary Treatment of De Novo Atherosclerotic Lesions in the Femoral and Popliteal Arteries – Pharmacyclics, Inc. – 2002

- A Phase III, Multi-Center Randomized, Double-Blind, Placebo-Controlled Trial of the Ex-Vivo Treatment with CGT003 of Peripheral Vein Grafts in Patients Undergoing Peripheral Arterial Bypass Graft Procedures – Corgentech 2002

- A Double Blind, Placebo Controlled, Parallel Group Study of the Effects of Zoniporide on Perioperative Cardiac Events in High Risk Subjects Undergoing Noncardiac Vascular Surgery – Pfizer 2002

- A Multi Center, Randomized, Open-Label, Two Dose, Comparative, Phase III Study to Determine the Safety and Efficacy of MS-325 – Enhanced MRA in Patients with Known or Suspected Pedal Arterial Disease – EPIX Medical, Inc. – 2002

6/22/2005