THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 RGS <br> **(CONSOLIDATED UNDER 04-10019 RGS)** |

**DIOMED'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS**

With the assent of both Defendants (AngioDynamics, Inc. and Vascular Solutions, Inc.), Plaintiff, Diomed, Inc., moves for an extension of time in which to oppose Defendants' Motion to Exclude Expert Opinions (Docket #75), up to and including January 3, 2006. In support of this motion, Diomed states as follows:

1. An extension of time is needed due to holiday and vacation schedules of Diomed's counsel.

2. No trial date has yet been set in this case. The requested extension of time will not prejudice either Defendant.

3. Through counsel, both Defendants have assented to the requested extension.

- 2 -

Accordingly, Diomed requests that its deadline to respond to Defendants' Motion to Exclude Expert Opinions (Docket #75), be set at January 3, 2006.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned certifies that counsel for Diomed consulted with counsel for Defendants, who assented to this motion.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: December 22, 2005

/s/ Michael N. Rader
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000