THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>   Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>   Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

### DIOMED'S MOTION FOR SUMMARY JUDGMENT ON PATENT INFRINGEMENT

Plaintiff, Diomed, Inc. ("Diomed") moves for summary judgment that Defendants, AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") are liable under 35 U.S.C. §§ 271(b) and (c) for inducing and contributing to infringement of Claims 9-14, 16-19, and 21 of Diomed's U.S. Patent No. 6,398,777.

Diomed specifically moves for summary judgment on its claim of infringement, on AngioDynamics' fifth and seventh affirmative defenses, on AngioDynamics' first counterclaim (Declaratory Judgment of Non-Infringement of Patent), and on VSI's declaratory judgment counterclaim of non-infringement, i.e., paragraph 7 of VSI's Counterclaim in its Second Amended Answer and Counterclaim.

- 2 -

The grounds for this motion are set forth in the accompanying memorandum of law, statement of undisputed facts, and sworn declarations.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI in a good faith effort to resolve or narrow the issues presented in this motion, but that this effort was unsuccessful.

### LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Diomed respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: December 20, 2005

Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000