THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

**DIOMED'S MOTION FOR SUMMARY JUDGMENT ON
VALIDITY AND ENFORCEABILITY OF U.S. PATENT NO. 6,398,777**

Plaintiff, Diomed, Inc. ("Diomed") moves for summary judgment that its U.S. Patent No. 6,398,777 is valid and enforceable.

Diomed specifically moves for summary judgment on Defendant AngioDynamics' first, second, third, fourth, and eighth affirmative defenses,[1] on AngioDynamics' second counterclaim (Declaratory Judgment of Invalidity of Patent), and on AngioDynamics' third counterclaim (Declaratory Judgment of Patent Unenforceability).

---

[1] AngioDynamics' sixth affirmative defense is not relevant to the instant motion because Diomed has not asserted claims 1-8 of the '777 patent in this case.

Diomed specifically moves for summary judgment on the affirmative defenses set forth in paragraphs 30-33 of VSI's Second Amended Answer and Counterclaim and on VSI's invalidity and unenforceability declaratory judgment counterclaims (paragraphs 8-29 on pages 4-7 of VSI's Second Amended Answer and Counterclaim).

The grounds for this motion are set forth in the accompanying memorandum of law, statement of undisputed facts, and sworn declarations.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI in a good faith effort to resolve or narrow the issues presented in this motion, but that this effort was unsuccessful.

### LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Diomed respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: December 20, 2005

Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000