THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

### DIOMED'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEFS IN EXCESS OF TWENTY PAGES

Diomed respectfully requests leave of Court to file memoranda of law in excess of twenty pages in support of its Motion for Summary Judgment on Patent Infringement (29-page memorandum) and its Motion for Summary Judgment on Validity and Enforceability of U.S. Patent No. 6,398,777 (35-page memorandum).

Diomed requires extra space for its infringement brief because (a) that motion seeks summary judgment against two different defendants (whose cases have been consolidated for pre-trial purposes, but against each of whom there is significant independent documentary, testimonial and expert evidence); (b) Diomed seeks summary judgment of both inducement to infringe and contributory infringement with regard to multiple claims of the '777 patent; and (c) setting forth the historical and medical background of the invention will assist the Court in understanding the relevant issues.

Diomed requires extra space for its validity and enforceability brief because Defendants have cited *eight* different prior art references in attacking the '777 patent. In addition, Defendants have separately alleged that the '777 patent is unenforceable due to inequitable conduct based on *three* allegedly withheld prior art references. Diomed requires additional space to rebut these numerous allegations.

Therefore, Diomed respectfully requests that the Court grant this Motion for Leave to File Summary Judgment Briefs in Excess of Twenty Pages.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for defendants, who agreed not to oppose an enlargement up to 40 pages of briefing. Since Diomed requests a total of 64 pages of briefing, this motion is partially opposed.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: December 20, 2005

_____
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000