THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

    Plaintiff,

v.

ANGIODYNAMICS, INC,

    Defendant.

Civil Action No. 04-10019 RGS

DIOMED, INC.,

    Plaintiff,

v.

VASCULAR SOLUTIONS, INC.,

    Defendant.

Civil Action No. 04-10444 RGS
**(CONSOLIDATED UNDER 04-10019 RGS)**

### STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DIOMED'S MOTION FOR SUMMARY JUDGMENT ON VALIDITY AND ENFORCEABILITY

Pursuant to Local Rule 56.1, Diomed submits the following undisputed material facts in support of its Motion for Summary Judgment on infringement.

All exhibits referred to herein are attached to the various declarations submitted herewith.

1.    The article, O'Reilly et al., Transcatheter Fiberoptic Laser Coagulation of Blood Vessels. Radiology 142:777-780, March 1982 ("O'Reilly"), does not expressly disclose contact between a laser fiber tip and the vessel wall. (Ex. D to Ex. 1 (6/22/05 Samson Rep.) of the Declaration of Mike Rader ("Rader")).

2.    There is no evidence that O'Reilly inherently discloses contact between a laser fiber tip and the vessel wall. (Rader Ex. 5 (9/19/05 Samson Depo.) at 84; Fan Dec. ¶ 68).

970165.1

3. O'Reilly does not expressly disclose compression of the vein being treated or drainage of its blood. (Rader Ex. 1 at D-1, D-2).

4. O'Reilly does not inherently disclose compression of the vein being treated or drainage of its blood. (Rader Ex. 5 at 58-59 and Ex. 1 at D-2; Fan Decl. ¶ 68).

5. The article, Beigeleisen et al., Use of the venoscope for the treatment of varicose veins. Phlebologie 1989, pp. 419-422 ("Biegeleisen") does not disclose the use of a laser fiber with an uncoated tip. (Rader Ex. 5 at 121; Fan Decl. ¶ 69).

6. Biegeleisen does not disclose compression. (Rader Ex. 5 at 121).

7. There is no evidence that Dr. Puglisi handed out copies of his video to anyone. (Rader Ex. 11 (Puglisi Depo.)).

8. One of skill in the art of the '777 patent is unable to tell if the fiber tip in the Puglisi video is covered or uncovered. (Rader Ex. 5 at 94-95, 100; Fan Decl. ¶ 70).

9. The article, Puglisi et al., Application of the ND-Yag laser in the treatment of varicose syndrome. Phlebology 1989, pp. 839-842 ("Puglisi article"), does not disclose the use of an uncoated fiber tip. (Rader Ex. 5 at 89).

10. U.S. Patent No. 6,033,398 ("Farley") does not disclose use of an uncoated laser fiber in the treatment of varicose veins. (Ex. G to Rader Ex. 1).

11. Farley also does not disclose compression with regards to the laser embodiment contained therein. (Rader Ex. 5 at 145).

12. The article, Mazza et al., Use of Argon Laser in the Treatment of Ideopathic Varices in the Lower Limbs. Minerva Angiologica, 1993 ("Mazza article"), does not disclose the use of an uncoated tip. (Rader Ex. 5 at 150).

13. Likewise, the Mazza video does not disclose the use of an uncoated tip. (Rader Ex. 5 at 150).

14. The Mazza article does not expressly disclose drainage of the blood or compression of the vein being treated. (Rader Ex. 5 at 151-52).

15. There is no evidence that Dr. Mazza handed out copies of his video to anyone, except Dr. Puglisi. (Rader Ex. 11 (Puglisi Depo.)).

16. Dr. Min sent the Study Protocol to legal counsel in January of 1999. (Min Decl. ¶¶ 22-29 and Ex. 6 to same).

17. Dr. Min performed a patent search and provided the results to patent counsel in January of 1999. (Min Decl. ¶¶ 22-29).

18. Dr. Min revised the Study Protocol and added a bibliography in May of 1999. (Min Decl. ¶¶ 22-29 and Ex. 7 to same)

                                      Respectfully submitted,

                                      DIOMED, INC.

                                      By its attorneys,

Dated: <u>December 20, 2005</u>

                                      Michael A. Albert (BBO #558566)
                                      malbert@wolfgreenfield.com
                                      Michael N. Rader (BBO #646990)
                                      mrader@wolfgreenfield.com
                                      John L. Strand (BBO #654985)
                                      jstrand@wolfgreenfield.com
                                      WOLF, GREENFIELD & SACKS, P.C.
                                      600 Atlantic Avenue
                                      Boston, MA 02210
                                      (617) 646-8000

970165.1