THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER 04-10019 RGS)** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the documents listed below were served on January 3, 2006 via FedEx upon the following counsel:

1. Diomed's Memorandum in Opposition to Defendant's Motion to Exclude Expert Opinions **[FILED UNDER SEAL]**;

2. Declaration of Mr. Philip Green **[FILED UNDER SEAL]**; and,

3. Declaration of Dr. Luis Navarro **[FILED UNDER SEAL]**.

Tom Vitt, Esq
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Bill Bright, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103

_____
John L. Strand