UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, Defendant in Counterclaim, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. <br><br> Defendant, Plaintiff in Counterclaim. | Civil Action No.: 04-10444-RGS |
| DIOMED, INC. <br><br> Plaintiff, Defendant in Counterclaim, <br><br> v. <br><br> ANGIODYNAMICS, INC. <br><br> Defendant, Plaintiff in Counterclaim. | Civil Action No.: 04-10019-RGS |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE UNTIMELY EXPERT OPINIONS

Defendants Vascular Solutions, Inc. ("VSI") and AngioDynamics, Inc. ("AngioDynamics") herein move pursuant to Local Rule 7.1(B)(3) for leave to file a reply memorandum regarding Defendants' Motion to Exclude Untimely Expert Opinions. In support of this Motion, Defendants state as follows:

1. On December 9, 2005, Defendants filed a joint Motion to Exclude Untimely Expert Opinions relied upon by Plaintiff Diomed, Inc.

2. On January 3, 2006, Diomed filed a Memorandum in Opposition to Defendants' Motion to Exclude Expert Opinions and the declarations of Philip Green (with exhibits), Dr. Luis Navarro, and John Strand.

3. Since Defendants filed their joint motion to exclude, all parties have filed summary judgment motions and supporting materials. Some of the expert opinions, testing, and analyses that are the subject of Defendants' motion to exclude were relied upon by Diomed in its summary judgment submissions.

4. Defendants believe that the filing of a short reply memorandum will help clarify the issues before the Court on this motion. Defendants therefore request an opportunity to address in writing the legal arguments made in Diomed's submission, to clarify the facts presented by Diomed in support of its submission, and to synthesize the critical facts that support granting the motion to exclude.

5. More specifically, a reply brief is necessary to respond to Diomed's assertions that: (1) Mr. Green's untimely expert opinions are justified by Defendants' alleged failure to provide necessary documents to Diomed; (2) Dr. Navarro's untimely testing and analyses are covered by an exception to the requirements of Fed. R. Civ. P. 26(a)(2)(B); (3) Defendants have had an adequate opportunity to respond to Diomed's untimely expert disclosures; and (4) Defendants will not be prejudiced by Diomed's untimely disclosures.

6. Diomed does not oppose Defendants' request for leave to file a reply memorandum.

7. Accordingly, Defendants herein request leave of court to file a joint reply memorandum within ten (10) days following the allowance of this motion.

WHEREFORE, Defendants respectfully request that this Motion be granted and that Defendants be allowed to file their reply memorandum within ten (10) days after the allowance of this motion.

## LOCAL RULE 7.1 CERTIFICATE

On Friday, January 6, 2006, counsel for the parties conferred in a good faith attempt to resolve or narrow the issue presented in this motion. Counsel for Diomed does not oppose

Defendants' request for leave to file a reply memorandum.

                                         Respectfully submitted,

                                        VASCULAR SOLUTIONS, INC.

                                        By its counsel,

                                        /s/ Steven L. Feldman
                                        Steven L. Feldman, Esq. (BBO #162290)
                                        Ruberto, Israel & Weiner, P.C.
                                        100 North Washington Street
                                        Boston, Massachusetts 02114-2128
                                        Telephone: (617) 742-4200

                                        ~and~

                                        J. Thomas Vitt, Esq., MN #183817
                                        Heather D. Redmond, Esq., MN #313233
                                        Todd R. Trumpold, Esq., MN #313890
                                        Dorsey & Whitney LLP
                                        50 South Sixth Street, Suite 1500
                                        Minneapolis, Minnesota 55402-1498
                                        Telephone: (612) 340-2600


                                        ANGIODYNAMICS, INC.

                                        By its counsel,

                                        /s/ Rodney S. Dowell
                                        Rodney S. Dowell (BBO # 620916)
                                        Berman & Dowell
                                        210 Commercial Street
                                        Boston, Massachusetts 02109
                                        Telephone: (617) 723-9911

                                        ~and~

                                        William H. Bright, Jr. (CT 02494)
                                        Mark D. Giarratana (CT 10410)
                                        McCarter & English, LLP
                                        CityPlace I, 36th Floor
                                        185 Asylum Street
                                        Hartford, Connecticut 06103
                                        Telephone: (860) 275-6700

Dated: January 9, 2006