**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DIOMED, INC., | ) |
|     Plaintiff, | ) |
| v. | ) |
| ANGIODYNAMICS, INC., | ) Civil Action No. 04-10019-RGS |
|     Defendant. | ) |
| AND | ) |
| DIOMED, Inc., | ) |
|     Plaintiff, | ) Civil Action No. 04-10444 RGS |
| v. | ) **(Consolidated Under 04-10019 RGS)** |
| VASCULAR SOLUTIONS, INC., | ) |
|     Defendant. | ) January 13, 2006 |

**ANGIODYNAMICS, INC.'S AND VASCULAR SOLUTIONS, INC.'S ASSENTED-TO MOTION TO EXTEND DEADLINES FOR FILING OPPOSITION TO AND REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

With the assent of Plaintiff, Diomed, Inc. ("Diomed"), Defendants AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") move to extend the deadlines for opposing summary judgment motions and filing reply briefs in support of such motions by two weeks. If granted, the new deadline for filing opposition papers would be February 6, 2006, and the new deadline for replies would be February 21, 2006. In support of this motion, AngioDynamics and VSI state:

    1.    On December 21, 2005 each Defendant filed a motion for summary judgment of non-infringment and Diomed filed motions seeking summary judgment of infringement, validity and enforceability.

2

2. The materials filed in support of such motions quote from over a dozen fact and expert witnesses, most of whom are practicing physicians. These witnesses are located throughout the United States and Europe.

3. In order to respond to Diomed's motions, Defendants expect to seek responsive declarations from at least some of these witnesses. Defendants expect to need additional time to contact the necessary witnesses and obtain their declarations.

4. Counsel for both Defendants were unavailable from virtually the time the summary judgment motions were filed until January 3, 2006 due to the holidays and vacation schedules. In addition, other client and court commitments necessitate an extension of two weeks.

5. No trial date has yet been set in this case. The requested extension of time will not prejudice the Plaintiff.

6. Through counsel, the Plaintiff has assented to the requested extension.

Accordingly, AngioDynamics and VSI request that the deadline for responding to summary judgment motions be extended to February 6, 2006 and that the deadline for filing reply briefs be extended to February 21, 2006.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Defendants consulted with counsel for Plaintiff, who assented to this motion.

| | |
|---|---|
| Dated:  January 13, 2006 | Respectfully Submitted, |
| | DEFENDANT<br>ANGIODYNAMICS, INC. |
| **I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by ECF.** | BY ITS ATTORNEYS |
| **/S/ Rodney S. Dowell**<br>Rodney S. Dowell | By:/s/ Rodney S. Dowell<br>    RODNEY S. DOWELL (BBO # 620916)<br>    Berman & Dowell<br>    210 Commercial Street<br>    Boston, MA  02109<br>    (671) 723-9911<br>    (617) 723-6688 (fax)<br>    rdowell@bermandowell.com<br>            -and-<br>    MARK D. GIARRATANA<br>    WILLIAM H. BRIGHT<br>    McCarter & English, LLP<br>    CityPlace I<br>    185 Asylum Street<br>    Hartford, CT  06103<br>    (860) 275-6700/(860) 724-3397 (fax)<br>    mgiarratana@mccarter.com<br>    wbright@mccarter.com |
| | DEFENDANT<br>VASCULAR SOLUTIONS, INC.<br>BY ITS ATTORNEYS |
| | By:/s/ Steven L. Feldman<br>    Steven L. Feldman<br>    RUBERTO, ISRAEL AND WEINER<br>    100 N. Washington Street<br>    Boston, MA 02114<br>    (617) 742-4200/(617) 742-2355 (fax)<br>    steve_feldman@riw.com<br>            -and-<br>    HEATHER D. REDMOND<br>    Dorsey & Whitney LLP<br>    50 South Sixth Street, Suite 1500<br>    Minneapolis, MN 55402-1498<br>    (612) 340-6343/(612) 340-2868 (fax)<br>    Redmond.heather@dorsey.com |