a

# SEALED DOCUMENT