UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIOMED, INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**VASCULAR SOLUTIONS, INC.**<br><br>    **Defendant.** | Civil Action No.: 04-10444-RGS |
| **DIOMED, INC.**<br><br>    **Plaintiff,**<br><br><br><br>**ANGIODYNAMICS, INC.**<br><br>    **Defendant.** | Civil Action No.: 04-10019-RGS |

## VSI'S ASSENTED-TO MOTION TO AMEND SUMMARY JUDGMENT DEADLINES

With the assent of Plaintiff Diomed, Inc. ("Diomed") and Defendant AngioDynamics, Inc. ("AngioDynamics"), Defendant Vascular Solutions, Inc. ("VSI") moves to extend the deadlines for opposing summary judgment motions and filing reply briefs in support of such motions by one week. If granted, the new deadline for filing opposition papers would be February 13, 2006, and the new deadline for replies would be February 28, 2006. In support of its motion, VSI states:

  1.  On December 21, 2005 each defendant filed a motion for summary judgment of non-infringement and Diomed filed motions seeking summary judgment of infringement, validity, and enforceability.

2. On January 18, 2006, the Court granted defendants' joint assented-to motion to extend the deadline for oppositions to February 6, 2006 and for replies to February 21, 2006.

3. On January 31, 2006, counsel for VSI learned of a serious family medical emergency that would make it difficult to comply with the February 6, 2006 deadline for its opposition to Diomed's summary judgment motions. VSI's counsel promptly contacted counsel for AngioDynamics and Diomed to request an extension of that deadline.

4. Through counsel, Diomed and AngioDynamics have assented to the requested extension.

5. No trial date has yet been set in this case. The requested extension of time will not prejudice Diomed or AngioDynamics.

Accordingly, VSI requests that the deadline for responding to summary judgment motions be extended to February 13, 2006, and that the deadline for filing reply briefs be extended to February 28, 2006.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned certifies that counsel for VSI consulted with counsel for Diomed and AngioDynamics, who assented to this motion.

Respectfully submitted,

VASCULAR SOLUTIONS, INC.

By its counsel,

/s/ Steven L. Feldman
Steven L. Feldman, Esq. (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

*˜and˜*

J. Thomas Vitt, Esq., MN #183817
Heather D. Redmond, Esq., MN #313233
Todd R. Trumpold, Esq., MN #313890
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Dated: February 2, 2006