UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. <br><br> Defendant. | Civil Action No.: 04-10444-RGS |
| DIOMED, INC. <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC. <br><br> Defendant. | Civil Action No.: 04-10019-RGS |

## VSI'S NOTICE OF RELIANCE ON MEMORANDUM OF DEFENDANT ANGIODYNAMICS, INC. IN OPPOSITION TO DIOMED'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY AND ENFORCEABILITY OF U.S. PATENT NO. 6,398,777

Defendant Vascular Solutions, Inc. ("VSI") hereby provides notice that it opposes plaintiff Diomed, Inc.'s Motion for Summary Judgment of Validity and Enforceability. In support of its opposition, VSI relies upon and joins in all respects the Memorandum of Defendant Angiodynamics, Inc. in Opposition to Diomed's Motion for Summary Judgment of Validity and Enforceability of U.S. Patent No. 6,398,777, as well as the declarations and other materials submitted by Angiodynamics in opposition to Diomed's motion and factual assertions.

VASCULAR SOLUTIONS, INC.

By its counsel,

/s/ Steven L. Feldman
Steven L. Feldman, Esq. (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

~and~

J. Thomas Vitt, Esq., MN #183817
Heather D. Redmond, Esq., MN #313233
Todd R. Trumpold, Esq., MN #313890
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Dated: February 13, 2006

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\VSI-NoticeOfReliance.doc

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on

2/13/06  /s/ Steven Feldman

2