UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.<br><br>    Defendant. | Civil File No. 104-CV-10444-(RGS) |
| **and** | |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No. 04-CV-10019 (RGS) |

## MOTION FOR ENLARGMENT OF PAGE LIMITS

The Defendants, AngioDynamics, Inc. and Vascular Solutions, Inc. request that the Court permit them to file briefs not in excess of thirty pages in response to Diomed, Inc.'s Motion for Summary Judgment of Infringement and not exceeding forty-six pages in response to Diomed's Motion for Summary Judgment of Validity and Enforceability. In support of this motion, the undersigned states:

  1.  Diomed sought and received permission from this Court to submit briefs not exceeding a total of sixty-four pages in support of its Motions for Summary Judgment.

1

2. The briefs submitted by AngioDynamics and Vascular Solutions Inc. in response to Diomed's Motion for Summary Judgment of Infringement are approximately the same length or shorter than the brief submitted by Diomed in support of that motion.

3. The briefs submitted by AngioDynamics and Vascular Solutions in Opposition to Diomed's Motion for Summary Judgment of Validity and Enforceability is approximately ten pages longer than the brief submitted by Diomed. The length of the defendants' brief is necessitated by an explanation of the various pieces of prior art that affect the validity of the '777 Patent.

4. The undersigned has contacted Diomed's counsel regarding this request. Diomed's counsel has consented to extension of page limits equal to the number of pages (64) they submitted in support of Diomed's motions.

WHEREFORE, AngioDynamics, Inc. and Vascular Solutions, Inc. respectfully request that the Court grant this motion enlarging the page limit for their briefs in opposition to Diomed's Motion for Summary Judgment to thirty pages on the issue of infringement and forty-six pages on the combined issues of validity and enforceability.

## LOCAL RULE 7.1(a)(2) CERTIIFCATION

The undersigned certifies that counsel for AngioDynamics consulted with counsel for Diomed, who agreed to an extension of the page limits up to a total of 70 pages. Diomed's counsel further stated that they do not intend to file an opposition to a request beyond that amount.

Dated: February 13, 2006

Respectfully Submitted,

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By: _____
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA  02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com
　　　-and-
MARK D. GIARRATANA
WILLIAM H. BRIGHT
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com
wbright@mccarter.com

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail and Federal Express on February 13, 2006**

_____
William H. Bright, Jr.