THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 RGS <br> **(CONSOLIDATED UNDER 04-10019 RGS)** |

## DECLARATION OF JOHN L. STRAND

1. I, John L. Strand, am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for Diomed in the above captioned matter.

2. Attached as Exhibit 1 is a true and accurate copy of U.S. Patent Application No. 10/879,701 (Publication No. US 2005/0288655), published on December 29, 2005.

3. Attached as Exhibit 2 is a true and accurate copy of the assignment records for Ex. 1, showing the application was assigned by the inventors to Vascular Solutions, Inc.

I swear under the pains and penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: February 13, 2006

_____
John L. Strand

989334.1

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system which serves opposing counsel who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any opposing counsel who are non-registered participants are being served by first class mail on the date of electronic filing.

      /s/     John Strand