United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Patent Query**

# Patent Assignment Abstract of Title
**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 1
**Patent #:** NONE    **Issue Dt:**    **Application #:** 10879701    **Filing Dt:** 06/29/2004
**Publication #:** US20050288655    **Pub Dt:** 12/29/2005
**Inventors:** Howard Root, Jim Kauphusman, Nancy Arnold, John VanScoy
**Title:** Laser fiber for endovenous therapy having a shielded distal tip
**Assignment:** 1
**Reel/Frame:** 015099/0755    **Recorded:** 09/01/2004    **Pages:** 6
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignors:** ROOT, HOWARD    **Exec Dt:** 08/25/2004
           KAUPHUSMAN, JIM    **Exec Dt:** 08/25/2004
           ARNOLD, NANCY    **Exec Dt:** 08/25/2004
           VANSCOY, JOHN    **Exec Dt:** 08/25/2004
**Assignee:** VASCULAR SOLUTIONS, INC.
           6464 SYCAMORE COURT
           MINNEAPOLIS, MINNESOTA 55369
**Correspondent:** PATTERSON, THUENTE, SKAAR & CHRISTENSEN,
           P.A. - PAUL C. ONDERICK
           4800 IDS CENTER
           80 SOUTH 8TH STREET
           MINNEAPOLIS, MN 55402-2100

Search Results as of: 02/13/2006 11:45 AM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT