IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


DIOMED, INC.

                vs.            No. 04-10019-RGS

ANGIODYNAMICS, INC.

                AND                    ORIGINAL

ANGIODYNAMICS, INC.

                vs.

DIOMED, INC. AND ENDOLASER, LLC,
                Counterclaim-Defendants.

DIOMED, INC.

                vs.            NO:  04-10444-RGS

Vascular Solutions, INC.

        Deposition of:  DR. BRUNELLO PUGLISI, taken
pursuant to subpoena and the Federal Rules of Civil
Procedure before Shirley A. Riga, Registered
Professional Reporter, Licensed Shorthand Reporter and
Notary Public within and for the State of
Massachusetts, at the offices of MCCARTER & ENGLISH,
LLP, CityPlace I, 185 Asylum Street, Hartford, CT on
April 18, 2005, commencing at 10:00 a.m.


        Shirley A. Riga, License No. 447
        DEL VECCHIO REPORTING SERVICES
        PROFESSIONAL SHORTHAND REPORTERS
        117 RANDI DRIVE, MADISON, CT 06443
        203 245-9583   800 839-6867
        FAX 203 245-2760


HARTFORD            NEW HAVEN            STANFORD

DEL VECCHIO REPORTING SERVICES, LLC

1     delay any production of any materials to you, and in

2     fact, we have bent over backwards to immediately

3     provide you copies of materials as soon as we have

4     received them, and you have had as much notice

5     effectively as we have had to review these materials.

6                MR. ALBERT:  I am not going to debate

7     this on the record except to note that you have an

8     agreement with him that was signed in early February,

9     and we were neither told about it or provided with

10    until two weeks ago.

11               MR. GIARRATANA:  Understood.

12               MR. ALBERT:  I think we can reserve

13    this debate for some time when we are off the record.

14    BY MR. WILSON:

15         Q.    Good morning, Dr. Puglisi.

16         A.    Good morning.

17         Q.    Dr. Puglisi, could you identify yourself for

18    the record, please?

19         A.    Yes.  I am a vascular surgeon.  I got a

20    lower degree in medical studies in 1971, and I went on

21    specializing in two ways; one in general surgery, the

22    second in angiology and vascular surgery.  I always

23    worked as a vascular surgeon from 1971 until this day.

24               Of course, I started as an assistant,

25    let's say, then I became a director of a vascular

1    center which is located in Catania, the city of

2    Catania, in Sicily, in Italy.

3              Were you also asking some information

4    about my specialization in laser surgery?

5         Q.   Yes.  I would be interested to know what

6    your experience is in performing laser surgery

7    techniques.

8         A.   Okay.  I got close to the use of laser

9    technique in the medical field about the year 1982 or

10   '83.  The various types of lasers that were existing

11   at that time were essentially $CO^2$ lasers, and the Argon

12   lasers and Neodymium YAG lasers.

13             The difference between the two ways of

14   using a laser is that the first way -- the first way

15   is not -- cannot be channeled, let's say, on a fiber

16   optic-type cable, while the Argon and the neodymium

17   YAG-type lasers can be channeled to an optical

18   fiber-type vehicle.  This is the reason why the

19   Argon-type laser and the neodymium YAG-type laser can

20   be used in cavities, because they can be channeled

21   into a cavity with optical fibers.

22             Therefore, if I want to use a laser-type

23   technique inside the vein or an artery, I cannot use a

24   $CO^2$-type laser, but I could be using Argon or

25   NDYAG-type lasers to get into a vein or an artery.  I

1    could use these because now there are other systems

2    also.

3         Q.    Let's stop now and go back a little bit and

4    get a little bit more detail about you specifically.

5                   Where do you live right now, Dr. Puglisi?

6                   THE INTERPRETER:  Where do he live?

7                   MR. WILSON:  Yes.

8                   THE WITNESS:  I live in Catania.

9                   MR. ALBERT:  In Sicily.

10   BY MR. WILSON:

11        Q.    What is your address in Catania?

12                  THE INTERPRETER:  It's a difficult

13   spelling.  It is via Vecchia Ognina 80-E, Catania,

14   95129.

15   BY MR. WILSON:

16        Q.    And can you tell me, Dr. Puglisi, what the

17   address of the hospital is that you work in now?

18        A.    It is the Garibaldi Hospital, Piazza Santa

19   Maria di Gesua, Catania.

20        Q.    How long have you worked at this hospital?

21                  THE INTERPRETER:  Excuse me just a

22   second.

23                  THE WITNESS:  In this center I work

24   only for two years.

25   BY MR. WILSON:

DEL VECCHIO REPORTING SERVICES, LLC

1    or specify or talk of a vascular surgeon, is a surgeon

2    who is interested in veins and arteries.

3         Q.    A minute ago you mentioned something about

4    -- I thought I heard in Italian you say something

5    about techniques of local anesthesia being common

6    across different -- common across different types of

7    surgery.   Did you make a mention of that?

8         A.    Yeah, they are common, yes.

9         Q.    Is that true of local anesthetics?

10        A.    Certainly.

11        Q.    What are the different types of local

12   anesthetics that you were aware of in the 1989 through

13   1997 time period?

