

Gerald V. O'Reilly, M.D.
Vincent M. Colucci, B.A.
Donald G. Astorian, B.A.
William C. Schoene, M.D.
Richard H. Clarke, Ph.D.
Steven B. Hammerschlag, M.D.

# Transcatheter Fiberoptic Laser Coagulation of Blood Vessels[1]

In ten rabbit ears the central auricular artery was percutaneously catheterized and subjected to doses of laser energy transmitted through a flexible optical fiber within the artery. Arterial occlusion was not produced in the initial three ears using energy levels less than 600 mW. Higher levels of laser energy, in the range of 800–1000 mW, caused arterial coagulation in six of the remaining seven rabbit ears. Serial observations by transillumination of the ears, postmortem angiography, and histologic examination demonstrated complete arterial ablation. The experiments showed that segmental arterial ablation is feasible using an intra-arterial optical fiber to direct laser energy to a specific arterial target. Technical refinements and potential therapeutic applications are discussed.

Index terms: Arteries, therapeutic blockade, 9.129 • Laser

Radiology 142: 777–780, March 1982

[1] From the Departments of Radiology (Neuroradiology) (G.V.O'R., V.M.C., S.B.H.) and Pathology (Neuropathology) (W.C.S.), Harvard Medical School and Brigham and Women's Hospital, and the Department of Chemistry (D.C.A., R.H.C.), Boston University, Boston, MA. Presented at the Sixty-seventh Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 15-20, 1981. Received Sep. 2, 1981; accepted Oct. 16, 1981.
This work was funded by a Biomedical Research Support Grant from the Brigham and Women's Hospital, Boston, MA. The laser was provided to R.H.C. under DHEW Grant # CA17922.
[2] Jelco Laboratories, Raritan, NJ, Catalogue # HRI 8003-00-4050
[3] Cook Inc., Bloomington, IN, Catalogue #SOWS-PCF-MLL
[4] Spectra-Physics, Mountain View, CA
[5] A. W. Vincent Associates Inc., Rochester, NY, Uni-Blitz Shutter
[6] Quartz Products Corp., Plainfield, NJ, Fiber: QSF-A-200

AT PRESENT the only accepted surgical therapy for a ruptured intracranial aneurysm necessitates ligating the aneurysm neck under direct vision *via* a craniotomy. Several other methods have been developed to isolate intracranial aneurysms from the adjacent blood stream. These include injecting foreign substances such as hairs (1) or iron-acrylic material into the aneurysm (in conjunction with an externally placed magnet) (2), or intraluminally introducing an inflatable balloon into the aneurysm cavity by means of superselective catheterization of the cerebral arteries (3). However these techniques have only rarely been of clinical use; the ideal way of excluding an aneurysm with no manipulation of the aneurysm wall has yet to be determined.

Photocoagulation of blood vessels has been well established in ophthalmological practice, where laser energy is used to coagulate diabetic retinal neovascularity (4). More recently the advent of flexible optical fibers has allowed the endoscopic transmission of laser energy to coagulate bleeding gastric ulcers (5).

In an effort to find a new means of treating intracranial aneurysms we are developing an arterial catheter approach for directing a laser beam into an aneurysm sac from within the arterial system. Our initial investigation has examined the feasibility of transmitting laser energy intra-arterially using a catheter-fiberoptic system.

## MATERIALS AND METHODS

Ten 4-kg New Zealand white rabbits (full-lops) were anesthesized with intravenous sodium pentobarbital (Nembutal, Abbott) 15 mg/kg following premedication with intramuscular chlorpromazine (Thorazine, Smith, Kline and French) 5 mg/kg. Both ears were shaved of fur. The ears were photographed by transillumination with a cool bright light source to record the appearance of the untreated arteries. The central auricular artery in one of the rabbit's ears was cannulated percutaneously in a retrograde direction with a 1-inch (2.5-cm) 22-g catheter placement unit[2] and irrigated with heparinized saline through the sidearm of an attached stopcock.[3]

