Lasers in Surgery and Medicine 35:354–362 (2004)

# Imaging of Small Vessels Using Photoacoustics: An In Vivo Study

Ronald I. Siphanto, MD,[1]* Roy G.M. Kolkman, PhD,[2] Arjan Huisjes, MSc,[2] Magdalena C. Pilatou, PhD,[2] Frits F.M. de Mul, PhD,[2] Wiendelt Steenbergen, PhD,[2] and Leon N.A. van Adrichem, MD, PhD[1]

[1]*Erasmus MC—University Medical Center Rotterdam, Department of Plastic and Reconstructive Surgery, 3000 DR Rotterdam, The Netherlands*
[2]*University of Twente, Enschede, Faculty of Science and Technology, Biophysical Engineering, The Netherlands*

**Background and Objectives:** The ability to correctly visualize the architectural arrangement of microvasculature is valuable to many diverse fields in medicine. In this study, we applied photoacoustics (PA) to obtain high-resolution images of submillimeter blood vessels.
**Study Design/Materials and Methods:** Short laser pulses are used to generate ultrasound from superficial blood vessels in several animal models. From these ultrasound waves the interior of blood vessels can be reconstructed.
**Results:** We present results from a novel approach based on the PA principle that allows specific in vivo visualization of dermal blood vessels without the use of contrast agents or ionizing radiation.
**Conclusions:** We show PA images of externalized blood vessels and demonstrate in vivo PA imaging of vasculature through layers of skin varying in thickness. Lasers Surg. Med. 35:354–362, 2004.   © 2004 Wiley-Liss, Inc.

**Key words:** optoacoustics; 3-D imaging; microvasculature; vascular anatomy; epigastric flap; skin; plastic surgery

## INTRODUCTION

The ability to accurately characterize the microvascular anatomy is valuable to many diverse fields in medicine such as, plastic surgery [1], dermatology, and in scientific areas such as vascular and cancer research [2]. Clinicians would greatly benefit from a noninvasive technique that allows accurate visualization of medical conditions related to the vasculature of the skin and underlying tissues. For example, laser treatment has been used in the therapeutic approach of haemangiomas and telangiectasia. For optimal treatment result of haemangiomas knowledge is required about the depth of the lesion in regard to superficial or subcutaneous involvement of the lesion [3,4] or accurate estimation of vascular diameters in telangiectasia [5]. Furthermore, skin tumors have a distinctly different vascular pattern. By examining this peculiar pattern, differentiating skin tumors can be accomplished which has therapeutic consequences [6]. The currently available optical methods such as intravital fluorescence microscopy provides direct access to microvasculature but is limited to the upper layers because of severe light scattering by tissue and is restricted to animal research due to the possibility of unwanted phototoxic effects [7]. Confocal scanning microscopy can be performed using a laser and has the advantage of strong illumination power, but only a very small part of the tissue at a particular focus point is imaged. Furthermore, transparency of the sample is still required to illuminate deeper tissue structures for visualization. Confocal microscopy in turbid media, such as vascularized dermal tissues is hindered by scattering and absorption, limiting the practically penetration depth to 200–300 µm [8]. Photoacoustics (PA) has the potential to provide detailed 3-D structural information about the microvasculature up to a depth of 6–10 mm completely noninvasive.

PA is a developing imaging technique capable of visualizing microvasculature. PA refers to the interaction of intensity-modulated light with matter and the subsequent generation of acoustic pressure waves (ultrasound). For medical PA imaging of small blood vessels, pulsed laser light is used to illuminate tissue vasculature. The emitted laser light is absorbed by the blood, which is followed by thermoelastic expansion [9]. This results in generation of acoustic pressure waves propagating through the tissue in all directions. These acoustic waves can be detected on the skin surface using an optical [10,11] or a piezoelectric detection method [12]. Using information on the pressure wave's amplitude, directivity and time difference between sending a laser pulse and receiving the pressure wave, the interior of blood vessels can be reconstructed [13].

