The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

## Language Works

STATE OF NEW YORK  )
                  )  ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached, to the best of my knowledge and belief, is a true and accurate translation into English of *"The Use of Argon Laser in the Treatment of Idiopathic Varices in the Lower Limbs"*, *Extract Of Minerva Angiologica*, Vol. 18, 1993, originally written in Italian.

Glenn Cain
Manager of Legal Translation Services
The LanguageWorks, Inc.

Sworn to and subscribed before me
This Twenty-ninth day of April, 2005

_____
Notary Public

# *The Use of Argon Laser in the Treatment of Idiopathic Varices in the Lower Limbs*

A. KISS, M. LANFRANCHI, A. MAZZA, L. VITALE, G.W. DRAGO and E. BERARDENGO*

*Extract of* MINERVA ANGIOLOGICA
Vol. 18, 1993

EDIZIONI MINERVA MEDICA – TURIN

MINERVA ANGIOL. 1993; 18

# The Use of Argon Laser in the Treatment of Idiopathic Varices in the Lower Limbs

A. KISS, M. LANFRANCHI, A. MAZZA, L. VITALE, G.W. DRAGO and E. BERARDENGO*

Piedmont Region – State Health Unit 30
Ospedale Maggiore di Chieri (Turin)
General Surgery Department
(Head Physician: Prof. G. W. Drago)
Ospedale S. Giovanni Battista Antica Sede – Turin
*Pathological Anatomy and Histology Department

The high incidence of varicose disease, together with the continual updates on the subject of etiopathogenesis and physiopathology, explain the great interest that exists today in perfecting treatment methods that would allow, on the one hand, for radical and effective therapy, and, on the other hand, for reducing the surgical trauma to the minimum, besides obtaining an optimum aesthetic result.

The socioeconomic relevance of varicose disease is confirmed today by numerous epidemiological studies; it is estimated that in Italy since 1983 over 11 million work hours were lost due to varicose disease.[1] One study conducted at the Piedmont hospitals indicates that 22,054 cases of varices were admitted to the hospital during the three-year period from 1976-1979, equal to one admission every hour and thirty-five minutes.[2]

Although the etiopathogenesis of varicose disease is still controversial, today the greatest credence seems to be given to the hypothesis of damage to the vein wall leading to diastasis in the wall at the valvular insertion with the consequent appearance of reflux, compared to the theories of primary valvular incompetence, incontinent perforating veins, and paraphysiological opening of the arterial-venous anasmatoses, with subsequent overloading of the superficial circulation.[3,4]

One aspect of major importance is the routine introduction of ultrasound diagnostic methods.

These allow for obtaining baseline morphological and hemodynamic information for purposes of the diagnosis and treatment of varicose disease.

Even the therapy for varices has undergone new developments.

In fact, today two treatment philosophies exist:
1) destroy the varicose vein using various methods;
2) correct the determining hemodynamic causes giving rise to the disease.

The following techniques belong to the first approach:
a) traditional crossectomy with stripping of the saphenous vein through metal or plastic

---

Presentation made at the Italian Clinical and Experimental Phlebology Society's 9th National Congress (Genoa, December 3-5, 1992).

Address for requests for extracts: A. Kiss – Via Roma 6 – 10023 Chieri (TO)

*catheters, which may be coupled with a traditional varicectomy or one according to the technique described by Muller;*

    b) crossectomy with short stripping;
    c) crossectomy with stripping through invagination;
    d) crossectomy with exovenous stripping;
    e) crossectomy with laser photocoagulation of the saphenous vein;
    f) crossectomy with criostripping
    g) sclerotherapy.

With the first type of therapeutic approach, the suppression of every point of leakage between superficial and deep circulation is obtained through the destruction of the saphenous, collateral and perforating veins.[5]

With the second approach, the saphenous vein is preserved completely or partially.

Sapheno-femoral reflux is corrected with plication of the sapheno-femoral junction or with valvuloplasty.

The surgical approach for varices treatment in the lower limbs involving preservation [CHIVA, for its acronym in Italian] provides instead for rigorous Doppler mapping of every point of leakage between the deep and superficial veins, with ligature of the incontinent vein tracts and utilization of the perforating veins as the pathways for reentry into deep circulation.[8, 9]

## Materials and Methods

Since 1990, we have treated 30 patients affected by idiopathic varices of the lower limbs through traditional crossectomy and photocoagulation of the large saphenous vein by means of argon laser.

