*Phlébologie '89*, A. Davy, R. Stemmer eds, © 1989 John Libbey Eurotext Ltd, pp. 419-422

# 147

# Use of the venoscope for the treatment of varicose veins

K. Biegeleisen, R.D. Nielsen

*1619 Third Avenue, New York, N.Y. 10128, USA.*

## INTRODUCTION

The device which we refer to as a "venoscope" is a hypothetical fiberoptic angioscope equipped with one or more piezoelectric crystals in the tip. The creation of such a device was first proposed (Biegeleisen, 1987) as a delivery system for cyanoacrylate adhesive for the sclerosis of large varicose veins.

The venoscope itself should not be thought of as a treatment, but rather as a delivery system. It is designed to overcome some of the difficulties which have plagued practitioners of surgical and injection treatment of varicose veins throughout the 20th century. Historically, treatment failures have almost always been caused by incomplete understanding of patient anatomy, leading to incorrect ligation and division points, missed tributaries, intraarterial injections, etc. In principle, such problems should be obviated by the direct visualization afforded by fiberoptics.

Because of the critical importance of directional blood flow data in the evaluation of venous problems, the proposed venoscope has built-in doppler capabilities. Although dedicated doppler catheters already exist, operating as flowmeters as well as in the B-mode, these catheters have no fiberoptic capabilities.

Lacking a true venoscope, we have begun our studies with existing angioscopes, in the hope that our results will stimulate manufacturers to alter their angioscopes by the addition of piezoelectric crystals to them.

## HOW MIGHT A VENOSCOPE BE USED?

The following is a partial list of situations where a venoscope could provide the basis for better venous therapy than is currently available:

1. <u>Saphenofemoral junction</u>. Failure to ligate and divide each and every one of the proximal 3-8 saphenous tributaries eventually results in recurrences following saphenous vein stripping. Through the venoscope, however, all saphenous tributaries should, in principle, be readily visualized.

2. <u>Incompetent pelvic veins</u>. Pelvic varicosities exacerbate lower extremity varicosities, as well as being a problem in their own right. It seems self-evident that a venoscope would provide an excellent method for approaching pelvic varicosities, without the necessity of performing a laparotomy.

3. <u>Lesser saphenous vein</u>. Varicosities of this vein usually result from reflux at the saphenopopliteal junction, which, however, is notoriously variable in location (Hobbs, 1988). This junction may occur either below, within, or above the popliteal space. In some cases the lesser saphenous may not enter the popliteal vein at all, but may plunge into the posterior thigh to re-emerge on the medial aspect, where it joins the greater saphenous vein. In other cases it may derive its abnormal blood flow from incompetent calf perforators. The venoscope could readily follow reflux in the lesser saphenous vein to its origin, whichever of the above it turned out to be. It should be noted that an <u>in situ</u> doppler study could be done beneath each valve encountered, until the highest incompetent valve was identified, or the deep veins were reached.

4. <u>Arteriovenous communications</u> (AVC's). One of our first findings was that AVC's are readily identified by fiberoptic visualization. Their identities can be further confirmed by <u>in situ</u> doppler studies. In a case where varicosity was known to be secondary to AVC's, these could be located and selectively treated (see below) by venoscopy.

EXAMPLES OF THERAPEUTIC USES OF THE VENOSCOPE

1. <u>Surgical correction of saphenofemoral reflux</u>. Although it may initially seem superfluous, we believe that the venoscope can be a valuable adjunct to surgical division or titanium clipping of the saphenofemoral junction. This is mainly because of its theoretical ability to reliably visualize the anatomy of the junction, and the numbers and locations of all the saphenous tributaries. Also, the light at the angioscope tip is readily visible through the skin, and could guide the surgeon through an accurate operation employing a minimal incision, without the risk of anatomical errors and missed tributaries which otherwise tend to accompany minimal incision surgery.

