00093

1    A.    Column?

2    Q.    I'm sorry. The first column.

3    A.    Okay.

4          Now, tell me again.

5    Q.    The third full sentence, "In the

6  ears with an arterial occlusion..."

7          Do you see that?

8    A.    Okay.

9    Q.    Did you understand "arterial

10  occlusion" to mean the artery was closed?

11   A.    Well, I'm not sure --

12         MR. RADER: Objection.

13   A.    Yeah.

14         I mean, again, I'm not an expert,

15  as I keep saying. I don't know that it

16  encompasses total occlusion of the artery or

17  just partial occlusion.

18   Q.    Okay.

19         It goes on to say, ...the blackened

20  arterial segment resulting from the laser burn

21  disappeared within four weeks..."

22         Did you discuss with Dr. Min or

23  Dr. Navarro what could cause a "blackened

24  arterial segment" within the artery?

25   A.    I'm not sure what you mean by your

00094
 1  question. I mean, we discussed what this
 2  reference teaches. Obviously, the reference
 3  taught the use of a laser beam to get the
 4  results so I would presume that the laser -- and
 5  it says right here laser burn, that whatever
 6  damage was caused was caused by the laser.
 7      Q.   By the beam, not the contact?
 8      A.   By the beam, yes.
 9      Q.   Did you discuss that with them?
10      A.   We did. I mean, basically, Navarro
11  told me that this reference, and I agree,
12  relates to laser beams, rather than contact with
13  the wall.
14      Q.   So Dr. Navarro told you that the
15  burn was caused by the laser beam?
16      A.   Yes.
17      Q.   Do you understand O'Reilly as
18  teaching causing arterial occlusion through the
19  laser beam acting on the vein wall?
20      A.   Let me see if I understand your
21  question.
22           You're asking me if I believe
23  O'Reilly obtains injury to the vein wall?
24      Q.   Yes.
25           Well, no, let me -- not the vein