UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC. | Civil File No. 104-CV-10444-(RGS) |
| Plaintiff, | |
| v. | |
| VASCULAR SOLUTIONS, INC. | |
| Defendant. | |
| **and** | |
| DIOMED, INC., | Civil Action No. 04-CV-10019 (RGS) |
| Plaintiff, | |
| v. | |
| ANGIODYNAMICS, INC., | |
| Defendant. | |

**DEFENDANT ANGIODYNAMICS, INC.'S SUBMISSION OF EXHIBITS THAT CANNOT BE FILED ELECTRONICALLY IN SUPPORT OF ITS OPPOSITION TO DIOMED'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY AND <u>ENFORCEABILITY OF U.S. PATENT NO. 6,398,777</u>**

Defendant AngioDynamics, Inc. submits herewith Exhibits C and I in support of its Memorandum in Opposition to Diomed's Motion for Summary Judgment of Validity and Enforceability of U.S. Patent No. 6, 398,777. The attached Exhibits C and I are digital video disks (or "DVDs") bearing digital video images and cannot be filed electronically. AngioDynamics' accompanying Memorandum and other exhibits are being filed electronically.

If there are any questions in connection with this submission, please call or email the undersigned.

Dated: February 13, 2006

Respectfully Submitted,

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEYS

By _____
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA 02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com
   -and-
MARK D. GIARRATANA
WILLIAM H. BRIGHT
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
mgiarratana@mccarter.com
wbright@mccarter.com

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail and Federal Express on February 13, 2006**

_____
Mark D. Giarratana

2

ME1\5495183.1



1504406211478

MAZZA

mazzo

Ex. H