## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

04-10019-RGS, 04-10444-RGS, 04-10686-RGS, 04-12157-RGS

RE:   Civil No. _____

Title:  __Diomed v. Angiodynamics, Vascular Solutions, Total Vein Solutions, New Star Lasers_____

### NOTICE

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge __Stearns__ has been reassigned to Judge __Gorton__ _____for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __NMG____.

Thank you for your cooperation in this matter.

                              SARAH A. THORNTON
                              CLERK OF COURT

                        By:   /s/ Elaine Flaherty
                              Deputy Clerk

Date:   7/6/06

(Notice of LR40.1 Reassign.wpd - 3/7/2005)