UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |

**DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF ARTICLES AND ABSTRACTS RELIED ON BY DR. LUIS NAVARRO**

Pursuant to the Court's December 8, 2006 pre-trial order and Fed. R. Civ. P. 703, defendants Vascular Solutions, Inc. and AngioDynamics, Inc. move the court for an Order excluding from evidence at trial articles, abstracts, and photographs offered to corroborate the opinions offered by plaintiff's expert Dr. Luis Navarro.

In support of their motion, defendants rely upon Defendants' Memorandum in Support of Joint Motion *In Limine* To Exclude Evidence of Articles and Abstracts Relied On by Dr. Luis Navarro, as well as the February 19, 2007 Declaration of Heather D. Redmond, with attached exhibits.

WHEREFORE, Defendants respectfully request that all evidence and testimony related to the articles, abstracts, and photographs offered to corroborate the opinions offered by plaintiff's expert Dr. Luis Navarro be excluded from evidence at trial.

## LOCAL RULE 7.1 CERTIFICATE

Counsel for Defendants Vascular Solutions, Inc. and AngioDynamics, Inc. certify that, on February 20, 2007, they conferred with counsel for Diomed, Inc. in a good faith attempt to resolve or narrow the issues presented in this motion pursuant to Local Rule 7.1(A)(2). As a result, the parties were not able to resolve the issues presented in this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants request oral argument on this Motion, as it may assist the Court in resolving the issues presented in the Motion.

Respectfully submitted,

VASCULAR SOLUTIONS, INC.

By its counsel,

Steven L. Feldman (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

~and~

J. Thomas Vitt MN #183817
Heather D. Redmond MN #313233
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

ANGIODYNAMICS, INC.

By its counsel,

/s/ William Bright/smf
William H. Bright, Jr.
Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Telephone (860) 275-6700

~and~

Rodney S. Dowell (BBO #629016)
Berman & Dowell
210 Commercial Street
Boston, Massachusetts 02109
Telephone (617) 723-99911

Dated: February 20, 2007

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on electronically February 20, 2007.
Christopher F. Roberts

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\Motion in Limine Re Navarro Articles.doc

3