IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

## DIOMED'S UNOPPOSED MOTION TO IMPOUND

Diomed, Inc. ("Diomed") respectfully requests that the Court impound the following materials being filed in connection with Diomed's motions *in limine*:

- Exhibit I to the Declaration of Charles Steenburg in Support of Diomed's Motions *In Limine*;

- Exhibit J to the Steenburg Declaration; and

- Motion In Limine to Preclude Reliance by Defendants on Laser Fibers or Related Information Never Disclosed to Diomed.

Exhibit I to the Steenburg Declaration is a document recently produced to Diomed by Vascular Solutions, Inc. ("VSI"). Pursuant to the Protective Order entered by Judge Stearns in this case, VSI designated the document CONFIDENTIAL – ATTORNEYS' EYES ONLY.

1150008.1

Exhibit J to the Steenburg Declaration is a section from the February 8, 2006 deposition transcript of Howard Root, VSI's Chief Executive Officer. During the deposition, counsel for VSI designated the entire transcript CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the protective order.

The Motion *In Limine* to Preclude Reliance by Defendants on Laser Fibers or Related Information Never Disclosed to Diomed discusses the contents of Exhibits I and J.

Diomed respectfully requests that the impoundment order remain in effect until sixty days following settlement or final judgment (including exhaustion of all appeals), at which point the impounded materials be released into VSI's custody.

Counsel for defendants have stated that they do not oppose this motion.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: February 20, 2007

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI, who stated that they do not oppose this motion.

/s/ Michael A. Albert

1150008.1

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

      /s/ Michael A. Albert

1150008.1