**APPENDIX**

| EXPERIMENT IN DR. NAVARRO'S DECEMBER 2006 REPORT | DESCRIPTION IN DR. NAVARRO'S DECEMBER 2005 DECLARATION |
|---|---|
| Vein Column Experiment (Page 10) | ¶¶ 23-24 |
| PVC Tube Experiment (Page 11-12) | ¶¶ 18-21 |
| Vein Flap Experiments (with and without contact) (Pages 12-14) | ¶ 25 |
| Vein in Jig Experiment (Pages 15-16) | ¶¶ 28-30 |
| Wattage Degradation Experiment (Pages 23-24) | ¶¶ 38-40 |
| Carbonization Experiment (Pages 24-26) | ¶¶ 42-43 |

| ARTICLE DISCUSSED IN DR. NAVARRO'S DECEMBER 2006 REPORT | DISCUSSION IN DR. NAVARRO'S DECEMBER 2005 DECLARATION |
|---|---|
| Spreafico (Pages 17 and 20) | ¶¶ 49, 55 |
| Anastasie (Page 17) | ¶ 56 |
| Proebstle (Journal of Vascular Surgery) (Page 19) | ¶ 47 |
| Weiss (Page 20) | ¶ 50 |
| Proebstle (Dermatologic Surgery) (Page 21) | ¶ 51 |

| CONCLUSION IN DR. NAVARRO'S DECEMBER 2006 EXPERT REPORT | CONCLUSION IN DR. NAVARRO'S DECEMBER 2005 DECLARATION |
|---|---|
| Direct contact between the vessel wall and the energy-emitting section of the laser fiber is critical to the success of the intraluminal laser therapy (ILT) because it is the only way to produce the pathological change that will result in fibrosis of the vein wall, given the energy, time and power used. | ¶ 15 ("Direct contact between the vessel wall and the energy-emitting section of the fiber is critical to the success of the procedure because it ensures that the heat generated by the laser energy suffices to cause fibrosis of the vein wall.  The procedure will not work reliably if contact is not achieved, causing mere thrombus or minimal vein wall damage rather than severe direct vein wall injury and subsequent fibrosis.") |
| Steam created by the emission of laser energy into intravenous blood during ILT does not have the heat-carrying capacity to damage the vein wall, let alone to cause therapeutically effective damage. | ¶ 24 ("[S]team does not have a high enough heat-carrying capacity to cause any damage to a vein wall (let alone enough damage to lead to fibrosis and closure of the vein).") |
| *In vitro* tests establish that the steam created during ILT is inadequate to cause therapeutically effective damage to the vein. | ¶ 18 ("I did a series of experiments to prove that steam (and 'super-heated blood products') cannot be responsible for closing the vein during the procedure.") |

| CONCLUSION IN DR. NAVARRO'S DECEMBER 2006 EXPERT REPORT | CONCLUSION IN DR. NAVARRO'S DECEMBER 2005 DECLARATION |
|---|---|
| Because of the short distance through which laser energy of the wavelengths taught by the parties (810 nm and 980 nm) can travel through blood, direct contact between the laser emitting section of the laser fiber and the vessel wall is necessary to cause the vein wall to get to a temperature capable of causing permanent damage to the vein that will result in closure of the vein. | ¶ 20 ("[I]t took about 30 seconds for heat transfer in a blood medium to heat the outer wall of an 8-mm diameter tube to a temperature which might be able to begin causing damage to a vein wall. (Collagen in a vein wall contracts at about 65 degrees C.)  Given the pullback rate of several mm/second that is typically used in an endovenous laser procedure, it is simply impossible for such a procedure to be successful if the laser fiber tip is separated from the vein wall as the tip in this experiment was separated from the wall of the PVC tube.") |
| If there is excessive amounts of blood in the vein during an ILT procedure, a matrix of blood materials will form on and around the laser fiber tip.  It takes enormous amounts of energy and time to conduct heat through such a matrix and eventually cause damage to the vein wall. | ¶ 22 ("An extensive literature exists on the insulative effects of a coagulated blood matrix such as the one that forms when a laser is fired into blood.  The insulative properties of such a matrix explain why radial heat transfer is so slow, despite very high temperatures being achieved in close proximity to the fiber tip due to carbonization of blood products at that location.") |
| The published literature concerning ILT shows that, post-treatment, the vein is charred, trenched and/or perforated.  This charring, trenching and perforation is consistent with my own observations of veins removed after an ILT procedure and the results of reduplicating the ILT procedure *in vitro*.  This charring, trenching, and perforation is possible only through contact between the laser fiber tip and the vein wall. | ¶ 46 ("The evidence of carbonization, ablative trenching, and perforations that I have seen with the naked eye and on histologies that I have obtained are strikingly similar to images reported in the literature by doctors who performed in vivo procedures with tumescent anesthesia.") |
| During an ILT procedure, the extreme temperatures in the vicinity of the fiber tip (upwards of 1000° F), cause the cladding covering the last few millimeters of the fiber to degrade.  This allows laser energy to emit not only through the very end of the fiber, but also through the unjacketed sidewalls, turning the laser fiber into a laser emitting rod. | ¶ 36 ("Once the laser begins to fire and carbonization occurs, the fiber tip and surrounding cladding grow extremely hot.  As a result, the cladding immediately begins to degrade and also the fiber core.  By the time the procedure is complete, the fiber tip typically tends to erode into a rounded (rather than flat) shape.  In addition, the cladding has degraded from the surrounding portions of the unjacketed portion, thereby effectively increasing the size of the laser-emitting section.") |

2

| **CONCLUSION IN DR. NAVARRO'S DECEMBER 2006 EXPERT REPORT** | **CONCLUSION IN DR. NAVARRO'S DECEMBER 2005 DECLARATION** |
|---|---|
| While the side wall of the fiber is in contact with the vessel wall, this side wall emission is significant enough to cause permanent damage to the vein wall, including charring and perforation. | ¶ 42 ("I did an additional series of experiments to demonstrate that emission from the side of the fiber following breakdown of the cladding is sufficient to cause severe damage to tissue."). |
| Because of the relatively low pressure inside a vein, and a vein's general pliability, the vein is easily susceptible to external pressure. For that reason, the application of tumescent anesthesia will cause the vein wall to collapse around the laser fiber and its face. This result is many times enhanced by the application of epinephrine in the tumescent anesthesia. | ¶ 9 ("Vein walls are soft, pliable structures. When a vessel has been largely drained of blood, even modest amounts of pressure lead the tip of the laser fiber to become embedded in the vein wall and thus ensure contact between the wall and the laser-emitting section of the fiber. The technique of "tumescent anesthesia" – injecting a large volume of a dilute anesthetic solution into the area surrounding the vein to be treated – ensures that this process occurs. The tumescent fluid collapses the vein, thereby causing it to fold (much like a sock) over the fiber tip."). |
| Even inexact application of tumescent anesthesia, such as injections that are not made directly in the perivenous space, but are instead injected near the vein, will also cause the vein wall to compress, resulting in contact of the vein wall with the fiber tip. Especially when guiding points used for the application of the tumescent without ultrasound is the visual deformation and swelling of the leg and skin over the track of the vein. | ¶ 41 ("Degradation of the laser fiber and cladding is an important phenomenon that helps to ensure continued contact between the vein wall and the laser-emitting portion of the laser fiber, even in cases where a vein has not been fully collapsed (e.g., due to improper or insufficient administration of tumescent anesthesia.")). |