THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

## DECLARATION OF CHARLES STEENBURG IN SUPPORT OF DIOMED'S MOTIONS *IN LIMINE*

1.   I, Charles T. Steenburg, an associate at Wolf, Greenfield & Sacks, P.C., attorneys for Diomed, Inc. in the above captioned matter, state as follows:

2.   Attached hereto as Exhibit A is a true and accurate copy of the Rebuttal Report of Thomas M. Proebstle, MD, MSc, dated October 14, 2005.

3.   Attached hereto as Exhibit B is a true and accurate copy of the Supplemental Rebuttal Report of Thomas M. Proebstle, MD, MSc, dated February 12, 2007.

4.   Attached hereto as Exhibit C is a true and accurate copy of the Expert Report of Dr. Luis Navarro, served by Diomed on December 4, 2006.

5.     Attached hereto as Exhibit D is a true and accurate copy of selected pages from the deposition transcript of Dr. Richard Rox Anderson, dated September 23, 2005.

6.     Attached hereto as Exhibit E is a true and accurate copy of selected pages from the deposition transcript of Dr. Luis Navarro, dated October 27, 2005.

7.     Attached hereto as Exhibit F is a true and accurate copy of selected pages from the deposition transcript of Dr. Russell Samson, dated November 11, 2005.

8.     Attached hereto as Exhibit G is a true and accurate copy of Diomed's First Set of Requests for Production of Documents, served on AngioDynamics, Inc. on May 5, 2004.

9.     Attached hereto as Exhibit H is a true and accurate copy of Diomed's First Set of Requests for Production of Documents, served on Vascular Solutions, Inc. on June 2, 2004.

10.    Attached hereto as Exhibit I is a true and accurate copy of Exhibit No. 1 from the February 8, 2007 deposition of Howard Root.  This document is being filed under seal.

11.    Attached hereto as Exhibit J is a true and accurate copy of selected pages from the deposition transcript of Mr. Root, dated February 8, 2007.  These pages are being filed under seal.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.


Dated: February 20, 2007            /s/ Charles T. Steenburg
                                    Charles T. Steenburg

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert