## Expert Report

### Dr. Luis Navarro, M.D., FACS

### Diomed, Inc. v. AngioDynamics, Inc. and Vascular Solutions, Inc.

*Background*

I am a general surgeon, Board Certified in 1976. I founded The Vein Treatment Center in 1982 in New York City and currently act as its Medical Director. I am also affiliated with Beth Israel Medical Center and Lenox Hill Hospital in New York.

My surgical practice encompasses a range of venous treatments, including endovenous laser treatment of varicose veins.

I graduated cum laude from the University of Barcelona Medical School in my native Spain. I completed my residency at Mount Sinai Hospital in New York, where I served as Chief Surgical Resident.

I am affiliated with several medical societies. I am a Diplomate of the American College of Surgeons and a member of the American College of Phlebology, the International Union of Phlebology, the Canadian Society of Phlebology, the American Society of Laser Medicine, and other venous-related organizations. Through my affiliation with these organizations I have attended numerous conferences and other events over the years, in particular conferences and events focused on the treatment of varicose veins. More details are provided in my curriculum vitae, attached as Exhibit 1. This CV also contains a list of my publications from the last ten years.

Aside from this lawsuit, and VNUS v. Diomed, et al., N.D. Cal. No. C05-02972-MMC, I have not been deposed or testified as an expert in any other proceeding in the past four years.

I am a named inventor on the patent involved in this lawsuit, U.S. Patent No. 6,398,777, entitled "Endovascular Laser Device and Treatment of Varicose Veins." I am not being compensated directly for this study and testimony. I am, however, being compensated generally for my time involved in this case by Diomed, Inc. as an inventor at up to $3,500 a day. Any compensation is not contingent upon the results of the case, or the content of my opinions or testimony.

***Documents Reviewed***

I have reviewed numerous materials in connection with my preparation of this report, including the following as well as other documents cited in this report:

| ARTICLE | AUTHOR |
| --- | --- |
| Endovenous Laser Treatment of Saphenous Vein Reflux: Long-Term Results | Robert J. Min, et al. |
| Optical Properties of Circulating Human Blood in the Wavelength Range 400-2500 NM | Andre Roggan et al. |
| Greater Energy Delivery Improves Treatment Success of Endovenous Laser Treatment of Incompetent Saphenous Veins | Paul E. Timperman, MD. et al. |
| Endovenous Laser: A New Minimally Invasive Method of Treatment for Varicose Veins – Preliminary Observations Using an 810 nm Diode Laser | Luis Navarro, MD, et al. |
| Vein Diagnosis & Treatment | Robert A. Weiss, et al. |
| Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model | Robert A. Weiss, MD |
| Endovenous Treatment of the Greater Saphenous Vein with a 940-nm diode laser: Thrombotic Occlusion after Endoluminal Thermal Damage by Laser-Generated Steam Bubbles | T.M. Proebstle, MD, et al. |
| Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood | T.M. Proebstle, MD, et al. |
| Endovenous Laser Treatment of the Lesser Saphenous Vein with a 940-nm Diode Laser: Early Results | Thomas M. Proebstle, MD et al. |
| Nonocclusion and Early Reopening of the Great Saphenous Vein after Endovenous Laser Treatment is Fluence Dependent | Thomas M. Proebstle, MD et al. |
| Infrequent Early Recanalization of Greater Saphenous Vein After Endovenous Laser Treatment | T.M. Proebstle, MD, et al. |
| New Techniques for Management of Chronic Venous Disease | Robert J. Min, M.D., et al. |

2

| ARTICLE | AUTHOR |
|---|---|
| Temperature Changes in Perivenous Tissue during Endovenous Laser Treatment in a Swine Model | Steven E. Zimmett, M.D., et al. |
| Letters to the Editor: Endovenous Laser Treatment | American Society for Dermatologic Surgery, Inc. |
| Endovenous Laser Energy in the Treatment of Trunical Varicose Veins: Report on 97 cases | Luis Navarro, M.D., et al. |
| Introduction to Laser Photobiology | R.R. Anderson, M.D. |
| Controlled Radiofrequency Endovenous Occlusion Using a Unique Radiofrequency Catheter Under Duplex Guidance to Eliminate Saphenous Varicose Vein Reflux: A 2-Year Follow-Up | Robert A. Weiss, M.D., et al. |
| Endovenous Laser Surgery of the Incompetent Greater Saphenous Vein with a 980-nm Diode Laser | Chang-Keun, OH, MD, PhD, et al. |
| Intravascular 1320-nm Laser Closure of the Great Saphenous Vein: A 6- to 12-Month Follow-Up Study | Mitchel P. Goldman, M.D., et al. |
| Endovenous Laser Photocoagulation (EVLP) for Varicose Veins | Cheng-Jen Chang, M.D. et al. |
| Endoluminal Treatment of Varicose Veins with Diode Laser Preliminary Study | Bone Salat, C. |
| How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser | Giorgio Spreafico, M.D. |

I also reviewed various versions of the parties' instructions for use (IFUs), expert reports, deposition transcripts, and declarations of VSI's and AngioDynamics' experts in this case, Dr. Thomas Proebstle and Dr. Russell Samson (including related materials such as ultrasound videos).

## INTRALUMINAL LASER VEIN TREATMENT (ILT)

Generally, intraluminal, or endovenous, laser vein treatment as instructed by Diomed, Inc., AngioDynamics, Inc., and Vascular Solutions, Inc. (VSI), involves use of a bare-tipped laser fiber (optical fiber) for transmission of laser energy from a laser-generating apparatus (e.g., a laser console) to the wall of a varicose vein to treat that vein from the inside. I have reviewed each of the parties' IFUs that are currently distributed along with their laser fiber kits,[1] as well as several previous versions of these IFUs.[2] Each party instructs doctors to employ the same basic process:

*Step 1* – Insert the laser fiber into the vein,

*Step 2* – Deliberately inject tumescent anesthesia perivenously along the length of the vein (which results in compression of the vein and contact of the laser fiber tip with the vein wall), and

*Step 3* – Withdraw the laser fiber as the laser is fired through the fiber.

