```
 1                VOL. I, PAGES 1 - 254

 2          IN THE UNITED STATES DISTRICT COURT

 3            FOR THE DISTRICT OF MASSACHUSETTS

 4

 5   DIOMED, INC.

 6              Plaintiff

 7   V.                    Civil Action No. 04-10019 RGS

 8   ANGIODYNAMICS, INC.

 9              Defendant

10   - - - - - - - - -

11   DIOMED, INC.

12              Plaintiff

13   V.                    Civil Action No. 04-10444 RGS

14   VASCULAR SOLUTIONS, INC.

15              Defendant

16              - - - - - - - -

17      Deposition of Richard R. Anderson, M.D.

18            Friday, September 23, 2005

19                    9:23 a.m.

20            Wolf Greenfield & Sacks, P.C.

21                600 Atlantic Avenue

22                Boston, Massachusetts

23              - - - - - - - -

24        Reporter:  Deborah Roth, RPR/CSR
```

Page 30

1  for me.
2    A. Sure.
3    Q. Can you, on the photo, the lowest photo on
4  the page, circle for me the fiber tip.
5       MR. RADER: I object on the ground, if
6  you are using that term in a legal sense, the way the
7  court has construed it, or a general sense?
8       MR. BRIGHT: I am using it in the way
9  that Dr. Anderson mentioned "fiber tip" earlier, and
10 he mentioned it in his report.
11   Q. Let me ask you, Dr. Anderson, when you say
12 "fiber tip," what do you mean by "fiber tip"?
13   A. What I mean functionally is the light-
14 emitting portion of this laser-delivery apparatus,
15 and you may have a -- in this case, a legal
16 construction of what that term means, but that's what
17 I mean.
18       Initially -- well, I will let you ask
19 your questions.
20   Q. Now, you circled something which you believe
21 is the fiber tip. Could you draw an arrow to that in
22 the margin and write "fiber tip."
23   A. The circle I drew includes the fiber tip.
24   Q. Okay. Can you specifically draw an arrow to

Page 31

1  the fiber tip then? I want to be as specific as
2  possible in identifying the fiber tip.
3    A. You have to remember that this fiberoptic as
4  shown on Exhibit 2 has been used.
5    Q. I understand that.
6    A. It's coming out of the patient.
7       The portion, the rounded and
8  noncarbonized portion is what I consider the fiber
9  tip.
10   Q. Is it your understanding that laser energy is
11 emitted from that entire rounded surface?
12   A. Yes.
13   Q. There is a part of the -- within what you
14 have circled, where there is no carbon that is --
15 comes back from that rounded surface; is that
16 correct?
17   A. Yes.
18   Q. Is that flat part that's not rounded but does
19 not have carbon on it, is that part of the fiber tip?
20   A. That is a portion in which the cladding has
21 been burned back and laser energy is being admitted
22 through those sidewalls; and from my point of view,
23 that's part of the light-emitting part of this device
24 which comprises the tip.

Page 32

1    Q. So when this fiber was put into the patient,
2  that flat part that comes back from the rounded edge
3  had cladding on it?
4    A. Correct.
5    Q. At some time during the procedure that
6  cladding was burned off?
7    A. That's correct.
8    Q. After the cladding was burned off, light was
9  emitting from it?
10   A. Yes.
11   Q. In Dr. Fan's experiments, did you ever look
12 at the fiber tip after she was done with her
13 experiment?
14   A. No.
15   Q. Do you know if in her experiment the cladding
16 was burnt off of the fiber that connected to the
17 fiber tip?
18   A. I couldn't tell you that.
19   Q. When the device -- when the fiber is placed
20 into the patient with the cladding on it, do you
21 consider the part that has the cladding part of the
22 fiber tip?
23   A. As I said earlier, I am talking about is my
24 personal definition, my functional definition of what

Page 33

1  is the tip is the light-emitting portion of the
2  device. When the fiber is first cleaved and before
3  the process of heating and carbonization and burning
4  occurs, the only portion that is emitting energy is
5  the flat cleaved face which is the fiber core.
6    Q. Okay. Now, can you -- you mentioned the flat
7  cleaved face. The area to which you drew the arrows
8  looks like it is rounded. Do you know why that is
9  so?
10   A. Yes.
11   Q. Why is that?
12   A. It has melted.
13   Q. Would the histology slides you saw from
14 Dr. Fan's Experiment No. 1 be consistent with the
15 side of the fiber, where in your drawing, No. 2, the
16 cladding was burned off, being in contact with the
17 vein wall?
18   A. They would be consistent with either contact
19 by the flat face that we have discussed; or if the
20 fiber had gotten to the point where it was this
21 eroded, it would also be consistent with the contact
22 with the sidewalls.
23       What it is consistent with is contact
24 with the light-emitting portion of the device.

