```
 1
       ** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **
 2
       UNITED STATES DISTRICT COURT
 3     DISTRICT OF MASSACHUSETTS
 4     ------------------------------------x
       DIOMED, INC.,
 5
                     Plaintiff/Defendant in
 6                      Counterclaim,
                                                 Civil No.
 7        -against-                              04-10444-RGS
 8
       VASCULAR SOLUTIONS, INC.,
 9
                     Defendant/Plaintiff in
10                      Counterclaim.
       ------------------------------------x
11     DIOMED, INC.,
12                   Plaintiff/Defendant in
                        Counterclaim,
13                                               Civil No.
          -against-                              04-10019-RGS
14
15     ANGIODYNAMICS, INC.,
16                   Defendant/Plaintiff in
                        Counterclaim.
17     ------------------------------------x
18                          October 27, 2005
                            10:00 a.m.
19
20        Deposition of LUIS NAVARRO, M.D.,
21     at the offices of Dorsey & Whitney LLP,
22     250 Park Avenue, New York, New York, before
23     Roberta Caiola, a Shorthand Reporter and
24     Notary Public within and for the State of
25     New York.
```

Page 289

1            Luis Navarro, M.D.
2    are talking about the visible lumen?
3        Q.   Right.
4        A.   Yes, then there would be blood.
5        Q.   Focusing on the time period when
6    you've turned the laser on and you're pulling it
7    back for those few seconds before you readjust,
8    as I understood it; do you know what percentage
9    of the flat face of the laser fiber is in
10   contact with the vessel wall during that
11   pull-back time?
12       A.   A lot.
13       Q.   A lot?
14       A.   Yes, because the moment that you
15   start it immediately starts embedding themselves
16   from the wall.  And as a matter of fact, many
17   times in the ultrasound you can see that the
18   bubbles escape only through to the upper section
19   of the fiber because all the rest of the fiber
20   is embedded into the vein wall already.  The
21   process of embedding and carbonizing is very
22   fast and it gets faster after a few shots,
23   because then the whole fiber is carbonized and
24   the amount of energy released is incredible and
25   absorbed by the tissues.

Page 290

1            Luis Navarro, M.D.
2        Q.   This first part of the procedure
3    when you are watching it with ultrasound Dr.
4    Navarro, can you actually visualize the contact
5    between the flat face and the vessel wall while
6    you're firing the laser?
7        A.   Yes.
8        Q.   Is the resolution of the ultrasound
9    sufficient to enable you to estimate what
10   portion of the flat face is in contact with the
11   vessel wall?
12       A.   That's what I wanted to tell you,
13   we are getting into the limits of the
14   resolution, you need to do it a little bit in an
15   indirect way, the interrelation of the laser
16   fiber tip with the vein wall and no lumen and
17   where you can see that the steam had been able
18   to open this virtual lumen, then you can see if
19   the lumen is here and the laser fiber you see it
20   there, because the laser fiber is embedded and
21   that's what the anatomic pathology shows.
22            That's when you open the vein you
23   see this straight line of walls of tissue is
24   where the laser fiber is dragging along the vein
25   wall.  You see it in one vein wall and many

Page 291

1            Luis Navarro, M.D.
2    times in both of them.  That carbonizing lesion
3    sometimes happens in both walls at the same
4    time.
5        Q.   What are you describing now?
6        A.   The lesion that the laser fiber
7    creates on the vein wall.
8            MR. RADER:  Make sure you let
9    Mr. Vitt finish his question.
10       Q.   This is a line of carbonization
11   that's on one side and sometimes two sides of
12   the vein wall?
13       A.   Yes, that's correct.
14       Q.   You've seen this because you always
15   take out a segment of the vein?
16       A.   Yes.
17       Q.   What segment of the vein do you
18   take out?
19       A.   The distal end.
20       Q.   By the knee?
21       A.   Yes.
22       Q.   How long of a segment do you take
23   out?
24       A.   An inch, two inches.
25       Q.   What's your purpose for doing that?

