```
                                                              Page 1
 1              THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
 3   - - - - - - - - - - - - -   x
     DIOMED, INC.,                :
 4                                :
                                  :
 5   Plaintiff,                   :
                                  :Civil Action No. 04-10019RGS
 6   vs                           :
                                  :
 7   ANGIODYNAMICS, INC.,         :
                                  :
 8            Defendant.          :
     _____       :
 9   DIOMED, INC.                 :
                                  :Civil Action No. 04-10444RGS
10            Plaintiff,          :(Consolidated Under
                                  :0410019RGS)
11   vs.                          :
                                  :
12   VASCULAR SOLUTIONS, INC.,    :
                                  :
13            Defendant.          :
     - - - - - - - - - - - - -    x
14
15
     DEPOSITION OF:       RUSSELL H. SAMSON, M.D.
16
     TAKEN:               Pursuant to Notice by Counsel for
17                        Plaintiff
18   DATE:                Monday, November 21, 2005
19   PLACE:               Medical Center Conference Room
                          5741 Bee Ridge Road
20                        Sarasota, Florida
21   TIME:                9:41 a.m. to 4:59 p.m.
22   REPORTED BY:         Gayl Hardeman, RDR, CRR
                          Notary Public
23                        State of Florida at Large
24
                                   Pages 1 - 181
25
```

Russell H. Samson, M.D.            11/21/2005

Page 18

1 been some time since I've used it. So I really can't
2 answer that question.
3     Q    Now, would you ever insert the laser fiber
4 through the sheath so the tip of the laser fiber extends
5 beyond the end of the sheath, rather than bringing it
6 flush and pulling the sheath back?
7     A    No.
8     Q    And why not?
9     A    Well, I just do it the way it's done, so I
10 basically put it in till it hits that little plastic
11 thing. I pull the plastic off and sheathe it and
12 unsheathe it. So that's the way I do it.
13     Q    And if you are using a kit that didn't have the
14 plastic guard, would you still use the same technique?
15     A    I don't like -- I think I would use whatever
16 technique the manufacturer suggested would be best for
17 that device.
18     Q    When you buy a device for an endovenous laser
19 procedure, how do you determine what techniques the
20 manufacturer suggests?
21       MR. VITT: Objection to form.
22     A    I read the instructions; and I would have the
23 sales rep, who is usually very well informed about the
24 device, be there with me for the first couple of cases so
25 that I understand what is going on; certainly do some

Page 19

1 run-throughs outside of the patient with some mock
2 devices before I would do it.
3 BY MR. RADER:
4     Q    Now, in speaking about VSI now, did you review
5 the instructions for use that VSI produces before using
6 their kit?
7     A    Yes.
8     Q    And did you have a training rep visit you and
9 inform you?
10     A    I did, yes.
11     Q    And who was that?
12     A    I don't remember his name.
13     Q    Same question for AngioDynamics, did you review
14 their IFUs before using their kit?
15     A    Yes.
16     Q    Did you have a rep come visit you?
17     A    Yes.
18     Q    Now, do both VSI and AngioDynamics kits include
19 a device to access the vein?
20     A    Well, the AngioDynamics definitely does.
21       You must understand, my use of the VSI device
22 was, as I said, just for the purpose of trying it out.
23 And I don't recall, but I think that it did have a -- I
24 think I did use an access needle that was provided, yes.
25     Q    And do both of those kits have a sheath?

Page 20

1     A    Yes.
2     Q    Do they have a guidewire?
3     A    Yes.
4     Q    Do they have a laser fiber?
5     A    Yes.
6     Q    Are there any material differences between the
7 two kits?
8       MR. VITT: Object to form. May lack
9    foundation.
10     A    When you say "material," are you talking about
11 material in a solid form, or in a language form?
12 BY MR. RADER:
13     Q    Well, let's start with this, sir. Are there
14 any differences between the components provided by the
15 two companies that would affect the way you do the
16 procedure?
17     A    I didn't find any significant difference
18 between the two devices when I used them.
19     Q    Did you find any significant differences
20 between the instructions that the two companies provided
21 for use?
22     A    No, not really, no.
23     Q    Now, are you familiar with the Diomed kit and
24 instructions?
25     A    I used the Diomed device before I used the

Page 21

1 AngioDynamics, before I bought an AngioDynamics device.
2 So it's at least three to four years since I used the
3 Diomed kit. But I did use it, yes.
4     Q    Did the Diomed kit include the components that
5 we mentioned earlier -- the access device, guidewire,
6 sheath, and fiber?
7     A    I can't rely on my memory for that.
8     Q    Do you recall any way in which the
9 AngioDynamics or VSI kits differed from the Diomed kit?
10     A    Substantially, I don't think there was a
11 difference.
12     Q    Do you recall any way in which the
13 AngioDynamics and VSI instructions differed from the
14 Diomed instructions?
15       MR. VITT: Objection to form.
16     A    I can't remember the Diomed instructions from
17 four years ago.
18 BY MR. RADER:
19     Q    When you do endovenous laser procedures, where
20 exactly do you inject the tumescent anesthesia?
21     A    Into the perivenous subsaphenous fascial space.
22 There's a space around the vein, and the vein is usually
23 surrounded by a thin layer of fascia called the saphenous
24 fascia. On occasion, when the saphenous vein is not
25 under that fascia and there is enough space between the

LegaLink Boston
(617) 542-0039