510(K) SUMMARY

| | |
|---|---|
| **Common/Usual Name:** | Laser Instrument Fiber and Procedure Kit |
| **Product Trade Name:** | Vari-Lase Endovenous Laser Procedure Kit |
| **Classification Name:** | Laser Surgical Instrument for use in General and Plastic Surgery and in Dermatology<br>21 CFR 878-4810 (Product Code GEX) |
| **Manufacturer:** | Vascular Solutions, Inc.<br>2495 Xenium Lane North<br>Minneapolis, Minnesota 55441 |
| **Establishment Registration:** | 2134812 |
| **Contact:** | Deborah Jensen<br>V. P., Regulatory Affairs, Clinical Affairs, and Quality Systems<br>(763) 656-4349 phone<br>(763) 656-4252 fax |
| **Performance Standards:** | No performance standards have been developed under section 514 for this device. |
| **Device Description:** | The VARI-LASE procedure kit contains a 600μm fiber and the following accessories used to gain endovascular access:<br>    0.035"/150cm stainless steel guide wire<br>    5Fr/45cm introducer sheath<br>    19 Gauge/7cm Percutaneous Entry Needle |
| **Intended Use:** | The VARI-LASE procedure kit is indicated for the treatment of varicose veins and varicosities associated with superficial reflux of the Greater Saphenous Vein. |
| **Summary of Non-Clinical Testing:** | Testing has been conducted to verify the integrity and biocompatility of the marker bands that are placed on the fiber and introducer sheath. |
| **Predicate Devices:** | EVLT Kit (Diomed, Inc. K023543)<br>SLT Venous Fiber Delivery Systems (Surgical Laser Technologies, Inc. K023624)<br>Angiodynamics ELVS Kit (Angiodynamics, Inc.) |
| **Conclusions:** | The VARI-LASE Procedure Kit is substantially equivalent to the identified predicate devices based on a comparison of the indications for use and the components supplied and the technological characteristics of the supplied components. |

CONFIDENTIAL
ATTORNEY'S
EYES ONLY

VSI 002126