JUN 1 2 2002      K020835   1/2

510(k) Summary
Ceralas Diode Laser System

**Submitter's Name, Address, Telephone Number, Contact Person and Date Prepared**

Biolitec, Inc.
515 Shaker Road
East Longmeadow, Massachusetts 01028
Phone:    (413) 525-0600
Facsimile: (413) 525-0611

Contact Person: Carol J. Morello, V.M.D.
Date prepared: March 7, 2002

**Name of Device and Name/Address of Sponsor**

Ceralas Diode Laser System (Model D10-60)
Biolitec, Inc.
515 Shaker Road
East Longmeadow, MA 01028

**Classification Name**

Surgical laser

**Predicate Device**

Diomed 810nm Surgical Laser
Biolitec Ceralas D10-60 810nm Diode Laser

**Intended Use / Indications For Use**
In addition to the already cleared indications for use:
For use in endovascular coagulation of the greater saphenous vein of the thigh in patients with superficial vein reflux.

\\\DC - 612138/1 - #1493519 v1

ANG 5311

CONFIDENTIAL
Attorneys' Eyes Only

Confidential                                            ANGV007370

K020835 2/2

### Technological Characteristics

The Ceralas D10-60 Diode Laser and the predicate devices operate with a power range of 1-60W in the CW or pulsed mode.

### Substantial Equivalence

The new Ceralas D10-60 has the exact same intended use as the cleared Ceralas D10-60 and the Diomed Laser and the same indications as the combination of Ceralas D10-60 and Diomed Laser. The new Ceralas D10-60 also have the same technological characteristics as the cleared Ceralas D10-60 and very similar technological characteristics as the Diomed Laser. The minor technological differences between the new Ceralas D10-60 and the Diomed Laser raise no new questions of safety or effectiveness. Thus, the new Ceralas D10-60 is substantially equivalent.

\\\DC - 61213/1 - #1493519 v1

ANG 5312

**CONFIDENTIAL**
Attorneys' Eyes Only

Confidential                                ANGV007371