JAN 2 2 2002

K012398

## 510(K) SUMMARY
### Diomed 810 nm Surgical Lasers and EVLT Procedure Kit

This 510(k) summary of safety and effectiveness for the Diomed 810 nm Surgical Lasers and EVLT Procedure Kit is submitted in accordance with the requirements of SMDA 1990 and follows Office of Device Evaluation guidance concerning the organization and content of a 510(k) summary.

| | |
|---|---|
| Applicant: | Diomed, Inc. |
| Address: | One Dundee Park<br>Suite 5/6<br>Andover, MA 01810 |
| Contact Person: | Peter Klein<br>Chief Executive Officer |
| Telephone: | 978-475-7771<br>978-475-8488 (fax) |
| Preparation Date:<br>(of the Summary) | January, 2002 |
| Device Name: | Diomed 810 nm Surgical Lasers and EVLT Procedure Kit |
| Common Name: | Surgical Laser: GaAlAs Semiconductor Diode Laser |
| Classification Name: | Device, Electrosurgical, Cutting & Coagulation & Accessories (see: 21 CFR 878.4400). Product Code: GEI. Panel: 79 |
| Legally marketed predicate device: | VNUS Closure System (K974521, K003092, K982816) |
| Description of the Device: | Diomed 810 nm Surgical Lasers and EVLT Procedure Kit is a semiconductor diode lasers operating at 810 ± 20 microns and associated disposables. |
| Indications for Use: | Diomed 810 nm Surgical Lasers and EVLT Procedure Kit are intended for use in endovascular coagulation of the greater saphenous vein of the thigh in patients with superficial vein reflux. |

| | |
|---|---|
| Comparison to Predicate Device: | The intended use, method of tissue interaction, specifications, clinical technique and clinical results of the Diomed 810 nm Surgical Lasers and EVLT Procedure Kit are the same or very similar to those of the claimed predicate. |
| Performance Data: | Clinical tests performed by Diomed have demonstrated the substantially equivalent performance of the Diomed 810 nm Surgical Lasers and EVLT Procedure Kit with the predicate device used for substantially equivalent indications. |
| Conclusion: | Based on the foregoing, Diomed believes that the Diomed 810 nm Surgical Lasers and EVLT Procedure Kit are substantially equivalent to legally marketed predicate devices. |

CONFIDENTIAL

D003764

05CV02972