UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. <br><br> Defendant. | Civil Action No.: 04-10444-NMG |
| DIOMED, INC. <br><br> Plaintiff, <br><br> <br><br> ANGIODYNAMICS, INC. <br><br> Defendant. | Civil Action No.: 04-10019-NMG |

### DECLARATION OF HEATHER D. REDMOND IN SUPPORT OF DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE EVIDENCE OF STUDIES RELIED ON BY DR. LUIS NAVARRO

I, Heather D. Redmond, declare and state as follows:

1. I am an attorney at Dorsey & Whitney LLP, and one of the attorneys for defendant Vascular Solutions, Inc. in this action. I offer this declaration in support of Defendants' Joint Motion *In Limine* to Exclude Evidence of Studies Relied on by Dr. Luis Navarro.

2. Attached as Exhibit A to this Declaration is a true and correct copy of Dr. Luis Navarro's Rule 26(a)(2) expert report, as well as exhibits 11, 15 and 17-19 originally attached to the report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 20, 2007.

_Heather D. Redmond_
Heather D. Redmond

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail by~~ hand on _electronically_
_February 20, 2007_
_Christopher T. Roberts_

**EXHIBIT A**

Case 1:04-cv-10019-NMG   Document 164   Filed 02/20/2007   Page 3 of 10

## Expert Report

## Dr. Luis Navarro, M.D., FACS

## Diomed, Inc. v. AngioDynamics, Inc. and Vascular Solutions, Inc.

### *Background*

I am a general surgeon, Board Certified in 1976. I founded The Vein Treatment Center in 1982 in New York City and currently act as its Medical Director. I am also affiliated with Beth Israel Medical Center and Lenox Hill Hospital in New York.

My surgical practice encompasses a range of venous treatments, including endovenous laser treatment of varicose veins.

I graduated cum laude from the University of Barcelona Medical School in my native Spain. I completed my residency at Mount Sinai Hospital in New York, where I served as Chief Surgical Resident.

I am affiliated with several medical societies. I am a Diplomate of the American College of Surgeons and a member of the American College of Phlebology, the International Union of Phlebology, the Canadian Society of Phlebology, the American Society of Laser Medicine, and other venous-related organizations. Through my affiliation with these organizations I have attended numerous conferences and other events over the years, in particular conferences and events focused on the treatment of varicose veins. More details are provided in my curriculum vitae, attached as Exhibit 1. This CV also contains a list of my publications from the last ten years.

Aside from this lawsuit, and VNUS v. Diomed, et al., N.D. Cal. No. C05-02972-MMC, I have not been deposed or testified as an expert in any other proceeding in the past four years.

I am a named inventor on the patent involved in this lawsuit, U.S. Patent No. 6,398,777, entitled "Endovascular Laser Device and Treatment of Varicose Veins." I am not being compensated directly for this study and testimony. I am, however, being compensated generally for my time involved in this case by Diomed, Inc. as an inventor at up to $3,500 a day. Any compensation is not contingent upon the results of the case, or the content of my opinions or testimony.

## Documents Reviewed

I have reviewed numerous materials in connection with my preparation of this report, including the following as well as other documents cited in this report:

| ARTICLE | AUTHOR |
| --- | --- |
| Endovenous Laser Treatment of Saphenous Vein Reflux: Long-Term Results | Robert J. Min, et al. |
| Optical Properties of Circulating Human Blood in the Wavelength Range 400-2500 NM | Andre Roggan et al. |
| Greater Energy Delivery Improves Treatment Success of Endovenous Laser Treatment of Incompetent Saphenous Veins | Paul E. Timperman, MD. et al. |
| Endovenous Laser: A New Minimally Invasive Method of Treatment for Varicose Veins – Preliminary Observations Using an 810 nm Diode Laser | Luis Navarro, MD, et al. |
| Vein Diagnosis & Treatment | Robert A. Weiss, et al. |
| Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model | Robert A. Weiss, MD |
| Endovenous Treatment of the Greater Saphenous Vein with a 940-nm diode laser: Thrombotic Occlusion after Endoluminal Thermal Damage by Laser-Generated Steam Bubbles | T.M. Proebstle, MD, et al. |
| Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood | T.M. Proebstle, MD, et al. |
| Endovenous Laser Treatment of the Lesser Saphenous Vein with a 940-nm Diode Laser: Early Results | Thomas M. Proebstle, MD et al. |
| Nonocclusion and Early Reopening of the Great Saphenous Vein after Endovenous Laser Treatment is Fluence Dependent | Thomas M. Proebstle, MD et al. |
| Infrequent Early Recanalization of Greater Saphenous Vein After Endovenous Laser Treatment | T.M. Proebstle, MD, et al. |
| New Techniques for Management of Chronic Venous Disease | Robert J. Min, M.D., et al. |

