articles, he reports that he conducted an experiment to determine the amount of steam created in blood by the energy from a pulsing laser.[14] Based on the steam volumes reported by Dr. Proebstle in that article, of the total energy delivered by the laser pulse, less than 2% (in fact about 1.7%) of the energy emitted during his experiment and consequently during an ILT procedure goes to creating steam.[15] Dr. Proebstle admitted this during his deposition.[16]

The theoretical proof that this steam bubble may not cause sufficient vein wall damage follows:

As mentioned, during an ILT procedure a steam bubble is created at atmospheric pressure and at 100°C. This steam bubble gives up its energy quickly and disappears in a short period of time. Steam at 100°C cannot produce any of the typical ILT pathological findings of carbonization and ablation of the vein wall typically found by all practitioners as well as Dr. Proebstle. These lesions require temperatures of at least 200-300°C.

It is also an accepted fact by most practitioners that between 60-100 joules of laser energy per linear centimeter of vein are required for a successful ILT procedure which usually involves treating about 40 cm of vein. Even if one concentrated all of the energy on one centimeter instead of the typical 40 cm, and assuming an idealized conduction setting, the energy would not cause the carbonization seen during a typical ILT procedure without contact between the laser fiber tip and vein wall. Since only less than 2% of the laser energy released is converted into steam, that is 40-50 joules from the approximately 2500 joules used for the typical procedure. This amount of energy is even less than the amount most practitioners recommend to treat a vein and would be unable to successfully close even 1 cm of vein.

It is illogical to assert that less than 2% of the energy provided by the laser does the damage to the vessel wall during ILT that causes the desired therapeutic benefit. Instead, it is obvious that it is the remaining 98% of the energy, which is deposited directly into the vein wall through contact of the fiber tip with the wall, that causes the requisite vein wall damage and, ultimately, fibrosis.

Dr. Proebstle attempted to explain the presence of carbonization and perforations of the vein wall through laser beam impact and not contact.[17] This is a practical impossibility given that he himself accepts that the laser beam will travel less

---

[14] See Proebstle article, Ex. 11.

[15] A graph in Dr. Proebstle's article shows that 15 J of energy applied in a blood-filled tube created around 170 mm$^3$ of steam. It is known, however, that 15 J will convert 6 mm$^3$ of water to 10,200 mm$^3$ of steam (about 60 times more steam than Dr. Proebstle measured). To create 170 mm$^3$ of steam (the amount measured by Dr. Proebstle) requires only 0.25 J of energy – or 1.66% of the 15 J that Dr. Proebstle actually applied. In a patient, the remaining 98.34% of the energy is absorbed by the vein wall while it is in direct contact with the laser fiber tip.

[16] Depo. of Dr. Proebstle at 157.

[17] Proebstle Article, Ex. 11.

8

than 1/3 millimeter in blood.[18] It would require a very sophisticated centering device to be able to maintain the laser fiber tip at less than 1/3 mm distance from the vein wall without any contact. No such device exists.

I also understand that Dr. Proebstle has now modified his theory, claiming in his deposition that the vein wall damage is caused not just by steam, but by what he calls a "heated blood mixture."[19] It is unclear, however, exactly what Dr. Proebstle considers to be the "heated blood mixture."

Blood, being mostly water, but also containing other molecules, has a boiling point slightly over the boiling point of water (100°C). Once blood reaches that temperature, the water within it boils, i.e., converts from a liquid to a gas (steam). We have already seen the inability of this steam alone to produce any significant damage. Again, it takes 2500 joules to convert only 1cm$^3$ of water from liquid at body temperature to steam. This 2500 joules is roughly equal to the entire amount of energy used during a typical ILT procedure. Two cubic centimeters of blood, containing 1 cc of water will rob all the energy required for the procedure. Any remaining solid blood products do not conduct significant heat to the vein wall, let alone in a time frame consistent with the pullback rate used in the ILT procedure, as proved in the experiments described below.

In the presence of large amounts of blood, a nucleus of carbonized material will form immediately around the laser fiber tip when the laser is fired. Dr. Proebstle and I have both demonstrated this phenomenon. When the temperature of the blood surrounding this carbonized nucleus reaches temperatures around 50°C, the red blood cells change shape and start to hemolize, blood proteins denaturate and agglutinate forming an agglutinated aquos matrix, which traps water forming and insulating like gel. Further carbonization of these surrounding agglutinated aquos matrix will proceed slowly since it will need to be desiccated first (i.e., all the water will need to evaporate) before the carbonization can continue (carbonization of the tissue typically occurs at around 200°C). This process requires large amounts of energy and time. Because of these facts, as will be shown practically below, transmission of heat through this "heated blood mixture" or agglutinated aquos matrix is quite slow. It takes a long time for the laser energy to first desiccate all of the water, then carbonize the blood products, and then have the heat energy reach the vein wall. Indeed, so little energy escapes from such a mixture of blood products while the laser is firing that one can place his or her fingers on the outside of a thin layer of agglutinated aquos matrix adhering to the laser fiber tip while the laser is firing and is at more than a 1000°C and will not be burned.

