of this setup, in which the laser fiber tip was placed in contact with a vein flap when covered in a blood medium, follows:



The results of the experiment were predictable to me based on my extensive experience with ILT. When the laser fiber tip was not in contact with the vein flap, there was little or no effect on the vein wall (in either a blood medium or a saline medium). This result occurred even though the laser fiber tip was only 1 mm away from the vein tissue. The laser beams emitted by the lasers sold by the defendants only travel about 0.3 mm through blood before being completely absorbed.[22] Even though saline does not contain the same chromophores as blood, such that the laser beam can travel much farther through the saline, firing the laser with the laser fiber tip held even a small distance from the vein tissue in a saline medium dramatically decreased the effectiveness of the laser. Little if any damage was done to the vein flap at 1 mm in the saline bath when the laser was pulsed for one second. In short, even with a very short 1 mm distance between the fiber tip and the venous tissue, ILT will not be successful. This result also establishes that the carbonization that Dr. Proebstle observed in his article[23] when he filled a vein with saline and pulsed the laser for one second was actually the result of contact between the laser fiber tip and the vessel wall given his experimental set-up. It was not, as Dr. Proebstle hypothesized, the result of the "laser beam impact" (if what he meant by that was impact of the laser energy emitted from a fiber tip some distance away from the vessel wall).

---

[22] Roggan, André et al., *Optical Properties of circulating Human Blood in the Wavelength Range 400-250 nm*, R.J. Biomedical Optics 36-46 (Jan. 1999) (Ex. 14). I note that the lasers will travel significant distances, however, through the air. That is why it is possible to damage tissue by merely pointing a laser fiber in the air at a tissue with a chromophore and pulsing the laser, such as Dr. Proebstle did to prepare his expert report.

[23] Proebstle, T.M. et. al., *Thermal Damage of the Inner Vein Wall During Endovenous Laser Therapy: Key Role of Energy Absorption by Intravascular Blood*, 28 Derm. Surg. 596-600 (July 2002) (Ex. 15) and Ex. 9.

13

In contrast with the "no contact" vein flap experiments, when the laser fiber tip was placed in contact with the vein tissue a lesion could be observed with the naked eye after I pulsed the laser. Thus, contact between the fiber tip and the vein wall is a critical prerequisite to causing necessary damage. The lesion was even more dramatic, including carbonization of the vein wall, when the fiber tip was immersed in blood as opposed to saline. This result shows that having some blood in the vicinity of the contact patch can lead to more dramatic results because the blood (which has a higher concentration of red blood cell chromophores than the tissue of the vein wall itself) acts as a photosensitizer to help start the process of carbonization of vein wall and the high temperatures necessary for the success of the procedure.

Once again, this experiment demonstrated that direct contact of the laser fiber tip and the vein wall is essential for ILT to be effective at treating the vein. Unless the tip of the fiber is in contact with the vein wall, my experiments show that heating within the vein will not cause clinically significant damage to the vein wall at the power settings used in ILT.

*Vein in Jig Experiment to Simulate Use of Tumescent Anesthesia*

I also did a series of experiments that simulate the actual clinical conditions *in vivo* during an ILT procedure. I used a sealed jig in which I could mount a vein and simulate the effects of tumescent anesthesia by pumping saline fluid, under pressure, around the vein. A picture of the jig, with the vein segment mounted inside, is pictured below:



The vein 1 is mounted between two tubes 2 and 3 in a saline bath. Tube 2 leads to a vertical column of blood to recreate the typical pressure found inside a great saphenous vein (8 cm of water), while tube 3 leads to a valve 4 (off to the right of the photo) to allow the introduction of blood and the laser fiber within the vein. Once the vein was mounted, I introduced blood into the vein to simulate the *in vivo* conditions. In addition, I introduced the laser fiber so that its tip was in the vein just short of tube 2. Because the jig is tightly sealed, I was able to inject saline through a valve 5 on the side of the jig to compress the vein onto the laser fiber and its tip. This injection mimics the effects of tumescent anesthesia on the vein during ILT.

Once the vein was compressed by the simulated tumescent anesthesia, I fired the laser as I would during an ILT procedure, using 12 watts of power and pulling back the laser fiber back at the same rate that I would during ILT. After firing the laser and removing the laser fiber from the jig, I removed the vein segment and dissected it. Easily visible on the vein was a large lesion in the vein wall of the type ordinarily seen and reported in the literature on ILT (discussed in more detail below). This lesion included a line of carbonization where the laser fiber tip made contact with the vein wall.

15

In a related experiment, I performed the same steps set forth above, but instead of introducing a laser fiber of the type sold by AngioDynamics, VSI, and Diomed, I added a "centering device," which had the same effect as those centering devices described in AngioDynamics' and VSI's patent applications:[24] it maintained a distance between the laser fiber tip and the vessel wall, thus avoiding contact. When I performed the same test using the centering device and no compression, no lesion was produced on the vein segment. This result further confirms that it is <u>contact</u> of the laser fiber tip and the vein wall that causes the clinically significant damage during an ILT procedure. When there is no contact, that damage does not occur.

*Experience*

### *Literature of Charred and Perforated Veins Proving the Contact Mechanism*

The results from the above experiments, particularly the jig experiments in which the vein segment showed a track of carbonization after treatment, are significant because the damaged vein walls looked strikingly similar to those shown in the literature, and those that I have personally inspected after treatment. Because the treated veins shown in the literature show the same carbonization that I saw when I am certain that contact occurred, the veins shown in the literature further demonstrate the occurrence of contact between the laser fiber tip and the vessel wall in the ILT procedure.

Many physicians have included images of excised veins in their articles concerning ILT. These published images show the same signs of destruction, carbonization, trenching, and perforations that I saw in my experiments with direct contact between the laser fiber tip and the vein wall. For instance, Dr. Proebstle, one of the defendants' consultants, reported the following image in his April 2002 Journal of Vascular Surgery paper.[25] As Dr. Proebstle himself noted, the dark spots indicate carbonization or even full perforation of the vein wall. After reviewing the image, I agree that the photograph features both:

---

[24] U.S. Pat. Pub. No. 2004-0010248 (Jan. 15, 2004) (AngioDynamics Application); U.S. Pat. Pub. No. 2005/0288655 (Dec. 29, 2005) (VSI Application), both at Ex. 16.

[25] Proebstle Article, Ex. 11.



This image shows a line of carbonization along the vein wall that is characteristic of contact with the fiber tip.

Dr. Spreafico obtained a similar image revealing both carbonization and perforations. The following photograph is from his presentation at an October 2005 conference.[26]



In addition, Dr. Anastasie showed an analogous photograph in his 2003 article.[27] One can clearly see both the carbonization and perforation effects. The following image is a higher-quality version of the photograph that appears in the article.



---

[26] Dr. Spreafico likewise concluded in his paper that these phenomena are evidence of contact between the vein wall and the fiber tip. Biolitec cont., Rio, Oct. 2-7, 2005, Ex. 17.

[27] Anastasie, B. et al., *Laser Endoveineux: Endovenous Laser, Phlebologie*, 369-382 (2003) (Ex. 18).

17