These excised veins are quite similar to those photographed after my jig experiments. A representative photo from those experiments is below:



Furthermore, these photographs are strikingly similar to vein segments that I have excised and examined after performing ILT on my own patients.

In addition to the similarity on a macro level between the treated veins shown in the literature and those from my experiments, the veins are also similar on a microscopic level. After my experiments, I had many of the veins sent to a histologist for analysis. A photo representative of those histological slides of the vein tissue where there was definite contact between the laser fiber tip and the vessel wall is included below:



18

In this photo there is an area that has been ablated by the heat created by the contact between the laser fiber tip and the vessel wall. The same carbonization, ablative trenching, and perforations that are visible on the macro level are quite pronounced when viewed under the microscope.

Dr. Proebstle himself published a series of similar histologies in an April 2002 article in the Journal of Vascular Surgery.[28] As Dr. Proebstle himself noted, these slides reveal both "vein wall disruption" (i.e., trenching – slide B) and "pronounced" thermal damage, including carbonization (slide D):



Dr. B. Anastasie and others obtained a similar histology that reveals considerable carbonization and trenching, shown by the arrows in the photo. They published their findings in their 2003 article referenced at Ex. 15:

---

[28] Proebstle Article, Ex. 11.

19



Dr. Giorgio Spreafico and his team also obtained an analogous histology. It too evidences significant carbonization as well as trenching. Dr. Spreafico included the image in a presentation he prepared for an October 2005 conference sponsored by the manufacturer of the laser distributed by AngioDynamics:[29]



Dr. Robert Weiss published a 2002 article in Dermatologic Surgery (*Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model*)[30] reporting on an endovenous laser procedure that he had performed on a goat vein. As Dr. Weiss observed, the histology he obtained reveals carbonization as well as an outright perforation (marked by the arrowhead):

---

[29] *How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser*, Ex. 17.

[30] Ex. 19.



In a 2002 paper in Dermatologic Surgery (*Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood*),[31] Dr. Proebstle also obtained an analogous histology after performing an in vitro experiment. The deep ablative trench is unmistakable:



Perforation, carbonization and trenching are all tell-tale signs of direct contact between the vein wall and the energy-emitting portion of the laser fiber. This point is indisputable based on the experiments above and a general understanding of the procedure.

On the basis of my own experiments as well as the signs of carbonization, trenching, and perforations evidenced by the published literature, I conclude that the tumescent anesthesia used by the authors in the literature achieves reliable contact between the laser fiber tip and the vein wall.

---

[31] Ex. 15.

21

*Fiber Degradation and Increase in Size of the Laser Emitting Section of the Fiber*

As described above and proven in my experiments, contact between the vessel wall and the energy-emitting portion of the laser fiber is critical to the success of the ILT procedure. I have also concluded, on the basis of physical examinations and experiments, that the <u>size</u> of the bare tip capable of emitting laser energy grows dramatically over the course of the procedure.

Like Diomed, AngioDynamics and VSI sell procedure kits that include a laser fiber with a core of 600 microns. The image below is a picture that I had taken of the end of an *unused* laser fiber:



This image depicts several features of the unused laser fiber, including
- the core laser fiber (labeled "600 micron core fiber, covered by cladding"),
- the "cladding," which is a thin, reflective coating on the core fiber that keeps the laser light within the fiber (rather than emitting through the side of the silica which makes up the core of the laser fiber), and
- the "jacket," made of plastic that covers the entire fiber except for roughly the last 2.5 to 5 millimeters (depending on the manufacturer).

On a new fiber, the cladding extends the entire length of the fiber, except for the flat face at the very end, perpendicular to the fiber's axis. Near the tip of the fiber, some cladding may crack off when the tip is cut during manufacture (as well as areas in which the cladding may have imperfections or may be scratched during handling). With the exception of such cracking, the only portion of an unused fiber that will emit laser energy prior to a procedure is the flat face at the end of the fiber. When the aiming beam is emitted through such a new fiber, it will appear as a round circle on a white piece of paper.

Once the laser begins to fire and carbonization of venous tissue and/or blood occurs, however, the fiber tip and surrounding cladding grow extremely hot. Dr. Robert