Weiss measured the temperature during ILT as high as 1000°C.[32] As a result, the cladding immediately begins to degrade and the fiber core begins to change shape. By the time the procedure is complete, the fiber tip typically erodes into a rounded (rather than flat) shape. In addition, the cladding has degraded from the surrounding parts of the unjacketed portion of the fiber, allowing laser energy to escape through the sides of the fiber tip (in addition to its end face), which increases the size of the laser-emitting section. If the aiming beam is aimed at a white piece of paper after this degradation, it will appear as an oval or very ill-defined shape.

I have personally inspected numerous fibers after treatment and have observed this type of degradation. A representative photograph is included below. In the photograph, the red visible aiming beam is escaping from the sides of the fiber, indicating that the cladding in that region has broken down. The laser energy itself (invisible to the naked eye) will also be emitted from the sides of the fiber when the laser is turned on. The effects of the side escape of laser energy will also be visible when doing experiments with the laser fibers in blood in translucent tubes, such as my experiments described above.



I did a series of experiments to determine how much energy escapes from the sidewalls of the fiber after the tip has degraded.[33]

### Wattage Degradation Experiment

The methodology for the first experiment was simple. I tested the emission of laser energy from the flat front face of unused laser fibers, when the laser console was tuned to 15 watts. At that setting, the emission from an unused fiber is typically between 13 and 14 watts due to inherent losses in the machine and the fiber itself (due to impurities). Little or no light escapes from the sides of an unused fiber, as noted above.

---

[32] Ex. 19.

[33] The Diomed, AngioDynamics and VSI fibers are essentially identical, including for purposes of these experiments.

I did the same test on the laser fiber after it had been used in an ILT procedure, measuring the laser energy emitted through the front of the fiber tip.

I found that the wattage of the laser light emitted from the front of the fiber typically decreased to between about 7 and 9 watts, for a degradation of 40-50%. The "lost" wattage (i.e., the 40-50%) is necessarily emitted from the sides of the fiber tip where the cladding has been degraded.

On the left-hand side below is a representative photograph of the power meter setup recording a reading of over 13 watts from laser transmission through the front of an unused fiber. On the right hand side is a representative photograph of the same setup recording a reading of under 7 watts from laser transmission through the front of a used fiber.

 

This experiment proves that the cladding at the end of the laser fiber degrades dramatically during an ILT procedure, such that almost the entire unjacketed portion of the fiber, if not the entire unjacketed portion, becomes a light-emitting section.

Degradation of the laser fiber and cladding is an important phenomenon that contributes to ensuring continuous contact between the vein wall and the laser-emitting portion of the laser fiber. This would even be true for a vein that had not been fully collapsed (e.g., due to improper or insufficient injection of tumescent anesthesia).

**Carbonization Experiment**

I did an additional series of experiments that demonstrated that emission from the side of the fiber following breakdown of the cladding is sufficient to cause severe damage to tissue.

In the first of this series of experiments, I placed the side of a new laser fiber against the side of a cow liver such that it ran parallel to the liver tissue. I chose cow liver because it was an easily obtainable tissue and, like vein tissue in the human body, it contains chromophores for the 810 nm and 980 nm lasers.

24

When I placed the side of the new, cladded laser fiber tip against the liver and pulsed the laser for one or two seconds, initially the liver was only charred at the very end of the laser fiber (i.e., at its flat face). I then lifted the laser fiber and placed it on a different spot on the liver and pulsed the laser again for one or two seconds.

