collapse around the laser fiber and its face. This result is many times enhanced by the application of epinephrine in the tumescent anesthesia.

10. Even inexact application of tumescent anesthesia, such as injections that are not made directly in the perivenous space, but are instead injected near the vein, will also cause the vein wall to compress, resulting in contact of the vein wall with the fiber tip. Especially when guiding points used for the application of the tumescent without ultrasound is the visual deformation and swelling of the leg and skin over the track of the vein.

Signed,

*[signature]*

Dr. Luis Navarro

Dated: 12/4/05

28

# EXHIBIT 11

# Endovenous treatment of the greater saphenous vein with a 940-nm diode laser: Thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles

T. M. Proebstle, MD, MSc,[a] H. A. Lehr, MD, PhD,[b] A. Kargl, MD,[a] C. Espinola-Klein, MD,[c] W. Rother, PhD,[d] S. Bethge, MD,[a] and J. Knop, MD, PhD,[a] *Mainz and Germering, Germany*

*Purpose:* Despite a rapid spread of the technique, very little is known about the laser-tissue interaction in endovenous laser treatment (EVLT). We evaluated EVLT of the incompetent greater saphenous vein (GSV) for efficacy, treatment-related adverse effects, and putative mechanisms of action.
*Methods:* Twenty-six patients with 31 limbs of clinical stages $C_{2-6}$, $E_P$, $A_{S,P}$, $P_R$ with incompetent GSV proven by means of duplex scanning were selected for EVLT in an outpatient setting. A 600-μm fiber was entered into the GSV via an 18-gauge needle below the knee and proceeded to the saphenofemoral junction (SFJ). After infiltration of tumescent local anesthesia, multiple laser pulses of 15 J energy and a wavelength of 940 nm were administered along the vein in a standardized fashion. D-dimers were determined in peripheral blood samples 30 minutes after completion of EVLT in 16 patients and on postoperative day 1 in 20 patients. One GSV that was surgically removed after EVLT was examined by means of histopathology. Additionally, an experimental in vitro set-up was constructed as a means of investigating the mechanism of laser action within a blood-filled tube.
*Results:* A median of 80 laser pulses (range, 22-116 laser pulses) were applied along the treated veins. On days 1, 7, and 28, all limbs except one (97%) showed a thrombotically occluded GSV. In one patient, the vessel showed incomplete occlusion. The distance of the proximal end of the thrombus to the SFJ was a median 1.1 cm (range, 0.2-5.9 cm) in the remaining patients. Adverse effects in all 26 patients were ecchymoses and palpable induration along the thrombotically occluded GSV that lasted for 2 to 3 weeks. In two limbs (6%), thrombophlebitis of a varicose tributary required oral treatment with diclofenac. D-dimers in peripheral blood were tested with normal results in 14 of 16 patients 30 minutes after completion of the procedure and elevated results in 7 of 20 patients at day 1 after EVLT. However, an increase of D-dimers from day 0 to day 1 was observed in 15 of the 16 patients undergoing tests 30 minutes after EVLT and on day 1. The 940-nm laser was demonstrated by means of in vitro experiments and the histopathological examination of one explanted GSV to act by means of indirect heat damage of the inner vein wall.
*Conclusion:* EVLT of the GSV with a 940-nm diode laser is effective in inducing thrombotic vessel occlusion and is associated with only minor adverse effects. Laser-induced indirect local heat injury of the inner vein wall by steam bubbles originating from boiling blood is proposed as the pathophysiological mechanism of action of EVLT. (J Vasc Surg 2002; 35:729-36.)

For many patients of clinical stages $C_2$ to $C_6$ with proven incompetence of the saphenofemoral junction (SFJ) and refluxes along the greater saphenous vein (GSV), the standard surgical treatment still is high ligation of the vessel and its tributaries at the level of the SFJ, with subsequent stripping of the incompetent part of the GSV. In the last decade, less-invasive techniques have been further developed, particularly the use of tumescent local anesthesia

