# EXHIBIT 15

# Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood

T. M. Proebstle, MD, MSc,* M. Sandhofer, MD,† A. Kargl, MD,* D. Gül, MD,*
W. Rother, PhD,‡ J. Knop, MD, PhD,* and H. A. Lehr, MD, PhD§

*Department of Dermatology and §Institute of Pathology, University of Mainz, Germany, †Clinic for Dermatologic Surgery, Linz, Austria, and ‡Dornier MedTech Laser GmbH, Wessling, Germany

BACKGROUND. Despite the clinical efficacy of endovenous laser treatment (EVLT), its mode of action is incompletely understood.
OBJECTIVE. To evaluate the role of intravascular blood for the effective transfer of thermal damage to the vein wall through absorption of laser energy.
METHODS. Laser energy (15 J/pulse, 940 nm) was endovenously administered to explanted greater saphenous vein (GSV) segments filled with blood ($n = 5$) or normal saline ($n = 5$) in addition to GSVs under in vivo conditions immediately prior to stripping. Histopathology was performed on serial sections to examine specific patterns of damage. Furthermore, in vitro generation of steam bubbles by different diode lasers (810, 940, and 980 nm) was examined in saline, plasma, and hemolytic blood.
RESULTS. In saline-filled veins, EVLT-induced vessel wall injury was confined to the site of direct laser impact. In contrast, blood-filled veins exhibited thermal damage in more remote areas including the vein wall opposite to the laser impact. Steam bubbles were generated in hemolytic blood by all three lasers, while no bubbles could be produced in normal saline or plasma.
CONCLUSION. Intravascular blood plays a key role for homogeneously distributed thermal damage of the inner vein wall during EVLT.

W. ROTHER, PHD WAS AN EMPLOYEE OF DORNIER MEDTECH LASER GMBH. THE STUDY WAS SUPPORTED BY DORNIER MEDTECH LASER, WESSLING, GERMANY, AND BIOLITEC, JENA, GERMANY. T. M. PROEBSTLE, MD, MSC, M. SANDHOFER, MD, A. KARGL, MD, D. GÜL, MD, J. KNOP, MD, PHD, AND H. A. LEHR, MD, PHD HAVE INDICATED NO SIGNIFICANT INTEREST WITH COMMERCIAL SUPPORTERS.

RECENTLY, MINIMALLY invasive techniques have been clinically introduced for the effective treatment of varicose veins. In particular, VNUS closure[1,2] and endovenous laser treatment (EVLT)[3–5] have been shown to abolish reflux in the incompetent greater saphenous vein (GSV). Short-term efficacy has been reported as greater than 90%[1,2] and 95%,[3–5] respectively, comparing well with the results of classic surgery including high ligation and stripping of the GSV.[2] However, while the mode of action of VNUS closure has been studied in detail, the mechanisms of EVLT action are still not completely understood. It has been shown that EVLT, unlike VNUS, does not lead to occlusion of the vein by significant shrinkage of the vessel wall,[6] but instead causes a thrombotic occlusion of the laser-treated vein.[5]

Histopathologic examination of laser-treated veins revealed perforation of the vein wall at the site of direct laser impact and thermal damage of adjacent vein wall areas.[5,6] For the latter effect, laser-induced steam bubble formation has been postulated as the responsible mechanism,[5] implicating a putative role for intravascular blood serving as a chromophore absorbing the laser energy. In order, to further clarify the role of intravascular blood during EVLT, we performed comparative in vitro and in vivo experiments in the presence or absence of intravascular blood.

## Patients and Methods

### Administration of Laser Energy to GSV Samples

EVLT was applied as previously described in detail.[5] In brief, a 600 μm bare fiber with an outer diameter of 1.00 mm was connected to a 940 nm diode laser. Under in vivo conditions (see Patients), the fiber was inserted below the knee into the surgically exposed GSV. The fiber was advanced proximally to the point of high ligation of the GSV and subsequently withdrawn in steps of about 3–5 mm while

Address correspondence and reprint requests to: Thomas Proebstle, MD, MSc, Department of Dermatology, University of Mainz, Langenbeckstr. 1, 55131 Mainz, Germany, or e-mail: Thomas.Proebstle@t-online.de.

© 2002 by the American Society for Dermatologic Surgery, Inc. • Published by Blackwell Publishing, Inc.
ISSN: 1076-0512/02/$15.00/0 • Dermatol Surg 2002;28:596–600

laser energy was applied.[5] Identical laser parameters were chosen for the in vitro experiments with GSVs (see below).

