### 6. Fibre length relative to sheath

**Problem**
It is very important that the fibre tip is proud of the sheath tip to avoid melting the 2 together.

**Solution**
With loose fibres, pre-measure the fibre against the sheath before insertion using steristrip flag or adjustable torque device (eg Varilase).
Use ELVeS™ kit with fixed fibre protrusion luer lock or new option with adjustable luer lock. Always confirm your position immediately before treating with US.

### 7. Tumescent anaesthesia

Problem-unfamiliarity with technique.
Most practitioners have not done this before and have little experience of ultrasouns guided injection.

**Solution**
Seek personal training and watch it being done.
I use Marcain 0.5% 20mls in 60mls saline. I use the axial view (US) and make sequential injection with a 23G needle into the peri-venous fascia rasing a ring of fluid around the vein.
Don't be afraid to stop treatment and supplement if a section is missed.

### 8. Laser technique

**Problem-Treatment failure**
"Recurrence" in the surgical sense is not associated with this technique but inadequate venous coagulation will result in failure of occlusion of the treated vein segment.

**Solution**
Increasing energy delivery (general consensus favours around 80J/cm) and tilting the patient head down during treatment favour success (Ref 6).

### Conclusion
There are many stages to the procedure and many difficulties to be encountered while gaining experience and as the indications continue to grow (e.g. short saphenous, pelvic veins, venous ulceration). However, by continued professional discussion and endeavour we can improve on what is already a robust and efficacious technique (Ref 7).

RIQUIP  15th Word Congress

SLIDES

## ELVeS™: The Interventional Radiologist's Perspective

Dr Jocelyn Brookes MRCP FRCR
*University College London Hospitals, London W1*




Rio, October 2 to 7, 2005 • Jocelyn A.S. Brookes

**7. 5. Trouble seeing the end of the sheath**
- Optimise your US as described.
  - Remember to use axial and LS views
- Pre-measure your sheath against skin landmarks to get near to your target site
- Inject saline (shaken)
- Try fluoro and use sheaths with a radio-opaque tip

**8.** 

**9. 6. Fibre length relative to sheath**
- Pre-mark using sterastrip flag
- Use ELVeS kit with fixed fibre protrusion luer lock
- Confirm with US (always)

**10. 7. Tumescent anaesthesia**
- I use Marcain 0.5% 20mls in 80mls saline
- Use axial view (US)
- Blue needle 23G
- Lidocaine 1% undiluted at SFJ
- Don't be afraid to stop and supplement if a bit is missed
- Step move back 1-2cm and try again (NB SSV)
- Relationship to bruising

**11. 8. Laser technique**
- 60J/cm vs 80J/cm ask Lowell - I favour higher power
- Use Continuous Mode
  - (Min 2003) (Kabnick 2004) less bruising
- Taste of burning!

**12. Conclusions**
1. Learning curve
2. Share information
3. Develop the technique
4. See you in Rio?

RIQUIP  15th Word Congress

BIBLIOGRAPHY

# ELVeS™: The Interventional Radiologist's Perspective

Dr Jocelyn Brookes MRCP FRCR
*University College London Hospitals, London W1*

1. Endovenous laser: a new minimally invasive method of treatment for varicose veins--preliminary observations using an 810 nm diode laser. Navarro L, Min RJ, Bone C. Dermatol Surg 2001 Feb;27(2):117-22.

2. Endovenous laser treatment of the incompetent greater saphenous vein. Min RJ, Zimmet SE, Isaacs MN, Forrestal MD J Vasc Interv Radiol 2001 Oct;12(10):1167-71.

3. Feasibility of ambulatory endovenous laser for the treatment of greater saphenous varicose veins: one-month outcome in a series of 20 outpatients Gerard JL, Desgranges P, Becquemin JP, Desse H, Melliere D J Mal Vasc 2002 Oct;27(4):222-5.

4. Surgical and endovascular treatment of lower extremity venous insufficiency. Bergan JJ, Kumins NH, Owens EL, Sparks SR J Vasc Interv Radiol 2002 Jun;13(6):563-8.

