Rio, October 2ⁿ to 7ᵗʰ, 2005 • Mario Duran

ABSTRACT

# Endovenous Laser Treatment with 980 diode laser: follow up in two years in 670 procedures

Dr Mario Duran
*Vascular Surgeon*

### Introduction
To report the safety and efficacy of the 980 Diode endovenous laser, in the treatment of truncal varicose veins in a 24 month follow up period.

### Method(s)
This study includes 670 procedures in 611 extremities in 426 patients with incompetence of 517 greater saphenous veins (GSVs), 110 small saphenous veins (SSVs) and 43 anterior-lateral tributaries veins (ALTs) treated with 980 Diode laser energy (Ceralas D15 Biolitec).

All veins were accesed with a stab wound/Mueller hook approach. A 600 micron bare-tipped laser fiber was passed through a previously placed catheter in the target vein, and positioned 1cm below the superficial epigastric vein.

Tumescent anesthesia (200-300ml Lidocaine 0.1%) was delivered perivenously under ultrasound guidance.
Diode laser energy at 980 nm was applied at 9-12 Watts in continuos mode, with a fluency of 50-60 joules/cm, and 2mm/sec velocity.

Duplex ultrasound was used in the pre-op mapping, catheter, fiber tip position and post-op follow up controls.

The patients were instructed to restart their normal activities the day after surgery with an elastic bandage for two days and 20-30mmHg elastic support stockings for the following 14 days.
Patients were evaluated clinically and with duplex ultrasound at 2 days, 6 weeks, 3, 9, 12 months and yearly thereafter to assess treatment efficacy and adverse reactions.

### Result(s)
Complete occlusion and fibrosis vs/reabsortion of the treated veins were observed during the follow up examinations in all patients.

Of the 611 limbs; 112 were followed for at least 24 months, and 98% have remained closed or reabsorved.

### Conclusion(s)
Our experience in 24 months follow-up with the 980 Diode endovenous laser shows that this procedure is highly effective, fast and secure. Endovenous laser appears to offer these benefits with lower rates of complications and the advantage to avoid epidural or general anesthesia.

### Comments
At this time, June/2005 we have done 726 procedures, in axial veins (GSV, SSV and ALT). All the procedures were done with abulsion of the varicose veins and tributaries and ligation of perforans if needed in the same operation.
We conclude that tumescent anesthesia is very important to reduce the lumen of the treated veins, mantein the tip of the fiber close to the endothelium and reduce the diameter of the vein.
Also, we consider important to deliver 50-60 joules/cm of energy in continuos mode along the treated veins.

RIOUIP 15th Word Congress

SLIDES

# Endovenous Laser Treatment with 980 diode laser: follow up in two years in 670 procedures

Dr Mario Duran
*Vascular Surgeon*


1.


2.


3.


4.


5.


6.

34

Rio, October 2nd to 7th, 2005 • Mario Duran



RIQUIP    15th Word Congress

SLIDES
Endovenous Laser Treatment with 980 diode laser:
follow up in two years in 670 procedures



13. 14.

15. 16.



17. 18.

36

Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • Mario Duran



19.    20.

D031550

BIBLIOGRAPHY

# Endovenous Laser Treatment with 980 diode laser: follow up in two years in 670 procedures

Dr Mario Duran
*Vascular Surgeon*

1. Merchant RF, De Palma RG, Kabnick LS. Endovascular obliteration of saphenous reflux: a multicenter study. J Vasc Surg 2002;35:1190-1196.

2. Min R, Zimmet S, Isaacs M, Forrewstal M. Endovenous laser treatment of the incompetent greater saphenous vein. JVIR 2001;12:116-1171.

3. Min R, Khilnani N, Zimmet S. Endovenous laser treatment of saphenous vein reflux: long term results JVIR 2003;14:991-996.

4. Navarro L, Min R, Bone C. Endovenous laser: a new minimally invasive method of treatment for varicose veins - preliminary observations using an 810 nm diode laser. Dermatol Surg 2001;27:117-122.

5. Proebstle T. Does wavelength matter. 810nm/940nm/980 nm Presentation at the IVC: In office techniques April 2005.

6. Kabnick L, Agis H, Moritz M, Kabnick I. Endolaser Venous treatment for the ablation of the Saphenous System using 810nm, 980nm Or 1320nm: 3 years experience. Presentation at the ACP 18th Annual Congress (2004).

7. Bergqvist D, Brundin C, Johansson G Recurrent Varicose Veins: Incidence, Risk Factors and Groin Anatomy. Eur J Vasc Endovasc Surg March 2004,Vol 27-3.

