Rio, October 2" to 7", 2005 • Oliver Göckeritz, Christian Wenzel

## CURRICULUM VITAE
# Christian Wenzel

*Wenzel H.-C*
*Venenzentrum Elsterpark, Leipzig*



- 1983-1989 medicine studies in Leipzig (exams, diploma 1989).

- 1989-1991 education in general medicine/ inner medicine at clinic Leipzig, St. Elisabeth Hospital Leipzig and at polytechnical institute of the Leipzig University.

- 1991-1995 education to medical specialist in dermatology, dermatology clinic of Jena university of Prof. Wollina (1994-1995 director of the "phlebology department").

- 11/1995 title medical specialist in dermatology.

- 12/1995 additionally title of "general practitioner".

- 11/1995-6/1996 assistant at phlebology practice (dermatology) of Mrs. Dr. Zollmann in Jena. Hospitation at surgery clinic of Mr. Dr. Zollmann (in Jena). Main focus on vein surgery.

- 1996 final course Duplex Sonographics (W. Harvey Hospital).

- 1996-2000 General practitioner in Zwenkau/Saxonia.

- 1996 and 1998 Hospitation for several days at Dr. Hübner's office in Aachen.

- Since 1997 Centre of Laser therapy in Leipzig (e.g. KTP-laser therapy of small vessels).

- Since 2000 in practice as a medical specialist in dermatology in Naunhof/Saxony, main focus on phlebology (e.g. colorcoded Duplex sonography, LRR function diagnostics).

- Since 2002 Center of Vein-therapy "Venenzentrum am Elsterpark" together with DM Oliver Goeckeritz(e.g. sclerogenic therapy, phlebectomy, ulcus therapy including laser, ELVES laser therapy).

RIOUIP   15th Word Congress

ABSTRACT

# Computer assisted control of the retreat speed during the endoluminal laser coagulation by continuous control of the energy delivery

Göckeritz O, Wenzel H.-C
*Venenzentrum Elsterpark, Leipzig*

The applied energy in joules per cm of the vein has proved itself as a control parameter of the energy delivery during the endoluminal laser coagulation of incompetent veins. Nevertheless, concerning the primary occlusion of the vein user and experience based variations of the retreat speed even with consistently defined laser power led to different results. By the precise computer assisted control of the retreat speed the preset energy amount can precisely be applied into the vein.

Patients, material, methods
In the last three years 1500 veins (700 Patients) have been treated with the ELVeS™ device. Until now 18 patients with an insufficiency of the Greater saphenous vein and 3 patients with an insufficiency of the Small saphenous vein have been promisingly treated with a new developed computer assisted control device going to be presented here. This new development makes it possible to accurately apply the desired energy amount in joules per cm with the aimed control of the retreat speed, via an optical and/or acoustic signal in the continuous mode. The occlusion rate with the 980 nm laser was 100%. Complications did not occur.

Results
With a duplex sonography control after 1 week a complete occlusion of the insufficient vein was reached with all patients. For the untrained user the use of the control system enables an easier appliance of the desired energy in joules per cm vein. Since the retreat speed of the desired energy amount is adjusted, the preset laser power in continuous mode is of circumstantial importance and can be freely determined by the user.

Conclusion
The use of the computer assisted control system eases and improves the endoluminal laser treatment of varicose veins. With continuous control of the applied energy amount in the continuous mode a reliable occlusion of the treated vein is reached with high patient security.

D031567

Rio, October 2nd to 7th, 2005 • Oliver Göckeritz, Christian Wenzel

SLIDES

# Computer assisted control of the retreat speed during the endoluminal laser coagulation by continuous control of the energy delivery

Göckeritz O, Wenzel H.-C
*Venenzentrum Elsterpark, Leipzig*



1.



2.



3.



4.



5.



6.

D031568

55

RIQUIP 15th Word Congress

SLIDES
Computer assisted control of the retreat speed during the endoluminal laser coagulation by continuous control of the energy delivery


7.


8.


9.


10.


11.

D031569

# David Greenstein

## Endovenous Laser: the management of Giacomini Vein and Branches

D031570

RIOUIP 15th Word Congress

# CURRICULUM VITAE
## Greenstein D, Bani Hani M, Moradessi K

Greenstein D, Bani Hani M, Moradessi K
*Department of Vascular surgery Northwick Park Hospital, London UK*



- David Greenstein is a consultant Vascular surgeon at Northwick Park Hospital, London.

- Mohammed Bani Hani is a Vascular Research Fellow at Imperial College, London.

- Kamran Moradessi is a Vascular scientist based at Northwick Park Hospital London.

Rio. October 2'" to 7'", 2005 • David Greenstein

ABSTRACT

# Endovenous Laser:
# the management of Giacomini Vein and Branches

Greenstein D, Bani Hani M, Moradessi K
*Department of Vascular surgery Northwick Park Hospital, London UK*

### Background
Superficial Venous insufficiency is a common condition affecting up to 25% of the adult population. To successfully treat varicose veins all points of significant venous reflux need to identified and treated.

