## Honors and Memberships

Dimitris Kontothanassis is a member of the following scientific societies:

- Italian Society of Vascular and Endovascular Surgery (SICVE).
- Italian Society for Vascular Pathology (S.I.A.PA.V.).
- Italian Society of Surgical Fisiopathology (S.I.FI.PA.C.).
- Italian Society for Ultrasound Diagnosis of Vascular Disease(G.I.U.V.).
- A.I.U.C – Associazione Italiana Ulcere Cutanee.
- Triveneta Society of Surgery.

He was an honorary invitee to the world symposium on surgery which took place in Sendai-Tokyo, Japan, (13 April 2001) where he delivered a talk on techniques for carotid artery operations and received the award of best overseas young researcher.
He participated in the organization of the first national course of the Italian Endovenous Laser Working Group, which took place in Pisa, Italy (10-11 February 2005) and he organized the second course of the Italian Endovenous Laser Working Group (IEWG), which took place in Occhiobello (Rovigo), Italy (10-11 June 2005).

## Teaching

Dimitris Kontothanassis has been teaching the laboratory portion of the surgery class at the University of Padova for the last five years. For the last two years, he has also participated in training younger residents in the use of ultrasound diagnostic equipment for the diagnosis of vascular disease. On January 2002 he received the title of Professor in Vascular Surgery at the school of General Surgery - 1st Dept. of Surgery, University of Padova, (Chairman - Prof. D.F. D'Amico).

RIQUIP  15th Word Congress

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

ABSTRACT

# Mini Invasive Treatment of Varicose Veins On Patients with Liver Cirrhosis Waiting for Orthotopic Liver Transplants (OLTx)

D. Kontothanassis [*^], U. Cillo [•], P. Boccagni [•], G. Zanus [•], L. Rampazzo [•], D.F. D'Amico [•]
*University of Padua, School of Medicine - Padua, Italy [•]*
*University of Verona , School of Medicine - Verona, Italy [^]*
*S. Mary's Maddalen Hospital - Occhiobello - Rovigo - Italy [°]*

## Introduction

Endovenous Laser Treatment (ELVeS™) for varicose veins is a new promising procedure which may provide an alternative choice to those patients who are considered a high risk for traditional surgical treatment. We report on some of the first cases of patients with end-stage liver disease listed for liver transplant and undergoing ELVeS™ for long lasting venous insufficiency complicated by bleeding ulceration of the left inferior limb.

## Methods

From September 2002 to May 2004 we treated 7 patients with liver cirrhosis waiting for liver transplant and also suffering from significant, chronic venous insufficiency of the inferior limbs (varicose great saphenous vein). indication include pigmentation, eczema and distal ulceration which had been managed before the operation conservatively and with poor results. In one patient, limb ulceration healed only temporarily and partly due to her impaired coagulative status. bleeding occurred often. Five patients (3M /2F) had liver cirrhosis HCV correlated, 1 patient HBV correlated and 1 patient autoimmune correlated. Child Pugh classification was (A6 B7) in five patients, and B7 in two patients. The mean age of the patients was 54 years (range 43-63). Before starting the operation an echocolordoppler study was performed in order to exclude anatomical variants of the GSV, superficial thrombophlebitis and deep vein thrombosis . All patients were treated under tumescent local anesthesia (60 ml of neutralized 0.25% mepivacaine hydrochloride) and ultrasonographic guidance with 810-nm diode laser energy, delivered percutaneously into the great saphenous vein (GSV) via a 600 μm fiber. The GSV was punctured at about 5 cm below the median condilus of the knee. Instrument settings were: power 12W, pulse duration 1 sec, interval between pulses 1 sec.

## Results

Successful occlusion of the GSV was obtained with complete resolution of clinical symptoms soon after the operation. The patients experienced no adverse reactions after the treatment. At a 15 month mean follow-up they're doing well and absence of flow in the treated veins was demonstrated by echocolordoppler study.

## Conclusions

Endovenous Laser Treatment (ELVeS™) appears feasible and safe for the treatment of varicose veins even in high risk patients such as cirrhotic patients eligible for liver transplant.

