Case 1:04-cv-10019-NMG   Document 175   Filed 02/20/2007   Page 1 of 20

Rio, October 2nd to 7th, 2005 • Felizitas Pannier-Fischer



19.



20.



21.

22.

23.

24.

**RIQUIP** 15th Word Congress

SLIDES
Endovenous Laser-Treatment of the Small Saphenous Vein

25. Brain Study to evaluate ELVeS™ in the treatment of saphenous veins
- Occlusion rate: 22/23 (95.7%)
- One patient with severe thrombocytopenia had no occlusion
- J/cm: 44 (SD 17)

26. Endovenous laser in the treatment of insufficient small saphenous vein

27. Summary
- Endovenous Laser is a save alternative in the treatment of insufficient small saphenous vein
- Moderate pain and ecchymoses are the most frequent side effects
- Severe side effects are rare
- Paresthesia rate reaches 7%
- Occlusion rate is high with 96% in one patient

Rio, October 2" to 7", 2005 • Felizitas Pannier-Fischer

BIBLIOGRAPHY
# Endovenous Laser-Treatment of the Small Saphenous Vein

Felizitas Pannier, E. Rabe
*Klinik und Poliklinik für Dermatologie der Rheinischen Friedrich-Wilhelm-Universität Bonn, Germany*

1. Chang CJ, Chua JJ : Endovenous laser photocoagulation (EVLP) for varicose veins. Lasers Surg Med 2002; 31: 257-62.

2. Fassiadis N, Kianifard B, Holdstock JM, Whiteley MS: A Novel Endoluminal Technique für Varicose Vein Management: The VNUS Closure. Phlebology 2002; 16: 145-148.

3. Gerard JL, Desgranges P, Becquemin JP, Desse H, Melliere D: Feasibility of ambulatory endovenous laser for the treatment of greater saphenous varicose veins: one-month outcome in a series of 20 outpatients. J Mal Vasc 2002; 27: 222-5.

4. Lahl W, Jelonek M, Nagel T: Thermometrische Untersuchungen zur perivasalen Temperatur bei endovenöser Lasertherapie der Varikosis. Vasomed 2004; 16: 132.

5. Min RJ, Zimmet SE, Isaacs MN, Forrestal MD: Endovenous Laser Treatment of the Incompetent Greater Saphenous Vein. J Vas Interv Radiol 2001; 12: 1167-1171.

6. Min RJ, Khilnani N, Zimmet SE: Endovenous laser treatment of saphenous vein reflux: long term results. J Vasc Interv Radiol 2003; 14: 991-6.

7. Navarro L, Min RJ, Boné C: Endovenous Laser: A New Minimally Invasive Method of Treatement of Varicose Veins – Preliminary Observations Using an 810 nm Diode Laser. Dermatol Surg 2001; 27: 117-122.

8. Pannier F, Proebstle TM: Endovenöse Laserbehandlung der Varikose. In: Rabe E (Hrsg.): Grundlagen der Phlebologie. 3. Auflage 2003, Viavital Köln.

9. Proebstle TM, Lehr HA, Kargl A, Espinola-Klein C, Rother W, Bethge S, Knop J: Endovenous Treatment of the Greater Saphenous Vein with a 940 nm Diode-Laser: Thrombotic occlusion after Endoluminal Thermal Damage by Laser-Generated Steam Bubbles. J Vasc Surg 2002; 35: 729-736.

10. Proebstle TM, Sandhofer M, Kargl A, Gül D, Rother W, Knop J, Lehr HA: Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood. Dermatol Surg 2002; 28: 596-600.

11. Proebstle TM , Pannier FM, Schuller-Petrovic S, Offermann M, Hohenleutner U.: Konsensus zur endovenösen Lasertherapie der Varikose. Phlebologie 2004; 14: 98-104.

12. Proebstle TM, Gül D, Lehr HA : Infrequent early recanalization of the greater saphenous vein after endovenous laser treatment. J Vasc Surg, 2003; 38: 511-6.

13. Proebstle TM, Gül D, Kargl A, Knop J: Endovenous Laser Treatment of the Lesser Saphenous Vein with a 940 nm Diode Laser – Early Results. Dermatol Surg 2003; 29: 357-61.

