# Giorgio Spreafico

How and why the endovenous laser works:
histopathological observations on the great saphenous vein treated
with a 980 nm laser - ELVeS™ technique

How and why the endovenous laser works:
ultrasound and MRI imaging of veins treated
with a 980 nm laser - ELVeS™ technique

Treatment of a large cockett's perforating vein
with a 980 nm laser - ELVeS™ technique
in a patient with an open recurrent ulcer

Treatment of venous ulcers
with a 980 nm laser - ELVeS™ and WHELL™ techniques

D031626

**RIQUIP** 15th Word Congress

# CURRICULUM VITAE
## Giorgio Spreafico

Dott. Giorgio Spreafico
*Dept. of Day Surgery, University-Hospital of Padova, Italy*



Born in Reggio Emilia on 13/09/1949; Graduated in Medicine and Surgery in 1974 at the University of Padua.
Specialised in General Surgery in 1979 at the University of Padua; pass with honours in General Surgery in 1983; specialised in Vascular Surgery in 1984 at the University of Milan; specialised in Chest-Lung Surgery in 1989 at the University of Padua.

Intern student at the Special Surgical Pathology Institute at the University of Padua from 1972 to 1974; University Medical Intern with health-care assignments at the Special Surgical Pathology Institute from 1976 to 1979 and at the III General Surgical Medicine Institute from 1979 to 1982.
Head Assistant at the Department of Special Surgical Pathology and Clinical Teaching from 1975 to 1979; Medical Instructor for teaching Special Surgical Pathology and Clinical Teaching for the academic years from 1974 to 1978.
First Aid Service Assistant of the Dolo Hospital from 1975 to 1983.
Assistant of the General Surgery Division of the Dolo Hospital from 1983 to 1986;
Joint Aid of the Division of General Surgery at the Dolo Hospital from 1986 to 1993.
Associate Doctor of the 4th Institute of Surgical Medicine from 1994 to date.
Holder of free annual professional contract with the Padua Hospital Trust from 2000 to date.
Author or approximately 200 publications and abstracts of reports given at national and international Conferences.

D031627

Rio, October 2″ to 7″, 2005 • Giorgio Spreafico

ABSTRACT

# How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser - ELVeS™ technique

G. Spreafico*, A. Cecchetto**, R. De Caro***, V. Macchi***, A. Piccioli*, U. Baccaglini*
*     Dept. of Day Surgery, University-Hospital of Padova, Italy
**    Dept. of Pathology, University of Padova, Italy
***   Dept. of Anatomy, University of Padova, Italy

Purpose
In order to better understand the mechanism of the endovenous laser, 5 patients who had given their informed consent underwent, first endovenous laser treatment with the ELVeS™ technique using a 980 nm laser and, then, in the same surgical session, removal of the great saphenous vein trunk using an exovenous stripping technique. About 30 minutes passed between the endovenous laser treatment and stripping.
The stripped trunk underwent histological examination. Samples were stained with H and E: Azan Mallory; Weigert-VanGieson.

Results
The poster illustrates several histopathological patterns of the effect of the laser on the vein wall. Specifically: contact of the optical fibre with the wall of the vein, the focal oedema of the media, modification of the intercellular cement, loss of the endothelium, separation and disruption of the hyperplasia of the intima, delamination of the media, alteration of the collagen, modifications of the cell nuclei of the media and the heat-induced thrombus.

To conclude
The effect caused by the 980 nm endovenous laser - ELVeS™ technique is extensive and in-depth damage to the vein wall, which triggers the process of sclerosing of the wall itself.
The pathological lesion is not limited to the intima, which differentiates endovenous laser treatment from sclerotherapy. Demonstration of the denaturation of the collagen of the media is proof of in-depth penetration of the heat into the vein wall and can explain the reduction of its diameter, as observed in the post-operative ultrasound, through the mechanism of shrinkage of the collagen.

Conclusions
It is important to try and get a better understanding of the effect of the intravenous laser on the vein, to identify some histological pictures of thermal damage to the vein; and to use this information for possible improvements of the intravenous laser technique.

