

D031646

# EXHIBIT 18

Case 1:04-cv-10019-NMG    Document 177    Filed 02/20/2007    Page 5 of 8

ARTICLE ORIGINAL

# LASER ENDOVEINEUX

## ENDOVENOUS LASER

B. ANASTASIE [1], A. CELERIER [1], G. COHEN-SOLAL [1], R. ANIDO [2], C. BONÉ [3], S. MORDON [4], P.N. VUONG [†5]

**RÉSUMÉ**

Le laser endoveineux (LEV), technique récente, a été développé en premier par l'équipe du Dr Carlos Boné en 1997. Il permet de scléroser un vaisseau par une méthode de photocoagulation en utilisant un laser de longueur spécifique ayant pour cible soit l'oxyhémoglobine seule (810 nm), soit l'oxyhémoglobine et l'eau (940 et 980 nm). La lumière est véhiculée par une fibre optique introduite par un cathéter de guidage. Les résultats montrent sur les études publiées un taux moyen d'occlusion de 97 % à 24 mois. Ce traitement prometteur nécessite pour son utilisation une formation spécifique sans laquelle des échecs peuvent survenir et par conséquent jeter un discrédit sur la méthode. Les reperméations éventuelles peuvent être reprises par la même technique, complétée par la sclérose conventionnelle ou l'échosclérose. Les excellents taux d'occlusion à deux ans, le fait que l'on puisse traiter au moins jusqu'à 28 mm de calibre saphène, la spécificité vasculaire de l'effet thermique laissent présager sa supériorité aux autres techniques endovasculaires.

Le LEV doit être curatif et non simplement palliatif, les crossectomies et les phlébectomies resteront toujours nécessaires en sachant que nous les pratiquons de moins en moins car, en cas de nécessité, un traitement en deux temps peut aussi être proposé. En effet, la suppression du reflux sous-jacent peut aboutir à une inversion circulatoire de la crosse en quelques mois, qui redevient fonctionnelle en assumant le retour veineux collatéral. La crossectomie sera peut-être remplacée par l'endosclérose de la crosse écho-guidée en cas de crosse incontinente, sécurisée par des fibres à diffusion latérale ou à grande ouverture numérique.

Les patients réfutés jusque-là et ceux refusant la chirurgie peuvent constituer une indication et bénéficier au moins d'un LEV du tronc saphène malgré l'indication de la crossectomie, permettant ainsi de supprimer l'essentiel du reflux. Ce traitement concerne aussi bien le chirurgien vasculaire que l'angiologue interventionnel. Le LEV permet d'optimiser la coopération angiochirurgicale, de traiter uniquement les segments veineux qui sont pathologiques en minimisant, voire en supprimant le traumatisme chirurgical, limitant ainsi l'angiogenèse ultérieure. L'introduction de longueurs d'onde absorbées à la fois par l'eau et l'hémoglobine (980 nm – Double pulse) potentialise le résultat.

*Mots-clefs* : laser, endoveineux.

**SUMMARY**

*The endovenous laser (EVL), a recent technique, was first developed in 1997 by Dr Carlos Boné and his team. EVL permits a vessel sclerosis with photocoagulation using defined wavelength laser targeting oxyhaemoglobin alone (810 nm) or oxyhaemoglobin and water (940 and 980 nm). Light is transported by an optic fiber introduced by a guiding catheter. The results in published studies show an average occlusion rate of 97 % after 24 months.*

*This attractive treatment requires special training on the part of the practitioner in order to prevent failure of the proceedings and thus discredit the method. Possible repermeations can be treated with the same process completed by conventional or echo-guided sclerotherapy. Excellent results after 24 months, the possibility of treating up to 28 mm of saphena diameter, and the vascular specificity of thermal effect presage its superiority compared to other endovascular techniques.*

