sus-aponévrotiques sont traitées en retirant la fibre si elle a été introduite par une de ces branches ; des niveaux d'énergie moins élevés sont alors requis comme pour les segments jambiers de la grande veine saphène.

### Endosclérose laser dans les récidives de varices

Nous avons traité des troncs cruraux et jambiers récurrents relativement rectilignes dans le cadre de récidives variqueuses, soit par un abord direct de la veine de Léonard qui nous a permis de cathétériser de façon directe un néo-tronc restant jusqu'à la partie haute du Hunter par exemple, soit dans le cadre de récidive massive après CHIVA.

En cas de blocage à la progression du cathéter, les points de ponction peuvent être multipliés sans cicatrice.

### Écho-Doppler de contrôle

Il est effectué le lendemain, à la sortie du patient, puis au 8-10ème jour qui correspond au retrait des fils si un geste chirurgical est pratiqué, à un mois et trois mois ensuite.

Il est guidé sur les critères du marquage de la veille et mesure le calibre, l'aspect endoluminal et pariétal. Les mesures de calibre sont effectuées sur les mêmes repères ; dans notre protocole : crosse au plus grand diamètre, à 10, 20 et 30 cm du pli anatomique de l'aine, à 15 cm et 30 cm au-dessus de la pointe malléolaire interne de jambe.

Des repères cutanés (nævus, cicatrices, éphélides) peuvent aussi être exploités et mentionnés alors dans le compte rendu.

L'endosclérose de la crosse se manifeste par une image en cul-de-sac, bien visualisée, au pôle supérieur, à 2 cm au-dessous de la crosse environ.

L'aspect est hyperéchogène, adhérent. Une image de sclérus est retrouvée à J7 (hypoéchogène au centre et hyperéchogène à la périphérie). L'aspect est parfois hétérogène sans préjuger d'une éventuelle reperméation dans un délai de suivi jusqu'à 18 mois. La paroi finit par se confondre ensuite avec le tissu périveineux, les contours et limites de la veine devenant flous ; la veine est en général invisible à 6 mois. L'imperméabilité est définie par une absence de flux couleur et énergie, une absence de flux au Doppler pulsé et continu. On recherche toute thrombose superficielle ou profonde associée, tout thrombus flottant éventuel.

Nous proposons la classification suivante afin d'optimiser échographie, suivi et histologie : elle est précisée pour chaque segment saphène étudié :

- $LEV_0$ : aucune endosclérose (Photo 4) ;
- $LEV_1$ : reperméation supérieure à l'obstruction (Photo 5) ;
- $LEV_2$ : reperméation inférieure à l'obstruction (Photo 6) ;
- $LEV_3$ : occlusion complète, dilatée, hétérogène, hyperéchogène (plus évocatrice de thrombus que de sclérus) ;
- $LEV_{4A}$ : occlusion complète, hypoéchogène, rétractée, homogène (sclérus) (Photos 7 et 8) ;



Photo 4. – Aspect $LEV_0$ : veine saphène reperméabilisée à 6 mois (sonde L 5-10 MHz)



Photo 5. – Aspect $LEV_1$ : reperméation partielle > 50 % au sixième mois



Photo 6. – Aspect $LEV_2$ à 6 mois : reperméation < 50 %

Supplied by The British Library - "The world's knowledge"



Photo 7. – Aspect LEV$_{4A}$ : grande veine saphène rétractée, saphène antérieure réentrant à la crosse, fonctionnelle (mode énergie)



Photo 9. – Aspect à J1 de l'endosclérose avec un laser 980 nm Surgylas® 25 W – double pulse ; la grande veine saphène est déjà très difficile à individualiser notamment sa paroi. Le calibre est passé de 6 à 4,7 mm (LEV$_{4B}$)



Photo 8. – Aspect LEV$_{4A}$ : grande veine saphène rétractée, sclérus homogène, hypoéchogène à un mois

- LEV$_{4B}$ : occlusion complète, hyperéchogène, rétractée, homogène (Photo 9) ;
- LEV$_5$ : veine non visible (sonde > 7,5 MHz) (Photo 10).

