**ARTICLE ORIGINAL**

## RÉFÉRENCES

1. Judy M.M., Matthews J.L., Aronoff B.L., Hults D.F. Soft tissue studies with 805 nm diode laser radiation : thermal effects with contact tips and comparison with effects of 1064 nm Nd:Yag laser radiation. *Lasers Surg Med* 1993 ; 13 : 528-36.

2. Newsom R.S., McAlister J.C., Saeed M., McHugh J.D. Transpupillary thermotherapy (TTT) for the treatment of choroidal neovascularisation. *Br J Ophtalmology* 2001 ; 85 : 173-8.

3. Campos V.B., Dierycks C.C., Farinelli W.A., Lin T.Y., Manuskiatti W., Anderson R.R. Hair removal with an 800 nm pulsed diode laser. *J Acad Dermatol* 2000 ; 43 : 442-7.

4. Varma S., Lanigan S.W. Laser therapy of telangiectatic legs veins : clinical evaluation of the 810 nm diode laser. *Clin Exp Dermatol* 2000 ; 25 : 419-22.

5. Boné C. Tratamiento endoluminal de las varices con laser. Estudio preliminar. *Rev Pathol Vasc* 1999 ; V : 35-46.

6. Del Giglio A. Underskin laser treatment : a new approach to vein disease. Abstract on the 20th Congress of the International Society for Dermatologic Surgery. Athens, Sept. 1999.

7. Min R.J., Zimmet S.E. Endovenous laser treatment of varicose veins. Newsletter of the American College of Phlebology. Vol II, n° 2 ; 2000 : 1-4.

8. Min R.J. Percutaneous endovenous laser treatment of varicose veins. Abstract : 14th annual Congress of the American College of Phlebology. November 17-19, 2000.

9. Frailia A., Mulkens P. Endovenous diode laser treatment of side branch varicosities. XXII° Congrès annuel de la Société Française des Lasers Médicaux (SFLM). 13-16 Janv. 2002, Abstract : 13.

10. Mordon S. Les lasers médicaux. *Angéiologie* 2001 ; 53 : 45-55.

11. Anastasie B., Celerier A., Blanchemaison P. Bases théoriques et physiques des traitements laser vasculaires. *Phlébologie* 2001 ; 54 : 405-11.

12. Mordon S. L'endolaser : une alternative à la phlébectomie ambulatoire. *Réalités Thérapeutiques en Dermato-Vénérologie* 2001 ; 109 : 26-31.

13. Mordon S. Actions thermiques des lasers. Encyclopédie des lasers en Médecine et en Chirurgie : bases physiques et principes fondamentaux. SFLM. Padoue, Italie, Piccin 1995 : 199-214.

14. Pedersen, G.D., McCormick N.J., et al. Transport calculations for light scattering in blood. *Biophys J* 1976 ; 16 : 199-207.

15. Barton J.K., Frangineas G., et al. Cooperative phenomena in two-pulse, two-color laser photocoagulation of cutaneous blood vessels. *Photochem Photobiol* 2001 ; 73 : 642-50.

16. Lepock J.R., Frey H.E., et al. Relationship of hyperthermia-induced hemolysis of human erythrocytes to the thermal denaturation of membrane proteins. *Biochim Biophys Acta* 1989 ; 980 : 191-201.

17. Pfefer T.J., Choi B., et al. Pulsed laser-induced thermal damage in whole blood. *J Biomech Eng* 2000 ; 122 : 196-202.

18. Agah R., Pearce J.A., et al. Rate process model for arterial tissue thermal damage : implications on vessel photocoagulation. *Lasers Surg Med* 1994 ; 15 : 176-84.

19. Pearce J., Thomsen S. Rate process analysis of thermal damage. Thermal response of laser irradiated tissue. A.J. Welch, New York, Plenum Press : 1995.

20. Navarro L., Min R.J., Boné C. Endovenous laser : a new minimally invasive method of treatment for varicose veins : preliminary observation using a 810 nm diode laser. *Derm Surg* 2001 ; 27 : 117-22.

21. Min R.J., Zimmet S.E., Isaacs M.N., Forrestal M.D. Endovenous laser treatment of the incompetent greater saphenous vein. *J Vasc Interv Radiol* 2001 ; 12 : 1167-71.

22. Navarro L., Boné C. L'énergie laser intraveineuse dans le traitement des troncs veineux variqueux : rapport sur 97 cas. *Phlébologie* 2001 ; 54 ; 3 : 293-300.

