UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |

**DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONY ON LOST PROFITS**

Pursuant to the Court's December 8, 2006 pre-trial order and Fed. R. Evid. 702, defendants Vascular Solutions, Inc. and AngioDynamics, Inc. move the court for an Order excluding from evidence at trial all opinions and other testimony of plaintiff's expert Philip Green regarding Diomed's alleged lost profits or price erosion damages.

In support of their motion, defendants rely upon Defendants' Memorandum in Support of Joint Motion *In Limine* To Exclude Plaintiff's Expert Testimony on Lost Profits, as well as the February 19, 2007 Declaration of Heather D. Redmond, with attached exhibits, and the February 19, 2007 Declaration of William H. Bright, Jr., with attached exhibits.

WHEREFORE, Defendants respectfully request that all opinions and other testimony of plaintiff's expert Philip Green regarding Diomed's alleged lost profits or price erosion damages be excluded from evidence at trial.

## LOCAL RULE 7.1 CERTIFICATE

Counsel for Defendants Vascular Solutions, Inc. and AngioDynamics, Inc. certify that, on February 20, 2007, they conferred with counsel for Diomed, Inc. in a good faith attempt to resolve or narrow the issues presented in this motion pursuant to Local Rule 7.1(A)(2). As a result, the parties were not able to resolve the issues presented in this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants request oral argument on this Motion, as it may assist the Court in resolving the issues presented in the Motion.

Respectfully submitted,

VASCULAR SOLUTIONS, INC.

By its counsel,

Steven L. Feldman (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

~and~

J. Thomas Vitt MN #183817
Heather D. Redmond MN #313233
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

ANGIODYNAMICS, INC.

By its counsel,

/s/ William H. Bright /svf

William H. Bright, Jr.
Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Telephone (860) 275-6700

~and~

Rodney S. Dowell (BBO #629016)
Berman & Dowell
210 Commercial Street
Boston, Massachusetts 02109
Telephone (617) 723-99911

Dated: February 20, 2007

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on _electronically_
February 20, 2007
Christopher F. Robert

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\Motion in Limine Re Lost Profits.doc

3