UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-RGS |

## NOTICE OF FILING

**DEFENDANTS' MEMORANDUM IN SUPPORT OF JOINT MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONY ON LOST PROFITS HAS BEEN FILED UNDER SEAL WITH THE CLERK OF THE COURT PURSUANT TO A PROTECTIVE ORDER ENTERED BY THE COURT ON JULY 26, 2004.**