UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br>    Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. <br><br>    Defendant. | Civil Action No.: 04-10444-NMG |
| DIOMED, INC. <br><br>    Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC. <br><br>    Defendant. | Civil Action No.: 04-10019-NMG |

### DECLARATION OF HEATHER D. REDMOND

I, Heather D. Redmond, declare and state as follows:

1. I am an attorney at Dorsey & Whitney LLP, and one of the attorneys for defendant Vascular Solutions, Inc. in this action. I offer this declaration in support of Defendants' Joint Motion *In Limine* to Exclude Plaintiff's Expert Testimony on Lost Profits.

2. Attached to this Declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Confidential Supplemental Expert Report of Philip Green Regarding Damages, with exhibits, dated December 9, 2005 |

| | |
|---|---|
| 2 | Excerpts of Exhibit 11 from deposition of Philip Green (Updated Supplemental Exhibits) |
| 3 | Transcript of the December 7, 2006 deposition of James Philip Green |
| 4 | Excerpts of Exhibit 17 from deposition of Philip Green (Chapters 1-4: Millennium Research Group Report) |
| 5 | Exhibit 14 from deposition of Philip Green (Diomed Statement of Operations) |
| 6 | Exhibit 18 from deposition of Philip Green (Lost Order Report) |
| 7 | Documents stamped D 032395 – D 032396; D 032403 – D 032412 (Customer Comparisons) |
| 8 | Documents stamped D 032309 – D 032320 (Green's Regression Analysis) |
| 9 | January 22, 2007 letter from Heather Redmond to John Strand |
| 10 | Excerpts from the February 9, 2007 Deposition of Howard Root |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 20, 2007.

_Heather D. Redmond_
Heather D. Redmond

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on _electronically_
_February 20, 2007_
_Christopher P. Roberts_