**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DIOMED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  04-10444-RGS |
| ) | |
| VASCULAR SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| DIOMED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-10019-RGS |
| ) | |
| ANGIODYNAMICS, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

**EXHIBITS 1 TO 10 OF THE DECLARATION OF HEATHER D. REDMOND HAVE BEEN FILED UNDER SEAL WITH THE CLERK OF THE COURT PURSUANT TO A PROTECTIVE ORDER ENTERED BY THE COURT ON JULY 26, 2004.**