UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. <br><br> Defendant. | Civil Action No.: 04-10444-NMG |
| DIOMED, INC. <br><br> Plaintiff, <br><br> ANGIODYNAMICS, INC. <br><br> Defendant. | Civil Action No.: 04-10019-NMG |

## DECLARATION OF WILLIAM H. BRIGHT, JR.

I, William H. Bright, Jr., declare and state as follows:

1. I am an attorney at McCarter & English, LLP, and one of the attorneys for defendant AngioDynamics, Inc. in this action. I offer this declaration in support of Defendants' Joint Motion *In Limine* to Exclude Plaintiff's Expert Testimony on Lost Profits.

2. Attached to this Declaration as Exhibit A is a true and correct copy of the January 18, 2007 Expert Report of Abram E. Hoffman, DBA, with exhibits 1 and 4-7 originally attached to his report.

3.  Attached to this Declaration as Exhibit B is a true and correct copy of regression data used by Mr. Hoffman to complete the quarterly regression analyses relied on in his expert report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 19, 2007.

_____
William H. Bright, Jr.

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on electronically February 20, 2007
Christopher P. Roberts