UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VASCULAR SOLUTIONS, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 04-10444-RGS |
| DIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGIODYNAMICS, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 04-10019-RGS |

**NOTICE OF FILING**

**EXHIBITS A AND B OF THE DECLARATION OF WILLIAM H. BRIGHT, JR. HAVE BEEN FILED UNDER SEAL WITH THE CLERK OF THE COURT PURSUANT TO A PROTECTIVE ORDER ENTERED BY THE COURT ON JULY 26, 2004.**