UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |

**DEFENDANTS' JOINT MOTION FOR IMPOUNDMENT OF CONFIDENTIAL MATERIALS PURSUANT TO LOCAL RULE 7.2 (UNOPPOSED)**

Defendants Vascular Solutions, Inc. and AngioDynamics, Inc. (collectively "Defendants"), file this Motion for Impoundment of Confidential Materials Pursuant to Local Rule 7.2. In support of their motion, Defendants state as follows:

1. In accordance with the Court's Pre-Trial Order dated December 8, 2006, Defendants are filing motions *in limine* and supporting materials in connection with the trial scheduled to begin on March 12, 2007. In support of one of their motions, Defendants are filing under seal documents that are designated as "Confidential" as defined in the Court's Protective Order in this case issued by Judge Richard Stearns on July 26, 2004.

2. That Order provides, in relevant part, that

Where filed with the Court (as pleadings or evidence), Designated Material shall be delivered sealed to the Clerk of the Court and shall not be available to public inspection. Envelopes or containers used to seal such documents shall bear the notation, "THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION AND IS BEING SUBMITTED UNDER SEAL PURUSANT TO A PROTECTIVE ORDER" and shall state the party or person who designated any confidential information that the document contains. Where appropriate, the envelope or container shall bear the additional notation, "CONFIDENTIAL – ATTORNEYS' EYES ONLY." No such sealed envelope or container shall be provided to any individual not otherwise permitted to view the relevant Designated Material under this Protective Order.

3. Because the Protective Order provides that materials submitted under seal shall remain confidential, the Defendants respectfully request that the Court enter an Order granting this motion for impoundment, and ordering that the materials filed under seal concurrently with this motion remain confidential until further order of this Court. In support thereof, Defendants state that the documents contain confidential information regarding the parties' very recent financial performance, such as unit sales, expenses and profits, and it would be inappropriate to release the information to the public until such time as it is established that the information is no longer confidential.

4. The documents that are being filed under seal are as follows:

    a. Defendants' Memorandum In Support of Joint Motion *In Limine* to Exclude Plaintiff's Expert Testimony On Lost Profits;

    b. Exhibits 1 to 10 to the Declaration of Heather D. Redmond; and

    c. Exhibits A and B to the Declaration of William H. Bright, Jr.

All of the documents contain information designated as "Confidential" by Defendants or by

Plaintiff Diomed, Inc., pursuant to the terms of the Protective Order.

WHEREFORE, Defendants respectfully request that the above documents remain confidential until further order of the Court.

## LOCAL RULE 7.1 CERTIFICATE

Counsel for Defendant Vascular Solutions, Inc., Heather D. Redmond, certifies that, on February 19, 2007, she conferred with counsel for Diomed, Inc., Michael Rader, in a good faith attempt to resolve or narrow the issues presented in this motion pursuant to Local Rule 7.1(A)(2). As a result, Attorney Redmond was informed that Diomed does not oppose Defendants' Joint Motion for Impoundment of Confidential Materials Pursuant to Local Rule 7.2.

Respectfully submitted,

VASCULAR SOLUTIONS, INC.

By its counsel,

Steven L. Feldman (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

~and~

J. Thomas Vitt MN #183817
Heather D. Redmond MN #313233
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

ANGIODYNAMICS, INC.

By its counsel,

/s/ William Bright / SWF

William H. Bright, Jr.
Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Telephone (860) 275-6700

~and~

Rodney S. Dowell (BBO #629016)
Berman & Dowell
210 Commercial Street
Boston, Massachusetts 02109
Telephone (617) 723-99911

Dated: February 20, 2007

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on electronically February 20, 2007

Christopher P. Roberts

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\MotionForImpoundment.doc

4