THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

**JOINT STIPULATION AND PROPOSED ORDER
REGARDING DIOMED'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS
FROM REFERENCING A POTENTIAL INJUNCTION**

In resolution of a pending motion in limine, the parties hereby stipulate as follows:

1.    In consideration of the stipulation below, Diomed's Motion in Limine to Preclude Defendants From Referencing a Potential Injunction (D.I. # 155) is hereby withdrawn as moot.

2.    Defendants stipulate that they will not offer any witness testimony, documentary evidence, or attorney argument that (1) directly or indirectly refers to the possible grant of a permanent injunction or (2) otherwise suggests that the verdict in this case may result in prohibiting certain medical procedures from being performed by practitioners or clinics.  This stipulation will remain in effect unless and until Diomed itself raises the possible issuance of injunctive relief in the presence of the jury.

1152603.1

Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Albert<br>Michael A. Albert (BBO #558566)<br>Michael N. Rader (BBO #646990)<br>John L. Strand (BBO #654985)<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 646-8000  (617) 720-2441 (fax)<br><br>COUNSEL FOR DIOMED, INC.<br><br>/s/ Thomas Vitt<br>Steven L. Feldman (BBO #162290)<br>RUBERTO, ISRAEL & WEINER, P.C.<br>100 North Washington Street<br>Boston, MA  02114<br>(617) 742-4200  (617) 742-2355 (fax)<br><br>Thomas Vitt<br>Heather Redmond<br>DORSEY & WHITNEY LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN  55402-1498<br>(612) 340-5675  (612) 340-8856 (fax)<br><br>COUNSEL FOR VASCULAR SOLUTIONS, INC. | /s/ William H. Bright, Jr.<br>Rodney S. Dowell (BBO #620916)<br>BERMAN & DOWELL<br>210 Commercial St., 5th Floor<br>Boston, MA 02109<br>(617) 723-9911  (617) 720-3500 (fax)<br><br>William H. Bright, Jr.<br>Mark D. Giarratana<br>MCCARTER & ENGLISH, LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 275-6700  (860) 724-3397 (fax)<br><br>COUNSEL FOR ANGIODYNAMICS, INC.<br><br>DATED: February 24, 2007 |

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert

## ORDER

IT IS SO ORDERED this _____ day of _____, 2007.

_____