UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DIOMED, INC.

              Plaintiff,

v.

VASCULAR SOLUTIONS, INC.

              Defendant.

---

Civil Action No. 04-CV-10444 (NMG)

DIOMED, INC.,

              Plaintiff,

v.

ANGIODYNAMICS, INC.,

              Defendant.

---

Civil Action No. 04-CV-10019 (NMG)

**DEFENDANTS ANGIODYNAMICS, INC.'S AND VASCULAR SOLUTIONS, INC.'S
JOINT TRIAL EXHIBIT LIST**

| Ex. No. | Description |
|---|---|
| 1001 | US Patent 6,398,777; filed 8/13/99 ('777) |
| 1002 | Memorandum and Order on Claims Construction |
| 1003 | 2/1/1999 Provisional Application |
| 1004 | 2/9/1999 Provisional Application |
| 1005 | US Patent 4,564,011 |
| 1006 | AngioDynamics' 980 nm Laser |
| 1007 | VSI's 810 nm Laser |
| 1008 | AngioDynamics' Venacure Procedure Kit – 45cm |
| 1009 | AngioDynamics' Venacure Procedure Kit – 65 cm |
| 1010 | VSI Vari-Lase Procedure Kit |
| 1011 | VSI Vari-Lase Procedure Kit |
| 1012 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. A |
| 1013 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. B |
| 1014 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. C |

| 1015 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. D |
|------|--------------------------------------------------------|
| 1016 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. E |
| 1017 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. F |
| 1018 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. G |
| 1019 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. H |
| 1020 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. J |
| 1021 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. A |
| 1022 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. B |
| 1023 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. C |
| 1024 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. D |
| 1025 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. E |
| 1026 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. F |
| 1027 | Vari-Lase Instructions for Use Current Version |
| 1028 | Vari-Lase Instructions for Use Rev B |
| 1029 | Vari-Lase Instructions for Use Rev J |
| 1030 | Physician Welcome Kit elvs |
| 1031 | Physician Welcome Kit VenaCure |
| 1032 | Physician Instruction Video elvs |
| 1033 | Physician Instruction Video VenaCure |
| 1034 | VenaCure brochure |
| 1035 | VSI Vein Care Essentials Program Current Version |
| 1036 | VSI Clinical Instruction Book |
| 1037 | Excerpts from VariLase Sales Book |
| 1038 | VSI Vein Care Essentials Program |
| 1039 | Technical File dated 9/2/2003 |
| 1040 | Email from Hobbs to Doster re: video pullback animation link |
| 1041 | Email string from Appling to Morello |
| 1042 | Email string from Hobbs to Lang |
| 1043 | Email from Hobbs to Doster |
| 1044 | Email string from Hobbs to Golodetz |
| 1045 | Email string from Appling to Aruny |
| 1046 | Email from Hobbs to Doster |
| 1047 | ELVS Project 303 Team Meeting Minutes |
| 1048 | ELVS Project 303 Team Meeting Minutes |
| 1049 | ELVS powerpoint presentation |
| 1050 | Vignettes on Video – Venous Ablation DVD |
| 1051 | Min sketch of longitudinal view of laser fiber |
| 1052 | Min sketch of collapsed or obliterated lumen |
| 1053 | ACP 14TH Annual Congress:  Minimally Invasive Treatment Alternatives for Varicose Vein |
| 1054 | Endovenous Laser: A New Minimally Invasive Method of Treatment for Varicose Veins – Preliminary Observations Using an 810 nm Diode Laser |
| 1055 | Endovenous Laser Treatment of the Incompetent Greater Saphenous Vein |
| 1056 | Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model |

