UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.<br><br>Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.<br><br>Defendant. | Civil Action No. 04-CV-10444 (NMG) |
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>Defendant. | Civil Action No. 04-CV-10019 (NMG) |

**WITNESSES OF ANGIODYNAMICS, INC.**

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Court's Order of December 8, 2006, Defendant AngioDynamics, Inc. ("AngioDynamics") states that it expects to call the following witnesses at trial. AngioDynamics also reserves the right to call additional witnesses to respond to Diomed's case in chief and to call any witnesses listed on Diomed's witness list.

1.  Eamonn Hobbs. Mr. Hobbs is AngioDynamics' President and Chief Executive Officer. Mr. Hobbs is expected to testify regarding AngioDynamics' decision to market its Elvs and VenaCure products. He may also testify regarding discussions AngioDynamics had with Diomed and/or Endolaser Associates in 2002. He may also testify regarding AngioDynamics'

license relationships with other third parties. Mr. Hobbs may also testify regarding AngioDynamics' customer base and cost structure. He may also testify regarding Diomed's claims for infringement, damages and willfulness, including testifying regarding AngioDynamics' understanding of how its products work, the manner in which AngioDynamics instructs physicians to use its products and AngioDynamics' reliance on opinions of counsel.

2. William Appling. Mr. Appling is AngioDynamics' Vice President of Research. Mr. Appling is expected to testify regarding development and the decision to market AngioDynamics' Elvs and VenaCure products. He is expected to testify in response to Diomed's claims of infringement and willfulness, including providing testimony regarding AngioDynamics' understanding of how its products work, how physicians are instructed to use AngioDynamics' products and AngioDynamics' reliance on opinions of counsel. Mr. Appling may also testify about AngioDynamics' licenses with others.

3. David Doster. Mr. Doster is the Product Manager for AngioDynamics' VenaCure products. Mr. Doster is expected to testify regarding the development and marketing of AngioDynamics' Elvs and VenaCure products. He is further expected to testify regarding AngioDynamics' Instructions for Use and other materials provided to physicians in connection with those products. He is also expected to testify regarding Diomed's allegations of infringement and willfulness, including testifying regarding AngioDynamics' understanding of how its products work and his observations of the use of the products.

4. Brian Kunst. Mr. Kunst is AngioDynamics' Vice President of Regulatory Affairs and Quality Assurance. If necessary, Mr. Kunst will testify regarding the regulatory approval process for AngioDynamics' Elvs and VenaCure products.

5. Lloyd McAulay. Mr. McAulay is an attorney at the law firm of Reed Smith. Mr. McAulay is expected to testify in response to Diomed's allegations of willfulness. It is expected

that Mr. McAulay will testify regarding the opinions of noninfringement he provided to AngioDynamics.

6. <u>Dr. Thomas Proebstle</u>. Dr. Proebstle is an expert witness and is expected to testify consistent with the views expressed in his expert reports and declarations provided to Diomed in this matter.

7. <u>Dr. Russell Samson</u>. Dr. Samson is an expert witness and is expected to testify consistent with the views expressed in his expert reports and declarations provided to Diomed in this matter.

8. <u>Abram Hoffman</u>. Mr. Hoffman is an expert witness and is expected to testify consistent with the views expressed in his expert report provided to Diomed in this matter.

9. <u>Dr. Lowell Kabnick</u>. Dr. Kabnick is a physician who has used AngioDynamics' products. Dr. Kabnick is expected to testify regarding how he uses those products and how he instructs other physicians to use those products. Dr. Kabnick is also expected to testify regarding his understanding of how those products work.

10. <u>Dr. R. Torrance Andrews</u>. Dr. Andrews is a physician who has used AngioDynamics' products. Dr. Andrews is expected to testify regarding his use of those products and how he instructs other physicians to use those products. He is also expected to testify as to his understanding of how those products work. Dr. Andrews' testimony may be offered through deposition testimony previously provided in this matter.

11. <u>Dr. John Golan</u>. Dr. Golan is a physician who has used AngioDynamics' products. Dr. Golan is expected to testify regarding his use of those products and how he instructs other physicians to use those products. He is also expected to testify as to his understanding of how those products work. Dr. Golan's testimony may be offered through deposition testimony previously provided in this matter.

AngioDynamics also expects to present the testimony of the following witness by deposition:

12. <u>Dr. Carlos Boné Salat</u>.  Dr. Carlos Boné Salat is a physician practicing endovenous laser therapy.

In addition, AngioDynamics may call the following witnesses depending on the evidence offered by Diomed.

13. <u>Dr. Robert Weiss</u>. Dr. Weiss is a physician practicing endovenous laser therapy. If offered, AngioDynamics expects to offer the witness' testimony through designation of his earlier deposition testimony in another matter.

14. <u>John Welch</u>.  Mr. Welch is an employee of Diomed and may be called to testify regarding the marketing of Diomed's products.

15. <u>James Wylie</u>.  Mr. Wylie is an employee of Diomed and may be called to testify regarding Diomed's damages claims.

16. <u>David Swank</u>. Mr. Swank is a Diomed employee and may be called to testify regarding Diomed's damages claims.

Dated: February 22, 2007

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**

**/s/ William H. Bright, Jr.**

THE DEFENDANT,
ANGIODYNAMICS, INC.

By  /s/ William H. Bright, Jr.
    William H. Bright, Jr.
    *wbright@mccarter.com*
    Mark D. Giarratana
    *mgiarratana@mccarter.com*
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, CT  06103
    Phone:  (860) 275-6700