UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10444-NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10019-NMG |

**WITNESS LIST OF VASCULAR SOLUTIONS, INC.**

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Court's Order of December 8, 2006, Defendant Vascular Solutions, Inc. ("VSI") states that it expects to call the following witnesses at trial. VSI also reserves the right to call additional witnesses to respond to Diomed's case in chief, and to call any of the witnesses listed on Diomed's witness list.

    1.    <u>Howard Root</u>. Mr. Root is VSI's President and Chief Executive Officer. Mr. Root is expected to testify concerning VSI's decision to market its Vari-Lase product line; VSI's Instructions for Use and training materials; Diomed's alleged damages (including but not limited to VSI's customer base, cost structure, marketing activities, and other topics previously disclosed to Diomed in letters dated September 2, 2005 and January 22, 2007); and to respond to Diomed's claims concerning infringement, damages and willfulness.

1

2. <u>Tony Jakubowski</u>.  Mr. Jakubowski is VSI's Vein Practice Manager.  Mr. Jakubowski is expected to testify concerning VSI's training materials; concerning his observations of treatments performed by VSI customers; and to respond to Diomed's allegations of infringement.

3. <u>Dr. Thomas Proebstle</u>.  Dr. Proebstle is an expert witness, and is expected to testify consistent with the views expressed in his expert reports and declarations filed in this matter.

4. <u>Dr. Russell Samson</u>.  Dr. Samson is an expert witness, and is expected to testify consistent with the views expressed in his expert reports and declarations filed in this matter.

VSI expects to present the testimony of the following witnesses by deposition:

5. <u>Dr. Carlos Bone Salat</u>.  Dr. Bone Salat is one of the named inventors on the Diomed patent.  His deposition testimony will be designated and exchanged with Diomed pursuant to the parties' agreement.

VSI may call the following witnesses:

6. <u>Brad Pedersen</u>.  VSI may call Brad Pedersen, if necessary to respond to Diomed's allegations of willful infringement.

7. <u>Deborah Neymark</u>.  VSI may call Deborah Neymark, if necessary to respond to Diomed's allegations concerning infringement and concerning VSI's regulatory filings.

8. <u>John Welch</u>.  VSI may call John Welch, if necessary to respond to Diomed's allegations of infringement and damages.

VSI may call the following witnesses by deposition:

9.  <u>Dr. Robert Weiss</u>:  Dr. Weiss is a physician practicing endovenous laser therapy. His deposition testimony will be designated and exchanged with Diomed pursuant to the parties' agreement.

10. <u>Dr. Edward Mackay</u>:  Dr. Mackay is a physician practicing endovenous laser therapy.  His deposition testimony will be designated and exchanged with Diomed pursuant to the parties' agreement.

        Respectfully submitted,

**VASCULAR SOLUTIONS, INC.**

By its counsel,

/s/ Steven L. Feldman
Steven L. Feldman (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

˜and˜

J. Thomas Vitt MN #183817
Heather D. Redmond MN #313233
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone:  (612) 340-2600

Dated: February 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed on this 26th day of February, 2007, through the Court's electronic filing system, which serves electronically counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail, postage prepaid, on this same date.

        /s/  Steven L. Feldman, Esq.