**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DIOMED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  04-10444-NMG |
| | ) | |
| VASCULAR SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| DIOMED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04-10019-NMG |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED VOIR DIRE QUESTIONS OF DEFENDANTS**
**ANGIODYNAMICS, INC. AND VASCULAR SOLUTIONS, INC.**

Pursuant to the Court's pretrial Order of December 8, 2006, Defendants AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") respectfully request the Court ask the jury panel the following questions:

1.    General background questions concerning each juror's name, age, occupation, educational background, and spouse's occupation.

2.    Have you, a family member, or a close friend been involved in the obtaining of patents? If your answer is yes, please describe.

3.    Have you, a family member, or a close friend ever accused anyone or been accused of infringing a patent? If your answer is yes, please describe.

4.    Have you, a family member, or a close friend been involved in any way in patent infringement litigation? If your answer is yes, please describe.

5.    Have you, a family member, or a close friend been involved in any way in any other type of litigation? If your answer is yes, please describe.

6.    If you have ever been involved in any way with litigation, do you have any feelings about your experience that would affect how you would perform your duties as a juror? If your answer is yes, please describe.

7.    Do you, a family member or close friend have specialized knowledge concerning the medical uses of lasers or the science of the use of lasers in medical procedures? If your answer is yes, please describe.

8.    Do you, a family member or close friend have specialized knowledge concerning the medical condition known as varicose veins or the treatment of varicose veins? If your answer is yes, please describe.

9.      Have you, a family member or close friend had medical treatment for varicose veins?  If your answer is yes, please describe.

10.     Have you, a family member or close friend had any medical treatment that involved use of a laser?  If your answer is yes, please describe.

11.     Have you heard of the use of lasers to treat varicose veins, which is sometimes called endovenous laser therapy or laser ablation?  If your answer is yes, please describe what you have heard.

12.     Do you, a family member or close friend have specialized knowledge in reading x-rays, MRIs or ultrasound images?  If your answer is yes, please describe.

13.     Do  you, a family member or close friend have specialized knowledge in reading or analyzing medical reports or tissue samples?  If your answer is yes, please describe.

14.     Do you, a family member or close friend have specialized knowledge concerning accounting, economics or the negotiation of patent licenses?  If your answer is yes, please describe.

15.     Have you, a family member or close friend been involved in the negotiation of a patent license?  If your answer is yes, please describe.

16.     Have you, a family member or close friend had a business that believed it suffered a significant loss due to the unfair or illegal acts of another?  If your answer is yes, please describe.

17.     The parties want you to know that some of the witnesses at this trial speak English with a slight foreign accent.  For example, the parties expect witnesses to testify who speak English with a German accent, a Spanish accent, and a South African accent.  All of the witnesses are understandable, but you may notice their accent.  Do you have any concerns about

whether you could fairly evaluate the testimony of these witnesses?  Do you have any concerns

about whether you would be more or less likely to believe a witness who is not an American

citizen, or who was not born in America?  If yes, please explain.

      18.     Do you know any of the following people?  If your answer is yes, please explain.

Dr. Luis Navarro, New York, NY
Dr. Robert Min, New York, NY
Dr. Carlos Bone Salat, Spain
Dr. Chieh Min Fan, Boston, MA
Dr. Richard "Rox" Anderson, Boston, MA
James Wylie, Boston, MA
David Swank, Cleveland, OH
John Welch, Boston, MA
Phillip Green, Boston, MA
Eamonn Hobbs, Queensbury, NY
Dr. Lowell Kabnick, Bernardsville, New Jersey
Bill Appling, Granville, NY
Dr. John Golan, Evanston, IL
Dr. R. Torrance Andrews, Seattle, WA
Brian Kunst, Glens Falls, NY
Lloyd McAulay, New York, NY
David Doster, Lake George, NY
Dr. Robert Weiss, Baltimore, MD
Howard Root, Minneapolis, MN
Tony Jakubowski, Chicago, IL
Brad Pedersen, Minneapolis, MN
Dr. Russell Samson, Sarasota, FL
Dr. Thomas Proebstle, Heidelberg, Germany
Dr. Ed Mackay, Clearwater, FL
Abram Hoffman, Washington, DC

If your answer is yes, please describe.

19.    Do you have any knowledge concerning the parties to this case?

Diomed, Inc., Boston, MA
AngioDynamics, Inc., Queensbury, NY
Vascular Solutions, Inc., Minneapolis, MN

If your answer is yes, please describe.

20.    Do you have any knowledge of the lawyers in this case?

Wolf Greenfield- Michael Albert, Michael Rader, John Strand, Charles Steenburg
McCarter & English- William Bright, Mark Giarratana
Dorsey & Whitney- Tom Vitt, Heather Redmond
Ruberto, Israel & Weiner- Steve Feldman
Berman & Dowell- Rodney Dowell

If your answer is yes, please describe.

21.    Have you ever served on a jury before?  If your answer is yes, please describe.

Respectfully submitted,

**VASCULAR SOLUTIONS, INC.**

By its counsel,

/s/ Steven L. Feldman
Steven L. Feldman (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

˜and˜

J. Thomas Vitt MN #183817
Heather D. Redmond MN #313233
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone:  (612) 340-2600

**ANGIODYNAMICS, INC.**

By its counsel,

/s/ William H. Bright, Jr.
William H. Bright, Jr.
Mark D. Giarratana
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Telephone (860) 275-6700

˜and˜

Rodney S. Dowell (BBO #629016)
Berman & Dowell
210 Commercial Street
Boston, Massachusetts 02109
Telephone (617) 723-99911

Dated: February 26, 2007

5

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed on this 26th day of February, 2007, through the Court's electronic filing system, which serves electronically counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail, postage prepaid, on this same date.

/s/  Steven L. Feldman, Esq.

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\Trial\VSI - Proposed Voir Dire.doc