THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 RGS <br> **(CONSOLIDATED UNDER 04-10019 RGS)** |

## **DIOMED'S UNOPPOSED MOTION TO IMPOUND**

Diomed, Inc. ("Diomed") respectfully requests that the Court impound the following materials being filed in connection with Diomed's motions *in limine*:

- Exhibits A, B, D, E, F, G, H, and I to the Declaration of Ilan Barzilay;

- Diomed's Opposition to Defendants' Motion *in Limine* to Preclude Plaintiff's Testimony on its Side Firing Theory of Patent Infringement;

- Diomed's Opposition to Defendants' Motion *in Limine* to Preclude Statements Made by the Defendants to the Food and Drug Administration;

- Diomed's Opposition to Defendants' Motion *in Limine* to Exclude Expert Testimony on Lost Profits; and

- Diomed's Opposition to Defendants' Motion in Limine to Exclude Evidence of Articles and Abstracts Relied on by Dr. Luis Navarro.

The exhibits to the Barzilay declaration have been designated CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order entered by Judge Stearns in this case. The oppositions discuss contents of these documents as well as the contents of materials referenced in Defendants' Memorandum in Support of Joint Motion in Limine to Exclude Plaintiff's Expert Testimony on Lost Profits.

Diomed respectfully requests that the impoundment order remain in effect until sixty days following settlement or final judgment (including exhaustion of all appeals).

Counsel for defendants have stated that they do not oppose this motion.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: February 26, 2007

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

### LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI, who stated that they do not oppose this motion.

/s/ Michael A. Albert

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

      /s/ Michael A. Albert