IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br>             Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br>             Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC., <br><br>             Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br>             Defendant. | Civil Action No. 04-10444 NMG <br> **(CONSOLIDATED UNDER 04-10019 NMG)** |

## DIOMED'S PROPOSED VOIR DIRE QUESTIONS

Diomed, Inc. respectfully submits the following proposed voir dire questions:

1. Are you related to or acquainted with or, to your knowledge, is a member of your family acquainted with any of the principals, officers, or employees of the following companies:

    - Diomed, Inc.
    - AngioDynamics, Inc.
    - Vascular Solutions, Inc.
    - Total Vein Solutions, LLC
    - New Star Lasers, Inc (doing business as CoolTouch)
    - VNUS Medical Technologies, Inc.
    - biolitec AG
    - E-Z Em, Inc.

2. Have you or any member of your family ever been employed by or had any business dealings with or any financial interest in any of the companies that I just mentioned?

3. Do you know or are you related to or acquainted with or, to your knowledge, is a member of your family acquainted with any of the lawyers in this case?

4. Have you or any member of your family had any dealings with or been employed by any of the lawyers or the law firms involved in this case?

5. [Read parties' witness lists.] Do you know or are you related to any of these potential witnesses?

6. Have you or a member of your immediate family ever worked for a company whose business involved the manufacture or sale of medical devices or drugs?

7. Have you or a member of your immediate family ever trained or worked as a doctor, nurse, or in some other capacity in the medical field?

8. Do you know anyone who is a vascular surgeon, a plastic surgeon, a radiologist, or a dermatologist?

9. Have you or any member of your immediate family ever suffered from varicose veins or "venous insufficiency?"

10. Have you undergone or heard about any of the following procedures?

    - Endovenous Laser Treatment of Varicose Veins
    - Radiofrequency Closure
    - Vein stripping

11. The parties in this case are going to be showing pictures and videos of medical procedures involving veins. Would this interfere with your ability to give your full attention to the evidence?

12. The parties will be discussing tests that involved the use of animal veins. Do you have concerns about this sort of testing?

13. Do you have any legal education or training?

14. Have you or anyone that you know ever invented or tried to invent something?

15. Have you or anyone that you know ever applied for or received a United States patent or trademark or had any experience with the United States Patent and Trademark Office?

16. Have you or anyone you know ever worked for a company that to your knowledge has been involved in a patent dispute?

17. Do you have any beliefs or feelings concerning patents and efforts to enforce patents that might be considered a bias or prejudice for or against patents?

18. Have you or any member of your immediate family ever participated in a legal dispute or lawsuit as a party or a witness?

19. Has anyone served on a jury in a criminal case?

20. Some other kind of case?

21. This case involves Diomed's claim of patent infringement against AngioDynamics and Vascular Solutions. Have you heard, read or seen anything about this case or cases like it before you came in to court this morning?

22. Are you aware of any personal bias or prejudice whatsoever either in favor of or against the professions, individuals, issues or industries involved in this case?

23. The plaintiff and both defendants in this case are corporations. Is there any reason why you would view this case any differently than if some or all of the parties were individuals?

24. Do you have any hearing or visual impairment or suffer from any medical or emotional condition that may affect your ability to give full attention to all of the evidence at this trial?

25. [Poll jurors on occupations.]

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: February 26, 2007                    /s/ Michael A. Albert
                                                    Michael A. Albert (BBO #558566)
                                                    malbert@wolfgreenfield.com
                                                    Michael N. Rader (BBO #646990)
                                                    mrader@wolfgreenfield.com
                                                    John L. Strand (BBO #654985)
                                                    jstrand@wolfgreenfield.com
                                                    WOLF, GREENFIELD & SACKS, P.C.
                                                    600 Atlantic Avenue
                                                    Boston, MA 02210
                                                    (617) 646-8000

## CERTIFICATE OF SERVICE

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                    /s/ Michael A. Albert