**VERDICT FORM**
**Diomed v. AngioDynamics, Inc. and Vascular Solutions, Inc.**
**Case No. 04-10019**

**ANGIODYNAMICS, INC.**

**Question 1:** Do you find, by a preponderance of the evidence, that AngioDynamics has induced infringement of claim 9 of Diomed's U.S. Patent No. 6,398,777?

Circle yes or no:

**YES          NO**

**Question 2:** Do you find, by a preponderance of the evidence, that AngioDynamics has contributorily infringed claim 9 of Diomed's U.S. Patent No. 6,398,777?

Circle yes or no:

**YES          NO**

**Question 3:** If you have answered YES to either Question 1 or Question 2, or both, indicate the amount of damages that you find that Diomed has proven by a preponderance of the evidence to have suffered as a result of this infringement:

_____ Dollars
(Words)

$_____
(Numbers)

**Question 4:** If you have answered YES to either Question 1 or Question 2, or both, do you find that AngioDynamics' infringement was willful?

Circle yes or no:

**YES          NO**

**VASCULAR SOLUTIONS, INC. ("VSI")**

**Question 5:**   Do you find, by a preponderance of the evidence, that Vascular Solutions has induced infringement of claim 9 of Diomed's U.S. Patent No. 6,398,777?

Circle yes or no:

**YES**            **NO**

**Question 6:**   Do you find, by a preponderance of the evidence, that Vascular Solutions has contributorily infringed claim 9 of Diomed's U.S. Patent No. 6,398,777?

Circle yes or no:

**YES**            **NO**

**Question 7:**   If you have answered YES to either Question 5 or Question 6, or both, indicate the amount of damages that you find that Diomed has proven by a preponderance of the evidence to have suffered as a result of this infringement:

_____ Dollars
(Words)

$_____
(Numbers)

**Question 8:**   If you have answered YES to either Question 5 or Question 6, or both, do you find that Vascular Solutions' infringement was willful?

Circle yes or no:

**YES**            **NO**

_____                                   _____
Date                                                              Foreperson

Page Two of Two