THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 RGS <br> **(CONSOLIDATED UNDER 04-10019 RGS)** |

### DECLARATION OF DR. LUIS NAVARRO

1.  I, Luis Navarro, M.D., FACS, am a General Surgeon, originally Board Certified in 1976. My experience and qualifications are further set forth in the declarations that I signed in connection with this case on December 20, 2005 and January 3, 2006.

2.  I am familiar with a 2005 presentation and abstract prepared by Dr. Giorgio Spreafico and colleagues, entitled "How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser – ELVeS™ technique" (attached as Exhibit 3 to my December 20, 2005 declaration). Dr. Spreafico is a vascular surgeon with more than twenty years of experience. I know him by reputation, as he has published numerous high-quality articles and abstracts. Dr. Spreafico and his colleagues presented their abstract and slides at an October 2005 conference in Rio de Janeiro, sponsored by

Biolitec, Inc. I have examined their materials, which Biolitec published as a part of a compendium. I consider the abstract and the accompanying slides to be an authoritative overview of the mechanism by which the intraluminal laser vein treatment (ILT) method works.

3. I likewise am familiar with a 2003 article by Dr. B. Anastasie and colleagues, entitled "Endovenous Laser" and published in the journal *Phlebologie*, a leading French journal devoted to the treatment of venous disease (attached as Exhibit 3 to my December 20, 2005 declaration). Dr. Carlos Bone Salat, my fellow inventor of the ILT technique, knows Dr. Anastasie well and in fact served as a co-author of the "Endovenous Laser" paper. Dr. Anastasie's article is a comprehensive and authoritative account of the ILT technique, one to which my colleagues and I routinely refer.

4. For example, I relied both on Dr. Spreafico's slides and Dr. Anastasie's article in the course of preparing and delivering the November 2005 American College of Phlebology presentation that I described in my January 3, 2006 declaration. Dozens of doctors familiar with ILT were in the room when I gave the talk, including Dr. Thomas Proebstle. Despite a vigorous question-and-answer session, no one questioned my reliance on the Spreafico or Anastasie materials.

5. Dermatologic Surgery and the Journal of Vascular Surgery are two leading, peer-reviewed American medical journals. Both regularly publish high-quality articles regarding the ILT technique.

I swear under the pains and penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: February 25, 2007

Dr. Luis Navarro

**CERTIFICATE OF SERVICE**

       I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

       /s/ Michael A. Albert