THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>   Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>   Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER<br>04-10019 RGS)** |

## DECLARATION OF ILAN BARZILAY

1.  I, Ilan Barzilay, an associate at Wolf, Greenfield & Sacks, P.C., attorneys for Diomed, Inc. in the above captioned matter, state as follows:

2.  Attached hereto as Exhibit A is a true and accurate copy of selected pages from the June 10, 2005 deposition transcript of Dr. Lowell S. Kabnick. These pages are being filed under seal.

3.  Attached hereto as Exhibit B is a true and accurate copy of selected pages from the June 14, 2005 deposition transcript of William Appling. These pages are being filed under seal.

4.  Attached hereto as Exhibit C is a true and accurate copy of selected pages from the September 23, 2005 deposition transcript of Dr. Rox Anderson.

5. Attached hereto as Exhibit D is a true and accurate copy of selected pages from the October 28, 2005 deposition transcript of Dr. Carlos Bone-Salat. These pages are being filed under seal.

6. Attached hereto as Exhibit E is a true and accurate copy of selected pages from a production document marked as Exhibit 138 at the 30(b)(6) deposition of VSI in this matter. These pages are being filed under seal.

7. Attached hereto as Exhibit F is a true and accurate copy of a production document marked as Exhibit 143 at the 30(b)(6) deposition of VSI in this matter. This document is being filed under seal.

8. Attached hereto as Exhibit G is a true and accurate copy of a production document marked as Exhibit 141 at the 30(b)(6) deposition of VSI in this matter. This document is being filed under seal.

9. Attached hereto as Exhibit H is a true and accurate copy of selected pages from a production document marked as Exhibit 77 at the deposition of William Appling in this matter. These pages are being filed under seal.

10. Attached hereto as Exhibit I is a true and accurate copy of the 2006 Millennium Research Group report on US Markets for Varicose Vein Treatment Devices marked as Exhibit 17 at the December 7, 2006, deposition of Philip Green . This document is being filed under seal.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: February 26, 2007

_____
Ilan Barzilay

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

      /s/ Michael A. Albert