```
00001
 1              VOL. I, PAGES 1 - 254
 2        IN THE UNITED STATES DISTRICT COURT
 3         FOR THE DISTRICT OF MASSACHUSETTS
 4
 5  DIOMED, INC.
 6        Plaintiff
 7  V.           Civil Action No. 04-10019 RGS
 8  ANGIODYNAMICS, INC.
 9        Defendant
10  ----------
11  DIOMED, INC.
12        Plaintiff
13  V.           Civil Action No. 04-10444 RGS
14  VASCULAR SOLUTIONS, INC.
15        Defendant
16           --------
17      Deposition of Richard R. Anderson, M.D.
18         Friday, September 23, 2005
19              9:23 a.m.
20         Wolf Greenfield & Sacks, P.C.
21            600 Atlantic Avenue
22            Boston, Massachusetts
23              --------
24      Reporter:  Deborah Roth, RPR/CSR
```

00031
1  the fiber tip then? I want to be as specific as
2  possible in identifying the fiber tip.
3    A. You have to remember that this fiberoptic as
4  shown on Exhibit 2 has been used.
5    Q. I understand that.
6    A. It's coming out of the patient.
7       The portion, the rounded and
8  noncarbonized portion is what I consider the fiber
9  tip.
10   Q. Is it your understanding that laser energy is
11  emitted from that entire rounded surface?
12   A. Yes.
13   Q. There is a part of the -- within what you
14  have circled, where there is no carbon that is --
15  comes back from that rounded surface; is that
16  correct?
17   A. Yes.
18   Q. Is that flat part that's not rounded but does
19  not have carbon on it, is that part of the fiber tip?
20   A. That is a portion in which the cladding has
21  been burned back and laser energy is being admitted
22  through those sidewalls; and from my point of view,
23  that's part of the light-emitting part of this device
24  which comprises the tip.