IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>      Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>      Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

### DIOMED'S WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Court's order dated December 8, 2006, Diomed Inc. ("Diomed") respectfully submits the following lists of witnesses. Diomed respectfully reserves the right to amend or supplement the following lists.

### DIOMED EXPECTS TO CALL

- James Wylie (previously identified);
- John Welch (previously identified);
- David Swank (previously identified);
- Dr. Chieh-Min Fan (previously identified);
- Dr. Lowell Kabnick (identified by defendants);
- William Appling (identified by defendants);
- Howard Root (identified by defendants);
- Dr. Rox Anderson (previously identified);
- Dr. Luis Navarro (previously identified);
- Dr. Robert Min (previously identified); and,

- 2 -

- Philip Green (previously identified).

### DIOMED MAY CALL

- Nancy Arnold (identified by defendants);
- Tony Jakubowski (identified by defendants);
- David Doster (identified by defendants);
- Paul Shea (identified by defendants);
- Brian Kunst (identified by defendants);
- Robert Rossell (identified by defendants);
- Debra Neymark (identified by defendants);
- James Hennen (identified by defendants);
- Mike Nagel (identified by defendants);
- Paul Onderlick (identified by defendants);
- Eamon Hobbs (identified by defendants);
- Brad Pedersen (identified by defendants);
- Dan Recinella (identified by defendants);
- Lloyd McAulay (identified by defendants);
- Dr. Edward Mackay (previously identified);
- Bettina Barth-King (identified by defendants);
- Dr. John Golan (identified by defendants);
- Dr. Robert Weiss (previously identified); and,
- Dr. Torrance Andrews (identified by defendants).

- 3 -

                         Respectfully submitted,

                         DIOMED, INC.

                         By its attorneys,

Dated: February 26, 2007          /s/ Michael A. Albert
                                        Michael A. Albert (BBO #558566)
                                        malbert@wolfgreenfield.com
                                        Michael N. Rader (BBO #646990)
                                        mrader@wolfgreenfield.com
                                        John L. Strand (BBO #654985)
                                        jstrand@wolfgreenfield.com
                                        WOLF, GREENFIELD & SACKS, P.C.
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        (617) 646-8000

**CERTIFICATE OF SERVICE**

    I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                          /s/ Michael A. Albert