THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>      Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>      Defendant. | Civil Action No. 04-10444 RGS<br>**(CONSOLIDATED UNDER 04-10019 RGS)** |

**NOTICE OF FILING OF DOCUMENTS UNDER SEAL
AND CERTIFICATE OF SERVICE FOR SAME**

Notice is hereby given that the documents listed below were manually filed with the Court on February 26, 2007 and are under seal:

1. Diomed's Opposition to Defendants' Motion *In Limine* to Exclude Evidence of Articles and Abstracts Relied on by Dr. Luis Navarro **[FILED UNDER SEAL]**;

2. Diomed's Opposition to Defendants' Motion *In Limine* to Preclude Plaintiff's Testimony of its Side Firing Theory of Patent Infringement **[FILED UNDER SEAL]**;

3. Diomed's Opposition to Defendants' Motion *In Limine* to Preclude Statement Made by the Defendants to the Food and Drug Administration **[FILED UNDER SEAL]**;

4. Opposition to Defendants' Motion *In Limine* to Exclude Expert Testimony on Lost Profits **[FILED UNDER SEAL]**;

5. Exhibit A to Declaration of Ilan Barzilay **[FILED UNDER SEAL]**;

6. Exhibit B to Declaration of Ilan Barzilay **[FILED UNDER SEAL]**;

7. Exhibit D to Declaration of Ilan Barzilay **[FILED UNDER SEAL]**;

8. Exhibit E to Declaration of Ilan Barzilay **[FILED UNDER SEAL]**;

9. Exhibit F to Declaration of Ilan Barzilay **[FILED UNDER SEAL]**;

10. Exhibit G to Declaration of Ilan Barzilay **[FILED UNDER SEAL]**;

11. Exhibit H to Declaration of Ilan Barzilay **[FILED UNDER SEAL]; and**

12. Exhibit I to Declaration of Ilan Barzilay **[FILED UNDER SEAL]**.

I further certify that true copies of the above documents were served on February 26, 2007 via email and first class mail upon the following counsel:

| | |
|---|---|
| Tom Vitt, Esq<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN  55402-1498<br>vitt.thomas@dorsey.com | Bill Bright, Esq.<br>McCarter & English, LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103<br>wbright@mccarter.com |

Dated: February 26, 2007

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Main: (617) 646-8000
Fax: (617) 646-8646

## **CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                     /s/ Michael A. Albert