UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC. | Civil File No. 104-CV-10444-(RGS) |
| Plaintiff, | |
| v. | |
| VASCULAR SOLUTIONS, INC. | |
| Defendant. | |
| **and** | |
| DIOMED, INC., | Civil Action No. 04-CV-10019 (RGS) |
| Plaintiff, | |
| v. | |
| ANGIODYNAMICS, INC., | |
| Defendant. | |

**DECLARATION OF WILLIAM H. BRIGHT, JR. PURSUANT TO FED. R. CIV. P. 56(f)**

1. I, William H. Bright, Jr., a partner of McCarter & English, LLP and counsel for AngioDynamics, Inc. in the above-captioned matter state as follows:

2. Attached hereto as Exhibit 1 is a true and accurate copy of pages from the transcript of the October 27, 2005 Deposition of Dr. Luis Navarro.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the Expert Report of Dr. Luis Navarro.

4.  Attached hereto as Exhibit 3 is a true and accurate copy of the Supplemental Rebuttal Report of Thomas M. Proebstle, M.D., MSc.

5.  Attached hereto as Exhibit 4 is a true and accurate copy of pages from the Expert Report of Chieh-Min Fan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 26, 2006

_____
William H. Bright, Jr.