# EXHIBIT 1

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

RECEIVED
NOV 0 8 2005
McCarter & English

Page 268

```
** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------x
DIOMED, INC.,

              Plaintiff/Defendant in
                 Counterclaim,
                                      Civil No.
     -against-                        04-10444-RGS

VASCULAR SOLUTIONS, INC.,

              Defendant/Plaintiff in
                 Counterclaim.
------------------------------------x
DIOMED, INC.,
              Plaintiff/Defendant in
                 Counterclaim,
                                      Civil No.
     -against-                        04-10019-RGS

ANGIODYNAMICS, INC.,
              Defendant/Plaintiff in
                 Counterclaim.
------------------------------------x
              October 27, 2005
                 10:00 a.m.

     Deposition of LUIS NAVARRO, M.D.,
at the offices of Dorsey & Whitney LLP,
250 Park Avenue, New York, New York, before
Roberta Caiola, a Shorthand Reporter and
Notary Public within and for the State of
New York.
```



LEGALINK
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 269

```
 1    A P P E A R A N C E S:
 2
 3    WOLF, GREENFIELD & SACKS, P.C.
      Attorneys for Diomed, Inc.
 4         600 Atlantic Avenue
           Boston, Massachusetts 02210-2206
 5
      BY:  MICHAEL N. RADER, ESQ.
 6
 7
      DORSEY & WHITNEY LLP
 8    Attorneys for Vascular Solutions, Inc.
           50 South Sixth Street
 9         Minneapolis, Minnesota 55402-1498
10    BY:  J. THOMAS VITT, ESQ.
11
12    McCARTER & ENGLISH LLP
      Attorneys for AngioDynamics, Inc.
13         City Place I
           185 Asylum Street
14         Hartford, Connecticut 06103-3495
15    BY:  WILLIAM H. BRIGHT, JR., ESQ.
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 353

```
                1        Luis Navarro, M.D.
                2     A F T E R N O O N   S E S S I O N.
                3        (Resumed 2:10 p.m.)
                4  LUIS NAVARRO, M.D., resumed.
                5  CONTINUED EXAMINATION
14:08:11        6  BY MR. VITT:
14:08:19        7     Q.   Dr. Navarro, could you identify for
14:08:24        8  us what Exhibit 18 is?
14:08:45        9     A.   I've been doing experiments because
14:08:54       10  of my upcoming presentation at the American
14:08:59       11  College of Phlebology, which is an abstract to
14:08:59       12  which this applied.  Then I got in touch with
14:09:03       13  Diomed's attorneys and they sent me the
14:09:14       14  photographs.
14:09:14       15     Q.   So is this Exhibit 18 a list of
14:09:14       16  your experiments and the abstract for the
14:09:14       17  presentation?
14:09:14       18     A.   Yes, that's the abstract of the
14:09:16       19  presentation and experiments to corroborate,
14:09:20       20  what I think would corroborate the theme of the
14:09:26       21  presentation.
14:09:27       22     Q.   Has a presentation been prepared
14:09:32       23  yet?
14:09:32       24     A.   No, it's in the process.
14:09:32       25     Q.   When is the American College of
```

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 354

| | | |
|---|---|---|
| | 1 | Luis Navarro, M.D. |
| 14:09:33 | 2 | Phlebology Congress? |
| 14:09:37 | 3 | A. The presentation is November 12. |
| 14:09:47 | 4 | The Congress maybe starts on the 10th or 11th. |
| 14:09:47 | 5 | As you can see I still was doing experiments |
| 14:09:47 | 6 | yesterday. |
| 14:09:48 | 7 | Q. Why did you begin to do these |
| 14:09:54 | 8 | experiments? |
| 14:09:55 | 9 | A. To back the conclusions of the |
| 14:10:01 | 10 | presentation. |
| 14:10:02 | 11 | Q. Did it have anything to do with |
| 14:10:05 | 12 | this lawsuit, Dr. Navarro? |
| 14:10:14 | 13 | A. Yes, they backed many of my |
| 14:10:16 | 14 | statements to the position, my understanding of |
| 14:10:20 | 15 | the methodology and what I've been saying all |
| 14:10:21 | 16 | along. |
| 14:10:22 | 17 | Q. When did you conduct these |
| 14:10:26 | 18 | experiments? |
| 14:10:30 | 19 | A. Starting it was the last couple of |
| 14:10:35 | 20 | months. |
| 14:10:35 | 21 | Q. Are you finished conducting the |
| 14:10:38 | 22 | experiments? |
| 14:10:38 | 23 | A. No, I have a couple of more if I |
| 14:10:40 | 24 | have time, two or three more if I have time. |
| 14:10:42 | 25 | Q. I see on Exhibit 18 there are six |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 355

|  |  |  |
|---|---|---|
|  | 1 | Luis Navarro, M.D. |
| 14:10:46 | 2 | different categories of experimental testing, is |
| 14:10:49 | 3 | that right? |
| 14:10:50 | 4 | A.    Yes. |
| 14:10:50 | 5 | Q.    Do you have any additional |
| 14:10:52 | 6 | categories of experimental testing that you're |
| 14:10:57 | 7 | planning? |
| 14:10:57 | 8 | A.    No.  It will be complementing or |
| 14:11:05 | 9 | supplementing some of the categories. |
| 14:11:06 | 10 | Q.    Can you identify Exhibit 19 for us |
| 14:11:11 | 11 | as well, please? |
| 14:11:13 | 12 | A.    This is a group of photographs that |
| 14:11:15 | 13 | go together with these experiments, that |
| 14:11:19 | 14 | represent these experiments, that go together |
| 14:11:23 | 15 | with this letter or statement that's 18. |
| 14:11:29 | 16 | Q.    Did you at my request go through |
| 14:11:31 | 17 | Exhibit 19 and write on the printout the number |
| 14:11:36 | 18 | corresponding to the image that you gave us on |
| 14:11:40 | 19 | the disk that you produced in the last couple of |
| 14:11:42 | 20 | days? |
| 14:11:43 | 21 | A.    Yes. |
| 14:11:44 | 22 | Q.    Which disk does the photographs |
| 14:11:49 | 23 | from Exhibit 19 correspond to? |
| 14:11:51 | 24 | A.    I'm sorry, but I need to ask Mike |
| 14:11:56 | 25 | Rader. |

LEGALINK MANHATTAN
800-325-3376   www.legalink.com