### *Vein in Jig Experiment to Simulate Use of Tumescent Anesthesia*

I also did a series of experiments that simulate the actual clinical conditions *in vivo* during an ILT procedure. I used a sealed jig in which I could mount a vein and simulate the effects of tumescent anesthesia by pumping saline fluid, under pressure, around the vein. A picture of the jig, with the vein segment mounted inside, is pictured below:



The vein 1 is mounted between two tubes 2 and 3 in a saline bath. Tube 2 leads to a vertical column of blood to recreate the typical pressure found inside a great saphenous vein (8 cm of water), while tube 3 leads to a valve 4 (off to the right of the photo) to allow the introduction of blood and the laser fiber within the vein. Once the vein was mounted, I introduced blood into the vein to simulate the *in vivo* conditions. In addition, I introduced the laser fiber so that its tip was in the vein just short of tube 2. Because the jig is tightly sealed, I was able to inject saline through a valve 5 on the side of the jig to compress the vein onto the laser fiber and its tip. This injection mimics the effects of tumescent anesthesia on the vein during ILT.

Once the vein was compressed by the simulated tumescent anesthesia, I fired the laser as I would during an ILT procedure, using 12 watts of power and pulling back the laser fiber back at the same rate that I would during ILT. After firing the laser and removing the laser fiber from the jig, I removed the vein segment and dissected it. Easily visible on the vein was a large lesion in the vein wall of the type ordinarily seen and reported in the literature on ILT (discussed in more detail below). This lesion included a line of carbonization where the laser fiber tip made contact with the vein wall.

15

   In a related experiment, I performed the same steps set forth above, but instead of introducing a laser fiber of the type sold by AngioDynamics, VSI, and Diomed, I added a "centering device," which had the same effect as those centering devices described in AngioDynamics' and VSI's patent applications:[24] it maintained a distance between the laser fiber tip and the vessel wall, thus avoiding contact. When I performed the same test using the centering device and no compression, no lesion was produced on the vein segment. This result further confirms that it is <u>contact</u> of the laser fiber tip and the vein wall that causes the clinically significant damage during an ILT procedure. When there is no contact, that damage does not occur.

## *Experience*

### *Literature of Charred and Perforated Veins Proving the Contact Mechanism*

   The results from the above experiments, particularly the jig experiments in which the vein segment showed a track of carbonization after treatment, are significant because the damaged vein walls looked strikingly similar to those shown in the literature, and those that I have personally inspected after treatment. Because the treated veins shown in the literature show the same carbonization that I saw when I am certain that contact occurred, the veins shown in the literature further demonstrate the occurrence of contact between the laser fiber tip and the vessel wall in the ILT procedure.

   Many physicians have included images of excised veins in their articles concerning ILT. These published images show the same signs of destruction, carbonization, trenching, and perforations that I saw in my experiments with direct contact between the laser fiber tip and the vein wall. For instance, Dr. Proebstle, one of the defendants' consultants, reported the following image in his April 2002 Journal of Vascular Surgery paper.[25] As Dr. Proebstle himself noted, the dark spots indicate carbonization or even full perforation of the vein wall. After reviewing the image, I agree that the photograph features both:

---

[24] U.S. Pat. Pub. No. 2004-0010248 (Jan. 15, 2004) (AngioDynamics Application); U.S. Pat. Pub. No. 2005/0288655 (Dec. 29, 2005) (VSI Application), both at Ex. 16.

[25] Proebstle Article, Ex. 11.

16



This image shows a line of carbonization along the vein wall that is characteristic of contact with the fiber tip.

Dr. Spreafico obtained a similar image revealing both carbonization and perforations. The following photograph is from his presentation at an October 2005 conference.[26]



In addition, Dr. Anastasie showed an analogous photograph in his 2003 article.[27] One can clearly see both the carbonization and perforation effects. The following image is a higher-quality version of the photograph that appears in the article.



---

[26] Dr. Spreafico likewise concluded in his paper that these phenomena are evidence of contact between the vein wall and the fiber tip. Biolitec cont., Rio, Oct. 2-7, 2005, Ex. 17.

[27] Anastasie, B. et al., *Laser Endoveineux: Endovenous Laser*, Phlebologie, 369-382 (2003) (Ex. 18).

