# EXHIBIT 3

**SUPPLEMENTAL REBUTTAL REPORT OF**
**THOMAS M. PROEBSTLE, M.D., MSc**

Diomed v. AngioDynamics, Inc.
Diomed v. Vascular Solutions, Inc.
Docket Nos. 04-10019 and 04-1044
United States District Court
District of Massachusetts

I.    INTRODUCTION

I have been retained in this matter by AngioDynamics, Inc. ("AngioDynamics")

and Vascular Solutions, Inc. ("VSI") to provide expert opinion testimony as to whether

endovenous laser treatments as taught by AngioDynamics and VSI infringe certain

claims of U.S. Patent No. 6,398,777 (the "'777 Patent").  On October 14, 2005, I

submitted my first rebuttal report in this matter.  I continue to hold the opinions expressed

in that report.  In that report, I reserved the right to supplement my opinions "based on

newly-produced documents, interviews or deposition testimony, or in response to further

disclosures from Diomed.  Further, I may also testify at trial in response to arguments or

evidence introduced by Diomed that is within my area of expertise."

On December 4, 2006, Dr. Louis Navarro submitted an expert report in these

matters.  On pages 27 and 28, Dr. Navarro expresses several conclusions he draws from

experiments and analysis he has performed since the Summer of 2005.  His conclusions

can be grouped into four categories:

1.    Tumescent Anesthesia.  Dr. Navarro opines that the administration of

      Tumescent Anesthesia in connection with an endovenous laser procedure

      in the amount of 100 to 200 ml will necessarily cause the wall of the vein

1

to be treated to collapse onto the flat laser-emitting face of the fiber used during the procedure.

2.  Contact. Dr. Navarro opines that endovenous laser procedures can only work if the laser-emitting face of the fiber is placed and maintained in direct contact with the vessel wall.

3.  Steam. Dr. Navarro opines that steam generated by the heating of blood during an endovenous laser procedure is insufficient to cause the necessary damage to make the procedure effective.

4.  Side Emission of Laser Energy. Dr. Navarro opines that during an endovenous laser procedure the cladding on the side of the laser fiber burns back. As a result, Dr. Navarro opines that laser energy is emitted from the side of the fiber and transferred to the vein wall through contact between the vein wall and the side of the fiber. Dr. Navarro opines that this side emitting energy is sufficient to cause the necessary damage to make the procedure effective.

As more fully set forth below, Dr. Navarro's conclusions and opinions are based on faulty analysis and ill-conceived and unrealistic experiments. I previously addressed Dr. Navarro's analysis and experiments in my Declaration dated February 7, 2006. I continue to hold the views expressed in that Declaration and incorporate the comments and opinions expressed therein by reference. I expect to testify to those comments and opinions at trial. I further expect to testify on Dr. Navarro's experiments and opinions as set forth below.

2

II.    OPINIONS

A.  Tumescent Anesthesia

My Rebuttal Report of October 14, 2005 and my Declarations of December 19, 2005 and February 7, 2006 all address the issue of whether the injection of 100-200 ml of tumescent anesthesia during an endovenous laser procedure as taught by AngioDynamics and VSI necessarily and inevitably causes contact between the laser-emitting face of the fiber and the wall of the vein to be treated.  For the reasons stated in those documents, the answer is clearly no.  In ultrasound images I watch while introducing such amounts of tumescent anesthesia, or more, I regularly observe that the laser-emitting face of the fiber is not in contact with the vein wall after tumescent anesthesia is administered.  This includes the procedures I performed in connection with this case.

B.  Contact

Dr. Navarro's opinion that contact between the laser-emitting face of the fiber and the vein wall is necessary for any endovenous laser procedure to be effective is based on: (1) a theoretical analysis of the heat transfer abilities of steam; and (2) a series of laboratory experiments which he claims prove that heating blood alone will not sufficiently damage the vein wall.

I have addressed more fully below Dr. Navarro's analysis of the effects of steam on the vein wall.  As to his experiments, none were arranged to replicate *in vivo* conditions, and thus do not support his conclusions and opinions. Furthermore, in response to Dr. Navarro's experiments I conducted my own *in vitro* experiments that

more closely emulate *in vivo* conditions. I have discussed those experiments below. As expected, those experiments disprove Dr. Navarro's conclusions and confirm that contact is not necessary to effectively damage the vein wall, or even carbonize it, during an endovenous laser procedure.

