# EXHIBIT 4

# Civil Action No: 04-CV-10019-RGS

## Diomed, Inc.
## v.
## Angiodynamics, Inc.

## Diomed, Inc.
## v.
## Vascular Solutions, Inc.

# Expert Report

By

Chieh-Min Fan, MD
June 22, 2005

**Experiment 1: Pattern of thermal injury at 810-nm and 980-nm wavelength energy in large and small diameter arteries.**

**Hypothesis:** Thermal injury during ILA that is sufficient to collapse the vessel requires the direct contact of the laser fiber tip with the vessel wall. In small diameter vessels with limited intravascular space, direct contact and significant thermal injury are more likely to occur than in large diameter vessels. If steam generation is a dominant mechanism of heat transfer, significant thermal injury will occur in both small and large diameter vessels, and it should not occur in the absence of blood, the major chromophore for these wavelengths of light. Of note, arteries were chosen as the tissue substrate instead of veins for this first experiment because in the explanted state, arteries maintain their tubular cylindrical shape enabling better central lumen positioning of the laser fiber, compared to explanted veins which have a tendency to collapse and co-apt against the laser fiber.

**Materials and Methods:**

<u>Vessel substrate</u>: Arteries ranging from 4 to 17 millimeters in diameter were harvested from freshly slaughtered pigs and stored in heparinized pig blood at 4 degrees Celsius. The experiments were conducted within 48-hours of vessel harvest. The arteries were divided into two groups based upon size: vessels less than 7-mm in diameter were considered "small" and vessels greater than or equal to 7-mm were considered "large" for the purposes of the study.

Experimental Model: The vessel was suspended a between two tapered hollow stainless steel connectors (jig) and suspended in a watertight chamber. The vessel was secured to the jigs at each end with surgical ligatures to achieve a watertight seal (Figure 1). The open ends of the connectors were closed off with a cap at one end, and valved adaptor at the other. A 5 French sheath with coaxial laser fiber was advanced through the valve adaptor, and positioned such that the laser fiber tip and sheath tip were both inside the vessel segment. A Diomed 810-nm EVLT laser console and 600 micron laser fiber was used for experiments at the 810-nm wavelength, and an Angiodynamics 980-nm laser console and 600 micron fiber was used for the experiments at 980-nm wavelength.

Experiment Design: The lumen of the vessel was filled with either saline or heparinized pig blood via the sheath, and the vessel was immersed in a saline bath at 37 degrees centigrade. The laser was then activated continuously at 14 watts, and withdrawn manually at a rate of 2-3 mm per second. The vessel was then dismounted from the jig, sectioned, and submitted in formalin to pathology for analysis. Each vessel was used for a single laser pass, and a single set of parameters. Three sets of experiments (large vessel filled with blood, small vessel filled with blood, and small vessel filled with saline) were performed for each wavelength (810 nm and 980 nm) of laser energy. For each set of parameters, three vessel segments were treated, and the vessel diameters were recorded.

**Results:** Summarized in Table 1.

810-nm wavelength: In large arteries filled with blood, the mean diameter of the vessel was 14-mm. Two of three specimens showed no thermal injury, while one specimen demonstrated a focal area of non-transmural collagen thermal change. There was no