THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

       Plaintiff,

v.

ANGIODYNAMICS, INC,

      Defendant.

Civil Action No. 04-10019 NMG

DIOMED, INC.,

      Plaintiff,

v.

VASCULAR SOLUTIONS, INC.,

      Defendant.

Civil Action No. 04-10444 NMG
**(CONSOLIDATED UNDER
04-10019 NMG)**

**JOINT STIPULATION AND PROPOSED ORDER REGARDING CLAIMS 10-14, 16-19, AND 21 OF U.S. PATENT NO. 6,398,777 AND AUTHENTICITY OF EXHIBITS**

In this patent case, Plaintiff Diomed, Inc. ("Diomed") asserts that Defendants AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") infringe claims 9-14, 16-19, and 21 of U.S. Patent No. 6,398,777 ("the '777 patent") by inducing and/or contributory infringement. AngioDynamics and VSI deny these allegations. To streamline and simplify the trial of the case, so that the jury need only consider one claim of the '777 patent (i.e., claim 9), and to further simplify the case so that the parties and the Court need not address any disputes regarding the authenticity of exhibits, it is hereby stipulated by all parties as follows:

**Authenticity of Exhibits**

1.      All exhibits identified in Diomed's Trial Exhibit List (D.I. 202) and Defendants'

Joint Trial Exhibit List (D.I. 189) shall be deemed authentic for purposes of Federal Rule of Evidence 901.

### Dependent Claims

2.      The jury's verdict on an infringement question with respect to Claim 9 of the '777 patent shall be deemed to be a verdict with respect to Claims 10-14, 16-19, and 21 of the '777 as well.  More particularly:

a.      A jury verdict that one or both defendants induces infringement of claim 9 of the '777 patent shall have the same force and effect as a jury verdict that the said defendant(s) induce(s) infringement of claims 9-14, 16-19, and 21 of the '777 patent.

b.      A jury verdict that one or both defendants does not induce infringement of claim 9 of the '777 patent shall have the same force and effect as a jury verdict that the said defendant(s) does not induce infringement of claims 9-14, 16-19, and 21 of the '777 patent.

c.      A jury verdict that one or both defendants contributorily infringe(s) claim 9 of the '777 patent shall have the same force and effect as a jury verdict that the said defendant(s) contributorily infringe(s) claims 9-14, 16-19, and 21 of the '777 patent.

d.      A jury verdict that one or both defendants does not contributorily infringe claim 9 of the '777 patent shall have the same force and effect as a jury verdict that the said defendant(s) does not contributorily infringe claims 9-14, 16-19, and 21 of the '777 patent.

Respectfully submitted,

/s/ Michael A. Albert_____          /s/ William H. Bright, Jr._____
Michael A. Albert (BBO #558566)          Rodney S. Dowell (BBO #620916)
Michael N. Rader (BBO #646990)          BERMAN & DOWELL
John L. Strand (BBO #654985)          210 Commercial St., 5th Floor
WOLF, GREENFIELD & SACKS, P.C.          Boston, MA 02109
600 Atlantic Avenue          (617) 723-9911  (617) 720-3500 (fax)
Boston, MA 02210
(617) 646-8000  (617) 720-2441 (fax)          William H. Bright, Jr.
          Mark D. Giarratana
COUNSEL FOR DIOMED, INC.          MCCARTER & ENGLISH, LLP
          City Place I
/s/ Thomas Vitt_____          185 Asylum Street
Steven L. Feldman (BBO #162290)          Hartford, CT 06103
RUBERTO, ISRAEL & WEINER, P.C.          (860) 275-6700  (860) 724-3397 (fax)
100 North Washington Street
Boston, MA  02114          COUNSEL FOR ANGIODYNAMICS, INC.
(617) 742-4200  (617) 742-2355 (fax)
          DATED: March 1, 2007
Thomas Vitt
Heather Redmond
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402-1498
(612) 340-5675  (612) 340-8856 (fax)

COUNSEL FOR VASCULAR SOLUTIONS,
INC.

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert_____

## ORDER

IT IS SO ORDERED this _____ day of _____, 2007.

_____