IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>         Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>         Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Diomed respectfully requests leave to file the attached three-page reply in support of Diomed's February 20, 2007 Motion *in Limine* to Preclude Reliance by Defendants on Laser Fibers or Related Information Never Disclosed to Diomed. Diomed believes that the reply is necessary because the defendants have responded to Diomed's motion with a suggested "agreement," to which Diomed has not agreed – and that is unsupported in law and would unfairly prejudice Diomed.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DIOMED, INC. |
|  | By its attorneys, |
| Dated: <u>March 5, 2007</u> | <u>/s/ Michael A. Albert</u> |
|  | Michael A. Albert (BBO #558566) |
|  | malbert@wolfgreenfield.com |
|  | Michael N. Rader (BBO #646990) |
|  | John L. Strand (BBO #654985) |
|  | WOLF, GREENFIELD & SACKS, P.C. |
|  | 600 Atlantic Avenue |
|  | Boston, MA 02210 |
|  | (617) 646-8000 |

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert