UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DIOMED, INC.,

    Plaintiff,

v.

ANGIODYNAMICS, INC.,

    Defendant.

Civil Action No. 04-CV-10019 (NMG)

---

DIOMED, INC.

    Plaintiff,

v.

VASCULAR SOLUTIONS, INC.

    Defendant.

Civil Action No. 04-CV-10444 (NMG)

---

### DEFENDANTS ANGIODYNAMICS, INC.'S AND VASCULAR SOLUTIONS, INC.'S JOINT MOTION TO LIMIT THE JURY CHARGE TO LITERAL INFRINGEMENT

Defendants AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") jointly move for an order to limit the jury charge to literal infringement only, and to exclude any charge on doctrine of equivalents infringement.

As set forth more fully in the supporting Memorandum of Law, Plaintiff Diomed, Inc. ("Diomed") has asserted a doctrine of equivalents infringement claim for the first time in its Proposed Jury Instructions served last week. Throughout the lengthy discovery process in this case, including answers to contention interrogatories, numerous technical expert reports on

1

ME1 6216128v.3

infringement, and summary judgment papers, Diomed has not asserted a doctrine of equivalents infringement claim. Defendants have been deprived of any opportunity to defend against this claim and are left guessing as to the bases of the claim. Defendants would be prejudiced if Diomed were allowed to introduce testimony on this issue, and therefore the proposed jury instruction and any testimony on equivalents should be prohibited.

Defendants did not file a motion in limine on this issue because Defendants had no reason to believe that Plaintiff would plan to assert a doctrine of equivalents infringement claim. Defendants first learned of this issue last week after receiving Diomed's Proposed Jury Instructions, and have moved promptly to address the matter.

## LOCAL RULE 7.1 CERTIFICATE

The undersigned counsel for Defendant AngioDynamics, Mark Giarratana, certifies that, on March 5, 2007, he conferred with counsel for Diomed, Michael Albert, in a good faith attempt to resolve or narrow the issues presented in this Motion pursuant to Local Rule 7.1(A)(2). As a result of this conference, the parties were not able to resolve the issues presented in this Motion.

## REQUEST FOR ORAL ARGUMENT

AngioDynamics and VSI respectfully request oral argument on all issues presented in this Motion.

| | |
|---|---|
| Dated: March 5, 2007 | THE DEFENDANT,<br>ANGIODYNAMICS, INC. |
| **I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.** | By /s/ Mark D. Giarratana<br>   William H. Bright, Jr.<br>   *wbright@mccarter.com*<br>   Mark D. Giarratana<br>   *mgiarratana@mccarter.com*<br>   McCARTER & ENGLISH, LLP<br>   CityPlace I<br>   Hartford, CT 06103<br>   Phone: (860) 275-6700 |
| **/s/ Mark D. Giarratana** | |
| | THE DEFENDANT,<br>VASCULAR SOLUTIONS, INC. |
| | By /s/ Thomas Vitt<br>   Thomas Vitt<br>   *Vitt.Thomas@Dorsey.com*<br>   Heather Redmond<br>   *Redmond.Heather@Dorsey.com*<br>   DORSEY & WHITNEY LLP<br>   50 South Sixth Street<br>   Minneapolis, MN 55402-1498<br>   Phone: (612) 340-5675 |

3

ME1 6216128v.3