IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 NMG <br> **(CONSOLIDATED UNDER 04-10019 NMG)** |

### DIOMED'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST

Pursuant to the Court's order dated December 8, 2006, Diomed Inc. ("Diomed") respectfully submits Diomed's Objections to Joint Defendants Trial Exhibit List attached hereto as Exhibit 1. Diomed respectfully reserves the right to amend or supplement the attached list.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: <u>March 5, 2007</u>

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert