**DIOMED'S OBJECTIONS TO DEFENDANTS' JOINT TRIAL EXHIBIT LIST**

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1001 | US Patent 6,398,777; filed 8/13/99 ('777) | No objection. |
| 1002 | Memorandum and Order on Claims Construction | Diomed objects to the extent that defendants propose that the Memorandum and Order on Claim Construction be allowed into the jury deliberation room. The Memorandum and Order contains party argument and irrelevant legal analysis that is unfairly prejudicial and could be confusing to the jury. (FRE 403); United States v. Morales-Madera, 352 F.3d 1, 9 n.4 (1st Cir. 2003). ("The trial court retains discretion as to what documentary evidence the jury is permitted to have during deliberations."); United States v. McCarthy, 961 F.2d 972, 978 (1st Cir. 1992).. ("Whether ... evidentiary exhibits properly admitted should or should not accompany the jury to the jury room is a discretionary matter for the trial court."). |
| 1003 | 2/1/1999 Provisional Application | No objection. |
| 1004 | 2/9/1999 Provisional Application | No objection. |
| 1005 | US Patent 4,564,011 | Diomed objects to this piece of prior art being admitted as an exhibit. As the Court has already ruled on validity, enforceability, and claim construction as matters of law, admitting prior art as an exhibit would simply confuse the jury. (FRE 403). For the same reasons, the document is irrelevant. (FRE 402). |
| 1006 | AngioDynamics' 980 nm Laser | No objection. |
| 1007 | VSI's 810 nm Laser | No objection. |
| 1008 | AngioDynamics' Venacure Procedure Kit – 45 cm | No objection. |
| 1009 | AngioDynamics' Venacure Procedure Kit – 65 cm | No objection. |
| 1010 | VSI Vari-Lase Procedure Kit | No objection. |
| 1011 | VSI Vari-Lase Procedure Kit | No objection. |
| 1012 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. A | No objection. |
| 1013 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. B | No objection. |

1154996.1

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1014 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. C | No objection. |
| 1015 | Elvs Procedure Kit – Instructions for Use IC 173 Rev. D | No objection. |
| 1016 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. E | No objection. |
| 1017 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. F | No objection. |
| 1018 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. G | No objection. |
| 1019 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. H | No objection. |
| 1020 | VenaCure Procedure Kit – Instructions for Use IC 173 Rev. J | No objection. |
| 1021 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. A | No objection. |
| 1022 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. B | No objection. |
| 1023 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. C | No objection. |
| 1024 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. D | No objection. |
| 1025 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. E | No objection. |
| 1026 | VenaCure Procedure Kit – Instructions for Use IC 063 Rev. F | No objection. |
| 1027 | Vari-Lase Instructions for Use Current Version | No objection. |
| 1028 | Vari-Lase Instructions for Use Rev B | No objection. |
| 1029 | Vari-Lase Instructions for Use Rev J | No objection. |
| 1030 | Physician Welcome Kit elvs | No objection. |
| 1031 | Physician Welcome Kit VenaCure | No objection. |
| 1032 | Physician Instruction Video elvs | No objection. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1033 | Physician Instruction Video VenaCure | No objection. |
| 1034 | VenaCure brochure | No objection. |
| 1035 | VSI Vein Care Essentials Program Current Version | No objection. |
| 1036 | VSI Clinical Instruction Book | No objection. |
| 1037 | Excerpts from VariLase Sales Book | Diomed does not object to the admission of the entirety of this document, however, the admission of only certain portions (as defendants suggest) would be misleading. (FRE 403). |
| 1038 | VSI Vein Care Essentials Program | No objection. |
| 1039 | Technical File dated 9/2/2003 | Diomed objects to the extent defendants intend to introduce certain statements in this document as they constitute hearsay. Diomed reserves its right to object depending on the purpose of the introduction of the document. |
| 1040 | Email from Hobbs to Doster re: video pullback animation link | No objection. |
| 1041 | Email string from Appling to Morello | No objection. |
| 1042 | Email string from Hobbs to Lang | No objection. |
| 1043 | Email from Hobbs to Doster | Diomed objects. Portions of this document constitute hearsay. (FRE 802). |
