AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Diomed, Inc v. Angiodynamics, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10019

| PRESIDING JUDGE Nathaniel M. Gorton | PLAINTIFF'S ATTORNEY Albert, Vader, Strand | DEFENDANT'S ATTORNEY Bright, Giarratana, Vitt |
|---|---|---|
| TRIAL DATE (S) 3/12/07 → All | COURT REPORTER Dahlstrom, Killian | COURTROOM DEPUTY McEwicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | | X | X | |
| 23 | | | X | X | |
| 24 | | | X | X | |
| 26 | | | X | X | |
| 34 | | | X | X | |
| 42 | | | X | X | |
| 52 | | | X | X | |
| 68 | | | X | X | |
| 70 | | | X | X | |
| 116 | | | X | X | |
| 117 | | | X | X | |
| 120 | | | X | X | |
| 121 | | | X | X | |
| 128 | | | X | X | |
| 167 | | | X | X | |
| 169 | | | X | X | |
| 180 | | | X | X | |
| 181 | | | X | X | |
| 185 | | | X | X | |
| 199 | | | X | X | |
| 200 | | | X | X | |
| 202 | | | X | X | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  |  | vs. |  |  | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 210 | | | | | |
| 230 | | | | | |
| 246 | | | | | |
| 248 | | | | | |
| 294 | | | | | |
| 313 | | | | | |
| 317 | | | | | |
| 300 | | | | | |
| 315 | | | | | |
| 326 | | | | | |
| 374 | | | | | |
| 422 | | | | | |
| 422A-2 | | | | | |
| 422AA | | | | | |
| A8 | | | | | |
| 436 | | | | | |
| 441 | | | | | |
| 442 | | | | | |
| 440 | | | | | |
| 450 | | | | | |
| 451 | | | | | |
| 458 | | | | | |
| 461 | | | | | |
| 462 | | | | | |
| 468 | | | | | |
| 478-479 | | | | | |
| 481 | | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 502 | | | | | | |
| 511 | | | | | | |
| 513 | | | | | | |
| 514 | | | | | | |
| 514A | | | | | | |
| 517 | | | | | | |
| 525 | | | | | | |
| 526 | | | | | | |
| 529 | | | | | | |
| 537-40 | | | | | | |
| 540A-40T | | | | | | |
| 541-46 | | | | | | |
| 548-53 | | | | | | |
| 1001-38 | | | | | | |
| 1040-44 | | | | | | |
| 1046-69 | | | | | | |
| 1071-1098 | | | | | | |
| 27 | | 3-19-07 | | | | |
| 30 | | | | | | |
| 32 | | | | | | |
| 38 | | | | | | |
| 94 | | | | | | |
| 97 | | | | | | |
| 140 | | | | | | |
| 243 | | | | | | |
| 410 | | | | | | |
| 413 | | | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | vs. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 529 | | 3/19/07 | | | | |
| 537 | | | | | | |
| | 1021A | | | | | |

Page _____ of _____ Pages