CIVIL CASE NO: 04-10019

TITLE: Diomed, Inc.,   VS.   Angiodynamics, et al.,

## JURY PANEL

01. MICHELLE DIBENEDETTO
02. LISA BRISSETTE
03. BRIAN SUTHERLAND
04. MARK MORABITO
05. CAROLYN CONRAD
06. JUAN RODRIGUEZ
07. ROSEMARY PARSONS
08. ROBERT RIDDLE
09. TANA CARLSON
10. SANDRA KESSELMAN

## WITNESSES

**PLAINTIFF/GOVT.**

01. Dr. LUIS NAVARRO
02. Dr. ROBERT MIN
03. JAMES WYLIE
04. JOHN WELCH
05. DAVID SWANK
06. Dr. RICHARD ANDERSON
07. PHILLIP GREEN
08. Dr. CHIEH'MIN FAN
09. RICHARD ANDERSON (reb.)
10. Dr. ROBERT MIN (reb.)
11.
12.
13.
14.

**DEFENDANT**

01. EAMONN HOBBS
02. DAVID DOSTER
03. WILLIAM APPLING
04. Dr. THOMAS PROBESTLE
05. LLOYD McAULAY
06. LOWELL KABNICK
07. HOWARD ROOT
08. TONY JAKOBOWSKI
09. Dr. ABRAHAM HOFFMAN
10. Dr. RUSSELL SAMSON
11. Dr. JOHN GOLAN
12.
13.
14.

(jury&wit.lst - 09/92)

Judge Porton

Can spec five a numerical or fractional representation of jurors assurance?

Carolyn Conrad
Foreperson
3/07/07

Judge Gorton

As we explore evidence is the wording of the patent have priority over the definitions given to the jury? Pg -19 and 20

[signature]
Foreperson
3/27/07

Judge Gorton-

May we have a copy of Rex Anderson's testimony? (HH)

Carolyn Conrad
Foreperson
3/27/07

Judge Fortine

we have received

[illegible signature]
3/26/07