UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
_____
                                 )
                                 )
DIOMED, INC.,                    )
        Plaintiff,               )
                                 )              Civil Action
     v.                          )              No. 04-10019-NMG
                                 )
ANGIODYMANICS, INC., and         )
VASCULAR SOLUTIONS, INC.,        )
             Defendants.         )
                                 )
                                 )
_____)
```

## VERDICT FORM

**Question 1:**    Do you find, by a preponderance of the evidence, that the defendant, **AngioDynamics**, induced infringement of the '777 patent of the plaintiff, **Diomed**?

Answer:       Yes __✓__            No _____

**Question 2:**    Do you find, by a preponderance of the evidence, that the defendant, **AngioDynamics**, contributorily infringed the '777 patent of the plaintiff, **Diomed**?

Answer:       Yes __✓__            No _____

**IF YOU ANSWER EITHER QUESTION 1 OR QUESTION 2 "YES", PROCEED TO QUESTIONS 3 AND 4; IF YOU ANSWER BOTH QUESTIONS 1 AND 2 "NO", PROCEED TO QUESTION 5.**

Question 3:    Indicate the amount of damages, if any, that you find **Diomed** has proven, by a preponderance of the evidence, to have suffered as a result of the infringement of defendant **AngioDynamics**:

_Eight million three hundred Sixty thousand_ Dollars
(Words)

_8,360,000.00_
(Numbers)

Question 4:    Do you find, by clear and convincing evidence, that such infringement by **AngioDynamics** was willful?

Answer:    Yes \_\_\_\_\_       No \_✓\_\_\_

Question 5:    Do you find, by a preponderance of the evidence, that the defendant, **Vascular Solutions**, induced infringement of the '777 patent of the plaintiff, **Diomed**?

Answer:    Yes \_✓\_\_\_       No _____

Question 6:    Do you find, by a preponderance of the evidence, that the defendant, **Vascular Solutions**, contributorily infringed the '777 patent of the plaintiff, **Diomed**?

Answer:    Yes \_✓\_\_\_       No _____

**IF YOU ANSWER EITHER QUESTION 5 OR QUESTION 6 "YES", PROCEED TO QUESTIONS 7 AND 8; IF YOU ANSWER BOTH QUESTIONS 5 AND 6 "NO", YOUR DELIBERATIONS ARE COMPLETE.**

Question 7:        Indicate the amount of damages, if any, that you
                   find **Diomed** has proven, by a preponderance of the
                   evidence, to have suffered as a result of the
                   infringement of defendant **Vascular Solutions**:

Four million one hundred Thousand Dollars
                   (Words)

4,100,000.00
                   (Numbers)


Question 8:        Do you find, by clear and convincing
                   evidence, that such infringement by **Vascular
                   Solutions** was willful?

                   Answer:        Yes _____          No __✓____


YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE
VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS
COME TO A DECISION BUT **DO NOT REVEAL YOUR VERDICT TO THE MARSHAL.**
THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS
VERDICT.

3/28/07    2 PM)                    Carolyn E Church
Date                                Foreperson


-3-