UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Diomed, Incorporated,
　　　　　　　Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-10019

Angiodynamics, Inc., et al.
　　　　　　　Defendant(s)

## JUDGMENT IN A CIVIL CASE

Gorton, D.J.

**X**　**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐　**Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

For contributory and induced infringement on the '777 patent, damages against Angiodynamics in the amount of $8,360,000

For contributory and induced infringement on the '777 patent, damages against Vascular Solutions in the amount of $4,100,000

SARAH A. THORNTON, CLERK

Dated: 3/30/07                                    /s/ Craig J. Nicewicz
　　　　　　　　　　　　　　　　　　　　　　　　　( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is  4.93 %.

(judgciv.frm - 10/96)                                                                [jgm.]