IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>　　　　Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

## **MOTION FOR PERMANENT INJUNCTION**

Plaintiff Diomed, Inc. ("Diomed") hereby moves the Court to enter a permanent injunction pursuant to 35 U.S.C. § 283 enjoining the defendants AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") from making, using, selling, offering for sale or importing into the United States VSI's Vari-Lase lasers and kits and AngioDynamics' VenaCure lasers and kits, and any products no more than colorably different from those products.  Fed. R. Civ. P. 65(d).  Filed herewith is a copy of Diomed's proposed Order and a memorandum in support of Diomed's motion.

                                                Respectfully submitted,

                                                DIOMED, INC.

                                                By its attorneys,

Dated: March 30, 2007                            /s/ Michael A. Albert
                                                Michael A. Albert (BBO #558566)
                                                malbert@wolfgreenfield.com
                                                Michael N. Rader (BBO #646990)
                                                John L. Strand (BBO #654985)
                                                WOLF, GREENFIELD & SACKS, P.C.
                                                600 Atlantic Avenue
                                                Boston, MA 02210
                                                (617) 646-8000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI in an attempt to narrow the issues addressed herein and was unable to come to any resolution.

                                                /s/ Michael A. Albert

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                /s/ Michael A. Albert