IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>　　　　Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

### [PROPOSED] PERMANENT INJUNCTION ORDER

AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") have been found by a jury to induce infringement and contribute to infringement of claims 9-14, 16-19, and 21 of U.S. Patent No. 6,398,777 (the "asserted claims"). The Court having considered the factors relevant to permanent injunctive relief and having found such relief warranted, **IT IS HEREBY ORDERED** that:

　　1.　　VSI and AngioDynamics and their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, are permanently enjoined and restrained from infringing by making, using, offering to sell, or selling in the United States, or importing into the United States, any product described in Paragraph 2 of this Order until the expiration of U.S. Patent No. 6,398,777. VSI and AngioDynamics are further

enjoined and restrained from inducing others to infringe the asserted claims or contributing to infringement of the asserted claims.

2.   The "infringing products" include all products made, used, sold, offered for sale, or imported by AngioDynamics or by VSI for the endovenous laser treatment of varicose veins, including, but not limited to, (a) all products marketed by VSI under the Vari-Lase trademark and all products marketed by AngioDynamics under the VenaCure trademark, (b) kits composed of laser fibers, introducer sheaths, and other related items for use in endovenous laser vein treatments (including, but not limited to, the kits samples of which were marked as Trial Exhibits 1008-1011), (c) laser fibers marketed for use in endovenous laser vein treatments, (d) laser consoles marketed for use in endovenous laser vein treatments, and (e) any colorable variation of those products listed in (a) through (d).

3.   AngioDynamics and VSI are hereby ordered, within five days of this Order, to retrieve from all sales representatives, distributors, or other intermediaries all infringing products and deliver them to Diomed, Inc.

4.   AngioDynamics and VSI are hereby ordered to provide a copy of this Order to each of their sales representatives, distribution executives and distributors of the infringing products, whether or not such persons are employees of AngioDynamics or VSI.

5.   This Court shall retain jurisdiction to enforce the provisions of this Order.

_____
Nathaniel M. Gorton
United States District Court Judge
District of Massachusetts

- 3 -

                                          Respectfully submitted,

                                          DIOMED, INC.

                                          By its attorneys,

Dated: March 30, 2007                  /s/ Michael A. Albert
                                          Michael A. Albert (BBO #558566)
                                          malbert@wolfgreenfield.com
                                          Michael N. Rader (BBO #646990)
                                          mrader@wolfgreenfield.com
                                          John L. Strand (BBO #654985)
                                          jstrand@wolfgreenfield.com
                                          WOLF, GREENFIELD & SACKS, P.C.
                                          600 Atlantic Avenue
                                          Boston, MA 02210
                                          (617) 646-8000

**CERTIFICATE OF SERVICE**

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                          /s/ Michael A. Albert