THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 RGS<br>(CONSOLIDATED UNDER<br>04-10019 RGS) |

### DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES IN SUPPORT OF THEIR MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL (UNOPPOSED)

Defendants respectfully request leave of Court to file a memoranda of law in excess of twenty pages in support of their Joint Motion for Judgment as a Matter of Law or, in the alternative, for a New Trial.

Defendants require extra space for their brief because (a) the joint motion seeks judgment as a matter of law or a new trial as to two different defendants; and (b) the joint motion addresses many different issues, including direct infringement, contributory infringement, inducement of infringement, the doctrine of equivalents, damages, and evidentiary rulings made before trial, and setting forth the legal standards and the relevant evidence from trial will assist the Court in

ME1 6305788v.1

making a determination of these issues.

Therefore, Defendants respectfully request that the Court grant this Joint Motion for Leave to File a Brief in excess of twenty pages.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Defendants consulted with counsel for Diomed, Inc., who agreed not to oppose an enlargement of up to 33 pages of briefing. Therefore, this motion is unopposed.

| | |
|---|---|
| Dated: April 11, 2007<br><br>**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**<br><br>**/s/ William H. Bright, Jr.** | THE DEFENDANT,<br>ANGIODYNAMICS, INC.<br><br>By /s/ William H. Bright, Jr.<br>　William H. Bright, Jr.<br>　*wbright@mccarter.com*<br>　Mark D. Giarratana<br>　*mgiarratana@mccarter.com*<br>　McCARTER & ENGLISH, LLP<br>　CityPlace I<br>　Hartford, CT 06103<br>　Phone: (860) 275-6700<br><br>THE DEFENDANT,<br>VASCULAR SOLUTIONS, INC.<br><br><br>By /s/ Thomas Vitt<br>　Thomas Vitt<br>　*Vitt.Thomas@Dorsey.com*<br>　Heather Redmond<br>　*Redmond.Heather@Dorsey.com*<br>　DORSEY & WHITNEY LLP<br>　50 South Sixth Street<br>　Minneapolis, MN 55402-1498<br>　Phone: (612) 340-5675 |

ME1 6305788v.1