






810 nm 3 170805 laser Thigh









