

VSI Training



AngioDynamics
Training



Dr. Kabnick
Training Webcast



Dr. Min
Tumescent
Anesthesia



Dr. Navarro Procedure
Per AngioDynamics IFU



Dr. Navarro
Procedure
Per VSI IFU