# Treated Veins: Typical Footprint


Goldman, M.




G. Speafico


B. Anastasie

# Treated Veins: Typical Footprint



# Treated Veins: Typical Footprint



