# Treated Veins: Typical Footprint


L. Navarro


T. Proebstle


G. Speafico


P. Vuong