Exhibit A

# JURY'S DAMAGES AS A PERCENT OF DIOMED'S DAMAGES CLAIM

**Actual Damages Claimed By Diomed at Trial - Through January 31, 2007**

|  |  | VSI | | Angiodynamics | | |
|---|---|---|---|---|---|---|
|  |  | **Kits** | **Lasers** | **Kits** | **Lasers** | **TOTAL** |
| Lost Profits from Infringing Sales that Diomed Would Have Made - January 2005 through January 2007 | [1] | $1,301,571 | $1,864,910 | $7,180,475 | $3,046,456 | $13,393,412 |
| Reasonable Royalties on Infringing Sales that Diomed Would Not Have Made - January 2005 through January 2007 | [1] | $196,400 | $130,000 | $679,360 | $205,000 | $1,210,760 |
| Total Reasonable Royalties - June 2002 through December 2004 | [1] | $328,160 | $210,000 | $844,400 | $1,100,000 | $2,482,560 |
| Total Lost Profits Damages |  | $1,826,131 | $2,204,910 | $8,704,235 | $4,351,456 | $17,086,732 |
| Total Combined Lost Profits Damages | [2] | $4,031,041 | | $13,055,691 | | $17,086,732 |

**Actual Jury Award - Through January 31, 2007**

|  |  | VSI | | Angiodynamics | | |
|---|---|---|---|---|---|---|
|  |  | **Kits** | **Lasers** | **Kits** | **Lasers** | **TOTAL** |
| Damages Awarded | [3] | $4,100,000 | | $8,400,000 | | $12,500,000 |
| Jury's Damages as a Percent of Diomed's Damages Claim |  | **101.7%** | | **64.3%** | | |
|  |  | **SAY 100%** | | | | |

Notes / Sources:
[1] Green Final Supplemental Exhibit G (Updated Through January 31, 2007)
[2] Excludes Diomed's Claim for Price Erosion which the Jury did not award.
[3] Jury Award