Exhibit B

**DAMAGES UPDATED THROUGH MARCH 31, 2007 INCLUDING JURY ADJUSTMENT**
**WITH DUAL CLAD**

|  |  | VSI | | Angiodynamics | | |
|---|---|---|---|---|---|---|
|  |  | Kits | Lasers | Kits | Lasers | TOTAL |
| **Damages Claimed BY Diomed at Trial Excluding Price Erosion** | | | | | | |
| Lost Profits from Infringing Sales that Diomed Would Have Made January 1, 2005 through January 31, 2007 (excludes dual clad) | [1] | $1,301,571 | $1,864,910 | $7,180,475 | $3,046,456 | $13,393,412 |
| Reasonable Royalties on Sales that Diomed Would Not Have Made January 1, 2005 through January 31, 2007 (excludes dual clad) | [1] | $196,400 | $130,000 | $679,360 | $205,000 | $1,210,760 |
| Reasonable Royalties on Infringing Sales Prior to Lost Profits Period June 1, 2002 through December 31, 2004 | [1] | $328,160 | $210,000 | $844,400 | $1,100,000 | $2,482,560 |
| **Damages on Infringing Non-Dual Clad Sales Made From February 1, 2007 - March 31, 2007** | | | | | | |
| Lost Profits from Infringing Sales that Diomed Would Have Made February 1, 2007 through March 31, 2007 (excludes dual clad) | [2] | $0 | $10,334 | $837,616 | $73,135 | $921,085 |
| Reasonable Royalties on Sales that Diomed Would Not Have Made February 1, 2007 through March 31, 2007 (excludes dual clad) | [2] | $0 | $5,000 | $80,560 | $5,000 | $90,560 |
| **Damages on Dual Clad Sales Made From July 1, 2006 - March 31, 2007** | | | | | | |
| Lost Profits on Infringing Dual Clad Sales that Diomed Would Have Made July 1, 2006 through January 31, 2007 | [3] | $794,274 | $0 | $0 | $0 | $794,274 |
| Reasonable Royalties on Dual Clad Sales that Diomed Would Not Have Made July 1, 2006 through January 31, 2007 | [3] | $124,320 | $0 | $0 | $0 | $124,320 |
| Lost Profits on Infringing Dual Clad Sales that Diomed Would Have Made February 1, 2007 through March 31, 2007 | [4] | $237,273 | $0 | $0 | $0 | $237,273 |
| Reasonable Royalties on Dual Clad Sales that Diomed Would Not Have Made February 1, 2007 through March 31, 2007 | [4] | $34,240 | $0 | $0 | $0 | $34,240 |
| Total Damages | | $3,016,238 | $2,220,244 | $9,622,411 | $4,429,591 | $19,288,484 |
| Total Combined Damages | | $5,236,482 | | $14,052,002 | | $19,288,484 |
| Jury's Damages as a Percent of Diomed's Damages Claim | [5] | 100.0% | | 64.3% | | |
| Damages Claimed by Diomed | | **$5,236,482** | | **$9,035,437** | | **$14,271,919** |

**Notes / Sources:**
[1] Green Final Supplemental Exhibit G (Updated Through January 31, 2007 - Excluding Dual Clad)
[2] Green Final Supplemental Exhibit G (Updated Through March 31, 2007 - Excluding Dual Clad)
[3] Green Final Supplemental Exhibit G (Updated Through January 31, 2007 - Including Dual Clad)
[4] Green Final Supplemental Exhibit G (Updated Through March 31, 2007 - Including Dual Clad)
[5] Exhibit A