Exhibit C

**DAMAGES PER DAY
WITH DUAL CLAD**

|  |  | **VSI** | **Angiodynamics** |
|---|---|---:|---:|
| Lost Profits on Kits - Feb. 1 - March 31, 2007 | [1] | $237,273 | $837,616 |
| Reasonable Royalty on Kit Sales that Diomed Would Not Have Made Feb. 1 - March 31, 2007 |  | $34,240 | $80,560 |
| Lost Profits on Lasers - Feb. 1 - March 31, 2007 |  | $10,334 | $73,135 |
| Reasonable Royalty on Laser Sales that Diomed Would Not Have Made Feb. 1 - March 31, 2007 |  | $5,000 | $5,000 |
| Total Damages |  | $286,847 | $996,311 |
| Jury's Damages as a Percent of Diomed's Damages Claim | [2] | 100% | 64.3% |
| Damages Claimed by Diomed - Feb. 1 - March 31, 2007 |  | $286,847 | $640,628 |
| Days between February 1, 2007 and March 31, 2007 |  | 58 | 58 |
| Total Damages Per Day |  | $4,946 | $11,045 |

**Sources / Notes:**
[1] See Exhibit B. Includes VSI's Dual Clad sales.
[2] Exhibit A