Exhibit D

**Calculation of Interest on Diomed's Damages From VSI's Infringement Using Prime Rate**
**With Dual Clad, Damages Through March 31, 2007, Interest Through March 31, 2007**

|  | [1]<br>VSI's Infringing Sales | % of Infringing Sales Occuring in Each Quarter | [2]<br>Damages in Proportion With Infringing Sales | [3]<br>Applicable Bank Prime Loan Rate | [4]<br>Interest | Cumulative Damages Including Interest |
|---|---|---|---|---|---|---|
| Q2-03 | $8,319 | 0.1% | $5,236 | 0.35% | $9 | $5,245 |
| Q3-03 | $79,200 | 0.7% | $36,655 | 1.00% | $236 | $42,136 |
| Q4-03 | $82,635 | 0.7% | $36,655 | 1.00% | $605 | $79,396 |
| Q1-04 | $326,194 | 2.9% | $151,858 | 1.00% | $1,553 | $232,807 |
| Q2-04 | $286,691 | 2.5% | $130,912 | 1.00% | $2,983 | $366,702 |
| Q3-04 | $548,497 | 4.9% | $256,588 | 1.11% | $5,494 | $628,784 |
| Q4-04 | $909,302 | 8.1% | $424,155 | 1.24% | $10,427 | $1,063,366 |
| Q1-05 | $582,966 | 5.2% | $272,297 | 1.36% | $16,313 | $1,351,976 |
| Q2-05 | $865,883 | 7.7% | $403,209 | 1.48% | $22,993 | $1,778,178 |
| Q3-05 | $877,796 | 7.8% | $408,446 | 1.61% | $31,917 | $2,218,541 |
| Q4-05 | $1,000,003 | 8.9% | $466,047 | 1.74% | $42,657 | $2,727,245 |
| Q1-06 | $964,977 | 8.6% | $450,337 | 1.86% | $54,915 | $3,232,497 |
| Q2-06 | $1,130,380 | 10.0% | $523,648 | 1.98% | $69,188 | $3,825,333 |
| Q3-06 | $1,285,587 | 11.4% | $596,959 | 2.06% | $84,951 | $4,507,243 |
| Q4-06 | $1,479,588 | 13.0% | $680,743 | 2.06% | $99,861 | $5,287,847 |
| Q1-07 | $850,182 | 7.5% | $392,736 | 2.06% | $112,975 | $5,793,558 |
|  | $11,278,200 | 100.0% | $5,236,482 |  | $557,077 | $5,793,558 |

**Notes / Sources:**
[1] Green Supplemental Exhibit J
[2] Assumes damages occurred in proportion to VSI's infringing sales.
[3] "Applicable Bank Prime Loan Rate" = Simple average of the daily Bank Prime Loan Rates for the relevant quarter ÷ 4.
    Note: Rates calculated by taking the simple average of the daily bank prime loan rates published by the St. Louis Federal Reserve Bank.
    Note: Q2-2003 "Applicable Bank Prime Loan Rate" rate has been divided by 3 to reflect only one month of interest during June 2003.
[4] Interest compounded quarterly using mid-quarter convention.

Confidential. Subject to Protective Order