Exhibit E

**Calculation of Interest on Diomed's Damages From Angiodynamics' Infringement Using Prime Rate**
**Damages Through March 31, 2007, Interest through March 31, 2007**

|       | [1] Angiodynamics' Infringing Sales | % of Infringing Sales Occuring in Each Quarter | [2] Damages in Proportion With Infringing Sales | [3] Applicable Bank Prime Loan Rate | [4] Interest | Cumulative Damages Including Interest |
|-------|---:|---:|---:|---:|---:|---:|
| Q2-02 | $21,000 | 0.1% | $9,035 | 0.40% | $18 | $9,053 |
| Q3-02 | $35,500 | 0.1% | $9,035 | 1.19% | $161 | $18,249 |
| Q4-02 | $371,135 | 1.1% | $99,390 | 1.11% | $754 | $118,393 |
| Q1-03 | $704,375 | 2.1% | $189,744 | 1.06% | $2,261 | $310,398 |
| Q2-03 | $1,122,815 | 3.4% | $307,205 | 1.06% | $4,918 | $622,521 |
| Q3-03 | $939,689 | 2.9% | $262,028 | 1.00% | $7,535 | $892,084 |
| Q4-03 | $1,380,605 | 4.2% | $379,488 | 1.00% | $10,818 | $1,282,390 |
| Q1-04 | $1,294,510 | 3.9% | $352,382 | 1.00% | $14,586 | $1,649,358 |
| Q2-04 | $2,127,317 | 6.5% | $587,303 | 1.00% | $19,430 | $2,256,091 |
| Q3-04 | $1,395,552 | 4.2% | $379,488 | 1.11% | $27,149 | $2,662,728 |
| Q4-04 | $1,805,749 | 5.5% | $496,949 | 1.24% | $36,099 | $3,195,776 |
| Q1-05 | $1,775,992 | 5.4% | $487,914 | 1.36% | $46,780 | $3,730,470 |
| Q2-05 | $2,594,288 | 7.9% | $713,800 | 1.48% | $60,493 | $4,504,763 |
| Q3-05 | $2,053,088 | 6.2% | $560,197 | 1.61% | $77,036 | $5,141,996 |
| Q4-05 | $2,866,163 | 8.7% | $786,083 | 1.74% | $96,310 | $6,024,389 |
| Q1-06 | $2,676,425 | 8.1% | $731,870 | 1.86% | $118,860 | $6,875,119 |
| Q2-06 | $666,550 | 2.0% | $180,709 | 1.98% | $137,916 | $7,193,744 |
| Q3-06 | $2,556,837 | 7.8% | $704,764 | 2.06% | $155,450 | $8,053,958 |
| Q4-06 | $3,886,939 | 11.8% | $1,066,182 | 2.06% | $176,893 | $9,297,033 |
| Q1-07 | $2,676,516 | 8.1% | $731,870 | 2.06% | $199,057 | $10,227,960 |
|       | **$32,951,045** | **100.0%** | **$9,035,437** |  | **$1,192,524** | **$10,227,960** |

**Notes / Sources:**
[1] Green Supplemental Exhibit H
[2] Assumes damages occurred in proportion to Angiodynamics' infringing sales.
[3] "Applicable Bank Prime Loan Rate" = Simple average of the daily Bank Prime Loan Rates for the relevant quarter ÷ 4.
   Note: Rates calculated by taking the simple average of the daily bank prime loan rates published by the St. Louis Federal Reserve Bank.
   Note: Q2-2002 "Applicable Bank Prime Loan Rate" rate has been divided by 3 to reflect only one month of interest during June 2002.
[4] Interest compounded quarterly using mid-quarter convention.

Confidential. Subject to Protective Order