THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER<br>04-10019 NMG)** |

### DECLARATION OF JOHN STRAND, ESQ.

1.  I, John Strand, Esq., am an associate at the law firm of Wolf, Greenfield & Sacks, P.C., which represents Diomed in the above-captioned matter.

2.  Attached to this declaration as Exhibit 1 are a true and accurate copies of print-outs of the defendants' websites from today showing that they still offer for sale their Vari-Lase and VenaCure kits and lasers.

3.  Prior to trial, the parties agreed to update the financial information that would be presented at trial for damages purposes. Because of the parties' accounting methods, we stipulated to update that information only through January 31, 2007.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: April 13, 2007

_____
John Strand