

| ABOUT VENACURE | TESTIMONIALS | ARTICLES AND JOURNAL REPORTS | NEWS | LINKS | REQUEST MORE INFORMATION |

## About VenaCure™?

### The precision of a laser for optimized vascular therapy.

**The AngioDynamics Precision Laser treats reflux of the Greater Saphenous Vein** with laser light emitted to the target area through a thin fiber inserted into the vein, using a laser wavelength that's right for you. The Precision 810™ and the Precision 980™ lasers deliver just the right amount of laser energy to just the right tissue, causing the vein to occlude while the body routes the blood to other veins.

**From prep to post-op takes less than two hours,** with the actual procedure taking about 45 minutes. The learning curve is short and mastery is quick, allowing you to dispense with all the requirements of a traditional surgical procedure to deliver better results in an outpatient setting.

**Patients resume activity immediately and see results quickly,** with no scarring, no sutures, no hospital stay and lengthy recovery, no risk of surgical complications, and no real pain (only slight discomfort due to possible swelling three to five days after the procedure).

### Comprehensive business development tools for optimized return-on-investment.

When AngioDynamics pioneers a new minimally invasive procedure, we also think about how it can help you build and expand your practice. That's why VenaCure comes with everything you need to market the system to your patients.

...................................................

### AngioDynamics helps you manage VenaCure for maximum return-on-investment in the context of a more profitable practice overall.

The administrative, financial and clinical aspects of VenaCure are just as important as the medical benefits to your patients, and AngioDynamics treats it that way, with a full complement of practice management tools for every aspect of your practice.

### No surgery for your patients, and plenty of business know-how for you.

In a competitive market, you have to be an excellent physician and an astute businessperson. VenaCure™ from AngioDynamics gives you both—a new, minimally invasive procedure that optimizes the vascular therapy you offer, and a full business development guide to effectively manage its administrative, financial and clinical aspects. It also gives you an open-ended platform for more laser procedures in the future.

### Let VenaCure™, and Angio-Dynamics help you to use the power and precision of laser technology to build your business and your future!



**AngioDynamics Precision 810™/Precision 980™ Laser System**

Patient 1



**Before VenaCure Treatment**



**Physician Welcome Kit**

Here's just a partial listing of what you'll find in the business development guide.

- Registration and Claims Submission resources to help you certify insurance eligibility, including Medicare, and to make sure you have the right forms to get the right information for the right reimbursement.
- Internet expertise to help you use the Web to enhance your business processes.
- Help with quoting fees, explaining patient out-of-pocket responsibilities, and getting credit card authorization.
- How to handle Accounts Receivable for prompt payment and how to deal with claims denials.
- Best practices models to help you build a more profitable practice on the success of others.

## AngioDynamics helps you market VenaCure effectively to a large universe of potential patients.

With 25% of all women and 15% of all men affected by varicose veins, the potential market for VenaCure is dramatic. Especially when you have the words these people have been waiting to hear: Get rid of varicose veins without surgery.

AngioDynamics helps you get that message out, with marketing tools that create interest and desire while maintaining your professional image.

- Patient Brochure that explains the procedure clearly;
- Direct Mailing piece for prospective patients;
- Counter Card display for your office and/or health facility;
- Ready-made ads for your local newspaper;
- Short, informative patient video.

back to top

**After VenaCure Treatment**

..............................................

Patient 2



**Before VenaCure Treatment**



**After VenaCure Treatment**

Before and after treatment photos courtesy of Lowell S. Kabnick, M.D. FACS
The New Jersey Vein Institute

About VenaCure | Testimonials | Articles and Journal Reports | News | Request More Information | Home
Contact Us | Copyright © 2002, 2003, 2004 AngioDynamics, Inc. Disclaimer

  

« HOME

# Vari-Lase Endovenous Procedure Kit.

« Back to Products

Vari-Lase 810nm Laser Console »

Vari-Lase Endovenous Procedure » Kit

Vari-Lase 940 Endovenous » Procedure Kit

Procedure Packs »

AutoFill & VacLok »

**Vari-Lase-the professional endovenous laser procedure kit.**

**Better. Easier. Professional.** 

Vari-Lase is not just a box of components, but a professionally designed procedure kit for endovenous laser treatment of superficial venous reflux.

The Vari-Lase procedure kit is indicated for the treatment of varicose veins associated with superficial reflux of the great saphenous vein.
The Vari-Lase procedure kit can be used in conjunction with any solid state diode laser console accepting a standard SMA-905 connector and operating at a wavelength of 810nm, 940nm, or 980nm and a maximum power of 15W.


Easier fiber deployment with the Vari-Lase Fiber Spool


Adjustable Vari-Lase Fiber Lock for confident pull-back


Uniform Vari-Lase sheath markings to easily measure fiber pull-back

## Our Products.
Select a product to learn more about our solutions.

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Vari-Lase, Acolysis are registered trademarks of Vascular Solutions, Inc.

©1999-2007 Vascular Solutions Inc. All rights reserved. Terms of Use

**Vascular Solutions, Inc.**
6464 Sycamore Court
Minneapolis, MN 55369
763.656.4300

Site by Electric Pulp