THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER<br>04-10019 NMG)** |

### **DECLARATION OF DAVID SWANK**

1.    I, David Swank, am the chief financial officer (CFO) of Diomed, Inc. As CFO, I am responsible for and familiar with the details of Diomed's finances.

2.    Since Diomed began selling its EVLT® product line for the treatment of varicose veins, infringers such as defendants AngioDynamics and VSI have entered the market, significantly reducing Diomed's ability to reach or maintain profitability. As a result, in order to maintain its operations, continue its physician training and other outreach programs, and expand its base of sales, Diomed has had to pursue several rounds of investor financing beyond those originally anticipated. This need for additional financing has affected Diomed's cost structure in a number of ways, as well as diverting valuable management time that would otherwise have been focused on expansion of the business. In particular, the impact of the infringement

- 2 -

included forcing Diomed into costly financial restructurings that diluted shareholder value, increased Diomed's costs of capital, and diminished its ability to expand both its own operations and the endovenous laser treatment market generally.

3. Because Diomed was forced to rely primarily on equity financing to address its capital needs resulting from the defendants' infringement, and because obtaining equity financing requires a high rate of return, Diomed's weighted average cost of capital ("WACC") for the infringement period has been approximately 22%.

4. Approximately 4% of Diomed's capital is in the form of debt. Diomed's debt agreements require Diomed to pay interest at the rate of four percentage points above the London Interbank Offered Rate (LIBOR + 4%). That rate is currently 9.23%.

5. Diomed would never lend a competitor money, but if it were forced to hypothetically lend money to either AngioDynamics or VSI, it would be unable to make the loan at any rate below LIBOR + 4%, and would not obtain a reasonable return on such a loan unless it were made at a much higher rate comparable to or exceeding its WACC.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: April 12, 2007

_____
David Swank