IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 NMG <br> **(CONSOLIDATED UNDER 04-10019 NMG)** |

**PLAINTIFF DIOMED'S MOTION TO
AMEND JUDGMENT TO INCLUDE POST-JUDGMENT SALES**

For the reasons set forth in the accompanying Memorandum, Diomed moves the Court to amend its judgment (D.I. 229) to award, in addition to the compensatory damages found by the jury and prejudgment interest, (1) an accounting of damages for February and March of $286,847 against VSI and $640,628 against AngioDynamics, (2) a further accounting for all damages suffered after March 31, 2007 until the defendants stop infringing at a rate of $4,946 per day against VSI and $11,045 per day against AngioDynamics, (3) an addition of damages covering the period from July 2006 until January 31, 2007 against VSI for its sales of kits with Dual Clad fibers totaling $918,594, and (4) a finding that the defendants' infringement after the jury verdict was willful and that Diomed is entitled to treble damages and attorneys' fees.

- 2 -

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: April 13, 2007

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI in an attempt to narrow the issues addressed herein and was unable to come to any resolution at this time.

/s/ Michael A. Albert

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert

1176817.1