IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

**PLAINTIFF DIOMED'S MOTION TO AMEND
THE JUDGMENT FOR AN AWARD OF PREJUDGMENT INTEREST**

For the reasons set forth in the accompanying Memorandum, Diomed respectfully requests that the Court amend its judgment (D.I. 229) to award Diomed prejudgment interest based on the prime rate, compounded quarterly. Courts as a "rule" award prejudgment interest in patent cases and this case should be no exception. Moreover, it is common for courts to award such interest at the prime rate, compounded quarterly.

Based on this request, Diomed specifically requests that the Court amend its judgment to add $557,077 against VSI and $1,192,524 against AngioDynamics, each amount representing the prejudgment interest on the existing judgment.

- 2 -

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DIOMED, INC. |
|  | By its attorneys, |
| Dated: April 13, 2007 | /s/ Michael A. Albert |
|  | Michael A. Albert (BBO #558566) |
|  | malbert@wolfgreenfield.com |
|  | Michael N. Rader (BBO #646990) |
|  | mrader@wolfgreenfield.com |
|  | John L. Strand (BBO #654985) |
|  | jstrand@wolfgreenfield.com |
|  | WOLF, GREENFIELD & SACKS, P.C. |
|  | 600 Atlantic Avenue |
|  | Boston, MA 02210 |
|  | (617) 646-8000 |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI in an attempt to narrow the issues addressed herein and was unable to come to any resolution at this time.

/s/ Michael A. Albert

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert

1172449.1