IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| Plaintiff, | ) |
| v. | )  Civil Action No.: 04-10019-NMG |
| ANGIODYNAMICS, INC. | ) |
| Defendant. | ) |

| | |
|---|---|
| DIOMED, INC. | ) |
| Plaintiff, | ) |
| | )  Civil Action No.: 04-10444-NMG |
| | )  **(CONSOLIDATED UNDER** |
| VASCULAR SOLUTIONS, INC. | )  **04-10019 NMG)** |
| Defendant. | ) |

## DECLARATION OF HOWARD ROOT
## IN OPPOSITION TO DIOMED'S MOTION FOR PERMANENT INJUNCTION

I, Howard Root, declare:

1.    I am the Chief Executive Officer of Defendant Vascular Solutions, Inc. ("VSI"). I offer this declaration in opposition to Plaintiff Diomed, Inc.'s motion for permanent injunction. I make the statements in this declaration based on my own personal knowledge.

2.    On March 19, 2007, VSI received approval to market the Vari-Lase Bright Tip product from the U.S. Food & Drug Administration ("FDA") pursuant to a Section 510(k) premarket notification that was submitted by VSI to the FDA on January 17, 2007. Attached as

Exhibit 1 is a copy of the letter VSI received from the FDA by facsimile on March 19, 2007 providing approval to sell the Vari-Lase Bright Tip in the U.S.

3.    On March 30, 2007, I sent the letter attached as Exhibit 2 to all hospitals, clinics and physicians that had ever purchased a Vari-Lase product from VSI since the initial introduction of the first Vari-Lase product in 2003, informing the customers of the introduction of the Vari-Lase Bright Tip fiber scheduled for April 12, 2007.

4.    On April 4, 2007, I directed VSI's customer service department to send the email attached as Exhibit 3 to all employees of VSI involved in the sale of Vari-Lase products in the U.S. to obtain the return or destruction before April 12, 2007 of all samples and "trunk stock" of all Vari-Lase fibers other than the new "Bright Tip" fiber.

5.    On April 9, 2007, I sent a second letter, attached as Exhibit 4, to all hospitals, clinics and physicians that had ever purchased a Vari-Lase product from VSI since the initial introduction of the first Vari-Lase product in 2003, informing them of the transition to the exclusive sale of the Bright Tip version of the Vari-Lase fiber effective April 12, 2007.

6.    On April 12, 2007, VSI completed the transition to the Bright Tip fiber for all sales of Vari-Lase products in the U.S. As of that date, VSI no longer offers or sells the previous versions of the Vari-Lase fiber in the U.S.  VSI had previously sold the bare-tipped fiber that was the subject of Diomed's lawsuit, and more recently had sold the dual-clad fiber that was introduced in mid-2006.

7.    Attached as Exhibit 5 is a true and correct copy of the current Instructions for Use for the Vari-Lase Bright Tip fiber as provided with all Vari-Lase products sold in the U.S.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2007.

Howard Root

2

# EXHIBIT 1



DEPARTMENT OF HEALTH & HUMAN SERVICES                 Public Health Service

_____

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Vascular Solutions, Inc.
% Ms. Deborah L. Neymark
Vice President, Regulatory Affairs                MAR 1 6 2007
6464 Sycamore Court
Minneapolis, Minnesota 55369

Re: K070216
    Trade/Device Name: Vari-Lase® Bright Tip™
    Regulation Number: 21 CFR 870.4810
    Regulation Name: Laser surgical instrument for use in general and plastic surgery and in
                     dermatology
    Regulatory Class: II
    Product Code: GEX
    Dated: January 17, 2007
    Received: January 23, 2007

Dear Ms. Neymark:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications for
use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce
prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that
have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic
Act (Act) that do not require approval of a premarket approval application (PMA). You may,
therefore, market the device, subject to the general controls provisions of the Act. The general
controls provisions of the Act include requirements for annual registration, listing of devices, good
manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it
may be subject to such additional controls. Existing major regulations affecting your device can
be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may
publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean
that FDA has made a determination that your device complies with other requirements of the Act
or any Federal statutes and regulations administered by other Federal agencies. You must comply
with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part
807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the
quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product
radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Page 2 – Ms. Deborah L. Neymark

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (240) 276-0115. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (240) 276-3150 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

Mark N. Melkerson
Director
Division of General, Restorative
  and Neurological Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

(

# Indications for Use Statement

**510(k) Number:** K070216

**Device Name:**
Vari-Lase® Bright Tip™ Fiber

**Indications for Use:**
The Vari-Lase® Bright Tip fiber is indicated for the treatment of varicose veins and varicosities associated with superficial reflux of the Great Saphenous Vein and for treatment of incompetence and reflux of superficial veins in the lower extremity.

