UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG (CONS0LIDATED UNDER 04-10019 NMG) |

**DEFENDANTS' PROPOSED PERMANENT INJUNCTION ORDER**

ME1 6300510v.1

1.   VSI and AngioDynamics and their officers, agents, servants, and employees, and all persons in active concert and participation with them, are hereby enjoined from:

   A)   Inducing any physician in the United States to perform the method claimed in Claim 9 of Diomed's United States Patent No. 6,398,777 by instructing physicians to perform each of the following steps:

      1) insert a "means for emitting laser energy", which is defined as a fiber optic line with an uncoated tip at its end capable of emitting laser energy. The "means for emitting laser energy" shall include the bare-tipped laser fibers of the type sold by AngioDynamics and VSI that were the subject of the trial, examples of which were introduced into evidence as part of Exhibits 1008-1011. The "means for emitting laser energy" shall not include any fiber that is materially different from the bare-tipped laser fibers that were the subject of the trial, and specifically shall not include any fiber that has a centering device, spacer or other mechanism to prevent contact between the laser emitting section of the laser fiber and the vessel wall during the emission of laser energy.

      2) deliberately put the uncoated tip of the fiber optic line into physical contact with the wall of the blood vessel, which requires drainage of the blood and compression of the vein; and

      3) maintain the tip-interior surface in physical contact with the vessel wall while laser energy is emitted to decrease the diameter of the blood vessel.

   B)   Contributing to the infringement of the method claimed in Claim 9 of Diomed's United States Patent No. 6,398,777 by selling in the United States, either as part of a kit or separately, the bare-tipped laser fibers of the type sold by AngioDynamics and VSI that were the subject of the trial, examples of which were introduced into evidence as Exhibits 1008-

1011. This injunction shall not prohibit AngioDynamics or VSI from selling, either as part of a kit or separately, any fiber that is materially different from the bare-tipped laser fibers that were the subject of the trial, and specifically shall not prevent defendants from selling, as part of a kit or separately, any fiber that has a centering device, spacer or other mechanism to prevent contact between the laser emitting section of the laser fiber and the vessel wall during the emission of laser energy.

2.    AngioDynamics and VSI are hereby ordered to provide a copy of this Order to each of their sales representatives and distributors who are involved in the sale of the AngioDynamics and VSI products in the United States.

3.    This Court shall retain jurisdiction to enforce the provisions of this Order.

IT IS SO ORDERED.

_____

ME1 6300510v.1