IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

**ASSENTED TO MOTION FOR LEAVE
TO FILE EXCESS PAGES IN OPPOSITION**

Diomed respectfully requests leave of Court to file a memoranda of law in excess of twenty pages in opposition to Defendants' Joint Motion For Judgment As A Matter Of Law Or, In The Alternative, For A New Trial (D.I. 246 and 247).

Diomed requires extra space for its brief because (a) the joint motion that Diomed is opposing seeks judgment as a matter of law or a new trial as to two different defendants; and (b) the defendants' joint motion addresses a panoply of issues, including direct infringement, contributory infringement, inducement of infringement, the doctrine of equivalents, damages, and evidentiary rulings made before trial to which Diomed must respond.

- 2 -

Therefore, Diomed respectfully requests that the Court grant this Motion for Leave to File a Brief in excess of twenty pages.

                        Respectfully submitted,

                        DIOMED, INC.

                        By its attorneys,

Dated: April 25, 2007                    /s/ Michael A. Albert
                                          Michael A. Albert (BBO #558566)
                                          malbert@wolfgreenfield.com
                                          Michael N. Rader (BBO #646990)
                                          mrader@wolfgreenfield.com
                                          John L. Strand (BBO #654985)
                                          jstrand@wolfgreenfield.com
                                          WOLF, GREENFIELD & SACKS, P.C.
                                          600 Atlantic Avenue
                                          Boston, MA 02210
                                          (617) 646-8000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Diomed consulted with counsel for AngioDynamics and VSI and counsel for defendants agreed they would assent to this motion.

                                          /s/ Michael A. Albert

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                          /s/ Michael A. Albert

1182001.1