UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DIOMED, INC.,

Plaintiff,

v.

ANGIODYNAMICS, INC.,

Defendant.

Civil Action No. 04-CV-10019 (NMG)

---

DIOMED, INC.

Plaintiff,

v.

VASCULAR SOLUTIONS, INC.

Defendant.

Civil Action No. 04-CV-10444 (NMG)
**(CONSOLIDATED UNDER 04-10019 NMG)**

---

### **DECLARATION OF D. JOSEPH GERSUK**

1. I, D. Joseph Gersuk, am currently employed at AngioDynamics, Inc. ("AngioDynamics"), as Senior Vice President and Chief Financial Officer. In that capacity, I have personal knowledge of the facts stated herein.

2. Attached to this declaration as exhibits are charts that summarize my calculations of prejudgment interest based upon the jury's verdict and Diomed's claim for damages.

3. Exhibit A shows the percentage of Diomed's claims for damages that were awarded by the jury and the allocation of the jury's damages award in proportion to

ME1 6338215v 1

AngioDynamics' actual sales that were found by the jury to have infringed on a yearly and quarterly basis.

4.  Exhibit B shows the calculation of prejudgment interest at the 3-month Treasury Bill Rate, compounded quarterly.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated April 27, 2007

D. Joseph Gersuk

ME1 6338215v.1