# JURY'S DAMAGES AS A PERCENT OF DIOMED'S DAMAGE CLAIM

## ACTUAL DAMAGES CLAIMED BY DIOMED AT TRIAL AGAINST ANGIODYNAMICS, INC. THROUGH JANUARY 31, 2007

|  | AngioDynamics Kits | AngioDynamics Lasers | Percent of Total Damages Claimed |
|---|---|---|---|
| Lost Profits from Infringing Sales that Diomed Would Have Made - January 2005 through January 2007 | $7,180475 | $3,046,456 | |
| Reasonable Royalties on Infringing Sales that Diomed Would Not Have Made - January 2005 through January 2007 | $679,360 | $205,000 | |
| Total Reasonable Royalties - June 2002 through December 2004 | $844,400 | $1,100,000 | 15% |
| Total Lost Profits Damages - 2005-2007 | $8,704,235 | $4,351,456 | 85% |
| Total Combined Damages Diomed Claimed at Trial | $13,055,691 | | |

## ACTUAL JURY AWARD - THROUGH JANUARY 31, 2007

### AngioDynamics

| | |
|---|---|
| Total Damages Awarded | $8,360,000 |
| Percent of Jury Damages Allocated to Reasonable Royalties (2002-2004) | 15% of $8,360,000 = $1,245,065 |
| Percent of Jury Damages Allocated to Lost Profits (2005-2007) | 85% of $8,360,000 = $7,114,935 |

| **Jury Damages Attributable to Years 2002-2004** | AngioDynamics' Actual Total Revenue* | Percentage of Total Revenues Between 2002-2004 | Allocation of Jury's Damage Award in Proportion to Revenues for the Period |
|---|---|---|---|
| 2002 | $427,635 | 3.8% | **$47,312.47** |
| 2003 | $4,148,584 | 37.0% | **$460,674.05** |
| 2004 | $6,642,925 | 59.2% | **$737,078.48** |
|  |  | 100% | **$1,245,065.00** |
| **Jury Damages Attributable to Years 2005-2007** | AngioDynamics' Actual Total Revenue* | Percentage of Revenues Between 2005-2007 | Allocation of Jury's Damage Award in Proportion to Revenues for the Period |
| 2005 | $9,289,531 | 46.5% | **$3,308,444.77** |
| 2006 | $9,786,751 | 49.0% | **$3,486,318.15** |
| 2007 | $892,172 | 4.5% | **$320,172.08** |
|  |  | 100% | **$7,114,935.00** |

\* Derived from Declaration of Philip Green, dated April 13, 2007 [Dkt #248], at Exhibit E.

**Exhibit A**

| Jury Damages Attributable to Quarters (2002-2004) | AngioDynamics' Actual Total Revenue for the Quarter | Percentage of Total Revenues for Each Year (2002-2004) | Allocation of Jury's Damage Award in Proportion to Revenues for the Period |
|---|---|---|---|
| Q2-02 | $21,000 | 5% | **$2,366** |
| Q3-02 | $35,000 | 8% | **$3,785** |
| Q4-02 | $371,135 | 87% | **$41,162** |
|  | $427,635 | 100% | $427,635 |
|  |  |  |  |
| Q1-03 | $704,375 | 17% | **$78,315** |
| Q2-03 | $1,122,815 | 27% | **$124,382** |
| Q3-03 | $939,689 | 23% | **$105,955** |
| Q4-03 | $1,380,605 | 33% | **$152,022** |
|  | $4,147,484 | 100% | $460,674 |
|  |  |  |  |
| Q1-04 | $1,294,510 | 20% | **$147,416** |
| Q2-04 | $2,127,317 | 32% | **$235,865** |
| Q3-04 | $1,395,552 | 21% | **$154,786** |
| Q4-04 | $1,805,749 | 27% | **$199,011** |
|  | $6,623,128 | 100% | $737,078 |

| Jury Damages Attributable to Quarters (2005-2007) | AngioDynamics' Actual Total Revenue for the Quarter | Percentage of Total Revenues for Each Year (2005-2007) | Allocation of Jury's Damage Award in Proportion to Revenues for the Period |
|---|---|---|---|
| Q1-05 | $1,175,992 | 19% | **$628,605** |
| Q2-05 | $2,594,288 | 28% | **$926,365** |
| Q3-05 | $2,053,088 | 22% | **$727,858** |
| Q4-05 | $2,866,163 | 31% | **$1,025,618** |
|  | $9,289,531 | 100% | $3,308,444 |
|  |  |  |  |
| Q1-06 | $2,676,425 | 27% | **$941,306** |
| Q2-06 | $666,550 | 7% | **$244,042** |
| Q3-06 | $2,556,837 | 26% | **$906,442** |
| Q4-06 | $3,886,939 | 40% | **$1,394,527** |
|  | $9,289,531 | 100% | $3,486,318 |
|  |  |  |  |
| Q1-07 | $2,676,516 | 100% | **$320,172** |