Exhibit B

## PREJUDGMENT INTEREST CALCULATION - PRE-TRIAL TO MARCH 31, 2007
## DAMAGES THROUGH JANUARY 31, 2007

**Assumptions:**
1 - Interest rate used was the 3-month treasury bill rate for the secondary market. This is the rate the court has used in previous patent cases.
2 - Interest was compounded quarterly.
3 - The calculation of damages in proportion with infringing sales can be found in Exhibit A.
4 - One-fourth of the applicable 3-month treasury annual rate is applied in order to calculate quarterly compounding.

| QUARTERLY/YEAR | ANGIODYNAMICS' SALES FOUND TO INFRINGE | DAMAGES IN PROPORTION WITH SALES FOUND TO INFRINGE | APPLICABLE 3-MONTH TREASURY ANNUAL RATE - SECONDARY MARKET | PREJUDGMENT INTEREST | CUMULATIVE DAMAGES INCLUDING PREJUDGMENT INTEREST |
|---|---|---|---|---|---|
| **Reasonable Royalty (2002-2004)** | | | | | |
| Q2-02 | $21,000 | $2,366 | 1.70% | $9.94 | $2,375.94 |
| Q3-02 | $35,500 | $3,785 | 1.63% | $24.64 | $6,185.88 |
| Q4-02 | $371,135 | $41,162 | 1.19% | $137.30 | $47,485.18 |
| Q1-03 | $704,375 | $78,314 | 1.13% | $352.24 | $126,151.60 |
| Q2-03 | $1,122,815 | $124,381 | .92% | $576.22 | $251,108.82 |
| Q3-03 | $939,689 | $105,955 | .94% | $821.25 | $357,885.07 |
| Q4-03 | $1,389,605 | $460,674 | .90% | $1,800.83 | $820,360.90 |
| Q1-04 | $1,294,510 | $147,415 | .94% | $2,225.88 | $970,002.78 |
| Q2-04 | $2,127,317 | $235,865 | 1.27% | $3,738.19 | $1,209,605.97 |
| Q3-04 | $1,395,552 | $154,786 | 1.65% | $5,594.00 | $1,369,985.97 |
| Q4-04 | $1,805,749 | $199,011 | 2.19% | $8,629.48 | $1,577,626.45 |
| **Lost Profits (2005-2007)** | | | | | |
| Q1-05 | $1,775,992 | $628,604 | 2.74% | $15,002.36 | $2,221,232.81 |
| Q2-05 | $2,594,288 | $926,364 | 2.97% | $23,292.21 | $3,170,889.02 |
| Q3-05 | $2,053,088 | $727,857 | 3.24% | $31,579.84 | $3,930,325.86 |
| Q4-05 | $2,866,163 | $1,025,617 | 3.89% | $48,072.65 | $5,004,015.51 |
| Q1-06 | $2,676,425 | $941,305 | 4.51% | $66,587.59 | $6,011,908.10 |
| Q2-06 | $666,550 | $244,042 | 4.79% | $74,445.90 | $6,330,395.90 |
| Q3-06 | $2,556,837 | $906,442 | 4.81% | $86,842.05 | $7,323,679.95 |
| Q4-06 | $3,886,939 | $1,394,527 | 4.85% | $105,490.84 | $8,823,742.79 |
| Q1-07 | $2,676,516 | $320,172 | 4.94% | $112,470.15 | $9,256,384.94 |
| **TOTAL:** | | | | **$585,693.56** | **$9,256,384.94** |