**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIOMED, INC.,**  Plaintiff,  v.  **VASCULAR SOLUTIONS, INC.**  Defendant. | Civil Action No.:  04-10444-NMG |
| **DIOMED, INC.**  Plaintiff,  **ANGIODYNAMICS, INC.**  Defendant. | Civil Action No.: 04-10019-NMG |

**CERTIFICATE OF SERVICE**

I, Christopher Paul Roberts, hereby certify that the following documents are being filed on April 27, 2007 through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF):

1. Defendant VSI's Opposition to Diomed's Motion to Amend Judgment to Include Post-Judgment Sales;

2. Declaration of James Hennen (including Exhibits A through H); and

3. Declaration of John Van Scoy.

/s/ Christopher Paul Roberts

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Patent\Trial\CertificateOfService.doc