UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIOMED, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-10019-NMG |
| ) | |
| **ANGIODYNAMICS, INC.,** ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **DIOMED, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-10444-NMG |
| ) | |
| **VASCULAR SOLUTIONS, INC.,** ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JOHN VAN SCOY

I, John Van Scoy, declare:

1. I am a Senior Research and Development Engineer employed at defendant Vascular Solutions, Inc. ("VSI"). I offer this declaration in connection with VSI's opposition to Diomed's motion for damages for VSI's sales of kits including VSI's dual clad laser fiber. I am familiar with the laser fibers offered for sale by VSI, and I make the statements made here based on my own personal knowledge.

2. VSI transitioned to the dual clad laser fiber in July, 2006. As of April 12, 2007, VSI completed the transition to its new Bright Tip fiber design.

3. The dual clad fiber is materially different from the laser fibers that VSI sold previously. I attach as Exhibit 1 a true and correct copy of a drawing of the VSI dual clad fiber.

4. As can be seen from the Exhibit 1 drawing, the dual clad fiber has a layer of silica cladding coating the laser fiber core, and then a layer of polymer cladding on top of the silica cladding. The laser fiber core is where the laser energy is transmitted. The fibers are designed and intended to be used so that the laser energy is emitted from the flat front face of the core. The previous single-clad fibers did not have the layer of silica cladding protecting the core. The silica cladding is able to withstand very high temperatures, as its transition temperature is 1,800-2,000 degrees Celsius.

5. VSI started using the dual clad fiber with the silica cladding layer in order to better protect against thermal degradation of the laser fiber during clinical use, and to make the fiber less susceptible to emission from the side of the laser fiber, as opposed to emission from the flat front face of the fiber.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/27, 2007.

*John Van Scoy*
John Van Scoy