# EXHIBIT A

**Exhibit A**
**Vari-Lase Revenue & Cost of Sales**
**June 2003 to April 10, 2007**

| | January-03 | February-03 | March-03 | April-03 | May-03 | June-03 | July-03 | August-03 | September-03 | October-03 | November-03 | December-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vari-Lase Procedure Kit Revenue | $ - | $ - | $ - | $ - | $ - | $ 8,319 | $ 16,550 | $ 31,135 | $ 31,515 | $ 26,545 | $ 28,085 | $ 18,573 | $ 160,722 |
| Vari-Lase Fiber Revenue | | | | | | $ - | $ - | $ - | $ - | $ 3,187 | $ 3,850 | $ 2,395 | $ 9,432 |
| Vari-Lase Laser Console Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Revenue | $ - | $ - | $ - | $ - | $ - | $ 8,319 | $ 16,550 | $ 31,135 | $ 31,515 | $ 29,732 | $ 31,935 | $ 20,968 | $ 170,154 |
| Vari-Lase Procedure Kit ASP | | | | | | $ 225 | $ 236 | $ 247 | $ 228 | $ 229 | $ 258 | $ 211 | $ 235 |
| Vari-Lase Fiber ASP | | | | | | | | | | $ 97 | $ 101 | $ 96 | $ 98 |
| Vari-Lase Laser Console ASP | | | | | | | | | | | | | |
| Vari-Lase Procedure Kits | - | - | - | - | - | 37 | 70 | 126 | 138 | 116 | 109 | 88 | 684 |
| Vari-Lase Fibers | - | - | - | - | - | - | - | - | - | 33 | 38 | 25 | 96 |
| Vari-Lase Laser Consoles | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | January-04 | February-04 | March-04 | April-04 | May-04 | June-04 | July-04 | August-04 | September-04 | October-04 | November-04 | December-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vari-Lase Procedure Kit Revenue | $ 45,226 | $ 55,803 | $ 56,215 | $ 37,450 | $ 63,893 | $ 81,063 | $ 57,794 | $ 79,924 | $ 80,515 | $ 77,619 | $ 125,727 | $ 103,488 | $ 864,717 |
| Vari-Lase Fiber Revenue | $ 950 | $ 5,980 | $ 5,020 | $ 3,395 | $ 4,540 | $ 4,350 | $ 5,935 | $ 2,675 | $ 6,509 | $ 7,819 | $ 6,750 | $ 6,624 | $ 60,547 |
| Vari-Lase Laser Console Revenue | $ 57,500 | $ 69,000 | $ 30,500 | $ 33,000 | $ 29,500 | $ 29,500 | $ 97,100 | $ 60,000 | $ 158,045 | $ 61,500 | $ 121,450 | $ 398,325 | $ 1,145,420 |
| Total Revenue | $ 103,676 | $ 130,783 | $ 91,735 | $ 73,845 | $ 97,933 | $ 114,913 | $ 160,829 | $ 142,599 | $ 245,069 | $ 146,938 | $ 253,927 | $ 508,437 | $ 2,070,684 |
| Vari-Lase Procedure Kit ASP | $ 286 | $ 255 | $ 240 | $ 257 | $ 256 | $ 254 | $ 265 | $ 247 | $ 253 | $ 247 | $ 248 | $ 252 | $ 253 |
| Vari-Lase Fiber ASP | $ 95 | $ 100 | $ 100 | $ 103 | $ 97 | $ 118 | $ 101 | $ 107 | $ 92 | $ 112 | $ 96 | $ 102 | $ 101 |
| Vari-Lase Laser Console ASP | $ 28,750 | $ 34,500 | $ 30,500 | $ 33,000 | $ 29,500 | $ 29,500 | $ 32,367 | $ 30,000 | $ 31,609 | $ 30,750 | $ 24,290 | $ 23,431 | $ 27,272 |
| Vari-Lase Procedure Kits | 158 | 219 | 234 | 146 | 250 | 319 | 218 | 324 | 318 | 314 | 507 | 411 | 3,418 |
| Vari-Lase Fibers | 10 | 60 | 50 | 33 | 47 | 37 | 59 | 25 | 71 | 70 | 70 | 65 | 597 |
| Vari-Lase Laser Consoles | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 5 | 2 | 5 | 17 | 42 |

| | January-05 | February-05 | March-05 | April-05 | May-05 | June-05 | July-05 | August-05 | September-05 | October-05 | November-05 | December-05 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vari-Lase Procedure Kit Revenue | $ 69,943 | $ 80,263 | $104,795 | $113,969 | $143,676 | $ 168,528 | $ 133,985 | $ 139,968 | $ 124,463 | $ 184,787 | $ 164,115 | $ 170,586 | $ 1,599,078 |
| Vari-Lase Fiber Revenue | $ 5,260 | $ 3,330 | $ 3,575 | $ 4,700 | $ 8,305 | $ 3,075 | $ - | $ - | $ - | $ - | $ - | $ - | $ 28,245 |
| Vari-Lase Laser Console Revenue | $ - | $ 124,500 | $191,300 | $ 61,880 | $ 98,825 | $ 262,925 | $ 110,885 | $ 184,495 | $ 184,000 | $ 108,800 | $ 124,745 | $ 246,970 | $ 1,699,325 |
| Total Revenue | $ 75,203 | $ 208,093 | $299,670 | $180,549 | $250,806 | $ 434,528 | $ 244,870 | $ 324,463 | $ 308,463 | $ 293,587 | $ 288,860 | $ 417,556 | $ 3,326,648 |
| Vari-Lase Procedure Kit ASP | $ 254 | $ 246 | $ 263 | $ 250 | $ 249 | $ 253 | $ 254 | $ 242 | $ 248 | $ 253 | $ 251 | $ 272 | $ 253 |
| Vari-Lase Fiber ASP | $ 101 | $ 111 | $ 102 | $ 118 | $ 104 | $ 103 | | | | | | | $ 106 |
| Vari-Lase Laser Console ASP | | $ 31,125 | $ 27,329 | $ 30,940 | $ 24,706 | $ 26,293 | $ 27,721 | $ 30,749 | $ 30,667 | $ 27,200 | $ 20,791 | $ 27,441 | $ 27,408 |
| Vari-Lase Procedure Kits | 275 | 326 | 399 | 455 | 577 | 666 | 528 | 579 | 502 | 730 | 654 | 627 | 6,318 |
| Vari-Lase Fibers | 52 | 30 | 35 | 40 | 80 | 30 | - | - | - | - | - | - | 267 |
| Vari-Lase Laser Consoles | - | 4 | 7 | 2 | 4 | 10 | 4 | 6 | 6 | 4 | 6 | 9 | 62 |

