# EXHIBIT B

**Exhibit B**
**Jury Award**

| Jury Awarded Discount: | | VSI | Anglo |
|---|---|---|---|
| Jury Award | | $ 4,100,000 | $ 8,360,000 |
| | | | |
| Reasonable Royalty (2002-2007) - page 17 Green | 1 | $ 2,170,000 | $ 6,361,440 |
| Reasonable Royalty (2002-2007) - Hoffman | 2 | $ 990,750 | $ 3,074,900 |
| Reason Royalty & Price Erosion - page 39 Green | 3 | $ 4,637,412 | $ 6,361,440 |
| | | | |
| Lost Profits on Lost Sales (2005-2007) - page 34 Green | | $ 3,166,481 | $ 10,226,931 |
| Royalty on Sales Not Captured (2005-2007) - page 34 Green | | 326,400 | 884,360 |
| Reasonable Royalty 2002-2004 - page 34 Green | | 538,160 | 1,944,400 |
| Lost Profits Damages | 4 | $ 4,031,041 | $ 13,055,691 |
| | | | |
| Lost Profits on Lost Sales (2005-2007) - page 34 Green | | $ 3,166,481 | $ 10,226,931 |
| Royalty on Sales Not Captured (2005-2007) - page 34 Green | | 326,400 | 884,360 |
| Reasonable Royalty 2002-2004 - page 34 Green | | 538,160 | 1,944,400 |
| Price Erosion 2003-2007 - page 37 Green | | 2,467,712 | - |
| Total Lost Profits & Price Erosion - page 37 Green | 5 | $ 6,498,753 | $ 13,055,691 |
| | | | |
| Jury Award as a Percentage of Total Lost Profits & Price Erosion | | 63.1% | 64.0% |

4/27/2007