# EXHIBIT C

**Exhibit C**
**Dual Clad Damages up to January 31, 2007**

**Calculation:**

**Lost Profits (80% of sales)**

| | Kit Sales | | Reason |
|---|---|---|---|
| | 7,775 | | Dual Clad sales from 7-15-06 to 1-31-07 |
| | 80% | | Market captured by Diomed |
| | 6,220 | | |
| $ | 133.00 | | Per kit lost profits (Green page 28) |
| $ | 827,260 | | |
| | 63.1% | | Jury Awarded Discount |
| $ | 522,001 | | |

**Reason Royalty (20% of sales)**

| | Kit Sales | | |
|---|---|---|---|
| | 7,775 | | Dual Clad sales from 7-15-06 to 1-31-07 |
| | 20% | | Market not captured by Diomed |
| | 1,555 | | |
| $ | 80.00 | | Reasonable royalty (Green page 33) |
| $ | 124,400 | | |
| | 63.1% | | Jury Awarded Discount |
| $ | 78,496 | | |

| $ | 522,001 | Lost Profit Damages on Dual Clad sales from 7-15-06 to 1-31-07 |
| $ | 78,496 | Reasonable Royalties on Damages on Dual Clad sales from 7-15-06 to 1-31-07 |
| $ | 600,497 | Total Additional Damages |