# EXHIBIT D

Exhibit D
Dual Clad & Laser Damages from February 1, 2007 to April 10, 2007

**Calculation:**

**Lost Profits (80% of sales)**

| Kit Sales | | | Laser Sales | | |
|---|---|---|---|---|---|
| | 3,029 | Dual Clad sales from 2-1-07 to 4-10-07 | | 9 | Lasers sales from 2-1-07 to 4-10-07 |
| | 80% | Market captured by Diomed | | 80% | Market captured by Diomed |
| $ | 2,423 | | | 7.20 | |
| $ | 133.00 | Per kit lost profits (Green page 28) | $ | 17,506.00 | Per laser lost profits (Green page 28) |
| $ | 322,286 | | $ | 126,043 | |
| | 63.1% | Jury Awarded Discount | | 63.1% | Jury Awarded Discount |
| $ | 203,362 | | $ | 79,533 | |

**Reason Royalty (20% of sales)**

| Kit Sales | | | Laser Sales | | |
|---|---|---|---|---|---|
| | 3,029 | Dual Clad sales from 2-1-07 to 4-10-07 | | 9 | Lasers sales from 2-1-07 to 4-10-07 |
| | 20% | Market not captured by Diomed | | 20% | Market not captured by Diomed |
| | 606 | | | 1.80 | |
| $ | 80.00 | Reasonable royalty (Green page 33) | $ | 5,000.00 | Reasonable royalty (Green page 33) |
| $ | 48,464 | | $ | 9,000 | |
| | 63.1% | Jury Awarded Discount | | 63.1% | Jury Awarded Discount |
| $ | 30,581 | | $ | 5,679 | |

| $ | 203,362 | Lost Profit Damages on Dual Clad sales from 2-1-07 to 4-10-07 |
| $ | 30,581 | Reasonable Royalties on Damages on Dual Clad sales from 2-1-07 to 4-10-07 |
| $ | 79,533 | Lost Profit Damages on Laser sales from 2-1-07 to 4-10-07 |
| $ | 5,679 | Reasonable Royalties on Damages on Laser sales from 2-1-07 to 4-10-07 |
| $ | 319,155 | Total Additional Damages |