# EXHIBIT E

Exhibit E
Interest Calculation - Pre-Trial to March 31, 2007
Damages Through January 31, 2007

|  | Damages | Discount | Award |
|---|---|---|---|
| Lost Profits on Lost Sales (2005-2007) -page 34 Green | $ 3,166,481 | 63.1% | $ 1,997,702 |
| Royalty on Sales Not Captured (2005-2007) -page 34 Green | 326,400 | 63.1% | 205,923 |
| Reasonable Royalty 2002-2004 -page 34 Green | 538,160 | 63.1% | 339,622 |
| Price Erosion 2003-2007 -page 37 Green | 2,467,712 | 63.1% | 1,556,855 |
| Total Lost Profits & Price Erosion -page 37 Green | $ 6,498,753 | | $ 4,100,000 |

| | A | B | C=A+B | D=C/Total of C*Total D | E | F=G*E/4 | G=G+D+F |
|---|---|---|---|---|---|---|---|
| | Infringing Non-Dual Clad Sales | Infringing Laser Sales | Total Infringing Sales | Damages in Proportion With Infringing Sales | Applicable 3 Month Treasury Rate - Secondary Market | Interest | Cumulative Damages Including Interest |
| **Reasonable Royalty (2002-2004)** | | | | | | | |
| Q2 2003 | 8,319 | - | 8,319 | 1,260 | 0.92% | - | 1,260 |
| Q3 2003 | 79,200 | - | 79,200 | 12,000 | 0.94% | 3 | 13,263 |
| Q4 2003 | 82,635 | - | 82,635 | 12,520 | 0.90% | 30 | 25,814 |
| Q1 2004 | 169,194 | 157,000 | 326,194 | 49,423 | 0.94% | 61 | 75,298 |
| Q2 2004 | 194,691 | 92,000 | 286,691 | 43,438 | 1.27% | 239 | 118,974 |
| Q3 2004 | 233,352 | 315,145 | 548,497 | 83,105 | 1.65% | 491 | 202,571 |
| Q4 2004 | 328,027 | 581,275 | 909,302 | 137,773 | 2.19% | 1,109 | 341,452 |
| Q1 2005 | - | - | - | - | 2.74% | 2,339 | 343,791 |
| Q2 2005 | - | - | - | - | 2.97% | 2,553 | 346,344 |
| Q3 2005 | - | - | - | - | 3.42% | 2,961 | 349,305 |
| Q4 2005 | - | - | - | - | 3.89% | 3,397 | 352,702 |
| Q1 2006 | - | - | - | - | 4.51% | 3,977 | 356,679 |
| Q2 2006 | - | - | - | - | 4.79% | 4,271 | 360,950 |
| Q3 2006 | - | - | - | - | 4.81% | 4,340 | 365,291 |
| Q4 2006 | - | - | - | - | 4.85% | 4,429 | 369,720 |
| Q1 2007 | - | - | - | - | 4.94% | 4,566 | 374,286 |
| | 1,095,418 | 1,145,420 | 2,240,838 | 339,520 | | $ 34,766 | |
| **Price Erosion (2003-2007)** | | | | | | | |
| Q4 2003 | 82,635 | - | 82,635 | 14,649 | 0.90% | - | 14,649 |
| Q1 2004 | 169,194 | 157,000 | 326,194 | 57,827 | 0.94% | 34 | 72,511 |
| Q2 2004 | 194,691 | 92,000 | 286,691 | 50,824 | 1.27% | 230 | 123,565 |
| Q3 2004 | 233,352 | 315,145 | 548,497 | 97,237 | 1.65% | 510 | 221,312 |
| Q4 2004 | 328,027 | 581,275 | 909,302 | 161,200 | 2.19% | 1,212 | 383,723 |
| Q1 2005 | 267,166 | 315,800 | 582,966 | 103,347 | 2.74% | 2,629 | 489,698 |
| Q2 2005 | 442,253 | 423,630 | 865,883 | 153,502 | 2.97% | 3,636 | 646,837 |
| Q3 2005 | 398,416 | 479,380 | 877,796 | 155,614 | 3.42% | 5,530 | 807,981 |
| Q4 2005 | 519,488 | 480,515 | 1,000,003 | 177,279 | 3.89% | 7,858 | 993,118 |
| Q1 2006 | 592,692 | 372,285 | 964,977 | 171,069 | 4.51% | 11,197 | 1,175,385 |
| Q2 2006 | 751,330 | 379,050 | 1,130,380 | 200,392 | 4.79% | 14,075 | 1,389,852 |
| Q3 2006 | 93,114 | 536,882 | 629,996 | 111,685 | 4.81% | 16,713 | 1,518,249 |
| Q4 2006 | - | 576,663 | 576,663 | 102,230 | 4.85% | 18,409 | 1,638,888 |
| Q1 2007 | - | - | - | - | 4.94% | 20,240 | 1,659,128 |
| | 4,072,358 | 4,709,625 | 8,781,983 | 1,556,855 | | $ 102,273 | |
| **Lost Profits & Reasonable Royalty (2005-2007)** | | | | | | | |
| Q1 2005 | 267,166 | 315,800 | 582,966 | 193,219 | 2.74% | - | 193,219 |
| Q2 2005 | 442,253 | 423,630 | 865,883 | 286,989 | 2.97% | 1,435 | 481,643 |
| Q3 2005 | 398,416 | 479,380 | 877,796 | 290,938 | 3.42% | 4,118 | 776,699 |
| Q4 2005 | 519,488 | 480,515 | 1,000,003 | 331,442 | 3.89% | 7,553 | 1,115,694 |
| Q1 2006 | 592,692 | 372,285 | 964,977 | 319,833 | 4.51% | 12,579 | 1,448,107 |
| Q2 2006 | 751,330 | 379,050 | 1,130,380 | 374,655 | 4.79% | 17,341 | 1,840,103 |
| Q3 2006 | 93,114 | 536,882 | 629,996 | 208,807 | 4.81% | 22,127 | 2,071,037 |
| Q4 2006 | - | 576,663 | 576,663 | 191,130 | 4.85% | 25,111 | 2,287,278 |
| Q1 2007 | - | 19,950 | 19,950 | 6,612 | 4.94% | 28,248 | 2,322,138 |
| | $ 3,064,459 | $ 3,584,155 | $ 6,648,614 | $ 2,203,625 | | $ 118,513 | |

Total Interest $ 255,552