# EXHIBIT F

**Exhibit F**
Interest Calculation - July 15, 2006 to January 31, 2007
Damages for Dual Clad from July 15, 2006 to January 31, 2007

| | A | B=A/Total of A*Total B | C | D=E*C/4 | E=E+B+D |
|---|---|---|---|---|---|
| | Dual Clad Sales | Damages in Proportion With Infringing Sales | Applicable 3 Month Treasury Rate - Secondary Market | Interest | Cumulative Damages Including Interest |
| Q3 2006 | 655,591 | 216,075 | 4.81% | - | 216,075 |
| Q4 2006 | 902,925 | 297,594 | 4.85% | 2,620 | 516,289 |
| Q1 2007 | 263,444 | 86,828 | 4.94% | 6,376 | 609,493 |
| Q2 2007 | - | - | 0.00% | - | 609,493 |
| | $ 1,821,960 | $ 600,497 | | $ 8,996 | |