# EXHIBIT G

**Exhibit G**
Interest Calculation - February 1, 2007 to March 31, 2007
Damages for Dual Clad & Laser from February 1, 2007 to April 10, 2007

| | A | B | C=A+B | D=C/Total of C*Total D | E | F=G*E/4 | G=G+D+F |
|---|---|---|---|---|---|---|---|
| | Dual Clad Sales | Laser Sales | Total Sales | Damages in Proportion With Infringing Sales | Applicable 3 Month Treasury Rate - Secondary Market | Interest | Cumulative Damages Including Interest |
| Q1 2007 | 584,314 | 250,919 | 835,233 | 286,474 | 4.94% | - | 286,474 |
| Q2 2007 | 95,284 | - | 95,284 | 32,681 | 0.00% | - | 319,155 |
| | 679,598 | 250,919 | 930,517 | 319,155 | | - | |