# EXHIBIT H

**Exhibit H**
**Damage Split on $4.1 Million Award**

|  | Damages | As a Percentage | Discount |  | Award |
|---|---|---|---|---|---|
| Reasonable Royalty 2002-2004 | $ 538,160 | 8.3% | 63.1% | $ | 339,520 |
| Lost Profits on Lost Sales 2005-2007 | $ 3,492,881 | 53.7% | 63.1% | $ | 2,203,625 |
| Price Erosion 2003-2007 | $ 2,467,712 | 38.0% | 63.1% | $ | 1,556,855 |
| Total Lost Profits & Price Erosion | $ 6,498,753 | 100.0% |  | $ | 4,100,000 |

| Time Period |  | Award | As a Percentage |
|---|---|---|---|
| 2002 - 2004 | Sum 1 = | $ 721,257 | 17.6% |
| 2005 - 2007 | Sum 2 = | $ 3,378,743 | 82.4% |
|  |  | $ 4,100,000 | 100.0% |

|  | A | B | C=A+B | D=C/Total of C*Total D |  |
|---|---|---|---|---|---|
|  | Infringing Non-Dual Clad Sales | Infringing Laser Sales | Total Infringing Sales | Award in Proportion With Infringing Sales |  |
| **Reasonable Royalty (2002-2004)** |  |  |  |  |  |
| Q2 2003 | 8,319 | - | 8,319 | 1,260 | 1 |
| Q3 2003 | 79,200 | - | 79,200 | 12,000 | 1 |
| Q4 2003 | 82,635 | - | 82,635 | 12,520 | 1 |
| Q1 2004 | 169,194 | 157,000 | 326,194 | 49,423 | 1 |
| Q2 2004 | 194,691 | 92,000 | 286,691 | 43,438 | 1 |
| Q3 2004 | 233,352 | 315,145 | 548,497 | 83,105 | 1 |
| Q4 2004 | 328,027 | 581,275 | 909,302 | 137,773 | 1 |
|  | 1,095,418 | 1,145,420 | 2,240,838 | 339,520 |  |
| **Price Erosion (2003-2007)** |  |  |  |  |  |
| Q4 2003 | 82,635 | - | 82,635 | 14,649 | 1 |
| Q1 2004 | 169,194 | 157,000 | 326,194 | 57,827 | 1 |
| Q2 2004 | 194,691 | 92,000 | 286,691 | 50,824 | 1 |
| Q3 2004 | 233,352 | 315,145 | 548,497 | 97,237 | 1 |
| Q4 2004 | 328,027 | 581,275 | 909,302 | 161,200 | 1 |
| Q1 2005 | 267,166 | 315,800 | 582,966 | 103,347 | 2 |
| Q2 2005 | 442,253 | 423,630 | 865,883 | 153,502 | 2 |
| Q3 2005 | 398,416 | 479,380 | 877,796 | 155,614 | 2 |
| Q4 2005 | 519,488 | 480,515 | 1,000,003 | 177,279 | 2 |
| Q1 2006 | 592,692 | 372,285 | 964,977 | 171,069 | 2 |
| Q2 2006 | 751,330 | 379,050 | 1,130,380 | 200,392 | 2 |
| Q3 2006 | 93,114 | 536,882 | 629,996 | 111,685 | 2 |
| Q4 2006 | - | 576,663 | 576,663 | 102,230 | 2 |
| Q1 2007 | - | - | - | - |  |
|  | 4,072,358 | 4,709,625 | 8,781,983 | 1,556,855 |  |
| **Lost Profits & Reasonable Royalty (2005-2007)** |  |  |  |  |  |
| Q1 2005 | 267,166 | 315,800 | 582,966 | 193,219 | 2 |
| Q2 2005 | 442,253 | 423,630 | 865,883 | 286,989 | 2 |
| Q3 2005 | 398,416 | 479,380 | 877,796 | 290,938 | 2 |
| Q4 2005 | 519,488 | 480,515 | 1,000,003 | 331,442 | 2 |
| Q1 2006 | 592,692 | 372,285 | 964,977 | 319,833 | 2 |
| Q2 2006 | 751,330 | 379,050 | 1,130,380 | 374,655 | 2 |
| Q3 2006 | 93,114 | 536,882 | 629,996 | 208,807 | 2 |
| Q4 2006 | - | 576,663 | 576,663 | 191,130 | 2 |
| Q1 2007 | - | 19,950 | 19,950 | 6,612 | 2 |
|  | $ 3,064,459 | $ 3,584,155 | $ 6,648,614 | $ 2,203,625 |  |
|  |  | **Total Award** |  | 4,100,000 |  |