UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DIOMED, INC.,                                    Civil Action No. 04-CV-10019 (NMG)

    Plaintiff,

v.

ANGIODYNAMICS, INC.,

    Defendant.

---

DIOMED, INC.                                     Civil Action No. 04-CV-10444 (NMG)
                                                 **(CONSOLIDATED UNDER
                                                 04-10019 NMG)**

    Plaintiff,

v.

VASCULAR SOLUTIONS, INC.

    Defendant.

---

### DECLARATION OF DAVID DOSTER

1. I, David Doster, am currently employed at AngioDynamics, Inc. ("AngioDynamics") as Product Manager for AngioDynamics' venous product line. As part of my work, I manage the sales and marketing of AngioDynamics' venous products. In that capacity, I have personal knowledge of the facts stated herein.

2. As of April 27, 2007, AngioDynamics has ceased offering for sale the bare-tipped fiber kits that were found to infringe by the March 30, 2007, judgment in the above-captioned matter. AngioDynamics' future kits sales will include a "Never Touch" fiber that will avoid

ME1 6336541v.1

infringement by preventing inadvertent contact between the laser-emitting section of the fiber and the vein wall.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated April 27, 2007

*David Doster* (signature)

David Doster