IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>　　　Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　　Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN
SUPPORT OF MOTION FOR PERMANENT INJUNCTION**

　　　Diomed, Inc. ("Diomed") respectfully requests leave to file the attached reply brief in support of its March 30, 2007 Motion for Permanent Injunction (D.I. 230). Diomed believes that the reply is necessary to address arguments that the defendants raised regarding the appropriate scope of the injunction. Counsel for defendants have stated that they do not oppose this motion.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　DIOMED, INC.
　　　　　　　　　　　　　　　　　　　　　By its attorneys,

Dated: April 27, 2007　　　　　　　　　　/s/ Michael A. Albert

        Michael A. Albert (BBO #558566)
        malbert@wolfgreenfield.com
        Michael N. Rader (BBO #646990)
        mrader@wolfgreenfield.com
        John L. Strand (BBO #654985)
        jstrand@wolfgreenfield.com
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, MA 02210
        (617) 646-8000

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

        /s/ Michael A. Albert

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned certifies that counsel for Diomed consulted with counsel for defendants, who agreed not to oppose Diomed's motion.

        /s/ Michael A. Albert