THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No. 04-10019 RGS |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 RGS <br> (CONSOLIDATED UNDER <br> 04-10019 RGS) |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT
OF MOTION FOR JUDGMENT AS A MATTER OF LAW
OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

Defendants respectfully request leave to file the attached reply brief in support of its April 11, 2007 Joint Motion for Judgment as a Matter of Law or, in the alternative, for a New Trial (D.I. 246). Defendants believe that the reply is necessary to address arguments that the plaintiff raised in their opposition memorandum filed April 25, 2007 (D.I. 261). Counsel for plaintiff has stated that they do not oppose this motion.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for defendants consulted with counsel for Diomed, who agreed not to oppose defendants' motion.

| | |
|---|---|
| Dated: May 9, 2007<br><br>**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**<br><br>**/s/ William H. Bright, Jr.** | THE DEFENDANT,<br>ANGIODYNAMICS, INC.<br><br>By /s/ William H. Bright, Jr.<br>　　William H. Bright, Jr.<br>　　*wbright@mccarter.com*<br>　　Mark D. Giarratana<br>　　*mgiarratana@mccarter.com*<br>　　McCARTER & ENGLISH, LLP<br>　　CityPlace I<br>　　Hartford, CT 06103<br>　　Phone: (860) 275-6700<br><br>THE DEFENDANT,<br>VASCULAR SOLUTIONS, INC.<br><br>By /s/ Thomas Vitt<br>　　Thomas Vitt<br>　　*Vitt.Thomas@Dorsey.com*<br>　　Heather Redmond<br>　　*Redmond.Heather@Dorsey.com*<br>　　DORSEY & WHITNEY LLP<br>　　50 South Sixth Street<br>　　Minneapolis, MN 55402-1498<br>　　Phone: (612) 340-5675 |