IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

**STIPULATION OF DISMISSAL OF REMAINING COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) & (c), Diomed and AngioDynamics stipulate to the dismissal with prejudice of AngioDynamics' Fourth and Fifth Counterclaims (D.I. 70) against Diomed.

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
Michael N. Rader (BBO #646990)
John L. Strand (BBO #654985)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000 (617) 646-8646 (fax)

COUNSEL FOR DIOMED, INC.

/s/ William H. Bright, Jr.
Rodney S. Dowell (BBO #620916)
BERMAN & DOWELL
210 Commercial St., 5th Floor
Boston, MA 02109
(617) 723-9911 (617) 720-3500 (fax)

William H. Bright, Jr.
Mark D. Giarratana
MCCARTER & ENGLISH, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700 (860) 724-3397 (fax)

COUNSEL FOR ANGIODYNAMICS, INC.

DATED: May 18, 2007

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert

**ORDER**

IT IS SO ORDERED this ______ day of ____________________, 2007 that AngioDynamics' Fourth and Fifth Counterclaims in AngioDynamics' Second Amended Answer (D.I. 70) are dismissed with prejudice.

___________________________________