IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>　　　　Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

### STIPULATION TO PARTIALLY RESOLVE PENDING MOTIONS

Several post-trial motions are currently pending before the Court. This stipulation resolves two of Diomed's motions: its motion for post-judgment damages (D.I. 251) and its motion for prejudgment interest (D.I. 253) with regard to both defendants, Vascular Solutions, Inc. ("VSI") and AngioDynamics, Inc. ("AngioDynamics").

### STIPULATION

**Whereas** the jury trial in this matter ended on March 28, 2007 and the Court entered judgment on March 30, 2007, including a $4,100,000 damages award against VSI and a $8,360,000 damages award against AngioDynamics;

-2-

**Whereas** Diomed has requested the judgment be amended to include damages on sales of kits and lasers made by VSI after January 31, 2007 through April 11, 2007, damages for sales made by VSI of kits containing "dual clad" fibers since mid-2006, an award of pre-judgment interest, and an enhancement of damages based on VSI's allegedly willful post-verdict infringement (D.I. 251 & 253);

**Whereas** VSI and AngioDynamics have opposed Diomed's requests (D.I. 262, 264 & 267);

**Whereas** VSI represents that it has not sold bare-tipped laser fibers (either dual clad or non-dual clad) in kits or individually since April 11, 2007; and,

**Whereas** the parties wish to resolve the disputes between them on these particular issues;

**Now therefore**, the parties stipulate as follows:

The parties have reached agreement regarding a resolution of Diomed's motions D.I. 251 & 253, and specifically have agreed upon a manner of calculating the amount of prejudgment interest on the awards against the defendants, the amount for post-January 31, 2007 damages against the defendants, and the amount of other damages sought against VSI. Pursuant to this agreement, the parties will file a "Joint Proposed Order" to modify the judgment based on the agreement depending on how the Court resolves defendants' joint motion for judgment as a matter of law or a new trial (D.I. 246). The parties will file that motion promptly upon the Court's resolution of D.I. 246.

-3-

| | |
|---|---|
| /s/ Michael A. Albert | /s/ Thomas J. Vitt |

| | |
|---|---|
| Michael A. Albert (BBO #558566) <br> malbert@wolfgreenfield.com <br> Michael N. Rader (BBO #646990) <br> mrader@wolfgreenfield.com <br> John L. Strand (BBO #654985) <br> jstrand@wolfgreenfield.com <br> WOLF, GREENFIELD & SACKS, P.C. <br> 600 Atlantic Avenue <br> Boston, MA 02210 <br> (617) 646-8000 <br> Fax (617) 646-8646 <br><br> **COUNSEL FOR DIOMED, INC.** | Thomas J. Vitt (admitted pro hac vice) <br> vitt.thomas@dorsey.com <br> DORSEY & WHITNEY LLP <br> Suite 1500 <br> 50 South Sixth Street <br> Minneapolis, MN  55402-1498 <br> (612) 340-5675 <br> Fax (612) 340-8856 <br><br> Steven L. Feldman, Esq. (BBO #162290) <br> RUBERTO, ISRAEL & WEINER, P.C. <br> 100 North Washington Street <br> Boston, MA  02114 <br> (617) 742-4200 <br> Fax (617) 742-2355 <br><br> **COUNSEL FOR VASCULAR SOLUTIONS, INC.** |
| /s/ William H. Bright, Jr. | |
| William H. Bright, Jr. <br> wbright@mccarter.com <br> Mark D. Giarratana <br> mgiarratana@mccarter.com <br> MCCARTER & ENGLISH, LLP <br> City Place I <br> 185 Asylum Street <br> Hartford, CT 06103 <br> (860) 275-6700 <br> Fax (860) 724-3397 <br><br> **COUNSEL FOR ANGIODYNAMICS, INC.** | |

Dated: May 22, 2007