IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br>       Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br>       Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC., <br><br>       Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br>       Defendant. | Civil Action No. 04-10444 NMG <br> **(CONSOLIDATED UNDER 04-10019 NMG)** |

## JOINT PROPOSED ORDER

Pursuant to a stipulation and agreement among the parties to resolve the matters of prejudgment interest and other damages plaintiff Diomed requested after trial, plaintiff Diomed and defendants AngioDynamics and Vascular Solutions all jointly propose the following order:

The Court hereby amends the judgment dated March 30, 2007 (D.I. 229) to add $1,350,000 to the judgment against AngioDynamics (the final judgment against AngioDynamics after modification thus totaling $9,710,000) and to add $875,000 to the judgment against Vascular Solutions (the final judgment against VSI after modification thus totaling $4,975,000).

-2-

Respectfully Submitted,


/s/ Michael A. Albert

Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
Fax (617) 646-8646

**COUNSEL FOR DIOMED, INC.**


/s/ William H. Bright, Jr.

William H. Bright, Jr.
wbright@mccarter.com
Mark D. Giarratana
mgiarratana@mccarter.com
MCCARTER & ENGLISH, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
Fax (860) 724-3397

**COUNSEL FOR ANGIODYNAMICS, INC.**


/s/ Thomas J. Vitt

Thomas J. Vitt (admitted pro hac vice)
vitt.thomas@dorsey.com
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402-1498
(612) 340-5675
Fax (612) 340-8856

Steven L. Feldman, Esq. (BBO #162290)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA  02114
(617) 742-4200
Fax (617) 742-2355

**COUNSEL FOR VASCULAR SOLUTIONS, INC.**

Dated: May_22, 2007


**ENTERED:** _____ Date: _____
                    U.S. Dist. Ct. Judge Nathaniel M. Gorton