UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No. 04-CV-10019 (NMG) |
| DIOMED, INC. <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. <br><br> Defendant. | Civil Action No. 04-CV-10444 (NMG) <br> **(CONSOLIDATED UNDER** <br> **04-10019 NMG)** |

### [PROPOSED] STIPULATED PERMANENT INJUNCTION ORDER

AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") have been found by a jury to induce infringement and contribute to infringement of claims 9-14, 16-19, and 21 of U.S. Patent No. 6,398,777 (the "asserted claims"). The Court having considered the factors relevant to permanent injunctive relief and having found such relief warranted, **IT IS HEREBY ORDERED** that:

1.  AngioDynamics and VSI and their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, are permanently enjoined and restrained from inducing or contributing to infringement of U.S. Patent No

6,398,777 by using, offering to sell, or selling in the United States, or importing into the United States:

    (a)    endovenous laser therapy kits that defendants had been selling prior to or as of the trial date and other kits that are not more than a mere colorable variation of any such kits;

    (b)    laser consoles that are sold for use with the kits identified in sub-paragraph (a); and

    (c)    any optical fibers or other component of the kits of sub-paragraph (a) that are intended for use with other items that taken together are no more than a mere colorable variation of any of the kits of sub-paragraph (a).

    2.    AngioDynamics and VSI are hereby ordered to provide a copy of this Order to each of their United States sales representatives, distribution executives and distributors of the products identified herein, whether or not such persons are employees of AngioDynamics or VSI.

    3.    This Court shall retain jurisdiction to enforce the provisions of this Order.

_____
Nathaniel M. Gorton
United States District Court Judge
District of Massachusetts

ME1 6429632v.1
ME1 6434726v.1