IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER<br>04-10019 NMG)** |

## [PROPOSED] PERMANENT INJUNCTION ORDER

AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") have been found by a jury to induce infringement and contribute to infringement of claims 9-14, 16-19, and 21 of U.S. Patent No. 6,398,777 (the "asserted claims"). The Court having considered the factors relevant to permanent injunctive relief and having found such relief warranted, **IT IS HEREBY ORDERED** that:

1

1. AngioDynamics and VSI and their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, are permanently enjoined and restrained from inducing or contributing to infringement of U.S. Patent No 6,398,777 by using, offering to sell, or selling in the United States, or importing into the United States:

(a) endovenous laser therapy kits that infringe the '777 patent, including but not limited to kits of the type set forth in Trial Exhibits 1008-1011 that were adjudged to infringe U.S. Patent No. 6,398,777, other kits that use a fiber with an uncoated tip that contacts the vein wall, or any other kits that are not more than a mere colorable variation of any such kits;

(b) laser consoles of the type embodied by Trial Exhibits 1006-1007 and other consoles that are not more than a mere colorable variation of such consoles; and

(c) any optical fiber or other component of the kits of sub-paragraph (a) that are intended for use with other items that taken together are no more than a mere colorable variation of any of the kits of sub-paragraph (a).

2. AngioDynamics and VSI are hereby ordered to provide a copy of this Order to each of their United States sales representatives, distribution executives and distributors of the products identified herein, whether or not such persons are employees of AngioDynamics or VSI.

3. This Court shall retain jurisdiction to enforce the provisions of this Order.

_____
Nathaniel M. Gorton
United States District Court Judge
District of Massachusetts

1195723.4