UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>Defendant. | Civil Action No. 04-CV-10019 (NMG) |
| DIOMED, INC.<br><br>Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.<br><br>Defendant. | Civil Action No. 04-CV-10444 (NMG)<br>**(CONSOLIDATED UNDER<br>04-10019 NMG)** |

### NOTICE OF APPEARANCE OF DAVID M. IANELLI

Now comes Attorney David M. Ianelli and enters his appearance on behalf of the Defendant ANGIODYNAMICS, INC.

ANGIODYNAMICS, INC
By its attorney,

/s/ David M. Ianelli
David M. Ianelli, BBO# 567274
*dianelli@mccarter.com*
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500

Dated: June 5, 2007

ME1 6446977v.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be served electronically on June 5, 2007 upon all counsel of record.

By: /s/ David M. Ianelli