UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGIODYNAMICS, INC., )<br>)<br>Defendant. )<br>)<br>AND )<br>)<br>DIOMED, Inc., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VASCULAR SOLUTIONS, INC., )<br>)<br>Defendant. ) | Civil Action No. 04-10019-RGS<br><br><br><br>Civil Action No. 04-10444 RGS<br>**(Consolidated Under 04-10019 RGS)**<br><br>June 5, 2007 |

### NOTICE OF WITHDRAWAL

I, Rodney S. Dowell, do hereby withdraw my appearance as counsel for the defendant, Angiodynamics, Inc., in the above entitled matter. David M. Ianelli of McCarter & English is concurrently entering his appearance as counsel of record.

Dated: June 5, 2007

Respectfully Submitted,

DEFENDANT
ANGIODYNAMICS, INC.
BY ITS ATTORNEY

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by ECF.**

By: /s/ Rodney S. Dowell
RODNEY S. DOWELL (BBO # 620916)
Berman & Dowell
210 Commercial Street
Boston, MA 02109
(671) 723-9911
(617) 723-6688 (fax)
rdowell@bermandowell.com

**/S/ Rodney S. Dowell**
Rodney S. Dowell