UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ANGIODYNAMICS, INC., )<br>)<br>   Defendant. )<br>_____) | Civil Action No.:  04-10019-NMG |
| DIOMED, INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>VASCULAR SOLUTIONS, INC., )<br>)<br>   Defendant. )<br>_____) | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

## NOTICE OF APPEAL

Notice is hereby given that defendant Vascular Solutions, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from:  (1) the judgment entered in this action on March 30, 2007; (2) those orders entered May 22, 2007 disposing of the parties' post-trial motions and announcing the Court's decision to grant Diomed's request for permanent injunction; and (3) all orders of the Court subsumed within the foregoing.

*Signatures appear on next page*

1

Respectfully submitted,

**VASCULAR SOLUTIONS, INC.**

By its counsel,

/s/ Steven L. Feldman
Steven L. Feldman (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

*~and~*

J. Thomas Vitt (MN #183817)
Heather D. Redmond (MN #313233)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone:  (612) 340-2600

Dated: June 20, 2007

S:\WDOX\Lit\LIT\09090\00002\00003505.DOC