Form 7

FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓]  United States District Court for the  District of Massachusetts
[ ]  United States Court of International Trade
[ ]  United States Court of Federal Claims
[ ]  United States Court of Appeals for Veterans Claims

Type of case:  Patent

Diomed, Inc.  v.  Vascular Solutions, Inc.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 04-10444-NMG          Date of Judgment or Order  March 30 / May 22, 2007
Cross or related appeal?  Related (04-10019-NMG)   Date of Notice of Appeal  June 20, 2007
Appellant is:  [ ] Plaintiff   [✓] Defendant   [ ] Other (explain)

FEES:   Court of Appeals docket fee paid?   [✓] Yes   [ ] No
        U.S. Appeal?                         [ ] Yes   [✓] No
        In forma pauperis?                   [ ] Yes   [✓] No
Is this matter under seal?   [ ] Yes   [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Vascular Solutions, Inc.:                Diomed, Inc.
J. Thomas Vitt, Esq.                     Michael A. Albert, Esq.
Dorsey & Whitney LLP                     Wolf, Greenfield & Sacks, P.C.
50 South Sixth Street, Suite 1500        600 Atlantic Avenue
Minneapolis, MN 55402                    Boston, MA 02201
(612) 340-2600                           (617) 646-8000

COURT REPORTER: (Name and telephone):  Cheryl Dahlstrom; Marianne Kusa-Ryll; Shelly M. Killian; Debra M. Joyce

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Reset Fields

111