UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGIODYNAMICS, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No.:  04-10019-NMG |
| DIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VASCULAR SOLUTIONS, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

## CERTIFICATE OF SERVICE

I, Christopher Paul Roberts, hereby certify that the following documents are being filed on June 20, 2007 through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF):

1. Notice of Appeal;

2. Consent Motion of Defendant Vascular Solutions, Inc. for Approval of Supersedeas Bond;

3. Order Approving VSI's Supersedeas Bond; and

4. Federal Circuit Appeal Information Sheet.

/s/ Christopher Paul Roberts

S:\WDOX\Lit\LIT\09090\00002\00003518.DOC