UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIOMED, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ANGIODYNAMICS, INC.,**<br><br>Defendant. | Civil Action No.:  04-10019-NMG |
| **DIOMED, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**VASCULAR SOLUTIONS, INC.,**<br><br>Defendant. | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

## **NOTICE OF APPEAL**

Notice is hereby given that defendant Vascular Solutions, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from:  (1) the judgment entered in this action on March 30, 2007; (2) those orders entered May 22, 2007 disposing of the parties' post-trial motions and announcing the Court's decision to grant Diomed's request for permanent injunction; and (3) all orders of the Court subsumed within the foregoing.

*Signatures appear on next page*

1

        Respectfully submitted,

        **VASCULAR SOLUTIONS, INC.**

        By its counsel,

        /s/ Steven L. Feldman
        Steven L. Feldman (BBO #162290)
        Ruberto, Israel & Weiner, P.C.
        100 North Washington Street
        Boston, Massachusetts 02114-2128
        Telephone: (617) 742-4200

        *~and~*

        J. Thomas Vitt (MN #183817)
        Heather D. Redmond (MN #313233)
        Dorsey & Whitney LLP
        50 South Sixth Street, Suite 1500
        Minneapolis, Minnesota 55402-1498
        Telephone:  (612) 340-2600

Dated: June 20, 2007

S:\WDOX\Lit\LIT\09090\00002\00003505.DOC