UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

## NOTICE OF APPEAL

Notice is hereby given that defendant AngioDynamics, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from: (1) the judgment entered in this action on March 30, 2007; (2) those orders entered May 22, 2007 disposing of the parties' post-trial motions and announcing the Court's decision to grant Diomed's request for permanent injunction; and (3) all orders of the Court subsumed within the foregoing.

1

ME1 6523337v.1

| | |
|---|---|
| Dated: June 20, 2007 | THE DEFENDANT,<br>ANGIODYNAMICS, INC. |
| **I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**<br><br>**/s/ David M. Ianelli** | By  /s/ David M. Ianelli<br>    William H. Bright, Jr.<br>    *wbright@mccarter.com*<br>    Mark D. Giarratana<br>    *mgiarratana@mccarter.com*<br>    McCARTER & ENGLISH, LLP<br>    CityPlace I<br>    Hartford, CT  06103<br>    Phone:  (860) 275-6700<br><br>    and<br><br>    David M. Ianelli<br>    *dianelli@mccarter.com*<br>    McCARTER & ENGLISH, LLP<br>    265 Franklin Street<br>    Boston, MA 02110<br>    Phone:  (617) 449-6544 |