## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

V.                                                                              CASE NO. _____

_____

### NOTICE OF APPEAL

**Notice is hereby given that** _____ **above named, hereby appeals from the** _____ **entered in the above entitled action on** _____ **.**

**By the Court,**

_____                                                    _____
**Date**                                                                                           **Deputy Clerk**

(Notice of Appeal.wpd - 12/98)                                          [app., kdapp., kgapp., kcustapp.]