FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the  District of Massachusetts
[ ] United States Court of International Trade
[ ] United States Court of Federal Claims
[ ] United States Court of Appeals for Veterans Claims

Type of case: Patent

Diomed, Inc.   v.  AngioDynamics, Inc.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. CA No. 04-10019-NMG          Date of Judgment or Order  March 30/May 22, 2007

Cross or related appeal?  Yes (04-10444-NMG)    Date of Notice of Appeal  June 20, 2007

Appellant is: [ ] Plaintiff  [✓] Defendant  [ ] Other (explain) _____

FEES:  Court of Appeals docket fee paid?   [✓] Yes   [ ] No
       U.S. Appeal?                         [ ] Yes   [✓] No
       In forma pauperis?                   [ ] Yes   [✓] No

Is this matter under seal?   [ ] Yes   [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Diomed, Inc.:
Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02201
(617) 646-8000

AngioDynamics, Inc.:
William H. Bright, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700

COURT REPORTER: (Name and telephone):  Cheryl Dahlstrom; Marianne Kusa-Ryll; Shelly M. Killian, Debra M. Joyce (617.737.7117)

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Reset Fields

111