IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC.<br><br>          Defendant. | CIVIL ACTION NO. 04-10019-NMG |
| DIOMED, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.<br><br>          Defendant. | CONSOLIDATED<br><br>CIVIL ACTION NO. 04-10444-NMG |

## DECLARATION OF ILAN BARZILAY

1. I am an attorney for Diomed, Inc. in the above-captioned matter.

2. Attached as Exhibit 1 is a copy of the Court's Permanent Injunction of July 2, 2007 (D.I. 287).

3. Attached as Exhibit 2 is a screen shot from the webpage of Defendant AngioDynamics (http://www.angiodynamics.com/pages/products/vein_laser.asp), as accessed on July 11, 2007, showing continued availability of its 980 nm laser console.

4. Attached as Exhibit 3 is a screen shot from the webpage of Defendant VSI (http://vascularsolutions.com/products/varilase-console), as accessed on July 11, 2007, showing continued availability of its 810 nm laser console.

1217608.1

5. Attached as Exhibit 4 is a copy of a letter sent from Diomed's counsel to AngioDynamics' counsel on July 5, 2007 notifying AngioDynamics of Diomed's intent to file a motion for contempt if AngioDynamics did not cease its sales of its 980 nm laser console.

6. Attached as Exhibit 5 is a copy of a letter sent from Diomed's counsel to VSI's counsel on July 5, 2007 notifying VSI of Diomed's intent to file a motion for contempt if VSI did not cease its sales of its 810 nm laser console.

7. Attached as Exhibit 6 is a letter from AngioDynamics' counsel to Diomed's counsel in response to the letter of Exhibit 4.

8. Attached as Exhibit 7 is a letter from VSI's counsel to Diomed's counsel in response to the letter of Exhibit 5.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: July 11, 2007         /s/ Ilan Barzilay
                             Ilan Barzilay

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                             /s/ Ilan Barzilay

1217608.1