

**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Celebrating 80 Years
1927 - 2007

**Michael A. Albert**
malbert@wolfgreenfield.com
direct dial 617.646.8240

July 5, 2007

William H. Bright, Jr., Esq.
McCarter & English, LLP
City Place I
185 Asylum Street
Hartford, CT 06103

Re:   Diomed, Inc. v. AngioDynamics, Inc., No. 04-10019
      (consolidated with Diomed, Inc. v. VSI, No. 04-10444)
      Our File: D0610.60001US00

Dear Bill:

As you and your client are aware, on July 2, 2007 Judge Gorton entered a Permanent Injunction in *Diomed, Inc. v. AngioDynamics, Inc. and Vascular Solutions, Inc.* (D. Mass., 04-10019) that expressly enjoins AngioDynamics from offering for sale and selling laser consoles that fall into either of two categories. First, in Section 1(b)(1) of the Injunction, the Court ordered your client to cease selling laser consoles "of the type embodied by Trial Exhibits 1006-1007." Second, in Section 1(b)(2), the Court ordered your client to cease selling laser consoles "that are not more than a mere colorable variation of such consoles and that are sold for use with the kits identified in sub-paragraph (a)."

As you know, Trial Exhibit 1006 constitutes AngioDynamics' 980nm laser.

Despite the entry of this injunction, based on a summary review of AngioDynamics' website (and AngioDynamics' press release concerning the injunction), as well as market feedback our client has received, it appears that AngioDynamics is still offering for sale the very same laser console it was selling prior to trial.

Leaving aside any disagreement we may have over whether such sales might violate Section 1(b)(2) of the Injunction, they clearly and undeniably violate section 1(b)(1) of the Injunction as the consoles appear to be the very same ones your client was selling prior to trial.

If these sales and offers for sale continue, Diomed will be forced to seek an immediate finding of contempt of the Injunction, and will seek all appropriate remedies and sanctions for such contempt.



William H. Bright, Jr., Esq.
July 5, 2007
Page 2

      Please advise by Monday, July 9, 2007 that AngioDynamics will cease offering for sale and selling the said laser consoles. We look forward to your response.

      Very truly yours,

      WOLF, GREENFIELD & SACKS, P.C.

      Michael A. Albert

MA/dmp