AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

✓ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _Cause 15: 1126 Patent Infringement_

v.

Plaintiff(s) _Diomed Incorporated_   Defendant(s) _Vascular Solutions, Inc._

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _04-CV-10019_   Date of Judgment or Order _3/30/2007 5/22/2007_

Cross or related appeal? _____   Date of Notice of Appeal _6/20/2007_

Appellant is: ___ Plaintiff  ✓ Defendant  ___ Other (explain) _____

FEES:  Court of Appeals Docket Fee Paid?  ✓ Yes  ___ No
U.S. Appeal?  ✓ Yes  ___ No
In forma pauperis?  ___ Granted  ___ Denied
___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_James J. Foster_
_Wolf Greenfield & Sacks, PC_
_600 Atlantic Avenue_
_Boston, MA 02210_
_617-720-3500_

_Steven L. Feldman_
_Ruberto, Israel & Weiner, PC_
_100 North Washington Street_
_Boston, Massachusetts 02114-2128_
_617-742-4200_
_617-951-4555_

COURT REPORTER (Name and telephone): _Cheryl Dahlstrom_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.