AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

✓ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _Cause: 15: 1126 Patent Infringement_

v.

Plaintiff(s) _Diomed, Incorporated_    Defendant(s) _Angiodynamics, Incorporated_

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _04-CV-10019_    Date of Judgment or Order _3/30/2007 - 5/22/2007_

Cross or related appeal? _____    Date of Notice of Appeal _6/20/2007_

Appellant is:  ___ Plaintiff  ✓ Defendant  ___ Other (explain) _____

FEES:   Court of Appeals Docket Fee Paid?   ✓ Yes  ___ No
        U.S. Appeal?  ✓ Yes  ___ No
        In forma pauperis?  ___ Granted  ___ Denied
                            ___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_James J. Foster_
_Wolf, Greenfield + Sacks, PC_
_600 Atlantic Avenue_
_Boston, MA 02210_
_617-720-3500_

_Alexandra Stevens_
_McCarter + English, LLP_
_Four Stamford Plaza_
_107 Elm Street_
_Stamford, CT 06902   203-965-0823_
_617-951-4555_

COURT REPORTER (Name and telephone):
_Cheryl Dahlstrom_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.