IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 NMG <br> **(CONSOLIDATED UNDER 04-10019 NMG)** |

## JOINT MOTION TO ENTER FINAL JUDGMENT

On the basis of this Court's August 30, 2006 Order granting Plaintiff Diomed, Inc.'s ("Diomed") Motion for Summary Judgment on Validity and Enforceability of U.S. Patent No. 6,398,777 (D.I. 148); the jury's March 28, 2007 verdict finding AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") liable for contributory and induced infringement of the '777 patent and awarding damages (D.I. 229); the parties' Stipulation of Dismissal of Remaining Counterclaims (D.I. 272); and the parties' Stipulation to Partially Resolve Pending Motions (D.I. 273), the parties, plaintiff Diomed, Inc., and defendants AngioDynamics, Inc. and Vascular Solutions, Inc., jointly request the Court enter the Proposed Final Judgment attached to this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Albert | /s/ William Bright, Jr. |
| Michael A. Albert (BBO #558566) | William Bright, Jr. (pro hac vice) |
| WOLF, GREENFIELD & SACKS, P.C. | Mark D. Giarratana (pro hac vice) |
| 600 Atlantic Avenue | MCCARTER & ENGLISH, LLP |
| Boston, MA 02210 | City Place I |
| (617) 646-8000  (617) 720-2441 (fax) | 185 Asylum Street |
| | Hartford, CT 06103 |
| COUNSEL FOR DIOMED, INC. | (860) 275-6700  (860) 724-3397 (fax) |
| | |
| /s/ Tom Vitt | COUNSEL FOR ANGIODYNAMICS, INC. |
| Tom Vitt (pro hac vice) | |
| DORSEY & WHITNEY LLP | |
| Suite 1500 | |
| 50 South Sixth Street | |
| Minneapolis, MN  55402-1498 | |
| (612) 340-5675  (612) 340-8856 (fax) | |
| | |
| COUNSEL FOR VASCULAR SOLUTIONS, INC. | |

Date:   July 19, 2007