IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER<br>04-10019 NMG)** |

**[JOINT PROPOSED] ORDER ENTERING FINAL JUDGMENT**

On the basis of this Court's August 30, 2006 Order granting Plaintiff Diomed, Inc.'s ("Diomed") Motion for Summary Judgment on Validity and Enforceability of U.S. Patent No. 6,398,777 (D.I. 148); the jury's March 28, 2007 verdict finding AngioDynamics, Inc. ("AngioDynamics") and Vascular Solutions, Inc. ("VSI") liable for contributory and induced infringement of the '777 patent and awarding damages (D.I. 229); the parties' Stipulation of Dismissal of Remaining Counterclaims (D.I. 272); and the parties' Stipulation to Partially Resolve Pending Motions (D.I. 273),

IT IS ORDERED AND ADJUDGED

    Based on the jury verdict finding AngioDynamics liable for contributory and induced
    infringement and awarding damages, and based on the parties' stipulation concerning

amending the judgment to add prejudgment interest and additional damages, judgment is awarded to Diomed against AngioDynamics in the amount of $9,710,000.

Based on the jury verdict finding VSI liable for contributory and induced infringement and awarding damages, and based on the parties' stipulation concerning amending the judgment to add prejudgment interest and additional damages, judgment is awarded to Diomed against VSI in the amount of $4,975,000.

Post judgment interest shall accrue as of March 30, 2007 at a rate of 4.93 percent (D.I. 229).

All counterclaims asserted by AngioDynamics and VSI are hereby dismissed with prejudice.

The Permanent Injunction entered on July 2, 2007 (D.I. 287) shall continue in full force and effect and this Court shall retain jurisdiction to enforce its provisions.


Dated: _____                    _____
                                           Nathaniel M. Gorton
                                           United States District Judge