UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC. | Civil File No. 104-CV-10444(NMG) |
| Plaintiff, | |
| v. | |
| VASCULAR SOLUTIONS, INC. | |
| Defendant. | |

**and**

| | |
|---|---|
| DIOMED, INC., | Civil Action No. 04-CV-10019 (NMG) |
| Plaintiff, | **(CONSOLIDATED UNDER 04-10019 NMG)** |
| v. | |
| ANGIODYNAMICS, INC., | |
| Defendant. | |

## DECLARATION OF HOWARD ROOT

I, Howard Root, declare:

1. I am the Chief Executive Officer of Defendant Vascular Solutions, Inc. ("VSI"). I offer this declaration in opposition to Plaintiff Diomed, Inc.'s Motion for Contempt. I make the statements in this declaration based on my own personal knowledge.

2. As set forth in earlier sworn statements submitted to the Court, on April 11, 2007, VSI ceased offering for sale in the United States the bare-tipped laser fiber kits that were found to infringe by the jury in this case, and has transitioned to selling only a redesigned Bright Tip laser fiber. *See* Root Declaration (Docket 257); Hammond Declaration (Docket 258).

3. All laser consoles sold in the United States since April 11, 2007 have been sold for use only in conjunction with VSI's Bright Tip fibers and kits. The physicians who have purchased such consoles have been sold only VSI Bright Tip fibers for use with such laser consoles.

4. VSI also modified its laser console, by adding the following prominent notice on the face of the console:

**VARI-LASE CONSOLE IMPORTANT NOTICE**

This Vari-Lase Console is sold for use solely with Vari-Lase Bright Tip fibers and procedure kits. Vari-Lase Bright Tip fibers incorporate a ceramic distal protective tip which prevents the vessel wall from contacting the fiber transmission core. Vascular Solutions does not sell bare-tipped fibers for use with this console, and Vascular Solutions instructs and recommends that only Vari-Lase Bright Tip fibers be used with this console. Please consult the Vari-Lase console manual and Instructions for Use for complete information.

5. VSI intends that physicians only use its Bright Tip fibers and kits with any laser console it sells in the United States, and so instructs any physician to whom it is marketing its laser consoles.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2007.

_____
Howard Root

2