UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br>         Plaintiff, <br> v. <br> ANGIODYNAMICS, INC., <br>         Defendant. | Civil Action No. 04-CV-10019 (NMG) |
| **and** | |
| DIOMED, INC. <br>         Plaintiff, <br> v. <br> VASCULAR SOLUTIONS, INC. <br>         Defendant. | Civil File No. 104-CV-10444(NMG) |

### DECLARATION OF DAVID DOSTER

1.     I, David Doster, am currently employed at AngioDynamics, Inc. ("AngioDynamics") as Product Manager for AngioDynamics' venous product line. As part of my work, I manage the sales and marketing of AngioDynamics' venous products. In that capacity, I have personal knowledge of the facts stated herein.

2.     As of April 27, 2007, AngioDynamics ceased offering for sale the bare-tipped fiber kits that were found by the jury in this matter to induce or contribute to infringement.

1

ME1 6600401v.1

3.  On June 2, 2007, AngioDynamics began selling its new NeverTouch fibers and kits containing the NeverTouch fibers. The NeverTouch fiber has a gold-plated, stainless steel jacket that covers the distal tip of the fiber. This jacket prevents the uncoated tip of the fiber from coming into any contact, including inadvertent contact, with the vessel wall while energy is being emitted during an endovenous laser procedure. Any physicians in the United States who purchase fibers and kits from AngioDynamics in order to perform an endovenous laser procedure can only purchase AngioDynamics' NeverTouch fibers and kits.

4.  Since June 2, 2007, AngioDynamics has only sold five new laser consoles. All such consoles were sold for use with AngioDynamics' NeverTouch fibers and kits. The customers who purchased the consoles can only purchase from AngioDynamics its NeverTouch fibers and kits for use with the laser consoles.

5.  Since learning of Diomed's motion for contempt in this matter, AngioDynamics is only selling laser consoles that are affixed with a prominent bright yellow label that instructs the physician "Laser for use with only the VenaCure® NeverTouch™ kits when used for endovenous laser ablation." Exhibit A. The label is conspicuously placed on the top of the laser console immediately above the operator screen making it virtually impossible for any operator not to see the label. Exhibit B. All laser consoles AngioDynamics sells now and in the future will display this label as described above.

6. AngioDynamics intends that physicians use only its NeverTouch fibers and kits with any laser consoles it sells, and so instructs any physician to whom it is marketing laser consoles and whom it is training on the use of such consoles.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: July 25, 2007.

*David Doster*

David Doster