

$1^{3/4}$