# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### 2007-1475 - DIOMED V VASCULAR SOLUTIONS

**Date of docketing:** 07/24/2007

**Appeal from:** United States District Court / District of Massachusetts
case no. 04-CV-10444

**Appellant(s):** Vascular Solutions, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Massachusetts
James J. Foster
J. Thomas Vitt

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1474, -1475

DIOMED, INCORPORATED,

        Plaintiff-Appellee,

v.

ANGIODYNAMICS, INCORPORATED,

        Defendant-Appellant,

and

VASCULAR SOLUTIONS, INC.,

        Defendant-Appellant.

Appeals from the United States District Court for the District of Massachusetts in consolidated case nos. 04-CV-10019 and 04-CV-10444, Judge Nathaniel M. Gorton.

Authorized Abbreviated Caption[2]

DIOMED v ANGIODYNAMICS, 2007-1474, -1475

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court order. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.