UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-10019-NMG |
| ) | |
| ANGIODYNAMICS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| DIOMED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-10444-NMG |
| ) | |
| ) | |
| VASCULAR SOLUTIONS, INC., ) | (CONS0LIDATED UNDER 04- |
| ) | 10019 NMG) |
| Defendant. ) | |
| ) | |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that defendant AngioDynamics, Inc., in the above-named case,

hereby appeals to the United States Court of Appeals for the Federal Circuit from:  (1)  the

judgment entered in this action on March 30, 2007; (2) those orders entered May 22, 2007

disposing of the parties' post-trial motions and announcing the Court's decision to grant

Diomed's request for permanent injunction; (3) all orders of the Court subsumed within the

foregoing.; and (4) the permanent injunction entered July 2, 2007.

1

ME1 6616145v.1

Dated: July 31, 2007

**I hereby certify that a true copy of the
above document was served upon the
attorney of record for the Plaintiff and
Counterclaim-Defendant Diomed, Inc. by
electronic mail.**

**/s/ William H. Bright, Jr.**

THE DEFENDANT,
ANGIODYNAMICS, INC.


By  /s/ William H. Bright, Jr.
    William H. Bright, Jr.
    *wbright@mccarter.com*
    Mark D. Giarratana
    *mgiarratana@mccarter.com*
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, CT  06103
    Phone:  (860) 275-6700

ME1 6616145v.1