IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION FOR CONTEMPT**

Plaintiff Diomed respectfully requests leave to file the attached Reply in support of its motion for contempt against Defendants AngioDynamics and Vascular Solutions, Inc. ("VSI").

The proposed short (three page) reply brief addresses errors in the Defendants' opposition including mischaracterizations of the Permanent Injunction and erroneous reliance on precedent.

1230655.1                                                   1

Defendants have assented to the request as noted in the L.R. 7.1 Certification below.

Respectfully submitted,

DIOMED, INC.

By its attorneys,

Dated: August 7, 2007

/s/ Michael A. Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
John L. Strand (BBO #654985)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Plaintiff Diomed conferred with counsel for Defendants AngioDynamics and Vascular Solutions, Inc. prior to filing this motion. Defendants consented to the filing of a reply brief subject to Diomed assenting to the filing of a sur-reply by August 17.

/s/ Michael A. Albert

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert