## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 04-10019-NMG |
| ANGIODYNAMICS, INC., ) | |
| Defendant. ) | |
| DIOMED, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 04-10444-NMG |
| VASCULAR SOLUTIONS, INC., ) | (CONS0LIDATED UNDER 04-10019 NMG) |
| Defendant. ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that defendant AngioDynamics, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from: (1) the judgment entered in this action on March 30, 2007; (2) those orders entered May 22, 2007 disposing of the parties' post-trial motions and announcing the Court's decision to grant Diomed's request for permanent injunction; (3) all orders of the Court subsumed within the foregoing.; and (4) the permanent injunction entered July 2, 2007.

ME1 6616145v.1

Dated: July 31, 2007

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**

**/s/ William H. Bright, Jr.**

THE DEFENDANT,
ANGIODYNAMICS, INC.


By  /s/ William H. Bright, Jr.
    William H. Bright, Jr.
    *wbright@mccarter.com*
    Mark D. Giarratana
    *mgiarratana@mccarter.com*
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, CT  06103
    Phone:  (860) 275-6700

ME1 6616145v.1