UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  04-10019-NMG |
| ) | |
| ANGIODYNAMICS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| DIOMED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-10444-NMG |
| ) | |
| VASCULAR SOLUTIONS, INC., ) | (CONS0LIDATED UNDER 04-10019 NMG) |
| ) | |
| Defendant. ) | |

### SECOND AMENDED NOTICE OF APPEAL

Notice is hereby given that defendant Vascular Solutions, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from:  (1)  the judgment entered in this action on March 30, 2007; (2) those orders entered May 22, 2007 disposing of the parties' post-trial motions and announcing the Court's decision to grant Diomed's request for permanent injunction; (3) all orders of the Court subsumed within the foregoing.; (4) the permanent injunction entered July 2, 2007; and (5) the Order Entering Final Judgment entered August 3, 2007.  This Second Amended Notice of Appeal is filed to ensure and make clear that the amended Final Judgment entered on August 3, 2007, which amended the damages amount by stipulation, is included within the scope of the appeal.

1

Respectfully submitted,

**VASCULAR SOLUTIONS, INC.**

By its counsel,

/s/ Steven L. Feldman
Steven L. Feldman (BBO #162290)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

˜and˜

J. Thomas Vitt MN #183817
Heather D. Redmond MN #313233
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Dated: August 15, 2007

### CERTIFICATE OF SERVICE

I, Christopher Paul Roberts, hereby certify that the foregoing Amended Notice of Appeal is being filed on this date (August 15, 2007) through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher Paul Roberts

S:\WDOX\Lit\LIT\09090\00002\00009698.DOC