UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIOMED, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANGIODYNAMICS, INC.,<br><br>　　Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　Defendant. | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

## SECOND AMENDED NOTICE OF APPEAL

Notice is hereby given that defendant AngioDynamics, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from: (1) the judgment entered in this action on March 30, 2007; (2) those orders entered May 22, 2007 disposing of the parties' post-trial motions and announcing the Court's decision to grant Diomed's request for permanent injunction; (3) all orders of the Court subsumed within the foregoing.; (4) the permanent injunction entered July 2, 2007; and (5) the Order Entering Final Judgment entered August 3, 2007.  This Second Amended Notice of Appeal is filed to ensure

1

ME1 6647863v.1

and make clear that the amended Final Judgment entered on August 3, 2007, which amended the damages amount by stipulation, is included within the scope of the appeal.

| | |
|---|---|
| Dated: August 15, 2007 | THE DEFENDANT,<br>ANGIODYNAMICS, INC. |
| **I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**<br><br>/s/ William H. Bright, Jr. | By  /s/ William H. Bright, Jr.<br>   William H. Bright, Jr.<br>   *wbright@mccarter.com*<br>   Mark D. Giarratana<br>   *mgiarratana@mccarter.com*<br>   McCARTER & ENGLISH, LLP<br>   CityPlace I<br>   Hartford, CT  06103<br>   Phone:  (860) 275-6700 |

ME1 6647863v.1