UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG <br><br> (CONS0LIDATED UNDER 04-10019 NMG) |

## ASSENTED-TO MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT

Defendants AngioDynamics, Inc. and Vascular Solutions, Inc. respectfully request that, if plaintiff Diomed's motion for leave to file a reply memorandum is granted, the Court grant leave for Defendants to file the attached sur-reply. This short memorandum addresses errors of fact and law in Diomed's reply memorandum, and defendants believe it will assist the Court in resolving Diomed's motion for contempt. Diomed has assented to the request as noted in the L.R. 7.1 Certification below.

1

ME1 6655184v.1

|  |  |
|---|---|
|  | Respectfully submitted: |
| Dated: August 17, 2007 | THE DEFENDANT,<br>ANGIODYNAMICS, INC. |
| **I hereby certify that a true copy of this document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.** | By /s/ William H. Bright, Jr.<br>William H. Bright, Jr.<br>*wbright@mccarter.com*<br>Mark D. Giarratana<br>*mgiarratana@mccarter.com*<br>McCARTER & ENGLISH, LLP<br>CityPlace I<br>Hartford, CT 06103<br>Phone: (860) 275-6700 |
| **William H. Bright, Jr., Esq.** | THE DEFENDANT,<br>VASCULAR SOLUTIONS, INC.<br><br>By /s/ J. Thomas Vitt<br>J. Thomas Vitt<br>*Vitt.Thomas@Dorsey.com*<br>Heather Redmond<br>*Redmond.Heather@Dorsey.com*<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Phone: (612) 340-5675 |

## LOCAL RULE 7.1 CERTIFICATION

Counsel for defendants conferred with counsel for Diomed before filing this motion. In connection with Diomed's request for leave to file a reply memorandum, Diomed's counsel consented to Defendants' filing of a sur-reply memorandum.

/s/ J. Thomas Vitt

J. Thomas Vitt, Esq.