IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC, <br><br> Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 04-10444 NMG <br> **(CONSOLIDATED UNDER 04-10019 NMG)** |

## NOTICE OF ASSIGNMENT

PLEASE TAKE NOTICE that, pursuant to that certain Loan and Security Agreement, dated September 28, 2007, between plaintiff Diomed, Inc. ("Diomed") and Hercules Technology Growth Capital, Inc. ("Hercules"), Diomed has assigned to Hercules as collateral, inter alia, a security interest in all of Diomed's present and future title and rights to the Judgment entered in this action on August 3, 2007 in favor of Diomed against the defendants herein.

PLEASE TAKE FURTHER NOTICE that a fully executed copy of the Loan and Security Agreement is available upon request from Diomed.

1258291.1                                                             1

2

                                                     Respectfully submitted,

                                                     DIOMED, INC.

                                                   By its attorneys,

Dated: October 2, 2007                            /s/ John L. Strand
                                                   Michael A. Albert (BBO #558566)
                                                   malbert@wolfgreenfield.com
                                                   Michael N. Rader (BBO #646990)
                                                   mrader@wolfgreenfield.com
                                                   John L. Strand (BBO #654985)
                                                   jstrand@wolfgreenfield.com
                                                   WOLF, GREENFIELD & SACKS, P.C.
                                                   600 Atlantic Avenue
                                                   Boston, MA 02210
                                                   (617) 646-8000

## CERTIFICATE OF SERVICE

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                                             /s/ John L. Strand