THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

## DECLARATION OF ANDREW DELAURENZO

1. I, Andrew DeLaurenzo, am an EVLT® sales representative for plaintiff Diomed, Inc.

2. My position requires me to correspond and talk with various doctors on a daily basis in order to sell Diomed laser consoles and procedure kits. The doctors to whom I try to sell Diomed products have informed me that they are also approached by AngioDynamics, Inc. and Vascular Solutions, Inc. ("VSI"), who are two of Diomed's biggest competitors.

3. Diomed seeks to offer our customers and potential customers a competitive package. Due to the highly competitive environment in this industry, however, we frequently learn from doctors of competing offerings, product pricing, and sales tactics used by

- 2 -

AngioDynamics' and VSI's sales representatives. Their competitive strategies can have a very significant impact on my ability to close a sale.

4.  In or about June of 2007, I first met with Dr. Robert Weiser. He practices at 107 Joralemon Street in Brooklyn, New York. It appeared to me at the end of the meeting that Dr. Weiser was enthusiastic about the EVLT procedure and about purchasing a laser console from Diomed.

5.  Then, in or about mid-September, I received a call from Dr. Weiser in which he stated that he had met with a representative from AngioDynamics and had decided to purchase from AngioDynamics. One of the main reasons he gave for deciding to purchase his laser console from AngioDynamics was its representation that its laser would work with any laser fiber or kit from another manufacturer, including ones that contain bare-tipped laser fibers.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: **09/30/**, 2007

Andrew DeLaurenzo