THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER<br>04-10019 NMG)** |

### DECLARATION OF LAWRENCE MARCHMAN JR.

1.    I, Lawrence Marchman, Jr., am an EVLT® sales representative for plaintiff Diomed, Inc.

2.    My position requires me to correspond and talk with various doctors on a daily basis in order to sell Diomed laser consoles and procedure kits. The doctors to whom I try to sell Diomed products have informed me that they are also approached by AngioDynamics, Inc. and Vascular Solutions, Inc. ("VSI"), who are two of Diomed's biggest competitors.

3.    Diomed seeks to offer our customers and potential customers a competitive package. Due to the highly competitive environment in this industry, however, we frequently learn from doctors of competing offerings, product pricing, and sales tactics used by

AngioDynamics' and VSI's sales representatives. Their competitive strategies can have a significant impact on my ability to close a sale.

4. On September 11, 2007, I met with Dr. David Williams and Dr. Mark Kozlowski of Radiology Associates of Corpus Christi, Texas on a sales call. They informed me during that meeting that they had also met with a sales person from VSI. Specifically, they told me that during the VSI sales call, VSI pointed out that despite the labeling on the console to the contrary, VSI's laser console could be used with any bare laser fiber, or any kit from another manufacturer with a bare laser fiber.

5. On September 17, 2007, I met with Dr. Alan Cohen of the University of Texas Radiology department on a sales call. Dr. Cohen informed me during that meeting that he had also met with a sales person from AngioDynamics. According to Dr. Cohen, during the sales call with AngioDynamics, AngioDynamics pointed out to Dr. Cohen that the AngioDynamics' laser console could be used with any bare laser fiber, or any kit from another manufacturer with a bare laser fiber.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: 9/29/07, 2007

Lawrence Marchman, Jr.