THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC,<br><br>    Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER<br>04-10019 NMG)** |

### DECLARATION OF TASHA CHRISTIAN

1. I, Tasha Christian, am an EVLT® sales representative for plaintiff Diomed, Inc.

2. My position requires me to correspond and talk with various doctors on a daily basis in order to sell Diomed laser consoles and procedure kits. The doctors to whom I try to sell Diomed products have informed me that they are also approached by AngioDynamics, Inc. and Vascular Solutions, Inc. ("VSI"), who are two of Diomed's biggest competitors.

3. Diomed seeks to offer our customers and potential customers a competitive package. Due to the highly competitive environment in this industry, however, we frequently learn from doctors of competing offerings, product pricing, and sales tactics used by AngioDynamics' and VSI's sales representatives. Their competitive strategies can have a significant impact on my ability to close a sale.

- 2 -

4. On or about September 6, 2007, I talked with Dr. Rafik Abadier, a potential Diomed customer, on the phone. Dr. Abadier practices at Citrus Cardiology Consultants, P.A., in Inverness, Florida. We discussed Diomed's offerings and his potential purchase of a Diomed laser console and Diomed kits. At that time he also let me know that he was also in discussions with VSI, though he was most likely going to purchase Diomed's laser console.

5. On September 14, 2007, I received a call from Dr. Abadier letting me know that he was going to purchase a laser from VSI instead of Diomed. He stated that one main reason for his decision was that even though VSI's console is labeled such that it should be used only with VSI's newer BrightTip kits, he was instructed by VSI that the console could be used with other manufacturer's laser fibers and kits, including bare tipped laser fibers and kits.

I swear under the pains and penalties of perjury that the foregoing is true and accurate.

Dated: 9/29, 2007

Tasha Christian