UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

**CONSENT MOTION OF ANGIODYNAMICS, INC.
FOR APPROVAL OF SUPERSEDEAS BOND**

Defendant AngioDynamics, Inc. hereby moves the Court for an Order approving its supersedeas bond, attached at Exhibit A hereto.

As grounds for its motion, AngioDynamics states:

1. On March 30, 2007, the Court entered judgment in favor of plaintiff Diomed, Inc. and against AngioDynamics in the amount of $8,360;000.00.

1

2. AngioDynamics filed timely motions for a new trial and for judgment as a matter of law. Diomed filed motions to amend the judgment to include prejudgment interest and supplemental damages, as well as a motion for permanent injunction.

3. On May 22, 2007, the Court denied AngioDynamics' motion for new trial and for judgment as a matter of law. To resolve Diomed's motions to amend the judgment, the parties filed a stipulation and request to add $1,350,000.00 to the judgment against AngioDynamics, resulting in a total judgment amount of $9,710,000.00.

4. On June 20, 2007, AngioDynamics filed a timely Notice of Appeal of the March 30, 2007 judgment (as amended), the May 22, 2007 orders on post-trial motions, the Court's decision to grant Diomed's motion for permanent injunction, and all orders subsumed therein.

5. AngioDynamics has secured a supersedea bond, pursuant to D. Mass. Local Rule 62.2, in the amount of $10,681,500.00. An original of the bond is being filed with the Court and a copy is attached hereto as Exhibit A.

6. Counsel for Diomed has informed counsel for AngioDynamics that Diomed consents to the Court's approval of the supersedeas bond.

WHEREFORE, AngioDynamics respectfully requests that the Court enter an Order approving its supersedeas bond.

<table>
<tr><td>

Dated: October 4, 2007

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail.**

**/s/ David M. Ianelli**

</td><td>

THE DEFENDANT,
ANGIODYNAMICS, INC.

By  /s/ David M. Ianelli
    William H. Bright, Jr.
    *wbright@mccarter.com*
    Mark D. Giarratana
    *mgiarratana@mccarter.com*
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, CT  06103
    Phone:  (860) 275-6700

and

David M. Ianelli
*dianelli@mccarter.com*
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Phone:  (617) 449-6544

</td></tr>
</table>

ME1 6810989v.1