UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bond No. 8206-78-87

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG <br><br> (CONS0LIDATED UNDER 04-10019 NMG) |

### SUPERSEDEAS BOND (ANGIODYNAMICS, INC.)

KNOW ALL BY THESE PRESENTS, that we, AngioDynamics, Inc., as Principal, and Federal Insurance Company, as Surety, are held and firmly bound unto Diomed, Inc., in the amount of Ten Million Six-Hundred Eighty-one Thousand Five Hundred and No/100 Dollars ($10,681,500.00)) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, AngioDynamics, Inc. appeals to the United States Court of Appeals for the Federal Circuit of an action previously decided in the United States District Court for the District of Massachusetts (Civil Action No. 04-10019 NMG (consolidated under 04-10019 NMG)), and AngioDynamics, Inc. obtains an order staying execution upon the judgment pending appeal.

1

NOW THEREFORE, the condition of this obligation is such that if AngioDynamics, Inc. shall pay all costs and charges which may be awarded against it on appeal; and shall pay the judgment or that part of the judgment which is affirmed and all damages awarded against AngioDynamics, Inc. upon the appeal if the judgment or any part of it is affirmed or if the appeal is dismissed, this obligation shall be null and void and released, otherwise to remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the sum of Ten Million Six-Hundred Eighty-One Thousand Five Hundred and No/100 Dollars ($10,681,500.00).

IN WITNESS WHEREOF, AngioDynamics, Inc., as Principal and Federal Insurance Company, as Surety, have hereunto set our hands this __28__ th day of ~~August~~ September, 2007.

Subscribed and sworn to before
this __28th__ day of ~~August~~ September, 2007.

_____
Notary Public

ANGELA M. JENKINS
NOTARY PUBLIC, STATE OF NEW YORK
No. 01JE6067287
QUALIFIED IN SARATOGA & WARREN COUNTY
MY COMMISSION EXPIRES DEC. 3, 20_09_

Subscribed and sworn to before
this __28th__ day of August, 2007.

_____
Notary Public

TODD A. KELSEY
Notary Public-Minnesota
My Commission Expires Jan 31, 2009

AngioDynamics, Inc. (Principal)

By: _____

Title: __CFO__

Federal Insurance Company (Surety)

By: _____
    Janet D. Buerg
Title: Attorney-in-fact

|  | **Chubb Surety** | **POWER OF ATTORNEY** | **Federal Insurance Company**<br>**Vigilant Insurance Company**<br>**Pacific Indemnity Company** | **Attn: Surety Department**<br>**15 Mountain View Road**<br>**Warren, NJ 07059** |
|---|---|---|---|---|

Know All by These Presents, That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint **Amy M. Burns, Janet D. Buerg, Kathleen Sorenson, Laurent R. Laventure, Teresa Hammers, Todd A. Kelsey, Tony D. Becker, Gordy L. Johnson, James R. Perkins, John D. Moore, Stanley L. Pearson, Steven C. Aronson and Nathan P. Hughes of Bloomington, Minnesota**——————

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **17th** day of **October, 2006**

_Kenneth C. Wendel, Assistant Secretary_

_John P. Smith, Vice President_

**STATE OF NEW JERSEY**
**County of Somerset** ss.

On this **17th** day of **October, 2006** before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By-Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with John P. Smith, and knows him to be Vice President of said Companies; and that the signature of John P. Smith, subscribed to said Power of Attorney is in the genuine handwriting of John P. Smith, and was thereto subscribed by authority of said By-Laws and in deponent's presence.



KAREN A. EDER
Notary Public, State of New Jersey
No. 2231647
Commission Expires Oct. 28, 2009

_Notary Public_

### CERTIFICATION

Extract from the By-Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i)  the foregoing extract of the By-Laws of the Companies is true and correct,
(ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this **AUGUST 28, 2007**

  

_Kenneth C. Wendel, Assistant Secretary_

---

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY Telephone (908) 903-3493 Fax (908) 903-3656
e-mail: surety@chubb.com