UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG <br><br> (CONSOLIDATED UNDER 04-10019 NMG) |

### ORDER APPROVING VSI'S SUPERSEDEAS BOND

Pending before the Court is defendant Vascular Solutions, Inc.'s Consent Motion for Approval of Supersedeas Bond. The Court has reviewed VSI's supersedeas bond, in the amount of $5,473,000, and finds that it meets the requirements of D. Mass. Local Rule 62.2. The Court also is informed that plaintiff Diomed, Inc. consents to the Court's approval of the bond. Therefore, the Consent Motion for Approval of Supersedeas Bond is hereby GRANTED.

**So Ordered.**

Dated: 1/15/08

_/s/ N.M. Gorton_
Nathaniel M. Gorton
United States District Judge

S:\WDOX\Lit\LIT\09090\00002\00003497.DOC

1