UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | Civil Action No. 04-CV-10019 (NMG) |
| Plaintiff, | |
| v. | |
| ANGIODYNAMICS, INC., | |
| Defendant. | |

| | |
|---|---|
| DIOMED, INC. | Civil Action No. 04-CV-10444 (NMG) |
| Plaintiff, | |
| v. | |
| VASCULAR SOLUTIONS, INC. | |
| Defendant. | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2, the undersigned hereby moves to withdraw his Appearance on behalf of defendant AngioDynamics, Inc. ("AngioDynamics"). In support of this motion the undersigned represents as follows:

1.   I have been appointed as a judge of the Connecticut Superior Court and expect to take the oath of office on March 5, 2008. As a result, I will not be permitted to continue in the practice of law as of that date.

ME1 7172674v.1

2.	This matter is currently on appeal to the United States Court of Appeal for the Federal Circuit. Attorney Giarratana and two other partners from McCarter & English will continue to handle that appeal.

3.	There are no motions pending or hearings scheduled in this matter before this Court.

4.	AngioDynamics is aware of my appointment and the need for me to withdraw from this matter. A copy of this motion has been delivered to AngioDynamics.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

Dated: February 29, 2008

**I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and Counterclaim-Defendant Diomed, Inc. by electronic mail, and upon AngioDynamics by U.S. Mail.**

**/s/ William H. Bright, Jr.**

By  /s/ William H. Bright, Jr.
    William H. Bright, Jr.
    *wbright@mccarter.com*
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, CT  06103
    Phone:  (860) 275-6700

2

ME1 7172674v.1