NOTE: This disposition is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1474, -1475

DIOMED, INCORPORATED,

      Plaintiff-Appellee,

v.

ANGIODYNAMICS, INCORPORATED,

      Defendant-Appellant,

and

VASCULAR SOLUTIONS, INC.,

      Defendant-Appellant.

Appeals from the United States District Court for the District of Massachusetts in consolidated case nos. 04-CV-10019 and 04-CV-10444, Judge Nathaniel M. Gorton.

ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

04/10/08

cc: Clerk's Office, DCT
    Mark D. Giarratana,
    Michael Albert

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 10 2008

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 04/10/08 as to 2007-1474 ONLY

DIOMED V ANGIODYNAMICS, 2007-1474
DCT - 04-CV-10019

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 4/10/08