**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DIOMED, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No.: 04-10019-NMG |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| DIOMED, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No.: 04-10444-NMG |
| | ) | |
| VASCULAR SOLUTIONS, INC., | ) | (CONS0LIDATED UNDER 04- |
| | ) | 10019 NMG) |
|     Defendant. | ) | |


## JOINT MOTION FOR RELEASE OF SUPERSEDEAS BOND

Plaintiff Diomed, Inc. and Defendant AngioDynamics, Inc. hereby move the Court for an Order releasing AngioDynamics' supersedeas bond.

As grounds for their motion, Diomed and AngioDynamics state:

1. On March 30, 2007, the Court entered judgment in favor of plaintiff Diomed, Inc. and against AngioDynamics in the amount of $8,360,000.00.

2. AngioDynamics filed timely motions for a new trial and for judgment as a matter of law. Diomed filed motions to amend the judgment to include prejudgment interest and supplemental damages, as well as a motion for permanent injunction.

1

ME1 7242934v.2

3. On May 22, 2007, the Court denied AngioDynamics' motion for new trial and for judgment as a matter of law. To resolve Diomed's motions to amend the judgment, the parties filed a stipulation and request to add $1,350,000.00 to the judgment against AngioDynamics, resulting in a total judgment amount of $9,710,000.00 (the "Judgment").

4. On June 20, 2007, AngioDynamics filed a timely Notice of Appeal of the Judgment (as amended), the May 22, 2007 orders on post-trial motions, the Court's decision to grant Diomed's motion for permanent injunction, and all orders subsumed therein.

5. On January 15, 2008 this Court approved, pursuant to D. Mass. Local Rule 62.2, AngioDynamics' supersedeas bond in the amount of $10,681,500.00. A copy of this Court's order is attached as Exhibit A.

6. Diomed and AngioDynamics have reached a settlement of all issues involved in this matter and have moved, in the United States Court of Appeals for the Federal Circuit, for an order dismissing AngioDynamics' appeal. As part of the settlement, Diomed and Hercules Technology Growth Capital Inc., which claims a security interest and lien in the Judgment, consent to this Court ordering the release of the supersedeas bond provided by AngioDynamics in connection with its appeal from the Judgment. Diomed and Hercules Technology Growth Capital Inc. both agree that neither Diomed nor Hercules Technology Growth Capital Inc. shall make any claim against the supersedeas bond provided by AngioDynamics, as approved by this Court.

WHEREFORE, Diomed and AngioDynamics respectfully requests that the Court enter an Order releasing its supersedeas bond, in the form attached as Exhibit B.

ME1 7242934v.2

Dated: April 22, 2008

THE PLAINTIFF,
DIOMED, INC.

By _____
    Michael A. Albert (BBO #558566)
    *malbert@wolfgreenfield.com*
    Michael N. Rader (BBO #646990)
    *mrader@wolfgreenfield.com*
    John L. Strand (BBO #654985)
    *jstrand@wolfgreenfield.com*
    WOLF, GREENFIED & SACKS, P.C.
    600 Atlantic Avenue
    Boston, MA  02210
    (617) 646-8000

THE DEFENDANT,
ANGIODYNAMICS, INC.

By _____
    Mark D. Giarratana
    *mgiarratana@mccarter.com*
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, CT  06103
    Phone:  (860) 275-6700

    and

    David M. Ianelli
    *dianelli@mccarter.com*
    McCARTER & ENGLISH, LLP
    265 Franklin Street
    Boston, MA 02110
    Phone:  (617) 449-6544

THE LIENHOLDER,
HERCULES TECHNOLOGY GROWTH
CAPITAL INC.

By _____
    Siobhan E. Mee (BBO #640372)
    *siobhan.mee@bingham.com*
    BINGHAM McCUTCHEN LLP
    150 Federal Street
    Boston, MA 02110
    (617) 951-8000

**I hereby certify that a true copy of the above document
was served upon the attorney of record for the Plaintiff
Diomed, Inc. and upon counsel for the Lienholder
Hercules Technology Growth Capital Inc. by electronic
mail and regular mail.**

3

MEI 7242934v.2