UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG <br><br> (CONSOLIDATED UNDER 04-10019 NMG) |

### ORDER APPROVING ANGIODYNAMICS, INC.'S SUPERSEDEAS BOND

Pending before the Court is defendant AngioDynamic Inc.'s Consent Motion for Approval of Supersedeas Bond. The Court has reviewed AngioDynamic's supersedeas bond, in the amount of $10,681,500.00, and finds that it meets the requirements of D. Mass. Local Rule 62.2. The Court is also informed that plaintiff Diomed, Inc. consents to the Court's approval of the bond. Therefore, the Consent Motion for Approval of Supersedeas Bond is hereby GRANTED.

**So Ordered.**

Dated: 1/15/08

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

1

ME1 6811110v.1