UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 04-10019-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 04-10444-NMG <br><br> (CONS0LIDATED UNDER 04-10019 NMG) |

## ORDER APPROVING RELEASE OF ANGIODYNAMICS, INC.'S SUPERSEDEAS BOND

Pending before the Court is Plaintiff Diomed, Inc. and Defendant AngioDynamics, Inc.'s Joint Motion for Release of Supersedeas Bond. The Court has reviewed the Joint Motion for Release of Supersedeas Bond and finds that Plaintiff Diomed, Inc. and Hercules Technology Growth Capital Inc., which claims a security interest and lien in the Judgment, have agreed to the release of AngioDynamics, Inc.'s supersedeas bond, issued by Federal Insurance Company and dated September 28, 2007, and have also agreed that neither Diomed, Inc. nor Hercules Technology Growth Capital Inc. will make any claim against that bond. Therefore, the Joint Motion for Release of Supersedeas Bond is hereby GRANTED.

1

**So Ordered.**

Dated: _____

                                                           _____
                                                           Nathaniel M. Gorton
                                                           United States District Judge

ME1 7243039v.2