UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIOMED, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 04-10019-NMG |
| ANGIODYNAMICS, INC., | ) ) ) | |
| Defendant. | ) ) | |
| DIOMED, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No.: 04-10444-NMG |
| VASCULAR SOLUTIONS, INC., | ) ) | (CONS0LIDATED UNDER 04-10019 NMG) |
| Defendant. | ) ) | |

**ORDER APPROVING RELEASE OF
ANGIODYNAMICS, INC.'S SUPERSEDEAS BOND**

Pending before the Court is Plaintiff Diomed, Inc. and Defendant AngioDynamics, Inc.'s Joint Motion for Release of Supersedeas Bond. The Court has reviewed the Joint Motion for Release of Supersedeas Bond and finds that Plaintiff Diomed, Inc. and Hercules Technology Growth Capital Inc., which claims a security interest and lien in the Judgment, have agreed to the release of AngioDynamics, Inc.'s supersedeas bond, issued by Federal Insurance Company and dated September 28, 2007, and have also agreed that neither Diomed, Inc. nor Hercules Technology Growth Capital Inc. will make any claim against that bond. Therefore, the Joint Motion for Release of Supersedeas Bond is hereby GRANTED.

1

**So Ordered.**

Dated: _5 5 '05_

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge