IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ANGIODYNAMICS, INC.,<br><br>      Defendant. | Civil Action No. 04-10019 NMG |
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.<br><br>      Defendant. | Civil Action No. 04-10444 NMG<br>**(CONSOLIDATED UNDER 04-10019 NMG)** |

**SATISFACTION OF JUDGMENT AGAINST VASCULAR SOLUTIONS, INC.**

A judgment was entered in the above action on August 3, 2007 in favor of Diomed, Inc. and against Vascular Solutions, Inc. in the amount of $4,975,000 plus interest from March 30, 2007. This judgment, with interest, has been satisfied, and it is certified that there are no outstanding executions with any Sheriff of Marshall.

Therefore, full and complete satisfaction of this judgment against Vascular Solutions, Inc. is acknowledged, and the Clerk of the Court is authorized and requested to make an entry pursuant to Local Rule 58.2(a)(2) of the full and complete satisfaction of the judgment against Vascular Solutions, Inc.

This document shall not be construed as a satisfaction of, or otherwise to affect in any way, the judgment that the Court entered on August 3, 2007 in favor of Diomed, Inc. and against AngioDynamics, Inc. in the amount of $9,710,000 plus interest from March 30, 2007.  In addition, this document shall not be construed to have any affect on the Permanent Injunction entered by the Court on July 2, 2007 (D.I. 287), which remains in full force and effect.

                                        Respectfully Submitted,

                                        DIOMED, INC.

                                        By its attorneys,

Dated:  May 8, 2008                     /s/ Michael A. Albert
                                        Michael A. Albert (BBO #558566)
                                        Malbert@wolfgreenfield.com
                                        Michael N. Rader (BBO #646990)
                                        mrader@wolfgreenfield.com
                                        John L. Strand (BBO #654985)
                                        jstrand@wolfgreenfield.com
                                        WOLF, GREENFIELD & SACKS, P.C.
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        (617) 646-8000

## **CERTFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                        /s/ Michael A. Albert