UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 04-10444-NMG <br> (CONSOLIDATED UNDER <br> 04-10019 NMG) |

## JOINT MOTION FOR RELEASE OF SUPERSEDEAS BOND

Plaintiff Diomed, Inc. and Defendant Vascular Solutions, Inc. hereby move the Court for an Order releasing Vascular Solutions' supersedeas bond.

As grounds for their motion, Diomed and Vascular Solutions state:

1. On March 30, 2007, the Court entered judgment in favor of plaintiff Diomed, Inc. and against Vascular Solutions in the amount of $4,100,000.

2. Vascular Solutions filed timely motions for a new trial and for judgment as a matter of law. Diomed filed motions to amend the judgment to include prejudgment interest and supplemental damages, as well as a motion for permanent injunction.

3. On May 22, 2007, the Court denied Vascular Solutions' motion for new trial and for judgment as a matter of law. To resolve Diomed's motion to amend the judgment, the parties filed a stipulation and request to add $875,000 to the judgment against Vascular Solutions, resulting in a total judgment amount of $4,975,000 (the "Judgment").

4. On June 20, 2007, Vascular Solutions filed a timely Notice of Appeal of the Judgment (and as amended), the May 22, 2007 orders on post-trial motions, the Court's decision to grant Diomed's motion for permanent injunction, and all orders subsumed therein.

5. On January 15, 2008 this Court approved, pursuant to D. Mass. Local Rule 62.2, Vascular Solutions' supersedeas bond in the amount of $5,473,000. A copy of this Court's order is attached as Exhibit A.

6. Diomed and Vascular Solutions have reached a settlement of all issues involved in this matter and have received an order in the United States Court of Appeals for the Federal Circuit dismissing Vascular Solutions' appeal. As part of the settlement, Diomed and Hercules Technology Growth Capital Inc., which claims a security interest and lien in the Judgment, consent to this Court ordering the release of the supersedeas bond provided by Vascular Solutions in connection with its appeal from the Judgment. Diomed and Hercules Technology Growth Capital Inc. shall not make any claim against the supersedeas bond provided by Vascular Solutions, as approved by this Court.

WHEREFORE, Diomed and Vascular Solutions respectfully request that the Court enter an Order releasing its supersedeas bond, in the form attached as Exhibit B.

Dated: May /6, 2008.

THE PLAINTIFF,
DIOMED, INC.

By _____
Michael A. Albert
*malbert@wolfgreenfield.com*
Michael N. Rader
*mrader@wolfgreenfield.com*
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 646-8000

Dated: May __, 2008

THE DEFENDANT,
VASCULAR SOLUTIONS, INC.

By _____
Steven L. Feldman (BBO #162290)
*steve_feldman@riw.com*
RUBERTO, ISRAEL & WEINER P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

J. Thomas Vitt
*vitt.thomas@dorsey.com*
Heather D. Redmond
*redmond.heather@dorsey.com*
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

WHEREFORE, Diomed and Vascular Solutions respectfully request that the Court enter an Order releasing its supersedeas bond, in the form attached as Exhibit B.

THE PLAINTIFF,
DIOMED, INC.

Dated: May    , 2008.

By _____
Michael A. Albert
*malbert@wolfgreenfield.com*
Michael N. Rader
*mrader@wolfgreenfield.com*
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 646-8000


THE DEFENDANT,
VASCULAR SOLUTIONS, INC.

Dated: May 22, 2008

By /s/ Steven L. Feldman
Steven L. Feldman (BBO #162290)
*steve_feldman@riw.com*
RUBERTO, ISRAEL & WEINER P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

J. Thomas Vitt
*vitt.thomas@dorsey.com*
Heather D. Redmond
*redmond.heather@dorsey.com*
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

3

                                        THE LIENHOLDER,
                                        HERCULES TECHNOLOGY GROWTH
                                        CAPITAL INC.

Dated: May 21, 2008.                        By _____
                                        Siobhan E. Mee
                                        *siobhan.mee@bingham.com*
                                    BINGHAM McCUTCHEN LLP
                                    150 Federal Street
                                    Boston, MA 02110
                                    Phone: (617) 951-8000

I hereby certify that a true copy of the above
document was served upon the attorney of record
for the Plaintiff Diomed, Inc. and upon counsel for
the Lienholder Hercules Technology Growth Capital Inc.
by electronic and regular mail.

_____

THE LIENHOLDER,<br>
HERCULES TECHNOLOGY GROWTH<br>
CAPITAL INC.

Dated: May  , 2008.

By _____
Siobhan E. Mee
*siobhan.mee@bingham.com*
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Phone:  (617) 951-8000

I hereby certify that a true copy of the above
document was served upon the attorney of record
for the Plaintiff Diomed, Inc. and upon counsel for
the Lienholder Hercules Technology Growth Capital Inc.
by electronic and regular mail.

_____

S:\WDOX\Lit\LIT\09090\00002\00036461.DOC

4