# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10444-NMG<br>(CONS0LIDATED UNDER<br>04-10019 NMG) |

## ORDER APPROVING RELEASE OF
## VASCULAR SOLUTION'S SUPERSEDEAS BOND

Pending before the Court is Plaintiff Diomed, Inc. and Defendant Vascular Solutions, Inc.'s Joint Motion for Release of Supersedeas Bond. The Court has reviewed the Joint Motion for Release of Supersedeas Bond and finds that Plaintiffs Diomed, Inc. and Hercules Technology Growth Capital Inc., which claims a security interest and lien in the Judgment, have agreed to the release of Vascular Solutions' supersedeas bond, issued by Federal Insurance Company and dated June 19, 2007, and have also agreed that neither Diomed, Inc. nor Hercules Technology

Growth Capital Inc. will make any claim against that bond. Therefore, the Joint Motion for Release of Supersedeas Bond is hereby GRANTED.

    SO ORDERED.

BY THE COURT:

Dated: _____, 2008.

_____
Nathaniel M. Gorton
United States District Judge