UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

**MOTION TO VACATE PERMANENT INJUNCTION
AS TO ANGIODYNAMICS, INC.**

Defendant AngioDynamics, Inc. hereby moves the Court for an Order vacating the injunction entered in this action on July 2, 2007. The Plaintiff, Diomed, Inc. consents to the granting of this Motion.

As grounds for this motion, AngioDynamics states:

1. On July 2, 2007, this Court entered a Permanent Injunction against Defendant AngioDynamics and its officers, agents, servants, employees and attorneys, and those persons in

active concert or participation with any of them. A copy of the Permanent Injunction is attached as Exhibit A.

2. On or about March 14, 2008, Plaintiff Diomed, Inc. filed a petition in the United States Bankruptcy Court for the District of Massachusetts (Western Division), under Chapter 11 of the United States Bankruptcy Code ("Diomed Bankruptcy").

3. During the Diomed Bankruptcy, AngioDynamics sought to purchase certain of the assets of Diomed. On or about April 9, 2008, AngioDynamics entered into an Asset Purchase Agreement which detailed the terms of AngioDynamics' proposed purchase of certain of the assets of Diomed, Inc..

4. On or about June 2, 2008, Defendant AngioDynamics and Plaintiff Diomed, Inc. agreed to amend the Asset Purchase Agreement.

5. The Asset Purchase Agreement as amended was approved (with two modifications not applicable here) by the Court in the Diomed Bankruptcy on June 3, 2008 by way of an Order, a copy of which is attached as Exhibit B.

6. By way of a letter dated June 13, 2008, a copy of which is attached as Exhibit C, Defendant AngioDynamics and Plaintiff Diomed, Inc. amended the Asset Purchase Agreement in accordance with the Court's order described above in Paragraph 5 to require that Diomed would provide to AngioDynamics an agreement:

> (i) granting Buyer a non-exclusive, perpetual, fully paid-up, royalty free license under the 777 Patent and all foreign counterparts (collectively the "777 Patent") to practice the full scope thereof;
>
> (ii) granting Buyer a release and covenant not to sue Buyer for infringement of the 777 Patent, which shall be binding on the successors, assigns and others with whom Sellers contract concerning the 777 Patent (but not Endolaser Associates L.L.C.); and
>
> (iii) in which Sellers agree to cooperate in all actions deemed reasonably necessary by Buyer to promptly vacate with respect to Buyer and its customers the injunction entered

by the U.S. District Court of Massachusetts relating to litigation between Buyers and Sellers over the 777 Patent . . . ."

7. Based on the Asset Purchase Agreement as approved by the Court in the Diomed Bankruptcy, and as amended by AngioDynamics, Inc. and Diomed, Inc. on the basis of the Court's order, AngioDynamics, with the consent of Diomed, respectfully requests that this Court vacate its Permanent Injunction as to AngioDynamics.

WHEREFORE, AngioDynamics respectfully requests that the Court enter an Order vacating its Permanent Injunction as it applies to AngioDynamics and its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, in the form attached as Exhibit D.

Dated: July 2, 2008

THE DEFENDANT,
ANGIODYNAMICS, INC.

By _____
Mark D. Giarratana
*mgiarratana@mccarter.com*
McCARTER & ENGLISH, LLP
CityPlace I
Hartford, CT 06103
Phone: (860) 275-6700

and

David M. Ianelli
*dianelli@mccarter.com*
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Phone: (617) 449-6544

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff Diomed, Inc. by electronic mail and regular mail.

_____
Mark D. Giarratana