June 13, 2008

Diomed Holdings, Inc./Diomed, Inc.
1 Dundee Park
Andover, MA 01810
Attention: James Wylie

> Re: Amendment to Asset Purchase (the "Agreement") dated as of April 9, 2008 by and among Diomed Holdings, Inc. ("Holdings"), Diomed, Inc. ("Sub" and together with Holdings, the "Sellers") and AngioDynamics, Inc. (the "Buyer")

Dear Jim:

This letter will constitute an amendment (the "Amendment") to the referenced Agreement. Upon your execution of this Amendment below, the Agreement will be amended as follows:

1.   Section 3.2(k) is amended to read as follows:

"(k)   An agreement executed by Sellers in form and substance reasonably satisfactory to the parties: (i) granting Buyer a non-exclusive, perpetual, fully paid-up, royalty free license under the 777 Patent and all foreign counterparts (collectively, the "777 Patent") to practice the full scope thereof; (ii) granting Buyer a release and covenant not to sue Buyer for infringement of the 777 Patent, which shall be binding on the successors, assigns and others with whom Sellers contract concerning the 777 Patent (but not Endolaser Associates L.L.C.); and (iii) in which Sellers agree to cooperate in all actions deemed reasonably necessary by Buyer to promptly vacate with respect to the Buyer and its customers the injunction entered by the U.S. District Court of Massachusetts relating to litigation between Buyers and Sellers over the 777 Patent; and"

Except as amended herein, the Agreement remains in full force and effect.

If you are in agreement with this Amendment, please sign below and return a signed copy to me.

Sincerely,

AngioDynamics, Inc.

By: _____
Name: D. Joseph Gersuk
Title: EVP and Chief Financial Officer

1432468.4 6/9/2008

Page 2

This Amendment is accepted and agreed to this 13th day of June, 2008

Diomed Holdings, Inc.

By: _____
Name: James A. Wylie, Jr.
Title: President and CEO

Diomed, Inc.

By: _____
Name: James A. Wylie, Jr.
Title: President and CEO

1432468.4 6/9/2008