UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGIODYNAMICS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10019-NMG |
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 04-10444-NMG<br><br>(CONS0LIDATED UNDER 04-10019 NMG) |

**ORDER VACATING PERMANENT INJUNCTION
AS TO ANGIODYNAMICS, INC.**

Pending before the Court is Defendant AngioDynamics, Inc.'s Motion to Vacate Permanent Injunction as to AngioDynamics, Inc. and its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them. The Court has reviewed the Motion to Vacate Permanent Injunction and finds that Plaintiff Diomed, Inc. consents to this Court vacating its July 2, 2007 Permanent Injunction to the extent that it applies to Defendant AngioDynamics, Inc. Therefore, the Motion to Vacate Permanent Injunction as to AngioDynamics is hereby GRANTED and AngioDynamics and its officers, agents, servants,

employees and attorneys, and those persons in active concert or participation with any of them, are no longer subject to the requirements and prohibitions contained in the Permanent Injunction.

**So Ordered.**

Dated: _____       _____
                                Nathaniel M. Gorton
                                United States District Judge