14        A.    Local anesthetics.

15        Q.    Yes.

16        A.    There was Carbocaine, Cetacaine.

17             Until which year?

18        Q.    Approximately 1997.

19        A.    Lidocaine.   There were several of them.

20        Q.    What were the different techniques that you

21   used to administer local anesthetics from the time

22   period 1989 to 1997?

23        A.    It is difficult to say.   You would have to

24   examine what I had to practice anesthetic for.   If I

25   had to anesthetize a very limited area I could simply

```
 1   use Carbocaine.  If I had to anesthetize a larger
 2   area, I had to use a different anesthetic in order to
 3   dilute and get to all the area with the anesthetic.
 4        Q.   Is this second technique that you're talking
 5   about also known as tumescent anesthesia?
 6                    MR. ALBERT:  Objection.
 7                    THE INTERPRETER:  Excuse me?
 8   BY MR. WILSON:
 9        Q.   I said is the second technique that you just
10   mentioned also known as tumescent anesthesia?
11                    MR. ALBERT:  Objection.
12                    THE WITNESS:  It's a name of a
13   technique that has been entering the field, let's say,
14   not in 1979, but toward the later years that you were
15   mentioning, when the need for such an anesthetic
16   process would be required in larger area, for example,
17   for plastic intervention, and you had to dilute the
18   anesthetic in a larger area.
19   BY MR. WILSON:
20        Q.   When did you first -- when did you first
21   learn of this technique?
22                    THE INTERPRETER:  Which one?
23                    MR. ALBERT:  Objection.
24   BY MR. WILSON:
25        Q.   The second technique.
```

DEL VECCHIO REPORTING SERVICES, LLC

1      A.    Of the tumescent technique?

2      Q.    Yes.

3      A.    The tumescent technique was first used by

4   plastic surgeons for liposuction, which I started

5   using myself in '89, '90, in the beginning of the year

6   nineties, because that technique was very much used in

7   liposuction and was very much used in plastic surgery.

8      Q.    Was that a technique that you were familiar

9   with as a vascular surgeon?

10                MR. ALBERT:  Objection.

11                THE WITNESS:  Yes.  It was a technique

12   that it could be used to anesthetize certain areas for

13   the treatment of veins.

14   BY MR. WILSON:

15      Q.    Between the years 1989 and 1997, what were

16   the different techniques of local anesthesia that you

17   used when treating the saphenous vein?

18                THE INTERPRETER:  The what?

19                MR. WILSON:  The saphenous vein.

20                THE INTERPRETER:  Saphenous vein.

21                THE WITNESS:  We started with general

22   anesthesia.  Then we went to spinal or reticular, and

23   then we went to local.

24   BY MR. WILSON:

25      Q.    And what types of local anesthesia did you

DEL VECCHIO REPORTING SERVICES, LLC

        A.    In general medicine and in anatomy you study

1  what the nerves control, so you know what the area

2  that the nerves control.

3     Q.    So is it your testimony that the anatomic

4  control of the nerves that you just described is

5  taught in medical school?

6                   MR. ALBERT:  Objection.

7                   THE WITNESS:  Certainly.

8  BY MR. WILSON:

9     Q.    For purposes of vascular surgery, why does

10  it matter that the region around the knee that you

11  described, on the inside of the knee, is innervated or

12  controlled by the sciatic nerve?

13     A.    Because when you intervene in this area,

14  it's important to do a local anesthesia rather than

15  touch the sciatic nerve, which is originated in the

16  spine and is very, very critical if you touch it.

17     Q.    Why is it important --

18            Does that mean that you have to use a

19  different type of anesthesia for that region?

20     A.    It depends.  It depends on the time that you

21  want the anesthetic effect to last, or the tolerance

22  to pain of the patient.  I can use different types.

23     Q.    But do you use the same technique for the

24  top of the leg, the bottom of the leg, and the knee

1    region?

2                    MR. WILSON:  Please stand up when

3    you're --

4                    THE WITNESS:  I said that I would do in

5    the upper and lower leg a radicular anesthesia and in

6    the area of the knee a local anesthesia, what is

7    considered today, what is called today tumescent

8    anesthesia.

9    BY MR. WILSON:

10       Q.   What was the reason again that you had to

11   use tumescence in the knee region?

12                   MR. ALBERT:  Objection.

13   BY MR. WILSON:

14       Q.   You can answer.

15       A.   It's the -- only because it is the most

16   practical to use in this area, due to the fact that

17   you can have a diffusion of the anesthetic effect

18   using a lesser amount of anesthetic.

19       Q.   Were you aware of other vascular surgeons in

20   the 1992 -- sorry, 1989 through 1997 time frame who

21   used tumescent anesthesia to anesthetize the inside

22   region of the knee that you're talking about?

23       A.   I cannot think of a specific name, but it is

24   a normal technique for anesthesia, and I don't think

25   it's a problem.

DEL VECCHIO REPORTING SERVICES, LLC

1      Q.     Is that a technique that is taught in

2  medical school?

3      A.     Certainly in the school for -- in the

4  teaching for plastic surgery since, in those type of

5  interventions, they use a method of filtration and

6  diffusion that uses a particular amount of liquid.