A Spectra-Physics[4] Argon laser (Model 164) capable of delivering a maximum power of 1400 mW at a wavelength of 514.5 nm was used as a light source for the experiments. The power output of the laser was controlled and adjusted by a Spectra-Physics exciter (model 265). The laser beam was transmitted through a shutter[5] that controlled the duration of the exposure. Beyond the shutter a 2-inch (5.0-cm) diameter plano-convex lens (focal length 4 cm) was inserted to focus the beam onto the end of a quartz optical fiber (core diameter 200μm).[6] The fiber was prepared by cutting and stripping a 5-mm length of the Teflon coating and silicone cladding from each end. A "scribe and break" technique, using a tungsten-carbide scriber under 10× magnification, produced a flat surface to the ends of the quartz core.

ANG 26100

Supplied by the British Library - "The world's knowledge" www.bl.uk

Figure 1



Experimental arrangement for the intra-arterial transmission of laser energy.

The fiber was aligned to the laser with a four-way fiberoptic positioner.[7] This was adjusted until maximum power transmission was obtained from the arterial end of the fiber as measured by an optical power meter.[8] The power output of the fiber was then altered to the desired level by monitoring the optical power meter while adjusting the laser power supply. The arterial end of the fiber was then introduced through the catheter into the central auricular artery to a point 1 cm beyond the catheter (Fig. 1).

By trial and error, powers of 800-1000 mW at exposures of 60-120 seconds were found to cause visible arterial occlusion. The optical fiber was removed and hemostasis at the arterial puncture site accomplished by manual pressure for five minutes. The other ears of three rabbits served as controls. They were subjected to the catheter and fiber introduction but without the laser application.

The ears of all the rabbits were rephotographed immediately by transillumination and then at monthly intervals to ascertain the permanence of the arterial closure. Gross appearances of the skin were photographically recorded at the same time using reflected light. The rabbits were finally killed and postmortem angiography was performed on the ears. Histological studies included blocks of tissue taken proximal to, at the edge of, through, and distal to the segment of the central auricular artery where laser energy had been administered. The histological sections were stained by hematoxylin and eosin and elastic van Giesen methods.

### RESULTS

In the initial three rabbits no arterial occlusion was obtained because of the low levels of laser energy used. However, using higher levels of energy, in the range of 800-1000 mW, arterial coagulation was achieved in six of the next seven rabbits. The immediate effect following the laser application was a small localized skin blister through which the blackened outline of the occluded artery was observed. The arterial burn occurred just distal to the tip of the optical fiber and extended proximally (i.e., away from the optical fiber tip) for 2-3 mm. The combination of a blister and an arterial burn always resulted in arterial occlusion (TABLE I). On withdrawal of the optical fiber no blood flow occurred. The tip of the optical fiber was observed in all cases to be completely free of blood clot or debris. Measurement of the power delivered at the optical fiber tip showed no change from the precatheterization level. Following the arterial coagulation no case of arterial rupture occurred.

We have no explanation for the failure of Rabbit No. 6 to respond to the laser therapy, despite repeated exposures. It is possible that fluctuation of power may have caused a lowering of energy output during the procedure. Apart from this one failure there was consistent permanent arterial coagulation in six rabbit ears when approximately 1000 mW was transmitted for 60 seconds.

The small skin blister, visible on

---

[7] Newport Research Corp., Fountain Valley, CA, Catalogue #FP-2 & SP-4
[8] Coherent Inc., Palo Alto, CA, Model 201

TABLE I: Results of Laser Exposure on Rabbit Ears

| Rabbit No. | Laser Power (mW) | Duration (sec) | Immediate Result in Ear | Killed | Final Result |
|---|---|---|---|---|---|
| 1 | 300 | 5 × 1-sec Pulse | none | no | patent |
| 2 | 350 | 10 | blister | died after 2 wk from unrelated cause | patent |
| 3 | 550 | 60 | blister + burn | 6 mo | patent |
| 4 | 800 | 60 | blister + burn | 6 mo | occluded |
| 5 | 1000 | 60 | blister | 4 mo | occluded |
| 6 | 850 | 60 + 30 + 60 + 15 | blister + burn | 3 mo | patent |
| 7 | 1000 | 60 | blister + burn | 3 mo | occluded |
| 8 | 850 | 60 | blister + burn | 2 mo | occluded |
| 9 | 900 | 60 + 120 | blister + burn | 2 mo | occluded |
| 10 | 900 | 60 | | | occluded |