Köstli et al. [14] have imaged biological tissues by scanning an annular detector over the tissue surface. Layered tissue structures have been studied by Paltauf et al. [15,16]. Oraevsky et al. [17] have developed a laser optoacoustic imaging system (LOIS) for mammography. Optical inhomogeinities (tumors) with millimeter sizes have been imaged in phantoms and in vivo [17,18]. Kolkman et al.

Contract grant sponsor: Dutch Technology Foundation; Contract grant number: TTN.4662.
*Correspondence to: Ronald I. Siphanto, MD, Erasmus MC—University Medical Center Rotterdam, Department of Plastic and Reconstructive Surgery, Room Ee 1591, PO Box 1738, 3000 DR Rotterdam, The Netherlands. E-mail: rsiphanto@hotmail.com
Accepted 4 August 2004
Published online in Wiley InterScience (www.interscience.wiley.com).
DOI 10.1002/lsm.20100

© 2004 Wiley-Liss, Inc.

[19] have used a double ring photoacoustic detector to two-dimensionally image single blood vessels in the human wrist. Kruger [20] has described a methodology for making 2-D thermoacoustic images using a conventional linear transducer array, however, this study was performed on sacrificed mice. Wang [21] has reported non-invasive and in vivo functional and structural imaging of the rat brain. In that study anesthetized rats were completely submersed in water for PA data acquisition while making scans around the rat's head.

In this study, we assess the applicability of the PA technique in reflection mode as a non-invasive high-resolution in vivo imaging method for the spatial anatomic structure of superficial small vessels. Our setup allowed scanning in a plane, which can be applied to various body parts, without the need to scan around the subject like Kruger [20] and Wang [21] did in their experiments. We performed PA imaging on submillimeter vessels from the externalized mesenteric vasculature in rats. Furthermore, we demonstrate in vivo PA imaging through a thin layer of skin in the auricular vasculature of rabbits and through a thicker layer of skin in the epigastric flap in rats.

## MATERIALS AND METHODS

### Photoacoustic Setup

The PA setup is illustrated in Figure 1. The light source used was a frequency doubled Nd:YAG laser (LS 2139, Lotis TII, Belarus) which produces green light at 532 nm in 14 nanosecond pulses with a repetition rate of 50 Hz. The laser-beam was splitted into four equal beams and the green light of these beams was coupled into four fibers with a core diameter of 600 μm. The four fibers were integrated in the detector head so that measurements could be carried out in backward mode. The output energy of the fibers was maintained at approximately 2–3 mJ/pulse. The fibers were placed symmetrically around the active area of the sensor in a circle of 1.67 mm radius. The distance between the detector and the sample surface was ~5 mm in all experiments. This resulted in an irradiated area on the sample surface of 0.15 cm. Thus, the energy density used in all experiments was below 20 mJ/cm$^2$. The gap between the detector and the sample surface was filled with ultrasound gel (Sonogel, Bad Camberg, Germany) that served as acoustic coupling medium for the pressure waves. This ultrasound gel is optical transparent at the used wavelength of 532 nm. To be able to scan the sensor over the tissue surface, the sensor was mounted to an XY-scanning system. This scanning system consisted of two translation stages operated by stepper motors. The maximum area that could be scanned with this system was $25 \times 25$ mm$^2$. In our experiments we have used scanning step sizes of 100 and 200 μm.

A self-built disk shaped piezoelectric detector with an active element with a diameter of 200 μm was used to detect the acoustic waves. In this sensor a 9 μm thin layer of polyvinylidene difluoride (PVdF, Piezotech S.A., Saint Louis, France) film was used as piezoelectric material. A preamplifier (CLC425) was integrated in the sensor. The amplifier system acted as a high-pass filter with a cut-off frequency of 1 MHz to eliminate spectral noise contributions below 1 MHz. The bandwidth of the sensor was about 65 MHz [12]. The PA time traces detected by the sensor were digitized by a 500 MS/s PCI Digitizer (DC265, Acqiris, Geneva, Switzerland) and the acquisition was synchronized on the Q-switch trigger generated by the laser. Next, the data was transferred to a computer for subsequent data processing. The measured PA time traces contain information about the position of the photoacoustic sources. This position can be determined from the propagation time (time-of-flight) of the acoustic transient to reach the detector. For reconstruction of the PA dataset a weighted delay-and-sum focused beam forming algorithm described previously was used [22,23]. This algorithm converts the peak-to-peak values of the photoacoustic signal into scalar values as a function of depth. The image stack is projected along the axis perpendicular to the image plane (z-axis). Average intensity projection generates an image, where each pixel stores the average intensity over all images in the stack at the corresponding pixel locations. To subsequently