They involved 25 women and 5 men of ages ranging from 25 to 68 years.

The varices were on the left in 25 cases and on the right in 10 cases.

In 5 cases the location was bilateral.

We selected patients who did not present with complications associated with phlebostasis.

After a careful clinical examination and history, every patient underwent a Doppler cw test. Using that method, any possible incontinent communicating veins were sought.

During this initial experimentation, we treated patients affected by varicose disease solely in the large saphenous vein.

The photocoagulation of the vein was performed using an argon laser equipped with a catheter equipped with a closed metal tip with a diameter of 2 mm, suitable for obtaining a thermal effect adequate for bringing about phleboendosclerosis.

## Surgical Technique

The operation conducted by us provides for 3 stages.

I) Stage I consists of a traditional crossectomy performed under general or local or regional anesthesia.

The operation on the saphenous vein takes place with an incision of 3 cm at the inguinal fold, medially at the femoral artery. The isolation of the large saphenous vein must be precise, so as to allow for ligature of every collateral vein, which can vary in number (from 2 to 7) and in location.

After having sectioned the saphenous vein, its ligature is proceeded with at the "white line," where the saphenous vein is of a bluish color due to the thinness and transparency of the vein wall, while the sapheno-femoral junction has a thicker wall due to the greater number of muscle fibers.[16]

Ligature at this level avoids the formation of a cul-de-sac, a potential, albeit rare, site for emboli to arise.[17]

Stage II of the operation provides for incannulation of the saphenous vein at the malleolus through a laser catheter.

A microincision on the medial malleolus is proceeded with, and the saphenous vein is isolated according to the traditional method or using a Muller 3 hook.

Once the distal head is sectioned and fastened, we proceed with incannulation of the laser catheter which is pushed up to the groin.

At this point, the laser photocoagulation is started. The choice of the power is made testing the effectiveness of the ray under direct visual control. Generally, spots of 4-5 watts of power are employed

*for 8-10 seconds for every 3-4 cm of vein.* The final result consists of fibrosclerosis of the vessel as documented by histological tests conducted on the veins so treated without injury to the surrounding tissues (in fact numerous small periadventitial vessels) (fig. 1, 2)

Fig. 1 – Fragmentation of the endothelium. Fibrosis of the tunica media.

Fig. 2 – Vascular obliteration. Fibrosis and hypertrophy in the media. Integrity of the periadventitial vessels.

The saphenous vein thus treated is left in situ.

3) Stage III of the operation provides for a varicectomy conducted by microincision utilizing Muller hooks. After controlling for hemostasis, only the inguinal and malleolar incisions are sutured using 4-0 single thread.

The operation is completed with the application of an elastic compression bandage using Tensoplast.

## Discussion and Conclusions

Despite notable diagnostic and therapeutic progress, no single approach exists up until today on the subject of the treatment of varicose disease. Rather the introduction of therapies that preserve the varicose vein has opened up a new gleaming of hope.

Even in the treatment of varices through radical excision, there is an effort to render the surgical operation ever less traumatizing, in order to obtain stable therapeutic results, together with a good aesthetic outcome.

This rationale inspires the technique proposed by us, which provides for the use of argon laser to photocoagulate the saphenous vein, which is left in situ after a precise crossectomy.

The device we employ is equipped with a closed metal tip with a diameter of 2 mm, which is capable of developing a thermal effect at the powers employed by us (4-5 W for 8-10 seconds), adequate for bringing about phleboendosclerosis of the saphenous vein. The employment of argon as the laser's active medium offers the advantage of emitting a bluish green monochromatic light, which is fully absorbed by red. In vivo, the absorption is totally by the hemoglobin. Hence the biological effect develops within the vessel with scant deep penetration.[11, 12]

The histological studies conducted on the saphenous vein thus treated employing Masson and Weighert's trichromal colorations, have demonstrated an obliteration of the vascular lumen, a fibrosis in the middle with preservation of the periadventitial tissues. This is demonstrated clinically by the absence of any perivenous or cutaneous heat injury (fig. 1, 2).

In the literature, there are no case histories with follow-up using this type of treatment, even though the idea of canceling out or destroying the varicose vein with high temperatures is already to be found in Book VII of the "Re Medica," where Aulo Celsa narrates the surgical technique for varices: "Incision from the skin, isolation of the vein, raising using hooks, ligature and cauterization."[14]

In 1964 Werner anticipated the use of the laser, fulgurating the saphenous vein using an instrument known as the "vein erazer."[15]

The patients treated by us using the laser did not develop any recurrent varicose after two years.