2. <u>Venoscopically guided sclerotherapy</u>. The venoscope allows the sclerotherapist to treat, for example, the saphenofemoral junction with virtually complete control. The sclerosant can be precisely placed, the vein can be drained entirely of blood to maximize the efficacy of the sclerosant, and the direction in which the injected sclerosant will flow can be contolled. Furthermore, an intraarterial injection, the most dreaded of sclerotherapy complications, becomes almost unthinkable!

420

In our experience, a single controlled injection through the angioscope (models of which were kindly provided by Schott, F.R.G. and Olympus, Japan) has thus far always been sufficient to sclerose the proximal part of the saphenous vein. With the cases on whom angioscopy was performed, the magnitude of saphenofemoral reflux was judged sufficient to render the proximal part of the vein relatively insensitive to sclerosant injection from the surface. Typically in these cases, anywhere from 1-6 surface injections at the junction are required before it fully closes, as determined by ultrasound followup. In many cases, surface injections will <u>never</u> close the proximal saphenous vein.

The long term result of this treatment is not known, and proper followup will require at least 3 years of observations.

Our experience with angioscopic injection of the proximal greater saphenous vein is described in the videotape accompanying this presentation.

3. <u>Cyanoacrylate embolization</u>. These remarkable adhesives have been used to obliterate leg varicosities (Biegeleisen, 1987) and varicoceles (varicosities of the internal spermatic vein) (Kunnen, 1984). Lack of F.D.A. approval has severely restricted the scope of our work with this "super sclerosant".

Cyanoacrylates are highly effective but dangerous when injected into lower extremity veins "blindly" from the surface. Accidental introduction of even a single drop of adhesive into the femoral vein or artery could cause total or partial obliteration of these vessels, and therefore the safe administration of cyanoacrylates will require both fiberoptics to confirm the location of the catheter tip, and doppler to control the direction in which the injected adhesive will move if it fails to polymerize instantly (instant polymerization being the usual situation).

As noted previously, our desire to develop a safe delivery system for cyanoacrylates provided our original motivation for developing the venoscope concept.

4. <u>Electrocauterization</u>. A conducting wire with a curved tip could be passed along one of the venoscopes injection channels, and could be useful for the cauterization of arteriovenous communications, tributaries, or perhaps even trunk varicosities.

5. <u>Laser</u>. Although there are no well-established uses for lasers in the venous system as yet, it should be pointed out that the fiberoptic bundles of the venoscope can conduct coherent light to the treatment area. Laser could conceivably be used as a cauterizing agent, in the same manner as electricity has been used in the past. Also, by analogy with the arterial system, laser could perhaps be used to restore the lumen of an obstructed vein.

TECHNICAL PROBLEMS

We have encountered five major technical problems which must be overcome before venous angioscopy can be widely performed. These are 1) problems inserting the angioscope, 2) difficulty steering the 'scope through very tortuous veins, 3) lack of built-in doppler capability in existing angioscopes, 4) venospasm, and 5) difficulties obtaining a clear visual field near areas of high

venous flow (such as the saphenofemoral junction). The last two problems are the most troublesome. We are investigating the possible roles of temperature, venoactive drugs, and intravascular anesthetics in solving the problem of venospasm, which, when severe, can render the angioscope immobile. With respect to flushing the visual field clear of blood, we believe that the new Olympus high speed angioscope pump (kindly provided by Olympus, Japan) will successfully clear blood from high flow areas.

REFERENCES

1. Biegeleisen, K. Tissue adhesives - "super" sclerosants for the future? Presented at the European-American Symposium on Venous Diseases, Bethesda, Maryland, March 31-April 2, 1987.

2. Hobbs, J.T. (1988): The enigma of the gastrocnemius vein. Phlebology, 3, 19-30.

3. Kunnen, M. & Comhaire, F. (1984): Transcatheter embolization of the internal spermatic vein(s) with Bucrylate: further improvements. Ann. Radiol. 27, 303.