These steps meet the limitations of claims 9-14, 16-19, and 21 of the `777 patent, as I understand those claims have been interpreted by the court.[3]

### Tumescent Anesthesia Causes Contact

Tumescent anesthesia is method used to anesthetize an area of the body during a medical procedure, involving injection of a dilute anesthetic solution (e.g., 0.1 to 0.25% Lidocaine). Though earlier examples exist, the technique was popularized in the late-1980s for use with liposuction.[4] The word "tumescent" itself means "swelling," which is what happens to tissue into which the solution is injected.

The defendants instruct that tumescent anesthesia be used during ILT procedures.

Each defendant has instructed in its IFUs that physicians should use between 100-200 ml of tumescent anesthesia solution when performing ILT on a patient's great saphenous vein.[5]

---

[1] Ex. 2 (Diomed IFU); Ex. 3 (AngioDynamics IFU); Ex. 4 (VSI IFU).

[2] Attached as Ex. 5.

[3] Memorandum and Order on Claim Construction, April 12, 2005.

[4] Klein, Jeffrey A., *Tumescent Technique for Local Anesthesia Improves Safety in Large-Volume Liposuction*, 92 Plas. and Reconstructive Surg. 1085-1098 (Nov. 1993). (Ex. 6).

[5] See Ex. 5.

AngioDynamics currently instructs physicians to "administer perivenous local anesthesia" in the amount of 100-200 ml, and to inject enough fluid "to protect the skin." Its earlier instructions further directed that the solution be injected so that a "10mm wheel" of the dilute anesthesia would be created around the vein.[6] As a practitioner, I understand both of these instructions to result in contact of the fiber tip with the vein wall. Injecting the recited quantities of solution in a "perivenous" fashion (i.e., within the fascial sheath) will necessarily cause compression of the vein, resulting in drainage of blood from the vein and contact between the fiber tip and the vein wall.

VSI likewise instructs that the tumescent solution should be delivered "perivenously throughout the entire treatment area to provide analgesia and protection of surrounding tissue from thermal damage." It further instructs that there should be a "sufficient volume of anesthetic agent to achieve a separation between the vein wall and the fascial sheath." Following this instruction will also result in drainage of the blood, compression of the vein, and contact between the fiber tip and the vein wall. Although VSI's current IFU lacks its earlier instruction to deliver 100-200 ml of fluid, a volume in or near this range would be required to achieve the goals stated in the current IFU for a patient's great saphenous vein.

The injection of dilute anesthetic (so-called tumescent anesthesia) serves three primary goals. First, the solution anesthetizes the vein, allowing the procedure to be performed without pain for the patient. The anesthetic effect of the tumescent anesthesia also allows the procedure to be performed without the use of general or regional anesthesia, which would generally require extra recovery time.

Second, the tumescent anesthesia surrounding the vein acts as a heat barrier. Though significant heat from ILT rarely is transferred far outside of the vein, the tumescent solution acts as an additional safety measure to prevent heat from damaging non-target tissues.

Third, the tumescent anesthesia forces the tissue into which it is injected to swell. This swelling around the vein causes the vein itself to be compressed. Because the pressure inside the vein is low relative to the pressure of the tumescent anesthesia pressing on the outside of the vein, the vein compresses. This is certainly true of the great saphenous vein which is typically treated in ILT.[7] The vein, which is pliable, collapses down onto, and wraps around, the laser fiber tip (in the process causing exsanguination of blood) such that the uncoated portion of the fiber tip contacts the vessel wall. The compressive effect of the fluid around the vein is reinforced by some doctors who use epinephrine as a component of the tumescent solution (epinephrine induces severe spasm of the vein which contracts the vein around the fiber).

---

[6] ANG26084 (Ex. 5).

[7] *Commentary to Reticular Veins, Incompetent Reticular Veins, and their relationship to Telangiectases,* Green, David, Derm. Surg. 24 1129-1141 (1998) (Ex. 7).

I witness this phenomenon of vein compression during ILT every time I perform the procedure. It can be observed readily on ultrasound, and has been displayed numerous times in the published literature.[8]

This compressive effect is especially pronounced if the dilute anesthetic is injected perivenously (i.e., around the vein in the fascial sheath) as instructed by the defendants.

In the early development of the ILT procedure, injection of the dilute anesthetic was not as precise. Tumescent anesthesia was sometimes injected in the vicinity of the vein, without specific efforts to ascertain that the solution had reached the perivenous space between the fascia. (For example, at one time it was less common to inject tumescent anesthesia under ultrasound guidance – something that many physicians do today when performing ILT procedures.) Nonetheless, tumescent anesthesia delivered in the general vicinity of the vein still causes the tissue around the vein to swell, and the vein to compress into contact with the laser fiber tip. Today, most physicians inject tumescent anesthesia under ultrasound into the perivenous space, resulting in enhanced compression.

Those who may not inject tumescent anesthesia into the perivenous space usually inject more liquid than I do. For instance, Dr. Proebstle estimates that he uses upwards of 300 ml of tumescent fluid with epinephrine for longer vein segments, and 100-200 ml for segments only 20 cm long.[9] The pressure of this amount of fluid is so great that it will often cause the leg surface to be visibly deformed.