Page 34

1  Q. Is it consistent with the contact to the
2  cladding?
3  A. I believe there is contact with the cladding,
4  but the cladding's purpose is to contain the optical
5  radiation in the tube. So when the cladding is still
6  present, the portion of this device where the
7  cladding is still present is not light-emitting.
8  Q. Would you describe the contact that you saw
9  in Dr. Fan's slides as causing circumferential damage
10 to the blood vessel?
11 A. In some of the slides, yes. In some of the
12 slides, no.
13 Q. In some of the slides you saw
14 circumferential --
15 A. In some slides there are circumferential
16 thermal injury.
17     The better the apposition, the better the
18 contact between particular vessel being tested and
19 the fiberoptic, the more circumferential it becomes.
20 Some of her samples show pretty extensive injury.
21 Q. The histology slides from Dr. Fan's
22 Experiment No. 1 that show circumferential injury, is
23 it your testimony that that circumferential injury
24 could only have been caused by contact between the

Page 35

1  fiber tip and the vein wall?
2  A. That's a complex question. That doesn't
3  really have a yes-or-no answer.
4  Q. Let me ask it another way.
5      The circumferential injury you saw in the
6  slides from Dr. Fan's Experiment 1, could they have
7  been caused by something other than direct contact?
8  A. No.
9  Q. Okay.
10 A. But let me clarify my answer.
11 Q. Sure.
12 A. Which is there are a number of events that
13 occur during this experiment which I think is a
14 recapitulation of what occurs in patients.
15     So the circumferential injury due to
16 conducted heat, vapor-bubble transport, convective
17 heat transfer are secondary phenomena to contact.
18     So when you ask me is this due to
19 contact, it's very difficult to answer you because
20 it's not -- not all of the phenomena are primarily
21 due to contract, but without appropriate contact,
22 they wouldn't happen. They are dependent upon
23 contact.
24 Q. Is it your view that successful treatment of

Page 36

1  a varicose vein with a laser requires direct contact
2  between the fiber tip and the vein wall?
3  A. Not always.
4  Q. Okay.
5  A. The history of this procedure includes
6  previous attempts in which contact was very poor and
7  some percentage of those patients did achieve closer
8  of the vein.
9      If you would modify your question to say
10 reliable results, the answer is yes. I believe that
11 reliable closure of the large vessels being treated
12 here for varicosities of the lower extremity does
13 require contact between the light-emitting device and
14 the vein wall.
15 Q. Let's talk about your experience.
16     Before we do that, I want to try to
17 define some terms so that I'm sure I know what --
18 what we mean when we are talking about them.
19     Ablation. What is ablation?
20 A. The removal of the material.
21 Q. What is a thrombus?
22 A. A thrombus is a blood clot which has occurred
23 through a process called thrombosis, which is a very
24 specific biological process in blood.

Page 37

1  Q. What is the process of thrombosis?
2  A. There are 12 clotting factors, plus platelets
3  that make music and cause a blood clot. If you want
4  the details, we will be here for a while.
5  Q. Can a thrombus be photothermally induced?
6  A. The coagulation and injury that occurs from
7  heating can lead to a thrombus, yes. But thrombus is
8  a biological process.
9  Q. What is venous insufficiency?
10 A. Venous insufficiency is a general description
11 for inadequate venous return of blood.
12 Q. Intraluminal laser ablation, what is that?
13 A. "Intraluminal" simply means within the blood
14 vessel's lumen. It's a general term meaning inside
15 the blood vessel as supposed to outside.
16 Q. Does intraluminal laser ablation mean placing
17 the fiber inside the lumen, or can you get
18 intraluminal laser ablation by having the laser on
19 the outside on the outside of the lumen?
20 A. You actually can get intraluminal laser
21 ablation by having the laser on the outside. I don't
22 know why you would want to, but I have seen that,
23 yes.
24 Q. What is intravascular cavitation?