Page 292

1            Luis Navarro, M.D.
2        A.   Because I do the procedure in an
3    open way, I don't do it percutaneously.  So I
4    tied the vein and usually by that time when you
5    pull and tie you already have one or two inches
6    of loose vein outside of the tissue, the veins
7    are elastic.
8        Q.   Other than the first few
9    centimeters of the procedure you're not watching
10   with the ultrasound, is that correct?
11       A.   Occasionally yes, I will watch.  I
12   will watch a certain segment, but not regularly.
13       Q.   Do you believe that the
14   laser-emitting section of the fiber is in
15   contact with the vessel wall during the segment
16   of the procedure that you're not watching?
17       A.   Yes, definitely.
18       Q.   Why do you believe that?
19       A.   Because at that point the vessel is
20   narrower, the tumescent anesthesia is more
21   effective, the pathological results are the
22   same.  At that point all the laser fiber tip,
23   the unjacketed portion is already degraded, they
24   are emitting laser light all over, the tip is
25   already around it and the effects of the laser

Page 293

1           Luis Navarro, M.D.
2   fiber on the vein wall had been magnified.
3       Q.   Tell me what you mean at that point
4   the laser fiber tip I think you said has already
5   been degraded or something like that?
6       A.   Yes, you asked me before at the
7   beginning when you use a new fiber, as you say
8   the flat face is the only portion in which laser
9   light will escape or laser radiation. At the
10  moment that you start carbonizing the tissue the
11  temperature is very high, the carbonized tissue
12  attaches to the laser fiber, the temperatures
13  are very high and the clotting starts to break
14  down and you have emission of laser light
15  through the sides of the laser fiber.
16      Q.   At what point in the procedure does
17  the emitting of the laser energy out the sides
18  begin, do you know?
19      A.   Very early.
20      Q.   Can you be more precise than very
21  early?
22      A.   I would say after the first three,
23  four, five shots, after the first 150 joules,
24  180 joules and it's progressive, it degrades
25  more and more and more throughout the procedure.

Page 294

1           Luis Navarro, M.D.
2       Q.   How much time is involved in
3   getting to the point where it first starts
4   emitting out the side?
5       A.   Seconds.
6       Q.   What is your basis for saying that?
7       A.   As I told you the last time,
8   observing the laser fiber tip when it comes out
9   of the patient which is all blackened with
10  carbonization, the tip sometimes is melted, the
11  end of the jacket is melted. When you fired the
12  laser in this situation you can see that the
13  whole laser fiber tip glows like a candle
14  because laser energy is escaping through the
15  breaks in the clotting, the clotting has
16  disappeared and is lighting the carbon around
17  the fiber like an old time carbon bulb and it
18  becomes like a bulb.
19           Two, when you put the laser fiber
20  tip close to a 4 by 4, a white paper, anything,
21  you can see that a real nice straight perfect
22  beam has become very diffused and there is a
23  teardrop around the laser fiber tip.
24      Q.   What you told me is what you
25  observed after you have taken the laser fiber

Page 295

1           Luis Navarro, M.D.
2   tip out of the patient?
3       A.   Yes.
4       Q.   How does that tell you when during
5   the process the laser fiber starts to emit laser
6   energy out the side?
7       A.   I did some tests.
8       Q.   These are part of the experiments
9   that you disclosed to us a day or so ago?
10      A.   Yes.
11      Q.   Do you know what percentage of the
12  laser energy comes out the side as opposed to
13  out the flat end or the end of the fiber, at the
14  end procedure?
15      A.   Between 30 and 50 percent, more
16  between 40 and 50 in general.
17      Q.   How did you determine that?
18      A.   By measuring the wattage of the
19  laser emission before the procedure and after
20  the procedure, through the flat face of the
21  laser fiber which at the end is not flat
22  anymore.
23      Q.   Again, this is part of the
24  experiments you did that were disclosed to us?
25      A.   Yes. A gross approximation you can