2

| ARTICLE | AUTHOR |
|---|---|
| Temperature Changes in Perivenous Tissue during Endovenous Laser Treatment in a Swine Model | Steven E. Zimmett, M.D., et al. |
| Letters to the Editor: Endovenous Laser Treatment | American Society for Dermatologic Surgery, Inc. |
| Endovenous Laser Energy in the Treatment of Trunical Varicose Veins: Report on 97 cases | Luis Navarro, M.D., et al. |
| Introduction to Laser Photobiology | R.R. Anderson, M.D. |
| Controlled Radiofrequency Endovenous Occlusion Using a Unique Radiofrequency Catheter Under Duplex Guidance to Eliminate Saphenous Varicose Vein Reflux: A 2-Year Follow-Up | Robert A. Weiss, M.D., et al. |
| Endovenous Laser Surgery of the Incompetent Greater Saphenous Vein with a 980-nm Diode Laser | Chang-Keun, OH, MD, PhD, et al. |
| Intravascular 1320-nm Laser Closure of the Great Saphenous Vein: A 6- to 12-Month Follow-Up Study | Mitchel P. Goldman, M.D., et al. |
| Endovenous Laser Photocoagulation (EVLP) for Varicose Veins | Cheng-Jen Chang, M.D. et al. |
| Endoluminal Treatment of Varicose Veins with Diode Laser Preliminary Study | Bone Salat, C. |
| How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser | Giorgio Spreafico, M.D. |

      I also reviewed various versions of the parties' instructions for use (IFUs), expert reports, deposition transcripts, and declarations of VSI's and AngioDynamics' experts in this case, Dr. Thomas Proebstle and Dr. Russell Samson (including related materials such as ultrasound videos).

## **INTRALUMINAL LASER VEIN TREATMENT (ILT)**

Generally, intraluminal, or endovenous, laser vein treatment as instructed by Diomed, Inc., AngioDynamics, Inc., and Vascular Solutions, Inc. (VSI), involves use of a bare-tipped laser fiber (optical fiber) for transmission of laser energy from a laser-generating apparatus (e.g., a laser console) to the wall of a varicose vein to treat that vein from the inside. I have reviewed each of the parties' IFUs that are currently distributed along with their laser fiber kits,[1] as well as several previous versions of these IFUs.[2] Each party instructs doctors to employ the same basic process:

*Step 1* – Insert the laser fiber into the vein,

*Step 2* – Deliberately inject tumescent anesthesia perivenously along the length of the vein (which results in compression of the vein and contact of the laser fiber tip with the vein wall), and

*Step 3* – Withdraw the laser fiber as the laser is fired through the fiber.

These steps meet the limitations of claims 9-14, 16-19, and 21 of the `777 patent, as I understand those claims have been interpreted by the court.[3]

### *Tumescent Anesthesia Causes Contact*

Tumescent anesthesia is method used to anesthetize an area of the body during a medical procedure, involving injection of a dilute anesthetic solution (e.g., 0.1 to 0.25% Lidocaine). Though earlier examples exist, the technique was popularized in the late-1980s for use with liposuction.[4] The word "tumescent" itself means "swelling," which is what happens to tissue into which the solution is injected.

The defendants instruct that tumescent anesthesia be used during ILT procedures.

Each defendant has instructed in its IFUs that physicians should use between 100-200 ml of tumescent anesthesia solution when performing ILT on a patient's great saphenous vein.[5]

---

[1] Ex. 2 (Diomed IFU); Ex. 3 (AngioDynamics IFU); Ex. 4 (VSI IFU).

[2] Attached as Ex. 5.

[3] Memorandum and Order on Claim Construction, April 12, 2005.