To counter these effects, practitioners will exsanguinate the vein before starting the ILT treatment Otherwise, firing the laser in blood will rob all the energy of the procedure, producing just steam and a "heated blood mixture" (agglutinated aquos matrix), which lacks any ability to conduct heat leaving the vein wall undamaged.

---

[18] Proebstle Article, Ex. 11.

[19] Depo. of Dr. Proebstle at 160.

9

### *Vein Column Experiment – Steam Effect on Vein*

In my first experiment simulating the "steam bubble" effect postulated by Dr. Proebstle, I subjected vein tissue to steam alone, and ensured that the fiber tip would not come into contact with the vein wall tissue. The apparatus consisted of two glass tubes, arranged roughly coaxially but separated by a distance, with a segment of vein connecting and overlapping the proximal ends of the glass tubes. The bottom tube, the vein, and the upper tube were filled with blood. A laser fiber was snaked under and into the bottom tube, with its bare tip immersed in the blood within the bottom tube and placed the segment of vein. The tip of the laser fiber was surrounded by the bottom glass tube and could not touch the wall of the vein outside and above that tube. When the laser was fired, steam bubbles were generated (as observed by Dr. Proebstle) and rose through the setup so that the vein segment was exposed to the steam. A picture of the setup follows: [20]



The steam bubbles had no effect on the vein wall – either to the naked eye, or under the microscope. This experiment proved what I already knew based upon my experience, common sense and the mathematical analysis above: steam at atmospheric pressure does not carry enough heat to cause damage to a vein wall, let alone enough damage to lead to fibrosis and closure of the vein.

---

[20] Further pictures and videos of this experiment, and all others relied upon in this report, are provided on DVDs at Ex. 13.

### *PVC Tube Experiment – Heat Conduction Through an Agglutinated Matrix*

In this second experiment, I filled an 8-mm diameter thin PVC tube with blood and immersed the laser fiber tip in the blood. The setup of this experiment is shown below:



According to the manufacturer's specifications, the PVC material beings to deform at temperatures between 20 and 80°C. After immersing the laser fiber tip in the blood and making sure that the fiber tip was not touching the wall of the tube, I turned on the laser and allowed it to fire until the PVC tube began to deform. This deformation was easy to witness because the material began to curl and shrink as shown below:



With an 980 nm wavelength laser firing at a power of 10 watts (the minimum amount of power AngioDynamics instructs to use),[21] it took about 18 seconds for the PVC tube to begin deforming, even though the laser fiber tip was held in one place for

---

[21] See Exhibit 3, AngioDynamics IFU.

the entire time (i.e., unlike an ILT procedure in which it is pulled back continuously). Thus, when the tip of the laser fiber was not touching the wall of the PVC material, it took about 18 seconds for heat from the laser energy to be transferred through the blood to heat the wall of the tube to a temperature at which the tube began to deform (20° to 80°C), and it took about 30 seconds (with the application of over 300 joules of energy) for the tube to thoroughly deform. Given the fiber pullback rate of several mm/second that is typically employed during ILT, and the relative thickness of the vein wall, conduction characteristics into the vein wall, and the general dissipation of energy in a vein, it is impossible for such a procedure to be successful if the laser fiber tip is separated from the vein wall as the tip in this experiment was separated from the wall of the PVC tube. Even if a vein wall temperature in the range of 20 to 80°C was sufficient to result in a therapeutically effective treatment (which it is not, because at least 200°C is required to achieve the carbonization seen in the pathology after a typical ILT procedure), such temperatures would not be achieved unless the fiber tip were held in position for a significant length of time while the laser was firing. In the ILT procedure, however, the physician moves the fiber while firing as noted above. Furthermore, as was described previously, if a fiber tip is surrounded merely by blood, an agglutinated blood matrix will form around the tip, insulating the tip from the vein wall. That matrix is what prevents the heat from deforming the PVC tubing in this experiment. Moreover, this insulation is strong enough that I can place my fingers on the outside of the matrix while the laser is firing and not be burned (as shown in a video accompanying this expert report).

In contrast to the effect described above when the fiber tip was positioned in the center of the tube, the tube reacted dramatically to direct contact with a laser fiber tip. When I placed the tip of a laser fiber in contact with the PVC tube and turned on the laser, it burned a hole in the PVC tube immediately. This contrast reinforces that contact between the laser fiber tip and the vein wall is necessary to transfer enough energy to cause damage to the wall.

### Contact Is Necessary During ILT

My first set of experiments demonstrated that steam does not have sufficient heat-carrying capacity to damage vein tissue during ILT. Another set of experiments showed, by contrast, the dramatic effects that contact between the laser fiber tip and the vessel wall has on the vessel wall.

#### Vein Flap Experiment – Contact and Carbonization

In the first of these experiments, I fired the laser, through the laser fiber, toward a flap of human vein tissue pinned to a substrate. I performed this experiment several times, while the vein flap and fiber tip were immersed, alternately, in a blood medium or a saline medium. In addition to changing the medium, in separate experiments I placed the laser fiber tip 1 mm from the vein tissue, or in direct contact with the vein tissue. In all of the cases I set the 810 nm laser to a power of 12 watts. A picture representative

12