After I repeated this process in different locations along the liver, subjecting the laser fiber and its cladding to conditions similar to those observed inside the vein during ILT, after five or six pulses the cladding began to degrade. This degradation could be observed because the charring began to occur not just in the vicinity of the end face of the laser fiber tip, but also along the five or so millimeters of the laser fiber that are unjacketed (i.e., the portion that is covered solely with cladding on an unused fiber). A representative image depicting lines of carbonization caused by light emitted from the side of the fiber follows:



Carbonization from Side Emission of Laser Energy

To confirm this result, I performed the same experiment on a section of human vein tissue. Again, the briefly used laser fiber created charring along the tissue where the entire sidewall that was originally covered with cladding touched the tissue. A representative image of that result is below:

25



      Once the cladding of the laser fiber tip is degraded, the energy emitted from the front face of the fiber is not necessary to char and destroy tissue; the energy emitted from the sidewall is sufficient to have that effect. To further prove this point, I placed the side wall of a used laser fiber against the tissue (both cow liver and human vein segment, in separate experiments) so that the very end (the now deformed face) of the laser fiber hung <u>over the end</u> such that the tissue could not possibly absorb any laser energy emitted from that end. Despite the fact that the tissue was absorbing energy only from the sidewalls where the cladding had degraded, the tissue still became carbonized after short pulses of laser energy.[34]

      In addition, with each successive pulse, the degree of injury done to the tissue increased. This successively more severe injury is a result of the carbonization effect on the laser fiber and progressive breaking of the cladding. As the amount of carbon increases and the laser is pulsed, the damage done to the tissue is greater because the temperature in the vicinity of the laser fiber tip increases.

---

[34] This result is further reinforced by the research recently done by Dr. Schmedt, et al. and published in the European Journal of Vascular and Endovascular Surgery. *Investigation on Radiofrequency and Laser (980nm) Effects after Endoluminal Treatment of Saphenous Vein Insufficiency in an Ex-vivo Model*, Eur. J. Vasc. Surg. 32, 318-325 (2006). In that article, Dr. Schmedt concludes that "[p]rogression of carbonisation at the bare fibre tip may explain the finding of increasing thermal lesions during [l]LT." (Ex. 20).

## **CONCLUSIONS**

In light of the above experiments, data and literature, and my expert knowledge of the ILT procedure, I summarize my opinions as follows, and intend to offer these opinions (as well as those expressed in more detail above) at trial:

1. Direct contact between the vessel wall and the energy-emitting section of the laser fiber is critical to the success of the intraluminal laser therapy (ILT) because it is the only way to produce the pathological change that will result in fibrosis of the vein wall, given the energy, time and power used.

2. Steam created by the emission of laser energy into intravenous blood during ILT does not have the heat-carrying capacity to damage the vein wall, let alone to cause therapeutically effective damage.

3. *In vitro* tests establish that the steam created during ILT is inadequate to cause therapeutically effective damage to the vein.

4. Because of the short distance through which laser energy of the wavelengths taught by the parties (810 nm and 980 nm) can travel through blood, direct contact between the laser emitting section of the laser fiber and the vessel wall is necessary to cause the vein wall to get to a temperature capable of causing permanent damage to the vein that will result in closure of the vein.

5. If there is excessive amounts of blood in the vein during an ILT procedure, a matrix of blood materials will form on and around the laser fiber tip. It takes enormous amounts of energy and time to conduct heat through such a matrix and eventually cause damage to the vein wall.

6. The published literature concerning ILT shows that, post-treatment, the vein is charred, trenched and/or perforated. This charring, trenching and perforation is consistent with my own observations of veins removed after an ILT procedure and the results of reduplicating the ILT procedure *in vitro*. This charring, trenching, and perforation is possible only through contact between the laser fiber tip and the vein wall.

7. During an ILT procedure, the extreme temperatures in the vicinity of the fiber tip (upwards of 1000°F), cause the cladding covering the last few millimeters of the fiber to degrade. This allows laser energy to emit not only through the very end of the fiber, but also through the unjacketed sidewalls, turning the laser fiber into a laser emitting rod.

8. While the side wall of the fiber is in contact with the vessel wall, this side wall emission is significant enough to cause permanent damage to the vein wall, including charring and perforation.

9. Because of the relatively low pressure inside a vein, and a vein's general pliability, the vein is easily susceptible to external pressure. For that reason, the application of tumescent anesthesia will cause the vein wall to