From the Department of Dermatology,[a] Institute of Pathology,[b] Department of Cardiology and Angiology,[c] University of Mainz, and Dornier MedizinLaser GmbH.[d]
Competition of interest: Dr Rother, who constructed the experimental set-up for in-vitro testing, is an employee of Dornier MedizinLaser GmbH, Germering, Germany.
Reprint requests: Thomas Proebstle, MD, MSc, Department of Dermatology, University of Mainz, Langenbeckstr 1, 55131 Mainz, Germany (e-mail: Thomas.Proebstle@t-online.de).
Copyright © 2002 by The Society for Vascular Surgery and The American Association for Vascular Surgery.
0741-5214/2002/$35.00 + 0   24/1/121132
doi:10.1067/mva.2002.121132

facilitated ambulatory phlebectomy[1,2] or high ligation and stripping of the GSV.[3-5] In the last few years, a radiofrequency heating technique has been developed as an endoluminal approach with a distal, microsurgical vein access producing excellent cosmetic results.[6] One distinct major difference compared with classic varicose vein surgery is that endoluminal radio-frequency solely occludes the GSV without affecting tributaries at the level of the SFJ. Such a strategy is particularly remarkable, because it is generally accepted that recurrent varicose veins after surgery often have their origin in residual tributaries of the SFJ or in a residual saphenous stump. A recent study that suggested that, at least with short-term follow-up, extended ligation at the SFJ did not add much when compared with endoluminal closure of the GSV alone[7] raised a very controversial discussion. More recently, a similar minimally invasive technique, endovenous laser treatment (EVLT) of the GSV has been introduced,[8] and, in contrast to transcutaneous laser treatment of reticular veins and venulectasias,[9,10] we are only starting to learn about the

D002406

Table I. Characteristics of 31 treated limbs of 26 patients who underwent endovenous laser treatment, according to the CEAP classification

|  | Number of limbs(%) |
|---|---|
| **Clinical stage** | |
| C2 Varicose veins > 4 mm | 31 (100) |
| C3 Edema | 25 (81) |
| C4 Skin changes | 11 (35) |
| C5 Healed ulcer | 0 (0) |
| C6 Active ulcer | 4 (13) |
| **Etiology** | |
| Primary | 31 (100) |
| Secondary | 0 (0) |
| **Anatomy** | |
| Superficial veins | 31 (100) |
| Perforator veins | 17 (55) |
| Cockett II/III | 14 (45) |
| Sherman | 3 (10) |
| Deep veins | 0 (0) |
| **Pathology** | |
| Reflux | 31 (100) |
| Obstruction | 0 (0) |

efficacy, adverse effects, and mode of action of this novel approach.

This study was conducted to obtain more detailed clinical and histopathological data on the application of EVLT in patients with clinical stages $C_{2-6}$, $E_P$, $A_{S,P}$, $P_R$, including an incompetent GSV. An in vitro set-up was developed and used as a means of further clarifying the mode of action of EVLT on the inner vessel wall.

## METHODS

**Patients.** Patients were selected from our phlebology clinic as they came in for evaluation of specific complaints. As part of their routine examination, all patients underwent functional testing, including duplex scanning (Sonosite 180 plus, 4med, Erlangen, Germany). When a clinical stage $C_2$ to $C_6$ with an incompetent SFJ and reflux in the GSV were revealed by means of the phlebological examination, and thus an indication for high ligation and stripping was presented, patients were asked to choose between classic varicose vein surgery or EVLT. Only three of 29 patients preferred classic varicose vein surgery, whereas 26 patients chose EVLT. However, patients made this decision after reading information and an additional personal discussion with the physician about EVLT, which, in contrast to surgery, so far has no long-term follow-up, and the possible need for additional treatment measures, including classic surgery, later. Apart from the incompetent GSV, other incompetent superficial veins and perforator veins were tolerated, but not treated simultaneously to EVLT. Patients with secondary varicosis with deep vein reflux or deep vein obstruction were not able to undergo EVLT (Table I). All patients gave written informed consent in accordance to the Helsinki declaration.