*In Vitro Experiments With GSVs*

After classic varicose vein surgery of the GSV under tumescent local anesthesia,[7,8] the stripped vein segment was transferred to a saline bath at room temperature. The veins were cut into pieces 10 cm in length, and each piece was ligated at the proximal end before the laser fiber was inserted from the distal end. The vein was then filled either with heparinized blood (500 IU heparin/20 ml of blood) or with normal saline. After the distal end was ligated tightly around the laser fiber, single laser pulses of 15 J (15 W, 1 second) were delivered every 3–5 mm during stepwise withdrawal of the fiber tip. During the entire procedure the vein was bathed completely in normal saline solution. A total of 10 specimens, 5 filled with blood and 5 filled with normal saline during treatment, were subsequently fixed in formaldehyde, embedded in 1 mm rings in paraffin blocks, and studied histologically in routine hematoxylin and eosin stains on serial 5 μm sections. Each section was evaluated with respect to signs of thermal damage at the site of direct laser impact, at the adjacent area, and at more distant sites. Particular attention was given to the vein wall opposing the site of direct laser impact.

*Patients*

Two patients scheduled for classic varicose vein surgery under tumescent local anesthesia[7] consented to undergo experimental EVLT in the interval between high ligation and stripping of the GSV. One patient received EVLT with a blood-filled GSV. In the second patient, conditions were identical, apart from the fact that blood was washed out of the GSV and replaced by normal saline prior to EVLT. Complete replacement of blood by saline solution was confirmed visually by a flexible vascular fiberscope. The time interval between EVLT and invaginated stripping was 15 minutes. The vein was then cut into 2 cm sections, fixed in formaldehyde, and embedded in paraffin blocks for later histologic examination.

*Laser-Generated Steam Bubbles in Normal Saline, Plasma, or Hemolytic Blood*

An in vitro setup to measure laser-generated steam bubble sizes was used as previously described.[5] Diode lasers with 810 nm, 940 nm, and 980 nm were used with appropriate 600 μm fibers as provided by the manufacturers. Before starting the comparative experiments, the energy output of each device was calibrated at the fiber tip with a power meter. Before each experiment, the fiber tips were freshly cut to avoid secondary carbonization effects. Each laser wavelength was tested in tubes filled with normal saline, human plasma, and hemolytic blood by administration of pulses between 3 and 16 J. Plasma was obtained by centrifugation of heparinized blood for 20 minutes at 2000 g. Hemolytic blood was produced by replacing the removed plasma with equal volumes of distilled water.

## Results

EVLT was performed under in vitro conditions on GSV segments either filled with blood ($n = 5$) or filled with normal saline ($n = 5$). In addition, EVLT was performed in vivo after high ligation but before stripping of the GSV, in a vessel filled with either blood or normal saline. The generation of steam bubbles in normal saline, plasma, and hemolytic blood was examined for laser wavelengths of 810, 940, and 980 nm under in vitro conditions.

*Pathologic Examination of GSV Segments Receiving In Vitro EVLT*

A minimum of 20 hematoxylin and eosin-stained serial sections of each vein segment were examined microscopically. Detectable changes of the vein wall, attributable to endovenous laser action, were highly reproducible. Figure 1 displays representative cross sections of laser-treated GSV segments. In saline-filled veins, vein wall damage was exclusively confined to the site of direct laser impact (Figure 1B), while adjacent regions (Figure 1A) and, in particular, the opposite side of the vein wall (Figure 1C) show virtually no signs of tissue damage. In contrast, pronounced thermal damage was detectable along the entire vein wall in blood-filled veins (Figure 1D,E), even at the vein wall opposite the laser impact (Figure 1F).

*Pathologic Examination of EVLT Effects on Surgically Removed Veins*

The histopathologic examination of veins stripped after EVLT under in vivo conditions showed a similar pattern of thermal damage as the veins treated under in vitro conditions described above. Figure 2 displays representative sections of laser-generated complete perforations of the vein wall produced from the saline-filled (Figure 2A,B) or blood-filled (Figure 2D,E) vein. Again, the immediate site of laser impact exhibited a comparable extent of coagulative necrosis, regardless of whether the vein contained saline (Figure 2A) or blood (Figure 2D). However, even the immediately adjacent inner vein wall showed distinct differences in the extent of thermal damage (Figure 2A,B,D,E), with severe injury in the blood-filled vein and a virtually normal situation in the saline-filled vein. Also, the vein wall located at the opposite site of the laser impact showed heat damage in the blood-filled vein (Figure



Figure 1. Representative hematoxylin and eosin sections of GSV segments after in vitro EVLT of A–C) saline filled veins or D–F) veins filled with heparinized blood. Under both conditions, direct laser impact causes perforation (A,B) or pronounced tissue ablation with focal coagulation necrosis at the immediate site of impact (D,E). In contrast to the saline-filled vein (A,B), the blood-filled vein exhibits more intensive and more remote injury to the adjacent vein wall areas (D,E). Likewise, superficial coagulative injury to endothelium, intima, and inner media are seen in vein wall areas on the opposite side of the laser impact in blood-filled veins (F), but are virtually absent in saline-filled veins (C). At most, slight tissue edema may be seen (C). Original magnification 55× (A,D) and 140× (B,C,E,F).