5. Endovenous treatment of the greater saphenous vein with a 940-nm diode laser: thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles. Proebstle TM, Lehr HA, Kargl A, Espinola-Klein C, Rother W, Bethge S, Knop J. J Vasc Surg 2002 Apr;35(4):729-36.

6. Prospective Evaluation of Higher Energy Great Saphenous Vein Endovenous Laser Treatment Paul E. Timperman, MD Journal of Vascular and Interventional Radiology 16:791-794 (2005).

7. Endovenous Laser Treatment of Saphenous Vein Reflux: Long-Term Results Robert J. Min, MD, Neil Khilnani, MD and Steven E. Zimmet, MD Journal of Vascular and Interventional Radiology 14:991-996 (2003).

D031529

# Philip Bull

## Endovenous Laser Ablation of Perforators (ELAP) vs. Subfascial Endoscopic Perforator Dissection (SEPS) for chronic venous ulcers

D031530

RIQUIP  15th Word Congress

CURRICULUM VITAE
# Philip Bull

Philip Bull; Bernhard Gradl; Mathias Gruenbeck
*The Devonshire Street Vein Clinic, London, UK*
*Surgical Clinic Sievering, Vienna, Austria A-1190*



Mr Bull is a Canadian-born graduate of the Vienna Medical School and had is training in surgery at the Municipal Hospital of Vienna-Lainz under Prof Denck.
Part of his training took place in Heidelberg, Germany under the tutorship of Prof Allenberg. Mr Bull has been in private practice since 1993 and is consultant at the London Independent Hospital and Highgate, London as well as at the Evangelical Hospital of Vienna.

Mr Bull's main field of interest has been the treatment of venous disorders and the development of new surgical technique.
Starting with subfascial endoscopic perforarator ligation in 1993 up to endovenous laser treatment in 2002, Mr Bull has been involved in implementing these procedures to a high standard.

Office
The Devonshire Street Vein Clinic
43, Devonshire St
London
W1G 7AL
Tel: 020 7323 2123
pbull@dr-bull.com

Praxis Sievering
Sieveringer Str 9
1190 Vienna
Tel: +43 1 328 8777
Fax: + 43 1 328 87777 28

Rio, October 2:" to 7". 2005 • Philip Bull

# ABSTRACT

# Endovenous Laser Ablation of Perforators (ELAP) vs. Subfascial Endoscopic Perforator Dissection (SEPS) for chronic venous ulcers

Philip Bull; Bernhard Gradl; Mathias Gruenbeck
*Surgical Clinic Sievering, Vienna, Austria A-1190*
*The Devonshire Street Vein Clinic, London, UK*

### Introduction
Endoscopic ligation of perforating veins (subfascial endoscopic perforating vein surgery (SEPS)) is valuable in treatment of venous ulcer. In the last years endovenous laser ablation of perforators have shown promising results.

### Objective
This study was undertaken to determine the results of endovenous laser ablation compared to endoscopic subfascial dissection (ESDP) for perforator vein surgery in chronic crural ulcers.

### Method
The authors evaluated prospectively a group of 18 patients subjected to 22 operations with perforator ligation on the lower extremities for chronic venous ulcer. Main outcomes measured included peri-operative complications, ulcer healing, and ulcer recurrence. All patients had duplex scan control at 1, 2, 4, 8, 12, 16 weeks.

### Results
SEPS was performed in ELAP in 8 extremities, ESDP in 18. The endoscopic operation lasted on average 59 minutes, the endovenous one 35 minutes. The hospitalisation period were similar (3.1 days vs. 3.5 days after the SEPS). There were 5 persistent perforators in SEPS and 3 in ELAP, those 3 underwent further endovenous treatment in local anaesthesia at 2 and 4 weeks. Ulcer healing was 9 weeks for ELAP and 12 weeks for SEPS.

### Conclusions
ELAP can adequately treat incompetent as well as subulcer perforators and seems to improve ulcer healing time. It may replace in the future SEPS however further prospective studies are needed.

Major Subject Heading Endoscopy endovenous laser ablation Varicose Veins [surgery] Veins surgery.