# Júlio Henrique Galelli Ferreira

## ELVeS™, five years of experience

D031552

RIQUIP 15th Word Congress

# CURRICULUM VITAE
## Júlio Henrique Galelli Ferreira

**Júlio Henrique Galelli Ferreira, M.D.**
*Vascular Department*
*Hospital Parque Belém, Porto Alegre, Brazil*



**Name**
Júlio Henrique Galelli Ferreira, M.D.

**Address**
Rua Dom Pedrito 317, Passo D'Aréia, Porto Alegre, Brazil

**Phone**
55-51-33611762

**E-mail**
drjulioferreira@ibf.med.br

**Titles**
- Cardiovascular Surgeon for the Conselho Federal de Medicina of Brazil.
- Vascular Surgeon in the following hospitals: Pronto Socorro Municipal, Mãe de Deus, Parque Belém, Ernesto Dornelles, Divina Providência, Petrópolis e Mãe de Deus Center in Porto Alegre, Brazil.
- Head of the Vascular Departament of the Hospital Parque Belém in Porto Alegre, Brazil.
- Researcher of the Instituto Brasileiro de Flebologia.
- Member of the Sociedade Brasileira de Flebologia.
- Member of the Sociedade Brasileira de Laser em Medicina e Cirurgia.
- Member of the Sociedade Panamericana de Flebologia e Linfologia.
- Member of the Sociedade Panamericana de Trauma.
- Honorary member of Colégio Argentino de Cirugia Venosa y Linfática.
- Founder member of the "International Endovenous Laser Working Group".
- Private clinic.

Rio, October 2rd to 7th, 2005 • Júlio Henrique Galelli Ferreira

# ABSTRACT
# ELVeS™, five years of experience

Júlio Henrique Galelli Ferreira, M.D.
*Vascular Department*
*Hospital Parque Belém, Porto Alegre, Brazil*

### Objective
The objective is to report the experience of the Instituto Brasileiro de Flebologia in the ablation of the great saphenous vein (GSV) using Endovenous Laser (ELVeS™) in the period 2000 to 2004.

### Methods
Single center, retrospective, open and not randomized review, only in great saphenous veins, with two doctors performing the procedure in pulsed and continuous mode.
Not blind in terms of crossectomies.
All patients had follow up with duplex-scan.
All patients were treated under local anesthesia.

### Equipment
Laser Source: 980 nm. diode laser (Biolitec Ceralas D 15)
Laser Delivery: 600 micron fiber from Biolitec introduced with a ELVeS™ kit under ultrasound control.
Ultrasound: Esaote Caris Plus.
Probe: 7mhz.

### Discussion
Two hundred and forty six patients were treated.
Of those, forty one were male and two hundred and five female.
In two hundred and nineteen patients a unilateral procedure was done, and in twenty seven patients a bilateral procedure was performed totaling two hundred and seventy-three great saphenous veins treated.
The diameter of the great saphenous veins treated was from seven to twenty six millimeters, with the majority of the cases around seven to eleven millimeters.
In seventy eight cases a concomitant crossectomie was done. Sixty two of these were at the beginning of our experience during a learning curve.
Until may 2004 in two hundred and forty nine cases the original protocol was followed, which was a pulsed mode, but after this date, the guidelines was changed to the continuous mode using a average of 60 to 80 joules/cm.
Of those two hundred and seventy three cases treated, the occlusion index in the first 24 hours was 100%.
In the first year, some degree of recanalization was observed in 8.79% of cases and this number increases to 9,52% (26 patients) in the second year.
Only two cases (0,73%) needed reintervention.
Some small complications occured.
All the patients had bruising, but much less than those caused by stripping.
One hundred and nine complained of a little pain, twelve medium degree of pain and no patients refers acute or stabing pain.
Two patients vomited in the early pos operative and two others developed superficial segmentar phlebite which was cured with conservative treatment.
There was no sign of edema, nervous lesion, hemorrhage, changes in pigmentation (Hiper or hipopigmentations), deep venous thromboses or burns.

### Conclusions
This review shows that the experience of the Instituto Brasileiro de Flebologia with ELVeS™ to treat sapheno femoral incontinence, has similar results to other services around the world and because of it's simplicity, high success rates, and lack of serious complications until now, is deemed to be a safe way to treat this pathology, with many advantages for both patients and doctors.
ELVeS™ standardization showing international experience is necessary to obtain the best results.



**RIQUIP** 15th Word Congress

SLIDES

# ELVeS™, five years of experience

Júlio Henrique Galelli Ferreira, M.D.
*Vascular Department*
*Hospital Parque Belém, Porto Alegre, Brazil*



42

D031555

Rio, October 2nd to 7th, 2005 ▪ Júlio Henrique Galelli Ferreira



D031557

# Jean Luc Gérard

## Endovenous laser ablation of the small saphenous vein: risk of paresthesia?

D031558

RIOUIP    15th Word Congress

CURRICULUM VITAE
# Jean-Luc Gérard

Dr Jean-Luc Gérard
*University Hospital Henri Mondor, Vascular Surgery Department Créteil, France*



Name
Jean-Luc Gérard

Date of birth
19/09/1956 in Paris (France)

Current position
- Work in a consultant office in Paris since 1985.
- Work in a University Hospital Henri Mondor Creteil (Paris XII) vascular surgery department.