Recent expansion in the use of pre-operative duplex mapping of varicose veins has resulted in more complex venous surgery being performed. With the advent of endovenous laser ablation (ELVeS™) this technique has also had to become more complex in treating truncal varicose veins that do not stem from the greater saphenous vein (GSV) or short saphenous vein (SSV).

### AIM
We present our experience of ELVeS™ of Varicose veins stemming from the Giacomini, Antero-lateral vein, bifid long saphenous vein and posteromedial thigh vein.

### Patients
200 consecutive underwent ELVeS™ for symptomatic varicose veins. All patients underwent a full history and physical examination. In addition all patients underwent a detailed venous duplex mapping in which venous duplex scan in which reflux in the GSV, SSV and deep veins were noted. In addition the scan examined for the presence of bifid GSV systems, noting at what level in relation to the sapheno-femoral junction the GSV becomes bifid. Whether there is reflux in one or both branches and in which branch a mid-thigh perforator joins. In addition reflux in the anterolateral vein posterior medial vein and Giacomini vein was noted. (figure 1).

### Operative Procedure

**Giacomini Vein and postero medial vein.**
For treatment of the Giacomini vein, The patients were in the prone position and fully awake. All procedures were performed under local anaesthesia. The short saphenous vein was percutaneously punctured in the lower third of the SSV. A 0.35 curved Terumo guide wire was introduced and under ultrasound guidance was steered in to the giacomini vein. As this vein has a variable termination in the deep system, the guidewire was followed as high as possible. if the giacomini vein terminated at the sapheno femoral junction, the patient was asked to turn on to their side or supine in order to follow the guide wire (the name for Giacomini vein is sometimes called the posteromedial thigh vein in this circumstance). Because this vein is small and easily goes into spasm and its length can be long, it is decided individually whether to use to Biolitec introducing catheter or a 4 french Cook catheter to railroad over the guide wire.
A variable length 980nm diode laser (biolitec) as passed within the sheath and the position checked in relation to the tip of the catheter and the deep system. Local anaesthesia (40 ml 1% lignocaine and 300 ml of saline) is then passed around the vein along its entire length including the SSV. Laser energy of 40-50 joules cm is applied along the whole length of vein.

**Bifid Greater Saphenous vein and anterolateral vein.**
All procedures are performed under local anaesthesia in the supine position. If a bifid GSV or anterior thigh saphenous vein is noted pre-operatively to originate from the sapheno-femoral junction and importantly is refluxing then it is treated. Occasionally a mid thigh perforator is noted to join the bifid GSV. To treat these collateral veins the main GSV is cannulated in the normal manner and the 980 nm laser fibre introduced. The second LSV is then percutaneously entered with a micropuncture set (Cook) and a sheath left in place. In the anterior thigh saphenous vein it is approximately 10 cm from the SFJ because the vein often branches at this point and also becomes very tortuous. In the true bifid LSV, the 2nd vein is punctured but as low down in the thigh as is technically possible so as to accommodate any perforator that my join it and a second laser sheath introduced (to avoid the risk of venospasm if applied later). Tumescence (40 ml of 1%lignocaine and 300 ml of saline) is then applied around both saphenous veins in the thigh. After closing the main

ABSTRACT
Endovenous Laser:
the management of Giacomini Vein and Branches

greater saphenous vein using a 980nm fibre 50-80 joules/cm) the fibre is cleaned and passed through the 2nd sheath to the SFJ similar energy is then applied at 50-80 joules cm.

### Results
For the vein of Giacomini all have been successfully closed using ELVeS™. No nerve injury or deep vein thrombosis has occurred. Pain usually settled quckly although in 8% it lasted beyond 2 weeks.

In treating all thigh truncal veins treatment has been successful however in the very early experience a cutdown was often necessary for the anterior thigh vein as this vein easily went in to venospasm making percutaneous cannulation difficult. Since adopting the technique described above using the micropuncutre set, cutdown is now very rarely required.

### Conclusion
With development of ELVeS™ and using interventional catheter based techniques, it is possible to treat most cases of primary varicose veins.

D031573

Rio, October 2™ to 7'', 2005 • David Greenstein

SLIDES

# Endovenous Laser:
# the management of Giacomini Vein and Branches

Greenstein D, Bani Hani M, Moradessi K
*Department of Vascular surgery Northwick Park Hospital, London UK*



**RIOUIP**  15th Word Congress

SLIDES
Endovenous Laser:
the management of Giacomini Vein and Branches



7.



8.