D031587

Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • Dimitrios J. Kontothanassis

ABSTRACT

# Endovenous Laser Treatment of Varicose Veins: A Three Years Personal Experience

D. Kontothanassis *^, A. Scuro *^, A. Griso ^, M. Mirandola ^, C. Gavioli *, G. Camporese, *§
S. Scarpa *, L. Rampazzo *
*University of Verona, School of Medicine - Verona, Italy ^*
*University of Padua, School of Medicine - Padua, Italy **
*University of Padua, School of Medicine - Padua, Italy §*

## Introduction
Endovenous Laser Treatment (ELVeS™) for varicose veins is a new promising procedure. We report our findings based on three years of experience with patients in order to demonstrate the efficacy and safety of this technique.

## Methods
From April 2001 to December 2004 256 varicose veins (236 great saphenous veins and 20 lesser saphenous veins), (184F /72M), were treated by the authors. The mean age of the patients was 60.42 years (29-83). The mean diameter of the treated veins was 7.2mm (4-14mm). We thoroughly informed patients about the procedure, operation risks, possibility of disease recurrence in case of recanalization of the vein, and the limited amount of available data on the long term efficacy of this technique, and the patients signed the written informed consent form. Before starting the operation an echocolordoppler study was performed in order to exclude anatomical variants of the GSV, superficial thrombophlebitis and deep vein thrombosis. Under local anaesthesia (2 ml 1% Lidocaine) and ultrasonographic guidance, the GSV was punctured in 182 cases at about 5 cm below the median condilus of the knee, and in 54 case at about 5-10 cm above the Knee ; The LSV was punctured in 7 cases at the external malleolus and in 13 case at 10-15 cm above this. A J-guide wire was inserted into the GSV or LSV and positioned 1cm beyond the sapheno-femoral junction (SFJ) into the common femoral vein or in the sapheno-popliteal junction (SPJ) into the popliteal vein. A 5-F introducer sheath was positioned to cover the J-guide wire. The guide wire and the sheath were flushed and a 600 μm laser fiber (Biolitec®) was inserted at the end of the 5-F intoducer sheath. The sheath was then withdrawn up to a site mark indicating the last 2 cm of the laser fibre.
The correct position of the fibre tip was confirmed by direct visualization of the red transluminant light beam of the laser fibre through the skin. Tumescent local anesthesia (45 ml of 0.25% Mepivacaine hydrochloride, neutralized with sodium bicarbonate) was delivered along the perivenous space under sonographic guidance in order to avoid accidental puncture of the vein. In order to obtain a non-thrombotic occlusion of the vein, laser energy was delivered at 810 nm wavelength in 210 patients and at 980nm in 46 patients, using a 600 μm laser fibre. Instrument settings were: power 12W, pulse duration 1 sec, interval between pulses 1 sec.

## Results
Immediate collapse of the GSV or LSV and absence of flow was assisted after the procedure and confirmed by echocolordoppler study. There was no damage of the femoral vein, no deep vein thrombosis, no skin burns, no paresthesias, no pain, no phlebitis and no other adverse reactions intraoperatively. Postoperative ecchymosis was minimal and observed in almost all patients. Two patients presented immediate recanalizzation after one week and one patient after 2 months (1,17%). Successful occlusion, defined as vein occlusion with absence of flow was noted in 233 GSV (98,8%), and 20 LSV (100%). Complete resolution of clinical symptoms became evident soon after the operation. The echocolordoppler study demonstrated absence of flow in the treated veins. At 7 days, two month, six month, 12 month and 18 month intervals the treated portions of the GSV were not visible on duplex imaging.

## Conclusions
Endovenous Laser Treatment of the GSV seems to offer a safer alternative to traditional surgery (ligation and stripping). Early and mid term results of Endovenous Laser Treatment of incompetent greater and lesser saphenous veins have been promising. This minimally invasive technique appears to be safe, easy to perform, well tolerated, with lower rates of complication and the avoidance of general or epidural anaesthesia. Continued evaluation with a larger numbers of patients and longer-term follow-up are needed to further define the role of endovenous techniques as treatment alternatives in patients with cronic vein insufficiency.

D031588

RIQUIP sudo    15ᵗʰ Word Congress

SLIDES

# Endovenous Laser Treatment of Varicose Veins:
## A Three Years Personal Experience

Dimitrios J. Kontothanassis M.D













76

D031589

Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • Dimitrios J. Kontothanassis



D031590

**RIOUIP** 15ᵗʰ Word Congress

SLIDES
Endovenous Laser Treatment of Varicose Veins:
A Three Years Personal Experience



13.