14. Proebstle TM, Gül D, Kargl A, Knop J: Non-Occlusion and early reopening of the great saphenous vein after endovenous laser treatment is fluence dependent. Dermatol Surg, 2004; 30: 174-8.

15. Weiss RA: Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model. Dermatol Surg 2002; 28: 56-61.

16. Zimmet SE, Min RJ : Temperature changes in perivenous tissue during endovenous laser treatment in a swine model. J Vasc Interv Radiol 2003; 14: 911-15.

D031608

D031609

# Jorge Enrique Soracco

## Treatment of Cavernous Haemangioma by endoluminal Laser application

## Modern therapeutic alternative by endoluminal application of laser on the treatment of superficial venous incompetence of the lower limbs

D031610

RIQUIP   15th Word Congress

CURRICULUM VITAE
# Jorge Enrique Soracco

Dr. Jorge Enrique Soracco
*Hospital Militar Central Buenos Aires, Argentina*



Dr. Soracco Jorge Enrique
Riobamba 451, 2do. "A", 1025. Capital Federal.
Buenos Aires. República Argentina
54-011-4374-2549
jsoracco@fibertel.com.ar

- Surgeon & MD
- Vascular Surgeon (CACCV)
- Specialized in Phlebology (AMA)

D031611

Rio, October 2nd to 7th, 2005 • Jorge Enrique Soracco

## ABSTRACT
# Treatment of Cavernous Haemangioma by endoluminal Laser application

Dr. Jorge Enrique Soracco
*Hospital Militar Central Buenos Aires, Argentina*

### Introduction
Virchow divided vascular abnormalities in: simple angiomas, cavernous angiomas and racemes angiomas. In 1982 Mulliken and Glowacki described a new classification based on biological, immuno-histochemical, radiological and haemodynamic differences.

So we can divide two big groups by: haemangioma and vascular malformations. The first ones are developed during childhood and grow by cellular proliferation and then involve spontaneously. The second are the product of alterations during vascular morpho-genesis and as a result are all congenital, could not manifest until youth or adulthood and are divided on: capillary, venous, arterial and lymphatic.

The objective of this communication is to present the treatment of vascular malformation under flow, which means pure malformations, using endoluminal laser under guided ultrasound.

From these vascular malformations the venous are the most frequent. They are formed by abnormal vessels of slow flow and walls formed by mature endothelium and deficient muscle; which lost its independency by communicating between them. They appear on areas with capillary which means any area of the body and could be varicosities or lobular.

They are frequent on skin and limb muscles, bone and liver depending on the symptoms and topography. The ones which are non accessible by direct exploration are diagnosed by the haemorrhage they can cause (e.g. on mucosa) or by compression (brain or spine). Only the skin ones are manifested from the beginning.

From the start they have a simple structure and when the surrounding vessels are transformed by atrophy of the wall, they get thinned and perforate becoming a "bad of blood" and receiving the name of cystic angioma, cyst haemangioma or blood cyst.

In all cases previous treatment needs to be assessed as well as the compromise of nervous system beginning by the treatment of the more symptomatic (haemorrhage, pain and tumour).

The indicated therapies have changed and radiotherapy, cryotherapy, electro coagulation and compression have been described with different results. The intra-lesion sclerosis gave good results on small and delimited lesions or with more sessions on larger lesions.

Surgery is a resource that has been frequent in our area with a large index of recurrence. More recently, with the advent of new technologies such as laser, a better knowledge of the light-tissue interactions and by studying favourable results on the treatment of varicose veins of the lower limbs, endoluminal application by eco-guided laser treatment of venous malformations has been used.

### Materials and Method
We show the treatment of a male patient, 13-year-old, with a low flow vascular malformation and the left arm and hand. He had three previous surgeries with recurrence.

We used a 980nm diode laser (biolitec AG, Germany) under neurolepto-anaesthesia and with guided ecography.
For delivery of the energy a 400um fibre was used by inserting per-cutaneously applying powers between 8 and 12 watts in continuous mode according to the size of the lesion.
By ultrasound we observed the photo-thermal coagulation of the cavities. Elastic-compression was indicated for a period of 30 days.