It is important to find a contact of the fibre optic with the venous wall, with various degrees of penetration in the wall itself. This picture justifies the possibility of perforations.

Thermal damage to the vein is not restricted to the tunica intima but is deeper and extensively affects the tunica media. This is the primum movens of the subsequent process of sclerosis. In this aspect, the intravenous laser is different from sclerotherapy, where damage to the wall is more superficial.

The thickness and histological morphology of the varicose vein wall are very variable from patient to patient and in different sections of the saphenous trunk in the same patient.

RIQUIP  15th Word Congress

ABSTRACT

# How and why the endovenous laser works: ultrasound and MRI imaging of veins treated with a 980 nm laser - ELVeS™ technique

G. Spreafico*, A. Gongolo**, I. Shariat Razavi***, L. Kabnick****, U. Baccaglini*
* Dept. of Day Surgery, University-Hospital of Padova, Italy
** Dept. of Radiology, Hospital of Dolo, Italy
*** MRI Consultant, Hospital of Dolo, Italy
**** Veins Institute, New Jersey, USA

### Purpose
To understand the effect of the 980 nm laser - ELVeS™ technique - on vein wall and to evaluate evolution of the treated vein in time.

### Materials and methods
Top-of-the-range echocolordoppler equipment (Siemens Elegra with Sie-Scape panoramic imaging and multifrequency linear array 5-13 MHz and Esaote Technos with multifrequency array 5-10 MHz) and MRI (Philips Intera Omni 1 T with dedicated synergy coil, using T 1 weighted spin-echo images and T2 weighted turbo spin-echo images) were used. The treated vein was examined from the junction ( or from the uppermost point treated) as far as the point of entry of the optical fibre. 150 patients were examined with the echocolordoppler, 10 patients by MRI and 8 using both methods, in a follow-up period comprised between 48 hours and 24 months after treatment. 75 patients were examined on several occasions at various stages of the follow-up period.

### Results
Several patterns of the saphenous trunk, of the junction and of the thrombus examined using US and RMI techniques, will be described and several hypotheses for interpreting the images will be discussed.

### Conclusion
Top-of-the-range echocolordoppler and MRI can open a window enabling the results of the endovenous laser technique to be "seen" in greater detail, so as to understand its mechanism better and optimise the intervention.

### Conclusions
The use of high-band ultrasound equipment and NMR makes it possible to obtain detailed information on the effect of the intravenous laser on the blood, on the vein wall and on the perivenous tissue.

At the level of the femoral saphenous vein junction, the laser treatment produces an anatomical and haemodynamic result, that can be classed into three types, I-II and III.
The classification of the result according to these parameters should make it possible to monitor the progress over time of the various types of result and, if necessary, adapt the laser technique in order to obtain the desired result.

At the level of the trunk, various aspects are seen both by the endoluminal thrombus and the vein wall. In this case, also, identification of some patterns should help choose the best technique for performance with the intravenous laser (for example: continuous versus pulsed; optimum Joules dosage) and permit X-ray images to be connected to clinical results.

Rio, October 2 to 7, 2005 • Giorgio Spreafico

ABSTRACT

# Treatment of a large cockett's perforating vein with a 980 nm laser - ELVeS™ technique in a patient with an open recurrent ulcer

G. Spreafico, E. Giraldi, U. Baccaglini
*Dept. of Day Surgery, University-Hospital of Padova, Italy*

In the treatment of venous ulcers, stopping reflux from incompetent perforating veins can contribute towards lowering venous hypertension and therefore towards accelerating healing of the ulcers and lowering the rate of recurrence.

The poster presents the case of a 39 year-old man who had already undergone removal of the great saphenous vein in the past, suffering from an internal malleolar ulcer recurring for the fifth time (CEAP: C6s Ep Ap18 Pr) and presenting a large (14 mm) refluxing Cockett's perforating vein near to the ulcer.