*The EVL must be curative and not simply palliative, crossectomy and phlebectomy will always be necessary, even though they will be used less and less. If necessary the treatment can be proposed in two steps. The suppression of underlying reflux promotes circulatory inversion of the saphenal cross in a few months allowing functional flow taking over collateral branchs. Crossectomy could be replaced by echo-guided cross endosclerosis in case of cross reflux, secured by lateral diffusion fiber or wide aperture angle.*

*Unaccepted patients and those refusing surgery can initially benefit EVL of saphenal trunk to relieve the major part of reflux in spite of the indication of coupled crossectomy*

*This treatment concerns vascular surgeons as well as interventional angiologists. EVL allows us to optimize cooperation between the angiologist and the vascular surgeon, treating only pathological venous segments, minimizing surgical traumatism and therefore limiting later angiogenesis. Introduction of wavelengths absorbed by both water and haemoglobin (980 nm – Double pulse) potentializes results.*

Keywords : laser, endovenous.

1. Centre Médico-Chirurgical et Obstétrical d'Évry 2-4, avenue du Mousseau 91035 EVRY Cedex (GELEV).
2. 72, rue de Paris 93260 PANTIN.
3. C/° Baron de Pinopar 7, 3° A 07012 PALMA de MALLORCA, Espagne.
4. EA 2689 INSERM IFR22, Pavillon Vancostenobel, CHU Huriez, place de Verdun 59037 LILLE Cedex.
5. Centre de Pathologie, 20, avenue de la Gare, 91570 BIÈVRES.

© Éditions Phlébologiques Françaises, vol. 56, n° 4/2003, p. 369-382



Supplied by The British Library - "The world's knowledge"

ARTICLE ORIGINAL

## INTRODUCTION

Le laser endoveineux (LEV) est une technique récente consistant à scléroser un vaisseau par une méthode de photocoagulation qui induit une rétraction pariétale en utilisant un laser de longueur spécifique ayant pour cible ou chromophore l'oxyhémoglobine et éventuellement l'eau. La lumière est véhiculée par une fibre à embout nu introduite dans un cathéter de guidage. Le but de cette technique est l'oblitération par énergie laser de tout le tronc saphène par véritable synéchie endoveineuse. L'endosclérose du vaisseau est obtenue immédiatement et évolue en quelques mois vers une disparition complète de l'axe traité lors du contrôle échographique.

La pratique du LEV nécessite une bonne maîtrise de l'utilisation d'un laser médical et nécessite une formation spécifique et adaptée. En effet, on ne peut exploiter correctement ces lasers sans connaître les mécanismes de l'effet thermique obtenu, permettant ainsi de moduler son impact vasculaire suivant le réglage des différents paramètres. A la différence d'un mécanisme thermique pur (radiofréquence, cryochirurgie) ou chimique pur (sclérose par cathétérisme, échosclérose), le laser a une spécificité d'action permettant de confiner cet effet thermique au sein de l'enceinte du vaisseau et de sa paroi dans des conditions de sécurité optimales.

Dans notre pratique quotidienne, il nous apparaît important d'inclure cette nouvelle technique dans l'arsenal thérapeutique chirurgical de la maladie variqueuse. Nous avons traité certaines récidives de varices (récurrentes et/ou néoformées), des petites saphènes et également des varicoses jambières dans le cadre du traitement des troubles trophiques.

## HISTORIQUE

La première longueur d'onde utilisée fut 810 nm en 1997 par le Dr Carlos Boné. Ce choix reposait sur le fait qu'à 810 nanomètres, la cible principale était l'oxyhémoglobine. Cette longueur d'onde est couramment utilisée depuis 1992 en remplacement du laser Nd:Yag [1] dans de nombreuses applications chirurgicales, certaines applications ophtalmologiques telle la dégénérescence maculaire [2], cutanées comme l'épilation [3] ainsi que pour les varicosités des membres inférieurs [4].