## RÉSULTATS

D'avril 2001 à octobre 2002 inclus, 230 patients furent traités : 232 grandes veines saphènes (GVS) (crosses de 5 à 17 mm) dont 11 récidives récurrentes et 79 petites saphènes (PVS), soit 311 axes veineux au total. Il y avait 162 femmes et 68 hommes. L'âge moyen était de 45,6 ans pour des extrêmes de 24 à 93 ans. Certains patients avaient présenté dans leurs antécédents des thromboses veineuses profondes ou superficielles. D'autres présentaient un déficit connu de la fibrinolyse. Cent quatre-vingt-dix-huit interventions (63,7 %) nécessitèrent un abord percutané (malléolaire ou sous-gonal à la jarretière) et 113 (36,3 %) un mini-abord chirurgical avec un crochet de phlébectomie : 79 sur les PVS aux malléoles, 34 eurent divers abords (branches). On note 25 crossectomies (10,8 %) sur 232 GVS traitées. Soixante-dix pour cent eurent des phlébectomies associées. La diminution du calibre saphène a été de 40 % à J8 et de 60 % à J30 et restait globalement stable à J90. Il n'y a pas eu d'échec de progression de la fibre ni de perforation. Deux



Photo 10. – Aspect LEV$_5$ : grande veine saphène non visible au huitième mois (Acuson XP 128, sonde L5-10 MHz)

patients (0,87 %) présentèrent une reperméation complète à 3 mois : un a été strippé, l'autre repris avec des paramètres de puissance augmentés.

Six patients (2,5 %) montrèrent une reperméation incomplète sur certains segments saphéniens et ont été échosclérosés sans échec à 12 mois. Sur ces résultats imparfaits (sclérose partielle sur une partie d'un segment veineux), nous pensons qu'il s'agit d'une imperfection liée à la phase d'apprentissage, éventuellement à une difficulté de cathétérisation transitoire (courbure de l'extrémité de la fibre). Ce phénomène n'était d'ailleurs pas corrélé au calibre saphène et le segment incomplètement traité et perméable ne s'est pas étendu en topographie : il est resté constant.

Cinq patients (2,1 %) ont présenté un hématome sensible lié à l'anesthésie locale étagée, ayant régressé sous anti-inflammatoires et antalgiques. Il y a eu deux thromboses musculaires (soléaire, jumelles internes) (0,86 %) postopératoires. Il n'y a pas eu d'infection, pas d'embolie pulmonaire. Quatre thromboses veineuses superficielles (1,7 %) ont été notées, traitées par AINS locaux et HBPM préventifs. Nous avions un patient présentant une maladie de Vaquez qui n'a pas présenté de réaction post-thrombotique avec une HBPM postopératoire risque élevé, de même que ceux qui présentaient un déficit de la fibrinolyse. Il a été constaté des paresthésies ou des anesthésies sus-malléolaires internes lorsque la méthode était appliquée à la GVS jambière, régressives en 6 mois. La reprise d'activité s'effectuait à 6 jours en moyenne. Les arrêts de travail étaient au maximum de 8 jours dans la plupart des cas, exceptionnellement 15 jours.

La sclérothérapie a été débutée environ 2 mois après la procédure ; une échoscopie reste conseillée à chaque consultation.

Au total 96,52 % (2 reperméations complètes, 6 incomplètes) des segments veineux traités sont totalement occlus en l'absence de geste complémentaire. Les résultats restent constants jusqu'à 18 mois de suivi pour les plus anciens. Le suivi moyen est de 6 mois sur la population étudiée.