23. Proebstle T.M., Sandhofer M., Kargl A., Gul D., Rother W., Knop J., Lehr H.A. Thermal damage of the inner vein wall during endovenous laser treatment : key role of energy absorption by intravascular blood. *Dermatol Surg* 2002 ; 28 : 596-600.

24. Proebstle T.M., Lehr H.A., Kargl A., Espinola-Klein C., Rother W., Bethge S., Knop J. Endovenous treatment of the greater saphenous vein with a 940 nm diode laser : thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles. *J Vasc Surg* 2002 ; 35 : 729-36.

25. Vuong P.N., Blanchemaison P., Anastasie B., Desoutter P. Laser endo-veineux. Modification histologique in vitro des varices, GELEV Congrès. 19 octobre 2002 ; Abstract : 22-3.

26. Vuong P.N., The pathology of vessels, Paris, London, New York, Springer 2002 ; 540 p.

27. Weiss R.A. Comparison of endovenous radiofrequency versus 810 nm diode laser occlusion of large veins in an animal model. *Dermatol Surg* 2002 ; 28 : 56-61.

28. Chang C.J., Chua J.J. Endovenous laser photocoagulation (EVLP) for varicose veins. *Lasers Surg Med* 2002 ; 31 : 257-62.

29. Gérard J.L., Desgranges P., Becquemin J.P., Desse H., Mellière D. Feasibility of ambulatory endovenous laser for the treatment of greater saphenous varicose veins : one-month outcome in a series of 20 outpatients. *J Mal Vasc* 2002 ; 27 : 222-5.

Supplied by The British Library - "The world's knowledge"

# EXHIBIT 19

# Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model

ROBERT A. WEISS, MD

*Department of Dermatology, Johns Hopkins University School of Medicine, Baltimore, Maryland*

BACKGROUND. Endovenous occlusion using radiofrequency (RF) energy has been shown to be effective for the elimination of sapheno-femoral reflux and subsequent elimination of varicose veins. Recently, endovenous laser occlusion has been introduced with initial clinical reports indicating effective treatment for varicose veins. However, in our practice we note increased peri-operative hematoma and tenderness with the laser. Little is known regarding the mechanism of action of this new laser vein therapy.

OBJECTIVE. To better understand the mechanism of action of endovenous laser vs. the endovenous RF procedure in the jugular vein of the goat model.

METHODS. A bilateral comparison was performed using 810 nm diode laser transmitted by a bare-tipped optical fiber vs. the RF delivery by engineered electrodes with a temperature feedback loop using a thermocouple (Closure procedure) in three goat jugular veins. Immediate and one-week results were studied radiographically and histologically. Temperature measurements during laser treatment were performed by using an array of up to five thermocouples, spaced 2 mm apart, placed adjacent to a laser fiber tip during goat jugular vein treatment.

RESULTS. Immediate findings showed that 100% of the laser-treated veins showed perforations by histologic examination and immediate contrast fluoroscopy. The RF-treated side showed immediate constriction with maintenance of contrast material within the vein lumen and no perforations. The difference in acute vein shrinkage was also dramatic as laser treatments resulted in vein shrinkage of 26%, while RF-treated veins showed a 77% acute reduction in diameter. At one week, extravasated blood that leaked into the surrounding tissue of laser treated veins acutely, continued to occupy space and impinge on surrounding structures including nerves. For the laser treatment, the highest average temperature was 729°C (peak temperature 1334°C) observed flush with the laser fiber tip, while the temperature feedback mechanism of the RF method maintains temperatures at the electrodes of 85°C.

CONCLUSION. Vein perforations, extremely high intravascular temperatures, failure to cause significant collagen shrinkage, and intact endothelium in an animal model justify a closer look at the human clinical application of the 810 nm endovenous laser technique. Extravasated blood impinging on adjacent structures may theoretically lead to increased peri-operative hematoma and tenderness. Further study and clinical investigation is warranted.