| 1057 | Lower-Extremity Varicosities: Endoluminal Therapy |
|------|---------------------------------------------------|
| 1058 | ACP 16th Annual Congress: Instructional Course #205: Endovenous Procedures – Laser and RF Ablation |
| 1059 | Techniques for Venous insufficiency ISET 2003 |
| 1060 | Letter to the editor: Endovenous Laser Treatment |
| 1061 | Temperature Changes in Perivenous Tissue during Endovenous Laser Treatment in a Swine Model |
| 1062 | Endovenous Laser Treatment of Saphenous Vein Reflux: Long-Term Results |
| 1063 | Endovenous Laser Treatment of Saphenous Vein Reflux |
| 1064 | Endovenous Laser Ablation ISET 2004 |
| 1065 | Endovenous Laser Ablation Charing Cross 2004 |
| 1066 | Endoluminal Therapy – Laser: ACP Regional Symposium |
| 1067 | Imaging of Venous Insufficiency |
| 1068 | Endovenous laser ablation of varicose veins |
| 1069 | Miscellaneous Applications of Interventional Radiology |
| 1070 | Anderson patent 6,306,130 |
| 1071 | Fiber optic appearance after endovenous laser (Diomed) treatment |
| 1072 | Anderson hand-written drawing |
| 1073 | Fan Experiments DVD 1; 2/10//06 |
| 1074 | Fan Experiments DVD 2; 2/10/06 |
| 1075 | Fan Experiments DVD 3; 2/10/06 |
| 1076 | Figure 8 from Fan Expert Report |
| 1077 | Fan Drawing |
| 1078 | Fan Drawing |
| 1079 | FanDrawing |
| 1080 | Fan Expert Report |
| 1081 | Tables Excerpted from Fan's Expert Report |
| 1082 | Fan Drawing |
| 1083 | Navarro Drawing |
| 1084 | Navarro Drawing |
| 1085 | Navarro Drawing |
| 1086 | Navarro Drawing |
| 1087 | Navarro Drawing |
| 1088 | Navarro DVD |
| 1089 | Declaration and Power of Attorney for Patent Application |
| 1090 | Email from Wylie to DSR dated 1/14/2004 |
| 1091 | Endovenous Laser Treatment (EVLT) North American Tactical Marketing Plan 2003-2004 |
| 1092 | Correspondence from Richard Caffrey to John Welch dated December 3, 2003 |
| 1093 | Email from Welch to North American Sales re: 980 v. 810 |
| 1094 | Email from Stearn attaching Min documents |
| 1095 | Business Case for EVLT |
| 1096 | EndoVenous Laser Treatment (EVLT) A step by step guide |
| 1097 | Endovenous Laser Treatment (EVLT) Luminary and Reference Center List |
| 1098 | Diomedplus Diode Laser Platforms |

| 1099 | EVLT Procedure Kit Instructions for Use |
|------|------|
| 1100 | Fibersdirect.com EVLT Procedure Kit |
| 1101 | Insurance approval (First three paragraphs redacted) |
| 1102 | Endovascular Options for Venous Insufficiency caused by valvular reflux |
| 1103 | Andrews - fiber in vein photo |
| 1104 | ELVS step-by-step powerpoint slides by Andrews |
| 1105 | Andrews DVD procedure dated November 2002 |
| 1106 | Contemporary Treatment of Varicose Veins powerpoint slides |
| 1107 | Kabnick Webcast DVD |
| 1108 | Kabnick Veins, Veins, Veins powerpoint slides |
| 1109 | Kabnick Third slide from presentation |
| 1110 | Endovenous treatment of the greater saphenous vein with a 940-nm diode laser: Thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles |
| 1111 | Thermal Damage of the Inner Vein Wall during Endovenous Laser Treatment:  Key Role of Energy Absorption by Intravascular Blood |
| 1112 | Endovenous Laser Treatment of the Lesser Saphenous Vein with a 940-nm Diode Laser:  Early Results |
| 1113 | Infrequent early recanalization of greater saphenous vein after endovenous laser treatment |
| 1114 | Proebstle CV |
| 1115 | Proebstle video experiments from 1st expert report (full DVD) |
| 1116 | Proebstle video experiments from 1st expert report (AVI  1-6 DVDs) |
| 1117 | Proebstle still photos from 1st expert report (w/o lines) |
| 1118 | Proebstle still photos from 1st expert report (w/lines) |
| 1119 | Proebstle Ultrasound videos from 2nd expert report (7 DVDs) |
| 1120 | Proebstle still photos from 2nd expert report |
| 1121 | Proebstle table 1 from 2nd expert report |
| 1122 | Proebstle Ex. C to 2nd expert report |
| 1123 | Samson CV |
| 1124 | Samson video from expert report |
| 1125 | 7/11/03 License Agreement |
| 1126 | 7/23/03 Purchase Agreement |
| 1127 | 8/29/01 Min/Diomed Agreement |
| 1128 | 9/8/04 Licensing Agreement |
| 1129 | 11/1/99 Royalty Agreement |
| 1130 | 2/16/93 License Agreement |
| 1131 | 7/24/04 Agreement |
| 1132 | 12/26/91 License Agreement |
| 1133 | 12/23/98 Royalty Agreement |
| 1134 | 3/6/96 License Agreement |
| 1135 | 11/16/98 Royalty Agreement |
| 1136 | 3/1/96 License Agreement |
| 1137 | 4/21/03 Agreement |
| 1138 | 3/20/98 License Agreement |