17

These excised veins are quite similar to those photographed after my jig experiments. A representative photo from those experiments is below:



Furthermore, these photographs are strikingly similar to vein segments that I have excised and examined after performing ILT on my own patients.

In addition to the similarity on a macro level between the treated veins shown in the literature and those from my experiments, the veins are also similar on a microscopic level. After my experiments, I had many of the veins sent to a histologist for analysis. A photo representative of those histological slides of the vein tissue where there was definite contact between the laser fiber tip and the vessel wall is included below:



18

In this photo there is an area that has been ablated by the heat created by the contact between the laser fiber tip and the vessel wall. The same carbonization, ablative trenching, and perforations that are visible on the macro level are quite pronounced when viewed under the microscope.

Dr. Proebstle himself published a series of similar histologies in an April 2002 article in the Journal of Vascular Surgery.[28] As Dr. Proebstle himself noted, these slides reveal both "vein wall disruption" (i.e., trenching – slide B) and "pronounced" thermal damage, including carbonization (slide D):



Dr. B. Anastasie and others obtained a similar histology that reveals considerable carbonization and trenching, shown by the arrows in the photo. They published their findings in their 2003 article referenced at Ex. 15:

---

[28] Proebstle Article, Ex. 11.

19



Dr. Giorgio Spreafico and his team also obtained an analogous histology. It too evidences significant carbonization as well as trenching. Dr. Spreafico included the image in a presentation he prepared for an October 2005 conference sponsored by the manufacturer of the laser distributed by AngioDynamics:[29]



Dr. Robert Weiss published a 2002 article in Dermatologic Surgery (*Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model*)[30] reporting on an endovenous laser procedure that he had performed on a goat vein. As Dr. Weiss observed, the histology he obtained reveals carbonization as well as an outright perforation (marked by the arrowhead):

---

[29] *How and why the endovenous laser works: histopathological observations on the great saphenous vein treated with a 980 nm laser*, Ex. 17.

[30] Ex. 19.

20



In a 2002 paper in Dermatologic Surgery (*Thermal Damage of the Inner Vein Wall During Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood*),[31] Dr. Proebstle also obtained an analogous histology after performing an in vitro experiment. The deep ablative trench is unmistakable:



Perforation, carbonization and trenching are all tell-tale signs of direct contact between the vein wall and the energy-emitting portion of the laser fiber. This point is indisputable based on the experiments above and a general understanding of the procedure.

On the basis of my own experiments as well as the signs of carbonization, trenching, and perforations evidenced by the published literature, I conclude that the tumescent anesthesia used by the authors in the literature achieves reliable contact between the laser fiber tip and the vein wall.

---

[31] Ex. 15.

*Fiber Degradation and Increase in Size of the Laser Emitting Section of the Fiber*

As described above and proven in my experiments, contact between the vessel wall and the energy-emitting portion of the laser fiber is critical to the success of the ILT procedure. I have also concluded, on the basis of physical examinations and experiments, that the <u>size</u> of the bare tip capable of emitting laser energy grows dramatically over the course of the procedure.

Like Diomed, AngioDynamics and VSI sell procedure kits that include a laser fiber with a core of 600 microns. The image below is a picture that I had taken of the end of an *unused* laser fiber:



This image depicts several features of the unused laser fiber, including
- the core laser fiber (labeled "600 micron core fiber, covered by cladding"),
- the "cladding," which is a thin, reflective coating on the core fiber that keeps the laser light within the fiber (rather than emitting through the side of the silica which makes up the core of the laser fiber), and
- the "jacket," made of plastic that covers the entire fiber except for roughly the last 2.5 to 5 millimeters (depending on the manufacturer).

On a new fiber, the cladding extends the entire length of the fiber, except for the flat face at the very end, perpendicular to the fiber's axis. Near the tip of the fiber, some cladding may crack off when the tip is cut during manufacture (as well as areas in which the cladding may have imperfections or may be scratched during handling). With the exception of such cracking, the only portion of an unused fiber that will emit laser energy prior to a procedure is the flat face at the end of the fiber. When the aiming beam is emitted through such a new fiber, it will appear as a round circle on a white piece of paper.