1. Vein Column Experiment.

At page 10 of his Report, Dr. Navarro describes an experiment in which he placed a segment of vein between two glass tubes in a vertical alignment. He filled the tubes and vein segment with blood and submersed a laser fiber in the blood in the lower tube. He then fired the laser to see if the steam bubbles created from heating the blood would damage the vein segment above the lower tube. Because the vein segment was not damaged, Dr. Navarro concluded that steam bubbles cannot effectively damage a vein wall during an endovenous laser procedure.

There are several problems with Dr. Navarro's experiment. First, the vertical orientation of his apparatus does not simulate the basically horizontal orientation of the patient's leg during an endovenous laser procedure. During an actual procedure, the energy from the tip of the laser fiber causes a jet of heated blood and steam bubbles to be circulated rapidly inside the vein and propelled to the vein wall. The ultrasound images provided in connection with my Rebuttal Report and Declarations clearly show this phenomenon. Further, it is much less likely that any of the hot blood mixture seen during an actual procedure would travel upward in a set-up such as Dr. Navarro's.

Second, the size of the tubes used by Dr. Navarro and the amount of blood used in his experiment are not at all consistent with what happens during an actual endovenous

4

laser procedure. The ultrasound images to my Rebuttal Report and Declarations show that during an actual procedure the tip of the laser fiber, while not touching the vein wall, is close to it. Dr. Navarro's experiment involved tubes and a vein segment with diameters of 6 mm. This volume was filled with many times more blood than would be present during an actual endovenous laser procedure.

Third, Dr. Navarro's experiment was open to the air. During an actual endovenous laser procedure, the vein is a closed system. The heat from the steam and hot blood mixture cannot rise out of the vein like it can from Dr. Navarro's apparatus

Finally, by positioning the laser fiber in the glass segment of his apparatus Dr. Navarro eliminates the effect of direct laser beam impact on the vein wall. As set forth in my Rebuttal Report and Declarations, direct impact of the laser beam on the vein wall is one of three mechanisms that causes the endovenous laser treatment to be effective. Given all of the above, I am not surprised that Dr. Navarro's experiment did not result in damage to the vein segment. I would not expect it to. The conclusions he draws from the experiment though are incorrect.

2. PVC Tube Experiment.

For the same reasons as set forth above, Dr. Navarro's PVC Tube Experiment, discussed on pages 11-12 of his Report is faulty and does not support his conclusions and opinions. He again set up his apparatus in an unrealistic vertical orientation. He used an open system. Most significantly, the diameter of the PVC tube used was 8 mm, even larger than the diameter of the tubes and vein segment used in his first experiment. I am not aware of any doctor who would perform an endovenous laser procedure with this

much blood still in the vein. In addition, it is not appropriate to draw conclusions on how human tissue will react to laser energy based on how PVC reacts. PVC does not have the same optical absorption properties as a vein and is a very poor model for a technique that depends in part on optical absorption of the laser beam as one of its mechanisms of action. Some PVC is even transparent to the 800 nm wavelengths. Again, given the set-up of Dr. Navarro's experiment, I would expect to see the results he reports. Those results though, in no way support the ultimate conclusions he reaches.

### 3. Vein Flap Experiment.

At pages 12-14 of his report, Dr. Navarro describes an experiment in which he mounted segments of vein flaps on a substrate and submersed them in either blood or saline. He then immersed a laser fiber in the blood or saline at a 90 degree angle above the vein flaps and fired the laser fiber straight down to the flaps. In his experiments the laser-emitting flat face of the fiber was either touching the vein flaps or at a claimed distance of 1 mm away from the vein flaps. Dr. Navarro claims that because only the vein flaps that were in contact with the laser-emitting flat face of the fiber were damaged, he can conclude that contact is necessary to cause damage to the vein wall during an endovenous laser procedure.