| 1044 | Email string from Hobbs to Golodetz | Diomed objects. This document is irrelevant as it discusses a different varicose treatment method (FRE 402) and that discussion may mislead the jury or confuse the issues (FRE 403). |
| 1045 | Email string from Appling to Aruny | Diomed objects. Portions of this document constitute hearsay concerning the contents and conclusions of a scientific article referenced in the email. (FRE 802). In addition, Diomed objects to the exhibit as potentially misleading or confusing as the attachments to the email are not attached and is therefore incomplete. (FRE 403). |
| 1046 | Email from Hobbs to Doster | Diomed objects. Portions of this document constitute hearsay concerning the contents and conclusions of a scientific article referenced in the email. (FRE 802). |
| 1047 | ELVS Project 303 Team Meeting Minutes | No objection. |
| 1048 | ELVS Project 303 Team Meeting Minutes | No objection. |
| 1049 | ELVS PowerPoint presentation | Diomed objects. Most of the slides in this presentation are illegible. Admitting this exhibit would confuse and potentially mislead the jury. (FRE 403). |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1050 | Vignettes on Video – Venous Ablation DVD | No objection. |
| 1051 | Min sketch of longitudinal view of laser fiber | No objection. |
| 1052 | Min sketch of collapsed or obliterated lumen | No objection. |
| 1053 | ACP 14TH Annual Congress: Minimally Invasive Treatment Alternatives for Varicose Vein | No objection. |
| 1054 | Endovenous Laser: A New Minimally Invasive Method of Treatment for Varicose Veins – Preliminary Observations Using an 810 nm Diode Laser | No objection. |
| 1055 | Endovenous Laser Treatment of the Incompetent Greater Saphenous Vein | No objection. |
| 1056 | Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model | No objection. |
| 1057 | Lower-Extremity Varicosities: Endoluminal Therapy | No objection. |
| 1058 | ACP 16th Annual Congress: Instructional Course #205: Endovenous Procedures – Laser and RF Ablation | No objection. |
| 1059 | Techniques for Venous insufficiency ISET 2003 | No objection. |
| 1060 | Letter to the editor: Endovenous Laser Treatment | No objection. |
| 1061 | Temperature Changes in Perivenous Tissue during Endovenous Laser Treatment in a Swine Model | No objection. |
| 1062 | Endovenous Laser Treatment of Saphenous Vein Reflux: Long-Term Results | No objection. |
| 1063 | Endovenous Laser Treatment of Saphenous Vein Reflux | No objection. |
| 1064 | Endovenous Laser Ablation ISET 2004 | No objection. |
| 1065 | Endovenous Laser Ablation Charing Cross 2004 | No objection. |
| 1066 | Endoluminal Therapy – Laser: ACP Regional Symposium | No objection. |
| 1067 | Imaging of Venous Insufficiency | No objection. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1068 | Endovenous laser ablation of varicose veins | No objection. |
| 1069 | Miscellaneous Applications of Interventional Radiology | No objection. |
| 1070 | Anderson patent 6,306,130 | Diomed objects. This patent, for which the application was submitted after the patent-in-suit application, describes a different method than the patent-in-suit to treat varicose veins with laser energy. Admitting this patent as an exhibit would confuse the jury as to the issues in the instant matter. (FRE 403). |
| 1071 | Fiber optic appearance after endovenous laser (Diomed) treatment | No objection. |
| 1072 | Anderson hand-written drawing | No objection. |
| 1073 | Fan Experiments DVD 1; 2/10//06 | No objection. |
| 1074 | Fan Experiments DVD 2; 2/10/06 | No objection. |
| 1075 | Fan Experiments DVD 3; 2/10/06 | No objection. |
| 1076 | Figure 8 from Fan Expert Report | No objection. |
| 1077 | Fan Drawing | No objection. |
| 1078 | Fan Drawing | No objection. |
| 1079 | Fan Drawing | No objection. |
| 1080 | Fan Expert Report | No objection. |
| 1081 | Tables Excerpted from Fan's Expert Report | No objection. |
| 1082 | Fan Drawing | No objection. |
| 1083 | Navarro Drawing | No objection. |
| 1084 | Navarro Drawing | No objection. |
| 1085 | Navarro Drawing | No objection. |
| 1086 | Navarro Drawing | No objection. |
| 1087 | Navarro Drawing | No objection. |
| 1088 | Navarro DVD | No objection. |
| 1089 | Declaration and Power of Attorney for Patent Application | No objection. |
| 1090 | Email from Wylie to DSR dated 1/14/2004 | No objection. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1091 | Endovenous Laser Treatment (EVLT) North American Tactical Marketing Plan 2003-2004 | No objection. |
| 1092 | Correspondence from Richard Caffrey to John Welch dated December 3, 2003 | No objection. |