Prescription Use ___X___                           Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)        AND/OR        (21 CFR 801 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE –
CONTINUE ON ANOTHER PAGE IF NEEDED)

_____

Concurrence of CDRH, Office of Device Evaluation (ODE)

**(Division Sign-Off)**
**Division of General, Restorative,**
**and Neurological Devices**

510(k) Number K070216

# EXHIBIT 2



**Vascular**
SOLUTIONS

## New Vari-Lase® "Bright Tip" Laser Fiber

I'm pleased to announce that Vascular Solutions is launching our new "Bright Tip" version of the Vari-Lase fiber for use in endovenous laser therapy. The Bright Tip fiber features a protected distal 10mm tip consisting of a cylindrical cover of high-temperature ceramic over the standard 600 micron silica core fiber. The Bright Tip advantages include enhanced echogenicity for positioning of the fiber, protection against thermal damage of the fiber during lengthy cases, and protection of the sheath and vein wall from puncture and contact during laser fiber insertion and energy transmission. The ceramic material used in the Bright Tip is biocompatible and withstands heat in excess of 1000° C without degradation or separation. The Bright Tip will not change the endovenous laser procedure other than to prevent even inadvertent contact between the laser emitting section of the fiber and the vein wall.

Vascular Solutions will transition to the new Bright Tip version in all of our Vari-Lase fibers and procedure kits effective April 12, 2007. When you order a kit from us during this transition you can reference your existing model numbers for right now, but your invoice may look slightly different. Instead of one model number to reference your kit, all the individual components will be listed separately. However, this will not impact your order or, more importantly, your price. Pricing for the new Bright Tip versions will be unchanged from the corresponding Vari-Lase models currently sold.

The new Bright Tip version of the Vari-Lase fiber also is completely unaffected by the on-going intellectual property litigation brought by Diomed against competitive endovenous laser providers, including Vascular Solutions. Because the Bright Tip version prevents contact between the vein wall and the silica core of the fiber, the Bright Tip is outside the scope of the litigated patent of Drs. Min and Navarro. Vascular Solutions will provide legal assurances and indemnification to any customer concerning the intellectual property aspects of the Bright Tip fiber upon request.

If you have any questions concerning the new Vari-Lase Bright Tip fiber, please do not hesitate to contact your Vascular Solutions account manager, our customer service representatives at 888-240-6001, or me directly at 763-656-4200. We welcome your feedback, questions and suggestions.

Sincerely,

Howard Root, Chief Executive Officer

**Vascular Solutions, Inc.**
6464 Sycamore Court ◆ Minneapolis, Minnesota ◆ 55369
PHONE: 763/656-4300 ◆ FAX: 763/656-4250 ◆ www.vascularsolutions.com

For U.S. use only
ML1740 rev A 4/07

# EXHIBIT 3

## Root, Howard

| | |
|---|---|
| **From:** | Christian, Susan |
| **Sent:** | Wednesday, April 04, 2007 4:21 PM |
| **To:** | .Field Employees US |
| **Cc:** | Smith, Tara |
| **Subject:** | Trunk Stock VL Kits |

I would like you to return any **sterile kits that include a fiber** that are currently in your trunk stock. In order to be returned kits must have an expiration date of at least **8/30/2007**. Call or email Tara for a RA number. Any non sterile stock or expired stock should be processed out of your trunk stock and then destroyed.

Information on replacing these kits in your trunk stock will be coming shortly.

Please call me or Christine Snyder with questions.