| | January-06 | February-06 | March-06 | April-06 | May-06 | June-06 | July-06 | August-06 | September-06 | October-06 | November-06 | December-06 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vari-Lase Procedure Kit Revenue | $ 168,292 | $ 183,612 | $240,788 | $193,992 | $236,565 | $ 320,773 | $ 93,114 | $ - | $ - | $ - | $ - | $ - | $ 1,437,136 |
| Vari-Lase Procedure Kit Revenue (Dual-Clad) | | | | | | | $ 93,114 | $ 233,608 | $ 328,869 | $ 261,848 | $ 303,881 | $ 337,196 | $ 1,558,516 |
| Vari-Lase Fiber Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Vari-Lase Laser Console Revenue | $ 54,735 | $ 57,500 | $260,050 | $123,650 | $112,900 | $ 142,500 | $ 101,160 | $ 167,990 | $ 267,732 | $ 86,500 | $ 239,300 | $ 250,863 | $ 1,864,880 |
| Total Revenue | $ 223,027 | $ 241,112 | $500,838 | $317,642 | $349,465 | $ 463,273 | $ 287,387 | $ 401,598 | $ 596,601 | $ 348,348 | $ 543,181 | $ 588,059 | $ 4,860,531 |
| Vari-Lase Procedure Kit ASP | $ 275 | $ 238 | $ 253 | $ 234 | $ 242 | $ 228 | $ 230 | | | | | | $ 241 |
| Vari-Lase Procedure Kit ASP (Dual-Clad) | | | | | | | $ 230 | $ 241 | $ 235 | $ 227 | $ 227 | $ 235 | $ 232 |
| Vari-Lase Fiber ASP | | | | | | | | | | | | | |
| Vari-Lase Laser Console ASP | $ 27,368 | $ 28,750 | $ 28,894 | $ 30,913 | $ 28,225 | $ 28,500 | $ 25,290 | $ 27,998 | $ 26,773 | $ 28,833 | $ 29,913 | $ 25,086 | $ 27,834 |
| Vari-Lase Procedure Kits | 611 | 773 | 953 | 828 | 976 | 1,409 | 405 | - | - | - | - | - | 5,955 |
| Vari-Lase Procedure Kits (Dual-Clad) | - | - | - | - | - | - | 405 | 971 | 1,402 | 1,153 | 1,341 | 1,436 | 6,708 |
| Vari-Lase Fibers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vari-Lase Laser Consoles | 2 | 2 | 9 | 4 | 4 | 5 | 4 | 6 | 10 | 3 | 8 | 10 | 67 |

| | January-07 | February-07 | March-07 | April-07 | May-07 | June-07 | July-07 | August-07 | September-07 | October-07 | November-07 | December-07 | Total | 2003 to 2007 Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vari-Lase Procedure Kit Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,061,653 |
| Vari-Lase Procedure Kit Revenue (Dual-Clad) | $ 263,444 | $ 240,367 | $343,947 | $ 95,284 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 943,042 | $ 2,501,558 |
| Vari-Lase Fiber Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 98,224 |
| Vari-Lase Laser Console Revenue | $ 19,950 | $ - | $250,919 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 270,869 | $ 4,980,494 |
| Total Revenue | $ 283,394 | $ 240,367 | $594,866 | $ 95,284 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,213,911 | $11,641,928 |
| Vari-Lase Procedure Kit ASP | | | | | | | | | | | | | | $ 248 |
| Vari-Lase Procedure Kit ASP (Dual-Clad) | $ 247 | $ 233 | $ 214 | $ 244 | | | | | | | | | $ 230 | $ 232 |
| Vari-Lase Fiber ASP | | | | | | | | | | | | | | $ 102 |
| Vari-Lase Laser Console ASP | $ 19,950 | N/A | $ 27,880 | N/A | | | | | | | | | $ 27,087 | $ 27,517 |
| Vari-Lase Procedure Kits | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,375 |
| Vari-Lase Procedure Kits (Dual-Clad) | 1,067 | 1,033 | 1,606 | 390 | | | | | | | | | 4,096 | 10,804 |
| Vari-Lase Fibers | - | - | - | - | - | - | - | - | - | - | - | - | - | 960 |
| Vari-Lase Laser Consoles | 1 | - | 9 | - | - | - | - | - | - | - | - | - | 10 | 181 |