7  There is this utilization, yes, in teaching, but the

8  people appointed to teach about anesthetics and

9  anesthetic techniques are the anesthetists in the

10  school for anesthesiology.

11      Q.     And do you know anesthesiologists who teach

12  this technique for use in the knee region?

13      A.     It's a common technique.  If I call my

14  anesthetist, and I ask him to do this anesthesia, he

15  will use that technique.

16            MR. WILSON:  Can I have this marked as

17  Exhibit 1.

18            (Exhibit Number 1 offered and marked for

19            identification.)

20            MR. WILSON:  Like I supposed we should

21  have handled this earlier, but at this point I am

22  assuming -- was your objection with respect to the

23  notice?  Or -- I mean, are we going to go with -- I

24  mean we hadn't talked about this before, but are we

25  going to go with the usual stipulations, read and

DEL VECCHIO REPORTING SERVICES, LLC

1      A.    No, also to general surgeons.

2      Q.    And when these students are learning this

3  procedure, are they required to actually perform the

4  procedure?

5      A.    No.   In Italy students are not allowed to

6  practice operational techniques, surgical techniques.

7  They only can look or help out.

8      Q.    So general surgery students would have seen

9  stripping procedures performed during their medical

10  school curriculum?

11      A.    Certainly.

12      Q.    And would they practice the technique in

13  their internships after medical school?

14            MR. ALBERT:   Objection.

15            THE WITNESS:   Certainly.

16  BY MR. WILSON:

17      Q.    Would vascular surgeons practice this

18  technique in their internship programs?

19      A.    Yes, certainly.

20      Q.    Dr. Puglisi, are you familiar with the term

21  phlebologist?

22      A.    Phlebologist is someone who is dedicating

23  himself to phlebology.

24      Q.    What is phlebology?

25      A.    Phlebology?

27

1      Q.    Yes.

2      A.    Phlebology is the science -- the study of

3   diseases related to veins, the type of diagnosis and

4   treatment of the diseases associated with veins with

5   the -- with the treatment of diseases associated with

6   veins, veins only.

7      Q.    And you mentioned angiologists.  How do

8   angiologists differ from phlebologists?

9      A.    Because angiology is involved with all the

10  veins, arteries and lymphatic systems.

11     Q.    Would angiologists know how to perform a

12  stripping procedure?

13            MR. ALBERT:  Objection.

14            THE WITNESS:  Is not that clear,

15  because there is a medical angiology, and the surgical

16  angiology.  But he would know about stripping, yes.

17  BY MR. WILSON:

18     Q.    All angiologists would know about stripping?

19            MR. ALBERT:  Objection.

20            THE WITNESS:  Yes.

21            MR. ALBERT:  I am going to note a

22  standing --

23            THE WITNESS:  All angiologists know

24  about stripping.  It doesn't mean they know how to

25  perform it, but they know about it.

DEL VECCHIO REPORTING SERVICES, LLC

48

1    BY MR. WILSON:

2         Q.   Dr. Puglisi, are you shown on this video?

3         A.   Yes.  I am the person on the left side, and

4    I am the first surgeon that is intervening, is

5    operating.

6         Q.   Dr. Puglisi, what are you doing?  What is

7    being shown now on this video?

8         A.   I'm performing an incision on the inguinal

9    level, and I'm isolating the end of the Saphena vein

10   into the femoral vein.

11        Q.   Dr. Puglisi, is this the standard procedure

12   for performing a stripping procedure?

13                   MR. ALBERT:  Objection.

14                   THE WITNESS:  Also, yes.

15   BY MR. WILSON:

16        Q.   Dr. Puglisi, is this the standard procedure

17   that you were taught in medical school for performing

18   a stripping procedure?

19        A.   Certainly.  We have already isolated the

20   Saphena vein that they identified before with the

21   wire.  You can see a wire there.  I clamp it there,

22   the Saphena vein.  And here I'm proceeding to isolate

23   and all the ramification of the Saphena vein into the

24   femoral vein.

25        Q.   Dr. Puglisi, what is this stripping

DEL VECCHIO REPORTING SERVICES, LLC

1    procedure used to treat?

2        A.    To treat and remove a diseased vein which is

3    then call it also a varicose vein.  These are all the

4    branches that we are tying up one by one.  There is a

5    variable number of those branches of the vein between

6    5 and 7 branches.  At this point we are passing a wire

7    to tie exactly the Saphena vein where the Saphenous

8    gets to the femoral vein.

9                MR. ALBERT:  Objection, move to strike.

10   BY MR. WILSON:

11       Q.    Dr. Puglisi, does this continue to be the

12   standard stripping procedure that you were taught in

13   medical school?

14       A.    Yes.

15       Q.    Have you now finished isolating the vein?

16       A.    The Saphenous has been isolated away from

17   the femoral vein and the tip inguinal at this point of

18   the saphena that you can see there is at the end of

19   the Saphena vein and then goes down all the way.  Here

20   I am making the incision to go and isolate the end of

21   the Saphena vein in the ankle.

22       Q.    Is this always part of the standard

23   stripping procedure that you were taught in medical

24   school?