ANG 26101

O'Reilly and Others

Supplied by the British Library - "The world's knowledge" www.bl.uk

both sides of the ear, occurred in nine of the rabbit ears. Healing occurred quickly in eight ears. In Rabbit No. 4 tissue necrosis occurred at the site of the blister, causing a small hole through the full thickness of ear before complete healing occurred. In the ears with an arterial occlusion, the blackened arterial segment resulting from the laser burn disappeared within four weeks, leaving a circular hyperemic area without gross evidence of an artery. The final result was a small subcutaneous nodule, visible and palpable at the laser coagulation site.

The rabbits were killed at various time intervals during the following six months and both ears were dissected free. Magnification angiography was carried out after direct cannulation of the central auricular artery at the root of the ear. Arterial obstruction was seen to extend retrogradely to the origin of the nearest proximal collateral artery (Fig. 2). No other vessels were affected by the coagulation.

Angiography was not performed immediately after the laser application, however, there was never clinical evidence of distal ischemia in any of the rabbit ears. Postmortem angiography performed 2–6 months after the laser application revealed no radiographic evidence of distal emboli.

Study of the histological sections showed a sequence of changes in the central auricular artery as it passed through the region of laser injury. Proximal to the skin nodule the artery was normal (Fig. 3a). At the edge of the skin nodule there was intimal proliferation with a normal elastic lamina, media, and adventitia (Fig. 3b). Still deeper in the lesion the arterial lumen was filled in by fibrous tissue with an intact elastic lamina and a fibrotic media (Fig. 3c). In the center of the laser injury complete obliteration of the artery had occurred, with replacement by connective tissue (Fig. 3d).

In the three control rabbit ears no arterial occlusion or damage occurred as a result of the arterial puncture and optical fiber introduction. This was confirmed visually and by angiography and histologic study.

## DISCUSSION

Our results show that focal coagulation of an artery at a predetermined site can be achieved using laser energy transmitted through an optical fiber within an intra-arterial catheter. The principle of our technique was simple and used readily available equipment and technology. We were able to produce a selective and controllable thermal injury that resulted in total arterial ablation without vascular rupture or aneurysm formation.

Of the ten arteries in which coagulation was attempted, the first three were trial studies to establish a useful level of laser energy (TABLE I). Six of the next seven arteries were focally coagulated just beyond the optical fiber tip. A sequence of histological changes occurred to the artery as it passed through the region of laser injury. These changes ranged from a normal artery proximally to complete obliteration of the artery with connective tissue replacement in the center of the lesion.

The argon laser emits light in the blue-green range, which is highly absorbed by red surfaces, making it ideal for photocoagulating red-cell-containing blood vessels. Coagulation of these red vascular structures without involvement of neighboring structures occurs because 70% of the red of hemoglobin is receptive to the wavelengths of the argon laser (488 to 514.5 nm).

In 1973, Nath et al. (6) first reported argon laser transmission via a quartz optical fiber inserted into a gastrointestinal fiberoptic endoscope. Since then endoscopic laser photocoagulation has become an accepted technique capable of stopping upper gastrointestinal bleeding. In the stomach, the tip of the optical fiber is kept at a distance of 2–3 cm from the mucosa and aimed visually at the bleeding site. Vascular coagulation is then accomplished with a burst of laser energy. To cause arterial closure at more distant intestinal sites, angiographic techniques are used. These entail intra-arterial selective catheterization with the infusion of vasoconstricting substances or the embolization of particles directly into the bleeding artery. We have developed these principles so that an angiographic technique is used to transmit laser energy intra-arterially. Because optical fibers are flexible they can be fed through an intra-arterial catheter, in the same manner as a guide wire, to a site predetermined for laser arterial coagulation.