Fig. 1. Schematic diagram of the photoacoustic setup.

display the reconstructed dataset three-dimensionally, we applied an isosurface volume-rendering program using a ray tracing method that computes the ray-isosurface intersection numerically.

**Rat Mesenteric Vasculature**

Male Wistar rats weighing approximately 350 g were used for this experiment. Anesthesia was achieved by an intraperitoneal injection of 12.5% urethane (ethylcarbamate, Sigma, Zwijndrecht, The Netherlands) in a saline solution (0.9% NaCl). A midline incision was made from the pubic bones to the xyphoid. Fatty tissue was lateralized and the mesenteric vasculature was carefully externalized and spread over a saline saturated gauze platform. The mesentery was covered with sufficient amounts of ultrasound gel (Sonogel) that prevented dehydration. At the same time the gel served as an acoustic coupling medium for the photoacoustic pressure waves. After completion of data acquisition, the rats were sacrificed by an administered overdose of pentobarbital.

**Rabbit Ear Vasculature**

A total of three New Zealand White rabbits with a body weight between 3.7 and 3.9 kg were used for this experiment. The animals were purchased from Harlan (Horst, The Netherlands). Induction of anesthesia was performed with intramuscular (i.m.) injection of 0.1 ml/kg Hypnorm (fentanyl 0.315 mg/ml and fluanisone 10 mg/ml, Janssen-Cilag Ltd., Buckinghamshire, UK) followed by endotracheal intubation. Anesthesia was maintained by a mixture of 1% isoflurane in ambient air with added oxygen. Supplemental injections of 0.5 mg/kg pancuronium bromide (Pavulon) i.m. and intravenously (i.v.) administered fentanyl kept the rabbits motionless throughout the experiment. Fluid homeostasis was kept constant by regular infusion of saline solution. Body temperature was maintained at 37.5–38.5°C by an electric heating blanket and continuously monitored with a rectal probe. After achieving a deep level of anesthesia, the rabbit ear was shaved with a veterinary shaving device and subsequently a depilatory cream was used. The rabbit ear was secured with medical tape on a scanning stage and the region of interest was covered with sufficient amounts of ultrasound gel. The dorsal surface of the rabbit ear has been imaged. After completion of PA scanning, a cannula was introduced into the central auricular artery and secured with several ligatures. The cannula diameter was chosen of approximately the same vessel diameter to provide a tight fit. Subsequently saline at body temperature was gently injected into the rabbit via the cannula. Finally, after flushing of the ear vasculature, the rabbit was sacrificed by an overdose of pentobarbital.

**Epigastric Flap**

The epigastric skin flap model used for this study has been previously described by Petry and Wortham [24] with a modification in flap design. Rats weighing approximately 350 g were anesthetized with an intraperitoneal injection of 1 ml urethane per 100 g bodyweight. The animals breathed spontaneously and were placed in supine position on a heating blanket. The right groin was carefully shaved without causing any injuries to the skin. The contour of a rectangle flap area of 4×5 cm was drawn in the right groin with a surgical marker. This region was marked by the medial sagital line, the right costal arch, the right axillary line and a line drawn from the pubic bone to the axillary line. The flap consisted of full-thickness skin, subcutaneous fat, and the panniculus carnosus. The flap was surgically raised for orientation of the superficial epigastric vessel branches. Within the flap area a smaller scanning area of 1×1 cm was defined, where the lateral branch of the superficial epigastric vessel could be identified and photographed. This scan area was marked on the skin side by medical tape. The base of the flap was not damaged and subsequently the flap was returned to its native configuration using interrupted 5-0 non-absorbable sutures. To maintain blood pressure 1 ml of saline solution was injected subcutaneously every hour. Finally the photoacoustic detector was positioned in the center of the marked area on the skin side of the resutured flap. All animal experiments were performed under an approved animal care protocol of the Erasmus MC, Medical University Center Rotterdam.