*We have not suffered any postoperative complication*, with the exception of one case where he had to surgically remove the tip of the laser catheter, which had come loose during the photocoagulation.

The advantages of our proposal are represented by the near-total elimination of postoperative hematoma, the total absence of pain, decreased traumatism on the perivenous structures, in particular the saphenous nerve, given the absence of stripping, and a decrease in the time period for bandaging. For this purpose, we emphasize that the latest cases treated by us have undergone elastic compression bandages on the day of the operation, with discharge on the first day with only an elastic knee-stocking being prescribed.

The most important limitation is the cost of the laser equipment and the appropriate catheters.

## Bibliography

1. Ruberti U. *Le varici degli arti inferiori* [Varices in the Lower Limbs]. Il Polso, October, 1991; (15).
2. Raso oA, Levis P et al. *Studio epidemiologico sui pazienti affetti da patologie flebolinfatiche ricoverati negli ospedali della Regione Piedmonte negli anni 1976-1979* [Epidemiological Study on Patients Affected by Phlebolymphatic Pathologies Admitted to the Hospitals of the Piedmont Region during the years 1976-1979]. Minerva Med 1983; 74:1479.
3. Leu H. *Sull'eziopatogenesi delle varici* [The Etiopathogenesis of Varices]. In: Bassi GL ed. *Compendio di terapia flebologica* [Compendium of Phebologic Therapy]. Ed Minerva Med, 1986:17-22.
4. Merlen JF: *Précis des maladies des vaisseaux*. Ed. Masson, 1983: 322-3.
5. Benhamou AC. *Techniques chirurgicales classiques*. Arnette 91, 1990.
6. Mancini S. *La plastique esterne de la valvule pre ostial avec "fascia cribrose."* Phlebologie 89, 1989: 987.
7. Belcaro G. Plication of the sapheno-femoral junction. An alternative to legation and stripping? VASA 1989;1 18(4): 296.
8. Franceschi C. *Theorie et pratique de la cure conservatrice et hemodynamnique de l'insuffisance veineuse en ambulatoire*. Precy-sousse-Thill. Ed de l'Amarcon, 1986.
9. Bassi G. Compendio di terapia flebologica. Ed Minerva Medica, 1986.
10. Goldman L. *Il laser in medicina e biologia* [The Laser in Medicine and Biology]. Ed Pluridimensione, 1984: 7.
11. Lievens PC. *Laser terapia* [Laser Therapy]. Editore Marrapese, 1991: 21 ff.
12. Maturo I. *Il laser $CO_2$ ed argon laser nella chirurgia dermatologica* [The $CO_2$ Laser and Argon Laser in Dermatological Surgery], 1986: 176.
13. Donadi GC. *Appunti di storia dell flebologia* [Notes on the History of Phlebology], Santoriana, 1966: 3.
14. Werner G. Electrofulguration: New surgical method for varicose vein. Minerva Med 1964: 49:285.
15. Biglioli P. Raffaglio E. *Appunti di anatomia chirurgica della giunzione safeno femorale* [Notes on the Surgical Anatomy of the Sapheno-femoral Junction], Minerva Chir 1968:23-59.
16. Ruckley Vaugham C. *Trattamento chirurgico delle malattie delle vene* [Surgical Treatment of Veinous Disease]. Ciba Geigy Edit., 1989: 40.

[figure drawing]

Type S.A.E.M.M. - Saluzzo

Case 1:04-cv-10019-NMG   Document 119-8   Filed 02/13/2006   Page 7 of 11

# L'uso dell'argon laser nel trattamento delle varici essenziali degli arti inferiori

A. KISS, M. LANFRANCHI, A. MAZZA, L. VITALE, G. W. DRAGO e E. BERARDENGO*

Estratto da MINERVA ANGIOLOGICA
Vol. 18, 1993

EDIZIONI MINERVA MEDICA - TORINO


DEFENDANT'S DEPOSITION EXHIBIT
12
4/18/05 SAR
PENGAD 800-631-6989

ANG 11186

# L'uso dell'argon laser nel trattamento delle varici essenziali degli arti inferiori

A. IOSS, M. LANFRANCHI, A. MAZZA, L. VITALE, G. W. DRAGO e E. BERARDENGO*

L'elevata incidenza della malattia varicosa, associata ai continui aggiornamenti in tema di eziopatogenesi e fisiopatologia, spiegano il grande interesse che esiste oggi nel mettere a punto metodi di trattamento che da una parte consentano una terapia radicale ed efficace, dall'altra riducano al minimo il trauma chirurgico ottenendo altresì un risultato estetico ottimale.