## CONTACT IS NECESSARY FOR A SUCCESSFUL ILT PROCEDURE

Direct contact between the vessel wall and the energy-emitting section of the laser fiber is critical to the success of ILT because it ensures that the laser energy will be absorbed by the vein wall tissues, rather than by non-target chromophores[10] such as blood. Absorption of the laser energy by the vein wall tissues heats those tissues and damages them (through, for example, ablation and carbonization), inducing fibrosis (scarring) of the vein. Without causing damage to a significant thickness of the venous tissue (i.e., beyond the endothelium and into at least the medial layer of the vein wall) fibrosis sufficient to permanently close the vein will not occur. As discussed below, it is clear that the necessary level of damage requires contact of the fiber tip with the vein wall. Other mechanisms of action hypothesized by some in the field -- such as "steam

---

[8] E.g., Min, R.J., et. al., *Endovenous Laser Treatment of Vein Reflux: Long-term Results*, 14 JUIR 991-996 (2003) (Ex. 8).

[9] Deposition of Dr. Proebstle (11/18/05) (redacted) at 33-34 (Ex. 9); see also T.M. Proebstle, et al, "Endoevenous Laser Treatment of the Lesser Saphenous Vein with a 940-nm Laser: Early Results," Derm. Surg. 2003, 29:357-361 at 358 (instructing the use of epineherine) (Ex. 10).

[10] "Chromophores," in this setting, are simply organic materials that absorb certain wavelengths of laser energy better than other materials. A carbonized organic material is the strongest chromophore that exists during an ILT procedure.

6

bubble" formation within the vein – simply cannot cause enough damage to result in a therapeutically effective procedure.

### Steam Bubbles Cannot Cause the Damage Necessary to Close the Vein

#### There is Not Enough Energy in the Steam Produced During ILT to Cause Sufficient Damage

Dr. Thomas Proebstle of Germany (a consultant for the defendants in this case) has suggested[11] that direct contact of the laser fiber tip with the vein wall is not necessary to the success of ILT because "steam bubbles" created by vaporized blood within the vein can cause sufficient damage to the vein wall to result in reliable closure of the vein – even if the fiber tip never contacts the vein wall. Dr. Proebstle is mistaken.[12]

In general, when lasers are used to heat tissue, the mechanism of action is absorption of laser light by the tissue, causing excitation of the molecules comprising that tissue which leads to an increase in the tissue's temperature. In case of ILT, the tissue damage is caused by direct absorption of the laser energy by the vein wall in direct contact with the bare laser fiber tip. Dr. Proebstle's theory appears to be that such direct heating is not responsible for closure of veins during ILT, but rather that the heating is *indirect* – i.e., the laser beam is absorbed by blood in the vein, which is thereby heated and vaporized to form a steam bubble, which in turn expands into contact with the vein wall. Dr. Proebstle's idea seems to be that the steam bubble transfers heat energy to the vein wall (i.e., through the process of conduction), causing damage to the wall. What Dr. Proebstle fails to appreciate, however, is (1) how inefficient the production of steam is when fired into blood, and (2) how little heat carrying capacity the steam bubble has at atmospheric pressure and at around 100°C. Put simply, steam formed during an ILT procedure is physically incapable of transferring enough heat to the vein wall to cause the damage that is required for an effective treatment.

Steam is a gas created by the application of adequate energy to water. In the case of ILT, that water is present in (and forms a predominant component of) the intravenous blood.

A brief calculation demonstrates why Dr. Proebstle's "steam bubble" theory is not credible. It is known that from body temperature (37° C), 2500 joules of energy are required to convert 1 cm$^3$ of water to 1700 cm$^3$ of steam.[13] In one of Dr. Proebstle's

---

[11] E.g., Proebstle, T.M., et. al., *Endovenous treatment of the greater saphenous vein with a 940-nm diode laser: Thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles*, 35 J. Vasc. Surg. 729-736 (April 2002). (Ex. 11).

[12] Elsewhere in this report I explain why, in any event, it is not possible to avoid such contact during the ILT procedure without using a special device to "center" the fiber within the vein – something that neither of the defendants sells.

[13] Katzir, A., "Lasers and Optical Fibers in Medicine," p. 79-80 (1993) (relevant excerpt at Ex. 12).

articles, he reports that he conducted an experiment to determine the amount of steam created in blood by the energy from a pulsing laser.[14]  Based on the steam volumes reported by Dr. Proebstle in that article, of the total energy delivered by the laser pulse, less than 2% (in fact about 1.7%) of the energy emitted during his experiment and consequently during an ILT procedure goes to creating steam.[15]  Dr. Proebstle admitted this during his deposition.[16]

The theoretical proof that this steam bubble may not cause sufficient vein wall damage follows:

As mentioned, during an ILT procedure a steam bubble is created at atmospheric pressure and at 100ºC.  This steam bubble gives up its energy quickly and disappears in a short period of time.  Steam at 100ºC cannot produce any of the typical ILT pathological findings of carbonization and ablation of the vein wall typically found by all practitioners as well as Dr. Proebstle. These lesions require temperatures of at least 200-300ºC.

It is also an accepted fact by most practitioners that between 60-100 joules of laser energy per linear centimeter of vein are required for a successful ILT procedure which usually involves treating about 40 cm of vein.  Even if one concentrated all of the energy on one centimeter instead of the typical 40 cm, and assuming an idealized conduction setting, the energy would not cause the carbonization seen during a typical ILT procedure without contact between the laser fiber tip and vein wall.  Since only less than 2% of the laser energy released is converted into steam, that is 40-50 joules from the approximately 2500 joules used for the typical procedure.  This amount of energy is even less than the amount most practitioners recommend to treat a vein and would be unable to successfully close even 1 cm of vein.