Page 182

1  together, you got the laser on, essentially
2  continuously, and you are pulling the fiber back so
3  slowly, a couple of millimeters per second.
4       I have said this zone of direct photon
5  absorption around the fiber kind of occupies a
6  millimeter. So you are moving this thing millimeters
7  per second, and you're starting with something.
8  That's enough time to allow the conduction to go
9  through the wall of the vessel, which is why this
10  procedure, I think, works pretty well.
11    Q. Would this procedure, in your words, work
12  pretty well if you maintain the fiber tip a
13  millimeter away from the wall, but not contacting the
14  wall?
15    A. And you moved it back exactly the same way?
16    Q. Yes.
17    A. I think it would not work as well. It would
18  work in some percentage of the cases, for sure.
19    Q. You don't know what percentage?
20    A. No. I don't think I have ever heard of
21  someone doing that.
22    Q. When in the process does the carbon start to
23  form?
24    A. Early. I think probably -- in vivo, when

Page 183

1  this done, it is within a few seconds.
2    Q. And when in the process does the melting of
3  the tip that you described earlier start to occur?
4    A. It follows the formation of the carbon. It's
5  the only thing that can get hot enough to melt that
6  tip, is the process of carbonization followed, by the
7  laser pumping, of the carbon itself.
8       The fiberoptic it's pretty hard to erode
9  it like that and melt it. That probably occurs over
10  tens of seconds, it would be my guess. As far as I
11  know, it's never been tested.
12    Q. I think you testified that your understanding
13  in looking at this picture is that the cladding has
14  been burned back?
15    A. Definitely.
16    Q. When does that occur?
17    A. The cladding is a very thin coating on the
18  outside of the core; and as soon as the shape begins
19  to change, the cladding is gone. The cladding is a
20  very, very superficial coating. It's just a glass
21  coating on the outside.
22    Q. So around the same time that it starts --
23    A. Yeah.
24    Q. -- changing shape?

Page 184

1    A. They are basically simultaneous events.
2       The erosion and melting of the material
3  near the tip of the fiber will destroy the cladding.
4    Q. Why does the destruction of the cladding stop
5  where it did?
6    A. I think that the carbon -- where you see the
7  carbon coating, the fiber is an expression of the
8  fact that the cladding is still present under the
9  black -- under the carbon.
10       If the cladding were not present, you
11  would have laser photons getting out and sputtering
12  the carbon and removing the carbon there.
13    Q. My question is, if the cladding falls away
14  where it did in the first tens of seconds in a
15  procedure that takes a few minutes, why wouldn't the
16  cladding continue to fall away over the rest of the
17  length of the fiber?
18    A. It may.
19       This look to me, in this example, that
20  the cladding is gone for about a millimeter. This is
21  6/10ths of a millimeter, maybe half of a millimeter.
22       That process probably does burn back to
23  some extent, but I can't give you an exact answer.
24  It's tens of seconds. Maybe if you use it for an

Page 185

1  hour -- it's tough for me to know.
2    Q. If it is tens of seconds, let's assume it is
3  a minute to get back a millimeter, why over the next
4  minute or two of the procedure taking place you
5  wouldn't burn it back even more?
6    A. I think the energy is distributed over this
7  (indicating).
8       Remember that the laser energy going down
9  this thing is allowed to be released where the
10  cladding is absent, and there's a lot of activity
11  going on outside here.
12       I'm not sure this will continue burning
13  back like a cigarette, so to speak. I think it
14  probably reaches some sort of limit.
15    Q. Do you know the name of the patient this
16  fiber was used for?
17    A. No.
18    Q. Do you know the size of the vein, the
19  diameter of the vein this procedure was used on?
20    A. No.
21    Q. Do you know how much tumescent anesthesia was
22  used?
23    A. No. I was just told this was a typical case.
24    Q. Is that the only fiber you have seen after an