Page 296

1           Luis Navarro, M.D.
2   see with the laser, the aiming beam of the laser
3   light before the procedure which you usually do,
4   you put against a gauze, you can see a very nice
5   sharp focus and if you put it sideways you can
6   see that only like from the flat face escapes.
7   At the end procedure it escapes everywhere, it
8   forms like a teardrop, it's pair shaped and
9   focused at the front.
10      Q.   In some of your earlier answers you
11  talked about, I think you said something about
12  the pathology being the same or this line of
13  carbonization on the vein being the same or
14  something like that; do you recall that?
15          MR. RADER:  Objection; vague.
16      Q.   Is it your view that if you see a
17  line of carbonization on the vein that that
18  means there's been contact with the
19  laser-emitting section?
20      A.   Yes, definitely.
21      Q.   On this degradation of the laser
22  fiber tip again at the end of the procedure, how
23  far down the laser fiber does the laser energy
24  escape out the side?
25      A.   Up to the jacket and most likely

**Page 297**

1  Luis Navarro, M.D.
2  there is melting of the jacket, which you see
3  many times after the procedure that the jacket
4  started melting.
5      Q.  Is it your understanding that
6  before the procedure there is cladding right up
7  to the end procedure?
8      A.  Yes.
9      Q.  Is it your understanding that as
10 soon as the cladding is burned away or
11 disappears in some form then the laser energy
12 can come out the sides?
13     A.  Yes. It disappears for a few
14 millimeters and it breaks down in different
15 ways, yes, and it permits laser emission through
16 the sides of the fiber all the way to the
17 jacket.
18     Q.  Dr. Navarro, do you understand that
19 Diomed has designated you as a corporate witness
20 for Diomed on infringement issues?
21     A.  I was made aware of that a couple
22 of months ago by the attorneys of Diomed.
23     Q.  Have you done anything to examine
24 either Vascular Solutions' or AngioDynamics'
25 procedures in order to prepare to testify on

**Page 298**

1  Luis Navarro, M.D.
2  that subject?
3      A.  I read the instructions of use.
4      Q.  Anything else that you have done to
5  prepare, other than reading the instructions for
6  use. Did you do anything else to prepare to
7  testify about the subject of whether Vascular
8  Solutions or AngioDynamics is infringing?
9      A.  Can you be a little bit more
10 specific?
11     Q.  Did you read any other documents
12 besides the instructions for use?
13     A.  Vascular Solutions or
14 AngioDynamics, no, just the literature.
15     Q.  What literature did you read?
16     A.  I read so many things about the
17 endolaser procedure by different authors.
18     Q.  I'm trying to ask a more specific
19 question. The specific question is what have
20 you done to study in some way or prepare in some
21 way to testify about the subject of whether
22 AngioDynamics or Vascular Solutions is
23 infringing this patent?
24     A.  Be more specific please, in terms
25 of?

**Page 299**

1  Luis Navarro, M.D.
2      Q.  I don't know that I can. You read
3  our instructions for use, did you do anything
4  else to analyze whether we are infringing the
5  patent? Are you having trouble understanding my
6  question?
7      A.  Honestly yes, I am not playing
8  dumb.
9      Q.  Let me try to ask some more
10 specific questions. Did you perform any
11 analysis or testing of the products that
12 Vascular Solutions and AngioDynamics put out?
13     A.  When I did my testing I used Diomed
14 fibers, I used AngioDynamics' fibers, yes.
15     Q.  Did you use Vascular Solutions'
16 fibers?
17     A.  Yes, also.
18     Q.  Have you ever attended a training
19 session put on by Vascular Solutions or
20 AngioDynamics?
21     A.  No.
22     Q.  Have you ever attended a seminar or
23 a talk put on by a doctor who was speaking on
24 behalf of AngioDynamics or Vascular Solutions?
25     A.  Once I walked into a seminar that

**Page 300**

1  Luis Navarro, M.D.
2  Dr. Kabnick was giving, it was an AngioDynamics
3  seminar and Dr. Kabnick was speaking and I just
4  walked in for half an hour and walked out.
5      Q.  Did you review any of the written
6  training materials that either Vascular
7  Solutions or AngioDynamics used?
8      A.  Some.
9      Q.  What do you recall reviewing?
10     A.  Some book that AngioDynamics had
11 for the physicians, the marketing kit.
12     Q.  Can you be any more specific as to
13 what that book was?
14     A.  The marketing kit of AngioDynamics
15 is like a box with two parts, one is forms and
16 information for the patient, the other is
17 information for the physician. The information
18 for the physician part, I read a few sections of
19 it. Most of it is billing and things of that
20 sort which I wasn't interested.
21     Q.  What part did you read?
22     A.  The part about the talk of the
23 actual performance procedure. I reviewed some
24 videos they happened to have about Elves.
25     Q.  What is Elves, just for the record?