[4] Klein, Jeffrey A., *Tumescent Technique for Local Anesthesia Improves Safety in Large-Volume Liposuction*, 92 Plas. and Reconstructive Surg. 1085-1098 (Nov. 1993). (Ex. 6).

[5] See Ex. 5.

AngioDynamics currently instructs physicians to "administer perivenous local anesthesia" in the amount of 100-200 ml, and to inject enough fluid "to protect the skin." Its earlier instructions further directed that the solution be injected so that a "10mm wheel" of the dilute anesthesia would be created around the vein.[6] As a practitioner, I understand both of these instructions to result in contact of the fiber tip with the vein wall. Injecting the recited quantities of solution in a "perivenous" fashion (i.e., within the fascial sheath) will necessarily cause compression of the vein, resulting in drainage of blood from the vein and contact between the fiber tip and the vein wall.

VSI likewise instructs that the tumescent solution should be delivered "perivenously throughout the entire treatment area to provide analgesia and protection of surrounding tissue from thermal damage." It further instructs that there should be a "sufficient volume of anesthetic agent to achieve a separation between the vein wall and the fascial sheath." Following this instruction will also result in drainage of the blood, compression of the vein, and contact between the fiber tip and the vein wall. Although VSI's current IFU lacks its earlier instruction to deliver 100-200 ml of fluid, a volume in or near this range would be required to achieve the goals stated in the current IFU for a patient's great saphenous vein.

The injection of dilute anesthetic (so-called tumescent anesthesia) serves three primary goals. First, the solution anesthetizes the vein, allowing the procedure to be performed without pain for the patient. The anesthetic effect of the tumescent anesthesia also allows the procedure to be performed without the use of general or regional anesthesia, which would generally require extra recovery time.

Second, the tumescent anesthesia surrounding the vein acts as a heat barrier. Though significant heat from ILT rarely is transferred far outside of the vein, the tumescent solution acts as an additional safety measure to prevent heat from damaging non-target tissues.

Third, the tumescent anesthesia forces the tissue into which it is injected to swell. This swelling around the vein causes the vein itself to be compressed. Because the pressure inside the vein is low relative to the pressure of the tumescent anesthesia pressing on the outside of the vein, the vein compresses. This is certainly true of the great saphenous vein which is typically treated in ILT.[7] The vein, which is pliable, collapses down onto, and wraps around, the laser fiber tip (in the process causing exsanguination of blood) such that the uncoated portion of the fiber tip contacts the vessel wall. The compressive effect of the fluid around the vein is reinforced by some doctors who use epinephrine as a component of the tumescent solution (epinephrine induces severe spasm of the vein which contracts the vein around the fiber).

---

[6] ANG26084 (Ex. 5).

[7] *Commentary to Reticular Veins, Incompetent Reticular Veins, and their relationship to Telangiectases*, Green, David, Derm. Surg. 24 1129-1141 (1998) (Ex. 7).

5

I witness this phenomenon of vein compression during ILT every time I perform the procedure. It can be observed readily on ultrasound, and has been displayed numerous times in the published literature.[8]

This compressive effect is especially pronounced if the dilute anesthetic is injected perivenously (i.e., around the vein in the fascial sheath) as instructed by the defendants.

In the early development of the ILT procedure, injection of the dilute anesthetic was not as precise. Tumescent anesthesia was sometimes injected in the vicinity of the vein, without specific efforts to ascertain that the solution had reached the perivenous space between the fascia. (For example, at one time it was less common to inject tumescent anesthesia under ultrasound guidance – something that many physicians do today when performing ILT procedures.) Nonetheless, tumescent anesthesia delivered in the general vicinity of the vein still causes the tissue around the vein to swell, and the vein to compress into contact with the laser fiber tip. Today, most physicians inject tumescent anesthesia under ultrasound into the perivenous space, resulting in enhanced compression.

Those who may not inject tumescent anesthesia into the perivenous space usually inject more liquid than I do. For instance, Dr. Proebstle estimates that he uses upwards of 300 ml of tumescent fluid with epinephrine for longer vein segments, and 100-200 ml for segments only 20 cm long.[9] The pressure of this amount of fluid is so great that it will often cause the leg surface to be visibly deformed.