**Administration of laser energy.** The whole EVLT procedure was exclusively limited to the GSV, and no additional measures like mini-phlebectomy or sclerotherapy were used as a means of treating tributaries of the GSV simultaneously. Roughly, the protocol was adapted from the paper of Navarro et al.[8] After duplex scanning-guided puncture of the GSV below the knee with an 18-gauge venous catheter (Vasofix, Braun, Melsungen, Germany), a J-tip guidewire (0.035-in, Medex Medical, Rossendale, UK) was advanced by means of duplex scanning control toward the SFJ. A 5F angio catheter (Infiniti, 100 cm, 0.97 mm, vertebral, Cordis Europe, 9301 LJ Roden, Netherlands) was shortened at the tip with a scalpel by approximately 5 cm to allow passage of the bare fiber more easily. The catheter was then forwarded over the guidewire until its tip was located approximately 1 cm distal to the SFJ. The guidewire was then removed and replaced by a 600-μm bare fiber with an outer diameter of 1.00 mm (Type D-6100-BF, Dornier MedizinLaser GmbH, Germering, Germany) connected to a 940-nm diode laser (Medilas D, Dornier MedizinLaser GmbH). With duplex scanning control, the laser fiber tip was passed through the tip of the angio catheter, thus extruding approximately 6 to 8 mm, with a final distance toward the SFJ of 1 to 2 cm. The correct location of the fiber tip could also be verified visually: in the darkened operation theater, the red (645 nm, 1 mW) pilot beam was detectable transcutaneously. Tumescent local anesthesia was then infiltrated along the GSV from the SFJ down to the point of access, as described elsewhere,[3] and given 5 minutes to establish the anesthetic effect before the start of the laser treatment. Laser energy was delivered in a pulsed fashion with a 1-second on and a 2-second off period. During the on period, 15 J of laser energy were delivered with a power of 15 W. During the off period, the fiber tip was retracted 5 to 7 mm. This cycle was repeated until a distance of 1 cm to the puncture site of the GSV was reached. In this manner, the laser treatment of the entire GSV lasted 3 to 5 minutes. Subsequently, the catheter was removed, and the patient received a full thigh class II compression stocking, resembling an ankle pressure of 30 mm Hg, and was advised to walk immediately. Additionally, as a precaution without any further rationale, low-molecular-weight heparin was administered subcutaneously for 5 days for thrombosis prophylaxis (Fragmin P, Pharmacia & Upjohn, Erlangen, Germany).

**Concomitant duplex ultrasound scanning examination.** All patients underwent duplex ultrasound scanning examinations before EVLT, during EVLT, and after EVLT on days 1, 7, and 28. During the course of the examinations, patients underwent scanning for refluxes in superficial veins, in the deep vein system, and also in perforating veins. Patients with an incompetent or occluded deep vein system were excluded from EVLT. Concomitant incompetent perforator veins or pathological findings in the superficial vein system were recorded, but did not prevent patients from receiving EVLT if the GSV was open and incompetent from the SFJ down to below the knee.

During EVLT itself, duplex scanning was particularly helpful in identifying the GSV at the puncture site, when necessary after full length down-scanning of the GSV from

D002407

JOURNAL OF VASCULAR SURGERY
Volume 35, Number 4

Proebstle et al    731

the groin or up from the ankle. Duplex scanning was further an important means of localizing the precise position of the laser tip close to the SFJ before administration of tumescent local anesthesia, because afterward, because of the massive subcutaneous fluids, recognition of anatomical structures was almost impossible.

With scheduled duplex ultrasound scanning control examinations on days 1, 7, and 28, a full-length scanning of the treated vein was included as a means of demonstrating homogeneous thrombotic occlusion. Occlusive thrombosis was supposed when the vein was completely filled by an incompressible hypoechogenic mass and when no fluxes were detected within the vessel lumen. Similarly, in the region of the SFJ, the proximal ending of the thrombus was determined by means of compression and detection of fluxes. The distance of the proximal thrombus ending toward the junction with the deep femoral vein was measured. At day 28, the hypoechogenicity of the thrombus had almost disappeared. However, the lack of fluxes and the remaining incompressible vessel still allowed sufficient conclusions. Additional scanning of the deep vein system excluded a thrombotic affection there.

**Testing for D-dimers in peripheral blood.** After detection of EVLT-induced thrombotic occlusion, rather than an immediate closure of the GSV, we scheduled D-dimer testing for every patient. With the exception of the first six patients, D-dimer values (Tinaquant D-dimer, Roche Diagnostics, Mannheim, Germany) were scheduled to be determined from blood samples obtained 30 minutes and 1 day after the EVLT procedure. According to the manufacturer's data sheet, D-dimer values below 0.50 mg/L were considered to be within normal limits. However, because of technical reasons, blood sampling failed in four patients 30 minutes after EVLT.

**Histopathologic examination.** One patient gave informed consent to undergo EVLT as part of his routine varicose vein surgery procedure, which included extended high ligation of the SFJ and subsequent stripping of the incompetent parts of the GSV. EVLT was administered immediately after completion of extended high ligation, but before stripping of the GSV. The treated vein was left in place for another 15 minutes and then removed by means of stripping. The removed vein was photodocumented (Fig 1, A) and histopathologically examined with hematoxylin and eosin staining.