Figure 2. Histopathologic results of in vivo EVLT obtained from A–C) saline-filled or D–F) blood-filled veins. Arrangement of the panels as well as histomorphologic changes are identical to those described in Figure 1 and in the Results section of the manuscript.

2F), while in the saline-filled vein, only minimal laser-induced thermal damage was observed (Figure 2C).

*Laser-Induced Steam Bubbles in Normal Saline, Plasma, and Hemolytic Blood*

For laser wavelengths of 810, 940, and 980 nm, steam bubble volumes were plotted against the administered pulse energy (Figure 3). If the tube was filled with normal saline or plasma, no wavelength was able to produce detectable steam bubbles with pulse energies up to 16 J (data not shown). In contrast, in tubes filled with hemolytic blood, steam bubble sizes showed an almost linear proportionality with the administered laser energy. Note that no major difference could be detected between the three laser wavelengths. This indicates that the absorption of all three lasers by hemolytic blood is strong enough to transfer the energy completely into heat.

However, we found that this was true only if fresh-cut fiber tips were used for each experiment. Otherwise carbonization of the fiber tip led to extremely high tip temperatures, causing additional generation of energy through combustion of organic compounds of the hemolytic blood (data not shown).

## Discussion

Despite growing acceptance and a rapid clinical introduction of EVLT, the underlying mechanism of action of this novel technique is still not fully understood. In a recent report of Weiss[6] it was demonstrated in elegant animal studies that endovenous radiofrequency



Figure 3. Laser-induced steam bubble volume in hemolytic blood plotted against delivered pulse energy for wavelengths of 810 nm (rhomboid), 940 nm (square), and 980 nm (triangle). No steam bubbles were produced with any of the experimental conditions in normal saline or plasma (data not displayed).

occlusion and EVLT have completely different modes of action. EVLT almost completely lacks the shrinkage effect of the vessels caused by prolonged exposure to moderate heat (85°C) in radiofrequency occlusion. Instead, EVLT causes perforation of the vein wall at the site of direct laser impact,[5,6] as a morphologic correlate for the consecutively observed perivenular ecchymoses.

In a previous report,[5] we proposed that laser-generated steam bubbles transfer a substantial amount of thermal damage to the vein wall during EVLT. These steam bubbles are created because of the high absorption of 940 nm laser energy in blood, with a technical penetration of only 0.3 mm. In water, this penetration depth is as much as 45 mm,[9] which is more than 100-fold deeper than in blood. Conversely, this implies that the absorption of 940 nm laser energy in water is less than 1% when compared to blood. Since under the particular topographic conditions of an endovascular laser fiber, a laser beam hits the vein wall within a markedly shorter distance than 45 mm, it can be concluded that heat generation by laser absorption cannot play a major role within a saline-filled vein. In this case, a laser beam of less than 1 mm diameter, with a fluence of more than 1500 J/cm$^2$, directly hits the vein wall, leading to complete perforating ablation of tissue (Figures 1A,B and 2A,B).

Our experimental setup tested this hypothesis under in vitro and in vivo conditions, providing histopathologic evidence: In a saline-filled vein almost the entire amount of focused laser energy is transferred to a small area at the vein wall, while in a blood-filled vein the thermal damage extends over a much wider topographic range of the inner vein wall, including the perilesional area and even areas opposite the immediate laser impact. This concordance between the in vitro and in vivo results suggests a sufficient correlation and validity of our in vitro model for the in vivo situation, despite the fact that under in vivo conditions the vein is much more compressed from outside by the presence of tumescent local anesthesia. However, one could speculate if a reduced, but still blood-filled, lumen of the vein could even facilitate laser-induced damage: relatively lower energies would suffice, because steam bubbles do not need to be generated in sizes that would be necessary to transfer homogenous damage to larger veins.