Minor Subject Heading Adult Humans Leg venous ulcer Ligation Middle Aged Vascular Surgical Procedures.

### Comments
Evidence for benefit of surgical treatment of chronic venous insufficiency is at best disappointing. Venous insufficiency in its severe forms leads to skin changes which, in turn may be treated by surgical therapy. Superficial and perforating vein incompetence accounts for a substantial and correctable component of venous insufficiency in limbs with combined deep and superficial vein reflux and venous ulceration. These data indicate that surgical correction of this component significantly
improves clinical symptoms and venous haemodynamics. Superficial and perforator ablation is an appropriate initial step in the management of combined deep and superficial incompetence.

Interventions are directed towards correction of the underlying abnormal venous physiology. This involves removal of varicose veins and ablation of incompetent axial veins and relevant perforating veins. In performing ablation of saphenous vein reflux, techniques include high ligation with stripping, radiofrequency ablation, endovenous laser therapy, and foam sclerotherapy. Incompetent perforator interruption can be accomplished surgically by subfascial endoscopic perforator surgery (SEPS) or controlled sclerotherapy using ultrasound. A variety of techniques have emerged to manage the varicose veins themselves. Surgical treatment of chronic venous insufficiency with high ligation in the groin and inversion stripping of the great saphenous vein to the knee combined with stab avulsion of varicose veins continues to be the standard in treatment of varicose veins. There are few comparisons of sclerotherapy of perforating veins with SEPS, but SEPS has become the most popular of surgical options.

The drawback in many cases however is due to the fact that incompetent perforator veins often are immediately in the vicinity of ulceration and make them non amendable to endoscopic approach. A recent anatomic review found an average of 21.9 perforating veins per calf which underscores how demanding perforator surgery can be. The presence of persistent insufficient perforating veins in our patients and our poor results with lateral SEPS procedures led us to study the possibility laser ablation of the perforating veins.

RIQUIP  15th Word Congress

ABSTRACT
Endovenous Laser Ablation of Perforators (ELAP)
vs. Subfascial Endoscopic Perforator Dissection (SEPS)
for chronic venous ulcers

Preoperative assessment of the limb's vascular status consisted of colour-flow duplex ultrasound imaging to locate vein valve incompetence, along with venous mapping. Percutanous entry was achieved with a venous canula under direct ultrasound visualisation. Continuous pulse was applied and an average of 120 Joule per cm was applied along the vein.

There were 5 persistent perforators in SEPS and 3 in ELAP, those 3 underwent further endovenous treatment in local anaesthesia at 2 and 4 weeks. Ulcer healing was 9 weeks for ELAP and 12 weeks for SEPS.

Early clinical results have shown a promising outcome in patients with severe chronic venous insufficiency. This study demonstrated the effectiveness of the ELAP procedure when incorporated into the overall treatment strategy for patients with chronic venous insufficiency. Minimal postoperative complications accompanied by ulcer healing and relief of lower extremity symptoms were achieved for all the patients, underscoring the important role of incompetent perforator veins in the formation of chronic venous insufficiency.

D031533

Rio, October 2" to 7", 2005 • Philip Bull

# BIBLIOGRAPHY

# Endovenous Laser Ablation of Perforators (ELAP) vs. Subfascial Endoscopic Perforator Dissection (SEPS) for chronic venous ulcers

Philip Bull; Bernhard Gradl; Mathias Gruenbeck
*Surgical Clinic Sievering, Vienna, Austria A-1190*
*The Devonshire Street Vein Clinic, London, UK*

1. Ting AC, Cheng SW, Ho P, Wu LL, Cheung GC. Clinical outcomes and changes in venous hemodynamics after subfascial endoscopic perforating vein surgery. Surg Endosc. 2003 Aug;17(8):1314-8. Epub 2003 Jun 13.

2. Mendes RR, Marston WA, Farber MA, Keagy BA Treatment of superficial and perforator venous incompetence without deep venous insufficiency: is routine perforator ligation necessary? J Vasc Surg. 2004 May;39(5):1144-5; author reply 1145.