Qualification
- Doctor in Medicine university Paris XII, bronze medal:.
- Diploma in Echocardiographie 1991-1992.
- Diploma in Echographie and Doppler, 1992-1994.
- Diploma in Angiologie 1996.
- Diploma in laser 2001.

Member
- French Society of Phlebology.
- French college of vascular pathology.
- Union of angiology.
- Teacher in the teaching hospital Henri Mondor.

Rio, October 2" to 7", 2005 • Jean-Luc Gérard

ABSTRACT

# Endovenous laser ablation of the small saphenous vein: risk of paresthesia?

Dr Jean-Luc Gérard
*University Hospital Henri Mondor, Vascular Surgery Department Créteil, France*

### Introduction
During the traditional surgery of the small saphenous vein (SSV) the risks to damage the nerves is important and most of the surgeons avoid stripping the entire vein and carry out mostly just a high ligation resection.

### Endovenous Laser Principle Treatment
Is based on a thermal process:
- conversion of light into heat
  - Light energy is targeted, absorbed by the haemoglobin and water, (for 980 nm) and transformed into heat.
- A transfer of heat
  - Firstly: the blood
  - Secondly: the vein wall
- Result: An alteration of the proteins constructing the entire vein wall (3 layers).

### Previous Mapping
By ultrasound guidance
- To locate the nerves (sciatic nerve always visible in the popliteal fossa).
- To locate the termination of SSV
  - Separate
  - Common with gastrocnemius vein or giacomini vein

### Endovenous Laser Vein System (ELVeS™)
- In a consulting room.
- Percutaneous introduction by ultrasound guidance from the lateral malleolus or at the lowest part incompetent vein.
- Local anaesthesia and never under spinal anaesthesia or general anaesthesia (the patient must be able to tell during the procedure his feeling).
- 600 µm or 360 µm fibre; 980 nm diode laser.
- Continuous mode.
- Power decreasing from the upper part (11 watts) to the lower part of the leg (2 watts).

### Conclusion
- Endovenous laser in ambulatory in a consulting room
  - Efficient
  - Safe for the nerves
  - Slight invasive method
  - Slightly painful
- Attractive alternative method to varicose surgery because
  - Reduces the cost of the hospitalisation
  - Reduces the amount of time needed off of work

SLIDES

# Endovenous laser ablation of the small saphenous vein: risk of paresthesia?

Dr Jean-Luc Gérard
*University Hospital Henri Mondor, Vascular Surgery Department Créteil, France*



Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • **Jean-Luc Gérard**

7.

8.

9.

10. Small saphenous vein : woman 93 years old
Petite saphène : patiente de 93 ans

11.

12.

**RIQUIP** 15th Word Congress

SLIDES
Endovenous laser ablation of the small saphenous vein:
risk of paresthesia?



13. [slide image]
14. [slide image]
15. [slide image]
16. [slide image]
17. [slide image]
18. CONCLUSION — SIMPLER, SAFE

50

D031563

# Oliver Göckeritz
# Christian Wenzel

## Computer assisted control of the retreat speed during the endoluminal laser coagulation by continuous control of the energy delivery

D031564

RIQUIP 15th Word Congress

CURRICULUM VITAE
# Oliver Göckeritz

Göckeritz O
*Venenzentrum Elsterpark, Leipzig*



- 1983-1989 Studies of Medicine in Leipzig (exams, diploma 1989).

- 1989-1997 education to medical specialist in surgery at Katholisches Krankenhaus St. Elisabeth Leipzig.

- During the education each 6 month or more hospitations in vascular surgery, hernia surgery and endocrinology surgery at different university clinics of Leipzig, Aachen and Marburg.

- Since 1994: Emergency doctor.

- 1997 final course on sonographics.

- 1997 title medical specialist in surgery.

- 1997-2000 Education in traumatism at university clinic "Berufsgenossenschaftliche Unfallklinik Halle".

- Since 2000 practice as a medical specialist in surgery in own Praxisklinik Surgery in Leipzig, main focus on vein surgery, hernia surgery, hand and foot surgery, sportmedicine, since 2003 with my wife, specialist in surgery and hand surgery.

- 2001 title specialist in sports medicine.

- Since 2002 Center of Vein Therapy "Venenzentrum am Elsterpark", together with my partners Dr. S. Weishaupt, specialist in surgery, Dr. H.-C. Wenzel, specialist in dermatology and Dr. I. Wittig, specialist in internal medicine and angiology.