# Lowell Kabnick

## EndoLaser Venous System (980nm) For the Treatment of Saphenous Venous Insufficiency: 7611 Limbs

## RF Vs. Laser: Results

D031576

RIQUIP   15th Word Congress

CURRICULUM VITAE
# Lowell Kabnick

Lowell S. Kabnick, MD, FACS
*Director - Vein Institute of New Jersey, Morristown, USA*



Dr. Kabnick is a graduate of the George Washington University School of Medicine, and received his postdoctoral graduate school training at New York University, Bellevue and Long Island Jewish Medical Center.
He continued his Advanced Vascular Felloship at the prestigious Mt. Sinai Hospital in New York.
He is currently a Senior Attending Physician in the Department of Surgery at Morristown Memorial Hospital.
His practice is limited solely to venous diagnosis and treatment.

Major Teaching Experience
Procedural teaching of venous disorders to visiting MDs-Radiofrequency Closure and laser of the greater saphenous vein, microphlebectomy, laser/sclerotherapy.
Surgical Residents from Morristown Memorial Hospital. Roosevelt Hospital
Physicians Assistants.
Medical Students at UMDNJ University Hospital.

Rio, October 2" to 7", 2005 • Lowell Kabnick

ABSTRACT

# EndoLaser Venous System (980nm) For the Treatment of Saphenous Venous Insufficiency: 7611 Limbs

Lowell S. Kabnick, MD, FACS
*Director - Vein Institute of New Jersey, Morristown, USA*

### Purpose
The purpose of this group is to develop an international registry of patients who have had a procedure utilizing the 980nm wavelength laser. This registry has been developed for the purpose of studying patients with symptomatic chronic venous insufficiency and their responses to the endothermal ablation. Contributing to this registry now but not limited to are physicians from these following countries: Argentina, Brazil, Belgium, Chile, Equador, France, Germany, Italy, Switzerland, United Kingdom, and United States.

### Methods
The nucleus of the IRWG is composed of physicians who are recognized as leaders in the venous field and who have used the 980nm laser for the treatment of CVI. All patients from the doctors' or countries' registries have been submitted for analysis. Analysis of the data will be scrutinized by a sub-committee of the IRWG.

### Results
The US submitted 1933 limbs for Endovenous Ablation with 1799 limbs being treated for GSV insufficiency. There was a reported efficacy rate of 94.88%. Eleven other countries submitted data involving 5678 limbs. 5262 of this cohort were treated GSV with an efficacy rate range 91%-99%. The average closure rate for the total group was 96%. 76% of the registry's patients had ecchymosis, 2.3% parasthesia, .5% burns, .3%DVT, and .023% PE.

### Conclusion
At present, early registry data concerning the use of the 980nm laser for the treatment of saphenous vein insufficiency, reveals that the laser is efficacious and safe. With the development of the International Registry, questions posed concerning CVI in relationship to laser may be answered in a reliable scientific fashion. Furthermore, initially and in the future we expect to develop a consensus doctrine in the utilization of laser wavelength, power, energy and the timing of adjunctive procedures to treat chronic venous insufficiency.

D031578

RIQUIP   15th Word Congress

ABSTRACT

# RF Vs. Laser: Results

Lowell S. Kabnick, MD, FACS
*Director - Vein Institute of New Jersey, Morristown, USA*

Purpose
Minimally invasive procedures have been one of the drivers for manufacturers to develop devices for patient intervention. Because of the perception that less is better, the patients have looked or searched for physicians that perform these minimally invasive procedures, regardless of evidence based medicine. Most physicians have been slow to adopt these procedures while some have been quick to embrace.

The purpose of this presentation is to look at data using minimally invasive devices which were approved as early as 1999 for the ablation of the saphenous vein. My aim is to show that there is enough data to conclude that the endothermal devices used to obliterate the saphenous system should be considered the benchmark for the treatment of saphenous insufficiency and to point out the differences between the two classes of endothermal devices.

Methods
RF and laser registry data and single center data will be compared and contrasted. Understanding the inherent weaknesses with data gathering and authors' conclusions, I will present the data as reported.

Results
Analysis of four year RF data (company registry) revealed a cohort of 916 patients (1120 limbs) treated. Clinical results revealed reflux free GSV veins at one year (375/419) 89%, two years (196/224) 88%, three years (96/112) 86%, and four years (62/72) 86%. Complications from RF treatment were: pulmonary embolism 0.1%, DVT 1.0%, skin burns (12/935) 0.8%, infection 0.2%, parasthesia at one week 12.3% at two years 4.9%. In single center reporting from the USA, efficacy results varied between 90% - 97%.

Single center reports regarding laser reveal GSV closure rates from 93% to 99% with cumulative spawning one to four years. My experience is quite similar using the 980nm laser. In 275 cases (4m-24m), I have a 96% reflux-free rate. In my cohort, there was one parasthesia (disappeared in 3 weeks), 3 DVTs, no PEs, skin burns, or infections. Most patients had some degree of bruising which disappeared within two weeks and the discomfort was controlled with an anti-inflammatory agent.