14.



15.



16.



17.

78

D031591

# Wolfgang Lahl

**Thermometric investigations of the perivenous temperature during endovenous laser therapy of varicose veins**

D031592

**RIQUIP**   15th Word Congress

CURRICULUM VITAE

# Wolfgang Lahl

**PD Dr. Wolfgang Lahl**
*Department of vascular surgery, St. Willehad-Hospital Wilhelmshaven, Germany*



- Priv-Doz Dr. Wolfgang Lahl.

- DOB 10.04.1942.

- Studied at Humboldt-University Berlin, Germany and completed one's degree as a medical specialist for surgery and vascular surgery.

- Habilitation in 1984.

- Since 1992 he is working as a chief physician in the department of vascular surgery at the St.-Willehad-Hospital Wilhelmshaven, Germany.

D031593

Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • Wolfgang Lahl

ABSTRACT

# Thermometric investigations of the perivenous temperature during endovenous laser therapy of varicose veins

Lahl W, Jelonek M, Nagel Th
*Department of vascular surgery, St. Willehad-Hospital Wilhelmshaven, Germany*

What influence does the thermal energy have during the endovenous laser treatment of varices on the perivenous tissue? Is a liquid protection necessary?

## Patients, material, methods

In a study, 63 saphenous veins (great saphenous vein and/or small saphenous vein) were treated with the ELVeS™ endovenous laser system from biolitec AG (980nm diode laser). All the interventions took place in intubation anaesthesia; due to the fact that after the laser application a mini phlebectomy of the branch varicosities was usually carried out in ischaemia by means of Loevqist tourniquet (so called Hybrid procedure). The patients were divided into two subgroups. In the first group (30 saphenous veins, 22 x GSV, 8 x LSV) the perivenous tissue was separated from the saphenous vein through an injection with a physiological sodium chloride solution. The second group (33 saphenous veins, 27x GSV, 6 x LSV) did not receive an injection of a physiological sodium chloride solution into the perivenous tissue. During the laser application the perivenous temperature was measured at the upper thigh 20 cm distal of the junction (Greater saphenous vein) or at the centre of the calf (Small saphenous vein) with a percutaneously inserted thermal element (Mon-a-therm Model 4070, Mallinckrodt Medical, Inc., St. Louis, MO 63042 USA). A laser power of 15W was initiated in a pulsed interval procedure (1,5sec laser pulse, 1,5sec interval with 3mm retraction of the probe). The aim of the examination was to measure the increase of the temperature of the perivenous tissue caused by the applied laser energy as well as to evaluate its effect on the local finding and the general condition of the patient.

## Results

Due to the infiltration a decrease of the tissue temperature to 27.7°C, while without infiltration a tissue temperature of 31.3°C was measured. The infiltration caused an average temperature reduction of 3.4°C. In the group with a perivenous infiltration an average temperature rise of 5.5°C was measured under the laser effect, while in the group without infiltration 10.0°C was measured. The maximum temperature increase was 12.1°C (40.9°C tissue temperature) using a perivenous infiltration and 20.6°C (tissue temperature 49.8°C) without it. At the end of the laser effect 30.9°C was registered in the group

with perivenous fluid and 35.9°C in the group without infiltration. Thermal skin damage was not observed. Isolated burning paraesthesia and indurations appeared in the Saphena region independent from the selected therapy form, whereas the former subsided after a couple of hours and the later after a couple of days. A stronger disturbance of the subjective existential orientation could not be determined with any patient. A pain management was never necessary.

## Conclusion

The study shows that in comparison with the temperatures at the distal end of the intravasal located laser fibre only a moderate perivenous heating occurs. This is tolerated without the application of a perivenous infiltration, since a change of the collagen is to be expected only at temperatures over 50°C and necrosis between 70°C and 100°C. This fact explains the low complication rate of the endovenous laser therapy.
In contrast to the radio frequency method, where the heating of the tissue is caused by direct contact of the probe with the vein wall; the laser pulse produces gas bubbles through the absorption in blood, which transfer their thermal energy homogeneous to the blood and vascular wall. The authors have come to the conclusion that a general nidation of the vein in a perivenous fluid coating is not strictly required in order to avoid thermal damage of the perivenous tissue or post-operative complaints.