### Results
Up to date, after one year of this laser treatment, the patient presents no recurrence. Technically, the treatment is quick and well tolerated (no pain) with post-procedure haematomas but of fast resolution.

### Conclusion
We believe this is a valid therapeutic alternative for this pathology that so far has results with very variable outcome. The procedure is simple, of low risk and with a better aesthetic resolution being also easy to re-treat if necessary.

ABSTRACT

# Modern therapeutic alternative by endoluminal application of laser on the treatment of superficial venous incompetence of the lower limbs

Dr. Soracco Jorge E., Dr. López D'ambola Jorge
*Hospital Militar Central Buenos Aires, Argentina*

### Introduction
The universally accepted techniques for the treatment of superficial venous incompetence of lower limbs are: sclerotherapy, ambulatory phlebotomies and saphenous vein stripping with sapheno-femoral ligation.

On the constant search for less invasive treatments to solve this pathology other techniques like eco-guided sclerotherapy, mono-polar electro coagulation, cryo-therapy and bipolar radiofrequency have been developed.

Thanks to a better understanding of light-tissue interaction and the advances on laser technology, back in 1998 a new endoluminal laser treatment for saphenous incompetence and its branches was introduced in Spain. We started applying this method by the end of 1998 publishing our first data by April and September 2000.

The objective of this presentation is to communicate our results on the treatment of superficial venous incompetence of lower limbs, internal saphenous systems and its branches by laser photo-thermal obliteration (ELVeS™) of patients with sapheno-femoral and/or sapheno-popliteal incompetence diagnosed clinically and by eco-Doppler. We surgically ligated the cross and its branches treating the incompetence by laser.

### Materials & Methods
We used a 15 watts diode laser of 980nm of wavelength (biolitec AG, Germany) and quartz flexible fibre optics from 220 to 600 microns of diameter delivering powers between 3 and 14 watts on continuous mode.

The whole incompetent length of vessel was treated (from distal to proximal on veins with valve incompetence) by inserting the fibre devices through an 18g needle.
Dilated collaterals were treated using the same approach by per-cutaneous insertion adjusting power to the diameters and conditions.

On our private practice we treated 118 patients between May 2004 and May 2005, of which 78 were female and 40 male with an age range from 23 to 72 with a total of 198 internal saphenous veins and 62 external saphenous veins. On our previous communications, we worked with an 810nm laser but we found advantaged with the later wavelength being 980nm more selectively absorbed by the target and less power required for a successful application. Furthermore, the unit we are using presently allows the use of 220um fibres to treat smaller diameters of veins with an easier access.

### Results
We consider as collateral effects the following: haematoma on the needle insertion site and sometime on portions of the length treated. Fibrosis can also remain for up to 6 months and transitory hypo-aesthesia of the short saphenous vein as a result of thermal damage of the saphenous nerve.
Some hyper-pigmentation on patients with skins prone to this problem but with spontaneous resolution.

### Conclusion
The endoluminal laser treatment of varicose veins is a valid therapeutic alternative to the conventional treatments and we found advantages on the results by using a 980nm laser.
The post-operative time is reduced significantly with less pain and less haematomas, better aesthetic result and a faster return to normal activities. The rate of occlusions on the presented data is 98.35% so far which stimulates the continuity of development on this exciting method.

Rio, October 2nd to 7th, 2005 • Jorge Enrique Soracco

SLIDES
# Treatment of Cavernous Haemangioma by endoluminal Laser application



RIQUIP 15th Word Congress

SLIDES

# Modern therapeutic alternative by endoluminal application of laser on the treatment of superficial venous incompetence of the lower limbs

Dr. Soracco Jorge E., Dr. López D'ambola Jorge
*Hospital Militar Central Buenos Aires, Argentina*



1.



2. Surgical resection of the cross and ligation with later fibre visualization



3.

Rio, October 2nd to 7th, 2005 • Jorge Enrique Soracco

BIBLIOGRAPHY
# Treatment of Cavernous Haemangioma by endoluminal Laser application

Dr. Soracco Jorge E., Dr. López D'ambola Jorge
*Hospital Militar Central Buenos Aires, Argentina*

1. Anderson, R.R., Margolis, R., et al, "Selective photothermolysis of cutaneous pigmentation by Q-swichted Nd:Yag laser pulsed at 1064, 532 and 355 nm". J. Invest. Dermatol. 93: 28-32, 1989.