The perforating vein was occluded using the ELVeS™ endovenous laser technique with a 980 nm laser and a 360 micron optical fibre. The ELVeS™ technique is very simple and consists of: ultrasound guided puncture of the perforating vein, introducing the optical fibre through the needle, checking its position with ultrasound, local anaesthesia under ultrasound guide and firing of the laser.

The patient was treated as an out-patient under purely local anaesthesia and was able to resume his personal activities and job immediately. The echocolordoppler examination, 48 hours later, showed that the perforating vein was occluded and the posterior tibial vein, from which perforator originated, was open and competent. 20 days after treatment of the perforating vein the ulcer had healed. In the meantime, the patient complained of no particular problems and was able to continue his physically demanding job.

To conclude, endovenous laser treatment can help to accelerate healing of the ulcer and to lower the rate of recurrence.
By comparison with other available techniques for treating perforating veins, it is definitely less invasive and less expensive than surgery (whether open Linton, or endoscopic, SEPS, procedure) and more effective than sclerotherapy, which in our experience does not lead to particularly good results with direct and large-diameter perforating veins.

Conclusions
The intravenous laser (ELVeS™ technique) can be a useful and effective instrument for the treatment of forms of severe chronic venous insufficiency, such as the venous ulcer (C6), for example. For this condition, the intravenous laser makes it possible to obtain thermoablation of saphenous trunk - collateral and perforating veins. This case shows treatment in the outpatients' department of a large Cockett perforating vein (14 mm caliber), the cause of a repeatedly relapsing venous ulcer.

The ELVeS™ technique is simple, non-aggressive, effective and can be carried out in the outpatients' department.

In this case, the intravenous laser seemed to us the best technique compared to surgery (more aggressive and expensive) and sclerotherapy (less effective).

ABSTRACT

# Treatment of venous ulcers with a 980 nm laser – ELVeS™ and WHELL™ techniques

G. Spreafico*, JL. Gérard**, G. Magi***, E. Giraldi*, U. Baccaglini*
*   Dept. of Day Surgery, University-Hospital of Padova, Italy
**  Hopital Henri Mondor, Paris, France
*** Casa di Cura San Giuseppe, Arezzo, Italy

Purpose
To evaluate the possibilities, the results and the methodologies for using the 980 nm laser with the ELVeS™ and WHELL™ techniques for local and aetiological treatment of venous ulcers.

Materials and methods
For local treatment the 980 nm laser was used via the transdermal route (WHELL's technique) for debridement and biostimulation of the ulcer. For aetiological treatment, the 980 nm laser was used via the endovenous route (ELVeS™ technique) to block reflux in the saphenous veins, in the perforating veins and in the collateral feeding veins of the ulcer. 55 patients were treated in the period September 2001-March 2005, 28 male and 27 female, age ranging from 39 to 93 (mean age 70).
25 patients had open ulcers and 30 healed ulcers. 55 patients underwent ELVeS™ treatment in order to occlude the great saphenous vein (38), the short saphenous vein (12), the perforating veins (4) and the feeding veins (10). In 9 patients more than one segment of vein was treated in the same session. 5 patients underwent local WHELL™ treatment, in 4 of whom as the only treatment and in 1 associated with endovenous treatment. Of the 25 open ulcers, 1 ulcer failed to heal. 1 patient had recanalization of the treated vein. No major complications occurred.

Conclusion
The 980 nm laser has proved itself as a simple technique, both for transdermal (WHELL™ technique) and endovenous treatment (ELVeS™ technique) for out-patients. It can be carried out on and is accepted also by elderly patients. The results are excellent in terms both of healing of the ulcer and of occlusion of the treated segments of the saphenous vein, with a very low rate of complications.

Conclusions
The ELVeS™ technique is a procedure already widely used in the treatment of cases of saphenous reflux, with excellent results in terms of efficacy and safety.

The ELVeS™ technique can be used in patients with ulcer, to treat the reflux in the saphenous trunks, and in the perforating and collateral veins (feeding veins).