Indépendamment les uns des autres, C. Boné [5] (Espagne) et A. Del Giglio [6] (Chirurgien cardio-vasculaire, Vérone) rendirent compte de leurs résultats en 1999. Ils débutèrent d'abord sur des varices de moins de 5 mm de diamètre concernant 80 troncs collatéraux puis étendirent la méthode en 1999 aux troncs de la grande saphène du genou à la jonction saphéno-fémorale. Fin 1999, un protocole de recherche est mis en place aux États-Unis (Chesapeake Research Review). R.J. Min (radiologue vasculaire) et S.E. Zimmet (dermatologue) publièrent leurs premiers résultats sur les troncs des grandes saphènes en 2000 [7, 8].

Dans le même temps, A. Fratila [9] applique un laser de 980 nm au traitement des petites branches saphènes, en utilisant des fibres de plus petit calibre. Cette longueur d'onde présente l'intérêt d'être absorbée à la fois par l'oxyhémoglobine et par l'eau, ce qui lui confère un effet thermique supérieur.

## MODÈLE THÉORIQUE

Le traitement consiste à coaguler la veine grâce au laser. On utilise généralement un laser diode avec une puissance de 5 à 15 watts et des temps d'émission de 1 à 10 secondes [10, 11]. Le faisceau laser est transmis au moyen d'une diode laser.

### Le laser Diode

Dans un laser Diode, le milieu actif est un cristal semi-conducteur constitué d'atomes neutres arrangés dans un réseau cristallin. Le matériau le plus utilisé dans le domaine des lasers à semi-conducteurs est l'arséniure de gallium (GaAS) pouvant émettre de la lumière entre 780 et 980 nm. Le plus souvent, les lasers Diodes proposés pour les applications cliniques émettent à 800 nm, 940 nm et 980 nm. Le rendement des lasers à semi-conducteurs est très élevé, de l'ordre de 20 à 30%. On obtient aujourd'hui des puissances considérables avec ce type de laser et ils sont maintenant proposés pour de nombreuses applications médicales. La transmission du faisceau se fait au moyen d'une fibre optique [12].

### La fibre laser

Dans le cas particulier de l'utilisation endoluminale, la fibre a un diamètre de 400 à 1 000 μm. La position de l'extrémité de la fibre peut être facilement suivie car le faisceau de visée du laser (rouge) permet de voir sa progression à travers la peau. Sa position peut être confirmée par échographie. La qualité du laser et de sa fibre conditionne le résultat ; un laser de puissance suffisante est nécessaire pour contrôler correctement le temps d'émission et la fréquence. Il doit être techniquement fiable et permettre de travailler rapidement.



Fig. 1. – Principe du traitement par laser (source Diomed)



La fibre doit être de calibre suffisant; elle est constituée de silice; sa qualité influe le résultat. Elle doit correspondre aux normes du constructeur du laser sous peine de détériorer ce dernier. Le calibre donné par le fournisseur doit préciser s'il inclut ou non la gaine.

Un calibre trop petit ne pourra permettre une énergie lumineuse suffisante, ce qui diminuera le volume primaire et donc l'effet thermique obtenu.

## Principe

Le LEV est basé sur une action thermique du laser. Cette action thermique est un processus complexe composé de 3 étapes [10, 13]:
- une conversion de lumière en chaleur,
- un transfert de chaleur,
- une dénaturation thermo-chimique des constituants tissulaires.

Il est à remarquer que le résultat de cette action thermique est un dommage tissulaire défini par son type (dans le cas du LEV, une nécrose de coagulation) et son volume. Il faut aussi remarquer que cette action dépend à la fois des paramètres du laser et des coefficients tissulaires (optiques, thermiques, thermo-chimiques).