## DISCUSSION

### Résultats des autres études

**Del Giglio** [6] avait traité 29 patients en juin 2001, présentant des incontinences des grandes et petites saphènes ainsi que des perforantes, dont 60 % présentaient de plus une incompétence de la crosse. Il pratiqua par conséquent des crossectomies sur ces malades. Dix-sept pour cent furent traités sur les deux membres inférieurs. Trente-quatre membres ont été traités au total. Au terme de 4 mois, 94 % des patients étaient occlus. Il notait une reperméation de perforante de jambe chez un patient. Les effets indésirables notés étaient mineurs (douleur 1 à 4 jours ne nécessitant aucun traitement, œdème pendant 1 à 7 jours, hématome dans la zone traitée de 1 à 2 semaines correspondant aux points d'injection de l'anesthésie). Il a exploité un laser à Diode Ceralas® à 980 ± 30 nm de longueur d'onde. Il conseille, de plus, d'adapter le calibre de la fibre à la taille du vaisseau :

0,3 mm – 1 mm Ø 200 µm (télangiectasies et varicosités en étoile) ;

1 mm – 4 mm Ø 300 µm (perforantes) ;

4 mm Ø 600 µm (grandes et petites saphènes).

**Min** publie en 2001 [20] son travail avec Navarro sur 33 patients (40 GVS au total) avec un suivi jusqu'à 14 mois. Il note 100 % de succès sur la procédure et 100 % d'occlusions complètes en utilisant une puissance de 10 à 14 W avec un laser à diode de 810 nm. Les tirs laser sont effectués tous les 3 à 5 mm. La fibre est calibrée de 400 à 750 µm. Il débute entre 1 et 2 cm de la jonction saphéno-fémorale. Les patients sont gérés strictement en ambulatoire. Il n'y a pas de prescription antalgique ou anticoagulante. Son protocole applique l'endosclérose aux troncs saphènes au Hunter jusqu'à 3 cm de la crosse environ. De plus, il donne ses résultats à deux ans sur 80 branches saphéniennes (antérieures, Giacomini) avec 100 % d'occlusion complète. Secondairement [21] il rapporte son travail sur 84 patients (91 GVS) suivis sur 9 mois. Quatre-vingt-dix-sept pour cent sont occluses une semaine après la procédure, les 3 % occlus incomplètement sont repris par la même méthode sans échec secondaire. Au total 90 GVS (99 %) restent occluses au terme de neuf mois.

Il ne rapporte aucune complication (TVP, TVS, hématome, infection). Il constate une simple induration sensible sur le trajet veineux traité. Il reprend un échec immédiat traité à 10 W avec une puissance de 12 W et obtient le succès. Il introduit son cathéter 30 cm sous la crosse, au Hunter. La réduction de diamètre est évaluée à 73 % à 6 mois et 81 % à 9 mois.

Il ajoute une note dans cette même publication relative à un suivi plus long de 125 saphènes traitées sur 7 mois et présentée au 14e congrès de l'American College of Phlebology (Atlanta, 17-19 novembre 2000). Les résultats restent à un taux de reperméation de 0 %.

En septembre 2001, 200 patients avaient été traités sur des GVS de 4,7 à 28 mm de diamètre et à 23 mois de suivi par écho-Doppler ; il y avait 97 % d'occlusions complètes en moyenne. Les 3 % d'échecs ont pu être retraités par la même technique et récupérés.

Un suivi plus long sur cette population lui donne 100 % de succès sur 18 mois de suivi après reprise des échecs primaires.

**Navarro et Boné** [22] relatent leur travail sur 79 patients et 97 grandes saphènes. Ils observent 2 occlusions incomplètes qui furent reprises quelques jours plus tard. Cent pour cent des saphènes sont occluses à 7 mois ; il n'y a aucune recanalisation, aucune complication significative (infection, cellulite, hématome, brûlure, paresthésies) sinon deux thromboses veineuses superficielles dont une après sclérothérapie. Au moment où nous mettons sous presse, ils confirment leurs résultats sur 175 saphènes dont 15 petites avec un taux d'occlusion de 97 % à 24 mois. Ils plaident en faveur du 980 nm pour lequel l'effet thermique leur paraît supérieur au 810 nm, notamment en double pulse.