## Introduction

There has been interest for several decades in basic electrocautery techniques as a simple method to shrink or seal varicose veins. Older approaches for endovenous sealing of a vein have relied on simple electrocoagulation of blood causing thrombus to occlude the vein.[1,2] The long-term results of these techniques have not been good because the potential for recanalization of the vein due to breakdown of the thrombotic plug is high. Two new techniques using more sophisticated intravascular radiofrequency (RF) or bare fiber laser techniques have been reported with a much higher rate of efficacy.[3–6]

These initial clinical reports have demonstrated that endovascular occlusion both by laser and RF are effective for elimination of sapheno-femoral reflux and subsequent elimination of varicose veins. Several clinical studies for RF indicate that long-term results, including up to 2 years of follow-up, are equivalent to surgical elimination of the greater saphenous vein.[4,7–10] One clinical study on endovenous laser therapy (EVLT™), using the 810 nm diode laser delivered into the vein via a single point bare-tipped fiber, has been reported to show excellent results at up to 1 year.[5]

In the RF method, vein occlusion is accomplished by heating the vein wall to 85°C with radio-frequency energy delivered via catheter electrodes with a temperature feedback loop. Sufficient temperature is thus sustained within the vein wall to cause collagen contraction and denudation of endothelium as the catheter is slowly pulled back at a rate of 1–3 cm/minute. The Closure procedure (VNUS Medical Technologies, San Jose, CA) is performed using Duplex ultrasound

The author is a consultant to both VNUS Medical and Diomed Lasers. This research project was funded by VNUS Medical. Address correspondence and reprint requests to: Robert A. Weiss, MD, Maryland Laser, Skin & Vein Institute, 54 Scott Adam Road, Hunt Valley, MD 21209, or e-mail: rwderm@earthlink.net.

© 2002 by the American Society for Dermatologic Surgery, Inc. • Published by Blackwell Publishing, Inc.
ISSN: 1076-0512/02/$15.00/0 • Dermatol Surg 2002;28:56–61

ANG 10707

*tumescent = swelling*

guidance for catheter placement into the targeted vein segment. Compression of the vein around the catheter is accomplished by modified tumescent anesthesia so that there is virtually no room for blood accumulation. The patient is placed in a Trendelenburg position to further reduce the possibility of an intravascular coagulum. A microprocessor-controlled RF generator connected to the catheter delivers the minimum amount of power needed to maintain the target temperature, which is monitored using a thermocouple mounted at the electrode, to a controlled level monitored through a thermocouple. This stimulates vein wall thickening, contraction of the lumen, and rapid organization within to form a fibrotic seal of the vein lumen. Documented collagen contraction of the vein wall with minimal coagulation minimizes the likelihood of recanalization of the treated vein.[11]

In the laser method (EVLT), a bare 600-micron diameter optical fiber with a bare tip is inserted into the targeted vein. The vein is partially compressed with a modified tumescent anesthesia technique. Some blood is necessary intravascularly for heating of the vein as the chromophore for 810 nm laser is hemoglobin. Energy is delivered in pulses of 0.5 s to 1 s with a total power of 8–12 W for each pulse. Placement of the fiber is assisted by the use of a long sheath and visualization by Duplex ultrasound. The optical fiber is pulled back at a rate of 1–2 mm per second, which is faster than the pullback time for RF. There is no feedback loop for temperature monitoring within the vessel and peak temperatures in the human saphenous vein are unknown. The degree of coagulum formation due to the targeting of hemoglobin is also unknown.

Since we perform both techniques in our office, we were interested in obtaining a better understanding of the acute events in an animal model using the 810 nm laser, as data in an animal model for RF has been previously published.[11] We have noticed a trend towards more bruising and tenderness with the laser method; however, no quantitative peri-operative data on endovenous laser has been presented to date.

Therefore our objectives in this study were to use the animal model of the goat jugular vein, which is a large vein, typically 10–12 mm in diameter, with a high flow rate, in order to better understand the mechanism of action of laser vs. RF both immediately and one week after the procedure. Bilateral comparison of RF vs. 810 nm laser was performed. In addition, we attempted to gain understanding of the intravascular temperature differences at the laser fiber vs. the RF catheter using the goat jugular vein model.

## Materials and Methods

Goats were housed in accordance with USDA regulations and standards. After being placed under general anesthesia, goats were carefully monitored by a veterinary anesthesiologist throughout the procedure. Intravenous access was obtained bilaterally in the jugular vein of the neck. Three goats were treated bilaterally by placing either the RF catheter or the laser fiber optic through the intravenous access points on opposite sides in the same animal. Starting vein diameters were 12 mm, similar to the size seen in enlarged greater saphenous veins of humans. The typical treatment length was 10 cm. Tumescent infiltration with normal saline was used to simulate clinical parameters and to cause compression of the goat veins. An additional 12 goat jugular veins were treated acutely by endovenous laser alone using a range of fluences from 14 to 10 W, similar to settings used in humans. Additional goat jugular veins were treated with the laser procedure to capture temperature measurements by placing thermocouples 2 mm proximal to the fiber tip, flush with the fiber tip and 2, 4, and 6 mm distal to the fiber tip.