| 1139 | 3/20/98  License Agreement |
| 1140 | 6/4/92 License Agreement |
| 1141 | 9/7/88 Agreement |
| 1142 | 7/10/95 Agreement |
| 1143 | 12/8/92 Agreement |
| 1144 | 10/31/03 Licensing Agreement |
| 1145 | 7/28/00 License Agreement |
| 1146 | 4/6/01 License Agreement |
| 1147 | 1/9/02 License Agreement |
| 1148 | 10/23/00 License Agreement |
| 1149 | 12/9/04 Licensing Agreement |
| 1150 | 9/12/02 Agreement |
| 1151 | 4/17/03 Agreement |
| 1152 | 11/7/91 License Agreement |
| 1153 | 4/17/89 License Agreement |
| 1154 | 8/16/06 License Agreement |
| 1155 | 4/11/03 Master License Agreement |
| 1156 | Hoffman Ex. 1 to Expert Report |
| 1157 | Hoffman Ex. 3 to Expert Report |
| 1158 | Hoffman Ex. 4 to Expert Report |
| 1159 | Hoffman Ex. 5 to Expert Report |
| 1160 | Hoffman Ex. 6 to Expert Report |
| 1161 | Hoffman Ex. 7 to Expert Report |
| 1162 | Hoffman Ex. 8 to Expert Report |
| 1163 | Hoffman Ex. 9A to Expert Report |
| 1164 | Hoffman Ex. 9B to Expert Report |
| 1165 | Hoffman Ex. 10 to Expert Report |
| 1166 | Hoffman Ex. 11 to Expert Report |
| 1167 | Hoffman Ex. 12 to Expert Report |
| 1168 | Hoffman Ex. 13 to Expert Report |
| 1169 | Hoffman Ex. 14A to Expert Report |
| 1170 | Hoffman Ex. 14B to Expert Report |
| 1171 | Varilase Revenue and Cost of Sales |
| 1172 | Marketing Strategy and Marketing Plan by Nancy Arnold 10/30/02 |
| 1173 | Market Analysis; March 13, 2003 by Nancy Arnold and Howard Root |
| 1174 | Chart - Diomed North American EVLT Kit ASP Analysis |
| 1175 | Chart - Diomed Actual Sales Trends – North America |
| 1176 | Chart - Diomed North American EVLT Kit ASP Analysis |
| 1177 | Chart – Diomed Holdings EVLT Sales Summary by Quarter FY 2002 |
| 1178 | Chart – Diomed North American EVLT Laser ASP Analysis |
| 1179 | Customer List – Diomed and VSI have in common |
| 1180 | Customer List – Angiodynamics and VSI have in common |
| 1181 | Diomed Inc. Items Sold to Customers |
| 1182 | Millennium Report 2004 |
| 1183 | Millennium Report 2006 |

| 1184 | Chart – Diomed Average Selling Prices – Kits and Lasers |
| 1185 | Chart – Summary of AngioDynamics' and E-Z-EM's License Agreements |
| 1186 | Chart – Diomed Holdings Statements of Operations – Actual versus Plan FY2005 |
| 1187 | Chart - Diomed Holdings Statements of Operations – Actual versus Plan FY 2006 |
| 1188 | Chart – Lost Order Report |
| 1189 | Chart – Min and Endolaser – royalties earned 2003-2005 |
| 1190 | AngioDynamics New Product Financial Jusitification |
| 1191 | Endolaser Agreement |
| 1192 | Letter to Dornier MedTech America with attached License Agreement |
| 1193 | Letter to Bolesh Skutnik with attached License Agreement |
| 1194 | Draft License Agreement |
| 1195 | Letter to McAulay dated 9/26/02 |
| 1196 | Opinion of Counsel by Lloyd McAulay dated October 16, 2002 |
| 1197 | Opinion of Counsel by Lloyd McAulay dated October 24, 2002 |
| 1198 | Opinion of Counsel by Patterson, Theunte, Skar & Christensen, P.A. dated June 3, 2003 |

Dated: February 26, 2007

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**

**/s/ William H. Bright, Jr.**

THE DEFENDANT,
ANGIODYNAMICS, INC.


By  /s/ William H. Bright, Jr.
    William H. Bright, Jr.
    *wbright@mccarter.com*
    Mark D. Giarratana
    *mgiarratana@mccarter.com*
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, CT  06103
    Phone:  (860) 275-6700

THE DEFENDANT,
VASCULAR SOLUTIONS, INC.


By  /s/  Thomas Vitt
    Thomas Vitt
    *Vitt.Thomas@Dorsey.com*
    Heather Redmond
    *Redmond.Heather@Dorsey.com*
    DORSEY & WHITNEY LLP
    50 South Sixth Street
    Minneapolis, MN 55402-1498
    Phone:  (612) 340-5675