Once the laser begins to fire and carbonization of venous tissue and/or blood occurs, however, the fiber tip and surrounding cladding grow extremely hot. Dr. Robert

22

Weiss measured the temperature during ILT as high as 1000°C.[32] As a result, the cladding immediately begins to degrade and the fiber core begins to change shape. By the time the procedure is complete, the fiber tip typically erodes into a rounded (rather than flat) shape. In addition, the cladding has degraded from the surrounding parts of the unjacketed portion of the fiber, allowing laser energy to escape through the sides of the fiber tip (in addition to its end face), which increases the size of the laser-emitting section. If the aiming beam is aimed at a white piece of paper after this degradation, it will appear as an oval or very ill-defined shape.

I have personally inspected numerous fibers after treatment and have observed this type of degradation. A representative photograph is included below. In the photograph, the red visible aiming beam is escaping from the sides of the fiber, indicating that the cladding in that region has broken down. The laser energy itself (invisible to the naked eye) will also be emitted from the sides of the fiber when the laser is turned on. The effects of the side escape of laser energy will also be visible when doing experiments with the laser fibers in blood in translucent tubes, such as my experiments described above.



I did a series of experiments to determine how much energy escapes from the sidewalls of the fiber after the tip has degraded.[33]

### *Wattage Degradation Experiment*

The methodology for the first experiment was simple. I tested the emission of laser energy from the flat front face of unused laser fibers, when the laser console was tuned to 15 watts. At that setting, the emission from an unused fiber is typically between 13 and 14 watts due to inherent losses in the machine and the fiber itself (due to impurities). Little or no light escapes from the sides of an unused fiber, as noted above.

---

[32] Ex. 19.

[33] The Diomed, AngioDynamics and VSI fibers are essentially identical, including for purposes of these experiments.

23

I did the same test on the laser fiber after it had been used in an ILT procedure, measuring the laser energy emitted through the front of the fiber tip.

I found that the wattage of the laser light emitted from the front of the fiber typically decreased to between about 7 and 9 watts, for a degradation of 40-50%. The "lost" wattage (i.e., the 40-50%) is necessarily emitted from the sides of the fiber tip where the cladding has been degraded.

On the left-hand side below is a representative photograph of the power meter setup recording a reading of over 13 watts from laser transmission through the front of an unused fiber. On the right hand side is a representative photograph of the same setup recording a reading of under 7 watts from laser transmission through the front of a used fiber.

 

This experiment proves that the cladding at the end of the laser fiber degrades dramatically during an ILT procedure, such that almost the entire unjacketed portion of the fiber, if not the entire unjacketed portion, becomes a light-emitting section.

Degradation of the laser fiber and cladding is an important phenomenon that contributes to ensuring continuous contact between the vein wall and the laser-emitting portion of the laser fiber. This would even be true for a vein that had not been fully collapsed (e.g., due to improper or insufficient injection of tumescent anesthesia).

### Carbonization Experiment

I did an additional series of experiments that demonstrated that emission from the side of the fiber following breakdown of the cladding is sufficient to cause severe damage to tissue.

In the first of this series of experiments, I placed the side of a new laser fiber against the side of a cow liver such that it ran parallel to the liver tissue. I chose cow liver because it was an easily obtainable tissue and, like vein tissue in the human body, it contains chromophores for the 810 nm and 980 nm lasers.

24

When I placed the side of the new, cladded laser fiber tip against the liver and pulsed the laser for one or two seconds, initially the liver was only charred at the very end of the laser fiber (i.e., at its flat face). I then lifted the laser fiber and placed it on a different spot on the liver and pulsed the laser again for one or two seconds.

After I repeated this process in different locations along the liver, subjecting the laser fiber and its cladding to conditions similar to those observed inside the vein during ILT, after five or six pulses the cladding began to degrade. This degradation could be observed because the charring began to occur not just in the vicinity of the end face of the laser fiber tip, but also along the five or so millimeters of the laser fiber that are unjacketed (i.e., the portion that is covered solely with cladding on an unused fiber). A representative image depicting lines of carbonization caused by light emitted from the side of the fiber follows:



Carbonization from Side Emission of Laser Energy

To confirm this result, I performed the same experiment on a section of human vein tissue. Again, the briefly used laser fiber created charring along the tissue where the entire sidewall that was originally covered with cladding touched the tissue. A representative image of that result is below:

25



Once the cladding of the laser fiber tip is degraded, the energy emitted from the front face of the fiber is not necessary to char and destroy tissue; the energy emitted from the sidewall is sufficient to have that effect. To further prove this point, I placed the side wall of a used laser fiber against the tissue (both cow liver and human vein segment, in separate experiments) so that the very end (the now deformed face) of the laser fiber hung <u>over the end</u> such that the tissue could not possibly absorb any laser energy emitted from that end. Despite the fact that the tissue was absorbing energy only from the sidewalls where the cladding had degraded, the tissue still became carbonized after short pulses of laser energy.[34]

In addition, with each successive pulse, the degree of injury done to the tissue increased. This successively more severe injury is a result of the carbonization effect on the laser fiber and progressive breaking of the cladding. As the amount of carbon increases and the laser is pulsed, the damage done to the tissue is greater because the temperature in the vicinity of the laser fiber tip increases.

---

[34] This result is further reinforced by the research recently done by Dr. Schmedt, et al. and published in the European Journal of Vascular and Endovascular Surgery. *Investigation on Radiofrequency and Laser (980nm) Effects after Endoluminal Treatment of Saphenous Vein Insufficiency in an Ex-vivo Model*, Eur. J. Vasc. Surg. 32, 318-325 (2006). In that article, Dr. Schmedt concludes that "[p]rogression of carbonisation at the bare fibre tip may explain the finding of increasing thermal lesions during [l]LT." (Ex. 20).

26

## CONCLUSIONS

In light of the above experiments, data and literature, and my expert knowledge of the ILT procedure, I summarize my opinions as follows, and intend to offer these opinions (as well as those expressed in more detail above) at trial:

1. Direct contact between the vessel wall and the energy-emitting section of the laser fiber is critical to the success of the intraluminal laser therapy (ILT) because it is the only way to produce the pathological change that will result in fibrosis of the vein wall, given the energy, time and power used.

2. Steam created by the emission of laser energy into intravenous blood during ILT does not have the heat-carrying capacity to damage the vein wall, let alone to cause therapeutically effective damage.

3. *In vitro* tests establish that the steam created during ILT is inadequate to cause therapeutically effective damage to the vein.

4. Because of the short distance through which laser energy of the wavelengths taught by the parties (810 nm and 980 nm) can travel through blood, direct contact between the laser emitting section of the laser fiber and the vessel wall is necessary to cause the vein wall to get to a temperature capable of causing permanent damage to the vein that will result in closure of the vein.

5. If there is excessive amounts of blood in the vein during an ILT procedure, a matrix of blood materials will form on and around the laser fiber tip. It takes enormous amounts of energy and time to conduct heat through such a matrix and eventually cause damage to the vein wall.

6. The published literature concerning ILT shows that, post-treatment, the vein is charred, trenched and/or perforated. This charring, trenching and perforation is consistent with my own observations of veins removed after an ILT procedure and the results of reduplicating the ILT procedure *in vitro*. This charring, trenching, and perforation is possible only through contact between the laser fiber tip and the vein wall.

7. During an ILT procedure, the extreme temperatures in the vicinity of the fiber tip (upwards of 1000°F), cause the cladding covering the last few millimeters of the fiber to degrade. This allows laser energy to emit not only through the very end of the fiber, but also through the unjacketed sidewalls, turning the laser fiber into a laser emitting rod.

8. While the side wall of the fiber is in contact with the vessel wall, this side wall emission is significant enough to cause permanent damage to the vein wall, including charring and perforation.

9. Because of the relatively low pressure inside a vein, and a vein's general pliability, the vein is easily susceptible to external pressure. For that reason, the application of tumescent anesthesia will cause the vein wall to

collapse around the laser fiber and its face. This result is many times enhanced by the application of epinephrine in the tumescent anesthesia.

10. Even inexact application of tumescent anesthesia, such as injections that are not made directly in the perivenous space, but are instead injected near the vein, will also cause the vein wall to compress, resulting in contact of the vein wall with the fiber tip. Especially when guiding points used for the application of the tumescent without ultrasound is the visual deformation and swelling of the leg and skin over the track of the vein.

Signed

_(signature)_

Dr. Luis Navarro

Dated: 12/4/03