Dr. Navarro's experiment is flawed for a number of reasons. Dr. Navarro's orientation of the fiber to the vein flap was again different than the orientation of the laser fiber and vein wall during an actual endovenous laser procedure. In an actual procedure the heated blood/steam mixture is driven along the vein wall that runs substantially parallel to the laser fiber.

6

Furthermore, it appears to me that Dr. Navarro actually had the fiber farther away from the vein flaps than 1 mm in those experiments when it was not in contact. The diameter of the pilot beam is much wider than one would expect to see at a distance of 1 mm. Because Dr. Navarro's Report and pictures do not show an actual measurement of the distance it is impossible for me to tell how far away the fiber was from the vein flaps during firing.

Dr. Navarro's results are also inconsistent with the results from experiments I performed. My experiments showed that vein flaps covered with blood were carbonized by a laser fiber being passed over them at an angle more like that used in an actual endovenous laser procedure than the 90% angle used by Dr. Navarro. This carbonization occurred in the absence of any contact between the laser-emitting face of the fiber and the vein flaps. Further, unlike Dr. Navarro who pulsed his laser in a stationary mode, I fired the laser in continuous mode while moving the fiber above and across the vein flap with the pull back speed as would be done in an actual endovenous laser procedure. The carbonization I observed in my experiments is identical to the type of carbonization that Dr. Navarro references in his Report. Thus, there is no question that vein wall damage, and any carbonization that occurs, during endovenous laser procedures can occur without any contact between the laser-emitting face of the fiber and the vein wall.

4. Vein in Jig Experiment.

At pages 15-16 of his Report, Dr. Navarro describes experiments he did which are almost identical to those performed previously for Diomed by Dr. Fan and discussed in her expert report. I discussed those experiments at length in my Rebuttal Report. My comments and opinions regarding Dr. Fan's experiments apply with equal force to Dr. Navarro's experiments. In addition, Dr. Navarro's experiments do not show what he claims. In Experiment #24, Dr. Navarro claims to have fired the laser inside a vein segment as to which he simulated the effect of tumescent anesthesia during an endovenous procedure. Based on two short carbonization trails on the vein segment after the procedure, Dr. Navarro concluded that the laser-emitting face of the fiber was in contact with the vein wall throughout his experiment.

As noted above, such a conclusion cannot be reached based on the presence of a carbon tracing. Carbonization is caused by heat, and Dr. Weiss's article showed the presence of extremely high temperatures during laser procedures, even some distance away from the laser fiber tip. Therefore, carbonization can be caused by the fiber being relatively close to but not in contact with the vein wall. In fact, the photos that accompany Dr. Navarro's Report are more consistent with the conclusion that the laser-emitting face of the fiber is not in contact with the vein wall. Those pictures show a parallel relationship between the fiber and vein wall. This would mean that the laser-emitting flat face of the fiber is perpendicular to and not touching the vein wall. Given the parallel relationship and the fact that the fiber is being continuously pulled back during the experiment it is my opinion that the laser-emitting flat face of the fiber was not in contact with the vein wall during Experiment #24.

8

In Experiment #25, Dr. Navarro used a centering device to assure that there was no contact between the laser-emitting flat face of the fiber and the vein wall. He introduced no tumescent effect in this experiment. Because he saw no damage to the vein segment after doing the experiment, he concludes that an endovenous laser procedure will not work without contact.

Once again, Dr. Navarro has constructed an experiment that does not resemble actual conditions during an endovenous laser procedure. The diameter of the vein segment used by Dr. Navarro was approximately 6 mm. This diameter was maintained, or even increased, by the centering device used by Dr. Navarro. As noted above, veins rarely have this diameter during an endovenous laser procedure. Tumescent anesthesia is used to reduce the diameter of the vein so that it is typically around 2 mm.