| 1093 | Email from Welch to North American Sales re: 980 v. 810 | No objection. |
| 1094 | Email from Stearn attaching Min documents | No objection. |
| 1095 | Business Case for EVLT | No objection. |
| 1096 | EndoVenous Laser Treatment (EVLT) A step by step guide | No objection. |
| 1097 | Endovenous Laser Treatment (EVLT) Luminary and Reference Center List | No objection. |
| 1098 | Diomedplus Diode Laser Platforms | No objection. |
| 1099 | EVLT Procedure Kit Instructions for Use | No objection. |
| 1100 | Fibersdirect.com EVLT Procedure Kit | No objection. |
| 1101 | Insurance approval (First three paragraphs redacted) | Diomed objects. Certain statements in this document constitute hearsay. (FRE 802). |
| 1102 | Endovascular Options for Venous Insufficiency caused by valvular reflux | No objection. |
| 1103 | Andrews - fiber in vein photo | No objection. |
| 1104 | ELVS step-by-step powerpoint slides by Andrews | No objection. |
| 1105 | Andrews DVD procedure dated November 2002 | Diomed objects. This DVD contains not only several Power Point presentations, but also over 700 emails. Diomed objects to the admission of this DVD as many of the emails contain hearsay (FRE 802), are irrelevant (FRE 402), and could mislead the jury or confuse the issues for the jury (FRE 403). |
| 1106 | Contemporary Treatment of Varicose Veins powerpoint slides | No objection. |
| 1107 | Kabnick Webcast DVD | No objection. |
| 1108 | Kabnick Veins, Veins, Veins powerpoint slides | No objection. |
| 1109 | Kabnick Third slide from presentation | No objection. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1110 | Endovenous treatment of the greater saphenous vein with a 940-nm diode laser: Thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles | No objection. Diomed notes, however, that defendants brought a motion in limine to exclude this same article. |
| 1111 | Thermal Damage of the Inner Vein Wall during Endovenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood | No objection. Diomed notes, however, that defendants brought a motion in limine to exclude this same article. |
| 1112 | Endovenous Laser Treatment of the Lesser Saphenous Vein with a 940-nm Diode Laser: Early Results | No objection. Diomed notes, however, that defendants brought a motion in limine to exclude this same article. |
| 1113 | Infrequent early recanalization of greater saphenous vein after endovenous laser treatment | No objection. |
| 1114 | Proebstle CV | No objection. |
| 1115 | Proebstle video experiments from 1st expert report (full DVD) | No objection. |
| 1116 | Proebstle video experiments from 1st expert report (AVI 1-6 DVDs) | No objection. |
| 1117 | Proebstle still photos from 1st expert report (w/o lines) | No objection. |
| 1118 | Proebstle still photos from 1st expert report (w/lines) | No objection. |
| 1119 | Proebstle Ultrasound videos from 2nd expert report (7 DVDs) | Diomed objects for the reasons set forth in its motion in limine (D.I. 154). |
| 1120 | Proebstle still photos from 2nd expert report | Diomed objects for the reasons set forth in its motion in limine (D.I. 154). |
| 1121 | Proebstle table 1 from 2nd expert report | Diomed objects for the reasons set forth in its motion in limine (D.I. 154). |
| 1122 | Proebstle Ex. C to 2nd expert report | Diomed objects for the reasons set forth in its motion in limine (D.I. 154). |
| 1123 | Samson CV | No objection. |
| 1124 | Samson video from expert report | No objection. |
| 1125 | 7/11/03 License Agreement | No objection. |
| 1126 | 7/23/03 Purchase Agreement | No objection. |
| 1127 | 8/29/01 Min/Diomed Agreement | No objection. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1128 | 9/8/04 Licensing Agreement | Diomed objects. This agreement is between a defendant (a corporation) and an individual doctor concerning technology unrelated to the endovenous laser treatment of varicose veins; only agreements between competitors on related technology are relevant to the computation of a reasonable royalty. Its admission would be misleading to the jury on the issue of reasonable royalty and confuse the issues. (FRE 403); <u>Utah Medical Prods, Inc. v. Graphic Controls Corp.</u>, 350 F.3d 1376, 1385-86 (Fed. Cir. 2003) (affirming exclusion of prior agreements and expert testimony on same because they were not "comparable" with the issues in the case). |
| 1129 | 11/1/99 Royalty Agreement | See 1128. |
| 1130 | 2/16/93 License Agreement | See 1128. |
| 1131 | 7/24/04 Agreement | See 1128. |
| 1132 | 12/26/91 License Agreement | See 1128. |