Susan Christian
Director of Sales Administration
Vascular Solutions, Inc.
763-656-4309
schristian@vascularsolutions.com

# EXHIBIT 4



**Vascular**
SOLUTIONS

## New Vari-Lase® "Bright Tip" Laser Fiber

We recently sent you a letter announcing the launch of an enhanced laser fiber from Vascular Solutions-- the Vari-Lase Bright Tip fiber. The Bright Tip features a protected distal 10mm tip consisting of a cylindrical cover of high-temperature ceramic over the standard 600 micron silica core fiber. The ceramic material used in the Bright Tip is biocompatible and withstands heat in excess of 1000° C without degradation or separation. The Bright Tip will not change your endovenous laser procedure other than to prevent even inadvertent contact between the laser emitting section of the fiber and the vein wall.

Effective April 12, 2007, all Vari-Lase procedure kits you purchase from Vascular Solutions will include the enhanced Bright Tip fiber. When ordering Vari-Lase kits starting on April 12, you may still reference the model numbers you previously used for Vari-Lase kits, and our customer service department will make the appropriate transfer to the Bright Tip fiber. The invoice and packing slip you receive with the Bright Tip will look slightly different -- instead of one model number to reference your kit, all the individual components will be listed separately. However, this paperwork change will not impact the product you receive or your price. Pricing for the kits you purchase with the Bright Tip enhancement will be unchanged from your pricing for kits with the previous Vari-Lase fiber.

Attached is a brochure concerning the enhanced Bright Tip fiber and its features and benefits. The Bright Tip fiber has been cleared by the FDA, extensively bench tested and used in clinical procedures. In these clinical procedures the Bright Tip fiber was easily seen at the sapheno-femoral junction (and throughout the vein) and safely and successfully performed the endovenous laser procedure.

If you have any questions concerning the enhanced Vari-Lase Bright Tip fiber, please do not hesitate to contact your Vascular Solutions account manager, our customer service representatives at 888-240-6001, or me directly at 763-656-4200. We welcome your feedback, questions and suggestions.

Sincerely,

Howard Root, Chief Executive Officer

**Vascular Solutions, Inc.**
6464 Sycamore Court ♦ Minneapolis, Minnesota ♦ 55369
PHONE: 763/656-4300 ♦ FAX: 763/656-4250 ♦ www.vascularsolutions.com

For U.S. use only
ML1742 rev A 4/07

# EXHIBIT 5



# *vari❊Lase*®
## *Bright Tip Fiber*

**NEW**   **Endovenous Laser Fiber with Echogenic Ceramic Distal Tip**

FIBER **WITH** BRIGHT TIP

FIBER **WITHOUT** BRIGHT TIP

## *The only endovenous laser fiber with an* **echogenic** *and* **protected** *distal tip*

- Enhances echogenicity, making the fiber tip more easily visible within the vein under ultrasound

- Provides protection from thermal damage, reducing the risk of fiber degradation during use

- Designed to provide a smoother distal edge surface to glide through the sheath and into the vein, potentially reducing the risk of puncture

- Prevents even inadvertent contact between the laser-emitting portion of the fiber and the vein wall

- Constructed of implant-quality, biocompatible heat-resistant ceramic



**Vascular** SOLUTIONS

# Vari✷Lase®
## Bright Tip Fiber

The Vari-Lase Bright Tip fiber features a protective ceramic tip over the distal 10mm of the standard 600 micron silica core. Constructed of implant-quality biocompatible ceramic, this unique tip withstands temperatures in excess of 1000°C, reducing the risks associated with fiber degradation due to thermal damage. The tip also enhances the fiber's echogenicity, making it more visible under ultrasound than conventional bare tip fibers and prevents even inadvertent contact between the laser-emitting portion of the fiber and the vein wall.



| Model | Description | Minimum Quantity |
|-------|-------------|:----------------:|
| 7100 | Bright Tip Unmarked Laser Fiber | 1 |
| 7101 | Bright Tip Marked Laser Fiber | 1 |
| 7102 | Bright Tip for Flex Marked Laser Fiber | 1 |

Available packaged individually or in procedure kits.

Effective April 12, 2007, Vari-Lase Bright Tip fibers replace the former Vari-Lase bare tip fibers in all Vari-Lase procedure kits. For a full listing of the Vari-Lase Bright Tip procedure kits and model numbers, contact Vascular Solutions' customer service department at 888-240-6001.