25       A.    Yes.  Yes.

1    Q.    What are you doing here?

2    A.    Here the original of the Saphena has been

3    isolated.  That is that one, and is being cut from the

4    rest of the Saphena.  The original of the Saphena is

5    being tied and above you can see the Saphena that goes

6    above.  That way the Saphena vein is isolated on up

7    and down.

8    Q.    Dr. Puglisi, at this point in the stripping

9    procedure what would happen?

10               MR. ALBERT:  Objection.

11               THE WITNESS:  In this moment in the

12   Saphena vein the metal wire is introduced.

13   BY MR. WILSON:

14   Q.    And what are you inserting here Dr. Puglisi?

15   A.    This is not obviously the metal wire.  This

16   is an optical fiber connected to the end wide NDYAG

17   laser that I introduce instead of this stripping wire

18   is inside of the Saphena to channel the laser energy

19   inside the Saphena.

20   Q.    Dr. Puglisi, there is drawing -- well strike

21   that.  Dr. Puglisi, what are the markings on the leg?

22   A.    This mark that identify to the surgeon where

23   is the run of the veins that have to be eliminated.

24   This was, this mark where how to say establish it

25   beforehand to determine the run of the veins.  Why do

1  we do that? Because when I am standing and there are

2  veins which are swallowing because of blood that stays

3  there, I see the veins swallowing. But when I lay on

4  a bed, the pressure of the blood goes down and I would

5  not see those veins any more.

6              MR. ALBERT: Objection, motion to

7  strike.

8  BY MR. WILSON:

9      Q.   Where does the blood -- so you made these

10 markings when the patient was standing?

11     A.   Of course. Of course, before the

12 intervention and before applying anesthetic.

13     Q.   And what happens to the diameter of the

14 vessel when the patient is laid horizontal from a

15 standing position?

16     A.   Diameter reduces because the blood pressure

17 reduces.

18     Q.   Does blood also flow out of the vein?

19              MR. ALBERT: Objection.

20              THE WITNESS: Is not that this going

21 away completely, but is reduces the flow to the veins.

22 BY MR. WILSON:

23     Q.   When the patient is laid down from a

24 standing position to a horizontal position, where does

25 the blood go that was in the Saphena vein?

1             MR. ALBERT:  Objection.

2             THE WITNESS:  It tends to pass into the

3    deep vein circle, deeper vein circle.

4    BY MR. WILSON:

5        Q.    Is this a concept that is taught in medical

6    school?

7             MR. ALBERT:  Objection.

8             THE WITNESS:  Yes, of course.

9    BY MR. WILSON:

10       Q.    Dr. Puglisi, what is happening now?

11       A.    Here the optic cable arrived to the end of

12   the Saphena way at the top, and here we are testing

13   how much energy to get into the optic cable to treat

14   the Saphena vein because not all veins have the same

15   diameter, not all veins have the same thickness of the

16   wall.  And all together not all veins have how to say

17   collected inside the same amount of blood that stays

18   there when I isolated the vein.

19             MR. ALBERT:  Objection, motion to

20   strike.

21   BY MR. WILSON:

22       Q.    So does isolating the vein have an

23   additional effect on diameter of the vein?

24             MR. ALBERT:  Objection.

25             THE WITNESS:  Certainly diameter of the

1   vein is reduced because the amount of blood and

2   pressure of the blood is reduced and consequently

3   diameter of the vein goes down.

4   BY MR. WILSON:

5       Q.   In order for the vein to go down, does

6   additional blood have to flow out of the Saphena?

7                   MR. ALBERT:  Objection.

8                   THE WITNESS:  It reduce it.  It reduces

9   because if I introduce the stripper while or in this

10  case the optical fiber, the amount of blood is reduced

11  is pushed out.

12  BY MR. WILSON:

13      Q.   Dr. Puglisi, if the fiber optic line that

14  introduced here were simply replaced with the metal

15  wire that you talked about earlier for stripping,

16  would the procedure up to this point be exactly the

17  same as the traditional stripping method that you were

18  taught in medical school?

19                  MR. ALBERT:   Objection.

20                  THE WITNESS:  Up to this moment, yes.

21  BY MR. WILSON:

22      Q.   Dr. Puglisi, can you describe for me the

23  difference between the procedure that you have shown

24  to this point in your film and the difference between

25  the standard stripping method that you were taught in

1    medical school?

2                  MR. ALBERT:  Objection.

3                  THE WITNESS:  Up to now there is no

4    difference.  I am sorry.  Up to this point there is no

5    difference.

6    BY MR. WILSON:

7        Q.    Except that you're using a fiber optic line

8    and with a stripping procedure there would be a wire?

9        A.    Certainly.

10       Q.    Now describe for me the -- again what you

11   are doing at this point in the film?

12       A.    I 'm emitting with the laser through the

13   optic fiber laser energy to evaluate which power I

14   have to use to close that vein.

15       Q.    Now at this point here on the video, is this

16   vein being stretched at all?

17       A.    No, because it is more or less normal.  Very

18   likely is not under pressure because at this point is

19   practically empty.  Then there is something else.

20   That in extraneous body inside the vein causing a

21   spasm in the vein.

22                  MR. ALBERT:  Objection, motion to

23   strike.