Advances in laser photocoagulation of vascular lesions of the retina led Maira et al. (7) to investigate the effect of light energy on experimentally produced vascular pouch aneurysms grafted to the carotid arteries in the



Figure 2

Postmortem angiogram of the left ear of Rabbit No. 5. The central auricular artery is focally occluded at the site of laser administration. The artery was punctured percutaneously (arrow) to introduce the catheter and optical fiber in a retrograde direction.

necks of 25 rabbits. They demonstrated that by directing a laser beam onto the external surface of a surgically exposed aneurysm, immediate or early intra-aneurysmal thrombosis occurred, leading to total occlusion, at the same time preserving blood flow in the parent vessel. They found that even incomplete aneurysm occlusion was accompanied by fibrosis of the aneurysm wall.

Future application and development of transcatheter fiberoptic laser coagulation will depend on the incorporation of advances in optical fiber design and construction. Fibers with a precision optical finish at the arterial end will enable accurate laser transmission. Gastroenterologists are presently using fibers with a specially ground optical lens finish that allows the divergent angle of the emitting laser beam to be varied (5). The use of plastic-core fibers that have a high degree of flexibility may be the means for negotiating acute vascular angles in regions of arterial tortuosity.

Supplied by the British Library - "The world's knowledge" www.bl.uk

Figure 3



Rabbit No. 5 (left ear): sequential changes in the central auricular artery as it passed through the region of laser injury (hematoxylin and eosin, X100).
a. Normal artery in the catheterized segment proximal to the site of laser injury.
b. At the edge of the laser injury intimal proliferation has taken place.
c. Close to the site of maximal injury the arterial lumen is replaced by fibrous tissue with fibrosis in the arterial wall.
d. At the site of maximal laser injury the central auricular artery is completely obliterated and replaced by collagen.

At the present time further animal studies are necessary, firstly to define the optimum energies and wavelengths for arterial coagulation, and secondly to ablate experimental aneurysms via an endovascular approach.

In conclusion, this study has shown for the first time that an artery can be focally coagulated from within, using laser energy transmitted by a catheter-fiberoptic system.

Acknowledgments: We would like to thank Daniel K. Kido, M.D., from whose initial suggestions this project arose. We are grateful to Ruth Hoare in the Division of Neuropathology for the histological preparations.

Department of Radiology
Brigham and Women's Hospital
75 Francis Street
Boston, MA 02115

## References

1. Gallagher JP. Pilojection for intracranial aneurysms. J Neurosurg 1964; 21:129-134.
2. Alksne JF, Smith RW. Stereotaxic occlusion of 22 consecutive anterior communicating artery aneurysms. J Neurosurg 1980; 52:790-793.
3. Taki W, Handa H, Yamagata S, Matsuda I, Yonekawa Y, Ikada Y, Iwata H. Balloon embolization of a giant aneurysm using a newly developed catheter. Surg Neurol 1979; 12:363-365.
4. Little HL. Argon laser photocoagulation of proliferative diabetic retinopathy. In: Zweng HC, ed. Recent advances in photocoagulation. International Ophthalmology Clinics. Boston: Little, Brown & Co., 1976:79-103.
5. Silverstein FE, Auth DC, Rubin CE, Protell RL. High power argon laser treatment via standard endoscopes. I. A preliminary study of efficacy in control of experimental erosive bleeding. Gastroenterology 1976; 71:558-563.
6. Nath G, Gorisch W, Kiefhaber P. First laser endoscopy via a fiber-optic transmission system. Endoscopy 1973; 5:208-213.
7. Maira G, Mohr G, Panisset A, Hardy J. Laser photocoagulation for treatment of experimental aneurysms. Journal of Microsurgery 1979; 1:137-147.

ANG 26103