## RESULTS

**Rat Mesenteric Vasculature**

Figure 2A shows an anatomical photograph (I) of the mesenteric vasculature in a Wistar rat, together with the average intensity projection (II) and a slice in z-direction (III). The position indicated by the arrow in (II) is shown as a slice in depth (III). The microvascular architecture of the rat's mesentery is clearly recognizable in the PA images. The slice in depth (Fig. 2A-III) shows a smaller artery appearing below the larger vein. In the 3-D representation, illustrated in Figure 2B, this artery running parallel and under the vein can be observed. The diameter of the vein measured approximately 320 µm as estimated from a scale grid. The smaller artery had a diameter of 280 µm. The scanning area was 10×10 mm, using 51 steps in X and Y-axis with a step size of 200 µm.

**Rabbit Ear Vasculature**

The rabbit ear was stabilized in a vertical position and transilluminated for photography of the auricular vasculature. A representative overview of one of the scanned rabbit ears is shown in Figure 3. The major arteries and veins are located between the central layer of cartilage and the dorsal skin. The skin overlying the imaged vasculature measured on average 350 µm in thickness. Furthermore, Figure 3 shows close-up photographs of the vascular anatomy and results of PA scanning using average intensity projection along depth of the dataset.

The central auricular branch (also named central ear artery) and the rostral auricular branch form the major source of blood supply to the rabbit ear [25]. The upper close-up photograph of the rabbit ear vascular anatomy shows small branches from the central auricular branch.

The vessels break into capillaries at the margin of the ear. The scanning step size in X and Y-direction was 100 μm for both images. The smallest visualized vessel in this specific region of the ear has a diameter of approximately 140 μm, estimated from a reference scale grid. The vessels in the lower photograph are tributaries from the rostral auricular vein. The smallest vessel visualized with PA in this region has a diameter size of approximately 150 μm as measured from a reference grid.

### Flushing of the Rabbit Ear

The detector was positioned above a fixed location of the rabbit ear vasculature (halfway distally above the central auricular branch) and the PA signal of this point was monitored continuously for 28 seconds. Subsequently, the ear was flushed with saline for a period of 35 seconds. As a result of flushing the ear became pale and a decrease in peak-to-peak value of the PA signal was noticed, as shown in Figure 4A. When flushing was ceased, a gradual return of the signal to its original value was observed. In Figure 4B, photoacoustic time traces before and during flushing with saline are shown. As a result of flushing, the photoacoustic signal generated by blood inside the vessel ($t = 3.85–3.95$ seconds) almost completely disappeared. The signal generated by the overlying skin (between $t = 3.65$ and $3.75$ seconds) however maintained visible during the flushing procedure.

### Rat Epigastric Flap

The vascular distribution in the flap is mainly comprised of the medial and lateral branches of the epigastric artery (see Fig. 5A). The diameter of the lateral branch of superficial epigastric artery scanned by the photoacoustic detector measured 0.9 mm estimated by microscopy. The scanning area was $10 \times 10$ mm, using 101 steps in X and Y-axis with a step size of 100 μm. Figure 5B shows the



Fig. 2. **A:** Anatomic photograph (I) of the externalized mesenteric vasculature in a rat. Image (II) shows the result of photoacoustic imaging presented as a two-dimensional image using average intensity projection along depth. Image (III) represents a slice in the z-direction (depth, same scale as in I and II) at the position indicated by the arrow in image (II). Voxel size is (X-Y-Z) $400 \times 200 \times 100$ μm. The vein and smaller artery can be distinguished. The vein had a diameter of approximately 320 μm and the smaller artery was 280 μm in diameter estimated from a scale grid. **B:** Three-dimensional isosurface volume-rendering of the photoacoustic image seen from different angles. Part of the artery which is below the veins, (indicated by the arrows) becomes visible by rotating the three-dimensional image. Voxel size is (X-Y-Z) $400 \times 200 \times 100$ μm. Vertical and horizontal dimensions of the scan area are $10 \times 10$ mm.