La rilevanza socioeconomica della malattia varicosa viene oggi confermata dai numerosi studi epidemiologici; si calcola che in Italia dal 1985 sono state perse più di 11 milioni di ore lavorative a causa della malattia varicosa [1]. Uno studio condotto negli ospedali piemontesi indica che nel triennio 1975-1979 sono stati ricoverati 11954 casi di varici, pari ad un ricovero ogni ora e trentacinque minuti [2].

Pur essendo l'eziopatogenesi della malattia varicosa ancora controversa oggi sembra ricevere maggiore credito l'ipotesi di un danno parietale venoso che conduce alla diastasi della parete in corrispondenza dell'inserzione valvolare e con conseguente comparsa di reflusso, rispetto alle teorie dell'in-

Comunicazione presentata al IX Congresso Nazionale della Società Italiana di Flebologia Clinica e Sperimentale (Genova, 3-5 dicembre 1992).

Indirizzo per la richiesta di estratti: A. Ioss - Via Roma 4 - 10023 Chieri (TO).

Regione Piemonte - USSL 30
Ospedale Maggiore di Chieri (Torino)
Divisione di Chirurgia Generale
(Primario: Prof. G. W. Drago)
Ospedale S. Giovanni Battista Antica Sede - Torino
*Servizio di Anatomia ed Istologia Patologica

competenza valvolare primitiva, delle perforanti incontinenti e dell'apertura parafisiologica delle anastomosi artero venose con successivo sovraccarico del circolo superficiale [3, 4].

Un aspetto di grande importanza è l'introduzione routinaria delle metodiche diagnostiche ultrasonografiche.

Queste consentono di ottenere informazioni morfo emodinamiche basilari ai fini della diagnosi e della terapia della malattia varicosa.

Anche la terapia delle varici ha subito nuovi sviluppi.

Infatti esistono oggi due filosofie terapeutiche:

1) distruggere con varie metodiche le vene varicose;

2) correggere le cause emodinamiche determinanti l'insorgenza della malattia.

Appartengono al primo orientamento le seguenti tecniche:

a) la crossectomia tradizionale con stripping della safena mediante sonde metalliche

ANG 11187



Fig. 1. — Strumentazione dell'endotelio, fibrosi della tunica media.



Fig. 2. — Obliterazione vascolare, fibrosi ed ipertrofia della media, integrità dei vasi periavventiziali.

una fibrosclerosi del vaso come documentano gli esami istologici condotti sulle vene così trattate senza lesioni dei tessuti circostanti (infatti appaiono integri numerosi vaselloni periavventiziali) (fig. 1, 2).

La safena così trattata viene lasciata in situ.

3) Il III tempo dell'intervento prevede la varicectomia condotta attraverso microincisioni utilizzando gli uncini di Müller. Controllata l'emostasi si suturano esclusivamente le incisioni inguinale e malleolare con monofilamento 4-0.

L'intervento è completato con l'applicazione di un bendaggio elasto compressivo con Tensoplast.

### Discussione e conclusioni

Nonostante i notevoli progressi diagnostici e terapeutici, non esiste a tutt'oggi un unico orientamento in tema di trattamento della malattia varicosa. Anzi, l'introduzione di terapie conservative della vena varicosa ha aperto nuovi spiragli.

Anche nell'ambito del trattamento radicale escissionale delle varici, vi è lo sforzo di rendere sempre meno traumatizzante l'intervento chirurgico, in modo da ottenere stabili risultati terapeutici associati ad un buon esito estetico.

A questo razionale si ispira la tecnica da noi proposta che prevede l'uso dell'argon laser per fotocoagulare la safena che dopo una accurata crossectomia viene lasciata in situ.