It is illogical to assert that less than 2% of the energy provided by the laser does the damage to the vessel wall during ILT that causes the desired therapeutic benefit. Instead, it is obvious that it is the remaining 98% of the energy, which is deposited directly into the vein wall through contact of the fiber tip with the wall, that causes the requisite vein wall damage and, ultimately, fibrosis.

Dr. Proebstle attempted to explain the presence of carbonization and perforations of the vein wall through laser beam impact and not contact.[17]  This is a practical impossibility given that he himself accepts that the laser beam will travel less

---

[14] See Proebstle article, Ex. 11.

[15] A graph in Dr. Proebstle's article shows that 15 J of energy applied in a blood-filled tube created around 170 mm$^3$ of steam.  It is known, however, that 15 J will convert 6 mm$^3$ of water to 10,200 mm$^3$ of steam (about 60 times more steam than Dr. Proebstle measured). To create 170 mm$^3$ of steam (the amount measured by Dr. Proebstle) requires only 0.25 J of energy – or 1.66% of the 15 J that Dr. Proebstle actually applied.  In a patient, the remaining 98.34% of the energy is absorbed by the vein wall while it is in direct contact with the laser fiber tip.

[16] Depo. of Dr. Proebstle at 157.

[17] Proebstle Article, Ex. 11.

than 1/3 millimeter in blood.[18]  It would require a very sophisticated centering device to be able to maintain the laser fiber tip at less than 1/3 mm distance from the vein wall without any contact. No such device exists.

I also understand that Dr. Proebstle has now modified his theory, claiming in his deposition that the vein wall damage is caused not just by steam, but by what he calls a "heated blood mixture."[19]  It is unclear, however, exactly what Dr. Proebstle considers to be the "heated blood mixture."

Blood, being mostly water, but also containing other molecules, has a boiling point slightly over the boiling point of water (100°C).  Once blood reaches that temperature, the water within it boils, i.e., converts from a liquid to a gas (steam). We have already seen the inability of this steam alone to produce any significant damage. Again, it takes 2500 joules to convert only $1 cm^3$ of water from liquid at body temperature to steam.  This 2500 joules is roughly equal to the entire amount of energy used during a typical ILT procedure.  Two cubic centimeters of blood, containing 1 cc of water will rob all the energy required for the procedure.  Any remaining solid blood products do not conduct significant heat to the vein wall, let alone in a time frame consistent with the pullback rate used in the ILT procedure, as proved in the experiments described below.

In the presence of large amounts of blood, a nucleus of carbonized material will form immediately around the laser fiber tip when the laser is fired.  Dr. Proebstle and I have both demonstrated this phenomenon.  When the temperature of the blood surrounding this carbonized nucleus reaches temperatures around 50ºC, the red blood cells change shape and start to hemolize, blood proteins denaturate and agglutinate forming an agglutinated aquos matrix, which traps water forming and insulating like gel. Further carbonization of these surrounding agglutinated aquos matrix will proceed slowly since it will need to be desiccated first (i.e., all the water will need to evaporate) before the carbonization can continue (carbonization of the tissue typically occurs at around 200ºC).  This process requires large amounts of energy and time.  Because of these facts, as will be shown practically below, transmission of heat through this "heated blood mixture" or agglutinated aquos matrix is quite slow.  It takes a long time for the laser energy to first desiccate all of the water, then carbonize the blood products, and then have the heat energy reach the vein wall.  Indeed, so little energy escapes from such a mixture of blood products while the laser is firing that one can place his or her fingers on the outside of a thin layer of agglutinated aquos matrix adhering to the laser fiber tip while the laser is firing and is at more than a 1000ºC and will not be burned.

To counter these effects, practitioners will exsanguinate the vein before starting the ILT treatment  Otherwise, firing the laser in blood will rob all the energy of the procedure, producing just steam and a "heated blood mixture" (agglutinated aquos matrix), which lacks any ability to conduct heat leaving the vein wall undamaged.

_____

[18] Proebstle Article, Ex. 11.

[19] Depo. of Dr. Proebstle at 160.

9

### *Vein Column Experiment – Steam Effect on Vein*

In my first experiment simulating the "steam bubble" effect postulated by Dr. Proebstle, I subjected vein tissue to steam alone, and ensured that the fiber tip would not come into contact with the vein wall tissue. The apparatus consisted of two glass tubes, arranged roughly coaxially but separated by a distance, with a segment of vein connecting and overlapping the proximal ends of the glass tubes. The bottom tube, the vein, and the upper tube were filled with blood. A laser fiber was snaked under and into the bottom tube, with its bare tip immersed in the blood within the bottom tube and placed the segment of vein. The tip of the laser fiber was surrounded by the bottom glass tube and could not touch the wall of the vein outside and above that tube. When the laser was fired, steam bubbles were generated (as observed by Dr. Proebstle) and rose through the setup so that the vein segment was exposed to the steam. A picture of the setup follows:[20]



Glass tubes (bottom and top tube and vein segment are filled with blood)

Vein segment

Laser fiber (tip shown in vein with red aiming beam faintly visible on left side)

The steam bubbles had no effect on the vein wall – either to the naked eye, or under the microscope. This experiment proved what I already knew based upon my experience, common sense and the mathematical analysis above: steam at atmospheric pressure does not carry enough heat to cause damage to a vein wall, let alone enough damage to lead to fibrosis and closure of the vein.

---

[20] Further pictures and videos of this experiment, and all others relied upon in this report, are provided on DVDs at Ex. 13.