Page 429

1        Luis Navarro, M.D.
2   face pointing to the foam.
3       Q.    Is this all the same fiber on the
4   vein flap and the liver?
5       A.    Yes, that is the same fiber.
6       Q.    What came first, the liver or the
7   vein flap?
8       A.    Most likely the liver, but I need
9   to take a look. What's the sequence of
10  pictures, the liver.
11      Q.    The liver was first?
12      A.    Most likely. We're deducting from
13  the numbers of the pictures that the liver was
14  the first, it doesn't make a difference.
15      Q.    Why not?
16      A.    Because the moment that you
17  carbonize, as I told you before, you carbonize a
18  little bit after five or six shots, the carbon
19  is the chromophore, the liver has more
20  hemoglobin and myoglobin or the vein, it's
21  carbon. It's so many thousands of times
22  stronger chromophore than either hemoglobin or
23  myoglobin.
24      Q.    In your macropathology what did you
25  mean when you said after only mild carbonization

Page 430

1        Luis Navarro, M.D.
2   of unjacketed portion, I don't understand?
3       A.    What I have been explaining to you
4   before that after a limited number of shots the
5   laser fiber tip gets carbonized at the laser
6   emission, all the laser fiber tip the unjacketed
7   portion happens.
8       Q.    The next entry on Exhibit 21, your
9   chart, there's two entries about microscopic
10  images, used fiber and new fiber; what does that
11  relate to, sir?
12      A.    Just taking new fiber from
13  AngioDynamics and taking old fiber from Diomed
14  and AngioDynamics and looking at them under the
15  microscope.
16      Q.    Can we look at those pictures
17  together please?
18          MR. RADER: I think they are going
19  to be in Exhibit 20.
20      Q.    8028 is page 29 from Exhibit 19,
21  right?
22          MR. RADER: I think so, yes.
23      A.    Yes, sir.
24      Q.    The rest of the images, 8008, 8010,
25  8013, 8017, 8023 and 8031, those are from

Page 431

1        Luis Navarro, M.D.
2   Exhibit 20?
3       A.    Yes.
4       Q.    Those are pages 49, 50, 51, 52, 53
5   and 55; is that right?
6       A.    Yes, sir.
7       Q.    8008 is what?
8       A.    Is a used fiber.
9       Q.    Do you know whose?
10      A.    No.
11      Q.    Do you know how it was used?
12      A.    A patient's, they are all regular
13  used fibers. In that particular experiment the
14  set of photos, I just wanted to see the general
15  aspect of a used fiber and I took some Diomed
16  and some AngioDynamics but I did not separate
17  them. Separations have happened yesterday and I
18  will do more.
19      Q.    So you don't know if this one is a
20  Diomed or AngioDynamics?
21      A.    No, you have a mixture of all.
22      Q.    What do we see here on this
23  picture, 8008?
24      A.    Hold it, the Diomed is the 8008. I
25  will check with my logbook. 8008 is Diomed and

Page 432

1        Luis Navarro, M.D.
2   the other ones are AngioDynamics.
3       Q.    What does the picture on 8008 show
4   us?
5       A.    You see a fiber with points of
6   carbonization without this bubbling, it looks
7   for me bubbling and breaks of the cladding;
8   that's a typical aspect of a used fiber.
9       Q.    What's image 8010?
10      A.    It's a used fiber with the aiming
11  beam showing that the cladding really has been
12  lost with the last few millimeters, I will say 1
13  millimeter, put 1 millimeter, a complete loss of
14  cladding then there is breakout of the cladding.
15      Q.    What does the yellow tell us on
16  that picture?
17      A.    There is a lot of emission of the
18  aiming beam light. With a new fiber you will
19  see it only comes to the front and you don't
20  have it.
21      Q.    This red halo, what is that?
22      A.    The aiming beam light escaping from
23  the sides of the fiber.
24      Q.    I'm not an optics person at all.
25      A.    Me neither, that's the microscope