### CONTACT IS NECESSARY FOR A SUCCESSFUL ILT PROCEDURE

Direct contact between the vessel wall and the energy-emitting section of the laser fiber is critical to the success of ILT because it ensures that the laser energy will be absorbed by the vein wall tissues, rather than by non-target chromophores[10] such as blood. Absorption of the laser energy by the vein wall tissues heats those tissues and damages them (through, for example, ablation and carbonization), inducing fibrosis (scarring) of the vein. Without causing damage to a significant thickness of the venous tissue (i.e., beyond the endothelium and into at least the medial layer of the vein wall) fibrosis sufficient to permanently close the vein will not occur. As discussed below, it is clear that the necessary level of damage requires contact of the fiber tip with the vein wall. Other mechanisms of action hypothesized by some in the field – such as "steam

---

[8] E.g., Min, R.J., et. al., *Endovenous Laser Treatment of Vein Reflux: Long-term Results*, 14 JUIR 991-996 (2003) (Ex. 8).

[9] Deposition of Dr. Proebstle (11/18/05) (redacted) at 33-34 (Ex. 9); see also T.M. Proebstle, et al, "Endeovenous Laser Treatment of the Lesser Saphenous Vein with a 940-nm Laser: Early Results," Derm. Surg. 2003, 29:357-361 at 358 (instructing the use of epinepherine) (Ex. 10).

[10] "Chromophores," in this setting, are simply organic materials that absorb certain wavelengths of laser energy better than other materials. A carbonized organic material is the strongest chromophore that exists during an ILT procedure.

bubble" formation within the vein – simply cannot cause enough damage to result in a therapeutically effective procedure.

### Steam Bubbles Cannot Cause the Damage Necessary to Close the Vein

#### There is Not Enough Energy in the Steam Produced During ILT to Cause Sufficient Damage

Dr. Thomas Proebstle of Germany (a consultant for the defendants in this case) has suggested[11] that direct contact of the laser fiber tip with the vein wall is not necessary to the success of ILT because "steam bubbles" created by vaporized blood within the vein can cause sufficient damage to the vein wall to result in reliable closure of the vein – even if the fiber tip never contacts the vein wall. Dr. Proebstle is mistaken.[12]

In general, when lasers are used to heat tissue, the mechanism of action is absorption of laser light by the tissue, causing excitation of the molecules comprising that tissue which leads to an increase in the tissue's temperature. In the case of ILT, the tissue damage is caused by direct absorption of the laser energy by the vein wall in direct contact with the bare laser fiber tip. Dr. Proebstle's theory appears to be that such direct heating is not responsible for closure of veins during ILT, but rather that the heating is *indirect* – i.e., the laser beam is absorbed by blood in the vein, which is thereby heated and vaporized to form a steam bubble, which in turn expands into contact with the vein wall. Dr. Proebstle's idea seems to be that the steam bubble transfers heat energy to the vein wall (i.e., through the process of conduction), causing damage to the wall. What Dr. Proebstle fails to appreciate, however, is (1) how inefficient the production of steam is when fired into blood, and (2) how little heat carrying capacity the steam bubble has at atmospheric pressure and at around 100°C. Put simply, steam formed during an ILT procedure is physically incapable of transferring enough heat to the vein wall to cause the damage that is required for an effective treatment.

Steam is a gas created by the application of adequate energy to water. In the case of ILT, that water is present in (and forms a predominant component of) the intravenous blood.

A brief calculation demonstrates why Dr. Proebstle's "steam bubble" theory is not credible. It is known that from body temperature (37° C), 2500 joules of energy are required to convert 1 $cm^3$ of water to 1700 $cm^3$ of steam.[13] In one of Dr. Proebstle's

---

[11] E.g., Proebstle, T.M., et. al., *Endovenous treatment of the greater saphenous vein with a 940-nm diode laser: Thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles*, 35 J. Vasc. Surg. 729-736 (April 2002). (Ex. 11).

[12] Elsewhere in this report I explain why, in any event, it is not possible to avoid such contact during the ILT procedure without using a special device to "center" the fiber within the vein – something that neither of the defendants sells.

[13] Katzir, A., "Lasers and Optical Fibers in Medicine," p. 79-80 (1993) (relevant excerpt at Ex. 12).