**Mechanism of laser action.** As a means of evaluating the mechanism of action of the 940-nm laser beam within the vein, an experimental set-up was designed (Fig 3, A). A silicone tube with an inner diameter of 6 mm was connected to a transparent tube with an inner diameter of 2 mm. The tube system was then filled with heparinized blood. From the opposite side, the laser fiber was inserted into the middle of the silicone tube. Different amounts of laser energy were then applied by means of variation of either laser power or pulse duration. With each laser pulse, the extension of the volume within the system was assessed by documenting the change in the blood level within the 2-mm tube. A cylindrical volume calculates as $V = h \times \pi r^2$ (eg, if a laser pulse produces a movement of the blood level of h = 54 mm, the laser generated steam volume calculates as $V = 54 \text{ mm} \times \pi [1 \text{ mm}]^2 = 170 \text{ mm}^3$, corresponding to a steam bubble length of 6 mm in a tube with a diameter of 6 mm). The temperature of the steam bubble is supposed to be close to 100° C and, once generated, should stay on this level constantly throughout its increase of volume, as it is known in the physics of phase transitions.

## RESULTS

Twenty-six patients, 21 with unilateral and 5 with bilateral incompetent GSV, received EVLT by means of a 940-nm diode laser with tumescent local anesthesia. Nineteen patients were women (73%), and seven patients were men (27%), with 22 and 9 limbs treated, respectively. The median age of the patients was 57 years (range, 27-83 years). Before treatment, the median diameter of the GSV was 6.0 mm (range, 4.0-9.9 mm) at the level of the SFJ. In our relatively small cohort with a spectrum of clinical stages (Table I), the GSV diameter did not correlate with the body mass index of the patient (data not shown), the median of which was 26.6 (range, 20.0-39.7). The median amount of infiltrated tumescent local anesthesia was 650 mL per limb (range, 250-1000 mL).

**Technical skills.** Initially, before the use of duplex scanning for guided puncture of the GSV, access to the GSV failed in two of seven patients. These two patients underwent subsequent classic surgery. In four additional cases, insertion of the guidewire from below the knee to the SFJ was not possible in one step because of pronounced tortuosity of the GSV. In three of these four cases, an additional puncture of the GSV approximately 15 cm above the knee allowed treatment in two parts. In one case, EVLT was limited to the proximal 20 cm of the GSV because of the technical inability to obtain access to the more distal part of the GSV.

However, in all cases, duplex scanning-controlled placement of the fiber tip was achieved within a distance of 1 to 2 cm distal from the SFJ. In patients who were not overtly obese, this position could be visualized by means of transcutaneous illumination of the pilot laser beam. In our series of 31 limbs in 26 patients, this was true in four limbs of three male patients with a body mass index between 31.5 and 39.7. However, even in those obese patients, transcutaneous detection of the laser pilot beam was possible after applying gentle pressure to the overlaying skin.

**Effects of endovenous laser treatment.** During step-wise removal of the laser fiber, a median of 80 pulses (range, 22-116) of 15 J energy each were delivered, corresponding to a distance of 5 to 7 mm between laser pulses.

On days 1, 7, and 28 after treatment, thrombotic occlusion of the GSV was noted in all cases. In 30 of 31 limbs (97%), the thrombotic occlusion was complete from the distal puncture site, reaching proximally up to a median distance of 1.1 cm (range, 0.2-5.9 cm) from the SFJ. In one limb, the proximal occlusion of the GSV failed over a length of 20 cm despite complete occlusion of more distal parts of the GSV. The diameter of the GSV at the SFJ was 9.9 mm

D002408

732 Proebstle et al

JOURNAL OF VASCULAR SURGERY
April 2002



Fig 1. Macroscopic and microscopic hematoxylin and eosin-stained histopathologic examination of a GSV that has undergone EVLT before stripping. A, Outer surface of the endovenously laser-treated GSV. Dark spots resembling carbonization, or even full perforation of the vein wall, were caused by direct impact of the 940-nm laser beam. B, Intimal tear next to a non-perforating laser hit. C, Vein wall disruption caused by direct laser impact. D, High magnification of the margin area of vein wall disruption showing pronounced thermal damage, including carbonization.

and, therefore, the largest diameter of the whole series. Additionally, in this patient, we found by means of duplex scanning control a large caliber tributary with high blood flow feeding the GSV at the distal open point.