Evidence that blood plays not only a key role in absorption of 940 nm laser energy but also in absorption of 810 nm and 980 nm laser energy was provided by in vitro examination of steam bubble generation. While neither normal saline nor plasma were able to absorb laser energy substantially enough to generate steam bubbles, all three tested lasers produced comparable steam bubbles when exposed to hemolytic blood. Such steam bubbles, in all three laser systems, indicate that blood temperature passes the point of boiling at the site of the laser tip, thus transferring heat energy homogeneously to the inner vessel wall. The formation of these steam bubbles during EVLT could easily be monitored real time by duplex scanning, even allowing a continuous pullback of the laser fiber with the laser in continuous wave mode. One may speculate if with such a continuous pullback technique, perforations of the vein wall during EVLT could be avoided. However, a too-slow pullback velocity would certainly lead to a completely perforating longitudinal cut in the vein wall. Further experiments are needed on this topic. Therefore we hope that this improved knowledge about the exact mode of action of laser-induced vein damage may contribute to an improvement of endovenous laser treatment.

*Acknowledgment* We are grateful to Mrs. Weingärtner for skilled technical support and to Mrs. Gärtner for excellent preparation of the vein samples for histopathologic examination.

**References**

1. Goldman MP. Closure of the greater saphenous vein with endoluminal radiofrequency thermal heating of the vein wall in combination with ambulatory phlebectomy: preliminary 6-month follow-up. Dermatol Surg 2000;26:452–6.
2. Chandler JG, Pichot O, Sessa C, et al. Defining the role of extended saphenofemoral junction ligation prospective comparative study. J Vasc Surg 2000;32:941–53.
3. Navarro L, Min R, Boné C. Endovenous laser: a new minimally in-

vasive method of treatment of varicose veins—preliminary observations using an 810 nm diode laser. Dermatol Surg 2001;27:117–22.
4. Min RJ, Zimmet SE, Isaacs MN, Forrestal MD. Endovenous laser treatment of the incompetent greater saphenous vein. J Vasc Interv Radiol 2001;12:1167–71.
5. Proebstle TM, Lehr HA, Kargl A, et al. Endovenous treatment of the greater saphenous vein with a 940 nm diode laser: thrombotic occlusion after endoluminal thermal damage by laser generated steam bubbles. J Vasc Surg 2002;35:29–36.
6. Weiss RA. Comparison of endovenous radiofrequency versus 810 nm diode laser occlusion of large veins in an animal model. Dermatol Surg 2002;28:56–61.
7. Proebstle TM, Paepcke U, Weisel G, et al. High ligation and stripping of the long saphenous vein using the tumescent technique for local anesthesia. Dermatol Surg 1998;24:453–6.
8. Sadick NS, Schanzer H. Combined high ligation and stab avulsion for varicose veins in an outpatient setting. Dermatol Surg 1998;24:475–9.
9. Roggan A, Friebel M, Dörschel K, et al. Optical properties of circulating human blood in the wavelength range 400–2500 nm. J Biomed Opt 1999;4:36–46.

D004411

# EXHIBIT 17


15th World Congress



# ELVeS™
# Endo Laser Vein System

Abstract book

Rio, October 2nd to 7th, 2005

With the grant of:


bioLITEC
biomedical technology

D031513

# ELVeS™
## Endo Laser Vein System

Rio, October 2nd to 7th, 2005

### Abstract book

D031514

RIOUIP  15th Word Congress

# The Globalization in Phlebology

*A worldwide negative attitude towards the globalization is present in many every-day life situations, starting from economical and cultural aspects involving also medicine.*

*On the other side, we may say that a positive globalization is taking place within Phlebology where, for chronic venous disorders (CVD), a common language - the CEAP- has allowed high standard levels of epidemiology, morbility and advanced diagnostic and therapeutic solutions.*

*As a matter of fact the term "renaissance of the Phlebology" isn't infrequent within the Anglo-Saxon world. Renaissance, refers to a cultural rebirth, concept encompassed by the role of the Phlebology, is as a matter of fact an Italian expression: rinascimento. The term was imported in France by François I in the XVI$^{th}$ century, over one century after it was first started on Italian soil.*

*At present, Italian Phlebology is living a splendid period, enhanced by a great amount of ideas, quality research and clinical practice.*

*We all realize the important role, magnified within the past 15-20 years with the naissance of Scientific Societies in the USA such as The American College of Phlebology (1985) and The American Venous Forum (1988).*

*Like us, all those that deeply appreciate French culture and phlebology, will feel sorry to read, as in 2004, "is French phlebology on the decline?". We believe that French phlebology will once again find "ses lettres de noblesse".*

*Again we always admire British style and scientific methodology.*

*Still, many other phlebologies actually contribute to a positive globalization and the excellency of the XVI$^{th}$ World Congress of Union Internationale de Phlebologie, that takes place this year in Brazil under the guide of Angelo Scuderi, will be the best example.*