3. Baron HC, Wayne MG, Santiago C, Lown I, Castellano M, Cioroiu M, Grossi R. Treatment of severe chronic venous insufficiency using the subfascial endoscopic perforator vein procedure. Surg Endosc. 2005 Jan;19(1):126-9. Epub 2004 Nov 11. Related Articles, Links.

4. de Rijcke PA, Schenk T, van Gent WB, Kleinrensink GJ, Wittens CH. Surgical anatomy for subfascial endoscopic perforating vein surgery of laterally located perforating veins. J Vasc Surg. 2003 Dec;38(6):1349-52.

5. Puggioni A, Kalra M, Gloviczki P. Superficial vein surgery and SEPS for chronic venous insufficiency. Semin Vasc Surg. 2005 Mar;18(1):41-8.

6. Baron HC, Wayne MG, Santiago C, Lown I, Castellano M, Cioroiu M, Grossi R. Treatment of severe chronic venous insufficiency using the subfascial endoscopic perforator vein procedure. Surg Endosc. 2005 Jan;19(1):126-9. Epub 2004 Nov 11.

7. Elias SM, Frasier KL. Minimally invasive vein surgery: its role in the treatment of venous stasis ulceration. Am J Surg. 2004 Jul;188(1A Suppl):26-30.

8. Tenbrook JA Jr, Iafrati MD, O'donnell TF Jr, Wolf MP, Hoffman SN, Pauker SG, Lau J, Wong JB. Systematic review of outcomes after surgical management of venous disease incorporating subfascial endoscopic perforator surgery. J Vasc Surg. 2004 Mar;39(3):583-9. Review.

9. Jeanneret C, Fischer R, Chandler JG, Galeazzi RL, Jager KA. Great saphenous vein stripping with liberal use of subfascial endoscopic perforator vein surgery (SEPS). Ann Vasc Surg. 2003 Sep;17(5):539-49. Epub 2003 Oct 2.

10. Lee DW, Lam YH, Chan AC, Chung SC. Subfascial endoscopic perforator surgery for venous ulcers. Hong Kong Med J. 2003 Aug;9(4):279-82.

11. Bianchi C, Ballard JL, Abou-Zamzam AM, Teruya TH. Subfascial endoscopic perforator vein surgery combined with saphenous vein ablation: results and critical analysis. J Vasc Surg. 2003 Jul;38(1):67-71.

12. Kalra M, Gloviczki P. Surgical treatment of venous ulcers: role of subfascial endoscopic perforator vein ligation. Surg Clin North Am. 2003 Jun;83(3):671-705. Review.

13. Klein-Weigel P, Biedermann H, Fraedrich G. [The role of perforating vein dissection in the treatment concept of venous ulcers--myths and evidence] Vasa. 2002 Nov;31(4):225-9. Review. German.

14. Mackenzie RK, Lee AJ, Paisley A, Burns P, Allan PL, Ruckley CV, Bradbury AW. Patient, operative, and surgeon factors that influence the effect of superficial venous surgery on disease-specific quality of life.J Vasc Surg. 2002 Nov;36(5):896-902.

15. Hauer G, Werner A. Related Subfascial Endoscopic Perforator Vein Surgery (SEPS) and Fasciotomy: Treatment of Severe Chronic Venous Disease. Surg Technol Int. 2000;IX:193-203.