Conclusion
Presently, although not widely dissimilar, laser appears to be more efficacious in controlling venous reflux. RF causes less discomfort and bruising than Laser. Laser, when used in the continuous mode, causes less bruising and discomfort than previously reported (pulse mode). RF is more complex to use in terms of setup, catheter-char accumulation, catheter cost, catheter pull-back time, and total procedural time.

Nonetheless, the above differences are real and physicians tend to make choices based upon information. It is my feeling that both modalities are a big advancement in the treatment of venous disease and should be the standard for the treatment of saphenous insufficiency.

Rio, October 2 to 7, 2005 • Lowell Kabnick

SLIDES

# EndoLaser Venous System (980nm) For the Treatment of Saphenous Venous Insufficiency: 7611 Limbs

Lowell S. Kabnick, MD, FACS
*Director - Vein Institute of New Jersey, Morristown, USA*


1.


2.


3.


4.


5.


6.

RIOUIP  15th Word Congress

SLIDES
EndoLaser Venous System (980nm) For the Treatment
of Saphenous Venous Insufficiency: 7611 Limbs


7.


8.

# BIBLIOGRAPHY
## RF Vs. Laser: Results

Lowell S. Kabnick, MD, FACS
*Director - Vein Institute of New Jersey, Morristown, USA*

1. Farley B. Data from the Vnus Medical Registry on radiofrequency Closure™, Dec 2004.
2. Farley B. Personal correspondence, Dec 2003.
3. Min R., Khilnani N., Zimmet. Endovenous laser treatment of saphenous vein reflux: long-term results. JVIR 2003; 14: 991-996.
4. Kabnick L. RF vs. Laser, American College of Phlebology - Phlebological Surgery Section News, winter 2004.
5. Weiss R et al. Controlled Radiofrequency Endovenous occlusion using a unique radiofrequency catheter under duplex guidance to eliminate saphenous varicose vein reflux: A 2-year follow-up. Dermatol Surg 2002. 28:38-42.
6. Merchant R. DePalma R. Kabnick L. Endovascular obliteration of saphenous reflux: A multicenter Study. J Vasc Surg 2002. 35:1190-6.
7. Kistner RL Endovascular obliteration of the greater saphenous vein: The Closure procedure. JPn J Phlebol 2002;13:325-33.
8. Merchant R. Long Term outcome of endovascular radiofrequency obliteration for treatment of primary chronic venous insufficiency- five years follow up of a multicentre prospective study. Abstract European Society for Vascular Surgery 2004.
9. Lurie F, Creton D, Eklof B. Kabnick L et al. Prospective randomized study of endovenous radiofrequency obliteration (closure) versus ligation and stripping in a selected patient population (EVOLVeS Study). J Vasc Surg. 2003; 38:207-214.
10. Anastasie B, et al. Laser endoveineux. Phlebologie 2003;56:369-82.

D031583

# Dimitrios J. Kontothanassis

## Mini Invasive Treatment of Varicose Veins On Patients with Liver Cirrhosis Waiting for Orthotopic Liver Transplants (OLTx)

## Endovenous Laser Treatment of Varicose Veins: A Three Years Personal Experience

D031584

RIQUIP  15th Word Congress

## CURRICULUM VITAE
# Dimitrios J. Kontothanassis

Dimitrios J. Kontothanassis M.D



Via Fossato 26/A
44100 Ferrara - Italy
tel: +39 3382464006
e-mail: dkontothanassis@yahoo.it

### General education
Dimitris I. Kontothanassis was born in Thessaloniki, Greece on May 18th 1970.
He graduated high school in July 1987 at which point he enrolled in the medical school at the University of Padova, Italy. He graduated with distinction from the University of Padova in 1996 with a final GPA of 99/110. In March 1996 he passed the European Union's bar exam and enrolled in the Medical Society of Padova. Shortly after graduation, Dimitris Kontothanassis was named a resident in the University Hospital of Padova, reporting to the 1st surgery department of the hospital. In November 2001 he completed his residency requirement with distinction from the University of Padova, School of General Surgery, 1st dept. of Surgery and became a certified general surgeon.
In September 2003 he was named a resident in the University of Verona reporting to the Department of Vascular Surgery.
Dimitris Kontothanassis is fluent in Greek, Italian, and English, and also has good command of the French language.

### Surgical experience
Since 1996, Dimitris Kontothanassis has participated in more than 500 operations as an assistant to a vascular surgeon and in more than 600 operations as an assistant to a general surgeon. He was the lead surgeon in more than 900 operations in the field of vascular surgery (carotid endarterectomies, varicose veins surgery, endovascular varicose veins surgery, aortic and venal aneurysm surgery) and in more than 120 operations in the field of general surgery.