81

D031594

RIQUIP  15th Word Congress

SLIDES

# Thermometric investigations of the perivenous temperature during endovenous laser therapy of varicose veins

Lahl W, Jelonek M, Nagel Th
*Department of vascular surgery, St. Willehad-Hospital Wilhelmshaven, Germany*



1.



2.



3.



4.



5.



6.

D031595

Rio, October 2 to 7, 2005 • Wolfgang Lahl

7.


8.


9.


10.


11.


12.


83

D031596

RIQUIP 15th Word Congress

SLIDES
Thermometric investigations of the perivenous temperature
during endovenous laser therapy of varicose veins



13.

14.

15.

16.

17.

18.

84

D031597

Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • Wolfgang Lahl



19.

20.

21.

22.

23.

24.

85

D031598

D031599

# Felizitas Pannier-Fischer

## Endovenous Laser-Treatment of the Small Saphenous Vein

D031600

RIQUIP  15ᵗʰ Word Congress

CURRICULUM VITAE

# Felizitas Pannier-Fischer

**Dr. med. Felizitas Pannier-Fischer**
*Klinik und Poliklinik für Dermatologie der Rheinischen Friedrich-Wilhelm-Universität Bonn, Germany*



| Name | Dr. med. Felizitas Pannier-Fischer |
|---|---|
| Place of birth | Bremen |
| Date of birth | 9.10.1965 |
| Nationality | German |

## Education

| | |
|---|---|
| 1971-1975 | Grundschule der Clementinerinnen, Hürth |
| 1975-1982 | Hildegard v. Bingen - Gymnasium, Cologne |
| 1982-1985 | Ernst - Mach - Gymnasium, Hürth |
| 1985-1986 | Study of German and History, University of Cologne |
| 1986-1989 | Study of Medicine, University of Ulm |
| 1989-1990 | Study of Medicine, University of Bonn |
| 1990-1993 | Study of Medicine, University of Aachen |
| 9.11.1993 | Qualification as a physician |

## Profession

- 12/94-3/97 - Private practice Dres. Kempf & Engels, Aachen, Dermatology, Allergology and Naturheilverfahren.
- 4/97-6/98 - German Medical Department of the Nato-Headquarters HQ Afcent, Brunssum, The Netherlands.
- 7/98-today - Dermatologische Klinik und Poliklinik der Rheinischen Friedrich-Wilhelms-Universität Bonn.
- 1999 - Posterprice of the European Chapter Meeting of the IUP in Bremen Scolarship by the German Society of Phlebology.
- 2000 - Promotion as Dr. med. with the subject: Volume changes of the lower extremities in orthostasis.
- 2001 - Specialisation in Dermatology.
- 2002 - Specialisation in Phlebology.
- 2003 - Specialisation in Allergology.
- 1/2003-today - Endovenous Lasertherapy.
- 5/2004-today - Foamsclerotherapy.
- Since 1998 - Multiple scientific papers and publications in the field of phlebology.

## Scientific projects

- Pathophysiology of CVI.
- Epidemiology of chronic venous diseases.
- Coordination of the Bonn Vein Study on epidemiology of chronic venous diseases.
- Compression-therapy.
- Foam Sclerotherapy.
- Coordination and Initiation of Endovenous Laser treatment of varicose Veins.
- Endovenous Laser treatment of varicose veins.

D031601

Rio. October 2ⁿ to 7ᵗʰ, 2005 • Felizitas Pannier-Fischer

ABSTRACT

# Endovenous Laser-Treatment of the Small Saphenous Vein

Felizitas Pannier, E. Rabe
*Klinik und Poliklinik für Dermatologie der Rheinischen Friedrich-Wilhelm-Universität Bonn, Germany*

## Introduction

Among the new aspects in the treatment of varicose veins, endovenous laser is one of the most promising. The treatment is based on the conversion of light into thermal energy through the absorption of laser-light by hemoglobine or water. Caused by the thermal energy there is a formation of steam bubbles in the treated vein causing a denaturation of tissue and a damage of the endothelial layer. As a secondary effect there is thrombotic occlusion and shrinkage of the vein. Most data was published concerning the treatment of the great saphenous vein.