2. Anderson, R. R., Parrish, J. A., "The optics of human skin", J. Invest. Dermatol. 1981, 77: 13-19.

3. Anderson.R.R., Parrish, J. A., "Selective photothermolysis: Precise microsurgery by selective absorption of pulsed radiation". Science, 1983, 220: 524-527.

4. Boné Salat, C., "Tratamiento endoluminal de las várices con láser de diodo, estudio preliminar", Patol. Vascular, Vol. V. Enero 1999, N°1, 31-39.

5. Dixon, John A., "Surgical applications of lasers", Second edition, Year Book Medical Publisher, inc., 1987.

6. Goldman and Fitzpatrick, "Cutaneous laser surgery", Mosby, 1994.

7. Ortiz R. F., Zelaya M. R., "Análisis de la tecnología láser de diodo semiconductor de alta potencia y aplicaciones en cirugía médica", Cap. 4° biofísica del láser e interacción con los tejidos. Tesis, 1998.

8. Parrish, J. A., Anderson R. R., Harrist T., et al., "Selective thermal effects with pulsed irradiation from laser. From organ to organelle, J. Invest. Dermatol., 1983, 80: 755.

9. Poche Reinhard, "Histopatología de las venas de los miembros inferiores y su relación con la fleboesclerosis". Atlas de flebología, Altenkamper, Eldenburg, Vol 3, 1993, 91-109.

10. Sidhu MK, Perkins JA, Shaw DW, Bittles MA, Andrews RT., Ultrasound-guided endovenous diode laser in the treatment of congenital venous malformations: Preliminary experience. J. Vasc Interv. Radiol. 2005 Jun; 16 (6): 879-84.

11. Ferreira Julio. Malformación vascular venosa del miembro superior. Comunicación personal, Congreso mundial de flebología. Roma, Sept. 2001.

12. Pascual Castroviejo I, López Gutierrez JC, Pascual SI, Rafiac S. Alarcón Palacio J. Hemangiomas y malformaciones vasculares cutáneas y patología asociada Un nuevo síndrome neurocutáneo. Doyma An Pediatr 2003; 58; 339-349.

13. Intralesional bare fiber laser treatment of hemangioma of infancy. Plast. Reconstr Surg 1998; 101; 1212-7.

14. Berenguer Fröhner B., Enríquez de Salamanca Celada J., Gonzalez Meli B., Rodríguez Urcelay P. No todas las manchas vasculares son angiomas. An Esp Pediatr 2002; 56: 127-138.

15. Mulliken JB, Glowacki J., Hemangiomas and vascular malformations in infants and children: A clasification based on endotelial characteristics. Plast Reconstr Surg 1982; 69: 412.

BIBLIOGRAPHY

# Modern therapeutic alternative by endoluminal application of laser on the treatment of superficial venous incompetence of the lower limbs

Dr. Soracco Jorge E., Dr. López D'ambola Jorge
*Hospital Militar Central Buenos Aires, Argentina*

1. ANDERSON, R.R., MARGOLIS, R. Et AL. "Selective photo-thermolysis of cutaneous pigmentation by Q-switched Nd-YAG laser pulsed at 1064, 532 and 355 nm". J. Invest. Dermatol.1989, 93: 28-32.

2. ANDERSON, R.R., PARRISH, J. A., "The optics of human skin". J. Invest. Dermatology. 1981, 77: 13-19.

3. ANDERSON, R. R., PARRISH, J. A. "Selective photo-thermolysis: Precise microsurgery by selective absorption of pulsed radiation". Science, 1983, 220: 524-527.

4. BONE C., "Tratamiento endoluminal de las várices. Estudio preliminar". Tesina Master Universitario de Baleares de Medicina Estética. Palma Mallorca. Octubre 1998.

5. BONE C. " Tratamiento endoluminal de las várices con láser de diodo, estudio preliminar". Patol. Vascular. Vol. V. Enero 1999. N° 1, 31-39.

6. CHANDLER J. G., PICHOT, O., et al. "Treatment of primary venous insufficiency by endovenous saphenous vein obliteration". Vasc. Surg. Vol 34. June 2000.