The ELVeS™ technique can be performed both in Day Surgery and in the outpatients' department: under local anaesthetic; with low morbidity (no major complication) and minor complications that are small and infrequent. It is well-tolerated by the patients, who do not see it as a surgical operation, and can be performed when there is an open ulcer, in obese patients, in anticoagulant patients and in the elderly.

The WHELL™ technique is a therapeutic approach under assessment, to obtain the debridement and biostimulation of the ulcer and to control the pain. In this technique the very interesting features are its easy use, the absence of side effects, and the low unit cost.

Rio, October 2" to 7". 2005 • Giorgio Spreafico

SLIDES

# How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser - ELVeS™ technique

G. Spreafico*, A. Cecchetto**, R. De Caro***, V. Macchi***, A. Piccioli*, U. Baccaglini*
* Dept. of Day Surgery, University-Hospital of Padova, Italy
** Dept. of Pathology, University of Padova, Italy
*** Dept. of Anatomy, University of Padova, Italy



119

D031632



RIQUIP  15th Word Congress

SLIDES
How and why the endovenous laser works:
histopathological observations on the great saphenous vein treated with a 980 nm laser - ELVeS™ technique



120

Rio, October 2ⁿᵈ to 7ᵗʰ, 2005 • Giorgio Spreafico

13. DELAMINATION AND FIGURATION OF THE TUNICA MEDIA BOTH NEAR THE POINT OF CONTACT OF THE FIBRE OPTIC WITH THE VEIN WALL AND AWAY FROM IT

14. INTERSTITIAL OEDEMA AND VACUOLISATION OF THE TUNICA INTIMA AND MEDIA

15. INTERSTITIAL OEDEMA AND VACUOLISATION OF THE TUNICA INTIMA AND MEDIA

16. INTERSTITIAL OEDEMA AND VACUOLISATION OF THE TUNICA INTIMA AND MEDIA

17. COLLAGEN IMPAIRMENTS

18. COLLAGEN IMPAIRMENTS



RIQUIP    15th Word Congress

SLIDES

# How and why the endovenous laser works: ultrasound and MRI imaging of veins treated with a 980 nm laser - ELVeS™ technique

G. Spreafico*, A. Gongolo**, I. Shariat Razavi***, L. Kabnick****, U. Baccaglini*
* Dept. of Day Surgery, University-Hospital of Padova, Italy
** Dept. of Radiology, Hospital of Dolo, Italy
*** MRI Consultant, Hospital of Dolo, Italy
**** Veins Institute, New Jersey, USA


1.


2.


3.


4.


5.


6.

D031635

Rio, October 2 to 7, 2005 • Giorgio Spreafico



**RIOUIP** 15th Word Congress

SLIDES
How and why the endovenous laser works: ultrasound
and MRI imaging of veins treated
with a 980 nm laser - ELVeS™ technique



13. 14. 15. 16. 17. 18.

Rio, October 2nd to 7th, 2005 • Giorgio Spreafico





15th Word Congress

SLIDES

# Treatment of a large cockett's perforating vein with a 980 nm laser - ELVeS™ technique in a patient with an open recurrent ulcer

G. Spreafico, E. Giraldi, U. Baccaglini
*Dept. of Day Surgery, University-Hospital of Padova, Italy*



126

D031639

Rio, October 2" to 7", 2005 • Giorgio Spreafico





RIOUIP  15th Word Congress

SLIDES
# Treatment of venous ulcers with a 980 nm laser - ELVeS™ and WHELL™ techniques

G. Spreafico*, JL. Gérard**, G. Magi***, E. Giraldi*, U. Baccaglini*
* Dept. of Day Surgery, University-Hospital of Padova, Italy
** Hopital Henri Mondor, Paris, France
*** Casa di Cura San Giuseppe, Arezzo, Italy



Rio, October 2nd to 7th, 2005 • Giorgio Spreafico



7.



8.



9.



10.



11.

12.


15th Word Congress

## Notes

Rio. October 2″ to 7″, 2005

## Notes

D031645