### 1) Conversion de lumière en chaleur

L'énergie du laser est distribuée spatialement en fonction des paramètres lasers mais aussi des coefficients optiques du tissu. Les photons sont absorbés par les différentes molécules du milieu. Cependant, les tissus vivants n'étant pas un milieu optique idéal, on assimile à un phénomène de diffusion optique les multiples modifications de trajectoires liées aux réflexions, réfractions et diffractions présentes dans tout milieu hautement structuré comme les tissus vivants. Il faut donc considérer deux coefficients optiques: le **coefficient d'absorption $\mu_a$ (cm$^{-1}$) et le coefficient de diffusion $\mu s$ (cm$^{-1}$)**. On utilise plus généralement le coefficient de diffusion réduit $\mu_s'$ qui est égal à $\mu_s (1-g)$, g étant l'anisotropie du milieu. L'extinction du faisceau suit ainsi la loi mathématique (Tableau I):

$$\delta = 1/\sqrt{3\mu_a (\mu_a + \mu_s')}$$

avec $\delta$ (cm) représentant la distance jusqu'à laquelle s'effectue cette conversion de lumière en chaleur.

Dans le cas du LEV, le milieu où s'effectue la conversion de chaleur est le sang. Le *Tableau I* fait une synthèse des valeurs pour les coefficients rapportés dans la littérature [14, 15]. On peut constater qu'il y a une certaine variabilité d'un auteur à l'autre. Cependant, les calculs montrent que la distance jusqu'à laquelle il y a conversion de lumière est de l'ordre de 1,4 à 2 mm. C'est ainsi que ce processus de conversion de lumière définit un volume chauffé « primaire » à partir duquel il va y avoir un transfert de chaleur. C'est ce transfert qui va principalement contribuer au dommage tissulaire final.

### 2) Transfert de chaleur

La deuxième étape est le transfert de chaleur. Cette étape joue un rôle essentiel car elle va conditionner en grande partie l'importance de l'action thermique par la création de gradients de température au sein du tissu. La conduction de chaleur est le mécanisme prédominant dans ce transfert de chaleur. La capacité qu'a un tissu à transporter de l'énergie par conduction est caractérisée par un état stationnaire qui est la conductivité thermique et un état transitoire qui est la diffusivité thermique. Cette dernière notion permet d'introduire un terme important qui est le temps de relaxation thermique (TrT). Ce temps correspond à la durée nécessaire pour qu'apparaisse un transfert de chaleur en dehors du volume « primaire ». Une conséquence de ce phénomène de transfert de chaleur est l'élévation de la température en périphérie de ce volume « primaire » définissant un volume « secondaire » affecté thermiquement. Ce terme dépend des dimensions de la cible (en substance de la source de chaleur) et de son volume. Ce terme est exprimé par l'équation suivante:

$$TrT = D^2/C.k$$

**D** = dimension du volume primaire

**K** = diffusivité thermique (1,7.10$^{-3}$ cm$^2$.sec$^{-1}$ pour le sang).

Le **coefficient C** va dépendre de la géométrie de la cible: dans le cas d'une sphère C = 27, dans le cas d'un cylindre C = 16 et dans le cas d'une surface plane C = 4.

Si on considère que le volume primaire est une sphère de 2 mm, le TrT est de 0,9 s. Cela signifie que si le temps de tir est inférieur ou égal à cette durée, seul ce volume sera effectivement chauffé. On comprend donc aisément qu'il est nécessaire d'augmenter le temps de tir afin qu'il y ait une élévation de chaleur de la totalité du vaisseau et de la paroi de celui-ci. Si on maintient l'irradiation, la chaleur va diffuser progressivement du volume primaire avec une vitesse de l'ordre de 1,25 mm/sec. Le *Tableau II* propose les durées d'irradiation a priori nécessaires pour chauffer le volume sanguin contenu dans des vaisseaux de différents diamètres.

| Longueur d'onde (nm) | $\mu_a$ (cm$^{-1}$) | $\mu_s'$ (cm$^{-1}$) | d (cm) | Références |
|---|---|---|---|---|
| 665 | 1,3 | 6,11 | 0,186 | [14] |
| 960 | 2,84 | 3,84 | 0,132 | [14] |
| 800 | 2,01 | 7,12 | 0,134 | [15] |
| 940 | 1,2 | 6,21 | 0,193 | [15] |
| 980 | 1,05 | 5,78 | 0,216 | [15] |