Supplied by The British Library - "The world's knowledge"

**ARTICLE ORIGINAL**

**Proebstle** [23] publie en 2002 un travail sur 26 patients (31 GVS) suivis de J0 à J28, en exploitant un 940 nm et en dosant les D-dimères sur 16 patients. La fibre (600 µm) était introduite au niveau du genou avec une aiguille de 18 G. Il montre que les D-dimères ont augmenté à J0 et J1 chez 15 d'entre eux. Le taux d'occlusion à 28 jours était de 97 %. Un échec fut noté avec reperméation. Un travail in vitro a de plus montré la formation de bulles de vapeur. Il constate comme effets indésirables 2 thromboses superficielles (6 %), des ecchymoses liées à l'anesthésie par semi-tumescence, une sensation d'induration sur le trajet de la veine résolutive en deux à trois semaines. La distance moyenne du pôle supérieur de l'occlusion à la veine fémorale était de 1,1 cm (0,2-5,9 cm). Une augmentation des D-dimères fut observée chez 15 des 16 prélèvements, 30 minutes et un jour après la procédure. Il conclut à une occlusion thrombotique du vaisseau par un mécanisme thermique. Le tout plaide en faveur d'un traitement HBPM systématique préventif associé à la contention.

**Ce même auteur** [24] publie ensuite une étude histologique in vivo sur des saphènes traitées immédiatement avant le stripping en utilisant un 940 nm (15 J/pulse), en les perfusant soit avec une solution saline, soit avec du sang. Il tire ensuite in vitro avec 3 longueurs d'ondes différentes (810, 940 et 980 nm) en perfusant soit une solution saline, soit du plasma ou du sang afin d'apprécier la génération de bulles par ébullition. Il démontre in vivo que la présence de sang dans la veine stimule un impact thermique dépassant la zone d'impact du laser, y compris sur la paroi opposée, alors qu'avec la solution saline, l'impact reste confiné à la zone de contact avec la fibre. De plus, in vitro, les trois longueurs d'ondes stimulent une ébullition avec du sang hémolysé et non avec du plasma ou une solution saline. Il conclut que la présence de sang est indispensable afin d'obtenir un effet thermique homogène sur toute la paroi.

**Vuong** [25, 26] observe, sur un travail in vitro sur GVS et PVS avec un 980 nm Surgylas double pulse (10 W – 2,5 sec), en présence ou en l'absence de sang des résultats identiques : coagulation de l'endoveine, section intimo-médiale. Cette plage de nécrose de coagulation reste confinée à 30 µm de part et d'autre de la section, sa limite est particulièrement nette. Il n'y a pas de lésions notables de l'adventice. Sur certaines sections, la photocoagulation intéresse essentiellement l'endoveine et réalise de véritables endophlébectomies. Il note de plus une ablation des coussinets fibreux endoveineux. Selon lui, le trajet du rayon laser conditionne l'aspect morphologique, endo-phlébectomie ou intimectomie *(Photo 11)*.

**Weiss** [27] constate une augmentation des hématomes et de l'induration avec le laser comparativement à la radiofréquence. Il pratique une étude comparative sur un modèle animal (jugulaire de chèvre) avec un 810 nm. Les prélèvements histologiques sont pratiqués après le geste et à une semaine, une mesure de température par thermocouple est associée lors des tirs. Il note immédiatement après le laser des perforations en histologie et par fluoroscopie alors que la radiofré-



Photo 11. – Effet du LEV se singularisant par une plage de nécrose de coagulation à bords nets dont l'étendue et la profondeur dépendent des paramètres du tir (flèches noires).
Trichrome de Masson

quence montrait une vasoconstriction immédiate sans extravasation de produit de contraste. La réduction de calibre était de 26 % avec le laser contre 77 % pour la radiofréquence. A une semaine, avec le laser, l'extravasation continue d'empiéter sur les structures périvasculaires dont les nerfs, l'endothélium reste intact sur certaines zones. Les températures moyennes maximales intravasculaires enregistrées lors des tirs sont de 729 °C (pic à 1 334 °C) contre 85 °C pour la radiofréquence.