For the RF treatments, an 8 French RF Closure catheter, set to a maximum temperature of 85°C was used over a segment of 10 cm in the 12 mm diameter goat jugular veins with a pullback rate of 1–2 cm/minute. For laser treatments, an 810-nm diode laser (Diomed, Andover, MA) and a 600-micron diameter bare-tipped fiber was used. The power delivered was 12 W with 1-s pulse duration, 1-s intervals, and with a pullback of 1.5 mm between laser pulses for an average pullback rate of 9 centimeters/minute. The placement of the RF

Table 1. Acute Observations of Endovenous Laser and Closure Treatments

|  | Endovenous laser (n = 122) | | Closure (n = 3) | |
|---|---|---|---|---|
| Perforations in the vein wall | Yes | 12 of 12 (100%) | No | 0 of 3 (0%) |
| Extravasation of blood into perivascular tissue | Yes | 11 of 12 (92%)* | No | 0 of 3 (0%) |
| Diameter reduction of vein | Minimal | 26% Mean pre-15.1 mm Mean post-11.2 mm | Significant | 77% Mean pre-10.8 mm Mean post-2.5 mm |

*One perforation spontaneously occluded.





Figure 1. Laser histology. A) Acute histology of a laser-treated vein. Marked extravasation of blood is noted through a perforation (shown by arrowhead). Carbonization of the vein wall is noted (shown by astericks). H & E. 20×. B) One week histology of a laser-treated vein. Fibrous tissue is loosely covering the perforations thereby preventing further extravasation into the extravascular tissue. Old extravasated blood in surrounding tissue continues to occupy space and impinges on surrounding structures. H & E. 20×. C) One-week histology of a laser-treated vein at higher magnification of intact endothelial cells adjacent to the perforation shown in B. H & E 200×.

catheter and laser fiber was confirmed both by Duplex ultrasound using a 5-MHz probe (Sonosite, Bothell, WA) and by fluoroscopy. Images were captured by both devices before, during and immediately after the procedure to measure vein size. Contrast material was injected immediately after the procedure to further define changes to the vein wall and to detect perforations.

Histologic evaluation of treated veins occurred either immediately after the endovenous procedure or one week after the procedure. Samples were stained with standard H & E and evaluated by a veterinary histopathologist.

For the laser, temperature measurements were performed by using an array of up to five thermocouples (spaced 2 mm apart) placed adjacent to a laser fiber tip during two goat jugular treatments at 12 W. Pullback rate was 9 cm/min. Temperatures were measured once every 0.7–0.8 s. Saline tumescent infiltration and two-handed manual compression were used during this treatment.

## Results

The results of immediate changes in diameter in the animals undergoing endovenous radiofrequency and laser as measured by fluoroscopy and histology are summarized in Table 1. Using the 12-W, 1-s pulse duration setting for 810 nm (clinically utilized in human saphenous veins), the amount of vein shrinkage was 26%, while RF-treated veins showed 77% acute reduction in diameter. Most striking was that 100% of the laser-treated veins showed perforations, although one sealed spontaneously, while none of the RF-treated veins showed this finding. In vivo fluoroscopic contrast injections revealed multiple vein perforations on the laser-treated side. Furthermore, only the side of the vessel where the laser was directed into the vein wall showed some thermal effect as evidenced by the narrowing of the vein. Multiple perforations on one side of the vein at 3-mm pullback intervals show a "garden sprinkler hose" appearance with contrast injection on the laser-treated veins. The RF-treated side showed the immediate constriction with maintenance of contrast material within the vein lumen and no perforations.

Histologic examination confirmed the fluoroscopic observations with demonstrated marked blood extravasation on the laser-treated side not seen on the RF-treated side. (Figures 1A, 3A) Carbonization of the vein wall was also seen at each perforation in vein tissue samples under light microscopy for the laser treatment.