I also disagree with the conclusions Dr. Navarro draws from histology slides included in articles written by me and others. Even though he was not present for any of those procedures, he concludes that any carbonization shown on the histology slides resembles the carbonization he saw in Experiment #24 and is the result of "reliable" contact between the laser-emitting flat face of the fiber and the vein wall. As the author of one of the articles Dr. Navarro cites, and the doctor who performed the procedures and studied the histology slides, I disagree with Dr. Navarro's conclusions. First, as noted above and in my Rebuttal Report, carbonization, trenching and perforations can all be caused without contact between the laser-emitting face of the fiber and the vein wall. Furthermore, where they are caused by contact, that contact is not "reliable" unless the physician takes specific steps (e.g., external manual compression) to cause and maintain such contact. I do not. Nor do doctors who follow AngioDynamics' or VSI's

9

Instructions For Use. I agree that incidental, unwanted contact between the laser fiber and the vein wall can occur during an endovenous laser procedure. Such unwanted contact can lead to perforations and trenching, which is why I and other doctors try to avoid contact as much as possible, even using continuous ultrasound monitoring of the whole procedure. To say that the examples of carbonization, trenching and perforation (if they were caused by contact) shown in the literature discussed by Dr. Navarro were caused by deliberate, planned or "reliable" contact is completely unfounded and unsupportable.

### 5. Counter Experiment.

In light of the issues identified above with Dr. Navarro's experiments, I decided to conduct an experiment that more closely resembles *in vivo* conditions. In general, I took explanted human vein segments and mounted and fixed them in a horizontal configuration and filled them with an amount of blood as would typically be present in an actual endovenous laser procedure. I then introduced four different fibers into the vein segments and fired the fibers and moved them as I would in an actual endovenous laser procedure. The fibers used for experiments 6-11 were silica bare tip fibers provided by VSI and Biolitec. These fibers had silica claddings which do not burn back as readily as the claddings discussed in Dr. Navarro's Report. The fiber used for experiments 1A, 1B, 2A and 2B was a sapphire tipped silica fiber provided by New Star Lasers. The sapphire tip prevents the laser-emitting section of the fiber from contacting the vein wall. The fiber used for experiments 3A, 3B, 4 and 5 was a capped end silica fiber provided by New Star Lasers. This fiber has a silica cap on the end that prevents the laser-emitting

section of the fiber from contacting the vein wall. After treatment, the veins were examined for damage. The details of the experiment are set forth below.

As shown in the photographs, attached as Exhibit A, a styropor bottom was fixed with glue into polyethylene boxes of about 15.5 x 10 x 4 cm dimension. One long wall side of the boxes received 5 drill holes of 10 mm diameter. Cellophane was placed inside the boxes to close these side holes. A gelatin solution was prepared by gelatin powder and physiologic saline and filled into the boxes to cover the bottom with a gelatin layer of 5 mm height.

Diseased human saphenous veins obtained by stripping were cut into 50 – 60 mm lengths. The vein segments were filled with heparinized blood. The vein segments were then placed on the almost solid gelatin and mounted with pins to the styropor bottom. Another 2 cm thick layer of gelatin was poured on top of the mounted veins. Six hours later experiments were started.

Veins were cannulated by 17G venflons perforating the box from the outside through the cellophane covered holes. The catheter was advanced into the vein before the laser fiber was introduced. From the top a 10 MHz linear ultrasound scanner was able to record the experiments. The fiber was then connected to a laser generator from either VSI or Biolitec after power settings and pulse mode had been set.

Still pictures, included in Exhibit A, were taken in addition to taping the ultrasound B-scan signal.

11

**Table 1:** set of experiments performed on gel embedded human saphenous veins filled with blood.

| Experiment Vein No. | Fiber Type | Laser Wave length | Laser Power [Watt] | Pulse Mode | Treated Length [mm] | Laser Time [sec] | Joule/cm |
|---|---|---|---|---|---|---|---|
| 1A | Sapphire tipped | 810 nm | 10 | cont | 20 | 33 | 165 |
| 1B | Sapphire tipped | 980 nm | 10 | cont | 20 | 18.5 | 92./5 |
| 2A | Sapphire tipped | 980 nm | 10 | cont | 20 | 15.9 | 79.5 |
| 2B | Sapphire tipped | 810 nm | 10 | cont | 20 | 21 | 105.0 |
| 3A | Front closed | 810 nm | 14 | cont | 20 | 21 | 147.0 |
| 3B | Front closed | 980 nm | 14 | cont | 20 | 10.5 | 73.5 |
| 4 | Front closed | 980 nm | 14 | cont | 40 | 22.6 | 79.1 |
| 5 | Front closed | 810 nm | 14 | cont | 40 | 27 | 94.5 |
| 6 | Silica | 980 nm | 14 | cont | 40 | 21.4 | 74.9 |
| 7 | Silica | 980 nm | 14 | cont | 40 | 22.1 | 77.4 |
| 8 | Silica | 980 nm | 14 | pulsed | 30 | 20 | 93.3 |
| 9 | Silica | 810 nm | 14 | cont | 40 | 22 | 77.0 |
| 10 | Silica | 810 nm | 14 | cont | 40 | 28 | 98.0 |
| 11 | Silica | 810 nm | 14 | pulsed | 30 | 17 | 79.3 |