| 1133 | 12/23/98 Royalty Agreement | See 1128. |
| 1134 | 3/6/96 License Agreement | See 1128. |
| 1135 | 11/16/98 Royalty Agreement | See 1128. |
| 1136 | 3/1/96 License Agreement | See 1128. |
| 1137 | 4/21/03 Agreement | See 1128. |
| 1138 | 3/20/98 License Agreement | See 1128. |
| 1139 | 3/20/98 License Agreement | See 1128. |
| 1140 | 6/4/92 License Agreement | See 1128. |
| 1141 | 9/7/88 Agreement | See 1128. |
| 1142 | 7/10/95 Agreement | See 1128. |
| 1143 | 12/8/92 Agreement | See 1128. |
| 1144 | 10/31/03 Licensing Agreement | See 1128. |
| 1145 | 7/28/00 License Agreement | See 1128. |
| 1146 | 4/6/01 License Agreement | See 1128. |
| 1147 | 1/9/02 License Agreement | See 1128. |
| 1148 | 10/23/00 License Agreement | See 1128. |
| 1149 | 12/9/04 Licensing Agreement | See 1128. |
| 1150 | 9/12/02 Agreement | See 1128. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1151 | 4/17/03 Agreement | See 1128. |
| 1152 | 11/7/91 License Agreement | See 1128. |
| 1153 | 4/17/89 License Agreement | See 1128. |
| 1154 | 8/16/06 License Agreement | See 1128. |
| 1155 | 4/11/03 Master License Agreement | See 1128. |
| 1156 | Hoffman Ex. 1 to Expert Report | No objection. |
| 1157 | Hoffman Ex. 3 to Expert Report | No objection. |
| 1158 | Hoffman Ex. 4 to Expert Report | No objection. |
| 1159 | Hoffman Ex. 5 to Expert Report | No objection. |
| 1160 | Hoffman Ex. 6 to Expert Report | No objection. |
| 1161 | Hoffman Ex. 7 to Expert Report | No objection. |
| 1162 | Hoffman Ex. 8 to Expert Report | No objection. |
| 1163 | Hoffman Ex. 9A to Expert Report | No objection. |
| 1164 | Hoffman Ex. 9B to Expert Report | No objection. |
| 1165 | Hoffman Ex. 10 to Expert Report | No objection. |
| 1166 | Hoffman Ex. 11 to Expert Report | No objection. |
| 1167 | Hoffman Ex. 12 to Expert Report | No objection. |
| 1168 | Hoffman Ex. 13 to Expert Report | No objection. |
| 1169 | Hoffman Ex. 14A to Expert Report | No objection. |
| 1170 | Hoffman Ex. 14B to Expert Report | No objection. |
| 1171 | Varilase Revenue and Cost of Sales | No objection. |
| 1172 | Marketing Strategy and Marketing Plan by Nancy Arnold 10/30/02 | No objection. |
| 1173 | Market Analysis; March 13, 2003 by Nancy Arnold and Howard Root | No objection. |
| 1174 | Chart - Diomed North American EVLT Kit ASP Analysis | No objection. |
| 1175 | Chart - Diomed Actual Sales Trends – North America | No objection. |
| 1176 | Chart - Diomed North American EVLT Kit ASP Analysis | No objection. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1177 | Chart – Diomed Holdings EVLT Sales Summary by Quarter FY 2002 | No objection. |
| 1178 | Chart – Diomed North American EVLT Laser ASP Analysis | No objection. |
| 1179 | Customer List – Diomed and VSI have in common | No objection. |
| 1180 | Customer List – Angiodynamics and VSI have in common | No objection. |
| 1181 | Diomed Inc. Items Sold to Customers | No objection. |
| 1182 | Millennium Report 2004 | No objection. |
| 1183 | Millennium Report 2006 | No objection. |
| 1184 | Chart – Diomed Average Selling Prices – Kits and Lasers | No objection. |
| 1185 | Chart – Summary of AngioDynamics' and E-Z-EM's License Agreements | No objection. |
| 1186 | Chart – Diomed Holdings Statements of Operations – Actual versus Plan FY2005 | No objection. |
| 1187 | Chart - Diomed Holdings Statements of Operations – Actual versus Plan FY 2006 | No objection. |
| 1188 | Chart – Lost Order Report | No objection. |
| 1189 | Chart – Min and Endolaser – royalties earned 2003-2005 | No objection. |
| 1190 | AngioDynamics New Product Financial Jusitification | No objection. |
| 1191 | Endolaser Agreement | No objection. |
| 1192 | Letter to Dornier MedTech America with attached License Agreement | No objection. |
| 1193 | Letter to Bolesh Skutnik with attached License Agreement | No objection. |
| 1194 | Draft License Agreement | No objection. |
| 1195 | Letter to McAulay dated 9/26/02 | No objection. |

| Ex. No. | Description | Diomed's Objection |
|---|---|---|
| 1196 | Opinion of Counsel by Lloyd McAulay dated October 16, 2002 | Diomed objects to the extent that defendants propose that the opinion letters be allowed into the jury deliberation room. These opinions contain party argument and an introduction of legal concepts that is unfairly prejudicial and could be confusing to the jury. (FRE 403); Morales-Madera, 352 F.3d at 9 n.4; and McCarthy, 961 F.2d at 978. |
| 1197 | Opinion of Counsel by Lloyd McAulay dated October 24, 2002 | See 1196. |
| 1198 | Opinion of Counsel by Patterson, Theunte, Skar & Christensen, P.A. dated June 3, 2003 | See 1196. |