*The Vari-Lase Bright Tip fiber is packaged in a new easy-to-control fiber tray.*

The Vari-Lase Bright Tip kit is indicated for the treatment of varicose veins and varicosities associated with superficial reflux of the Great Saphenous Vein, and for the treatment of incompetence and reflux of superficial veins in the lower extremity.

Vari-Lase is a registered trademark of Vascular Solutions, Inc.
Vari-Lase Bright Tip is a trademark of Vascular Solutions, Inc.
U.S. and international patents pending.
©2007 Vascular Solutions, Inc. All rights reserved.
ML1739 Rev. A 04/07



**Vascular**
SOLUTIONS

Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, Minnesota 55369 USA
USA Customer Service: 888-240-6001
*www.vascularsolutions.com*

# Vari✳Lase®
# Bright Tip Fiber

## Endovenous Laser Procedure Kit and Components

English/Instructions for Use ................................................................ 4



# Vascular
### SOLUTIONS



Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, MN 55369 USA
Tel: +1 763-656-4300
Fax: +1 763-656-4250
www.vascularsolutions.com

2

**International Symbols Glossary**

| | CONT | Latex |  |
|---|---|---|---|
| International Symbols Glossary | Contents of package | Latex Free | Keep Dry |

## Vari-Lase Bright Tip Endovenous Laser Procedure Kit and Components

## Instructions For Use

### USA CAUTION

Federal (USA) law restricts this device to sale by or on the order of a physician.

### CAUTION

The VARI-LASE Bright Tip procedure should be performed by physicians with adequate training in the use of the device.

### DEVICE DESCRIPTION

The VARI-LASE Bright Tip endovenous laser procedure kit and components are disposable items used in conjunction with a solid state diode laser console operating at wavelengths of 810nm, 940nm or 980nm and a maximum power of 15W.

Each package contains one or more of the following components:

- 600µm core laser fiber, 3.5m, with or without markings, with ceramic distal tip
- Fiber lock
- Introducer sheath (multiple lengths)
- Vari-Lase Flex™ catheter
- 0.035" / 0.89mm guidewire
- 19 Gauge percutaneous entry needle
- Micro-introducer kit or micro-introducer components consisting of:
  - 21 Gauge percutaneous entry needle
  - Micro-access introducer with dilator
  - 0.018" / 0.45mm guidewire

The VARI-LASE Bright Tip laser fiber is contained within a dispensing tray. The VARI-LASE Flex catheter contains a radiopaque marker located at the distal tip. The introducer sheaths are available with or without distance indicator markings to assist in the placement and location of the VARI-LASE Bright Tip laser fiber.

### INDICATIONS

The VARI-LASE Bright Tip kit is indicated for the treatment of varicose veins and varicosities associated with superficial reflux of the Great Saphenous Vein, and for the treatment of incompetence and reflux of superficial veins in the lower extremity.

### CONTRAINDICATIONS

The VARI-LASE Bright Tip procedure is contraindicated in patients with an aneurysmal section in the vein segment to be treated.

The VARI-LASE Bright Tip procedure is contraindicated in patients with severe peripheral vascular disease, as evidenced by an ankle-brachial index of <0.5.

The VARI-LASE Bright Tip procedure is contraindicated in patients with thrombus in the vein segment to be treated.

### WARNINGS

The VARI-LASE Bright Tip components are supplied sterile for single use only. Do not resterilize and/or reuse any components.

Treatment of a vein located close to the skin surface may result in a skin burn.

Paresthesia may occur from thermal damage to adjacent sensory nerves.

When treating the Great Saphenous Vein, the distal tip of the VARI-LASE Bright Tip fiber must not be positioned closer than 2cm distal to the saphenofemoral junction, as verified by ultrasound visualization or fluoroscopy, to protect from venous thrombus embolization.

Use of excessive energy has been reported to compromise the integrity of the fiber and/or sheath and may result in embolization of device components.

Appropriate eye protection must be worn by the patient and all operating personnel to protect from damage by direct or reflected laser energy.