24   BY MR. WILSON:

25       Q.    So is this vein in spasm in the video?

1           THE WITNESS:  Yes.  With blood yes.

2  Without blood --

3  BY MR. WILSON:

4     Q.  Is there less blood in this section of the

5  vein now than that section of the vein would contain

6  if the person was standing up?

7           MR. ALBERT:  Objection.

8           THE WITNESS:  With the fiber optic

9  fiber inside and with the vein interrupted?

10  BY MR. WILSON:

11     Q.  Yes, as we see it here on the video.

12     A.  I don't see the big difference.  I don't

13  know.  Probably if one would put the person standing a

14  minimum flow away from the collateral vein would

15  exist.

16           MR. ALBERT:  Objection, motion to

17  strike.

18  BY MR. WILSON:

19     Q.  Dr. Puglisi, what is happening here?

20     A.  At that point the vein changed color.

21     Q.  And what causes it to change color

22  Dr. Puglisi?

23           MR. ALBERT:  Objection.

24           THE WITNESS:  The effect of the laser

25  light that changed the protein effect, the protein

1    effect of the wall, and therefore, it changed the

2    structure of the wall.

3    BY MR. WILSON:

4        Q.    So has the laser decreased diameter of the

5    vein?

6                    MR. ALBERT:  Objection.

7                    THE WITNESS:  Certainly.

8                    MR. ALBERT:  Motion to strike.

9                    THE WITNESS:  It changes the nature of

10   the vein and consequently also the diameter.

11                   MR. ALBERT:  Move to strike.

12   BY MR. WILSON:

13       Q.    Dr. Puglisi, what is happening now?

14       A.    The noises that you hear now are the

15   emissions of laser energy.  Where there is the point

16   of the fiber you can see from the light and emits

17   laser energy.  There is a time of emission of the

18   light and a certain power of energy.  Reverse it.

19   BY MR. WILSON:

20       Q.    Yes, I rewound it.  Aside from the section

21   that I just rewound, has this up 'til now been a true

22   and accurate representation or true and accurate copy

23   of the recording that you made of this procedure in

24   1989?

25       A.    Yes.

1       Q.   Dr. Puglisi, was there anything about the

2  performance of the procedure that you looked for to

3  tell you whether the procedure was working?

4                MR. ALBERT:  Objection.

5                THE WITNESS:  Yes, because during the

6  moment in which I was pulling out the fiber I was

7  feeling with the finger if the cable was how to say

8  hanging on inside the vein or not.

9  BY MR. WILSON:

10      Q.   And what was your understanding of what was

11 happening?

12               MR. ALBERT:  Objection.

13               THE WITNESS:  My understanding was that

14 the wall as how to say as modified is anatomy and was

15 crumbling on.

16 BY MR. WILSON:

17      Q.   What made you think that?

18               MR. ALBERT:  Objection.

19               THE WITNESS:  I had done all the

20 studies in live situation and then on part veins and

21 then on part of veins that had been extracted, so I

22 knew what was happening.

23               MR. ALBERT:  Objection, motion to

24 strike.

25 BY MR. WILSON:

1     Q.    So did you observe differences between with

2   drawing a vein, sorry, with drawing a fiber that when

3   you were not emitting laser energy as compared to with

4   drawing a fiber after you had emitted laser energy?

5                MR. ALBERT:   Objection.

6                THE WITNESS:   Certainly.   If the fiber

7   optic was pulled out without any laser light emission,

8   the fiber was slipping out like a wire.

9   BY MR. WILSON:

10     Q.    And how did that change when you emitted

11   laser energy before pulling?

12                THE WITNESS:   How did that change what?

13   BY MR. WILSON:

14     Q.    How did the feeling change?

15     A.    I was feeling a certain resistance in

16   pulling the fiber.

17     Q.    So you noticed that the sticking of the

18   fiber is a natural effect of firing the laser energy?

19                MR. ALBERT:   Objection.

20                THE WITNESS:   Yes, certainly.

21   BY MR. WILSON:

22     Q.    Did you see any evidence of this resistance

23   visually?

24                MR. ALBERT:   Objection.

25                THE WITNESS:   Yes.

BY MR. WILSON:

Q.    Is an example of this shown in this video?

A.    When the vein is more superficial, you can see.  You can see.  You had seen a little bit there. Here you can see more.

Q.    And is this an area that is more superficial than the areas that we saw -- let me rewind this. Hang on a second.  Now this area here, is this more superficial areas that you have just covered?

A.    Yes.  Yes, you can see.

Q.    Is that the resistance that you were talking about?

MR. ALBERT:  Objection.

THE WITNESS:  Yes.  That was already how to say considerable resistance.  Not all that resistance was necessary, but that was already considerable.

BY MR. WILSON:

Q.    Doctor, I see you doing some pinching with your fingers.  What are you doing?

MR. ALBERT:  Objection.

THE WITNESS:  It was a system to immobilize the vein not to steer the vein.  To keep the vein stopped, firm.  Also to feel the movement of the optic cable that for being hanging on in the vein

1    was moving away.

2    BY MR. WILSON:

3        Q.    Dr. Puglisi, was there any sore of effect of

4    your sort of effect of your pinch the skin as seen on

5    this video on the diameter of the vein?