358                                                                SIPHANTO ET AL.



Fig. 2. (Continued)

average intensity projection of the photoacoustic data and a 3-D rendered image of the scanned vessel branch. Post mortem analysis of the skin flap revealed that the main branches of the epigastric vessels lay buried under an average of 2.4–2.8 mm thick layer of skin and subcutaneous tissue.

## DISCUSSION

In this feasibility study, we have stepwise demonstrated that the PA imaging technique can be used to in vivo visualize the 3-D branching structure of small blood vessels. Scans were made directly on the vessels and subsequently scans were made of vasculature covered by skin and subcutaneous tissue of increasing thickness in different animal models. Here, we will discuss some specific features of the above experimental results.

The absorption coefficient of blood at 532 nm is approximately 30 mm$^{-1}$. This results in a calculated penetration depth of less than 100 µm of the laser light. In case of blood vessels much larger than the absorption-mean-free path (~30 µm for green light), absorption of the light takes place in the outer shell of the blood in the vessel. As a consequence, only the outer shell, and specifically in our case the top part of the blood vessel will be visualized. The mesenteric vasculature has offered us the opportunity to demonstrate 3-D imaging directly on submillimeter vessels without interference of skin tissue. Branching of the vasculature was unmistakably present in the PA image. The 3-D photoacoustic image demonstrated that two separate vessels are visualized when observed from different perspectives. These vessels are most likely corresponding to an artery and vein.

We also visualized the cutaneous blood vessels of rabbit ears non-invasively through a layer of skin of approximately 350 µm in thickness. The rabbit ear is composed of auricular cartilage covered by dorsal and ventral skin. Histologically the dorsal skin is thick with many well-developed hair follicles, while the ventral skin is thin with small hair follicles [26]. The auricular vasculature also provided relatively uncomplicated access for flushing experiments in order to validate whether the received PA signal originated from the illuminated blood inside the vessel and was not generated by, e.g., the vessel wall. While flushing the rabbit ear vasculature with saline, a significant decrease in amplitude of the PA signal has been observed. Because multiple vessels feed the rabbit ear, the auricular vasculature could not be completely cleared of blood; hence the PA signal did not totally disappear. When saline flushing was ceased, the amplitude of the PA signal returned to its original value, in accordance with vascular refill of the ear and rising hemoglobin content. Finally,



Scan area 7.5 x 7.5 mm

Average intensity projection
Top view

Scan area 15 x 15 mm

Average intensity projection
Top view

Fig. 3. Representative overview photograph of the scanned vascular anatomy of the rabbit ear. The upper close-up shows small branches from the central auricular branch. The vessels break into capillaries at the margin of the ear. The vessels in the lower photograph are tributaries from the rostral auricular vein. The smallest vessel visualized with photoacoustics (PA) in the rabbit ear has a diameter of approximately 150 µm measured from a reference grid. The photoacoustic images of the corresponding regions are presented next to the close up photographs. Voxel size of the upper right image is (X-Y-Z) 200×100×100 µm. Voxel size of the lower right image is (X-Y-Z) 200×100×500 µm. In these average intensity projections the reconstructed photoacoustic data is shown along the z-axis.

in the case of the epigastric skin flap we showed that vasculature which is buried under a relatively thick layer of skin and subcutaneous tissue can be imaged with PA. The ability to determine whether tissue will survive or not is of paramount importance especially in plastic surgery. Recent advances in molecular biology have led to novel approaches to treat ischemic tissues using certain growth factors to promote angiogenesis [27]. Several groups have shown that an increased survival of vascularized skin flaps can be accomplished by using vascular growth factors [28,29]. Photoacoustic could be used as a research tool to evaluate and monitor this process. Our work demonstrates step by step the potential of three-dimensional PA imaging of the anatomic structure of microvasculature through skin.