L'apparecchio da noi impiegato è dotato di una testa metallica chiusa del diametro di 2 mm, che è in grado di sviluppare un effetto termico alle potenze da noi impiegate (4-5 w per 8-10 secondi) sufficiente a determinare una fiboendosclerosi della safena. L'impiego dell'argon come mezzo attivo del laser, offre il vantaggio di emettere una luce monocromatica blu verde che viene totalmente assorbita dal rosso. In vivo l'assorbimento avviene totalmente da parte dell'emoglobina. Da ciò deriva che l'effetto biologico si sviluppa all'interno del vaso con scarsa penetrazione in profondità [11] [12].

Gli studi istologici condotti sulle safene così trattate impiegando le colorazioni tricromiche di Masson e di Weigert hanno dimostrato una obliterazione del lume vascolare, una fibrosi della media con conservazione dei tessuti periavventiziali. Ciò è clinicamente dimostrato dall'assenza di alcuna lesione da calore perivenosa o cutanea (fig. 1, 2).

In letteratura non si trovano casistiche a follow-up con tale tipo di trattamento, anche se l'idea di cancellare e distruggere la vena varicosa con le alte temperature si ritrova già nel VII libro del «Re Medica» dove Aulo Celso usava la tecnica chirurgica delle varici: «Incisione della cute, isolamento della vena sollevamento mediante uncino, legatura e cauterizzazione» [14].

Nel 1964 Werner procure l'uso del laser folgorando la safena mediante uno strumento denominato «vein eraser» [15].

I pazienti da noi trattati con il laser non

ANG 11189

hanno a distanza di 2 anni sviluppato alcuna recidiva varicosa.

Non abbiamo lamentato nessuna complicanza postoperatoria se si eccettua un caso in cui abbiamo dovuto estrarre chirurgicamente la testa della sonda laser che si era disinserita durante la fotocoagulazione.

I vantaggi della nostra proposta sono rappresentati dall'eliminazione pressoché totale dell'ematoma postoperatorio, dalla totale assenza di dolore, dal ridotto traumatismo sulle strutture perivenose, in particolare il nervo safeno data l'assenza dello stripping, dalla riduzione del tempo di bendaggio. A questo proposito sottolineiamo che gli ultimi casi da noi trattati sono stati sottoposti a bendaggi elasto compressivo il giorno dell'intervento, con dimissione in prima giornata con la sola prescrizione di un gambaletto elastico.

Il limite più importante è rappresentato dal costo delle apparecchiature laser e delle apposite sonde.

## Bibliografia

1. Ruberti U. Le varici degli arti inferiori. Il Polso, ottobre, 1991; (15).
2. Sisto OA, Levis P et al. Studio epidemiologico sui pazienti affetti da patologie flebolinfatiche ricoverati negli ospedali della Regione Piemonte negli anni 1976-1979. Minerva Med 1983; 74:1479.
3. Leu H. Sull'etiopatogenesi delle varici. In: Bassi GL, ed. Compendio di terapia flebologica. Ed Minerva Med, 1986: 17-22.
4. Merlen JF. Precis des maladies des vaisseaux. Ed Masson, 1983: 322 s.
5. Benhamou AC. Techniques chirurgicales classiques. Janvier 91; 1990.
6. Mancini S. La plastique externe de la valvule pre ostial avec fascia cribrose. Phlebologie 89, 1989: 997.
7. Belcaro G. Plication of the sapheno-femoral junction. An alternative to ligation and stripping? VASA 1989; 18(4):296.
8. Franceschi C. Theorie et pratique de la cure conservatrice et hemodinamique de l'insuffisance veineuse en ambulatoire. Precy-sous-Thill ED. de l'Armancon, 1988.
9. Bassi G. Compendio di terapia flebologica. Ed Minerva Medica, 1986.
10. Goldman L. Il laser in medicina e biologia. Ed Piccin editore, 1984: 7.
11. Lievens PC. Laser terapia. Edises Masmepec, 1991: 21 seg.
12. Ketuco L. Il laser CO2 ed argon laser nella chirurgia dermatologica. 1985: 376.
13. Dormil GC. Appunti di storia della flebologia sanseriana. 1966; 3.
14. Wirmer U. Electrocoagulation. New surgical methods for varicose vein. Minerva Med 1964; 49.235.
15. Biglioli P, Ralfaglio E. Appunti di anatomia chirurgica della giunzione safeno femorale. Minerva Chir 1968; 23:59.
16. Ruckley Vaughan C. Trattamento chirurgico delle malattie delle vene. Ciba Geigy Edit. 1989: 40.

ANG 11190