***PVC Tube Experiment – Heat Conduction Through an Agglutinated Matrix***

In this second experiment, I filled an 8-mm diameter thin PVC tube with blood and immersed the laser fiber tip in the blood. The setup of this experiment is shown below:



According to the manufacturer's specifications, the PVC material beings to deform at temperatures between 20 and 80°C. After immersing the laser fiber tip in the blood and making sure that the fiber tip was not touching the wall of the tube, I turned on the laser and allowed it to fire until the PVC tube began to deform. This deformation was easy to witness because the material began to curl and shrink as shown below:



With an 980 nm wavelength laser firing at a power of 10 watts (the minimum amount of power AngioDynamics instructs to use),[21] it took about 18 seconds for the PVC tube to begin deforming, even though the laser fiber tip was held in one place for

---

[21] See Exhibit 3, AngioDynamics IFU.

the entire time (i.e., unlike an ILT procedure in which it is pulled back continuously). Thus, when the tip of the laser fiber was not touching the wall of the PVC material, it took about 18 seconds for heat from the laser energy to be transferred through the blood to heat the wall of the tube to a temperature at which the tube began to deform (20° to 80°C), and it took about 30 seconds (with the application of over 300 joules of energy) for the tube to thoroughly deform. Given the fiber pullback rate of several mm/second that is typically employed during ILT, and the relative thickness of the material, conduction characteristics into the vein wall, and the general dissipation of energy in a vein, it is impossible for such a procedure to be successful if the laser fiber tip is separated from the vein wall as the tip in this experiment was separated from the wall of the PVC tube. Even if a vein wall temperature in the range of 20 to 80°C was sufficient to result in a therapeutically effective treatment (which it is not, because at least 200°C is required to achieve the carbonization seen in the pathology after a typical ILT procedure), such temperatures would not be achieved unless the fiber tip were held in position for a significant length of time while the laser was firing. In the ILT procedure, however, the physician moves the fiber while firing as noted above. Furthermore, as was described previously, if a fiber tip is surrounded merely by blood, an agglutinated blood matrix will form around the tip, insulating the tip from the vein wall. That matrix is what prevents the heat from deforming the PVC tubing in this experiment. Moreover, this insulation is strong enough that I can place my fingers on the outside of the matrix while the laser is firing and not be burned (as shown in a video accompanying this expert report).

In contrast to the effect described above when the fiber tip was positioned in the center of the tube, the tube reacted dramatically to direct contact with a laser fiber tip. When I placed the tip of a laser fiber in contact with the PVC tube and turned on the laser, it burned a hole in the PVC tube immediately. This contrast reinforces that contact between the laser fiber tip and the vein wall is necessary to transfer enough energy to cause damage to the wall.

**Contact Is Necessary During ILT**

My first set of experiments demonstrated that steam does not have sufficient heat-carrying capacity to damage vein tissue during ILT. Another set of experiments showed, by contrast, the dramatic effects that contact between the laser fiber tip and the vessel wall has on the vessel wall.

### Vein Flap Experiment – Contact and Carbonization

In the first of these experiments, I fired the laser, through the laser fiber, toward a flap of human vein tissue pinned to a substrate. I performed this experiment several times, while the vein flap and fiber tip were immersed, alternately, in a blood medium or a saline medium. In addition to changing the medium, in separate experiments I placed the laser fiber tip 1 mm from the vein tissue, or in direct contact with the vein tissue. In all of the cases I set the 810 nm laser to a power of 12 watts. A picture representative

12

of this setup, in which the laser fiber tip was placed in contact with a vein flap when covered in a blood medium, follows:



The results of the experiment were predictable to me based on my extensive experience with ILT. When the laser fiber tip was not in contact with the vein flap, there was little or no effect on the vein wall (in either a blood medium or a saline medium). This result occurred even though the laser fiber tip was only 1 mm away from the vein tissue. The laser beams emitted by the lasers sold by the defendants only travel about 0.3 mm through blood before being completely absorbed.[22] Even though saline does not contain the same chromophores as blood, such that the laser beam can travel much farther through the saline, firing the laser with the laser fiber tip held even a small distance from the vein tissue in a saline medium dramatically decreased the effectiveness of the laser. Little if any damage was done to the vein flap at 1 mm in the saline bath when the laser was pulsed for one second. In short, even with a very short 1 mm distance between the fiber tip and the venous tissue, ILT will not be successful. This result also establishes that the carbonization that Dr. Proebstle observed in his article[23] when he filled a vein with saline and pulsed the laser for one second was actually the result of contact between the laser fiber tip and the vessel wall given his experimental set-up. It was not, as Dr. Proebstle hypothesized, the result of the "laser beam impact" (if what he meant by that was impact of the laser energy emitted from a fiber tip some distance away from the vessel wall).

---

[22] Roggan, André et al., *Optical Properties of circulating Human Blood in the Wavelength Range 400-250 nm*, R.J. Biomedical Optics 36-46 (Jan. 1999) (Ex. 14). I note that the lasers will travel significant distances, however, through the air. That is why it is possible to damage tissue by merely pointing a laser fiber in the air at a tissue with a chromophore and pulsing the laser, such as Dr. Proebstle did to prepare his expert report.

[23] Proebstle, T.M. et. al., *Thermal Damage of the Inner Vein Wall During Endovenous Laser Therapy: Key Role of Energy Absorption by Intravascular Blood*, 28 Derm. Surg. 596-600 (July 2002) (Ex. 15) and Ex. 9.

In contrast with the "no contact" vein flap experiments, when the laser fiber tip was placed in contact with the vein tissue a lesion could be observed with the naked eye after I pulsed the laser.  Thus, contact between the fiber tip and the vein wall is a critical prerequisite to causing necessary damage.  The lesion was even more dramatic, including carbonization of the vein wall, when the fiber tip was immersed in blood as opposed to saline.  This result shows that having some blood in the vicinity of the contact patch can lead to more dramatic results because the blood (which has a higher concentration of red blood cell chromophores than the tissue of the vein wall itself) acts as a photosensitizer to help start the process of carbonization of vein wall and the high temperatures necessary for the success of the procedure.