Page 433

1           Luis Navarro, M.D.
2   and what you see in real life.
3       Q.  Is there any significance to the
4   yellow versus the red?
5       A.  More intensity, just more
6   intensity, that's all.
7       Q.  What is image 8013?
8       A.  The same one but with a little bit
9   of light so you see more of the areas where the
10  cladding had been broken and things are
11  escaping. You have areas of carbonization and
12  the area in which all the cladding has been lost
13  at the last 1 millimeter, yes, more or less a
14  millimeter or a little bit less.
15      Q.  On image 8013, as we go up the
16  unjacketed portion of the fiber at the end here,
17  where we see a little bit of red does that tell
18  us that the light is escaping out the cladding?
19      A.  Possibly, most likely, yes.
20      Q.  Where we don't see red, does that
21  mean that the cladding is intact and there is no
22  laser or light coming out?
23      A.  Most likely, or that you have
24  carbon on top of the cladding that remains, of
25  the broken cladding, we are finding only with

Page 434

1           Luis Navarro, M.D.
2   the aiming light not with the laser.
3       Q.  Wherever I see aiming light will I
4   also see laser energy come out?
5       A.  No, not necessarily.
6       Q.  Explain that relationship to me?
7       A.  Because sometimes you can see the
8   light and that's the aiming beam, that's not the
9   laser light.
10      Q.  I understand that.
11      A.  If I can correlate 100 percent
12  where you see now where the laser will escape,
13  no, I cannot tell you. It seems in practicality
14  there are areas in which you can see scratches
15  and bubbling and holes into the cladding. We
16  know that it escapes, you can see it in the
17  videos when you saw the laser firing in blood or
18  you can see it in there. Just from looking in
19  the microscope that seems the areas that it
20  would most likely.
21      Q.  I don't understand Dr. Navarro. On
22  image 8013 where we have red aiming beam light
23  escaping, are those areas where if we turn the
24  laser power on we would also have laser energy
25  escaping?

Page 435

1           Luis Navarro, M.D.
2       A.  Possibly, most likely.
3       Q.  Those areas where we don't have red
4   aiming beam light escaping, would we have laser
5   light?
6       A.  We have a more intact cladding or
7   we have carbon on top.
8       Q.  What is 8017?
9       A.  The same fiber, same thing,
10  different light, playing with the light to see
11  it clearly.
12      Q.  Are all of these pictures just one
13  AngioDynamics' fiber?
14      A.  Yes, that's one fiber. Just
15  testing to see different lights to see more of
16  the same.
17      Q.  So 8023 is just another picture of
18  the Angio fiber?
19      A.  Yes.
20      Q.  8031 and 8028?
21      A.  That's a new fiber and you see the
22  difference, you don't see the light escaping.
23  You see the focus, you see in front that's
24  without aiming beam, that's with aiming beam,
25  the difference is dramatic.

Page 436

1           Luis Navarro, M.D.
2       Q.  8028 is without the aiming beam?
3       A.  Yes.
4       Q.  8031 is with the aiming beam?
5       A.  Yes, you can see the aiming beam
6   escaping just through the front and although you
7   can see some little, you can see the glow in
8   areas of the fiber were declining, it has been
9   damaged.
10      Q.  Am I right that this set of papers
11  stays with this Exhibit 20?
12          MR. BRIGHT: Yes.
13      Q.  The last part of the chart there is
14  a column under experiment, I'm assuming that
15  means laser fiber tip 1, 2, 4 and 5?
16      A.  Yes.
17      Q.  What are you talking about here?
18      A.  Let me refresh my memory.
19  Basically measuring the decay of a new fiber
20  versus old fiber and how it decays. How the
21  power emitted through the flat face of the fiber
22  decays with its use. Meaning that most of the
23  power is emitted through the side of the fiber.
24      Q.  There is just one here that was
25  used, is that right, just LFT 1 was used?