**Adverse effects.** After the local anesthetic effect subsided after EVLT, slight to moderate local pain was reported by all patients over the treated vein. Also, moderate ecchymoses, most likely caused by laser-induced perforation of the vein wall, could be observed in every patient at the inner thigh and knee region from the next day to approximately 2 weeks later. However, these ecchymoses were not as pronounced as they are usually with classic varicose vein surgery, and no hematoma was found. For the first 2 to 3 weeks after EVLT, also a slightly shorter period than frequently observed with classic surgical procedures, an induration was palpable along the treated GSV, and this was experienced by the patients as slight to moderate pain during extended movement of the leg. A thrombophlebitic reaction developed within an untreated varicose tributary at the distal thigh in two patients 2 and 5 days after EVLT. Oral treatment with diclofenac (75 mg, slow release, three times a day) resulted in immediate pain control. Hyperpigmentation developed in one patient over the thrombotically occluded GSV, which was still visible at 4 weeks after EVLT. All other patients were free of adverse effects at 4 weeks after the procedure. No other adverse effects or complications were reported.

**D-dimers in peripheral blood.** In 16 patients, D-dimer levels in peripheral blood were evaluated immediately after EVLT, and in 20 patients, blood samples were drawn on day 1 after EVLT (Table II). D-dimer levels were tested with normal results in all samples except one obtained 30 minutes after EVLT, with a median value of 0.39 mg/L (range, 0.09-0.80 mg/L). When D-dimer levels were tested at day 1 after EVLT in 20 patients, a median of 0.43 mg/L (range, 0.24-1.73 mg/L) was found. However, only seven blood samples showed D-dimer levels exceeding the upper limit of 0.50 mg/L. Although the

D002409

Table II. D-dimer levels in peripheral blood of patients who underwent endovenous laser treatment

| | 30 minutes after EVLT | 1 day after EVLT | Ratio 1 day/30 min |
|---|---|---|---|
| Patients with 1 limb treated | Median 0.30 mg/L (range 0.09-0.80) n = 13 | Median 0.33 mg/L (range 0.24-1.73) n = 16 | Median 1.39 (range 0.88-3.67) n = 13 |
| Patients with 2 limbs treated | Median 0.45 mg/L (range 0.44-0.48) n = 3 | Median 0.68 mg/L (range 0.50-0.91) n = 4 | Median 1.82 (range 1.15-2.02) n = 3 |
| All patients | Median 0.39 mg/L (range 0.09-0.80) n = 16 | Median 0.43 mg/L (range 0.24-1.73) n = 20 | Median 1.43 (range 0.88-3.67) n = 16 |

EVLT, Endovenous laser treatment.

absolute values remained mostly within normal limits, D-dimer levels were shown by means of intraindividual evaluation to increase from day 0 to day 1 in 15 of 16 patients who underwent both tests. The median increase ratio was 1.43 (range, 0.88-3.67), reflecting the process of thrombotic occlusion of the GSV. When separating the patients who received unilateral EVLT from patients who had a bilateral procedure (Table II), it looks as if patients with both limbs treated did not present the very low D-dimer values that are occasionally observed in patients with one limb treated. This observation might relate to two thrombotic processes instead of one, but also might be influenced by the thrombotic process having proceeded somewhat more in the first limb of those patients with bilateral EVLT. Unfortunately, the numbers are small in Table II and therefore do not warrant statistical analysis.

**Pathologic examination of the endovenous laser treatment stripped vein.** Macroscopically, the vein wall showed reddening, carbonization, or even perforation at those sites where the fiber tip was closest to the vein wall during delivery of laser energy (Fig 1, A). Either gross vein wall destruction associated with direct impact of the laser beam (Fig 1, B-D) or less pronounced heat-mediated vein wall injury (Fig 2, B, C) was demonstrated by means of microscopical examination of corresponding hematoxylin and eosin-stained slides. The heat injury demonstrated in Fig 2, B and C, was consistently detectable along the distance of 5 to 7 mm of vein wall, between the direct impact of two laser impulses, and is, in our opinion, the basis of a subsequent homogeneous thrombotic occlusion of the vessel. At those sites of direct laser action, the most destructive patterns of tissue damage can be observed: perforating and non-perforating vaporization of the vein wall, carbonization of the adjacent tissue margins, and intimal tear in response to the explosion-like delivery of high energy densities, called photo-disruption. However, because a stripping was performed after EVLT, some of the destruction observed, like intimal tears, may originate from the stripping procedure itself.