*This present Abstract Booklet is offered to the attention and discussion within the Rio de Janeiro Congress. It is meant to be a tribute towards all the work that's done worldwide involving use of high technology, a resource that phlebology can't do without for both study and treatment of varicose veins.*

*First, before any decision is taken on which technique is indicated, a pre-operative mapping using Duplex ultrasonography scanning should be done to know accurate patterns of venous reflux and to avoid diagnostic errors.*

Rio, October 2 to 7, 2005

*Second, today we must consider the new technologies on the treatment of venous reflux.*

*High-tech appeal of Laser is not only a solution for patients with stripping-phobia but a real new treatment with similar results around the world and because of it's simplicity, high success rates, and lack of serious complications.*

*In this presentation we can find some aspects about the technique, the indication and the results: new development makes it possible to accurately apply the desired energy amount in joules per cm; lack of thermal skin damage; histopathological observations.*

*Endovenous laser treatment of the great saphenous vein seems to offer a safer alternative to traditional surgery of ligation and stripping; Laser can adequately treat also the short saphenous vein without risk of paresthesia, the Giacomini vein, antero-lateral vein, bifid great saphenous vein, posteromedial thigh vein incompetent as well as subulcer perforators. It may replace in the future various kind of present techniques.*

*Early and mid term results of endovenous laser treatment - today 3-6 years of follow-up - have been promising. However further prospective studies are needed.*

*The IEWG - International Endovenous laser Working Group has decided to work towards the investigation and widespread use of a new treatment for CVD by introducing a Registry, this being the most suitable tool for collecting data concerning such a technologically innovative procedure, well presented in Rio by Doctor Lowell S. Kabnick.*

*Giovanni B. Agus MD, PhD*
*Director of Institute of Vascular Surgery, University of Milan*

3

RIQUIP  15th Word Congress

# The International Endovenous Working Group

The purpose of the International Endovenous Working Group is to promote and foster scientific advancement in the diagnosis and treatment of venous disease.

Our future objectives will include the following:
- Coordination of the International Network
- Studies and Clinical publications
- Standardization of Material and Procedures
- Clinical and Technological Development
- International Registries
- International Scientific Digest
- Marketing to Industry
- Public Education

The organization will be composed of all countries' national endovenous working groups. At present: countries participating are: Argentina, Brazil, Belgium, Chile, England, Equador, France, Germany, Italy, Peru, and United States.

On behalf of the International Endovenous Working Group board of directors, we invite all physicians interested in the diagnosis and treatment of venous disease to develop a national endovenous working group.

*Lowell S. Kabnick, MD, FACS*
*Giorgio Spreafico, MD*

Rio, October 2nd to 7th, 2005

# 15th World Congress of UIP · Rio UIP 2005

Scientific Programme · Wednesday, October 5th

State of the art on Endo-Laser Veins treatments:
"The light at the End of the Tunnel"

- **Chairman:** J. Ferreira, Brazil
- **Chairman:** L. Kabnick, US
- **Moderator:** A. Scuderi, Brazil
- **Moderator:** E. Rabe, Germany

| | |
|---|---|
| 11.00-11.10 | *Endolaser Treatment of Varicose Veins: History, Physics and Tissue interaction.*<br>G. Spreafico, Italy |
| 11.10-11.20 | *ELVeS™ Procedure: Materials, method and step-by-step guide.*<br>D. Kontothanassis, Greece |
| 11.20-11.30 | *ELVeS™ Treatment of the GSV: video presentation.*<br>A. Reichelt, J. Ferreira, Brazil |
| 11.30-11.40 | *ELVeS™ Treatment of the SSV: video presentation.*<br>D. Greenstein, UK |
| 11.40-11.50 | *ELVeS™ Treatment of venous ulcers.*<br>J. Gérard, France |
| 11.50-12.00 | *Complications, prevention and treatment.*<br>Pannier-Fischer, E. Rabe, Germany |
| 12.00-12.10 | *Endovascular Laser Treatment: Controversies.*<br>M. Duran, Ecuador |
| 12.10-12.20 | *Endovenous Laser Treatment: The effect of laser energy to perivenous tissues.*<br>W. Lahl, Germany |
| 12.20-12.30 | *ELVeS™ Future developments: computer assisted control of the pullback speed.*<br>Göckeritz, Germany |
| 12.30-12.40 | *International Endovascular Working Group (IEWG): Registry and Results.*<br>L. Kabnick, USA |
| 12.40-13.00 | *Questions and discution.* |



# ELVeS ™
*a unique
and complete solution
for the treatment
of venous
incompetence.*

**ELVeS™** (Endo Laser Vein System)
from **biolitec** is a versatile,
easy to use system that allows
you to treat all conditions resulting
from venous incompetence,
with key benefits for your patients:

- Excellent clinical results
- Minimal discomfort
- Excellent aesthetic results
- A rapid return to normal activities

Quick and effective outpatient
treatment of...