D031535

Case 1:04-cv-10019-NMG   Document 171   Filed 02/20/2007   Page 10 of 20

# Danilo Castro

## Endo Vascular Laser: GSV and SSV surgery; Complete, out patient, safe and with not scarring

D031536

RIQUIP  15th Word Congress

CURRICULUM VITAE
# Danilo Castro

**Danilo Castro M.D.**
*Phlebology & Aesthetic Surgeon*
*Clinica Echevarriarza, Montevideo, Uruguay*



Name
Danilo Castro M.D.
Phlebology & Aesthetic Surgeon

Born
May, 22th, 1954

Address
Echevarriarza 3284, Montevideo, Uruguay

Mail Box
dr_danilo_castro@hotmail.com
info@clinicaechevarriarza.com.uy

Web Page
www.clinicaechevarriarza.com.uy

Curriculum
- Assistant Surgeon, Surgery Clinic "F"; Clinical Hospital, Montevideo, Uruguay; 1981-1986.
- Assistant Investigation of Vascular Diseases; Clinical Hospital, Montevideo, Uruguay; 1982-1987.
- Clinical Surgeon; Police Hospital; Montevideo, Uruguay; 1985-1991.
- Private Practice, Phlebology & Cosmetic Surgery; Montevideo Uruguay; since 1981.
- Medical Director, Echevarriarza Clinica; Montevideo, Uruguay; since 1985.
- Medical Director, Castro-Beduchaud Medical Group; Montevideo, Uruguay; since 1999.
- Surgery National Premiun; Montevideo, Uruguay: "Doppler Unidirectional Evaluation in the Arterial Claudication"; 1983.
- Surgery National Premiun; Buenos Aires, Argentina: "Obstructive arterial disease in the lower extremities; Doppler Ecography Evaluation"; 1987.
- President of the International Medical College of Laser Treatmens; 2005.

Rio, October 2nd to 7th, 2005 • Danilo Castro

## ABSTRACT
# Endo Vascular Laser: GSV and SSV surgery; Complete, out patient, safe and with not scarring

Danilo Castro M.D.
*Phlebology & Aesthetic Surgeon*
*Clinica Echevarriarza, Montevideo, Uruguay*

When of decide a technique GSV and SSV surgery, we have to decide to make with the reflux in SFJ and SPJ and the reflux from Incompetent Perforator Veins. Surgery endo luminal is last option developed in the treatment of GSV and SSV and particularly her you cash more, if it is known how to use combining it adequately.
The Endo Laser Vascular Surgery is an ambulatory treatment of varicose veins, minimally invasive, the fact that reflux eliminates the of SFJ and SPJ and GSV and SSV utilizing the energy of a diode Laser endo venous, directly be more than enough you suggest it. A real alternative of the classic is stripping.

### Questions but you frequent

**Do you substitute the other techniques of treatment of varicose veins?**
Absolutely not. The has his maximum indication in the treatment reflux of SFJ and SPJ and GSV and SSV. You must tone in with another techniques, according to the patient's pathology.

**Do you eliminate all of the secondary and collateral varicose veins?**
Absolutely not. When we have a flexuosa varicose vein, he is not possible to go it over with the optical fiber.

**Do you have indication in the reticular varicose veins?**
Just in those whose diametre allows the introduction of the optic fibre of 100 or 200μ. It is much more effective to treat it with sclerosing foam.

**Do you solve in over 90% of cases the primary trans-lathes the reflux of SFJ, SPJ, GSV and SSV?**
Yes, it solves more than 90% of those cases.

**Is it an out patient surgery, that is performed in less than 60 minutes, with no scarring and with immediate recovery of the patient?**
Yes, since it is minimally aggressive and it has a practically immediate recovery.

### Advantages of surgery the VSI's Endolaser
It is an ambulatory with local anaesthesia surgery: undoubtly, this is one of the main advantages, to be able to perform a so resisted surgery in an ambulatory way, without requiring hospitalization.
Quick and easy to realize, it is also an easy technique to learn. The difficult part is to indicate the correct technique in each case.
Microinvasive (minimal trauma): Right now patients you did not sole, they do not oppose the realization of a surgery of saphenous varicose veins, rather they request it of election.
Excellent results(clinical and aesthetic); in next pages, we will talk about the results which support our statements.

### Disadvantages of endolaser surgery of the VSI.
Relapses of collateral varicose veins of the SFJ that do not appear with the SFJ binding escission: This is the main disadvantage, mainly when we diagnose SFJ varicoses veins. If we do not treat the SFJ colateral varicoses veins we run the risk to have relapse from these varicose veins applying just ENDOLASER. The optic fibre can not completely canalize these colateral relapses.
Relapses of collateral varicose veins of SFJ that do not appear with the binding scission SFJ: Evidently this is the bigger annoyance, all over when we diagnosed insufficient dependent varicose veins of SFJ. Else we treated the collateral guaranties of the SFJ, we risked to be relapsing of these varicose veins if we acted only with the Endolaser.
Relapses of varicose tortuous collateral guaranties that can not be canalized completely with the optical fiber.