## Study design

To evaluate the endovenous laser in the treatment of saphenous veins the Bonn Study was performed as a prospective, open, not randomised study with a 980 nm laser. Pulsed pullback with 15 Watt and a pulstime of 1.5 seconds was used. All patients had compression therapy for three weeks and low molecular weight heparine prophylaxis for one week. After the intervention patients were controlled after 1 day, 8 days, 30 days, 180 days and 1 year.

## Patients

89 patients, 27 male and 62 female, were included in the study. The mean age was 55 years, the mean weight 76 kg and mean height 171 cm. The body mass-index was 25,8 kg per m². 26 times a small saphenous vein was treated, 15 right and 11 left legs, mean age 57.4 years, mean BMI 24,2. 13 patients of this group where followed for at least 180 days.

## Results

The occlusion rate was 92,2%. Only in one patient with severe primary thrombocytopenia the treatment was not successful. The recovery time was very short and the patients returned to work after 0,65 days in the mean. Quality of life improved in the CIVIQ score from 45,1 to 28,9 significantly. The mean energy needed was 44 J/cm.

## Summary

Endovenous laser-treatment is a very suitable method to treat small saphenous vein varicose veins. The energy (J/cm vein) needed to occlude the vein seems to be smaller than in great saphenous vein.

## Discussion

Although endovenous laser treatment of the saphenous veins is well established, most of the publications concern the great saphenous vein and a few literature is available about the small saphenous vein. The treatment of the small saphenous vein in general has some special aspects compared with the great saphenous vein. The anatomic situation in the junction has a wide anatomic variability and the recurrence rates after surgery seem to be higher in the small saphenous vein. For the radiofrequency treatment short saphenous vein is no indication. Proebstle published in 2003 41 treated small saphenous veins with the 940 nm laser. Paresthesia occurred in 11% of the cases.

In our series of 26 treated small saphenous veins with the 980 nm laser the occlusion rate was high with 92.2 %. Only one patient with severe primary thrombocytopenia was not successfully treated. The recovery time was very short and the patients returned to work after a mean of 0.6 days. We could show a significant improvement of quality of life using the CIVIQ score with an improvement in the summary score from 45.1 to 28.1. Only one patient showed paresthesia in the lateral ankle region which persisted after 180 days.

In our opinion endovenous laser treatment is a suitable method to treat small saphenous varicose veins. The occlusion rate is high and side effects are very rare.

D031602

**RIQUIP** 15th Word Congress

SLIDES

# Endovenous Laser-Treatment of the Small Saphenous Vein

Felizitas Pannier, E. Rabe
*Klinik und Poliklinik für Dermatologie der Rheinischen Friedrich-Wilhelm-Universität Bonn, Germany*



D031603

Rio, October 2ⁿᵈ to 7ᵗ , 2005 • Felizitas Pannier-Fischer



7.

**Bonn Study - to evaluate endovenous laser in the treatment of saphenous veins - ... patients -**

- n = 23
- gender:        8 male; 15 female
- mean age:      57.4 years (31 - 83)
- mean weight:   69.4 kg
- mean height:   168.7 cm
- BMI:           24.22 kg / m$^2$



8.

**CEAP classification - patients -**

GSV 54                    SSV 29

CEAP:
C2 20.4%        C3 41.0%
C4 19.3%        C5  2.4%
C6 16.7%
Ep As Pr



9.

Bonn Study - to evaluate endovenous laser in the treatment of saphenous veins - ... in all patients -



10.

Bonn Study - to evaluate endovenous laser in the treatment of saphenous veins -



11.

**Endovenous Laser - benefits -**

| Author | year | legs treated | % |
|---|---|---|---|
| **Prochstle** | | | |
| GSV | 2002 | 104 | 45.0 |
| SSV | 2003 | 41 | 46.0 |
| **Bonn Study** | | | |
| SSV | 2004 | 23 | 42.0 |



12.

**Endovenous Laser - pain after treatment -**

| Author | year | legs treated | % |
|---|---|---|---|
| **Prochstle** | | | |
| GSV | 2002 | 104 | 51.0 |
| SSV | 2003 | 41 | 49.0 |
| **Bonn Study** | | | |
| SSV | 2004 | 23 | 66.7 |

91

D031604

RIQUIP
FOUR

15th Word Congress

SLIDES
Endovenous Laser-Treatment of the Small Saphenous Vein



13.



14.



15.



16.



17.



18.

92

D031605