7. DIXON, John A., " Surgical applications of lasers". Second edition. Year Book Medical Publisher inc., 1987.

8. GOLDMAN AND FITZPATRICK, "Cutaneous laser surgery". Mosby, 1994.

9. MIN R., "Endovenous laser treatment of varicose veins". Vein Line; Vol 2 , N°2 Sept 2000.

10. MIN R., "Percutaneous endovenous laser treatment of varicose veins". Vein Line; Vol 2. N° 3. January 2001.

11. ORTIZ R., ZELAYA M. R., "Análisis de la tecnología láser de diodo semiconductor de alta potencia, aplicaciones en cirugía médica". Cap 4°. Biofísica del láser e interacción con los tejidos. Tesis, 1998.

12. PARRISH, J. A., ANDERSON R.R., HARRIST T. ET AL., "Selective thermal effects with pulsed irradiation from laser, from organ to organelle. J: Invest. Dermatol., 1983, 80: 755.

13. POCHE REINHARD, "Histopatología de las venas de los miembros inferiores y su relación con la fleboesclerosis". Atlas de flebología. Altenkamper, Eldemburg. Vol 3, 1993, 91-109.

14. SORACCO J., L. DAMBOLA J. "Fototermoobliteración intravascular de venas varicosas de los miembros inferiores". Flebología. Año 24. N°1, Abril 2000.

15. SORACCO J., L DAMBOLA J., CIUCCI J. L. "Láser endovascular en la insuficiencia venosa superficial. Rev. Panam. de Flebología y Linfología N° 3. Sept 2000.

16. SORACCO J., L DAMBOLA J., CIUCCI J. L., Fototermoobliteración venosa láser en la insuficiencia venosa superficial. FOTOV*. Flebología Año 25 N° 1, 11-14. Abril 2001.

# Carlo Spartera

## Endovenous laser treatment (ELVeS™) in saphenous vein insufficiency. Preliminary study.

D031618

RIQUIP    15th Word Congress

CURRICULUM VITAE
# Carlo Spartera

**Prof. Carlo Spartera**
*Department of Vascular Surgery, University of L'Aquila (Italy)*



Born in Rome on 8th March, 1944, Prof. Carlo Spartera studied medicine at the University of Rome, graduating with honours in 1968.
Specialising in Vascular Surgery, General Surgery and Urology, he practised medicine first at the School of Prof. Stefanini and then of Prof. Fiorani.
Professor of Band II Vascular Surgery, at the La Sapienza University of Rome from 1982 to 1986.
He was appointed Professor of Band II Vascular Surgery, at the University of L'Aquila in 1986.
Since 1987 he has been Permanent University Professor of Band I Vascular Surgery, at the Faculty of Medicine and Surgery of the University of L'Aquila.
Director of the Department of Vascular Surgery at the S. Salvatore Public Hospital, with an agreement made with U.L.S.S. No. 6 of L'Aquila (since 1988).
Director of the School of Specialisation in Vascular Surgery of the Faculty of Medicine and Surgery at the University of L'Aquila (since 1989).
Chairman of the Doctors' Council of the Faculty of Medicine and Surgery at L'Aquila (1990-1998).
Director of the Department of Surgical Sciences at the University of L'Aquila (since 1998)
Vice-chairman of the Association of Band I Vascular Surgeons (since 1998).
Representative of the Department Directors on the Academic Senate of the University of L'Aquila (since 2003).

He was a member of the Board of Management of the Italian Society of Vascular and Endovascular Surgery (SICVE) from 1998 to 2002.
Italian representative on the Board of Management of the European Society for Vascular Surgery (ESVS) from 2000 to 2003.
Italian representative of the International Association of Vascular Surgery (AIVS) from 1994 to date.
He is currently part of international research programmes in association with leading scientific centres, taking part in several national and international scientific trials.

He is a member of the leading Italian and foreign scientific societies of vascular surgery.

Prof. Carlo Spartera's surgical experience consists of over 6,000 operations in the sector of surgery on arteries, such as carotid arteries, abdominal and peripheral aorta aneurysms, with both technical and endovascular techniques, and in venous diseases, among which is laser treatment of varicose veins of the legs (ELVeS™).
He was among the first Italian surgeons to perform operations on carotid arteries under local anaesthetic, providing a major contribution to improvement of the results in the difficult field of prevention of cerebral infarction.