*Tableau I.* – Coefficients optiques du sang pour différentes longueurs d'onde

Supplied by The British Library - "The world's knowledge"

Case 1:04-cv-10019-NMG    Document 177    Filed 02/20/2007    Page 6 of 8

| Diamètre (mm) | Temps de tir (s) |
|---|---|
| 2 | 0,9 |
| 4 | 1,7 |
| 6 | 2,5 |
| 8 | 3,3 |
| 12 | 4,9 |
| 15 | 6,1 |
| 20 | 8,1 |
| 25 | 10,1 |

Tableau II. – Durées d'irradiation nécessaires pour chauffer le volume sanguin contenu dans les vaisseaux de différents diamètres

### 3) Dommage tissulaire

La troisième étape est l'étape thermo-chimique qui va conduire au dommage tissulaire et par conséquent à la dénaturation ou à la destruction du tissu. La connaissance de la cinétique de cette transformation est nécessaire pour comprendre le processus de coagulation. Cette cinétique dépend de la température des tissus et de son évolution temporelle. Les vitesses de dénaturation tissulaire dépendent de la structure moléculaire des tissus à transformer, le très grand nombre d'états vibrationnels accessibles dans la plupart des molécules des tissus biologiques nécessitent d'une part des vitesses élevées, de l'ordre de quelques millisecondes pour des volumes de quelques $mm^3$, à plusieurs secondes pour des volumes de l'ordre du $cm^3$. D'autre part, la modification des différents constituants tissulaires requiert des cinétiques de transformation et des énergies d'activation très différentes. Afin d'exprimer le dommage tissulaire de manière homogène pour les différents tissus concernés, une équation a été proposée afin de définir un état de transformation à la fois en fonction de la température et du temps. La plus ou moins grande sensibilité (susceptibilité) des tissus à une élévation de température doit donc être considérée dans la recherche d'une action thermique spécifique.

$$\Omega = A \int \exp(-E_a/RT(t)) \cdot dt = \int d\Omega/dt \cdot dt$$

$d\Omega/dt$ : cinétique de la dénaturation thermique

$R$ : constante des gaz parfaits : 8,3 $J.°K^{-1}.mol^{-1}$

$T(t)$ : température du tissu en °K, au temps t

$A$ et $E_a$ : constantes évaluées à partir de données expérimentales pour chaque tissu.

– $A$ : est définie comme la susceptibilité thermique du tissu en $s^{-1}$.

– $E_a$ : énergie d'activation par mole/constante molaire du tissu en $KJ.mole^{-1}$.

Cette formalisation mathématique permet d'une part de quantifier le dommage tissulaire, d'autre part de représenter le dommage thermique sous la forme d'isodommages qui peuvent être aisément corrélés aux résultats d'une étude histologique. L'isodommage $W = 1$ correspond à l'apparition de la coagulation tissulaire.

Le Tableau III fait la synthèse des valeurs rapportées dans la littérature pour le sang et pour la paroi des vaisseaux [16-19].

| Tissu cible | A ($s^{-1}$) | $E_a$ ($KJ.mole^{-1}$) | Références |
|---|---|---|---|
| Sang | $7,6 \times 10^{66}$ | 448 | [16, 17] |
| Paroi vasculaire | $5,6 \times 10^{63}$ | 430 | [18, 19] |

Tableau III. – Susceptibilité thermique (A) et énergie d'activation ($E_a$) du sang et de la paroi vasculaire

Il apparaît clairement que les valeurs de A et $E_a$ sont plus faibles pour la paroi (plus résistante au dommage thermique) que pour le sang. Afin de coaguler la paroi, l'énergie à apporter doit donc être plus importante et, par conséquent, il est nécessaire de chauffer plus longtemps le vaisseau si on veut coaguler le contenant (paroi) et non pas uniquement le contenu (sang). En utilisant les données du Tableau II et, pour une température de 75 °C, les calculs montrent, que ce temps devrait être augmenté d'un facteur 2,7 (Photo I).