**Chang** [28] publie en 2002 son travail : 149 patients, 252 GVS traitées de janvier 1996 à janvier 2000. Les patients étaient âgés de 24 à 80 ans (moyenne 50 ans). La longueur d'onde était de 1 064 nm produite par un laser Nd:YAG avec une fibre de 600 µm. La puissance était de 10 à 15 W, la durée de pulse de 10 sec (9 200 à 20 100 J délivrés). L'indication était le reflux saphène symptomatique avec veines variqueuses attestées par écho-Doppler ; toutes les saphènes firent l'objet d'une crossectomie associée au traitement laser. La procédure prenait 95 à 175 minutes pour une moyenne de 122 minutes pour les procédures bilatérales contre 65 à 100 minutes (moyenne 81 minutes) pour les traitements unilatéraux. Le suivi variait de 12 à 28 mois, 19 en moyenne. Cent quarante et un patients, 244 saphènes (96,8 %) montrèrent une nette amélioration clinique objectivée sur un score de la classification de Hach's ($p < 0,05$). Quatre-vingt-douze procédures se compliquèrent de paresthésies (36,5 %), 58 membres montrèrent des ecchymoses avec dyschromies (23 %), 12 des brûlures superficielles (4,8 %), 4 des thromboses veineuses superficielles (1,6 %). Deux hématomes (0,8 %) apparurent 3 semaines après la procédure.

Enfin **Gérard** [29] publie avec M. Desse ses travaux sur le LEV pratiqué en ambulatoire au CHU Mondor (Service du Pr Mellière). Vingt patients stade Porter II et III furent traités sous anesthésie locale. L'endosclérose fut pratiquée avec un laser à diode 980 nm et des fibres de 600 µm, du genou à la jonction saphéno-fémorale. Les tirs duraient 1,5 sec et

Supplied by The British Library - "The world's knowledge"

étaient espacés de 3 mm. Un questionnaire de qualité de vie fut rempli à J3, J8 et J30. Dix-huit des 20 patients étaient occlus à J3 et J30. Les branches saphènes restaient continentes, la longueur d'occlusion s'arrêtant à la jonction avec les collatérales antérieures ou postérieures. La douleur postopératoire restait modérée, les hématomes étaient de faible importance et avaient disparu à un mois. Quatorze patients ne nécessitèrent pas d'arrêt de travail. Il n'y eut pas de thrombose veineuse profonde ou superficielle. Il fut observé une rétraction complète à un mois avec un affaissement des varices, laissant présager que cette méthode pourrait constituer une alternative à la chirurgie conventionnelle.

## Indications

- *Incontinence GVS*: si la crosse reste très incontinente malgré la pose du garrot au Hunter, nous suggérons une crossectomie, bien que les auteurs expliquent qu'une récidive ultérieure peut être traitée par LEV.

L'incontinence isolée du tronc de la GVS au Hunter reste l'indication idéale lorsque la crosse est fonctionnelle alors que les branches sont comprimées. Ce cas est fréquent, relève d'une physiopathogénie ascendante qui est donc dépistée et traitée plus précocement. La crossectomie n'est donc pas nécessaire dans ce cas.