The 1-week histologic post-treatment changes of RF vs. laser are summarized in Table 2. Changes examined included diameter reduction of the vein, endothelial denudation, continued presence of extravasated

ANG 10709

Table 2. Observations One Week Post Treatment

|  | Endovenous laser (n = 3) | Closure (n = 3) |
|---|---|---|
| Vessel occlusion | 0 of 3 (0%) | 0 of 3 (0%) |
| Diameter reduction of vein | 27% | 50% |
|  | Mean pre–12.0 mm | Mean pre–11.9 mm |
|  | Mean post–8.8 mm | Mean post–6.0 mm |
| Endothelial denudation of a vein section ≥ 70% | 1 of 3* (33%) | 3 of 3 (100%) |
| Extravasation present around vessel | 3 of 3 (100%) | 0 of 3 (0%) |

*Minimal endothelial denudation of 5–10% was observed on sections of the other two treatments.

blood around the vessel, and the extent of healing of perforations of the vessel wall. Neither RF nor laser resulted in complete vein occlusion in this short segment of these large, high-flow jugular veins. At one week, the laser exhibited 27% vein shrinkage while RF maintained a higher amount of vein shrinkage with 50% reduction. Endothelial denudation was seen in three out of three RF-treated veins but seen in a very spotty pattern in only one of the three laser-treated veins. For the laser-treated side, the perforation underwent an initial process of tissue repair with fibrous tissue loosely covering the perforations thereby preventing further extravasation into the extravascular tissue (Figure 1B). Vein wall not directly in line with the laser energy showed intact endothelial cells adjacent to the perforations as shown in Figure 1C. Histology of the RF-treated veins showed uniform shrinkage and destruction of the endothelial lining seen at one week as shown in Figures 2B and 2C.

For the temperature experiments, the peak temperature for each laser pulse was recorded at various distances from the tip of the fiber. The laser treatments were performed with fractional second recordings in the goat jugular vein at 12 W, 1-s pulse durations, 1-s intervals, and a withdrawal rate of 9 cm/minute (Table 3). Significantly higher temperatures were reached by laser than by the previously reported temperatures observed for RF. For the laser treatment, the highest average temperature was 729°C (peak temperature 1334°C) recorded by the thermocouple located flush with the tip of the fiber, although high temperatures were recorded both 2 mm distal and proximal to the fiber tip. Figure 4 is a graph of the peak cycle temperatures during the pullback phase of the 810 nm laser treatment. The heat-resistant polyimide tubing lining the thermocouple array became very charred appearing and one thermocouple was rendered inoperable.

Temperatures with the RF system were considerably less than the 810 nm laser system. Temperatures for RF were measured during the procedure with a built-in thermocouple and rarely exceeded momentary peaks of 90°C at the electrodes. Previous studies for RF have shown that temperature drops to 60°C within 1.5 mm of the catheter tip (data on file, VNUS Medical, San Jose, CA).

## Discussion

The purpose of these experiments was to better understand the mechanism of action of endovenous laser vs. the RF procedure in the jugular vein of the goat model.

We also attempted to elucidate some of the reasons for the anecdotal observations of increased incidence of pain and bruising associated with the endovenous laser procedure compared to the RF procedure. We also attempted to understand how the presence or absence of controlled temperature feedback affects the acute and 1-week results. Our study data clearly showed marked immediate and 1-week differences between the two techniques. These differences included amount of vein wall contraction, degree of endothelial denudation achieved, and presence of vessel wall perforations.

The most significant observation was that treatment with endovenous laser energy from the bare-tipped laser fiber caused frequent perforations. These vein wall perforations were observed under fluoroscopy as well as histologically. Blood extravasated out of the perforations caused by the laser energy delivery and flowed into the perivascular tissue where it remained for at least a week, where it could impinge on adjacent structures. The extravasation of blood into the surrounding tissues as a result of perforation may explain the increased levels of patient discomfort and postoperative bruising with laser as compared to RF seen with patient treatments in our practice.

Endovenous 810 nm laser did not cause significant collagen contraction in large veins as compared to RF. Laser also did not cause uniform damage to the vessel wall. Only the side of the vessel where the laser was directed into the vein wall showed thermal effects.

The vein wall away from the laser fiber is largely unaffected with an intact endothelial layer. As there

ANG 10710



Figure 2. RF histology. A) Acute and B) 1-week histology of RF treated veins. Shrinkage without perforation is seen. H & E 20×. C) Endothelial cells are absent at one week in higher magnification of B. H & E 100×.



Figure 3. Contrast fluoroscopy. A) Before and B) immediately after treatment with the 810 nm diode laser within the goat jugular vein. Multiple perforations on one side of the vein at 1 mm pullback intervals show a "garden sprinkler hose" appearance with contrast injection. Contrast material is seen leaking out of multiple points. C) Before and D) after treatment with RF. A narrowing without perforation or extravasation is seen.

was no temperature control mechanism associated with the endovenous laser treatment, we frequently heard audible crackling and popping sounds throughout the delivery of laser energy. Heat could be felt under the manual compression. These observations could be attributed to peak temperatures of over 1000°C at the region of the laser fiber tip with high temperatures maintained at least 2 mm from the laser fiber tip. High heat within the vein was confirmed by carbonization at the vein wall seen under H & E staining.