Results

Ultrasound images proved the equivalence of this experimental setup with *in vivo* conditions. Blood filled inner vein diameters range from 1 to 3 mm, outer diameters were up to 5 mm.

Steam bubbles traveling along the axis of the vein were also observed, proving that in no way was the vein wall in contact with the flat cut end of the laser fiber. Before laser firing the fiber could also be moved easily back and forth without getting stuck, proving that not even the edge of the cut fiber end was inhibited by contact with the vein

wall, but instead slipped back and forth gently. Furthermore, contact between the laser-emitting section of the fiber and the vein wall was not possible with the sapphire tipped fiber. Similarly, contact was not possible with the laser emitting section of the capped end fiber because of the cap over the flat face.

All experiments using 14 Watts of laser power regardless of which fiber or wavelength was used showed a pronounced charcoal trace at one side of the fiber. It was produced without contact between the fiber and vein during pullback. Experiments with 10 Watt laser power using the sapphire tipped laser fibers showed less carbonization because of the lower power setting, but still produced clearly visible carbonization. All of the veins showed the type of damage one expects to see during an actual endovenous laser procedure. Photograph #84 in Exhibit A shows the damage to the veins from each of the experiments, starting from the left (experiment 1A and 1B).[1]

C. Steam

At pages 7-9 of his Report, Dr. Navarro opines that steam created from heating blood in the vein with a laser fiber is insufficient to effectively damage the vein wall. He does so by largely restating the opinions expressed by Dr. Richard Anderson in his report. I have previously addressed Dr. Anderson's opinions and conclusions in my Rebuttal Report and Declarations. My comments and conclusions in those documents apply equally to Dr. Navarro's analysis. In addition, there seems to be a general misunderstanding by Dr. Navarro of the temperature of steam bubbles and heated fluid

---

[1] Experiments that have an "A" and "B" indicate that half of the vein length was treated with the 810 nm laser and half was treated with the 980 nm laser.

within the vein. Dr. Navarro's entire analysis is premised on the assumption that steam bubbles created by the firing of the laser inside the vein never reach a temperature in excess of 100 degrees Celsius. This is not correct. First, blood vaporizes at 110-130 degrees Celsius, so the steam bubbles created will be at least as hot. Second, steam that is under pressure can reach temperatures well in excess of 100 degrees Celsius. One can see on the ultrasounds of the procedures I performed in connection with this case that the steam bubbles and hot blood mixture caused by the firing of the laser are highly pressurized as if fired from a pressure washer. Consequently, while there is no way of knowing for sure what the temperature of the steam is, given its high pressure and the fact that, as shown by Dr. Weiss, the temperature in the vein 2 mm from the tip of the laser is several hundred degrees Celsius, it is certainly much higher than 100 degrees Celsius. This environment creates what I have previously referred to as the heated blood/steam mixture which churns like steam/milk in an Italian cappuccino machine to produce milk foam. Dr. Navarro's analysis based on his assumption that steam never gets hotter than 100 degrees Celsius is therefore incorrect.