The marks on the introducer sheath, catheter and VARI-LASE Bright Tip laser fiber have been calibrated to the VARI-LASE Bright Tip components. Do not use alternative introducer sheaths or fibers, or incorrect positioning, as vessel damage may occur.

### COMPLICATIONS

As with all medical procedures, complications may occur. For this procedure, these may include:

- vessel perforation
- thrombosis
- pulmonary embolism
- phlebitis
- hematoma
- infection
- paresthesia
- skin burns

### PRECAUTIONS

The VARI-LASE Bright Tip procedure should be performed by physicians thoroughly trained in percutaneous endovenous techniques and procedures.

Do not use the VARI-LASE Bright Tip product if the packaging has been damaged.

Inspect the VARI-LASE Bright Tip laser fiber and introducer sheath prior to use for any bends, kinks or breaks. Do not use a damaged VARI-LASE Bright Tip fiber or introducer sheath, as vessel damage and/or inability to advance or withdraw the VARI-LASE Bright Tip laser fiber may occur.

Exercise care in handling of the VARI-LASE Bright Tip laser fiber during a procedure to reduce the possibility of accidental breakage, bending or kinking.

Avoid touching the needle tip to the sheath and fiber when injecting anesthesia, as this could damage the protective cladding on the fiber.

Connect the VARI-LASE Bright Tip laser fiber to the laser console immediately after the protective cap is removed to prevent contamination of the fiber optic surface.

When the VARI-LASE Bright Tip laser fiber is in the body, it should be manipulated only under ultrasound visualization. Do not attempt to move the VARI-LASE Bright Tip laser fiber without observing the resultant tip response.

Never advance or withdraw an endovascular device against resistance until the cause of the resistance is determined. Movement of the VARI-LASE Bright Tip laser fiber against resistance may result in damage to the laser fiber or vessel perforation.

The VARI-LASE Flex catheter is not rated for injection of fluid at more than 200psi.

### CLINICAL PROCEDURE

The following instructions provide technical direction but do not obviate the necessity of formal training in the use of the VARI-LASE Bright Tip procedure. The techniques and procedures described do not represent ALL medically acceptable protocols, nor are they intended as a substitute for the physician's experience and judgment in treating any specific patient.

#### Preparations for Use

1. Prepare the laser console in accordance with its operating instructions. Verify that the connection of the VARI-LASE Bright Tip laser fiber to the console is appropriate.

2. Map the vessel treatment area using duplex ultrasound, being careful to mark the vessel location on the patient's skin for a guide in treatment.

3. Prep and drape the limb in sterile fashion and wrap the ultrasound transducer with a sterile cover.

4

4. Using sterile technique, open the VARI-LASE Bright Tip pouches and transfer the components into the sterile field.

5. Remove the components from the packaging and inspect for any defects or missing components.

**Access Procedure**

1. Cannulate the vein using the 19 Gauge or 21 Gauge access needle.

2. Insert the corresponding guidewire into the vessel and remove the needle over the wire. Insert the introducer sheath and dilator over the wire and into the vessel.

3. A Y-adapter guide tube is provided to facilitate the use of a J-tip guidewire with the VARI-LASE Flex catheter.

4. Position the introducer sheath at the desired treatment site.

   NOTE: Marked introducer sheaths or catheters have marks located at intervals of 1cm to aid in location during placement and removal.

5. Remove the wire and dilator and flush the introducer sheath or catheter using standard technique.

**Treatment Procedure**

**WARNING: For the remainder of the procedure, laser safety glasses must be worn by the patient and all operating personnel.**

1. If using a VARI-LASE Bright Tip fiber with a fiber lock, advance the fiber lock to the position corresponding to the size of introducer sheath used. Pass the connector end of the VARI-LASE Bright Tip fiber outside of the sterile field.

2. Outside of the sterile field, remove the cap from the VARI-LASE Bright Tip fiber connector and connect the VARI-LASE Bright Tip fiber to the laser console.

3. Insert the VARI-LASE Bright Tip fiber following one of the two following procedures:

   • If the VARI-LASE Bright Tip fiber is supplied without a fiber lock, insert the VARI-LASE Bright Tip fiber into the introducer sheath and advance until approximately 2.5cm of the Bright Tip fiber is exposed beyond the distal tip of the introducer sheath, using ultrasound for guidance. Note: The ceramic tip of the VARI-LASE Bright Tip fiber is highly echogenic and is approximately 10mm in length.