6                    MR. ALBERT:  Objection.

7                    THE WITNESS:  Yes.  There could be in

8    effect in the sense of bringing the walls closer of

9    the vein and therefore, improving the movement of the

10   cable the optic cable.

11                   MR. ALBERT:  Objection move to strike.

12   BY MR. WILSON:

13       Q.    Dr. Puglisi, would that be a natural effect

14   of your pinching the vein as shown on this video?

15                   MR. ALBERT:  Objection.

16                   THE WITNESS:  I don't understand what

17   you mean.

18   BY MR. WILSON:

19       Q.    You described a change in the diameter from

20   your pinching the vein together?

21       A.    Yes.

22       Q.    And my question is that a natural effect of

23   your pinching the -- is the decrease in diameter a

24   natural effect of your pinching the vein?

25                   MR. ALBERT:  Objection.

DEL VECCHIO REPORTING SERVICES, LLC

1          THE WITNESS:  Yes also.

2    BY MR. WILSON:

3        Q.    Dr. Puglisi, tell me whether you see the

4    resistance that you were talking about that you were

5    feeling for in this next frame of video.  Here?

6          MR. ALBERT:  Objection.

7          THE WITNESS:  Is the same resistance

8    that you feel when a fish hangs on on the hook.

9    BY MR. WILSON:

10       Q.    And did that happen every time you fired the

11   laser fiber?

12       A.    Yes.  I have to say that that is an

13   important effect.  I have to say also that the effect

14   of the laser, laser does not appear only in the moment

15   that is applied, the light is applied because it goes

16   on for days afterwards.

17          MR. ALBERT:  Objection move to strike.

18   BY MR. WILSON:

19       Q.    Dr. Puglisi, did you observe histological

20   changes that happened later several days after the

21   procedure?

22       A.    Yes we had done that removing pieces of

23   vein.

24       Q.    And so you noticed through your histological

25   work, well did you notice through your histological

1    vein and to close the ramification that goes up to

2    this Saphena vein, I introduced the optic cable there.

3         Q.   Dr. Puglisi, what shape was the tip of the

4    fiber that you used?

5                   MR. ALBERT:  Objection.

6                   THE WITNESS:  We had experimented with

7    different type of points of value shapes but we

8    realize the best solution was to cut the point of the

9    cable in 90 degrees and use it that way.

10   BY MR. WILSON:

11        Q.   Okay.  Dr. Puglisi --

12                  MR. ALBERT:  Motion to strike.

13   BY MR. WILSON:

14        Q.   What sit that you're doing on the video

15   here?

16        A.   Here I had gone up with the cable on the

17   lateral vein up to the Saphena vein and I am coming

18   back on that lateral vein with a cable.

19        Q.   And what are you doing here Dr. Puglisi?

20        A.   Here I am already closing the cuts that I

21   made in the lower portion of the Saphena position

22   vein.

23        Q.   Now does this continue to be a true and

24   accurate copy of the procedure that you were

25   performing?

1      A.    Yes.  It is a perfect copy.

2      Q.    And the closing at the ankle and at the

3  groin, is that the typical closing procedure that you

4  would do for a stripping procedure?

5              MR. ALBERT:  Objection.

6              THE WITNESS:  Yes, it is.  Yes, it is

7  typical.  Only the French and some other do the

8  stripping from the inguinal position down to under the

9  knee only.

10  BY MR. WILSON:

11      Q.    Now what sort of anesthesia was this patient

12  under?

13      A.    This I don't remember if it was a general

14  anesthesia or spinal anesthesia, but it was not a

15  local anesthesia.

16      Q.    Okay.  Dr. Puglisi, what is it that you are

17  doing on the video now?

18      A.    Here I was demonstrating how to perform the

19  procedure.  It was not necessary to insert then go up

20  on the vein cutting the skin, but you could enter the

21  vein through an incision with a needle without a cut.

22      Q.    Okay.  What is it that you're doing here?

23      A.    I introduce a needle that you can see.  I

24  have entered the vein.  You can see the blood coming

25  out.  I took away -- I took away the core of the

1    needle and I introduce the optic cable that you can

2    see is up to this point now.

3        Q.    And again what was the date that you

4    performed this procedure?

5        A.    The film was recorded May 11, 1989.  Here

6    you are emitting energy in the various point of the

7    vein that we want to close.

8        Q.    And where are you here?  What sort of --

9    what venous structure are you working with here?

10        A.    It's a lateral posterior of the Saphena

11    vein.

12        Q.    And what are you doing now?

13        A.    Here I am cleaning and disinfecting the leg,

14    and I am showing that from the standpoint of not

15    seeing any cut, the result is pretty good.

16        Q.    Okay.

17        A.    The important thing is that you don't have

18    hematomas.

19        Q.    All right.

20        A.    And you don't have lesions of the skin

21    caused by the laser.

22        Q.    Okay.  All right.  And the procedure up

23    until now has continued to be a true and accurate copy

24    of the procedure, of the film of the procedure that

25    you performed in 1989?

DEL VECCHIO REPORTING SERVICES, LLC

1          A.    Yes.   Is done standing.

2          Q.    Dr. Puglisi, describe for me the next step

3     that is discussed in your procedure on page 840.