Accurate determination of the imaging resolution from the presented images is difficult. Imaging of large vessels using green light is hampered by the small penetration depth of light at this wavelength. Hence, the transverse size of the effective absorbing volumes can not exactly be defined. In an earlier study on phantoms [12,13,23] a transverse resolution of 200 µm was determined. In the situation with the smallest vessels included in this study, viz. the rabbit ear vasculature (Fig. 3), the features in the photoacoustic images are not smaller than 0.5 mm. Hence the resolution is worse than in the above mentioned phantom study, which is probably caused by motion artifacts.

In order to apply PA imaging of microvasculature in humans several issues have to be optimized. The theoretical maximum depth at which vessels can be imaged using green laser light (532 nm) in idealized homogenous tissue without any absorbers (blood) is in the order of 6–10 mm. In the case of the mesentery, the laser light directly illuminates the vasculature. This means that the radiant

360                  SIPHANTO ET AL.





Fig. 4. **A**: Peak-to peak value time traces of the photoacoustic signal during monitoring at one position above the vessel. Point "a" indicates the beginning of flushing with saline and a decrease of the amplitude of the photoacoustic signal is observed during flushing. Point "b" marks the end of flushing and a gradual return of the photoacoustic signal to the original peak-to-peak value can be noticed due to refill of the vasculature. **B**: Shows two photoacoustic time traces, before (t = 15 seconds) and during (t = 50 seconds) flushing. Time trace before flushing is shifted over 2 V.

exposure ($J/cm^2$) on the mesentery surface is similar to the fluence ($J/cm^2$) at the top of the blood vessel lumen. With the presence of a layer of skin the distribution of light will be changed due to absorption and scattering. As the amplitude of the photoacoustic pressure transient is dependent on the amount of absorbed light, the amplitude will decrease for increasing depth position of the vessels. The attenuation of light is quantified by the effective attenuation coefficient $\mu_{eff}$ [$mm^{-1}$], which for tissue is about 0.7 $mm^{-1}$ at a wavelength of 532 nm, resulting in an 1/e penetration depth of 1.4 mm. Consequently, when trying to visualize deeper lying vessels, overlying tissue will lower the signal-to-noise ratio and reduce image contrast. Also, the extent of vasculature has to be taken into consideration. More blood vessels will lead to a higher absorption in the upper layer of the imaged tissue, which will complicate generation of PA signals from deeper lying vessels. By changing the laser wavelength to the near-infrared (700–900 nm), the absorption contrast decreases, whereas the penetration of the light into the tissue will increase with about a factor 3–4 ($\mu_{eff} \sim 0.2$ $mm^{-1}$). For deep PA measurements with a reasonable absorption contrast, a wavelength in the 700–900 nm range seems to be optimal. Shifting further to the infrared, the water absorption increases, which limit the absorption contrast. At 1,064 nm, the water absorption has a local minimum, so this wavelength can also be used. Besides attenuation of light, that directly affects the generated pressure amplitude and thus the signal to noise ratio, also ultrasound attenuation will influence the detected amplitude of the pressure transient. This attenuation scales for soft tissues about linear with ultrasound frequency and is for an ultrasound frequency of 20 MHz about 25 dB/cm, resulting in a 1/e penetration depth of 3.5 mm. For lower frequencies the attenuation decreases and the effect of the ultrasound attenuation becomes less important compared to the attenuation of light by the tissue. In case of higher frequencies, the ultrasound attenuation effect increases and will become comparable to the attenuation of light.