Once again, this experiment demonstrated that direct contact of the laser fiber tip and the vein wall is essential for ILT to be effective at treating the vein. Unless the tip of the fiber is in contact with the vein wall, my experiments show that heating within the vein will not cause clinically significant damage to the vein wall at the power settings used in ILT.

### *Vein in Jig Experiment to Simulate Use of Tumescent Anesthesia*

I also did a series of experiments that simulate the actual clinical conditions *in vivo* during an ILT procedure. I used a sealed jig in which I could mount a vein and simulate the effects of tumescent anesthesia by pumping saline fluid, under pressure, around the vein. A picture of the jig, with the vein segment mounted inside, is pictured below:



The vein 1 is mounted between two tubes 2 and 3 in a saline bath. Tube 2 leads to a vertical column of blood to recreate the typical pressure found inside a great saphenous vein (8 cm of water), while tube 3 leads to a valve 4 (off to the right of the photo) to allow the introduction of blood and the laser fiber within the vein. Once the vein was mounted, I introduced blood into the vein to simulate the *in vivo* conditions. In addition, I introduced the laser fiber so that its tip was in the vein just short of tube 2. Because the jig is tightly sealed, I was able to inject saline through a valve 5 on the side of the jig to compress the vein onto the laser fiber and its tip. This injection mimics the effects of tumescent anesthesia on the vein during ILT.

Once the vein was compressed by the simulated tumescent anesthesia, I fired the laser as I would during an ILT procedure, using 12 watts of power and pulling back the laser fiber back at the same rate that I would during ILT. After firing the laser and removing the laser fiber from the jig, I removed the vein segment and dissected it. Easily visible on the vein was a large lesion in the vein wall of the type ordinarily seen and reported in the literature on ILT (discussed in more detail below). This lesion included a line of carbonization where the laser fiber tip made contact with the vein wall.

15

In a related experiment, I performed the same steps set forth above, but instead of introducing a laser fiber of the type sold by AngioDynamics, VSI, and Diomed, I added a "centering device," which had the same effect as those centering devices described in AngioDynamics' and VSI's patent applications:[24] it maintained a distance between the laser fiber tip and the vessel wall, thus avoiding contact. When I performed the same test using the centering device and no compression, no lesion was produced on the vein segment. This result further confirms that it is contact of the laser fiber tip and the vein wall that causes the clinically significant damage during an ILT procedure. When there is no contact, that damage does not occur.

**Experience**

### Literature of Charred and Perforated Veins Proving the Contact Mechanism

The results from the above experiments, particularly the jig experiments in which the vein segment showed a track of carbonization after treatment, are significant because the damaged vein walls looked strikingly similar to those shown in the literature, and those that I have personally inspected after treatment. Because the treated veins shown in the literature show the same carbonization that I saw when I am certain that contact occurred, the veins shown in the literature further demonstrate the occurrence of contact between the laser fiber tip and the vessel wall in the ILT procedure.

Many physicians have included images of excised veins in their articles concerning ILT. These published images show the same signs of destruction, carbonization, trenching, and perforations that I saw in my experiments with direct contact between the laser fiber tip and the vein wall. For instance, Dr. Proebstle, one of the defendants' consultants, reported the following image in his April 2002 Journal of Vascular Surgery paper.[25] As Dr. Proebstle himself noted, the dark spots indicate carbonization or even full perforation of the vein wall. After reviewing the image, I agree that the photograph features both:

---

[24] U.S. Pat. Pub. No. 2004-0010248 (Jan. 15, 2004) (AngioDynamics Application); U.S. Pat. Pub. No. 2005/0288655 (Dec. 29, 2005) (VSI Application), both at Ex. 16.

[25] Proebstle Article, Ex. 11.



This image shows a line of carbonization along the vein wall that is characteristic of contact with the fiber tip.

Dr. Spreafico obtained a similar image revealing both carbonization and perforations. The following photograph is from his presentation at an October 2005 conference.[26]



In addition, Dr. Anastasie showed an analogous photograph in his 2003 article.[27] One can clearly see both the carbonization and perforation effects. The following image is a higher-quality version of the photograph that appears in the article.



---

[26] Dr. Spreafico likewise concluded in his paper that these phenomena are evidence of contact between the vein wall and the fiber tip. Biolitec cont., Rio, Oct. 2-7, 2005, Ex. 17.

[27] Anastasie, B. et al., *Laser Endoveineux: Endovenous Laser, Phlebologie*, 369-382 (2003) (Ex. 18).

These excised veins are quite similar to those photographed after my jig experiments.  A representative photo from those experiments is below:



Furthermore, these photographs are strikingly similar to vein segments that I have excised and examined after performing ILT on my own patients.

In addition to the similarity on a macro level between the treated veins shown in the literature and those from my experiments, the veins are also similar on a microscopic level.  After my experiments, I had many of the veins sent to a histologist for analysis.  A photo representative of those histological slides of the vein tissue where there was definite contact between the laser fiber tip and the vessel wall is included below:



18

In this photo there is an area that has been ablated by the heat created by the contact between the laser fiber tip and the vessel wall. The same carbonization, ablative trenching, and perforations that are visible on the macro level are quite pronounced when viewed under the microscope.

Dr. Proebstle himself published a series of similar histologies in an April 2002 article in the Journal of Vascular Surgery.[28] As Dr. Proebstle himself noted, these slides reveal both "vein wall disruption" (i.e., trenching – slide B) and "pronounced" thermal damage, including carbonization (slide D):



Dr. B. Anastasie and others obtained a similar histology that reveals considerable carbonization and trenching, shown by the arrows in the photo. They published their findings in their 2003 article referenced at Ex. 15:

---

[28] Proebstle Article, Ex. 11.