Page 437

1       Luis Navarro, M.D.
2    A.   Yes, that was a used Diomed fiber,
3 yes.
4    Q.   Under power you've got 15 watts
5 continuous?
6    A.   Yes.
7    Q.   I guess I don't understand your
8 chart. Can you go through the columns and
9 explain your chart to me?
10   A.   First fiber, if the fiber is new or
11 old. Laser use, 810 or 980, power used, joules,
12 with that only applying to experiment LFT 5,
13 watts that the power meter reads and then
14 percentage of loss of energy.
15   Q.   That doesn't make any sense to me.
16 In the fiber column, explain to me what you did
17 here to conduct this experiment?
18   A.   I will take image 8151 which is
19 general setup and explain a little bit. You
20 take a fiber, set it in a proper way of setting
21 it so that the meter can read the power output
22 of the fiber. You press the pedal until it
23 fires and it gives you how much energy is coming
24 through the flat face hitting the power meter.
25   Q.   This is laser fiber tip 5?

Page 438

1       Luis Navarro, M.D.
2    A.   I'm explaining to you the general
3 setup, I'm not explaining you this picture in
4 particular.
5    Q.   So I understand the general setup.
6 What did you do with laser fiber tip 1, the
7 Diomed used fiber?
8    A.   I took the Diomed used fiber, I put
9 it in this particular setup, jig, I put the
10 laser at 15 watts continuous, I press the pedal
11 until the reading of the meter stabilized and it
12 read 9.13 watts.
13   Q.   This was a Diomed fiber that had
14 been used in a patient?
15   A.   Yes.
16   Q.   One time?
17   A.   Yes.
18   Q.   When you did this test you found
19 that you got 9.13 watts?
20   A.   That's all.
21   Q.   Of the end?
22   A.   That's right.
23   Q.   If it were brand new you would
24 expect to get 15 watts at the end?
25   A.   No, because there is always some

Page 439

1       Luis Navarro, M.D.
2 loss through the fiber and going through the
3 air. Experiment LF 2 which was a new Diomed
4 fiber and the watts that we had attained was
5 13.25, that's a brand new fiber.
6    Q.   LF 2 is really a control to compare
7 to LF 1?
8    A.   Exactly. The loss then, the
9 percentage of loss is 31 percent.
10   Q.   With laser fiber tip 2 the fact
11 that the 13.25 watts comes out the end, does
12 that mean that the rest is going out the sides
13 or not?
14   A.   It's lost in the fiber, it's lost
15 in the optics from the laser to the fiber,
16 inside the conduction through the fiber,
17 conduction through the air. I don't start with
18 a theoretical 15 watt, the reality is the meter
19 is 13.25, so I always compare with the reality
20 not to have inflated number.
21   Q.   The difference between the 13.25
22 and the 15 of the new fiber is just the
23 inefficiency, the fiber is perfect, right?
24   A.   Laser optics, fiber, transmission
25 through the air of the fiber.

Page 440

1       Luis Navarro, M.D.
2    Q.   What happened to laser fiber tip 3
3 just out of curiosity, why are you numbering
4 them 1, 2, 4, 5?
5    A.   Somehow it wasn't representative,
6 it was a duplication or something. If I need to
7 do a presentation I think here we have material
8 for 10 or 15 presentations so I need to be
9 selective.
10   Q.   Tell me what's happening with laser
11 fiber tip 4, that's a new Angio fiber?
12   A.   Yes.
13   Q.   Just to serve as a control?
14   A.   That's right. Control for
15 experiment number 5 which is the same fiber and
16 see how it decays as I apply different firing.
17 I fired up to certain times against liver.
18   Q.   You took the same fiber that you
19 used for number 4, brand new?
20   A.   Measured 13.33 at the meter.
21   Q.   Then what did you do with it?
22   A.   Then I take the fire and start
23 burning liver, experiments that you saw before,
24 until I said that's enough, 883 joules, let me
25 see what the meter reads. The meter read 8.34,