**Mechanism of action of the 940-nm diode laser.** Administration of different amounts of laser energy in the in vitro set-up was used as a means of evaluating the putative mechanism of laser action within the vein (Fig 3).

During the experiments with heparinized blood in a silicone tube, we observed that a steam bubble formed during delivery of laser energy, and it collapsed immediately after discontinuation of the laser pulse. When we plotted the maximum volume of the laser-generated steam bubble against the amount of laser energy delivered, it showed a linear correlation (Fig 3, C). As calculated in the Methods section, a typical laser pulse with an energy of 15 J produced a steam bubble of approximately 6 mm in a 6-mm diameter vessel. As shown in Fig 3, C, the formation of a steam bubble required a threshold energy of about 1.5 J. This threshold energy is needed to heat up the surrounding blood until it reaches boiling temperature. A laser pulse energy below this level would only heat the blood, without any steam bubble formation.

## DISCUSSION

The principal finding in this study is that EVLT with a 940-nm diode laser system, when performed under tumescent local anesthesia, is a clinically feasible and well-tolerated technique. Because of vein access via an 18-gauge needle, it is a truly minimal invasive procedure, leaving a virtually invisible scar on the patient's skin.

The efficacy of EVLT in obtaining early occlusion of the GSV is very satisfactory. Even if these are very early results, immediate closure rates of 97% in our series and 100% reported by another group with the 810-nm diode laser[8] provide a rationale for further evaluating this new method.

A major emphasis of this study was placed on the mode of action of this novel technique: technically, the depth of penetration of a 940-nm laser beam into blood is only approximately 0.3 mm.[11] Also, the laser beam remains focused to a very small spot after leaving the fiber tip. Although these characteristics of the laser beam could explain a focal perforation of the vein wall (Fig 1, C, D) immediately adjacent to the fiber tip, this would not adequately explain the widespread injury to the vein wall observed in the vicinity of the perforation sites (Fig 2, B, C). With our in vitro set-up, we could identify steam bubble formation at the laser tip (Fig 3, B). The volume of the laser-generated steam bubble correlated directly to the laser energy (Fig 3, C). Because such a

D002410







Fig 2. Indirect, steam bubble-mediated thermal damage after EVLT, several millimeters away from areas of direct laser impact. A, Control: normal varicose vein after stripping without earlier EVLT, with intact endothelium and distinct cellular contours. The nuclei are round to oval. B, EVLT resulted in a lift-off of endothelial cells, a denudation of the intima, loss of cellular contours, and fibrin deposition. Additionally, some areas show marked vacuolization of cells or even spongiosis. C, Swelling and waxy homogenization of collagen. Focal coagulation necrosis within the intima.

steam bubble formation is expected to occur within the vein lumen during EVLT, we propose that this phenomenon accounts for the thermal injury to an extended surface of the inner vein wall.

In a recent paper, Sadick et al[10] reported histopathological alterations of reticular veins and venulectasias after transcutaneous neodymium/yttrium-aluminum-garnet laser treatment that compare well with our findings. This opens the question of whether also in transcutaneous laser treatment of smaller veins the crucial damage of the vein may involve a similar steam bubble-mediated, hence indirect, thermal injury, rather than the immediate highly focused damage by the laser beam itself.

Steam bubble formation is a local, instantaneously reversible phenomenon that, after collapse of the bubble, poses no risk, such as gas embolism, to the patient. However, the extensive heat damage of the endothelium and the intima does induce the desired effect: full-length thrombotic occlusion of the vein. The complete thrombotic occlusion, however, is not detectable immediately after EVLT, but can be recognized at day 1 by means of a simple duplex scanning examination, which shows an incompressible, hypoechogenic cord in the lumen of the saphenous vein. This thrombotic occlusion is also reflected in all patients with an increase of D-dimer levels in peripheral blood by a median factor of 1.43. Because in our study and another study[8] no EVLT-induced deep vein thrombosis occurred, it seems very unlikely that the EVLT-induced thrombotic process of the GSV has a concomitant risk for deep vein thrombosis, as is known for superficial thrombophlebitis.[12] However, it remains unclear whether such an hypothetical risk of deep vein thrombosis does indeed exist or whether it is only so much lower compared with superficial thrombophlebitis[12] that it can only be detected in a larger series of patients.