- Greater saphenous vein
- Small saphenous vein
- Reticular veins
- Branch varicosities
- Telangiectasia
- Spider veins


Treatment using fine
ELVeS™ laser fibre


Reticular
vein treatment


Transcutaneous treatment
of spider veins

To find out more about what **ELVeS™** can do for you and for your patients contact us directly or visit our Website:

**www.biolitec.com**

| | | | |
|---|---|---|---|
| International enquiries | Bonn | +49 (0) 2 28/9 79 67-0 | info@biolitec.de |
| Germany | Jena | +49 (0) 36 41/5 08-5 50 | info@biolitec.de |
| Italy | | +39 02 45 48 53 70 | info@biolitec.it |
| Malaysia | | +60 (0) 3 56/32 71 28 | info@biolitec.com.my |
| USA | | +1 (0) 413-5 25 06 00 | info@biolitec.com |
| UK | | +44 (0) 1440718 338 | info@biolitec.com |

ELVeS – Trade Mark applied for. Biolitec is a Registered Trade Mark of biolitec group.


biolitec
biomedical technology

D031519

# Summary

Jocelyn A.S. Brookes ............................................................................................................................ 9
- ELVeS™: The Interventional Radiologist's Perspective.

Philip Bull ........................................................................................................................................... 17
- Endovenous Laser Ablation of Perforators (ELAP)
  vs. Subfascial Endoscopic Perforator Dissection (SEPS) for chronic venous ulcers.

Danilo Castro ...................................................................................................................................... 23
- Endo Vascular Laser: GSV and SSV surgery: Complete, out patient, safe and with not scarring.

Mario Duran ....................................................................................................................................... 31
- Endovenous Laser Treatment with 980 diode laser: follow up in two years in 670 procedures.

Júlio Henrique Galelli Ferreira ............................................................................................................ 39
- ELVeS™, five years of experience.

Jean Luc Gérard .................................................................................................................................. 45
- Endovenous laser ablation of the small saphenous vein: risk of paresthesia?

Oliver Göckeritz, Christian Wenzel ..................................................................................................... 51
- Computer assisted control of the retreat speed during the endoluminal
  laser coagulation by continuous control of the energy delivery.

David Greenstein ................................................................................................................................ 57
- Endovenous Laser: the management of Giacomini Vein and Branches.

Lowell Kabnick ................................................................................................................................... 63
- EndoLaser Venous System (980nm) For the Treatment of Saphenous Venous Insufficiency: 7611 Limbs.
- RF Vs. Laser: Results.

Dimitrios J. Kontothanassis ................................................................................................................. 71
- Mini Invasive Treatment of Varicose Veins On Patients
  with Liver Cirrhosis Waiting for Orthotopic Liver Transplants (OLTx).
- Endovenous Laser Treatment of Varicose Veins: A Three Years Personal Experience.

Wolfgang Lahl .................................................................................................................................... 79
- Thermometric investigations of the perivenous temperature during endovenous laser therapy of varicose veins.

Felizitas Pannier-Fischer ..................................................................................................................... 87
- Endovenous Laser-Treatment of the Small Saphenous Vein.

Jorge Enrique Soracco ......................................................................................................................... 97
- Treatment of Cavernous Haemangioma by endoluminal Laser application.
- Modern therapeutic alternative by endoluminal application of laser
  on the treatment of superficial venous incompetence of the lower limbs.

Carlo Spartera .................................................................................................................................... 105
- Endovenous laser treatment (ELVeS™) in saphenous vein insufficiency. Preliminary study.

Giorgio Spreafico ............................................................................................................................... 113
- How and why the endovenous laser works: histopathological observations on the great saphenous vein treated
  with a 980 nm laser - ELVeS™ technique.
- How and why the endovenous laser works: ultrasound and MRI imaging of veins
  treated with a 980 nm laser - ELVeS™ technique.
- Treatment of a large cockett's perforating vein with a 980 nm laser - ELVeS™ technique
  in a patient with an open recurrent ulcer.
- Treatment of venous ulcers with a 980 nm laser - ELVeS™ and WHELL™ techniques.