### Therapeutic optimal SCHEME

| | |
|---|---|
| IO + ISI | Just Endolaser |
| IO + ISI + IC (insuff. Colaterals) | Endolaser + Müller's Microsurgery |
| IO + ISI + IC + IP (insuff. perforating) | Endolaser + Müller's Microsurgery + Perforating Extraaponeurotic Surgery |
| IO + ISI + IC + VR (reticular varicoses veins) | Endolaser SI and of VR + Müller's Microsurgery |

25

D031538

RIQUIP 15th Word Congress

ABSTRACT
Endo Vascular Laser: GSV and SSV surgery;
Complete, out patient, safe and with not scarring

## Our experience

We will analize 450 patients. All of them presented SFJ insufficiency of colateral saphenous (IC), but only 135 (30%) had perforating insufficiency (IP).
One group was only treated with ENDOLASER (32%) in others, we combined ENDOLASER with MÜLLER'S MICROSURGERY (68%).
To all the ones who had perforating problems, we solved them, performing a transcutaneous or endoscopic ligature.
The post operation ecography after 30 and 60 days of the 96% did not evidence ostial insufficiency and the 95% did not present internal saphenous insufficiency but in the 12% insufficiency of colateral varicoses veins remained.
In patients treated with just ENDOLASER we observed that the 33% still had colateral varicoses veins; in those inwhich we associated ENDOLASER with MÜLLER'S MICROSURGERY, we just had a 2% of colateral varicoses veins permanence.
Therefore, associating ENDOLASER with MÜLLER'S MICROSURGERY, we obtain a 98% of effectiveness, in GSV, SSV and colaterals varicoses veins.

## Conclusions

We are in the presence of an absolutely innovating technique for SFJ and GSV, SSV treatment
Quick, ambulatory, with no scarring. With an effectiveness of 95% in the treatment of these pathologies.
Concerning to saphenous colateral varixes treatment, we conclude that it is effective as long as the colateral varicose is not tortuous. In which case, it is necessary to associate the treatment to a MÜLLER'S MICROSURGERY to treat colaterals.
About the action of reticulars, we should follow the same scheme as in colaterals.

## Comments

From 1999 up to the date ENDOLUMINAL SURGERY of VARICOSES VEINS has became to us the main treatment to solve insufficiency of SFJ and GSV.
It is necessary the combination with other procedures when we face colateral varicoses veins and reticular varicoses.
So we can state that endoluminal surgery of GSV and SSV, combined with Müller's Microsurgery or sclerosing foam solves more than the 95% of varicoses difficulties.
Secondary varicoses veins of perforing veins, which we generally solve with a direct ligature of the perforing, either transcutaneously or endoscopically, can be treated through a direct puncture with the optic fibre under ecographic vision.
This treatment has turned out to be successful in most of the insufficient perforatings, which in our experience, have remained sufficient in more than the 98% during the first six months of ecographic persuit.
As well as other microinvasive and innovating procedures, the endoluminal laser surgery has turned an agressive, cruel and resisted surgery as stripping into a microsurgery procedure; practically painless and ambulatory with an effectiveness similar or even bigger than of the classical surgeries.
We agree with many authors who state that endoluminal surgery is to varicoses veins surgery as angioplasty was to cardiac surgery.

26

D031539

Rio, October 2nd to 7th, 2005 • Danilo Castro

SLIDES
# Endo Vascular Laser: GSV and SSV surgery; Complete, out patient, safe and with not scarring

Danilo Castro M.D.
*Phlebology & Aesthetic Surgeon*
*Clinica Echevarriarza, Montevideo, Uruguay*


1.


2.


3.


4.


5.


6.

RIQUIP  15th Word Congress

SLIDES
Endo Vascular Laser: GSV and SSV surgery;
Complete, out patient, safe and with not scarring

7. 

8. 

9. 

10. 

11. 

12. 