Rio, October 2'' to 7'', 2005 • Carlo Spartera

# ABSTRACT

# Endovenous laser treatment (ELVeS™) in saphenous vein insufficiency. Preliminary study.

Spartera C., Mastromarino A., Cucciolillo L., Petrassi C., Ventura M.
*Department of Vascular Surgery, University of L'Aquila (Italy)*

## Aim
The aim of this study is to verify the efficacy of this new method of treatment for chronic venous insufficiency.

## Materials and methods
From 1/09/2002 to 30/09/2004 we have treated 15 0 patients with internal saphenous vein insufficiency with ELVeS™ treatment. The laser devise used has a diode source with energy emission to 810 nm. We performed the procedure in operative room in all cases. In the cases of percutaneous insertion, we used the ecodoppler intraoperative evaluation.
The ecodoppler control was performed in all cases to test the endoluminal and sapheno-femoral cross right position. This is also confirmed by skin transillumination.
General anaesthesia was used only in firstly 7 (4.6%) patients; peridural anaesthesia was performed in 38 (25.4%) patients while loco-regional anaesthesia in 105 (70%).
In all cases in whom it was necessary, we performed flebectomies with Muller technique.

## Results
In firstly two (6%) cases we observed an uncompleted but asymptomatic saphenous vein obliteration due to an incorrect technique. In 138 (92%) there was a completed saphenous vein obliteration at one month ecocolordoppler control and the ecocolordoppler vein identification was very difficult at 4 month follow-up. The firstly 21 (14%) patients have been submitted to six months ecocolordoppler control with completed obliteration of treated vein in all cases.
At 12 mounths follow-up we have controlled 90 patients with a complete vein obliteration in 87 patients with symptoms free in 90 patients. At 24 mounths follow-up we have controlled 40 patients with 37 complete vein obliteration.

## Conclusions
The modern surgery has the necessity to become the most "miniinvaded" as possible. The laser treatment, in our opinion and on the ground of literature data, may be the real reply to traditional surgery in chronic venous insufficiency because avoid the skin cuts, and their possible complications, with optimal early and late surgical results.

D031620

15th Word Congress

SLIDES

# Endovenous laser treatment (ELVeS™) in saphenous vein insufficiency. Preliminary study.

Spartera C., Mastromarino A., Cucciolillo L., Petrassi C., Ventura M.
*Department of Vascular Surgery, University of L'Aquila (Italy)*



Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • Carlo Spartera



**RIQUIP** 15th Word Congress

SLIDES
Endovenous laser treatment (ELVeS™) in saphenous vein insufficiency.
Preliminary study.



13. 14. 15. 16. 17. 18.

Rio, October 2" to 7", 2005 • Carlo Spartera



RIOUIP  15th Word Congress

BIBLIOGRAPHY

# Endovenous laser treatment (ELVeS™) in saphenous vein insufficiency. Preliminary study.

Spartera C., Mastromarino A., Cucciolillo L., Petrassi C., Ventura M.
*Department of Vascular Surgery, University of L'Aquila (Italy)*

1. Navarro L., Min RJ., Bonè C.: Endovenous Laser: a new minimally invasive method of treatment for varicose veins. Preliminary observations using an 810nm laser. Dermatol Surg 2001;27:117-122.

2. Magi G., Antonelli P., Nardoianni V.: Trattamenti endovasali conservativi: ELVeS™-Terapia Laser Endovenosa. Cenesthesis 3:36-42.2002.

3. Min R.: Laser best in the long-term. Vascular News issue 17, February 2003.

4. Lefevre M., Vilardebo A.: Mesures preventives lors de la chirurgie premiere de la grande saphene pour prevenir les recidives variqueuses. Phlebologie 51:449-455,1998.

5. Coget J.M., Merlen J.F. : Reflexions a propos des varices recidivantes. Phlebologie 35:529-532,1985.

6. Welter HF, Mose T, Kattmann R: Crossectomy-exhairesis-striping-laser therapy. How even refractory varicose veins respond to treatment. MMW Fortschr Med Dec 5;144(49):47-50.2002.