L'utilisation de cette notion de dommage thermique n'est pas encore très courante. On peut souhaiter qu'elle se développe dans le futur car elle permet de quantifier l'action thermique indépendamment du laser utilisé.

Dans la fenêtre optique 800-1 000 nm, l'absorption par le sang est sensiblement équivalente. Avec la technique optique (monofibre de diamètre 400 ou 600 µm), le volume « primaire », où la lumière est convertie en chaleur, est relativement faible. C'est donc le processus de diffusion de chaleur qui va permettre de chauffer la totalité du vaisseau. Le calcul du TrT permet de déterminer le temps nécessaire à la coagulation intravasculaire. La cible étant finalement la paroi vasculaire, le calcul montre que les temps proposés dans le Tableau II (correspondant au chauffage de la totalité du volume sanguin) devraient être idéalement augmentés d'un facteur 2,9 afin de coaguler la paroi vasculaire.

## MÉTHODOLOGIE

### Technique courante

Elle est pratiquée après un bilan clinique et paraclinique complet. Les patients ont tous été explorés et repérés par écho-Doppler (Acuson 128 XP/10, ATL HDI 5000). Le choix du traitement par le patient était éclairé selon les règles éthiques de la déclaration d'Helsinki avec un document d'information systématiquement remis au patient.



Photo 1. – Aspect macroscopique de l'effet thermique à 10 W d'émission (laser 980 nm – double pulse).
On constate la lésion endothéliale et la rétraction pariétale

Le laser endoveineux (LEV) est pratiqué au CMCO d'Évry comme un acte chirurgical, donc réalisé au bloc opératoire avec consultation préopératoire, bilans cardiologique et biologique. La durée d'hospitalisation est de 24 heures. L'ambulatoire est possible sous anesthésie locale quand un seul axe est traité par exemple. Il doit être pratiqué en milieu sécurisé (signalisation de la salle laser, réanimation, abord chirurgical si besoin).

## Aspects spécifiques du marquage préopératoire

Il doit mentionner (cartographie – Photo 2) :
- la profondeur de l'axe à traiter ;
- l'épaisseur de sa paroi qui peut guider le réglage de la puissance laser ;
- le diamètre du vaisseau, qui influence la durée de pulse, à 10, 20 et 30 cm du pli de l'aine anatomique est repéré par une flèche ce qui permet de le comparer à l'échoscopie du lendemain ; il est fait de même sur la jambe à 15 et 30 cm de la malléole pour la grande comme la petite saphène ;
- la hauteur précise de la crosse, en décubitus ;
- le repérage de l'artère fémorale par un trait vertical rouge ;
- le siège des perforantes avec diamètre, sens circulatoire et profondeur à l'aponévrose ;
- les principales branches incontinentes ainsi que les dédoublements ;
- l'effet de la pose d'un garrot sur le Hunter qui peut considérablement diminuer le reflux de la crosse et donc faire discuter la crossectomie ;
- il aide à optimiser le choix du site pour l'introduction du cathéter ; exemple : branche sus-aponévrotique dérivant un reflux saphène ;
- la nomenclature précise du degré et de la durée du reflux.

## Aspect chirurgical

La position est le Trendelenbourg. Le membre inférieur n'est pas surélevé ou comprimé par une bande afin de diminuer le volume sanguin, comme pour la technique de radiofréquence, car le sang est vecteur de l'effet thermique, particulièrement en 810 nm.

La peau est désinfectée à la Bétadine®. L'anesthésie est locale avec neuroleptanalgésie mais, dans le cas du traitement de lésions bilatérales par exemple, nous préférons une anesthésie loco-régionale afin d'éviter un surdosage en anesthésique.