- *Incontinence PVS*: nous ne pratiquons pas de crossectomie, la ponction étant rétro-malléolaire.
- *Incontinence de branches saphéniennes*: notamment saphène antérieure ou postérieure.
- *CHIVA*: le LEV est une technique précise qui peut occlure les segments veineux sur une longueur pré-déterminée et éviter les ligatures étagées pourvoyeuses de cicatrices. Les récidives de CHIVA sont une indication privilégiée permettant de récupérer les conditions hémodynamiques initiales sans cicatrices supplémentaires.
- *Récidives*: si le cathétérisme est possible, le LEV est pratiqué sur les troncs récurrents; cependant, certains troncs néo-formés restent impossibles à cathétériser et la chirurgie conventionnelle garde sa place. Un obstacle isolé reste franchissable en reponctionnant sous échographie.
- *Contre-indication chirurgicale*: quelle qu'en soit la cause, les patients fragiles peuvent bénéficier d'un traitement qui va supprimer une source de reflux vectrice de complications. Ces patients étaient réfutés jusque-là et restaient exposés à un risque thrombotique élevé (ex.: insuffisance cardiaque). Le seul traitement du tronc par LEV sous locale, même sans crossectomie, peut limiter considérablement le risque d'évolution thrombotique ou trophique d'une insuffisance veineuse à l'origine de graves complications parfois vitales (embolie pulmonaire).
- *Syndromes post-thrombotiques*: le faible traumatisme chirurgical et la précision du geste en font une indication de choix. Une protection HBPM risque élevé est nécessaire pendant 10 jours associée à une contention; une échoscopie de contrôle est conseillée à ce terme.
- *La crossectomie doit-elle être associée ?*: les initiateurs de la méthode proposent un geste sans crossectomie même si la crosse est incontinente. Il est vraisemblable qu'ils s'exposent à des récidives notamment saphènes antérieures et/ou postérieures dans les 5 ans. Cependant, ils arguent du fait que les patients peuvent alors être complétés par le même type de procédure. Nos observations hémodynamiques plaident en ce sens dans la mesure où nous observons à 3 mois des crosses qui passent d'un statut de reflux modéré (pour lequel nous n'avions pas jugé que la crossectomie était nécessaire) à une continence normale, les collatérales de la crosse se drainant dans un carrefour redevenant fonctionnel une fois le reflux sous-jacent supprimé. Sur ce type d'évolution, des facteurs de risque particuliers favorisant l'hyperpression abdominale peuvent aussi influencer la décision. Ce raisonnement est un peu analogue à celui des perforantes qui, une fois mises en décharge après suppression d'un reflux d'amont, redeviennent fonctionnelles et réduisent de calibre. De plus, en cas d'aggravation du reflux sur la crosse, une crossectomie sous locale complémentaire peut toujours être proposée, en évitant de repasser dans le Scarpa qui reste « vierge » d'une éventuelle crossectomie préalable.

En ce qui concerne les crosses incontinentes et volumineuses, qui présentent une béance valvulaire complète, ce pari est hasardeux et un traitement curatif et non palliatif doit être proposé. Lors de l'écho-Doppler, nous comprimons le tronc saphène lors de la manœuvre de Valsalva et, s'il n'y a pas de réduction du reflux lors de cette compression ou en cas d'aggravation à la décompression, l'indication est posée pour la crossectomie. L'abord d'un Scarpa chez un patient obèse est toujours soumis à un risque de lymphorrhée et de surinfection significatif. Ce type de traitement peut l'éviter en évaluant lors du suivi l'évolution hémodynamique de la crosse.

- *Les phlébectomies sont-elles encore indiquées ?*: elles restent toujours nécessaires et sont pratiquées sur le même temps opératoire (60 % des cas en moyenne). Leur résultat esthétique peut être meilleur que celui d'un LEV superficiel qui nécessite alors des niveaux de puissance moins élevés et des fibres de plus petit calibre (200 et 400 μm).
- *Duplications saphènes*: Navarro et Boné en ont fait un critère d'exclusion dans leur première étude; techniquement, sur nos patients, le cathétérisme des deux branches a toujours été possible dans ce cas en fonction des données de l'échomarquage. L'autre branche peut être complétée par échosclérose si elle reste incontinente après la procédure.