Vessels treated with RF exhibited significant and uniform collagen contraction and nearly complete endothelial cell denudation while vessels treated with laser were minimally reduced in vein diameter without complete denudation of the endothelium. Endovenous laser has published successful rates of closure at or near 100% for large human vessels (up to 21.6 mm).[5] In this study, occlusion was not observed in any of the three goat vessels having a mean of 12 mm in diameter. The three vessels treated with RF were at the upper diameter of the clinical indication, yet still exhibited marked collagen contraction with 50% diameter reduction.

In summary, these investigations raise significant issues with respect to the use of endovenous laser

Table 3. Average of "Peak Cycle Temperatures" of Each of the Thermocouples during Endovenous Laser Treatment in the Goat Model

|  | 4 mm distal | 2 mm distal | flush with fiber tip | 2 mm proximal |
|---|---|---|---|---|
| Average (°C) | 93 | 307 | 729 | 231 |
| Standard Dev. (°C) | 19 | 209 | 289 | 103 |

ANG 10711



Figure 4. Peak cycle temperatures during the pullback phase using 12 W, 1-s pulse durations with 1-s intervals of the 810 nm laser.

treatment in the animal model which have not been previously reported. The incidence of vein perforations, extremely high intravascular temperatures, and failure to cause significant collagen shrinkage warrants a closer look at the clinical application of the laser technique. Although speculative, the residual endothelial cells observed following laser treatment may turn out to lead to early recanalization and thus reduce long-term durability of this endovenous laser treatment. The application of a technique to humans without thorough histologic investigation in the animal model may lead to some unexpected complications. Further study of this laser procedure for the treatment of varicose veins is clearly warranted before the endovenous laser ablation technique can be fully advocated in patients.

*Acknowledgment* The author would like to thank Diane Villegas, BS and Chris Jones, MS for their invaluable assistance with collection and analysis of the data.

### References

1. Thompson WM, Piazo SV, Jackson DC, Johnsrude IS. Transcatheter electrocoagulation: a therapeutic angiographic technique for vessel occlusion. Invest Radiol 1977;12:146–53.
2. Gradman WS. Venoscopic obliteration of varical tributaries using monopolar electrocautery. Preliminary report. J Dermatol Surg Oncol 1994;20:482–5.
3. Chandler JG, Pichot O, Sessa C, Schuller-Petrovic S, Osse FJ, Bergan JJ. Defining the role of extended saphenofemoral junction ligation: a prospective comparative study. J Vasc Surg 2000;32:941–53.
4. Goldman MP. Closure of the greater saphenous vein with endoluminal radiofrequency thermal heating of the vein wall in combination with ambulatory phlebectomy: preliminary 6-month follow-up. Dermatol Surg 2000;26:452–6.
5. Navarro L, Min RJ, Bone C. Endovenous laser: a new minimally invasive method of treatment for varicose veins – preliminary observations using an 810 nm diode laser. Dermatol Surg 2001;27:117–22.
6. Pichot O, Sessa C, Chandler JG, Nuta M, Perrin M. Role of duplex imaging in endovenous obliteration for primary venous insufficiency. J Endovasc Ther 2000;7:451–9.
7. Weiss R. Commentary on endovenous laser. Dermatol Surg 2001;27:325–6.
8. Dauplaise TL, Weiss RA. Duplex-guided endovascular occlusion of refluxing saphenous veins. J Vasc Technology 2001;25:79–82.
9. Manfrini S, Gasbarro V, Danielsson G, et al. Endovenous management of saphenous vein reflux. Endovenous Reflux Management Study Group. J Vasc Surg 2000;32:330–42.
10. Weiss RA, Weiss MA. Controlled RF endovenous occlusion using a unique RF catheter under duplex guidance to eliminate saphenous varicose vein reflux: Two year follow-up. Dermatol Surg 2002;28: in press.
11. Weiss RA. RF-mediated endovenous occlusion. In: Weiss RA, Feied CF, Weiss MA, eds. Vein Diagnosis and Treatment. New York: McGraw-Hill, 2001;211–21.

ANG 10712