Recently, a group of doctors has proved that pressurized steam alone injected into a varicose vein in small, short pulses similar to the pulsing of a laser can in fact cause sufficient damage to the vein wall to effectively treat the vein. Doctor Rene Milleret, et al., presented an abstract at the 2006 American College of Phlebology meeting entitled "Water: The Ultimate Sclerosing Agent? Occlusion Of Varicose Veins By In-Situ Generated Superheated Steam." A copy of the article is attached hereto as Exhibit B. The authors first noted that steam has a high heat transfer coefficient and that water submitted to high pressures vaporizes at temperatures above 100 degrees Celsius. They

then noted that they were able to treat Great Saphenous veins that ran from the knee to the groin with just 1 cc of water that was super heated and injected into the vein in short pulses. These findings are entirely consistent with the idea that highly pressurized steam bubbles caused by the firing of a laser fiber into blood effectively damage the vein wall during an endovenous laser procedure. As is true in the study conducted by Milleret, et al., no contact is needed between the source of the heat that creates the steam bubbles and the vein wall for the procedure to be effective.

### D. Side Emission of Laser Energy

Finally, Dr. Navarro has set forth a new theory on how endovenous laser procedures work. At pages 22-26 of his Report, he claims that during the course of an endovenous laser procedure the cladding on the side of the fiber tip degrades and allows energy to escape from the side of the fiber. He further hypothesizes that this energy is delivered directly to the vein wall when the side of the laser fiber comes into contact with the vein wall. I addressed this theory in my Declaration of February 7, 2006. I continue to hold the views and opinions expressed in that Declaration regarding this theory.

In that Declaration, I discussed a study that I did prior to and unrelated to this litigation which disproves Dr. Navarro's theory. To examine whether fibers can be used for more than one vein treatment in the same patient, in April 2003 we measured the frontal power output at the tip of a laser fiber immediately after it was used for patient treatment. A total of 16 fibers of a diameter of 600 microns were measured after usage with a 940 nm diode laser (n = 10) or with a 1064 nm Nd:YAG laser (n = 6). A table, prepared contemporaneously, displaying the results of that study is attached hereto as Exhibit C. The data from that table is also set forth below in Table 2.

15

**Table 2**: Column 1 shows the total laser energy delivered by a fiber during patient treatment before measuring power data. Columns 2 and 3 show data measured with a two-dimensional power meter for 940 nm and 1064 nm laser wavelengths, respectively, given as a percentage of the laser power delivered to the fiber by the laser device.

| Joules | 940 nm cont | 1064 nm cont |
|---|---|---|
| 4260 | | 65% |
| 5040 | 67% | |
| 2370 | 78% | |
| 3720 | | 63% |
| 5580 | 65% | |
| 3960 | 62% | |
| 1560 | 99% | |
| 6420 | | 60% |
| 1470 | 88% | |
| 3600 | 78% | |
| 2700 | 87% | |
| 2400 | | 96% |
| 6660 | 38% | |
| 2760 | 84% | |
| 4020 | | 68% |
| 2730 | | 66% |

These data are plotted in Figure 1.

**Figure 1**: frontal tip power output drawn as percentage against laser energy delivered to the fiber by the laser device. Filled symbols represent 940 nm laser, open squares resemble 1064 nm.

The data of the 2 laser systems displayed in table 1 was pooled for linear regression analysis. The formula $y = m * x + t$ with least square analysis resulted in t = 1.03 and m = - 8.3 E-05. The Pearson correlation coefficient was r = - 0.84, thus both parameters are inversely correlated.

In words, this means that there is an inverse correlation between (a) the total energy which has been delivered through the laser fiber while it was in use and (b) the percentage of the laser energy which is emitted in a frontal direction from the flat cut end of the fiber.

An example will illustrate the meaning of the above calculated numbers. A new unused fiber emits through the flat cut frontal end of the fiber 100% of its energy. For

every 1000 Joules of energy emission during an endovenous laser treatment the laser power emitted at the frontal cut end drops by approximately 8 percent. In other words, a drop of 10 % will not occur until an average of 1250 Joules of energy have been delivered.

The amount of 1250 Joules of laser energy corresponds to a laser treatment length of about 25 cm with an energy dosing of about 50 Joules per cm vein length. Even with an estimated dose of 70 Joules per cm vein length, approximately 20 cm could be treated before the power at the front end of the fiber dropped by 10%. This means that in the treatment of an average Great Saphenous vein of 30-40 cm the power drop coming from the front end of the fiber will be approximately 13%-17% at 50 Joules per cm and approxiamtely18% - 23% at 70 Joules per cm. Furthermore, this is the drop that will be noticed at the *end* of the procedure. The power drop is linear, meaning only 50% of the total drop at half the distance, and considerably less before that, dropping only as additional Joules of energy are delivered. Thus, Dr. Navarro's claimed drop of 40%-50% is incorrect based on the study I performed.