   • If the VARI-LASE Bright Tip fiber is supplied with a fiber lock, advance the fiber to the first mark. Then, pull back the introducer sheath and snap the fiber lock into the end of the sheath. The fiber tip will be exposed approximately 2.5cm from the end of the sheath.

   **WARNING: When treating the Great Saphenous Vein, the distal tip of the VARI-LASE Bright Tip fiber must be positioned not closer than 2cm distal to the saphenofemoral junction as verified by ultrasound visualization.**

4. Confirm the position of the VARI-LASE Bright Tip fiber using ultrasound or fluoroscopy, if appropriate. If treating the Great Saphenous Vein, the VARI-LASE Bright Tip fiber should be exposed from the introducer sheath and located at least 2cm distal to the saphenofemoral junction. The VARI-LASE Bright Tip fiber should be exposed from the catheter ~2.5cm, and the red aiming beam should be visible through the skin.

5. The ceramic tip of the VARI-LASE Bright Tip fiber prevents the vessel wall from contacting the fiber transmission core. When using the VARI-LASE Bright Tip fiber, anesthetic delivery should be adjusted accordingly. Bathe the surrounding tissue with dilute anesthetic to provide thermal protection without causing vessel compression or vein wall apposition. Due to the VARI-LASE Bright Tip protection of the vessel wall, lower power settings, slower pull-back rates and significantly less anesthetic are recommended, all as compared to bare tip fibers.

6. Place the laser console in the "Ready" mode.

7. Set power level of the console to the settings recommended in the operating instructions of the laser console.

8. Turn down the overhead lights and check that the patient and all personnel are wearing laser safety glasses.

9. Hold the introducer sheath or catheter by the hub. Press down the foot pedal to fire the laser and simultaneously withdraw the introducer sheath and the VARI-LASE Bright Tip fiber while delivering approximately 50-70 joules/cm. Do not compress or attempt to place the fiber in contact with vein wall.

10. After completing the procedure along the entire treatment length, turn the laser to standby, remove the introducer sheath and the VARI-LASE Bright Tip fiber from the vessel, and hold compression until bleeding stops.

**Post-Procedure Care**

1. Apply a hemostatic bandage over the percutaneous treatment site.

2. Apply a compression stocking along the entire treatment site.

3. The patient may ambulate immediately after hemostasis is achieved. Evaluate the patient after ambulation for pain, bleeding or swelling.

4. Discharge with post-procedure care instructions.

5. Follow-up exams are recommended at intervals determined by the health care provider.

**PACKAGING & STORAGE**

All VARI-LASE Bright Tip kits and components have been sterilized with ethylene oxide.

Store in a cool, dry place.

**LIMITED WARRANTY**

Vascular Solutions, Inc. warrants that the VARI-LASE Bright Tip endovenous laser components are free from defects in workmanship and materials prior to the stated expiration date. Liability under this warranty is limited to refund or replacement of any product which has been found by Vascular Solutions, Inc. to be defective in workmanship or materials. Vascular Solutions, Inc. shall not be liable for any incidental, special or consequential damages arising from the use of the VARI-LASE Bright Tip endovenous laser components. Damage to the product through misuse, alteration, improper storage or improper handling shall void this limited warranty.

No employee, agent or distributor of Vascular Solutions, Inc. has any authority to alter or amend this limited warranty in any respect. Any purported alteration or amendment shall not be enforceable against Vascular Solutions, Inc.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER OBLIGATION OF VASCULAR SOLUTIONS, INC.

**PATENTS AND TRADEMARKS**

International and U.S. patents pending.

Vari-Lase® is a registered trademark of Vascular Solutions, Inc.

Vari-Lase Flex™ and Vari-Lase Bright Tip™ are trademarks of Vascular Solutions, Inc.

See the International Symbols Glossary on page 3.





Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, Minnesota 55369 USA
Tel: +1 763-656-4300
Fax: +1 763-656-4250
www.vascularsolutions.com

©2007 Vascular Solutions, Inc.                    42-0664-01 Rev C 04/07