4          A.    You find that way the big veins which are

5     not sufficient.   In other words, veins which have

6     valves which do not function any more.   And the same

7     way on the inside and outside side of the hip and of

8     the leg.   Therefore, not only the two Saphena veins.

9     The forward and the backward.

10         Q.    Okay.

11         A.    But also the lateral veins and also the

12    perforating veins which communicate between the

13    superficial circle and the deep circles which are not

14    sufficient.

15         Q.    And what do you do after doing your

16    examination and drawing the points that you will need

17    to pay attention to?

18         A.    After -- after this has been done, we mark

19    with the points the drawing as we saw before in the

20    film to indicate like a map to the surgeon.

21         Q.    And this is again a typical practice in the

22    stripping procedure?

23         A.    Only people of no competence don't do that.

24         Q.    Okay.   And after you've mapped the veins,

25    what do you do?

1          A.    The patient is brought to the operating room

2    and laid on the operating table.

3          Q.    And when you put the patient in a horizontal

4    position, does that decrease the diameter of the vein

5    from a standing procedure?

6                    MR. ALBERT:  Objection.

7                    THE WITNESS:  Certainly.

8    BY MR. WILSON:

9          Q.    Now you refer here to a local anesthetic.

10         A.    Yes.  I indicated in this document that the

11   anesthetic procedure that can be used in this

12   procedure are the general anesthesia, spinal

13   anesthesia or local anesthesia.

14         Q.    And in 1989 when this paper was published,

15   was Tumescence or Tumescent anesthesia known as a

16   local or taught as a local anesthesia technique in

17   medical schools?

18                    MR. ALBERT:  Objection.

19                    THE WITNESS:  It was not indicated as

20   Tumescent anesthesia because primarily that kind of

21   anesthesia was used in the school was taught in the

22   schools of plastic surgery.

23   BY MR. WILSON:

24         Q.    I am not so much concerned with whether it

25   was called Tumescent anesthesia, but rather whether

1    the technique of infiltration anesthesia was taught in

2    medical schools in the 1989 time frame?

3                    MR. ALBERT:  Objection.

4                    THE WITNESS:  Yes.  Certainly depending

5    upon the areas where you would have to use it, it

6    would have been taught, yes.

7    BY MR. WILSON:

8        Q.    Were you familiar with this form of

9    anesthesia as a vascular surgeon in 1989?

10                   MR. ALBERT:  Objection.

11                   THE WITNESS:  Not much because at that

12   time there was no mind preparation so to speak to do

13   all these things to be able to release the patient

14   quickly.

15   BY MR. WILSON:

16       Q.    Did you use this infiltration technique as a

17   form of local anesthetic in performing your

18   procedures?

19                   MR. ALBERT:  Objection.

20                   THE WITNESS:  Even if I was not using

21   yet in the year that we are mentioning, 1989 or so, I

22   certainly was using in the nineties in the

23   intervention for the varicose vein.  In the

24   intervention for treatment of hemorrhoidal veins and

25   the intervention for aspiration of fat, in other words

1   the ratio for aspiration of cellulite.

2   BY MR. WILSON:

3       Q.   So you did use this infiltration technique

4   as a form of local anesthetic in doing your

5   procedures?

6                   MR. ALBERT:  Objection.

7                   THE WITNESS:  Naturally.

8   BY MR. WILSON:

9       Q.   And you used that during the -- what time

10  frame did you begin using that as a method of local

11  anesthesia?

12                  MR. ALBERT:  Objection.

13                  THE WITNESS:  I am thinking for certain

14  all the nineties, throughout all the nineties.

15  BY MR. WILSON:

16      Q.   And approximately what percentage of your

17  procedures did you use this form of local anesthetic?

18                  MR. ALBERT:  Objection.

19                  THE WITNESS:  In case of vein, 50 or

20  60 percent.  60 percent for sure.  In liposuction

21  always.  In hemorrhoidal intervention, 60 percent

22  also.

23  BY MR. WILSON:

24      Q.   Do you know of other vascular surgeons who

25  were using this sort of infiltration or Tumescent

1    anesthesia in the early 1990's on this region of the

2    leg?

3                    MR. ALBERT:  Objection.

4                    THE WITNESS:  Certainly.  But Calini

5    and Spreafico and Battaglini in Padua that is school

6    which was teaching this type of procedure for any kind

7    of veinal intervention.  This is just as an example.

8    This just to make an example that this was a school

9    that was teaching this type of procedure throughout

10   Italy.

11   BY MR. WILSON:

12       Q.    And this was in the early 1990's?

13       A.    Now I don't remember exactly the year, but

14   it could have been '92.

15       Q.    And what sort of, what sort of anesthesia

16   was used in that Tumescent technique?

17                   MR. ALBERT:  Objection.

18                   THE WITNESS:  You would use mostly

19   Carbocaine or Lidocaine.  That was at that time.

20   Today you use other anesthetics; for example,

21   Miepocaine (ph).

22   BY MR. WILSON:

23       Q.    So in the early 1990's, you were using

24   Lidocaine as an ingredient in your Tumescent

25   anesthesia?