A relevant practical limiting factor for applying PA imaging on patients is the long scan duration. This is caused by mechanical step scanning and by the relatively low light intensity levels. These are required to remain below the European safety limits, as established in the standard NEN-EN 60825:1994. Scanning an area of 1 square centimeter would almost take 1.5 hours to complete, when using step sizes of 100 µm. Apart from the discomfort to the subject and the medical staff work load, long scanning times induce image blurring and therefore strongly reduce the resolution. Shortening the imaging time will have a much more beneficial effect on the image quality than decreasing the detector size. Shorter imaging times can be realized with the availability of acoustic array detectors and lasers with higher pulse repetition rates.

In our view PA has several advantages compared to currently available techniques for microvascular imaging. It provides clear and objective 3-D anatomical information that can be easily interpreted and is less demanding in terms of needed expert user skills. PA does not need ionizing radiation that can be potentially harmful for living tissue to image microvasculature with high spatial resolution. This study lays the foundation for further development of the technique and ultimately for future use in biomedical science and clinical medicine. High-resolution non-invasive PA imaging has the potential to become a valuable imaging tool in many fields of medicine. Effort is focused on exploring the possibilities of microvascular PA imaging in animal experiments and to apply PA on human vasculature.



Fig. 5. **A**: Elevation of the epigastric flap for orientation of the lateral branch of the superficial epigastric vessel. The arrow pointing to the square indicates the scanning area of 10×10 mm. The right photograph shows the situation after resuturing of the skin flap to its original location. The photoacoustic detector is embedded in ultrasound gel that serves as an acoustic coupling medium. **B**: A close up anatomic photograph of the photoacoustically scanned vessel. The black and white image is an average intensity projection of the vessel. Voxel size is (X-Y-Z) 200×100×100 µm. The image in the lower right is a three-dimensional rendered image of the same vessel using an isosurface volume-rendering program.

## ACKNOWLEDGMENTS

We thank Dr. J.W. van Neck for critically reading the article. We also express our thanks to Ir. J. Olivan Bescos for the 3-D rendering software. Mrs. J.M. Hekking and Mr. E. Collij are thanked for their biotechnical assistance.