Dr. Giorgio Spreafico and his team also obtained an analogous histology. It too evidences significant carbonization as well as trenching. Dr. Spreafico included the image in a presentation he prepared for an October 2005 conference sponsored by the manufacturer of the laser distributed by AngioDynamics:[29]



Dr. Robert Weiss published a 2002 article in Dermatologic Surgery (*Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model*)[30] reporting on an endovenous laser procedure that he had performed on a goat vein. As Dr. Weiss observed, the histology he obtained reveals carbonization as well as an outright perforation (marked by the arrowhead):

---

[29] *How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser*, Ex. 17.

[30] Ex. 19.



In a 2002 paper in Dermatologic Surgery (*Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood*),[31] Dr. Proebstle also obtained an analogous histology after performing an in vitro experiment.  The deep ablative trench is unmistakable:



Perforation, carbonization and trenching are all tell-tale signs of direct contact between the vein wall and the energy-emitting portion of the laser fiber.  This point is indisputable based on the experiments above and a general understanding of the procedure.

On the basis of my own experiments as well as the signs of carbonization, trenching, and perforations evidenced by the published literature, I conclude that the tumescent anesthesia used by the authors in the literature achieves reliable contact between the laser fiber tip and the vein wall.

---

[31] Ex. 15.

***Fiber Degradation and Increase in Size of the Laser Emitting Section of the Fiber***

As described above and proven in my experiments, contact between the vessel wall and the energy-emitting portion of the laser fiber is critical to the success of the ILT procedure. I have also concluded, on the basis of physical examinations and experiments, that the size of the bare tip capable of emitting laser energy grows dramatically over the course of the procedure.

Like Diomed, AngioDynamics and VSI sell procedure kits that include a laser fiber with a core of 600 microns. The image below is a picture that I had taken of the end of an *unused* laser fiber:



Flat front face
of the fiber tip

600 micron core
fiber, covered by
cladding

Protective jacket

This image depicts several features of the unused laser fiber, including

- the core laser fiber (labeled "600 micron core fiber, covered by cladding"),
- the "cladding," which is a thin, reflective coating on the core fiber that keeps the laser light within the fiber (rather than emitting through the side of the silica which makes up the core of the laser fiber), and
- the "jacket," made of plastic that covers the entire fiber except for roughly the last 2.5 to 5 millimeters (depending on the manufacturer).

On a new fiber, the cladding extends the entire length of the fiber, except for the flat face at the very end, perpendicular to the fiber's axis. Near the tip of the fiber, some cladding may crack off when the tip is cut during manufacture (as well as areas in which the cladding may have imperfections or may be scratched during handling). With the exception of such cracking, the only portion of an unused fiber that will emit laser energy prior to a procedure is the flat face at the end of the fiber. When the aiming beam is emitted through such a new fiber, it will appear as a round circle on a white piece of paper.

Once the laser begins to fire and carbonization of venous tissue and/or blood occurs, however, the fiber tip and surrounding cladding grow extremely hot. Dr. Robert

Weiss measured the temperature during ILT as high as 1000°C.[32]  As a result, the cladding immediately begins to degrade and the fiber core begins to change shape.  By the time the procedure is complete, the fiber tip typically erodes into a rounded (rather than flat) shape.  In addition, the cladding has degraded from the surrounding parts of the unjacketed portion of the fiber, allowing laser energy to escape through the sides of the fiber tip (in addition to its end face), which increases the size of the laser-emitting section.  If the aiming beam is aimed at a white piece of paper after this degradation, it will appear as an oval or very ill-defined shape.

I have personally inspected numerous fibers after treatment and have observed this type of degradation.  A representative photograph is included below.  In the photograph, the red visible aiming beam is escaping from the sides of the fiber, indicating that the cladding in that region has broken down.  The laser energy itself (invisible to the naked eye) will also be emitted from the sides of the fiber when the laser is turned on.  The effects of the side escape of laser energy will also be visible when doing experiments with the laser fibers in blood in translucent tubes, such as my experiments described above.



I did a series of experiments to determine how much energy escapes from the sidewalls of the fiber after the tip has degraded.[33]

### Wattage Degradation Experiment

The methodology for the first experiment was simple.  I tested the emission of laser energy from the flat front face of unused laser fibers, when the laser console was tuned to 15 watts.  At that setting, the emission from an unused fiber is typically between 13 and 14 watts due to inherent losses in the machine and the fiber itself (due to impurities).  Little or no light escapes from the sides of an unused fiber, as noted above.

---

[32] Ex. 19.

[33] The Diomed, AngioDynamics and VSI fibers are essentially identical, including for purposes of these experiments.

23

I did the same test on the laser fiber after it had been used in an ILT procedure, measuring the laser energy emitted through the front of the fiber tip.

I found that the wattage of the laser light emitted from the front of the fiber typically decreased to between about 7 and 9 watts, for a degradation of 40-50%. The "lost" wattage (i.e., the 40-50%) is necessarily emitted from the sides of the fiber tip where the cladding has been degraded.

On the left-hand side below is a representative photograph of the power meter setup recording a reading of over 13 watts from laser transmission through the front of an unused fiber. On the right hand side is a representative photograph of the same setup recording a reading of under 7 watts from laser transmission through the front of a used fiber.

 

This experiment proves that the cladding at the end of the laser fiber degrades dramatically during an ILT procedure, such that almost the entire unjacketed portion of the fiber, if not the entire unjacketed portion, becomes a light-emitting section.

Degradation of the laser fiber and cladding is an important phenomenon that contributes to ensuring continuous contact between the vein wall and the laser-emitting portion of the laser fiber. This would even be true for a vein that had not been fully collapsed (e.g., due to improper or insufficient injection of tumescent anesthesia).