Other commonly observed adverse effects with EVLT are induration along the GSV and mild-to-moderate ecchymoses. These ecchymoses, present for approximately 2 weeks, could be a cosmetic problem for patients who are expecting a minimally invasive, barely invisible treatment of their GSV incompetence. In this respect, EVLT would compare unfavorably with endoluminal radio-frequency closure. However, when weighed against the potential nerve damage after endoluminal radio-frequency treatment with subsequent skin paresthesis in as many as 16% of patients,[7] such an entirely reversible adverse effect seems quite acceptable.

Less frequent adverse effects, like thrombophlebitis of untreated tributaries or appearance of hyperpigmentation along the GSV, need to be followed and documented as the number of patients and EVLT procedures increase. At least the risk of thrombophlebitis could be avoided completely if varicose tributaries, unlike in the present series, are treated in the same session (eg, with mini-phlebectomy).[1,2]

Finally, it remains to be established whether EVLT induces effective long-term occlusion of the treated veins. Recurrent reflux, either originating from the SFJ or reoc-

Case 1:04-cv-10019-NMG    Document 169    Filed 02/20/2007    Page 9 of 10



Fig 3. **A,** Schematic drawing of the in-vitro set-up for examining the laser-generated steam bubble formation. The laser fiber was inserted into a silicone tube of 6-mm-diameter filled with heparinized blood. During delivery of laser energy, heating and boiling of the blood finally lead to the formation of a steam bubble, pushing the corresponding blood volume out of the tube. Thus, the movement of the blood level in the smaller 2-mm-diameter tube allowed the calculation of the volume of the steam bubble in reverse. **B,** Visible steam bubble formation during delivery of a laser pulse of 15 J. **C,** Dependency of the steam bubble volume for various amounts of energy delivered by the laser beam.

D002412

Case 1:04-cv-10019-NMG   Document 169   Filed 02/20/2007   Page 10 of 10

curring within recanalized parts of the GSV, has to be followed closely. Only long-term follow-up in prospective trials will be able to answer this question.

We thank Mrs Weingärtner for skilled technical support and Mrs Gärtner for excellent preparation of the samples for histopathological examination.

### REFERENCES

1. Cohn MS, Seiger E, Goldman S. Ambulatory phlebectomy using tumescent technique for local anesthesia. Dermatol Surg 1996;22:657-62.
2. Smith ER, Goldman MP. Tumescent anesthesia in ambulatory phlebectomy. Dermatol Surg 1998;24:453-6.
3. Proebstle TM, Paepcke U, Weisel G, et al. High ligation and stripping of the long saphenous vein using the tumescent technique for local anesthesia. Dermatol Surg 1998;24:453-6.
4. Sadick NS, Schanzer H. Combined high ligation and stab avulsion for varicose veins in an outpatient setting. Dermatol Surg 1998;24:475-9.
5. Bush RG, Hammond KA. Tumescent technique for long saphenous stripping. J Am Coll Surg 1999;189:626-8.
6. Goldman MP. Closure of the greater saphenous vein with endoluminal radio-frequency thermal heating of the vein wall in combination with ambulatory phlebectomy: preliminary 6-month follow-up. Dermatol Surg 2000;26:452-6.
7. Chandler JG, Pichot O, Sessa C, et al. Defining the role of extended saphenofemoral junction ligation: a prospective comparative study. J Vasc Surg 2000;32:941-53.
8. Navarro L, Min R, Boné C. Endovenous laser: a new minimally invasive method of treatment of varicose veins—preliminary observations using an 810 nm diode laser. Dermatol Surg 2001;27:117-22.
9. Weiss RA, Weiss MA. Early clinical results with a multiple synchronized pulse 1064 nm laser for leg teleangiectasies and reticular veins. Dermatol Surg 1999;25:399-402.
10. Sadick NS, Prieto VG, Shea CR, et al. Clinical and pathophysiologic correlates of 1064-nm Nd:YAG laser treatment of reticular veins and venulectasias. Arch Dermatol 2001;137:613-7.
11. Roggan A, Friebel M, Dörschel K, et al. Optical properties of circulating human blood in the wavelength range 400-2500 nm. J Biomed Opt 1999;4:36-46.
12. Belcaro G, Nicolaides AN, Errichi BM, et al. Superficial thrombophlebitis of the legs: a randomized, controlled, follow-up study. Angiology 1999;50:523-9.

Submitted Aug 15, 2001; accepted Oct 12, 2001.

D002413