D031521

# Jocelyn A.S. Brookes

## ELVeS™: The Interventional Radiologist's Perspective

D031522

RIOUIP  15th Word Congress

# CURRICULUM VITAE
# Jocelyn A.S. Brookes

Dr Jocelyn Brookes MRCP FRCR
*University College London Hospitals, London W1*



Personal Details

| | |
|---|---|
| Date of Birth | 3rd April 1963 |
| Address | The London Clinic |
| | 119 Harley St |
| | London W1G 6AU |
| Telephone | 0044 207 616 7693 |
| E-mail | jocelyn.brookes@uclh.org |

Qualifications
1986        MB BS (University of London)
1991        MRCP (U.K.) Member of the Royal College of Physicians
1996        FRCR. Fellow of the Royal College of Radiologists

Career history
Dr Brookes started his radiology training in 1992 spending 1 year in full time research as Clinical Lecturer to the National Medical Laser Centre investigating MR-guidance in Interstitial laser photocoagulation of liver and lung tumours. He also proposed and developed the technique of Post Mortem MRI scanning of fetuses as an alternative to autopsy which has now received government support for further study.
He became a Consultant at The Middlesex Hospital, UCLH in 1998 and has led the endovascular interventional service there since 2000.
Since 1999 he has been the Royal College Tutor running the local radiology training scheme. He has been involved in Endovenous laser ablation since visiting Dr R Min in New York in Jan 2001 (whilst on Honeymoon!), currently practising at the London Clinic as well as UCLH.
Dr Brookes is a member of the IEWG for Endovenous laser treatment.

Current research interests are
- Endovenous laser ablation for varicose veins
- Subintimal angioplasty
- Carotid Stenting
- Distal tibial angioplasty
- Non-invasive cardiovascular imaging

10

Rio, October 2 to 7, 2005 • Jocelyn A.S. Brookes

Recent publications
1. Non-invasive Perinatal Necropsy by MRI. *Brookes JAS. Hall-Craggs MA, Sams VR Lees WR*. Lancet. 348(9035):1139-41, 1996 Oct 26.
2. Estimation of differential renal function in children with prenatal diagnosis of unilateral pelvic dilatation (UPJ). *Brookes JAS., Gordon I*. Journal of Urology. 157(4):1390-3, 1997 Apr.
3. ILP for the treatment of lung cancer. *Brookes JAS, Bown SG, Lees WR*. AJR. American Journal of Roentgenology. 168(2):357-8, 1997 Feb.
4. Editorial: Postmortem Perinatal examination: the role of MRI. *Brookes JS,Hall-Craggs MA*. Ultrasound in Obstetrics & Gynecology. 9(3):145-7, 1997 Mar.
5. An audit of the post-micturition film; Is it really necessary? *Brookes JAS, Patel U, Rickards D*. Clin Rad. 1993: 48; 363.
6. Interstitial laser photocoagulation of liver tumours: Clinical update. Diomed Ltd, Cambridge, UK. *Brookes JAS*.
7. Image-guidance and monitoring of hepatic ILP Roberts HR. Brookes JAS, Bown SG. 1995 Laser-induced Interstitial Thermotherapy; Eds.G.Muller, A Roggan; The Society of Photo-Optical Instrumentation Engineers (SPIE) Press Vol. PM25, ISBN 0-8194-1935-4.
8. Three-dimensional magnetic resonance imaging of the postmortem fetal heart.Source JA. Gardener JE. Rodeck CH. Lees WR. Fetal Diagnosis & Therapy. 11(6):417-21, 1996 Nov-Dec.
9. Post-mortem MRI diagnosis and guided biopsy: A case of autosomal recessive polycystic kidney disease (ARPKD). Brookes JAS, Hall-Craggs MA, Thurrell W, Lees WR. Clin Rad (submitted)
10. Magnetic resonance necropsy is offered routinely in university college London hospitals [letter; comment]. Brookes JA. Hall-Craggs M. Lees WR. BMJ. 319(7201):56-7, 1999 Jul 3.
11. Three-dimensional imaging of the postmortem fetus by MRI: early experience. Brookes JA, Deng J, Wilkinson ID, Lees WR. Fetal Diagnosis & Therapy. :166-71, 1999 May-Jun.
12. Inferior Vena Cava Filters for HIV infected patients with pulmonary embolism and contraindications to anticoagulation. Shahmanesh M, Brooks J, Shaw PJ, Miller RF. Sex Trans Inf 2000;76:395-397.
13. Calciphylaxis. Dear J, Brookes J, Mansell M, Laing C. Lancet 2003 Nov 22;362(9397):1707
14. Secondary intervention following endovascular repair of abdominal aortic aneurysm: a single centre experience. Flora HS, Chaloner EJ, Sweeney A, Brookes J, Raphael MJ, Adiseshiah M. Eur J Vasc Endovasc Surg. 2003 Sep;26(3):287-92.
15. Arterial Perforation (by Balloon) During Subintimal Angioplasty By Dr Wright and colleagues from Leicester Royal Infirmary, Leicester, United Kingdom published in Eur J Vasc Endovasc Surg 28, 108-110 (2004) European Journal of Vascular and Endovascular Surgery, Volume 28, Issue 6, December 2004, Pages 677-678 J.A.S. Brookes, S. Aly and C.C.R. Bishop http://www.sciencedirect.com/science?
16. A comparison of Echocardiography and Magnetic Resonance imaging in Cardiovascular Screening of Adults with Turner Syndrome. Ostberg JE, Brookes JAS, McCarthy C, Halcox J, Conway GS. J Clin Endocrinol Metab 89:5966-5971, 2004.