D031541

Rio. October 2" to 7", 2005 • Danilo Castro

# BIBLIOGRAPHY
# Endo Vascular Laser: GSV and SSV surgery; Complete, out patient, safe and with not scarring

Danilo Castro M.D.
*Phlebology & Aesthetic Surgeon*
*Clinica Echevarriarza, Montevideo, Uruguay*

1. Boné Salat,Carlos, MD Tratamiento endoluminal de las várices con láser de Diodo. Estudio Preliminar. Patología Vascular. Vol. V N° 1 1999.

2. Mitchel P. Goldman, MD, Maritess Mauricio, MD and Jaggi Rao, MD. (2004) Intravascular 1320-nm Laser Closure of the Great Saphenous Vein: A 6- to 12-Month Follow-up Study. Dermatologic Surgery 30:11, 1380-1385.

3. Thomas M. Proebstle, MD, MSc, Frank Krummenauer, PHD, Doendue Gül, MD, and Juergen Knop, MD, PHD. (2004) Nonocclusion and Early Reopening of the Great Saphenous Vein After Endovenous Laser Treatment Is Fluence Dependent. Dermatologic Surgery 30:2, 174-178.

4. Chang-Keun Oh, MD, PHD, Do-Sang Jung, MD, Ho-Sun Jang, MD, PHD, Kyung-Sool Kwon, MD, PHD. (2003) Endovenous Laser Surgery of the Incompetent Greater Saphenous Vein With a 980-nm Diode Laser. Dermatologic Surgery 29:11, 1135-1140.

5. U Wollina, W-D Schmidt, J Hercogova & D Fassler. (2003) Laser therapy of spider leg veins. Journal of Cosmetic Dermatology 2:3-4, 166-174.

6. Thomas M. Proebstle MD, MSc, Doendue Gül MD, Alexandra Kargl MD, and Juergen Knop MD, PHD. (2003) Endovenous Laser Treatment of the Lesser Saphenous Vein With a 940-nm Diode Laser: Early Results. Dermatologic Surgery 29:4, 357-361.

7. Mark D. Forrestal, Helane S. Fronek, Mark N. Isaacs, Robert J. Min. (2003) Endovenous Laser Treatment. Dermatologic Surgery 29:3, 312-314.

8. T. M. Proebstle, MD, MSc, S. Bethge, MD, S. Barnstedt, MD, A. Kargl, MD, J. Knop, MD, PhD, and G. Sattler, MD. (2002) Subfascial Endoscopic Perforator Surgery With Tumescent Local Anesthesia. Dermatologic Surgery 28:8, 689-693.

9. T. M. Proebstle, MD, MSc. (2002) Comment on R. A. Weiss: "Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model". Dermatologic Surgery 28:7, 648-648.

10. T. M. Proebstle, MD, MSc, M. Sandhofer, MD, A. Kargl, MD, D. Gül, MD, W. Rother, PhD, J. Knop, MD, PhD, and H. A. Lehr, MD, PhD. (2002) Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood. Dermatologic Surgery 28:7, 596-600.

D031543

# Mario Duran

## Endovenous Laser Treatment with 980 diode laser: follow up in two years in 670 procedures

D031544

CURRICULUM VITAE
# Mario Duran

Dr Mario Duran
*Vascular Surgeon*



- Specialist of Vascular Surgery from Hospital Santa Casa da Misericordia Sao Paulo - Brazil (Year 1985).

- Post graduate studies at Mount Sinai Medical Centre of Miami (Year 1988).

- Specialist course at UCLA (1997) Mayo-Rochester Clinic (2000) and Baptist Hospital (1996).

- Member of the American College of Phlebology.

- Vice-president for Ecuador of the Latin-American Venous Forum.

- President of the "Sociedad Ecuatoriana de Cirugia Vascular, Capitulo Sierra".

- Vascular Surgeon at the Hospital Metropolitano de Quito.

- Member of the UIP.

- Presentations on the specialty as invited professor given at Colombia, Mexico, Argentina and Brazil.

- Medical Director at Varilaser, specialized centre on Endo Vascular Treatment of Lower Limbs.