L'anesthésie locale est pratiquée tous les 3 cm à la Xylocaïne® 0,5 à 1 % non adrénalinée car le spasme est l'ennemi du cathétérisme (10 cc pour une cuisse environ). Il s'agit d'une anesthésie par intumescence entre le plan du fascia semi-membraneux et l'aponévrose, pour circonscrire une zone liquidienne autour du vaisseau, le tout sous contrôle échographique. La profondeur de la saphène est signalée sur le marquage, ce qui facilite le geste. La Lidocaïne® 5 % sans épinéphrine (30-60 cc) peut aussi être utilisée. Afin de minimiser le spasme, une anesthésie locale peut être pratiquée seulement au point de ponction et l'intumescence est alors réalisée une fois la fibre en place.

L'abord de la veine grande saphène se fait soit par voie per-cutanée surtout en pré-malléolaire ou éventuellement à la jarretière, par écho-guidage, soit par un court abord de 3 mm au niveau de la jarretière à l'endroit où le tronc de la saphène est parfaitement accessible. La veine peut aussi être prise par un crochet de Müller comme pour une mini-phlébectomie. L'introduction peut aussi se faire par une branche saphène sus-aponévrotique (dérivant le reflux) en dessous de laquelle la veine saphène reste fonctionnelle. Ensuite, un désilet est introduit puis un guide souple hydrophile téflonné dont on suit la progression jusqu'à la jonction saphéno-fémorale.

Une sonde d'angiographie droite 5 French est mise en place sur le guide tuteur ; on aura pris soin au préalable de mesurer très exactement la longueur de la sonde jusqu'à la jonction saphéno-fémorale repérée par le marquage. L'introduction est pratiquée sous échographie.

La fibre optique stérile de 600 µm (Cedi ; Saint-Gobain) est alors introduite. Des fibres de 800 µm



Photo 2. – Marquage préopératoire indiquant le diamètre et la profondeur du vaisseau par rapport à la peau (en mm) ainsi que la puissance conseillée (en watt)

Supplied by The British Library - "The world's knowledge"

peuvent être utilisées sur les très grosses saphènes (> 15 mm).

La transillumination de la fibre permet un repérage exact de la jonction saphéno-fémorale *(Photo 3)*. La disparition de la lumière à travers la peau signe le passage dans la veine fémorale ; nous avons également pratiqué des échographies per-opératoires.

Une fois le repérage terminé et en l'absence de crossectomie, le cathétérisme est antérograde (de bas en haut) à partir de la malléole ou de la jarretière et l'endo-sclérose est rétrograde (de haut en bas) à partir de 1 à 2 cm en dessous de la jonction saphéno-fémorale. Les impulsions durent une seconde et la puissance est de 12 à 14 W pour 810 nm. En 980 nm (laser Surgylas® Double pulse), nous travaillons à 10 W et 1,5 à 3 secondes. L'échographie per-opératoire révèle tout son intérêt pour optimiser le temps d'émission *(Tableau II)*.

En cas de crossectomie, le cathétérisme se fait de bas en haut et les tirs lasers de haut en bas.

Pour les gros troncs (supérieurs à 10 mm de diamètre), nous appliquons dans le tiers supérieur de la grande saphène des puissances de 14 W en 810 nm et 12 W en 980 nm. Le retrait de la fibre est progressif de 0,3 à 0,5 cm par seconde, le tir laser se faisant tous les 3 à 5 mm. Il y a alors perception d'un « grésillement » comme pour l'électrocautérisation, la fibre « accroche » à l'extrémité. Pour les lasers de 980 nm de longueur d'onde, et particulièrement ceux qui présentent le mode double pulse, l'absorption d'eau étant bien supérieure qu'à 810 nm, la puissance est réduite de 40 %. L'effet d'un tir laser peut être objectivé à l'échographie sur la réduction immédiate du calibre du vaisseau. Une pression manuelle est effectuée en même temps que le tir pour rapprocher les parois vasculaires. Un Stéristrip® est ensuite placé sur la peau au point de ponction. En cas de crossectomie, la fermeture se fait selon le mode habituel, plan par plan. Le saignement est simplement moins important.