## Perspectives

- Les récidives après échosclérose ou cryosclérose peuvent être une bonne indication en raison du calibre potentiel pouvant être traité et l'effet thermique ciblé à la paroi. Elles nécessitent cependant une réflexion sur les paramètres de réglage du laser qui doivent être différents et adaptés à chaque cas. Nous avons traité des échecs d'échosclérose de la petite saphène sans problème.
- Ulcères: la suppression immédiate du reflux avec le minimum de réaction inflammatoire en fait une indication séduisante qui ne pose pas de problèmes tech-

Supplied by The British Library - "The world's knowledge"

niques particuliers. Nous recommandons une héparine de bas poids moléculaire de couverture risque élevé. Les troubles trophiques traités par endosclérose laser montrent une guérison dans un délai inférieur à 2 mois dans notre expérience.

- Pathologie hémorroïdaire.
- Varices œsophagiennes.
- Varices vulvaires.
- Valvuloplastie par rétraction annulaire contrôlée à plus bas niveau d'énergie, sous angioscopie.
- Varicocèles, varices pelviennes.
- Fermeture ou réduction des fistules artério-veineuses et embolisations (artérielles ou veineuses). L'occlusion est en effet précise en topographie.

### Contre-indications

- Grossesse : elle est relative car le LEV peut rester utile en cas d'hémorragie variqueuse sans injecter de sclérosant.
- Allergie aux anesthésiques locaux ; ceci peut être contourné par une anesthésie générale au Diprivan®.
- Hypocoagulabilité sévère.
- Thrombose superficielle ou profonde évolutive.
- Infection évolutive.
- Altération importante de l'état général bien que nous ayons pu traiter des patients fragiles et âgés (93 ans).
- Difficulté au cathétérisme, notamment sur les récidives néo-formées d'aspect hélicoïdal ou de petites saphènes parfois incontinentes de calibre inférieur à 3 mm.

### Avantages

Le **coût** reste **réduit** de même que l'arrêt de travail qui est en moyenne diminué par trois comparativement à la chirurgie conventionnelle. En strict ambulatoire, un court **arrêt de travail** est prescrit (2 à 3 jours).

Le **traumatisme chirurgical** étant nettement diminué, les **suites** sont beaucoup plus simples ; le risque d'inflammation postopératoire étant plus faible, **les risques thrombotiques sont limités**. Il y a beaucoup **moins de complications immédiates** et sur le plus long terme comparativement à la chirurgie conventionnelle, notamment les paresthésies et hypoesthésies, les pigmentations, les douleurs, les infections. La topographie de l'endosclérose est bien maîtrisée. Le nombre de **cicatrices** est diminué voire égal à zéro.

L'utilisation d'HBPM limite une extension thrombotique, ce qui en fait une **méthode** particulièrement **précise** vis-à-vis de la topographie des reflux traités (CHIVA).

Les **indications** peuvent être **élargies** aux **patients fragiles**, leur permettant d'éviter les complications de la maladie veineuse dangereuses sur un terrain débilité pour lequel ils étaient réfutés. Les **petites** saphènes comme les **récidives** peuvent être traitées en excluant tout risque d'injection intra-artérielle et limitant celui de la thrombose. **L'indice de satisfaction** de nos patients est, de plus, excellent, ceux-ci se montrant toujours partisans du geste le moins traumatisant et le plus réduit lorsqu'on leur propose les deux méthodes, l'autre étant la chirurgie conventionnelle. Il n'y a **pas de perfusion intraveineuse** nécessaire.

Le **traitement** peut être **adapté** dans ses modalités suivant l'évolution. Le fait de minimiser le traumatisme chirurgical diminue logiquement le potentiel d'**angiogenèse**. La **rapidité** du LEV nécessite dix à quinze secondes par centimètre. **Aucun matériel n'est laissé en place, rien n'est injecté.** Les **paramètres plus nombreux de réglage** permettent d'optimiser l'effet thermique et de moduler l'endosclérose, ce qui en fait un outil de choix dans l'arsenal thérapeutique de la maladie veineuse. L'effet thermique reste localisé car il est ciblé sur le chromophore (eau, hémoglobine) à la différence des autres procédés thermiques qui sont non spécifiques de la paroi du vaisseau.