Whatever the loss in power at the front end of the fiber during the procedure, Dr. Navarro concludes that the energy no longer delivered from the front of the fiber must be delivered from the side. This is incorrect. During an endovenous laser procedure, the glass fiber cracks and deforms internally. Thus, the loss in laser energy coming from the front of the fiber can also be the result of some of the energy being trapped in the cracked and deformed fiber.

Furthermore, whatever energy is emitted from the side of the fiber is insufficient to have any effect during the endovenous procedure and is certainly not necessary for the

18

procedure to work. This can be demonstrated by looking at the area over which the energy is dispersed from the front and side even at the very end of the procedure. My Declaration of February 7, 2006 demonstrated this assuming 15% of the energy coming out of the side of the fiber and 2.5 mm of cladding being burned back. A similar calculation can be performed assuming a 20% reduction in the amount of energy coming from the face of the fiber and a complete burn back of the 5 mm cladding.

This analysis shows that an 80% emission at the flat cut end of the fiber and a 20% emission through the side surface of the fiber will result in a large difference in the irradiance delivered from each surface. The surfaces of the flat cut end of the fiber and the exposed side as described by Dr. Navarro can be calculated as follows:

A1  = PI $r^2$ = area at the flat cut end

A2  = PI * 2 *r *h = the cylindrical area of the naked fiber

A1 / A2 = (PI * $r^2$)/ (PI * 2 *r *h) = r / 2*h = 0.3 mm / (2* 5 mm) = 0.03

The surface areas of the front cut end and the lateral circumference of the tip have a relation of 3 to 100 or 1 to 33.3; taking into account 80% frontal emission and only 20% side emission of the total delivered energy this relation is even reduced by another factor of 4. The irradiance relation of the frontal versus side emission finally calculates to 3/ 400 which is also 1/133.3.

Thus, the irradiance released from the lateral circumference (assuming a 20% drop in power at the front of the fiber, all of which is emitted through the side of the fiber) would equate to less than 0.11 Watts of laser power emitted at the front end (as opposed to a standard setting of 14 Watts). This is an absolutely ineffective amount of

power to obtain any treatment efficacy.  In fact, nobody has ever reported using a power setting – even with very slow fiber pull back – of less than 5 Watts.

Such a low irradiance delivered at the lateral circumference can produce nothing but a clot.  This clot is then a perfect insulator, such that the fiber tip can be held even with two naked fingers.  This phenomenon was shown by Dr Navarro himself during a presentation he made at the 2005 ACP meeting  in San Francisco.  If the fiber tip with a clot can be held with two naked fingers it cannot contribute at all to the heat damage of the vein wall.  The clot will also help to prevent contact between the side of the laser fiber and the vessel wall.

Furthermore, since June of 2006 VSI has been using all silica fibers.  These fibers use silica as a cladding instead of the hardened plastic used on the fibers tested by Dr. Navarro.  Silica has a higher melting point than the hardened plastic cladding.   The use of the silica cladding reduces the phenomenon of burn back, destruction of the cladding, and the likelihood of side emissions of laser energy.

Finally, the experiments performed by Dr. Navarro to prove his theory that energy emitted from the side of the fiber can cause necessary damage to the vein wall during an endovenous laser procedure do not. These experiments do not replicate the conditions inside the vein during an endovenous laser procedure. For example, Dr. Navarro ignores the very insulating clots that he acknowledges form on the side of the fiber. Furthermore, even if incidental side contact of the fiber with the vein wall caused some damage, it is not intended nor deliberate in the procedures as performed by me or taught by AngioDynamics and VSI. As noted above and in my Rebuttal Report and Declarations, I always try to avoid any contact between the fiber and the vein wall and AngioDynamics and VSI teach that such contact is to be avoided.

Dated: _Feb 12th 2007_          _____
                                Thomas M. Proebstle, M.D., MSc

21