      A.    Yes.

      Q.    Do you know if that was also being taught in
this school that you referred to that was teaching
this Tumescent anesthesia technique throughout all of
Italy?

                    MR. ALBERT:  Objection.

                    THE WITNESS:  No.  I don't know, but I
think they did.

BY MR. WILSON:

      Q.    Did you ever use -- did you ever use
Epinephrine in your Tumescent anesthesia?

      A.    No.  I did not like Epinephrine because if
the Epinephrine enter a vein, it could cause change of
heart frequency of, and therefore, I was not thinking
that the advantage of using that would justify the
risk.

      Q.    Do you know of -- do you know whether the --
whether any of the anesthesiologists that you worked
with used Lidocaine and Epinephrine in the Tumescent
anesthesia techniques that they practiced?

                    MR. ALBERT:  Objection.

BY MR. WILSON:

      Q.    And Lidocaine.

      A.    Yes, it could be.

      Q.    In the next step you talk about isolating

1    the Saphena vein as scarfous (ph) triangle, and

2    isolating the root of the Saphenous vein.  Are those

3    again steps in the traditional stripping method that

4    were taught in medical school?

5        A.    Yes, they would do that.

6        Q.    Can you tell me whether you observed --

7    strike that.  Did isolating the Saphenous vein cause

8    additional decrease in diameter of the vein?

9                MR. ALBERT:  Objection.

10               THE WITNESS:  Certainly, because you

11   were traumatizing the vein and certainly that was

12   causing reduction of the diameter.

13   BY MR. WILSON:

14       Q.    Does your paper -- does your paper describe

15   a particular -- strike that.  So up until this point

16   here where you talk about introducing an optical fiber

17   in the transfer, page 840 through 841, was this

18   procedure exactly the same as a traditional stripping

19   method?

20               MR. ALBERT:  Objection.

21               THE WITNESS:  Up to this point, yes.

22   BY MR. WILSON:

23       Q.    And what was the next step in your

24   procedure?

25       A.    The next step would have been introducing

99

1          A.    It must have been in 1993.  Either '92 or

2     '93.  I can check here.   1992.

3          Q.    And you remember seeing this video presented

4     in 1992?

5          A.    Yes.

6          Q.    And did this video present essentially the

7     same procedure that you taught and publicized in 1989?

8                    MR. ALBERT:  Objection.

9                    THE WITNESS:  Yes, it is the same

10    except that it is being done with a different laser.

11    BY MR. WILSON:

12         Q.    Okay.  Just one last question.

13                   MR. WILSON:  Do you want to take a

14    quick break?

15                   MR. VITT:  I do, yes.

16                   MR. WILSON:  Let's take a quick break.

17                   THE VIDEOGRAPHER:  Going off the record

18    at 5:38 p.m.

19                   (A break was taken.)

20                   THE VIDEOGRAPHER:  Back on the record

21    at 5:50 p.m.

22    BY MR. WILSON:

23         Q.    Dr. Puglisi, we discussed earlier the

24    reduction in the diameter of the blood vessel, I

25    believe that you -- strike that.

1        Q.   Dr. Puglisi, how does this method differ

2    from the method that you presented in your paper?

3                    MR. ALBERT:  Objection.

4                    THE WITNESS:  It differs in the sense

5    that I presented a surgical methodology which

6    considered the isolation of the Saphenous vein in a

7    surgical way.  Today, there is, there are people that

8    say that this is not necessary any more because you

9    don't have to close the vein at the cross, but this is

10   something still in discussion at the level of the

11   phlebology societies.

12   BY MR. WILSON:

13       Q.   Are there any other differences between the

14   procedure that you practiced and the procedure shown

15   in Defendant's Exhibit 14?

16       A.   Another difference is that I was introducing

17   an optical fiber which is covered as a cover.

18   Therefore, I had diameter of about a millimeter and a

19   half, and consequently, it does not point inside the

20   vein and I could put it directly inside the vein and

21   go.  Today the fibers are much thinner, not because

22   they are not supposed to be so wider but because they

23   don't have the outside cover.  Therefore, not having

24   the external cover the optic wire, you must provide

25   the temporary cover which is the dilatation cover

1    which they mention here.

2             I repeat, from the origin fiber that I

3    use was a 600 to 800 microns which got to a millimeter

4    and a half with its cover.  That way I could introduce

5    it directly.  Today the fiber is not covered any more.

6    Therefore, is too thin being less than 600 microns.

7    If I put it in through a vein, it will hold the vein

8    and come out of the vein.  Therefore, you need the

9    dilatation cover to put the guide and then you need

10   the dilatation cover also for the fiber to go up in

11   the vein.

12            Is like saying that the car of 1989 is

13   not any more a car of today.  The car is still the

14   same, built with the same systems that how to say with

15   the presumption of going the same way.

16       Q.    Do you see any difference in terms of --

17   well, are there any other differences between your

18   procedure and this procedure featured on Defendant's

19   Exhibit 14?

20       A.    No.  The procedure is very similar.  It has

21   the origin in that one and that then has been modified

22   obviously.  The original concept was to bring a laser

23   impulse of energy inside the vein period.  Is like

24   saying I have to run with the car with four wheels

25   period.  Then I can change the aesthetic of the car or