## REFERENCES

1. Nakajima H, Minabe T, Imanishi N. Three-dimensional analysis and classification of arteries in the skin and subcutaneous adipofascial tissue by computer graphics imaging. Plast Reconstr Surg 1998;102(3):748–760.
2. Carmeliet P, Jain RK. Angiogenesis in cancer and other diseases. Nature 2000;407(6801):249–257.
3. Al Buainian H, Verhaeghe E, Dierckxsens L, Naeyaert JM. Early treatment of hemangiomas with lasers. Rev Dermatol 2003;206(4):370–373.
4. Williams EF III, Stanislaw P, Dupree M, Mourtzikos K, Mihm M, Shannon L. Hemangiomas in infants and children. An algorithm for intervention. Arch Facial Plast Surg 2000;2(2):103–111.
5. Spendel S, Prandl EC, Schintler MV, Siegl A, Wittgruber G, Hellbom B, Rappl T, Berghold A, Scharnagl E. Treatment of spider leg veins with the KTP (532 nm) laser—A prospective study. Lasers Surg Med 2002;31(3):194–201.
6. Kreusch JF. Vascular patterns in skin tumors. Clin Dermatol 2002;20(3):248–254.
7. Saetzler RK, Jallo J, Lehr HA, Philips CM, Vasthare U, Arfors KE, Tuma RF. Intravital fluorescence microscopy: impact of light-induced phototoxicity on adhesion of fluorescently labeled leukocytes. J Histochem Cytochem 1997;45(4):505–513.
8. Tadrous PJ. Methods for imaging the structure and function of living tissues and cells: 3. Confocal microscopy and microradiology. J Pathol 2000;191(4):345–354.
9. Tam AC. Applications of photoacoustic sensing techniques. Rev Mod Phys 1986;58:381–431.
10. Paltauf G, Schmidt-Kloiber H, Kostli KP, Frenz M. Optical method for two-dimensional ultrasonic detection. Appl Phys Lett 1999;75(8):1048–1050.
11. Niederhauser JJ, Frauchiger D, Weber HP, Frenz M. Real-time optoacoustic imaging using a Schlieren transducer. Appl Phys Lett 2002;81(4):571–573.
12. Hoelen CGA, Dekker A, de Mul FFM. Detection of photoacoustic transients originating from microstructures in optically diffuse media such as biological tissue. IEEE Trans Ultrason Ferroelectr Freq Control 2001;48(1):37–47.
13. Hoelen CGA, de Mul FFM, Pongers R, Dekker A. Three-dimensional photoacoustic imaging of blood vessels in tissue. Opt Lett 1998;23(8):648–650.
14. Köstli KP, Frenz M, Weber HP, Paltauf G, Schmidt-Kloiber H. Pulsed optoacoustic tomograhpy of soft tissue with a piezoelectric ring sensor. Proc SPIE 2000;3916:67–74.
15. Paltauf G, Kostli KP, Frauchiger D, Frenz M. Spectral optoacoustic imaging using a scanning transducer. Proc SPIE 2001;4434:81–88.
16. Paltauf G, Schmidt-Kloiber H. Pulsed optoacoustic characterization of layered media. J Appl Phys 2000;88(3):1624–1631.
17. Oraevsky AA, Karabutov AA, Solomatin SV, Savateeva EV, Andreev VG, Gatalica Z, Singh H, Fleming RD. Laser optoacoustic imaging of the breast cancer in vivo. 2001;4256:6–15.
18. Karabutov AA, Andreev VG, Bell B, Fleming RD, Gatalica Z, Motamedi M, Savateeva EV, Singh H, Solomatin SV, Thomsen SL, Henrichs PM, Oraevsky AA. Optoacoustic images of early cancer in forward and backward modes. Proc SPIE 2001;4434:13–27.
19. Kolkman RGM, Hondebrink E, Steenbergen W, de Mul FFM. In vivo photoacoustic imaging of blood vessels using an extreme-narrow aperture sensor. IEEE Journal on Selected Topics in Quantum Electronics 2003;9(2):343–346.
20. Kruger RA, Kiser WL, Reinecke DR, Kruger GA. Thermoacoustic computed tomography using a conventional linear transducer array. Med Phys 2003;30(5):856–860.
21. Wang X, Pang Y, Ku G, Xie X, Stoica G, Wang LV. Noninvasive laser-induced photoacoustic tomography for structural and functional in vivo imaging of the brain. Nat Biotechnol 2003;21(7):803–806.
22. Hoelen CGA, de Mul FFM. A new theoretical approach to photoacoustic signal generation. J Acoust Soc Am 1999;106(2):695–706.
23. Hoelen CGA, de Mul FFM. Image reconstruction for photoacoustic scanning of tissue structures. Appl Optics 2000;39(31):5872–5883.
24. Petry JJ, Wortham KA. The anatomy of the epigastric flap in the experimental rat. Plast Reconstr Surg 1984;74(3):410–413.
25. Morris JL, Bevan RD. Development of the vascular bed in the rabbit ear: scanning electron microscopy of vascular corrosion casts. Am J Anat 1984;171(1):75–89.
26. Ninomiya H. The vascular bed in the rabbit ear: microangiography and scanning electron microscopy of vascular corrosion casts. Anat Histol Embryol 2000;29(5):301–305.
27. Taub PJ, Silver L, Weinberg H. Plastic surgical perspectives on vascular endothelial growth factor as gene therapy for angiogenesis. Plast Reconstr Surg 2000;105(3):1034–1042.
28. Zhang F, Fischer K, Komorowska_Timek E, Guo M, Cui D, Dorsett_Martin W, Buncke HJ, Lineaweaver WC. Improvement of skin paddle survival by application of vascular endothelial growth factor in a rat TRAM flap model. Ann Plast Surg 2001;46(3):314–319.
29. Lubiatowski P, Goldman CK, Gurunluoglu R, Carnevale K, Siemionow M. Enhancement of epigastric skin flap survival by adenovirus-mediated VEGF gene therapy. Plast Reconstr Surg 2002;109(6):1986–1993.