### Carbonization Experiment

I did an additional series of experiments that demonstrated that emission from the side of the fiber following breakdown of the cladding is sufficient to cause severe damage to tissue.

In the first of this series of experiments, I placed the side of a new laser fiber against the side of a cow liver such that it ran parallel to the liver tissue. I chose cow liver because it was an easily obtainable tissue and, like vein tissue in the human body, it contains chromophores for the 810 nm and 980 nm lasers.

24

When I placed the side of the new, cladded laser fiber tip against the liver and pulsed the laser for one or two seconds, initially the liver was only charred at the very end of the laser fiber (i.e., at its flat face). I then lifted the laser fiber and placed it on a different spot on the liver and pulsed the laser again for one or two seconds.

After I repeated this process in different locations along the liver, subjecting the laser fiber and its cladding to conditions similar to those observed inside the vein during ILT, after five or six pulses the cladding began to degrade. This degradation could be observed because the charring began to occur not just in the vicinity of the end face of the laser fiber tip, but also along the five or so millimeters of the laser fiber that are unjacketed (i.e., the portion that is covered solely with cladding on an unused fiber). A representative image depicting lines of carbonization caused by light emitted from the side of the fiber follows:



Carbonization from Side Emission of Laser Energy

To confirm this result, I performed the same experiment on a section of human vein tissue. Again, the briefly used laser fiber created charring along the tissue where the entire sidewall that was originally covered with cladding touched the tissue. A representative image of that result is below:



Once the cladding of the laser fiber tip is degraded, the energy emitted from the front face of the fiber is not necessary to char and destroy tissue; the energy emitted from the sidewall is sufficient to have that effect. To further prove this point, I placed the side wall of a used laser fiber against the tissue (both cow liver and human vein segment, in separate experiments) so that the very end (the now deformed face) of the laser fiber hung <u>over the end</u> such that the tissue could not possibly absorb any laser energy emitted from that end. Despite the fact that the tissue was absorbing energy only from the sidewalls where the cladding had degraded, the tissue still became carbonized after short pulses of laser energy.[34]

In addition, with each successive pulse, the degree of injury done to the tissue increased. This successively more severe injury is a result of the carbonization effect on the laser fiber and progressive breaking of the cladding. As the amount of carbon increases and the laser is pulsed, the damage done to the tissue is greater because the temperature in the vicinity of the laser fiber tip increases.

---

[34] This result is further reinforced by the research recently done by Dr. Schmedt, et al. and published in the European Journal of Vascular and Endovascular Surgery. *Investigation on Radiofrequency and Laser (980nm) Effects after Endoluminal Treatment of Saphenous Vein Insufficiency in an Ex-vivo Model*, Eur. J. Vasc. Surg. 32, 318-325 (2006). In that article, Dr. Schmedt concludes that "[p]rogression of carbonisation at the bare fibre tip may explain the finding of increasing thermal lesions during [l]LT." (Ex. 20).

## CONCLUSIONS

In light of the above experiments, data and literature, and my expert knowledge of the ILT procedure, I summarize my opinions as follows, and intend to offer these opinions (as well as those expressed in more detail above) at trial:

1.  Direct contact between the vessel wall and the energy-emitting section of the laser fiber is critical to the success of the intraluminal laser therapy (ILT) because it is the only way to produce the pathological change that will result in fibrosis of the vein wall, given the energy, time and power used.

2.  Steam created by the emission of laser energy into intravenous blood during ILT does not have the heat-carrying capacity to damage the vein wall, let alone to cause therapeutically effective damage.

3.  *In vitro* tests establish that the steam created during ILT is inadequate to cause therapeutically effective damage to the vein.

4.  Because of the short distance through which laser energy of the wavelengths taught by the parties (810 nm and 980 nm) can travel through blood, direct contact between the laser emitting section of the laser fiber and the vessel wall is necessary to cause the vein wall to get to a temperature capable of causing permanent damage to the vein that will result in closure of the vein.

5.  If there is excessive amounts of blood in the vein during an ILT procedure, a matrix of blood materials will form on and around the laser fiber tip. It takes enormous amounts of energy and time to conduct heat through such a matrix and eventually cause damage to the vein wall.

6.  The published literature concerning ILT shows that, post-treatment, the vein is charred, trenched and/or perforated. This charring, trenching and perforation is consistent with my own observations of veins removed after an ILT procedure and the results of reduplicating the ILT procedure *in vitro*. This charring, trenching, and perforation is possible only through contact between the laser fiber tip and the vein wall.

7.  During an ILT procedure, the extreme temperatures in the vicinity of the fiber tip (upwards of 1000°F), cause the cladding covering the last few millimeters of the fiber to degrade. This allows laser energy to emit not only through the very end of the fiber, but also through the unjacketed sidewalls, turning the laser fiber into a laser emitting rod.

8.  While the side wall of the fiber is in contact with the vessel wall, this side wall emission is significant enough to cause permanent damage to the vein wall, including charring and perforation.

9.  Because of the relatively low pressure inside a vein, and a vein's general pliability, the vein is easily susceptible to external pressure. For that reason, the application of tumescent anesthesia will cause the vein wall to

collapse around the laser fiber and its face. This result is many times enhanced by the application of epinephrine in the tumescent anesthesia.

10.    Even inexact application of tumescent anesthesia, such as injections that are not made directly in the perivenous space, but are instead injected near the vein, will also cause the vein wall to compress, resulting in contact of the vein wall with the fiber tip. Especially when guiding points used for the application of the tumescent without ultrasound is the visual deformation and swelling of the leg and skin over the track of the vein.

Signed

Dr. Luis Navarro

Dated:

12/4/05