11

RIOUIP 15th Word Congress

ABSTRACT

# ELVeS™: The Interventional Radiologist's Perspective

Dr Jocelyn Brookes MRCP FRCR
*University College London Hospitals, London W1*

Laser ablation treatment for lower limb venous incompetence is a new technique which has been developing since the late 1990's following the pioneering work of Bone, Navarro, Min and Zimmet. (Refs 1-2).
Although the essential principles of endovenous laser-delivered thermal coagulative ablation are established, the treatment parameters continue to be a source of controversy and debate (patient selection, diagnostic methodology, use of sedation/anaesthesia, kit choice for puncture, wavelength, fibre diameter, power settings etc etc). (Refs 3-5). Here we review some of the procedural variance, problems encountered and suggestions regarding how to overcome these problems.

## 1. Difficult puncture

**Problem-Venospasm**
The kits contain a 19G needle and a teflon J-wire and most cases will not be a problem but the large vein demonstrated when standing may collapse on lying down or go into venospasm if touched by the local anaesthetic needle, in the nervous patient or after an unsuccessful first pass with the needle. Venospasm can be very painful and may preclude further intervention on that occasion.

**Solutions**
Consider using a tourniquet while examining to be removed when venous cannulation is achieved.
Try re-puncturing above the site of the venospasm (it can be very focal).
The nervous patient invites catecholamine-induced venospasm so consider mild sedation or even propofol infusion (with anaesthetist in the very fragile).
Small veins are best approached with micropuncture apparatus such as is available from Cook or Terumo with 21G needle and 0.18/0.25 wire. Reduce spasm from difficult wire passage by using a hydrophiliccoated wire (Terumo 0.035 angled 145cm or "Roadrunner").

## 2. Tortuous vein

**Problem-Hard to pass the wire**
A successful puncture may confounded by inability to pass the wire easily beyond the first few centimetres.

**Solutions**
If the wire is hard to pass up the vein due to tortuosity, try using a hydrophilic-coated wire Terumo wire. Remember to check the tourniquet is off as this may obstruct the wire in superficial veins. Turning the wire and cautious withdrawal and advance of the wire may pass the obstructing curve. Watch the tip with ultrasound and negotiate the curve under indirect vision. A softer thinner wire may help e.g. 0.018" Terumo. Advance the sheath to the point of obstruction and withdraw and advance the wire again (basic wire and catheter technique). If the vein proves too tortuous, consider treating the vein in segments or carrying out the case in Xray fluoroscopy with contrast (Slide/Fig 4).

## 3. Poor US views at groin

**Problem- I cant see anything!**
The safety of the endovenous technique depends on operator proficiency with transcutaneous ultrasound and ultrasound guided needle insertion. Clarity of scan view varies from patient to patient and knowledge of scanning parameter optimisation is essential.

**Solutions**
Remember to use the old techniques of tilting the table up or down as appropriate to exaggerate venous filling. Use basic ultrasound adjustments to optimise your image. (See slide 5 for list of features).

## 4. Sheath is hard to pass

This disappointing occurrence is usually due to either venospasm or vein tortuosity. See slide 6 for suggestions but remember basic catheter techniques and never try to advance the sheath without the guide wire.

## 5. Trouble seeing the end of the sheath/fibre

See section 3 above but also remember to use axial and longitudinal views.
Pre-measure your sheath against skin landmarks to know you are near to your target site. Inject saline (shaken) through the sheath as this will be highly visible on ultrasound. Consider re-booking for fluoro-guided procedure and use sheaths with a radio-opaque tip! e.g. Cook, check-flo performer. (See Slide/fig 8).

12

D031525