En fin d'intervention, nous posons un bandage compressif étalonné. Une compression excentrique est appliquée soit par une bande mousse NN® (Thuasne) afin de couvrir le trajet de la grande saphène matérialisé par le marquage, soit par des bas classe II spéciaux adaptés à la chirurgie saphène.



Photo 3. – L'extrémité supérieure de la fibre est au niveau de la crosse (la lumière disparaît lors du passage dans la veine fémorale)

Nous instaurons systématiquement un traitement par héparine de bas poids moléculaire risque élevé pour 5 jours, dont le délai peut être modulé par les antécédents personnels et familiaux thrombotiques. La reprise d'activité se fait dans les 72 heures, 8 jours maximum si plusieurs axes saphènes sont traités en même temps.

En cas de crossectomie, les fils sont enlevés à 8 jours.

La contention diurne par bas de 20-25 mm Hg reste nécessaire pendant au minimum 1 mois. Nous conseillons plutôt 3 mois car elle est utile pour les scléroses.

La durée globale de la procédure jusqu'au pansement est de 45 minutes à une heure pour un ou deux axes traités.

### Gestes associés – modifications techniques

Nous avons intégré le LEV dans le cadre du traitement chirurgical de la pathologie variqueuse et nous pratiquons donc couramment des gestes associés :

1) phlébectomie de paquets variqueux associés (veine de Léonard, perforante ou Hunter, perforante jambière, extraction au crochet de Müller...). Pour le Closure®, elles sont pratiquées dans 60 % des cas, 45 % dans notre travail ;

2) si, lors du repérage et de l'écho-Doppler préopératoire, il a été mis en évidence une volumineuse saphène antérieure crurale par exemple, nous pratiquons une crossectomie qui permettra au mieux de traiter le tronc de la grande veine saphène par laser endoveineux, cette fois-ci de façon antérograde, mais également le tronc de la saphène antérieure crurale selon le même principe. Ce geste, à notre avis, permet de se prémunir contre une récidive précoce dans le territoire saphène antérieur par le biais des circonflexes iliaques et/ou des veines honteuses ;

3) l'utilisation d'un angioguide type Terumo® est possible, dont le repérage s'effectue par échographie ou radioscopie per-opératoire. Une phlébographie peut de plus être pratiquée, si besoin, pour visualiser les perforantes ou vérifier la perméabilité fémoro-iliaque en cas de doute. Certains praticiens introduisent directement la fibre à l'aide d'un introducteur ;

4) un bloc crural peut être proposé si le LEV se réduit au Hunter avec une grande saphène assez profonde.

### Endosclérose laser des troncs jambiers

Dans le cadre du traitement des troubles trophiques, nous pratiquons un court abord à la jarretière qui permet de dénuder le tronc de la grande veine saphène et de la tirer par un crochet de phlébectomie. On peut ainsi faire un LEV classique jusqu'à la jonction saphéno-fémorale, de haut en bas, mais également une endosclérose jusqu'à la portion jambière. Dans ce cadre, il nous paraît prudent de diminuer l'intensité à moins de 10 W en 810 nm et entre 6 et 8 W en 980 nm dans la partie basse de la jambe et, de toute façon, de ne pas aborder le segment malléolaire pour ne pas léser le nerf saphène interne. Nous insistons par ailleurs sur la nécessité d'une large infiltration autour du tronc veineux dans ces zones. Cependant, les branches peuvent aussi être traitées avec des fibres plus petites, de calibre allant de 400 à 200 µm. Les branches saphènes

Supplied by The British Library - "The world's knowledge"