### Inconvénients

Cette technique ne bénéficie **pas encore spécifiquement de cotation à la nomenclature** en dehors des actes chirurgicaux avec anesthésie qui peuvent être associés. **Le résultat au long terme**, malgré les excellentes données jusqu'à 24 mois (97 % d'occlusions complètes), n'est pas encore publié bien que les premiers patients du Dr Boné (1997) restent occlus à 5 ans. Les reperméations surviennent en général dans les 3 à 6 premiers mois (Dr Boné). Ce traitement nécessite de plus une **formation appropriée**. Le **choix du matériel** est capital (longueur d'onde, puissance, qualité de fibre). Le **coût** du laser reste assez élevé : 35 à 40 000 euros ; l'introduction des diodes a déjà permis de le réduire, en sachant que l'appareil peut aussi être exploité pour le traitement des varicosités avec une pièce à main classique ou la détersion d'ulcères (980 nm – 25 W). Les fibres stériles à usage unique coûtent 100 à 150 euros environ.

Le marquage CE du matériel et la traçabilité des fibres sont obligatoires.

**ARTICLE ORIGINAL**

## CONCLUSION

Le LEV est un traitement prometteur qui nécessite pour son utilisation une formation spécifique, sans laquelle des échecs peuvent survenir et par conséquent jeter un discrédit sur la méthode. Il constitue un geste mieux contrôlé que la sclérose classique à la fois en topographie et en intensité. L'introduction de longueurs d'onde mieux absorbées à la fois par l'eau et l'hémoglobine (980 nm) potentialise le résultat. L'effet est majoré par le procédé « double pulse » (Surgylas 25 W).

Les incertitudes reposent sur les résultats au long terme, mais les perméations peuvent être reprises par la même méthode complétée par la sclérose conventionnelle et l'échosclérose. Les excellents taux d'imperméabilité à deux ans, le fait que l'on puisse traiter au moins jusqu'à 28 mm de calibre saphène (Min) et la spécificité vasculaire de l'effet thermique laissent présager sa supériorité par rapport aux autres techniques endovasculaires.

Il doit être curatif et non simplement palliatif, les crossectomies et les phlébectomies resteront toujours nécessaires. L'incontinence évoluée de la crosse impose une crossectomie avec LEV concomitant en milieu chirurgical. Le reflux isolé du tronc nécessite seulement un LEV par cathétérisme qui peut être effectué éventuellement au cabinet, sous guidage échographique. Un traitement en 2 temps peut aussi être proposé avec crossectomie préalable puis LEV. De plus, il peut être appliqué aux branches superficielles, en alternative à la sclérose conventionnelle, mais les phlébectomies associées donnent d'excellents résultats. Les patients réfutés jusque-là et ceux refusant la chirurgie peuvent constituer une indication et subir au moins un LEV du tronc saphène malgré l'indication de la crossectomie, permettant ainsi de supprimer l'essentiel du reflux. La crossectomie sera peut-être remplacée par l'endosclérose écho-guidée de la crosse en cas de crosse incontinente, sécurisée par des fibres à diffusion latérale ; elle sera effectuée sous la crosse si cette dernière est fonctionnelle.

Son coût reste assez réduit. L'échographie est nécessaire car elle évite les fausses routes, une voie d'abord élargie et les pièges liés aux duplications. Elle permet de plus d'optimiser les paramètres en per-opératoire.

Ce traitement intéresse aussi bien le chirurgien vasculaire que l'angiologue qui pourra aussi exploiter son matériel pour la détersion, le traitement des varicosités profondes et bleues, indications où cette longueur d'onde est plus efficace que le 532 nm. Le LEV permet d'optimiser la coopération angio-chirurgicale dans les choix de stratégie thérapeutique, de traiter uniquement les segments veineux qui sont pathologiques en minimisant, voire en supprimant, le traumatisme chirurgical, limitant ainsi l'angiogenèse ultérieure. Le suivi post-opératoire ainsi que la sclérose régulière restent toujours indispensables.

Supplied by The British Library - "The world's knowledge"